IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HARRIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION,<br><br>    Counterclaim Defendant. | Case No. 6:07-cv-1819-Orl-28 KRS |

**FEDERAL EXPRESS CORPORATION'S NOTICE OF SERVICE
OF EXPERT REPORTS**

Federal Express hereby certifies that it served a true and correct copy of its expert reports:

Expert Report of Dr. Albert D. Helfrick, P.E., Ph.D.

Expert Report of Mark J Chandler

via electronic mail and (as agreed by the parties) to:

    Brian R. Gilchrist, Esq.
    Ryan T. Santurri, Esq.
    Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
    P.O. Box 3791
    Orlando, Florida  32802-3791

864465

        Telephone:  407-841-2330
        Fax:  407-841-2343

        Pursuant to this Court's November 26, 2008 Order [Dk. No. 47], Federal Express certifies that simultaneously with its service of each expert report, Federal Express provided two dates within the two weeks following the disclosure on which the expert and Federal Express's counsel are available for deposition:

| Expert | Proposed Deposition Dates |
| --- | --- |
| Dr. Helfrick | January 31, 2009 and February 8, 2009 |
| Mr. Chandler | February 10, 2009 and February 11, 2009 |

Respectfully submitted on this 29th day of January, 2008.

/s/ J. Scott Anderson
Lawrence K. Nodine (Trial Counsel)
Georgia Bar No. 545250
NodineL@BallardSpahr.com
J. Scott Anderson
Georgia Bar No. 017266
Florida Bar No. 115053 (inactive)
AndersonJS@BallardSpahr.com
Robin L. Gentry
Georgia Bar No. 289889
GentryR@BallardSpahr.com
Jeffrey H. Brickman
Georgia Bar No. 080432
BrickmanJ@BallardSpahr.com
Sumner C. Rosenberg
Georgia Bar No. 614550
RosenbergS@BallardSpahr.com
Charley F. Brown
Georgia Bar No. 086754
BrownCF@BallardSpahr.com

**Ballard Spahr Andrews & Ingersoll, LLP**
999 Peachtree Street, Suite 1000
Atlanta, Georgia 30309
Telephone 678-420-9300
Fax 678-420-9301

Marilyn G. Moran
Florida Bar No. 0163813
mmoran@bakerlaw.com
**Baker & Hostetler, LLP**
P.O. Box 112
Orlando, Florida  32802-0112
Telephone 407-649-4000
Fax 407-841-0168

ATTORNEYS FOR
FEDERAL EXPRESS CORPORATION

3