# Exhibit 7

Case 6:07-cv-01819-JA-KRS   Document 83-7   Filed 04/27/09   Page 2 of 3

**Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl-28 KRS**
**Joseph C. McAlexander, III                                           3/10/2009**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRIS CORPORATION,            )
                               )
    Plaintiff,                 )
                               )
v.                             )   Case No.
                               )   6:07-cv-1819-Orl-28 KRS
FEDERAL EXPRESS CORPORATION,   )
                               )
    Defendant.                 )
_____

FEDERAL EXPRESS CORPORATION,   )
                               )
    Counterclaim Plaintiff,    )
                               )
v.                             )
                               )
HARRIS CORPORATION,            )
                               )
    Counterclaim Defendant.    )


**********************************************************
           ORAL AND VIDEOTAPED DEPOSITION OF

                JOSEPH C. McALEXANDER, III

                    MARCH 10, 2009
**********************************************************

    ORAL AND VIDEOTAPED DEPOSITION of JOSEPH C.
McALEXANDER, III, produced as a witness at the instance
of Federal Express Corporation, and duly sworn, was
taken in the above-styled and numbered cause on the 10th
day of March 2009, from 9:25 a.m. to 4:28 p.m., before
TAMMY DICKSON CROSS, a Certified Shorthand Reporter in
and for the State of Texas, reported by machine
shorthand, at the Renaissance Dallas Richardson Hotel,
900 East Lookout, Encore Boardroom, Richardson, Texas,
pursuant to the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.

Case 6:07-cv-01819-JA-KRS   Document 83-7   Filed 04/27/09   Page 3 of 3

**Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl-28 KRS**
**Joseph C. McAlexander, III**                                                        3/10/2009

Page 18

1  work on any of those.  I may have by that time.
2           Usually when I work on a report, I will
3  generate claim charts.
4      Q   Uh-huh.
5      A   But I will generate them as a blank form.  I
6  would anticipate that I may have done that.  But in
7  terms of filling in anything, I don't recall ever
8  getting to that point for those particular ones.  So
9  that's about the amount of work I'd done on it.
10     Q   Had you developed a preliminary opinion on --
11 about any of the 10 patents, whether they were
12 infringed?
13     A   No, I can't say that I did.
14     Q   Did Mr. Santurri ask you for your preliminary
15 opinion on any of the patents before you were told that
16 five of them would be dropped?
17     A   Not as I recall.
18     Q   Did you have any meetings with -- any
19 face-to-face meetings with Mr. Santurri or other lawyers
20 at his firm before your report was completed in late
21 December?
22     A   Yes.  I had one face-to-face meeting for about
23 a day and a half.
24     Q   When was that?
25     A   I knew that question was going to come up.  I