# Exhibit  9

LAW OFFICES

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

999 PEACHTREE STREET, SUITE 1000
ATLANTA, GA 30309-3915
678-420-9300
FAX: 678-420-9301
WWW.BALLARDSPAHR.COM

ATLANTA, GA
BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
LOS ANGELES, CA
PHILADELPHIA, PA
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

J. SCOTT ANDERSON
DIRECT DIAL: (678) 420-9388
E-MAIL: ANDERSONJS@BALLARDSPAHR.COM

December 24, 2008

**By E-Mail and First-Class U.S. Mail**

Ryan T. Santurri, Esq.
Allen Dyer Doppelt Milbrath & Gilchrist PA
P.O. Box 3791
Orlando, FL  32802-3791

RE:     *Harris Corporation v. Federal Express Corporation;* U.S. District Court for the Middle
District of Florida, Orlando Division; Case No. 6:07cv1819-ORL-28KRS.
Our File 023118 (01247.4000)

Dear Ryan:

We have reviewed Mr. McAlexander's report and note that it addresses only certain claims of the
following patents:  the '165, '045, '914, '637, and '319, and the three newer patents Harris is
seeking to add to this case.  Please confirm whether Harris is now asserting only those patents
and those certain claims in this action.

Please let us know by Tuesday, December 30, 2008, if possible, so that we may prepare
appropriately for Mr. McAlexander's deposition.

Cordially,

J. Scott Anderson

JSA|dts

Atlanta #879410 v2