# Exhibit 10

## Anderson, Scott (Atlanta)

| | |
|---|---|
| **From:** | Ryan Santurri [rsanturri@addmg.com] |
| **Sent:** | Tuesday, December 30, 2008 9:14 PM |
| **To:** | Anderson, Scott (Atlanta) |
| **Cc:** | Brian Gilchrist |
| **Subject:** | RE: Mcalexander depo |
| **Follow Up Flag:** | Review |
| **Flag Status:** | Flagged |

Scott, based on the discovery and depositions taken to date, Harris only intends to assert those patents set forth in Mr. McAlexander's report. However, Harris reserves the right to modify or amend the claims asserted from the patents included in Nr. McAlexander's report, including claims directed to uploading data to a plane. Additionally, in light of the fact that I have just received another large batch of production, in the event that further discovery is relevant to any of the patents identified in the complaint, Harris reserves the right amend its positions on infringement and to present such evidence at trial.
Regards,
Ryan

Ryan T. Santurri, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
Intellectual Property Lawyers
255 S. Orange Avenue     - Suite 1401
Orlando, Florida 32801
Phone: 407/841-2330 x183
Fax:    407/841-2343
Email: rsanturri@addmg.com
www.addmg.com

The information in this e-mail message is intended for the confidential use of the addressees only. The information is subject to the attorney-client privilege and/or may be attorney work-product. Recipients should not file copies of this e-mail with publicly accessible records. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error, and any further review, dissemination distribution, copying or forwarding of this e-mail is strictly prohibited. If you received this e-mail in error, please notify us immediately at (407) 841-2330. Thank you.

From: Anderson, Scott (Atlanta) [andersonjs@ballardspahr.com]
Sent: Wednesday, December 24, 2008 2:11 PM
To: Ryan Santurri
Cc: Gentry, Robin L. (Atlanta); Brown, Charley F. (Atlanta)
Subject: RE: Mcalexander depo

Ryan,

Friday, January 2.  Notice attached.  Let me know if you have any questions.

I am also attaching a letter.  Have a nice holiday,

Scott


J. Scott Anderson
Ballard Spahr Andrews & Ingersoll, LLP
Direct:  678-420-9388
AndersonJS@BallardSpahr.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments are intended solely for the indicated recipient and may contain confidential and attorney-client privileged information.  If you received this message in error, please delete it and all copies, and

1

notify the sender by return e-mail or by calling (678) 420-9300.


-----Original Message-----
From: Ryan Santurri [mailto:rsanturri@addmg.com]
Sent: Tuesday, December 23, 2008 7:57 PM
To: Anderson, Scott (Atlanta)
Subject: Mcalexander depo


Scott, looks like the 9th won't work so let me know if you plan on the 2nd or 3rd so I can change my flight. Regards, Ryan

Ryan T. Santurri, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

Sent from my iPhone.