# Exhibit 11

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRIS CORPORATION,            )
                               )
            Plaintiff,         )
                               )
vs.                            )   CIVIL ACTION FILE
                               )   NO. 6:07-CV-1819-ORL-28 KRS
FEDERAL EXPRESS                )
CORPORATION,                   )
                               )
            Defendant.         )

_____

         Videotaped deposition of ROBERT P. SWANSON, taken
on behalf of the Plaintiff, pursuant to the stipulations
agreed to herein, before Sandie L. Knowles, Certified Court
Reporter, at the offices of Ballard Spahr Andrews &
Ingersoll, LLP, Suite 1000, 999 Peachtree Street, Atlanta,
Georgia, on the 3rd day of October 2008, commencing at
9:00 a.m.

```
 1   is a Boeing craft, correct?
 2         A     Correct.
 3         Q     And do you have any Boeing craft other
 4   than the 727 in your fleet?
 5         A     Yes.  We recently began acquiring Boeing
 6   757s.
 7         Q     And what type of network systems do the
 8   Boeing craft have?
 9         A     Which Boeing aircraft?
10         Q     Well, let's start with the -- let me back
11   up.  You have two type of Boeing craft, 727 and 757,
12   correct?
13         A     Correct.
14         Q     Let's start with the 727.  How would you
15   describe the network system in the 727?
16         A     It does not have a aircraft network
17   system.
18         Q     It does have components, electronic
19   components in it, correct?
20         A     Yes, it does.
21         Q     Did those components speak to each other?
22         A     Aircraft components are interconnected,
23   yes.
24         Q     And is there any method of storing the
25   information that these components relate amongst
```

1   the last year or so.
2          Q     Is that through lawyers, or did you hear
3   about it from somewhere else?
4          A     I believe it was through discussions
5   internal to FedEx.
6          Q     And what was discussed concerning the
7   patent issues?
8          A     I heard Mr. Bouchard discussing it with
9   other TITAN engineers or other engineers that were
10  working on the TITAN also.  I was never directly
11  involved in the discussions.
12         Q     What did you hear?
13         A     I don't recollect specifically I just
14  remember hearing that Harris held a patent that they
15  thought this might -- that the TITAN system at the time
16  might conflict with.
17         Q     Focusing on the 727 Gatelink system, can
18  you explain to the jury what the wireless Gatelink
19  system is comprised of?
20         A     On the 727, the Gatelink system is
21  comprised of essentially the existing flight recorder
22  system and a wireless secure link router, antenna, and
23  an Avionica MiniQAR.
24         Q     The existing flight recorder, that's what
25  we hear of as the black box, correct?

```
 1   the one that we installed has 1 gigabyte of memory.
 2         Q     Would it be fair for the jury to think of
 3   the miniQAR as like a computer, a little computer on
 4   the plane?
 5         A     I wouldn't consider it a computer, no.
 6   It's just a memory device, much like an external hard
 7   drive for your computer.  It's just a method of
 8   storage.
 9         Q     And what does the miniQAR store on the 727
10   system?
11         A     It's stores a copy of the data that is
12   transmitted to the flight data recorder.
13         Q     So everything that goes to the flight data
14   recorder goes to the miniQAR?
15         A     Correct.
16         Q     And how long is it stored?
17         A     It's stored until it is transmitted to the
18   ground, and then it is erased.
19         Q     Can it store more than one flight,
20   information on more than one flight?
21         A     On a 727, yes.
22         Q     How many flights can it store, generally?
23         A     I have never done did the calculations.
24   One gigabyte of memory versus the flight on an
25   aircraft, you'd have to calculate it.  I'm not sure of
```

1  the exact number.
2     Q   Would it be more than, say, five?
3     A   Yes.
4     Q   So if the jury was thinking that the
5  wireless SecureLINK router that would be -- like in my
6  home, I have a system that's able to -- I can use my
7  laptop and connect to my internal system, would that be
8  similar?
9     A   Yes.
10    Q   All right.  Let's see if you can walk the
11 jury through how the system works.  727 is on the
12 ground and loaded.  When does the information first
13 begin storing in the miniQAR?
14    A   The flight data recorder begins recording
15 at weight off wheels, when the plane becomes airborne,
16 and at that point the miniQAR starts to record.
17    Q   What was the term you used?  Way off
18 wheels?
19    A   Weight off wheels.
20    Q   Weight?
21    A   Weight, yes.  Essentially, the nose gear
22 lifts off the ground.
23    Q   How many acronyms does the aircraft
24 business have?  I'll withdraw that question.
25    A   If you look at the LOA, list of acronyms,

```
 1   you'll find it.
 2          Q      Okay.  Good.
 3                 All right.  So we get -- we get weight off
 4   wheels, and the flight data recorder begins recording
 5   data.  And the mirror image of that information is also
 6   recorded in the miniQAR, correct?
 7          A      Correct.
 8          Q      And does that information continue to be
 9   recorded throughout the flight?
10          A      Yes, it does.
11          Q      And when does the flight information stop
12   recording?
13          A      When you hit weight on wheels, basically
14   when the nose gear touches down.
15          Q      And what information during the flight is
16   recorded on the miniQAR?
17          A      The list of parameters that I stated
18   earlier.
19          Q      Is there any information not -- not
20   recorded on the flight recorder that is stored in the
21   QAR?
22          A      No.
23          Q      Is there any information recorded by the
24   flight recorder that is not stored in the QAR?
25          A      No.
```

```
 1         A     In the main server room of the FedEx air
 2    operations center.
 3         Q     Has different servers for each airport
 4    location?
 5         A     The SecureLINK has the same system.
 6    There's only one server.
 7         Q     Where is that located?
 8         A     It's the server I just explained, in the
 9    server room at the air operations center.
10         Q     Where is the air operations center?
11         A     3131 Democrat Road, Memphis, Tennessee.
12         Q     How does the data get from the aircraft to
13    the server at 3131 Democrat Circle?
14         A     Democrat -- Democrat Road.
15         Q     I'm sorry.
16         A     Through the FedEx network.
17         Q     All right.  I'm missing a step, then.
18    Through the communications protocol that you've
19    established at the airport level, where does the signal
20    originate from that says send me the blocks of data?
21         A     The FedEx ramps have wireless access
22    points on several of our ramps, and the server
23    communicates through the network to the wireless radio
24    antenna on the ramp, which communicates to the
25    aircraft.
```

```
 1       A     No, it's not.
 2       Q     So the 727s do not fly outside the U.S.,
 3  or they just don't utilize the router system at the
 4  gate?
 5       A     We have aircraft outside of the United
 6  States, but we do not have wireless access points at
 7  international locations.
 8       Q     If the data is not used by FedEx for
 9  purposes of aircraft health and safety, why did FedEx
10  begin this project?
11       A     The idea is to use the data.  The flight
12  safety department is currently concerned with other
13  fleets, and the limited amount of data on the 727 makes
14  it not necessarily worth their time at the present.
15       Q     Just a priority aspect to it?  There's
16  other priorities right now?
17       A     That's a good summary, yes.
18       Q     Are you familiar with the term "adaptive
19  power"?
20       A     I'm familiar with -- I've heard it before,
21  yes.
22       Q     Can you explain to the jury what your
23  understanding of adaptive power is.
24             MR. ANDERSON:  Objection, calls for a
25       legal conclusion.
```

Page 86

1  recorder.
2      Q   Now, with respect to the 727 units that
3  utilize the SecureLINK system, the only information
4  stored would be from the data recorder, correct?
5      A   I -- would be a copy of the data similar
6  to the flight data recorder, yes.
7      Q   Similar or identical?
8      A   Identical, a copy of.
9      Q   And no other information other than what's
10 stored in the flight data recorder?
11     A   Correct.
12     Q   And what is IEEE 802.11b standard?
13     A   I'm not an expert on that document.  My
14 understanding is that it refers to the protocol for
15 wireless transmission.
16     Q   It indicates that hard drive would be a
17 minimum specification for the program.  I believe you
18 told me with respect to 727 you don't utilize hard
19 drive.  Is that correct?
20     A   I don't know where that is on the
21 document, but on the aircraft, there is no hard drive
22 for the system.
23     Q   On page 6 of 10.  I'm not trying to trick
24 you here.
25     A   Okay.

Page 87

```
 1        Q     You see where it has specification of the
 2   hard drive, 1 gig?
 3        A     Right.  That would, again, have been for
 4   an airborne server, which the 727 does not have.
 5        Q     And what is the Wavelink Avalanche
 6   software?
 7        A     I'm not versed in the Wavelink Avalanche
 8   server.  Again, I've heard the phrase, but I don't know
 9   the details of it.
10        Q     Do you know what it does?
11        A     No.
12        Q     Do you see under the section wireless
13   radio card?
14        A     Yes.
15        Q     Can you explain to the jury what a
16   wireless radio card is?
17        A     That would be, in my opinion, the card
18   inside the box that -- that drives the wireless radio.
19        Q     At least in the document in front of you,
20   it indicates that the card should have a world
21   capability where it is be able to detect the airport it
22   is at and manage the power and channel setting
23   automatically.  Do you see that?
24        A     I see those words, yes.
25        Q     Does the 727 program that you were
```

1    A    GUI is an acronym that stands for out,
2    off, on, in, and it is a record of the times that an
3    aircraft pushes out from the gate, lifts off the
4    ground, lands on the ground, and parks in at the gate.
5    Q    All recorded in time?  No other
6    measurement is taken?
7    A    It's just a time stamp.
8    Q    And is there any way within the 727
9    systems you're familiar with that the SecureLINK could
10   measure GUI?
11   A    No, there is not.
12   Q    Does it receive GUI signals and it just
13   doesn't store them, or are there no signals it receives
14   at all with respect to GUI?
15   A    The SecureLINK only receives signals for
16   the main door open/close and weight off wheels.
17   Q    Does it receive a time stamp for weight on
18   wheels?
19   A    It doesn't receive a time stamp.  There's
20   a discrete signal into the box that receives the signal
21   from the sensor to say that the aircraft has weight on
22   wheels or not.
23   Q    And does it store that information?
24   A    No.
25   Q    The miniQAR receives signal saying the

```
 1   craft has weight on wheels?
 2        A     No.
 3              MR. ANDERSON:  Objection.
 4              THE WITNESS:  Just SecureLINK does.
 5   BY MR. GILCHRIST:
 6        Q     Just the router?
 7        A     Yes.
 8        Q     And I assume, based upon our earlier
 9   discussions, the SecureLINK router would have no means
10   of recording or storing that information when it
11   receives a signal.
12        A     Correct.
13        Q     And the main door open or close, where is
14   that signal received?
15        A     At the SecureLINK router.
16        Q     Just to complete the loop, there's no way
17   the operation of 727 does not store the signal it
18   receives to the SecureLINK router when the door opens
19   or the door closes?
20        A     No, it does not.
21        Q     And when it downloads, it does not
22   download any of that information?
23        A     No, it does not.
24        Q     What is the purpose of the router
25   receiving that information, receiving that signal?
```

1    A    The system is certified to only operate on
2    the ground.  The discrete signals, when the signal is
3    open, the radio card is powered off.
4    Q    Am I correct in my assumption that the
5    router, SecureLINK router, remains without power for
6    the duration of weight off wheels?
7    A    Yes, you're correct.
8    Q    Therefore, it would be unable to send
9    signals as long as the weight is off the wheels?
10   A    Weight is off the wheels and the main
11   cabin door is closed.
12   Q    So that's to receive both signals before
13   it powers up?
14   A    Correct.
15   Q    Well, wouldn't it have to have some means
16   of storing?  Those signals don't occur simultaneously,
17   do they?
18   A    It's not a discrete, or it's not a
19   one-time pulse signal.  It's a hard ground when the
20   condition is driven.
21   Q    Have you been involved in any component
22   reliability reports?
23   A    No, I haven't.
24   Q    Do any exist, to your knowledge?
25   A    We keep records of all units removed from

**Page 96**

 1   the aircraft.
 2        Q    And how would I identify those records if
 3   I wanted a copy of them?
 4        A    Component removal records.
 5        Q    No acronym?
 6        A    CRR.
 7        Q    Are you aware of any licensing
 8   relationship between FedEx and Avionica?
 9        A    I believe there is, yes.
10        Q    What do you know of it?
11        A    We -- my recollection is we pay a license
12   fee for the avSYNC software and the -- I believe that's
13   all I'm aware of today, the avSYNC software.
14        Q    You're not aware of a licensing
15   relationship that would flow the other way?
16        A    From Avionica to FedEx?
17        Q    Right.
18        A    Not that I'm aware or knowledgeable of,
19   no.
20        (Marked for identification purposes, Exhibit No.
21         3.)
22   BY MR. GILCHRIST:
23        Q    You've been handed Exhibit 3.  Have you
24   ever seen this document before?
25        A    Not to my recollection, no.

Page 97

 1     Q     Have you seen any portion of the document
 2  before?
 3     A     Would you like me to take the time to read
 4  through it?
 5     Q     Well, let me direct your attention to 2.4
 6  of the specification matrix.  I want to know if you
 7  have seen that portion of the document.
 8     A     I don't believe I've seen this document
 9  before, no.
10          MR. GILCHRIST:  Let's take a quick break,
11     then.
12          THE VIDEOGRAPHER:  12:57, we're off the
13     record.
14     (Whereupon, there was a luncheon recess.)
15          THE VIDEOGRAPHER:  1:20, we're back on the
16     record.
17  BY MR. GILCHRIST:
18     Q     We had talked earlier about the locations
19  of the 727 SecureLINK data that's available to be
20  downloaded to, and I believe you told me it was only in
21  the U.S.
22     A     We only have -- the 727s only fly North
23  America.  To my knowledge, the U.S. and Canada.  And we
24  do not have Gatelink stations in Canada.
25     Q     Is the Gatelink station different than

```
 1   that of the TITAN station?
 2        A    Gatelink station, in my opinion, would be
 3   a station that has wireless connection on the ramp.
 4        Q    Does the TITAN system have the capability
 5   of storing data at the airport facility?
 6        A    No.  There's only one Gatelink-type system
 7   at the airport facility.
 8        Q    So every Gatelink system would operate in
 9   the manner you described earlier in that there's no
10   storage?  It all goes to the Federal Express network to
11   be stored in their facility in Memphis?
12        A    Correct.  There's no storage at the gate.
13        Q    Setting aside at the gate, anywhere, is
14   there storage anywhere between the gate and the FedEx
15   facility in Memphis?
16        A    Not that I'm aware of, no.
17        Q    And how does the SecureLINK determine what
18   frequency to broadcast or to transfer the data on?
19        A    I don't know.
20        Q    And by what channel?
21        A    I don't know.
22        Q    Who would I ask these questions of?
23        A    Probably Avionica.
24        Q    Anyone at FedEx?
25        A    I'm sure our network engineering people
```

**Page 104**

1  Q    And how would I identify the engineering
2  order if I wanted you to produce it?
3  A    Again, I can't remember the exact number
4  but it would be 7-3130-7- and a four-digit number.  And
5  again, it would have SecureLINK in the title.
6  Q    I may have asked you this, but you
7  indicated you didn't have any involvement in the
8  Avalanche software?
9  A    No, I didn't.
10 Q    And does the SecureLINK system have the
11 ability to upload from ground to the craft?
12 A    It uploads commands to the aircrafts, yes.
13 Q    Anything other that commands directed to
14 the router?
15 A    I believe it has the ability to perform
16 software updates to the SecureLINK router.
17 Q    Well, what software resides in the
18 SecureLINK router that would be updated?
19 A    The security protocols, maybe other
20 things, but that's all that I'm aware of.  It has to be
21 able to communicate to the FedEx network through the
22 security protocols that our network engineering has
23 established.
24 Q    What about other security protocols and
25 communications-type information?  Does it store any

```
 1   other type of information?
 2        A     Not that I'm aware of.
 3        Q     All right.  Commands and software updates,
 4   does it upload any other information or data?
 5        A     I don't believe so, no.
 6        Q     And I think you answered this question,
 7   and I want to make sure I've got a good record.  Only
 8   the 727s utilize the Avionica equipment, correct?
 9        A     Correct.
10        Q     Any other wireless connection would be
11   utilizing the Teledyne system, correct?
12        A     Correct.
13        Q     No other vendors or operators FedEx has
14   used for wireless connections?
15        A     Not that I'm aware of, no.
16        Q     Now, does FedEx have a fleet of 757s?
17        A     We have a -- I believe three aircraft in
18   service, yes.
19        Q     And is there an active proposal out for
20   fitting the 757s with this Gatelink technology?
21        A     I believe there -- there was the
22   beginnings of installation.  That has been stopped.  So
23   in that aspect, I believe there is possibly one
24   aircraft with the system installed, but I believe it
25   was deactivated.
```