# Exhibit  12

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE MIDDLE DISTRICT OF FLORIDA
                    ORLANDO DIVISION

3

HARRIS CORPORATION,
4   a Delaware corporation,

5          Plaintiff,

6   VS.                    CASE NO.: 6:07-CV-1819-ORL-28KRS

7   FEDERAL EXPRESS CORPORATION,
    a Delaware corporation,
8
           Defendant.
9
    ===============================
10
    FEDERAL EXPRESS CORPORATION,
11
           Counter-Plaintiff,
12
    VS.
13
    HARRIS CORPORATION,
14
           Counter-Defendant.
15
    ===============================
16
                    DECEMBER 17, 2008
17                  9:06 A.M.

18          The videotaped deposition of ROBERT P. SWANSON,

19     taken pursuant to notice on behalf of the Plaintiff,

20     at the offices of Allen, Dyer, Doppelt, Milbrath

21     & Gilchrist, 255 South Orange Avenue, Suite 1401,

22     Orlando, Florida, before Evelyn M. Zirbes, CSR-CA,

23     Certified Shorthand Reporter; and Notary Public,

24     in and for the State of Florida at Large.

25

1    Q.    What would be the minimum flight time if Federal

2    Express B-727 aircraft takes off, has a warning indicator

3    and must immediately land?

4    A.    If it was a revenue flight it would, I would guess

5    at least 15 minutes, maybe longer to burn fuel before

6    landing.

7    Q.    What is that assumption based upon?

8    A.    The time it takes to take off, see the event,

9    contact ATC, circle the airport and set it for approach and

10   land again.

11   Q.    You said for a revenue flight.  Are there other

12   types of flights?

13   A.    A maintenance flight.  In that case you would have

14   minimum fuel and wouldn't have to circle the airport to

15   burn fuel as long.

16   Q.    And based upon your experience how long would a

17   maintenance flight take to take off and return?  What's the

18   minimum time?

19   A.    Probably 10 minutes.

20   Q.    Would a maintenance flight be recording the

21   information using the Avionica system as a revenue flight

22   would?

23   A.    Yes, it would.

24   Q.    Well, let's take your assumption of 10 minutes on

25   a maintenance flight, takes off and lands within a

1    the Avionica system on it?

2         A.    I believe it was originally designed for 96

3    aircraft and there was a couple in Canada which I believe

4    is shown here as 233 and 235 that were removed due to

5    Canadian regulation and there was an aircraft not listed

6    here that went out of service before the system was

7    installed.  Since I can't see the full title of the last

8    column, I'm not sure why the discrepancy.  Is that on

9    another page?  Oh, there it is, okay.  It's on the next

10   page.  Okay, so the B-727 FOQA appears to be the

11   installation of the system which would be 92 aircraft.

12        Q.    What's the 2nd column, the SecureLink showing 94

13   aircraft?

14        A.    Based on page 50 which I believe is the next page

15   to the right it appears to say SecureLink SOX Fix and that

16   would have been the security software update to the

17   SecureLink router.

18        Q.    How could I have more security updates than I have

19   routers?

20        A.    Well, on the SecureLink SOX Fix column on page 50

21   there are no dates, so that tells me that it was planned

22   for 94 aircraft, but I don't see completion dates.

23        Q.    What is the SOX Fix?

24        A.    SOX Fix to my knowledge was a firmware update to

25   the SecureLink router to allow it to communicate with

1    FedEx's network through the security protocol that we have.

2    FedEx changed security protocols and the SOX Fix was

3    necessary.

4        Q.    When was that SOX Fix implemented?

5        A.    I don't know.  I believe Derek Wickens would be

6    testifying to that.

7                    (Document marked Plaintiff's Exhibit

8                    No. 29 for identification.)

9        Q.    Is this the document that you authored?

10       A.    Apparently.

11       Q.    It's got your signature on it?

12       A.    It appears to be my signature, yes.

13       Q.    There is discussion about uploading data or

14   uploading of software to the airplanes?

15       A.    Okay, yes.

16       Q.    Was this the SOX Fix?

17       A.    I believe it was, yes.

18       Q.    You see a date on this letter?

19       A.    January 29, 2007.

20       Q.    Is that the date of the SOX Fix?

21       A.    Apparently it was toward the end of the SOX Fix,

22   yes.

23       Q.    In utilizing the Avionica system, Federal Express

24   was able to upload information to the router, correct?

25                    MR. ANDERSON:  Object to the form.  Lack of

1  launch customer incentives.

2      Q.    And did anyone within Federal Express express any

3  reservations to this idea that Federal Express has a

4  financial incentive of sharing the Avionica system with its

5  competitors?

6      A.    I don't believe it was a concern.

7      Q.    When did it become a concern?

8      A.    The SecureLink system, I don't believe it ever has

9  been a concern and I don't believe that's what he was

10  discussing at this point.

11      Q.    It's only the TITAN system that's a concern if

12  your competitors get ahold of it?

13      A.    The paragraph that you quoted talks about TITAN

14  related projects like Gatelink and EFB, so I believe he was

15  discussing more along the Gatelink and EFB on the TITAN

16  equipped aircraft.

17      Q.    Isn't Gatelink what we find in the Avionica

18  system?

19      A.    That is, yes, that's the term, but he's talking

20  about TITAN related projects and the TITAN equipped

21  aircraft have Gatelink on them.   Gatelink and EFBs.

22      Q.    Has the 727 system been spec'd out for EFBs?

23      A.    The 727, yes, it has.

24      Q.    Can you explain to the jury what an EFB is?

25      A.    An EFB is an electronic flight bag which in its

1          MR. ANDERSON:  Standing objection.

2          THE WITNESS:  Only in the sense that there are

3     computers throughout the FedEx network that can

4     access it.

5  BY MR. GILCHRIST:

6     Q.   At least what's received is processed through the

7  avSYNC software, correct?

8          MR. ANDERSON:  Object to the form with the

9     standing objection.

10          THE WITNESS:  It's received and written to the

11     hard drive, yes.

12  BY MR. GILCHRIST:

13     Q.   In fact, because at least under the new system

14  that downloads odd numbered blocks and even numbered

15  blocks, it has to process that?

16     A.   There is some analysis.

17          MR. ANDERSON:  Object to the form and the

18     standing objection.

19  BY MR. GILCHRIST:

20     Q.   And when you pulled it up to check on it, there

21  was some processing going on at your work station as well,

22  correct?

23          MR. ANDERSON:  Object to the form and the

24     standing objection.

25          THE WITNESS:  Correct.

1    BY MR. GILCHRIST:

2         Q.   Is the transceiver that of Federal Express?

3         A.   Yes.

4         Q.   And does the router on the Federal Express plane

5    communicate with Federal Express transceivers?

6         A.   Yes, only Federal Express transceivers.

7         Q.   Does the Avionica system, does it comprise a

8    frequency agile transmitter?

9              MR. ANDERSON:  Object to the form.  Standing

10        objection.  Lack of foundation.

11             THE WITNESS:  I'm not familiar with the term

12        frequency agile.  It communicates in accordance

13        with 802.11 specifications.

14   BY MR. GILCHRIST:

15        Q.   Does it do so over at least one frequency channel

16   selected from a plurality of frequency channels?

17             MR. ANDERSON:  Object to the form.  Standing

18        objection.  Lack of foundation.

19             THE WITNESS:  Yes, it does.

20   BY MR. GILCHRIST:

21        Q.   Are the Federal Express -- is the Federal Express

22   network located at the airport, the transceiver, is that

23   operating on an unlicensed frequency band?

24             MR. ANDERSON:  Object to the form and standing

25        objection.

1          THE WITNESS:  I believe it is, yes.

2          MR. GILCHRIST:  Let's take a quick break.

3          THE VIDEOGRAPHER:  Off the record, 4:11 p.m.

4          (Recess taken.)

5          THE VIDEOGRAPHER:  On the record, 4:26 p.m.

6    BY MR. GILCHRIST:

7       Q.   The last category that you've been designated to

8    testify on that I haven't covered yet is the factual basis

9    for FedEx's defenses in defense to the complaint and I

10   understand we have somebody else who is going to testify as

11   to the invalidity defenses, correct?

12      A.   Correct.

13      Q.   FedEx has asserted that Harris's claims are barred

14   by the doctrine of laches.  Can you provide me any factual

15   basis for the assertion of the laches doctrine?

16          MR. ANDERSON:  Standing objection to this line

17      of questioning.

18          THE WITNESS:  I'm not familiar with the laches

19      term.

20   BY MR. GILCHRIST:

21      Q.   All right.  Has Federal Express delayed asserting

22   its rights against FedEx in any way?

23          MR. ANDERSON:  Object to the form.  You mean

24      has Harris delayed?

25          MR. GILCHRIST:  Yes.  Let me re-ask that one.

1    BY MR. GILCHRIST:

2         Q.   Has Harris delayed in asserting any of its claims

3    against FedEx?

4              MR. ANDERSON:   Standing objection.   Calls for

5         legal conclusion.

6              THE WITNESS:   I wasn't made aware of the date

7         of the initial claim by Harris.

8    BY MR. GILCHRIST:

9         Q.   Well, does FedEx contend Harris was aware of

10   FedEx's allegedly infringing activity any time before the

11   complaint was brought?

12             MR. ANDERSON:   Same objection.

13             THE WITNESS:   I have no knowledge of that.

14   BY MR. GILCHRIST:

15        Q.   Does anyone at FedEx?

16        A.   Not to my knowledge.

17        Q.   Has FedEx changed its position in any way because

18   of any delay by Harris in asserting its rights?

19             MR. ANDERSON:   Same objection.

20             THE WITNESS:   No, there's been no change of

21        position.

22             MR. GILCHRIST:   All right, sir, I think that's

23        all I've got.

24             MR. ANDERSON:   I have some follow-up questions

25        for Mr. Swanson.   Can we take a break.

1          MR. GILCHRIST:  Sure.

2          THE VIDEOGRAPHER:  Off the record, 4:29 p.m.

3          (Recess taken.)

4          THE VIDEOGRAPHER:  On the record, 4:44 p.m.

5                    CROSS EXAMINATION

6     BY MR. ANDERSON:

7          Q.   Although FedEx objected to the line of questioning

8     about the meaning of some of the claim terms, I wanted to

9     clarify the record and get at least the factual testimony

10    from Mr. Swanson and the FedEx corporation position.

11          Mr. Swanson, does the 727 system create an

12    archival store of aircraft data on the airplane?

13          A.   Yes.

14          Q.   Why is it archival on the airplane?

15          A.   There's a store, but based on my previous

16    definitions of archival as being long term, there is a

17    store, but not an archival store, no.

18          Q.   Is it not an archival data store?

19          A.   No.

20          MR. GILCHRIST:  Object to the form.

21    BY MR. ANDERSON:

22          Q.   In the 727 system as installed by FedEx is all the

23    data accumulated and stored on the aircraft, is all of it

24    transmitted to the ground?

25          A.   No, it is not.

1          MR. GILCHRIST:  Object to the form.

2     BY MR. ANDERSON:

3          Q.    Therefore, is data representative of an entire

4     flight ever transmitted to the ground?

5          MR. GILCHRIST:  Object to the form.

6          THE WITNESS:  No, it is not.

7     BY MR. ANDERSON:

8          Q.    In the 727 system in the components that interact

9     with it, is there an airport based wide band spread

10    spectrum transceiver?

11         MR. GILCHRIST:  Object to the form.

12         THE WITNESS:  FedEx position that it is not an

13         airport based system.

14    BY MR. ANDERSON:

15         Q.    How about an airport based archival data store?

16         A.    It is FedEx's position there is not an airport

17    based system.

18         Q.    Is there an airport based processor?

19         A.    No.

20         Q.    Is there interaction with an airport based

21    communications network?

22         A.    No.

23         MR. GILCHRIST:  Object to the form.

24    BY MR. ANDERSON:

25         Q.    Does the 727 system include an adaptive power

1    control unit anywhere?

2        A.   No.

3        Q.   Do the components on board the aircraft ever vary

4    the power level based on geographic location?

5        A.   No, they do not.

6        Q.   Does the 727 aircraft, any components on board

7    know where it is geographically?  In other words, are there

8    any electronics or other equipment on board that would

9    indicate where a 727 is located on the planet?

10           MR. GILCHRIST:  Object to the form.

11           THE WITNESS:  There are a few aircraft, 727

12       aircraft in the fleet that do.

13   BY MR. ANDERSON:

14       Q.   That have a GPS location, for example?

15       A.   Has a navigation system.

16       Q.   In the 727 system includes the Avionica

17   components, do any of those components know the geographic

18   location of the aircraft?

19       A.   No.

20       Q.   At any point from the collection of data on the

21   aircraft to the storage of data on your server also called

22   the avSYNC server today, is there a retrievable record of

23   an entire flight's worth of data?

24       A.   No, there's not.

25       Q.   Is there any probe beacon sent specifically to the

1    SecureLink router to make it select a channel?

2              MR. GILCHRIST:  Object to the form.

3              THE WITNESS:  Not specifically sent to the

4         SecureLink system, no.

5    BY MR. ANDERSON:

6         Q.   Is there an interrogation beacon of any kind sent

7    to the SecureLink router to make it change its settings?

8              MR. GILCHRIST:  Object to the form.

9              THE WITNESS:  No, there's not.

10             MR. ANDERSON:  That's all the questions I have

11        at this time.

12                    REDIRECT EXAMINATION

13   BY MR. GILCHRIST:

14        Q.   Prior to late September of this year was all data

15   transmitted from the aircraft to the ground based server?

16             MR. ANDERSON:  Object to the form.

17             THE WITNESS:  Yes, it was.

18   BY MR. GILCHRIST:

19        Q.   And on the server at the airport at the FedEx

20   operations unit are there data stores of an entire flight

21   still in existence?

22             MR. ANDERSON:  Object to the form to the

23        extent it mischaracterizes the witness's prior

24        testimony.  Lack of foundation.

25             THE WITNESS:  I believe there is.