# Exhibit 13

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                       ORLANDO DIVISION

 3
     HARRIS CORPORATION,
 4   a Delaware corporation,

 5         Plaintiff,

 6   VS.                    CASE NO.: 6:07-CV-1819-ORL-28KRS

 7   FEDERAL EXPRESS CORPORATION,
     a Delaware corporation,
 8
           Defendant.
 9
     ================================
10
     FEDERAL EXPRESS CORPORATION,
11
           Counter-Plaintiff,
12
     VS.
13
     HARRIS CORPORATION,
14
           Counter-Defendant.
15
     ================================
16
                        DECEMBER 18, 2008
17                      10:00 A.M.

18         The videotaped deposition of DEREK R. WICKENS,

19   taken pursuant to notice on behalf of the Plaintiff,

20   at the offices of Allen, Dyer, Doppelt, Milbrath

21   & Gilchrist, 255 South Orange Avenue, Suite 1401,

22   Orlando, Florida, before Evelyn M. Zirbes, CSR-CA,

23   Certified Shorthand Reporter, and Notary Public,

24   in and for the State of Florida at Large.

25
```

```
 1              THE WITNESS:  Possibly.
 2   BY MR. GILCHRIST:
 3        Q.   Who would have been in charge of it when it was
 4   improperly named the FOQA program?
 5        A.   Ed Lyons I think is the gentleman's name.
 6        Q.   Is he still with FedEx?
 7        A.   Correct.  He's a vice president now.
 8        Q.   In the downloading of information you just
 9   described for me, how is that different for the 727
10   system?
11        A.   I'm sorry again, if you can repeat the question.
12        Q.   Sure.  You provided me details on what Federal
13   Express does with the MD-11 data from a flight, correct?
14        A.   Correct.
15        Q.   And you said you could tell me that it's different
16   from a 727 on a high level, correct?
17        A.   Correct.
18        Q.   Can you tell me what the differences are?
19        A.   It's downloaded with Avionica equipment.  Still an
20   802.11 network.  It does not go through the TITAN server.
21   I understand it does not get compressed and I also
22   understand that the data is not really being used.
23        Q.   Anything else?
24        A.   Not that I can think of.
25        Q.   All right.  It doesn't go through the TITAN system
```

1   I believe you told me?

2       A.   TITAN server, correct.

3       Q.   Where does it go?

4       A.   The 727?

5       Q.   Yes, sir.

6       A.   Directly from the aircraft to a -- it actually doesn't go to a flight safety server, I'm sorry. It goes to a server that is stored in Robert Swanson's or in the air operations computer room that is actually not in the flight safety area.

11      Q.   So we've got two different computer rooms?

12      A.   The FOQA lab is almost like an office, but there are computers in there.

14      Q.   Is that where the TITAN computers are?

15      A.   No.

16      Q.   Okay. I thought there wasn't a FOQA lab?

17      A.   There's not -- it's more of an office.

18      Q.   I thought you told me a minute ago you never heard it referred to as a FOQA lab?

20      A.   I haven't.

21      Q.   What do you know it as?

22      A.   The flight safety department or office.

23      Q.   All right. Now, is the TITAN server in the flight safety office?

25      A.   No.

1    Q.    There are servers in the flight safety office, but
2  that's for applying the FOQA analysis to the data,
3  correct?
4    A.    Correct. I don't know if they're necessarily
5  servers.
6    Q.    Fair enough. They're hard drives, computers?
7    A.    Correct.
8    Q.    Where is the TITAN server then?
9    A.    It is at our data center in our FedEx services
10 department or facility.
11   Q.    Where is that?
12   A.    In a suburb called Collierville, Tennessee.
13   Q.    You have to spell that one.
14   A.    C-O-L-L-I-E-R-V-I-L-L-E.
15   Q.    And that's for the MD-11?
16   A.    For the most part that is every other fleet other
17 than 727.
18   Q.    All right. But the 727 server is located at the
19 air operations center?
20   A.    Correct.
21   Q.    And that server is located where within the air
22 operations center?
23   A.    In a server room.
24   Q.    You also told me that the information is not
25 compressed, the data is not compressed on the 727. How do

```
 1   you know that?
 2       A.   I don't know that for sure.
 3       Q.   How did you arrive at that conclusion?
 4       A.   Based on just discussions in the hall and a best
 5   educated guess.
 6            MR. GILCHRIST:  All right.  We have to change
 7       the tape, so let's take a break.
 8            THE VIDEOGRAPHER:  The time is 10:57.  We'll
 9       go off record.
10            (Recess taken.)
11            THE VIDEOGRAPHER:  The time is 11:20 a.m.
12       We're back on the record.
13                 (Document marked Plaintiff's Exhibit
14                 No. 45 for identification.)
15   BY MR. GILCHRIST:
16       Q.   I have handed you what I've had marked Exhibit No.
17   45.  Do you recognize this as the data sheet for the Cisco
18   router we discussed earlier?
19       A.   Looks that way.
20       Q.   The 1200 series is the radio that's installed at
21   all the FedEx airports that have Gatelink capability,
22   correct?
23            MR. ANDERSON:  Object to the form.
24            THE WITNESS:  Correct.
25   BY MR. GILCHRIST:
```

```
 1      Q.   All right.  Which one would not be on airport
 2 property, if any?
 3      A.   We do not install -- my understanding is we
 4 install our equipment on FedEx property.  I'm not sure if
 5 it's leased or ours.  We do not install our equipment on an
 6 airport so to speak.
 7      Q.   Well, let's take the Memphis facility that's
 8 leased from the Memphis airport authority, correct?
 9      A.   Evidently based on Robert Swanson's testimony
10 yesterday.
11      Q.   And if you look at a map it practically backs up
12 to the tarmac, right?
13      A.   It's very close.
14           MR. ANDERSON:  Object to the form.
15 BY MR. GILCHRIST:
16      Q.   What about the Orlando facility?
17      A.   It would still be considered FedEx, a FedEx
18 facility.
19      Q.   Is it leased from the Orlando Airport Authority?
20      A.   I'm not sure.
21      Q.   Does it fall within the fencing and the gating of
22 the airport?
23      A.   I do not think the same security requirements are
24 required to get in to our facility versus the airport.
25      Q.   How about behind the facility where the airport
```