# Exhibit 14

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRIS CORPORATION,              )
                                 )
        Plaintiff,               )
                                 )  CIVIL ACTION
    vs.                          )
                                 )  FILE NO.
FEDERAL EXPRESS                  )
CORPORATION,                     )  6:07-CV-1819-ORL-28 KRS
                                 )
        Defendant.               )

- - -

Videotaped deposition of ROBERT K. BOUCHARD, taken on behalf of the Plaintiff, pursuant to the stipulations agreed to herein, before Suzanne Beasley, Registered Professional Reporter and Notary Public, at Suite 1000, 999 Peachtree Street, Atlanta, Georgia, on the 9th day of December, 2008, commencing at the hour of 9:13 a.m.

```
 1   started in 1992?
 2       A.    Yes.
 3       Q.    Okay.  During what time frame?
 4       A.    1997 to when I left.
 5       Q.    Were there particular aircraft in which
 6   the onboard maintenance terminals were installed?
 7       A.    Yes.
 8       Q.    Which aircraft?
 9       A.    MD-11, A300, A310.
10       Q.    That it?
11       A.    Uh-huh.
12       Q.    Okay.  While you were at FedEx, did
13   it -- did FedEx use any planes other than the MD-11,
14   A300 or A310?
15       A.    Yes.
16       Q.    What other aircraft were used by FedEx
17   while you were there?
18             MR. ANDERSON:  Objection.  Lack of
19       foundation.
20             THE WITNESS:  DC-10, MD-10,
21       Boeing 727.
22   BY MR. SANTURRI:
23       Q.    And you said that while you were at FedEx,
24   the DC-10, MD-11 and B-727s did not have OMTs
25   installed?
```

1           MR. ANDERSON:  Object to the
2       recharacterization.
3           THE WITNESS:  Misstated --
4   BY MR. SANTURRI:
5       Q.    Okay.
6       A.    -- I think.
7       Q.    Well, I understood you to say that the
8   only planes at FedEx that had OMTs were MD-11, A300
9   and A310; is that correct?
10      A.    Yes.
11      Q.    Okay.  And I also understood you to tell
12  me that there were three other types of planes at
13  FedEx, the DC-10, MD-10 and B-727; is that right?
14      A.    Yes.
15      Q.    So did the DC-10 have any onboard
16  maintenance terminals installed?
17      A.    No.
18      Q.    Did the MD-10 have any onboard maintenance
19  terminals installed?
20      A.    Yes.
21      Q.    Okay.
22      A.    Yes.  Sorry, it did.
23      Q.    Did the B-727s have any onboard
24  maintenance terminals?
25      A.    No.

1     A.      Totally integrated technical aircraft
2  network.
3     Q.      And what were your duties and
4  responsibilities as the project engineer for TITAN?
5     A.      Development, R&D, implementation.
6     Q.      When did development on the TITAN system
7  first begin?
8     A.      TITAN is the global name for multiple
9  components.  If you consider the first component, and
10 we're already into 1991 -- if you
11 consider -- if -- my involvement, it's 1993.
12    Q.      What is -- can you tell me generally what
13 TITAN is?
14    A.      TITAN is an umbrella name for multiple
15 systems that are part of an information -- aircraft
16 information system.
17    Q.      All right.  What are the multiple systems
18 that fall under the TITAN umbrella?
19    A.      As of the day that I left, it included the
20 OMT, the pilot access terminal.
21    Q.      Is that a PAT?
22    A.      Yes.  The maintenance access terminal, or
23 the MAT; the printer; terminal wireless; cabin
24 wireless; ACARS.  Well, no, ACARS was not actually
25 part of the TITAN system.  It was something we

1    Q.    Okay.  On the MD-11s in which an OMT
2  server was installed, was the FOQA data stored on the
3  OMT server?
4    A.    Yes.
5    Q.    But it couldn't be read by the MAT or the
6  OMT display?
7    A.    No.
8    Q.    Is there a -- I might have asked you this.
9  Is there a special format for FOQA data?
10   A.    For flight data recorder data.
11   Q.    So FOQA data is really just the same thing
12 as flight data recorder data?
13   A.    Pretty much.
14   Q.    You said that in around 2000, it was
15 possible to transfer FOQA data via 802.11 from FedEx
16 planes to the ground?
17         MR. ANDERSON:  Object to the form.
18   Which -- are we still on MD-11s using TWLU?
19   I'm just trying to follow.
20 BY MR. SANTURRI:
21   Q.    I don't know.  What planes were capable of
22 transferring FOQA data while you were at FedEx?
23   A.    The MD-11, the MD-10 and the 727.
24   Q.    What components had to be installed on an
25 MD-11 in order to transfer FOQA data to the

```
 1   plane -- from the plane to the ground?
 2       A.    OMT server, TWLU.
 3       Q.    All right.  How about with the MD-10?
 4       A.    Same.
 5       Q.    How about with the 727?
 6       A.    A miniQAR and a secureLINK router.
 7       Q.    Is a secureLINK router just a TWLU?
 8       A.    Yes.
 9       Q.    Was a different TWLU -- you said Penny &
10   Giles was the TWLU that was used in MD-11s?
11       A.    Yes.
12       Q.    How about with MD-10s?
13       A.    Same.
14       Q.    Were 802.11 routers -- were TWLUs
15   installed on A300s?
16       A.    Yes.
17       Q.    Do you know what brand those were?
18       A.    Teledyne.
19       Q.    Which ones?
20       A.    Teledyne.
21       Q.    And how about the A310?
22       A.    Teledyne.
23       Q.    Do you know what the goals of a FOQA
24   program are?
25             MR. ANDERSON:  Object to the form.
```

1     Lack of foundation.
2         THE WITNESS: Yes.
3  BY MR. SANTURRI:
4     Q.   Okay. What are the goals of a FOQA
5  program?
6     A.   To assist flight crews to better fly the
7  airplane.
8     Q.   How does the FOQA program go about
9  assisting flight crews?
10    A.   It monitors how the airplane's been flown
11  and compares that to an optimum and then determines
12  how far off of optimum the majority of flight crews
13  are flying.
14    Q.   And did FedEx use specific software to
15  analyze how the planes been flown and compared to
16  optimum?
17    A.   Yes.
18    Q.   Do you know what the software was?
19    A.   Time frame, though.
20    Q.   Okay. Any time frame.
21    A.   All right. Originally, Austin Digital.
22    Q.   A-u-s-t-i-n?
23    A.   Yeah, A-u-s-t-i-n. And before I left,
24  they'd switched over to Sagem.
25    Q.   How do you spell that?

1    Q.    Is it after MD-11s?

2    A.    Yes. Yeah.

3    Q.    Okay. All right. What about with 727s?

4    A.    I wasn't involved in the management of
5    engineering orders, installations, parts procurement,
6    none of those. When they exactly started, I couldn't
7    tell you. The pilot access terminal, I was
8    responsible for, and started those in approximately
9    2006.

10   Q.    So PATs started to be installed in 727s in
11   approximately 2006?

12   A.    Yes.

13   Q.    Were MATs installed --

14   A.    No.

15   Q.    -- in 727s?

16   A.    No.

17   Q.    At the time that PATs were going into
18   727s, were they already equipped with secureLINK and
19   MiniQARs?

20   A.    In process.

21   Q.    Was -- was the PAT able to communicate
22   with the miniQAR on 727s?

23   A.    No.

24   Q.    Was the PAT able to communicate with the
25   secureLINK on 727s?

1    A.    No.
2    Q.    Any reason why?
3    A.    Hadn't gotten there yet.
4    Q.    Was it -- were they scheduled to be linked
5  together?
6    A.    It was in -- it was part of the design,
7  but not yet implemented.
8    Q.    How about EFBs, were those installed in
9  727s?
10   A.    No.
11   Q.    OMTs?
12   A.    No.
13   Q.    Printers?
14   A.    No.
15   Q.    Cabin wireless units?
16   A.    No.
17   Q.    Cameras?
18   A.    No.
19         (Plaintiff's Exhibit 6 was marked for
20    identification.)
21  BY MR. SANTURRI:
22   Q.    I'm going to hand you what's been marked
23  as Plaintiff's Exhibit 6.  Can you take a look at
24  that document and tell me if you're familiar with it?
25   A.    I'm familiar with parts of the document.

1    Q.    Okay. Mr. Bouchard, down at the bottom
2  right, there's a code that says AVIO and a bunch of
3  numbers. For example, on the first page of this, it
4  says 3578. Do you see that, where I'm at?
5    A.    Yes.
6    Q.    Those are called Bates numbers. And that
7  way, whenever I'm trying to direct you to a
8  particular page, I'll just use that number down at
9  the bottom, and that way, we're on the same page.
10    A.    Okay.
11    Q.    Were you involved in the preparation of
12  this RFP?
13    A.    Yes.
14    Q.    In what way were you involved?
15    A.    The technical specification.
16    Q.    That one is attached starting at
17  AVIO 3604?
18    A.    Yes.
19    Q.    Okay. What is this -- is there a name
20  FedEx uses for this type of specification?
21    A.    No. It's an engineering specification.
22    Q.    Okay. So it's just an engineering report?
23    A.    Yes.
24    Q.    Okay. And this was a document that you
25  prepared?

1      A.    Yes.
2      Q.    And this would have been prepared during
3   your time as a project engineer for TITAN?
4      A.    Yes.
5      Q.    Okay. At the time you prepared this
6   specification -- well, first of all, tell me
7   what -- what systems are specified by this
8   engineering report.
9      A.    It's a -- a flight data recorder data
10  extraction and transmission system.
11     Q.    What fleets did this particular report
12  provide specifications for?
13     A.    For Boeing 727 and DC-10.
14     Q.    Did it also provide specifications for
15  Airbus A300 and A310? And I'm looking at 3608.
16     A.    It -- it did include A300 and A310 for
17  partial functionality, not full functionality.
18     Q.    Partial functionality in the sense that
19  the A300 and A310 already had some components
20  installed on them?
21     A.    Correct.
22     Q.    Was there a specification similar to this
23  that's directed to the MD-10 and MD-11?
24     A.    No.
25     Q.    Why not?

```
 1      A.     No.
 2      Q.     Are they ever used to upload or download
 3  data to a plane?
 4      A.     Via wi-fi?
 5      Q.     Yes.
 6      A.     No.
 7      Q.     And by wi-fi, you mean 802.11?
 8      A.     Yes.
 9             (Plaintiff's Exhibit 12 was marked
10      for identification.)
11  BY MR. SANTURRI:
12      Q.     I'll hand you what's been marked as
13  Exhibit Number 12.  Can you take a look at that and
14  tell me if you're familiar with that document.
15      A.     Yes.
16      Q.     What is it?
17      A.     It's a presentation I created for the
18  West Coast managers within FedEx on the maintenance
19  side.
20      Q.     What is the A380 program office?
21      A.     It's the office where I worked as the
22  senior advisor for aircraft development.
23      Q.     That was from '04 to '06?
24      A.     Yes.
25      Q.     What did you do as the senior advisor for
```

1      Compound.
2           THE WITNESS:  Which one do you want
3      me to answer, or what specific?
4  BY MR. SANTURRI:
5      Q.   Which of the benefits discussed in here
6  apply to the B-727 system that you specced out in
7  Exhibit 6 that we reviewed earlier?
8      A.   Okay.  As far as I can tell, only item
9  number three.
10          MR. SANTURRI:  Okay.
11          (Plaintiff's Exhibit 14 was marked
12      for identification.)
13 BY MR. SANTURRI:
14     Q.   I'll have you take a look at Exhibit 14
15 for me, please.
16     A.   Okay.
17     Q.   Is this a true and accurate copy of an
18 e-mail that you received from Raul Segredo in
19 September of 2004?
20     A.   It appears.
21     Q.   And you were copied on this by virtue of
22 your position as the project engineer for TITAN?
23          MR. ANDERSON:  Object to the form.
24      Calls for speculation.
25          THE WITNESS:  To be honest, I'm not