# Exhibit 16

## ALLEN

## DYER

## DOPPELT

## MILBRATH &

## GILCHRIST, P.A.

INTELLECTUAL PROPERTY ATTORNEYS

Herbert L. Allen
Robert Dyer
Ava K. Doppelt
Stephen D. Milbrath
Brian R. Gilchrist
Christopher F. Regan
David L. Sigalow
Richard K. Warther
Enrique G. Estévez, Ph.D.
David W. Henry
Michael W. Taylor
John F. Woodson II

Paul J. Ditmyer
Stephen H. Luther
Jeffrey S. Boyles
Ryan T. Santurri
Bridget Heffernan Labutta
Gregory B. Allen
Jack G. Abid
David S. Carus
David W. Magana
Allison R. Imber
Jeremy B. Berman

Of Counsel:
David L. Stewart
Neal J. Blaher

Patent Agents:
Jacqueline E. Hartt, Ph.D.
Carl M. Napolitano, Ph.D.
Justin R. Sauer

rsanturri@addmg.com

May 9, 2008

RECEIVED
MAY 1 4 2008
NEEDLE & ROSENBERG

J. Scott Anderson, Esquire
Needle & Rosenberg, P.C.
999 Peachtree Street, Suite 1000
Atlanta, Georgia  30309

Re:   Harris v. Federal Express
      Case No. 6:07-CV-1819-ORL-28 KRS, Middle District of Florida

Dear Scott:

Attached please find claim charts for the patents originally asserted by Harris, as well as the referenced exhibits.  These are preliminary claim charts, and Harris reserves the right to amend or supplement them, as well as the right to add infringement contentions on additional independent and dependent claims as discovery progresses.  As discussed in my April 2, 2008 letter, Harris will provide its claim charts on the '045 and '165 Patents once it receives FedEx's claim charts regarding the alleged invalidity and/or non-infringement of the Patents-in-Suit.

Sincerely,

Ryan T. Santurri

RTS:asl
Attachment

**Orlando Office (Main)**
255 South Orange Ave.
Suite 1401
Orlando, FL 32801
Mail To:  P.O. Box 3791
Orlando, FL 32802-3791

tel: 407-841-2330
fax: 407-841-2343

**Jacksonville Office**
4720 Salisbury Rd.
Jacksonville, FL 32256

tel: 904-470-0002
fax: 904-493-6166

**Melbourne Office**
1901 S. Harbor City Blvd.
Suite 507
Melbourne, FL 32901

tel: 321-725-4760
fax: 321-984-7078



www.addmg.com

| CLAIM ELEMENT | FEDEX TITAN SYSTEM (1819) |
|---|---|
| 1. A method of providing data from an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), enables FedEx to provide data from an aircraft to a ground destination. The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…" (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) |
| continuously monitoring the flight performance of the aircraft during an entire flight of the aircraft from at least take-off to landing; | The FedEx TITAN system continuously monitors the flight performance of the aircraft during an entire flight of the aircraft from at least take-off to landing, as required by FAR 121.344. |
| generating aircraft data representative of the continuously monitored aircraft flight performance during an entire flight of the aircraft from at least take-off to landing; | The FedEx TITAN system generates aircraft data representative of the continuously monitored aircraft flight performance during an entire flight of the aircraft from at least take-off to landing, as required by FAR 121.344. |
| accumulating and continuously storing the generated aircraft data within a ground data link unit positioned within the aircraft during the entire flight of the aircraft from at least take-off to landing to create an archival store of such aircraft data; | The FedEx TITAN system accumulates and continuously stores the generated aircraft data within a ground data link unit positioned within the aircraft during the entire flight of the aircraft from at least take-off to landing to create an archival store of such aircraft data as required by FAR 121.344. The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.*) |

1

| CLAIMED ELEMENT | FEDEX TITAN SYSTEM[19] |
|---|---|
| after the aircraft completes its flight and lands at an airport, transmitting the accumulated, stored generated aircraft data from the ground data link unit over a wideband spread spectrum communications signal to a ground based spread spectrum receiver; | After the aircraft completes its flight and lands at an airport, the FedEx TITAN system transmits the accumulated, stored generated aircraft data from the ground data link unit over a wideband spread spectrum communications signal to a ground based spread spectrum receiver.  The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight. [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.) |
| and demodulating the received spread spectrum communications signal to obtain the accumulated, aircraft data representative of the flight performance of the aircraft during an entire flight of the aircraft from take-off to landing. | The FedEx TITAN system demodulates the received spread spectrum communications signal to obtain the accumulated, aircraft data representative of the flight performance of the aircraft during an entire flight of the aircraft from take-off to landing pursuant to the IEEE 802.11 standard. |

| CLAIM ELEMENT | FEDEX'S INFRINGEMENT |
|---|---|
| 1. A system for providing a retrievable record of the flight performance of an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), is a system for providing a retrievable record of the flight performance of an aircraft. The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…" (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age*.) |
| a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising: | The FedEx TITAN system contains a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft pursuant to FAR 121.344. |
| a) an archival data store operative to accumulate and store flight performance data during flight of the aircraft, and | The FedEx TITAN system contains an archival data store operative to accumulate and store flight performance data during flight of the aircraft pursuant to FAR 121.344. The TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit C: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001*.) |
| b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that | The FedEx TITAN system contains a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal that comprises a signal in the range of about 2.4 to about 2.5 GHz. The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate. This provides a |

3

| CLAIM ELEMENT | FEDEX TITAN SYSTEM (§ 2.2) |
|---|---|
| has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal that comprises a signal in the range of about 2.4 to about 2.5 GHz; | near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.) |
| an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data; | The FedEx TITAN system contains an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data.  The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.) |
| an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores the demodulated flight performance data; | The FedEx TITAN system utilizes an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores the demodulated flight performance data. (Exhibit D: *FedEx PowerPoint Presentation: The "TITAN" Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard*.) |
| an airport based processor coupled to said archival data store for retrieving flight data performance from the airport | The FedEx TITAN system utilizes an airport based processor coupled to said archival data store for retrieving flight data performance from the airport based archival data store. (Exhibit D: *FedEx PowerPoint Presentation: The "TITAN" Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard*.) |

4

| CLAIM ELEMENT | FEDEX TITAN SYSTEM ('325) |
|---|---|
| based archival data store; | |
| a remote flight operations control center; and | The FedEx TITAN system utilizes a remote flight operations control center. "One of the many uses of this technology will be to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers, which are accessible to authorized persons on the FedEx secure global network." (Exhibit C: *Avionics Magazine*, 03/01/2005, "Scan"; Exhibit D: *FedEx PowerPoint Presentation: The "TITAN" Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard*.) |
| an airport based communications network operatively connecting said remote flight operations control center and airport based processor to allow the remote flight operations control center to receive and analyze the flight performance data. | The FedEx TITAN system utilizes an airport based communications network operatively connecting said remote flight operations control center and airport based processor to allow the remote flight operations control center to receive and analyze the flight performance data. (Exhibit D:  *FedEx PowerPoint Presentation: The "TITAN" Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard*.) |

5

| CLAIM 1 ELEMENT | FEDEX TITAN SYSTEM (OR) |
|---|---|
| 1. A system for providing a retrievable record of the flight performance of an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), enables FedEx to provide a retrievable record of the flight performance of the aircraft. The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…" (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age*.) |
| a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising: | The FedEx TITAN system contains a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft pursuant to FAR 121.344. |
| a) an archival data store operative to accumulate and store flight performance data during flight of the aircraft, and | The FedEx TITAN system has a ground data link with an archival data store operative to accumulate and store flight performance data during flight of the aircraft. The TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.*) |
| b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download said flight performance data that has been accumulated and | The FedEx TITAN system has a ground data link with a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download said flight performance data that has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal. The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate. This provides a near-instantaneous safety snapshot of each flight. [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight |

9

| CLAIM ELEMENT | FedEx TITAN SYSTEM (1819) |
|---|---|
| stored by said archival data store during flight over a wideband spread spectrum communication signal; and | data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*) |
| an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data; and | The FedEx TITAN system has an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data. The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight. [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*) |
| an adaptive power control unit that varies an emitted power level of the wideband spread spectrum communication signal based upon the geographic location of the airport. | The FedEx TITAN system has an adaptive power control unit that varies an emitted power level of the wideband spread spectrum communication signal based upon the geographic location of the airport and in compliance with the ARINC Characteristic 763-2 and IEEE 802.11 standards. The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999).*) |

| CLAIM ELEMENTS | FEDEX TITAN SYSTEM ('651) |
|---|---|
| 31. A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), provides a retrievable record of the flight performance of an aircraft.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…"  (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age*.) |
| collecting data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft; | The FedEx TITAN system collects data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft pursuant to FAR 121.344.  The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination."  (Exhibit B:  AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.) |
| accumulating and storing within an archival memory of the ground data link unit the flight performance data during flight of the aircraft; | The FedEx TITAN system accumulates and stores within an archival memory of the ground data link unit the flight performance data during flight of the aircraft pursuant to FAR 121.344.  The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001*.) |
| after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored during the flight over one of a plurality of sub-band frequency channels of a spread spectrum communication signal to an | After the aircraft lands at an airport at completion of the flight, the FedEx TITAN system downloads the flight performance data that has been accumulated and stored during the flight over one of a plurality of sub-band frequency channels of a spread spectrum communication signal to an airport based spread spectrum transceiver.  The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.) |

8

| CLAIM ELEMENT | FEDEX TITAN SYSTEM (667) |
|---|---|
| airport based spread spectrum transceiver; | |
| demodulating within the transceiver the received spread spectrum signal to obtain the flight performance data; | The FedEx TITAN system demodulates within the transceiver the received spread spectrum signal to obtain the flight performance data pursuant to the IEEE 802.11 standard. |
| and transmitting a probe beacon to the spread spectrum trasnceiver [sic] of the ground data link unit and selecting a sub-band frequency channel based on receipt of the probe beacon. | The FedEx TITAN system transmits a probe beacon to the spread spectrum transceiver of the ground data link unit and selects a sub-band frequency channel based on receipt of the probe beacon pursuant to IEEE Std. 802.11 standards. (Exhibit E: http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11a-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)*). |

9

| CLAIM ELEMENT | FEDEX TITAN SYSTEM ("...") |
|---|---|
| 1. A method of facilitating compliance with limitations imposed upon wireless communications by governing jurisdictions comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), facilitates compliance with limitations imposed upon wireless communications by governing jurisdictions. The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft..." (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) |
| transmitting from a fixed wireless router an interrogation beacon on a plurality of preselected radio-frequency (RF) channels containing information representative of communication limitations imposed by a jurisdiction governing the location of the wireless router; | The FedEx TITAN system transmits from a fixed wireless router an interrogation beacon on a plurality of preselected radio-frequency (RF) channels containing information representative of communication limitations imposed by a jurisdiction governing the location of the wireless router pursuant to the ARINC Characteristic 763-2 and IEEE 802.11 standards.  The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.)  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity". (Exhibit E: http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999).*) |
| receiving at a mobile RF transceiver unit, upon the mobile RF transceiver unit entering within the transmission range of the wireless router, the interrogation beacon containing the communications limitations information on at least one of said preselected RF channels; | The FedEx TITAN system receives at a mobile RF transceiver unit, upon the mobile RF transceiver unit entering within the transmission range of the wireless router, the interrogation beacon containing the communications limitations information on at least one of said preselected RF channels pursuant to the ARINC Characteristic 763-2 and IEEE 802.11 standard.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity". (Exhibit E: http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999).*) |

10

| CLAIM ELEMENT | FEDEX TITAN SYSTEM (445) |
| --- | --- |
| adjusting at the mobile RF transceiver unit transmission parameters applicable to the transmission of data from the mobile RF transceiver unit to the wireless router; | The FedEx TITAN system adjusts at the mobile RF transceiver unit transmission parameters applicable to the transmission of data from the mobile RF transceiver unit to the wireless router. (Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)*). |
| and transmitting data from the mobile RF transceiver unit to the wireless router on a selected channel in accordance with communication limitation imposed by the jurisdiction governing the location of the wireless router. | The FedEx TITAN system transmits data from the mobile RF transceiver unit to the wireless router on a selected channel in accordance with communication limitation imposed by the jurisdiction governing the location of the wireless router. (Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11a-1999, IEEE Std. 802.11, 1999 edition, and IEEE Std. 802.11b-1999)*). |

11

| CLAIM ELEMENT | FEDEX TITAN SYSTEM ("610") |
|---|---|
| 1. A system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), is a system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…"  (Exhibit A: Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.) |
| a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data such as received by a flight data recorder; | The FedEx TITAN system contains a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data such as received by a flight data recorder. "Avionica, Inc. (Miami FL, USA) announces the availability of Supplemental Type Certificate (STC) ST03021AT certifying the installation of its SecureLink wireless router on the Boeing 727 series of aircraft [ ] The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica miniQAR for several months [ ] Applications include [ ] Out Off On In (OOOI) time transmissions…"  (Exhibit G: *Avionica press release dated February 2005 : SecureLink Wireless Router Certified http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html*) |
| a multiplexer connected to the plurality of sensors for receiving the parametric data from the plurality of sensors and multiplexing the parametric data; | The FedEx TITAN system uses a multiplexer connected to the plurality of sensors for receiving the parametric data from the plurality of sensors and multiplexing the parametric data consistent with ARINC Characteristic 763-2, Published November 21, 2001.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html) |
| a central processing unit positioned within the aircraft and operatively connected to the multiplexer for receiving and demultiplexing a sample of the multiplexed stream of parametric data and | The FedEx TITAN system uses a central processing unit positioned within the aircraft and operatively connected to the multiplexer for receiving and demultiplexing a sample of the multiplexed stream of parametric data and demultiplexing the data and calculating the OOOI times of the aircraft consistent with ARINC Characteristic 763-2, Published November 21, 2001.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html) |

12

| CLAIM ELEMENTS | FEDEX TITAN SYSTEM (656) |
|---|---|
| demultiplexing the data and calculating the OOOI times of the aircraft; | |
| a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft; | The FedEx TITAN system uses a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft. "The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica miniQAR for several months [] Applications include [] Out Off On In (OOOI) time transmissions..." (Exhibit G: *Avionica press release dated February, 2005: SecureLink Wireless Router Certified http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html*.) |
| a wideband spread spectrum transceiver coupled to the data store, and comprising a transmitter that is operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal; | The FedEx TITAN system uses a wideband spread spectrum transceiver coupled to the data store, and comprising a transmitter that is operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal. The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate. This provides a near-instantaneous safety snapshot of each flight. [] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (*Avionics Magazine, "Wireless Router" Mar. 1, 2005*.) "Applications include [] Out Off On In (OOOI) time transmissions..." (Exhibit G: *Avionica press release dated February, 2005: SecureLink Wireless Router Certified http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html*.) |
| an airport based wideband spread spectrum receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to | The FedEx TITAN system includes an airport based wideband spread spectrum receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the data relating to the calculated OOOI times of the aircraft. The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate. |

13

| CLAIM ELEMENT | FEDEX TALON SYSTEM ('666) |
|---|---|
| obtain the data relating to the calculated OOOI times of the aircraft. | This provides a near-instantaneous safety snapshot of each flight. [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (*Avionics Magazine*, "*Wireless Router*" *Mar. 1, 2005*.) "Applications include [ ] Out Off On In (OOOI) time transmissions…" (Exhibit G: *Avionica press release dated February, 2005*: *SecureLink Wireless Router Certified* *http://www.avionica.com/whats_new_press/e1_SecureLink_02-2005.html*.) |

14

| CLAIM ELEMENTS | FEDEX TITAN SYSTEM (ITEM 4) |
|---|---|
| 1. A system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), provides a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…"  (Exhibit A: *Avionica Magazine July 1, 2005 Wireless Gatelink: Coming of Age*.) |
| a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data; | The FedEx TITAN system has a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data.  "Avionica, Inc. (Miami FL, USA) announces the availability of Supplemental Type Certificate (STC) STO3021AT certifying the installation of its SecureLink wireless router on the Boeing 727 series of aircraft [ ] The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica miniQAR for several months [ ] Applications include [ ], Out Off On In (OOOI) time transmissions…"  (Exhibit G: *Avionica press release dated February, 2005: SecureLink Wireless Router Certified http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html*.) |
| a central processing unit positioned within the aircraft for receiving the parametric data and calculating the OOOI times of the aircraft; | The FedEx TITAN system has a central processing unit positioned within the aircraft for receiving the parametric data and calculating the OOOI times of the aircraft consistent with ARINC Characteristic 763-2, Published November 21, 2001.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html.) |
| a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft; and | The FedEx TITAN system utilizes a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft.  "The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica miniQAR for several months [ ] Applications include [ ] Out Off On In (OOOI) time transmissions…" (Exhibit G: *Avionica press release dated February, 2005: SecureLink Wireless Router Certified http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html*.) |

15

| CLAIM ELEMENT | FEDEX TITAN SYSTEM [844] |
|---|---|
| a wideband spread spectrum transceiver coupled to the data store and operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal. | The FedEx TITAN system uses wideband spread spectrum transceiver coupled to the data store and operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal. The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate. This provides a near-instantaneous safety snapshot of each flight. [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." *(Avionics Magazine, "Wireless Router" Mar. 1, 2005.)* "'Applications include flight data downloads, automatic Electronic Flight Bag (EFB) synchronization, navigation chart updates, Out Off On In (OOOI) time transmissions, last-minute weather data, Point Of Sale (POS) data, and more." (Exhibit G: *Avionica press release dated February, 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html; Exhibit F: *IEEE 802.11 standard*.) |

16

| CLAIM 23 ('651 Patent) | FEDEX TITAN SYSTEM (CD 538) |
|---|---|
| 23. A method for updating flight management files and providing a retrievable record of the flight performance of an aircraft having a unique tail number identifier comprising the steps of: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), updates flight management files and provides a retrievable record of the flight performance of an aircraft having a unique tail number identifier. The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft…" (Exhibit A:  Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.) |
| collecting data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft; | The FedEx TITAN system collects data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft pursuant to FAR 121.344.  The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination."  (Exhibit B:  AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.) |
| accumulating and storing within a data store of the ground data link unit the flight performance data during flight of the aircraft; | The FedEx TITAN system accumulates and stores within a data store of the ground data link unit the flight performance data during flight of the aircraft pursuant to FAR 122.344.  The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B:  AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.) |
| after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored during flight over a spread spectrum communication signal to an airport based | After the aircraft lands at an airport at completion of the flight, the FedEx TITAN system downloads the flight performance data that has been accumulated and stored during flight over a spread spectrum communication signal to an airport based spread spectrum transceiver.  The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit."  (Exhibit |

17

| CLAIM ELEMENT | FEDEX TITAN SYSTEM (1991) |
|---|---|
| spread spectrum transceiver; | C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*) |
| demodulating the received spread spectrum signal to obtain the flight performance data; | The FedEx TITAN system demodulates the received spread spectrum signal to obtain the flight performance data pursuant to the IBEE 802.11 standard. |
| obtaining updated flight management database files based on the identification of the aircraft by its tail number identifier; | The FedEx TITAN system obtains updated flight management database files based on the identification of the aircraft by its tail number identifier. The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." *(AMC Industry Session Part I – Portable Maintenance Aids, AMC 2001.)* "Gatelink will allow FedEx to automatically update and control the configuration of databases in the server -- including the MEL and company flight manual -- any time an aircraft becomes connected to the network at an airport with the wireless infrastructure." *(Aviation Week July 26, 2004: Maintenance and the Electronic Flight Bag.)* "Along with FOQA, FedEx will apply the Avionica technology in the B727 to its electronic flight bags (EFBs), which now can be updated automatically [] The end-to-end solution tells the company what's on each device and when the data was delivered." (Exhibit C: *Avionics Magazine, March 1, 2005, "Scan."*) |
| transmitting flight navigation database files from the airport based spread spectrum transceiver to the ground data link unit over a second spread spectrum communication signal; | The FedEx TITAN system transmits flight navigation database files from the airport based spread spectrum transceiver to the ground data link unit over a second spread spectrum communication signal. (Exhibit D: *FedEx PowerPoint Presentation: The "TITAN" Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard.*) |
| updating a flight management computer located on board the | The FedEx TITAN system updates a flight management computer located on board the aircraft by transferring the files from ground data link unit to the flight management computer. (Exhibit D: |

18

| CLAIM ELEMENT | FEDEX TITAN SYSTEM (1899) |
|---|---|
| aircraft by transferring the files from ground data link unit to the flight management computer. | *FedEx PowerPoint Presentation: The "TITAN" Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard.)* |

19