## U.S. Patent 6,154,637

The term "FedEx B-727 System" refers to the system of components installed on select Federal Express Boeing 727 aircraft, which includes an Avionica MiniQAR recorder and an Avionica SecureLink router.

| '637 CLAIM ELEMENT | '637 HARRIS CONTENTION | '637 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| 31.    A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), provides a retrievable record of the flight performance of an aircraft.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft …."  (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) | Claim 31 of the '637 patent is not infringed, either literally or under the doctrine of equivalents, because the FedEx B-727 System does not provide "a retrievable record of the flight performance of an aircraft" as recited in this claim.<br><br>To the extent Harris contends that the equipment identified in response to Plaintiff's Interrogatory No. 4 represents an acknowledgement that such equipment infringes this claim, such contention is denied.<br><br>The Harris contention that Avionica equipment was installed on DC-10 aircraft is denied. |

| '637<br>CLAIM ELEMENT | '637<br>HARRIS CONTENTION | '637<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| collecting data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft; | The FedEx TITAN system collects data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft pursuant to FAR 121.344. The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.) | The FedEx B-727 System includes an Avionica MiniQAR recorder that, when operating, obtains a copy of the data being sent to the flight data recorder.<br><br>The Harris contention that the "FedEx TITAN system" operates "pursuant to FAR 121.344" is denied.<br><br>The Harris contention that the OMT, PAT, and Gatelink technology "will all be integrated" appears to be based on a plan allegedly expressed in 2001. Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied.<br><br>To the extent Harris contends that the OMT, PAT, and Gatelink technology are "integrated," such contention is denied. In the FedEx B-727 System, there is no connection between the Avionica equipment and the OMT or the PAT.<br><br>To the extent that Harris contents that the OMT or PAT satisfy this claim step, such contention is denied. |

| '637 CLAIM ELEMENT | '637 HARRIS CONTENTION | '637 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| accumulating and storing within an archival memory of the ground data link unit the flight performance data during flight of the aircraft; | The FedEx TITAN system accumulates and stores within an archival memory of the ground data link unit the flight performance data during flight of the aircraft pursuant to FAR 121.344. The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.*) | The FedEx B-727 System includes an Avionica MiniQAR recorder that, when operating, stores a copy of the data being sent to the flight data recorder. The Harris contention that the "FedEx TITAN system" operates "pursuant to FAR 121.344" is denied. The Harris contention that the OMT, PAT, and Gatelink technology "will all be integrated" appears to be based on a plan allegedly expressed in 2001. Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied. To the extent Harris contends that the OMT, PAT, and Gatelink technology are "integrated," such contention is denied. In the FedEx B-727 System, there is no connection between the Avionica equipment and the OMT or the PAT. To the extent that Harris contents that the OMT or PAT satisfy this claim step, such contention is denied. |

| '637<br>CLAIM ELEMENT | '637<br>HARRIS CONTENTION | '637<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored during the flight over one of a plurality of sub-band frequency channels of a spread spectrum communication signal to an airport based spread spectrum transceiver; | After the aircraft lands at an airport at completion of the flight, the FedEx TITAN downloads the flight performance data that has been accumulated and stored during the flight over one of a plurality of sub-band frequency channels of a spread spectrum communications signal to an airport based spread spectrum transceiver.  The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate. This provides a near-instantaneous safety snapshot of each flight. [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.) | The FedEx B-727 System does not perform the step of "downloading … to an airport based spread spectrum transceiver" as recited in this claim step because there is no "airport based spread spectrum transceiver." |
| demodulating within the transceiver the received spread spectrum signal to obtain the flight performance data; | The FedEx TITAN system demodulates within the transceiver the received spread spectrum signal to obtain the flight performance data pursuant to the IEEE 802.11 standard. | The FedEx B-727 System does not perform the step of "demodulating within the [airport based spread spectrum] transceiver" as recited in this claim step because there is no "airport based spread spectrum transceiver."<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "demodulating" because such a step is required or mandated by IEEE 802.11, such contention is denied. |

| '637<br>CLAIM ELEMENT | '637<br>HARRIS CONTENTION | '637<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| and transmitting a probe beacon to the spread spectrum transceiver of the ground data link unit and selecting a sub-band frequency channel based on receipt of the probe beacon. | The FedEx TITAN system transmits a probe beacon to the spread spectrum transceiver of the ground data link unit and selects a sub-band frequency channel based on receipt of the probe beacon pursuant to IEEE Std 802.11 standards. (Exhibit E: http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)*). | The FedEx B-727 System does not perform the step of "transmitting a probe beacon to the spread spectrum transceiver of the ground data link unit" as recited in this claim step. No "probe beacon" is transmitted from any ground equipment to any equipment onboard the aircraft.<br><br>The FedEx B-727 System does not perform the step of "selecting a sub-band frequency channel based on receipt of the probe beacon" as recited in this claim step because there is no "probe beacon" transmitted from any ground equipment to any equipment onboard the aircraft.  The FedEx B-727 System, when operating, transmits at a fixed frequency.<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "transmitting a probe beacon" because transmission of such a beacon is required or mandated by IEEE 802.11, such contention is denied. |

**U.S. Patent 6,775,545**

The term "FedEx B-727 System" refers to the system of components installed on select Federal Express Boeing 727 aircraft, which includes an Avionica MiniQAR recorder and an Avionica SecureLink router.

| '545 CLAIM ELEMENT | '545 HARRIS CONTENTION | '545 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| 1.       A method of facilitating compliance with limitations imposed upon wireless communications by governing jurisdictions comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), facilitates compliance with limitations imposed upon wireless communications by governing jurisdictions.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft ...."  (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) | Claim 1 of the '545 patent is not infringed, either literally or under the doctrine of equivalents, because the FedEx B-727 System does not facilitate "compliance with limitations imposed upon wireless communications by governing jurisdictions" as recited in this claim. To the extent Harris contends that the equipment identified in response to Plaintiff's Interrogatory No. 4 represents an acknowledgement that such equipment infringes this claim, such contention is denied. The Harris contention that Avionica equipment was installed on DC-10 aircraft is denied. |

| '545<br>CLAIM ELEMENT | '545<br>HARRIS CONTENTION | '545<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| transmitting from a fixed wireless router an interrogation beacon on a plurality of preselected radio-frequency (RF) channels containing information representative of communication limitations imposed by a jurisdiction governing the location of the wireless router; | The FedEx TITAN system transmits from a fixed wireless router an interrogation beacon on a plurality of preselected radio-frequency (RF) channels containing information representative of communication limitations imposed by a jurisdiction governing the location of the wireless router pursuant to the ARINC Characteristic 763-2 and IEEE 802.11 standards.  The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005*.)  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E:  http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)*). | The FedEx B-727 System does not perform the step of "transmitting from a fixed wireless router an interrogation beacon" as recited in this claim step.  No "interrogation beacon" is transmitted from any ground equipment to any equipment onboard the aircraft.<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "transmitting … an interrogation beacon" because transmissions of such a beacon is required or mandated by ARINC 763 or by IEEE 802.11, such contention is denied. |
| receiving at a mobile RF transceiver unit, upon the mobile RF transceiver unit entering within the transmission range of the wireless router, the interrogation beacon containing the communications limitations information on at least one of said preselected RF channels; | The FedEx TITAN system receives at a mobile RF transceiver unit, upon the mobile RF transceiver unit entering within the transmission range of the wireless router, the interrogation beacon containing the communications limitations information on at least one of said preselected RF Channels pursuant to ARINC Characteristic 763-2 and IEEE 802.11 standard.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E:  http://www.avionica.com/products_airborne_seclink.html; Exhibit F: *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)*). | The FedEx B-727 System does not perform the step of "receiving at a mobile RF transceiver unit … the interrogation beacon" as recited in this claim step.  No "interrogation beacon" is transmitted from any ground equipment to any equipment onboard the aircraft.<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "receiving … an interrogation beacon" because receiving such a beacon is required or mandated by ARINC 763 or by IEEE 802.11, such contention is denied. |

| '545 CLAIM ELEMENT | '545 HARRIS CONTENTION | '545 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| adjusting at the mobile RF transceiver unit transmission parameters applicable to the transmission of data from the mobile RF transceiver unit to the wireless router; | The FedEx TITAN system adjusts at the mobile RF transceiver unit transmission parameters applicable to the transmission of data from the mobile RF transceiver unit to the wireless router.  Exhibit F:  *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)).* | The FedEx B-727 System does not perform the step of "adjusting at the mobile RF transceiver unit" as recited in this claim step.  The FedEx B-727 System, when operating, transmits at a fixed frequency.<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "adjusting … transmission parameters" because such adjustment is required or mandated by ARINC 763 or by IEEE 802.11, such contention is denied. |
| and transmitting data from the mobile RF transceiver unit to the wireless router on a selected channel in accordance with communication limitation [*sic*] imposed by the jurisdiction governing the location of the wireless router. | The FedEx TITAN system transmits data from the mobile RF transceiver unit to the wireless router on a selected channel in accordance with communications limitation imposed by the jurisdiction governing the location of the wireless router.  Exhibit F:  *IEEE Std. 802.11d-2001 (Amendment to IEEE Std. 802.11, 1999 edition, IEEE Std. 802.11a-1999, and IEEE Std. 802.11b-1999)).* | The FedEx B-727 System does not perform the step of "transmitting data … on a selected channel in accordance with communication limitation [*sic*] imposed by the jurisdiction" as recited in this claim step.<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "transmitting data … on a selected channel in accordance with communication limitation [*sic*] imposed by the jurisdiction" because transmission is required or mandated by ARINC 763 or by IEEE 802.11, such contention is denied. |

**U.S. Patent 6,154,636**

The term "FedEx B-727 System" refers to the system of components installed on select Federal Express Boeing 727 aircraft, which includes an Avionica MiniQAR recorder and an Avionica SecureLink router.

| '636<br>CLAIM ELEMENT | '636<br>HARRIS CONTENTION | '636<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| 1.     A system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), is a system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft …." (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) | Claim 1 of the '636 patent is not infringed, either literally or under the doctrine of equivalents, because the FedEx B-727 System does not provide "a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft" as recited in this claim.  No such record can be made because the Avionica MiniQAR recorder is not operating during either the "Out" or "In" events.<br><br>To the extent Harris contends that the equipment identified in response to Plaintiff's Interrogatory No. 4 represents an acknowledgement that such equipment infringes this claim, such contention is denied.<br><br>The Harris contention that Avionica equipment was installed on DC-10 aircraft is denied. |

| '636 CLAIM ELEMENT | '636 HARRIS CONTENTION | '636 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data such as received by a flight data recorder; | The FedEx TITAN system contains a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data such as received by a flight data recorder. "Avionica, Inc. (Miami FL, USA) announces the availability of Supplemental Type Certificate (STC) STC03021AT certifying the installation of its SecureLink wireless router on the Boeing 727 series of aircraft [ ] The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica MiniQAR for several months [ ]  Applications include [ ] Out Off On In (OOOI) time transmissions …." (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html). | A plurality of sensors may be found on a variety of aircraft in the Federal Express fleet, including the Boeing 727 aircraft that use the FedEx B-727 System.<br><br>To the extent Harris contends that the "FedEx TITAN system" includes OOOI time transmissions on the grounds that such transmissions were required by or related to STC03021AT, such contention is denied. |
| a multiplexer connected to the plurality of sensors for receiving the parametric data from the plurality of sensors and multiplexing the parametric data; | The FedEx TITAN system uses a multiplexer connected to the plurality of sensors for receiving the parametric data from the plurality of sensors and multiplexing the parametric data consistent with ARINC Characteristic 763-2, Published November 21, 2001.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html.) | The FedEx B-727 System does not include "a multiplexer" as recited in this claim element for receiving "parametric data" sufficient to calculate OOOI times.  The FedEx B-727 System does not calculate OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" includes a "multiplexer" because such a device is required or mandated by ARINC 763, such contention is denied. |

| '636 CLAIM ELEMENT | '636 HARRIS CONTENTION | '636 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| a central processing unit positioned within the aircraft and operatively connected to the multiplexer for receiving and demultiplexing a sample of the multiplexed stream of parametric data and demultiplexing the data and calculating the OOOI times of the aircraft; | The FedEx TITAN system uses a central processing unit positioned within the aircraft and operatively connected to the multiplexer for receiving and demultiplexing a sample of the multiplexed stream of parametric data and demultiplexing the data and calculating the OOOI times of the aircraft consistent with ARINC Characteristic 763-2, Published November 21, 2001. The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html.) | The FedEx B-727 System does not include "a central processing unit … for … calculating the OOOI times of the aircraft" as recited in this claim element. The FedEx B-727 System does not calculate OOOI times.<br><br>The FedEx B-727 System does not include "a central processing unit positioned within the aircraft and operatively connected to the multiplexer for receiving and demultiplexing a sample of the multiplexed stream of parametric data and demultiplexing the data and calculating the OOOI times of the aircraft" as recited in this claim element. The FedEx B-727 System does not receive "parametric data" related to OOOI events. The FedEx B-727 System does not calculate OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" calculates OOOI times because such calculation is required or mandated by ARINC 763, such contention is denied. |

| '636<br>CLAIM ELEMENT | '636<br>HARRIS CONTENTION | '636<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft; | The FedEx TITAN system uses a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft. "The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica miniQAR for several months [ ]  Applications include [ ] Out Off On In (OOOI) time transmissions …." (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html). | The FedEx B-727 System does not include "a data store … operative to accumulate and store the data relating to the calculated OOOI times of the aircraft" as recited in this claim element.  The FedEx B-727 System does not accumulate or store data relating to calculated OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" accumulates or stores data relating to calculated OOOI times on the grounds that such activity was required by or related to STC03021AT, such contention is denied. |

| '636<br>CLAIM ELEMENT | '636<br>HARRIS CONTENTION | '636<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| a wideband spread spectrum transceiver coupled to the data store, and comprising a transmitter that is operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal; | The FedEx TITAN system contains a wideband spread spectrum transceiver coupled to the data store, and comprising a transmitter that is operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal.  The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit."  (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*)  "Applications include [ ] Out Off On (OOOI) time transmissions ...."  (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html). | The FedEx B-727 System does not include "a wideband spread spectrum transceiver ... operative to download the data relating to the calculated OOOI times ..."  The FedEx B-727 System does not accumulate or store data relating to calculated OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" downloads data relating to calculated OOOI times on the grounds that such activity is required or mandated by IEEE 802.11, such contention is denied.<br><br>To the extent Harris contends that the "FedEx TITAN system" downloads data relating to calculated OOOI times on the grounds that such activity was required by or related to STC03021AT, such contention is denied. |

| '636 CLAIM ELEMENT | '636 HARRIS CONTENTION | '636 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| an airport based wideband spread spectrum receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the data relating to the calculated OOOI times of the aircraft. | The FedEx TITAN system contains an airport based wideband spread spectrum receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the data relating to the calculated OOOI times of the aircraft. The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*)  "Applications include [ ] Out Off On In (OOOI) time transmissions ...." (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html). | The FedEx B-727 System does not include an "airport based wideband spread spectrum receiver" as recited in this claim element.  The FedEx B-727 System is wholly owned, operated, and used by Federal Express and does not incorporate communications equipment that is owned, operated, or used by the airport.

The FedEx B-727 System does not include an "airport based wideband spread spectrum receiver that receives ... and demodulates the signal to obtain the data relating to the calculated OOOI times of the aircraft" as recited in this claim element.  The FedEx B-727 System does not accumulate or store data relating to calculated OOOI times.

To the extent Harris contends that the "FedEx TITAN system" includes an airport based wideband spread spectrum transceiver and/or obtains data relating to calculated OOOI times on the grounds that such activity is required or mandated by IEEE 802.11, such contention is denied.

To the extent Harris contends that the "FedEx TITAN system" includes an airport based wideband spread spectrum transceiver and/or obtains data relating to calculated OOOI times on the grounds that such activity was required by or related to STC03021AT, such contention is denied. |

## U.S. Patent 6,308,044

The term "FedEx B-727 System" refers to the system of components installed on select Federal Express Boeing 727 aircraft, which includes an Avionica MiniQAR recorder and an Avionica SecureLink router.

| '044 CLAIM ELEMENT | '044 HARRIS CONTENTION | '044 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| 1.      A system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft comprising: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), is a system of providing a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft ...." (Exhibit A: *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) | Claim 1 of the '044 patent is not infringed, either literally or under the doctrine of equivalents, because the FedEx B-727 System does not provide "a retrievable record of the "Out," "Off," "On," and "In" (OOOI) times of an aircraft" as recited in this claim.  No such record can be made because the Avionica MiniQAR recorder is not operating during either the "Out" or "In" events.

To the extent Harris contends that the equipment identified in response to Plaintiff's Interrogatory No. 4 represents an acknowledgement that such equipment infringes this claim, such contention is denied.

The Harris contention that Avionica equipment was installed on DC-10 aircraft is denied. |

| '044 CLAIM ELEMENT | '044 HARRIS CONTENTION | '044 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data; | The FedEx TITAN system has a plurality of sensors located throughout the aircraft for sensing routine aircraft conditions and generating parametric data. "Avionica, Inc. (Miami FL, USA) announces the availability of Supplemental Type Certificate (STC) STC03021AT certifying the installation of its SecureLink wireless router on the Boeing 727 series of aircraft [ ] The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica MiniQAR for several months [ ]  Applications include [ ] Out Off On In (OOOI) time transmissions ...." (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html). | A plurality of sensors may be found on a variety of aircraft in the Federal Express fleet, including the Boeing 727 aircraft that use the FedEx B-727 System.<br><br>To the extent Harris contends that the "FedEx TITAN system" includes OOOI time transmissions on the grounds that such transmissions were required by or related to STC03021AT, such contention is denied. |
| a central processing unit positioned within the aircraft for receiving the parametric data and calculating the OOOI times of the aircraft; | The FedEx TITAN system has a central processing unit positioned within the aircraft for receiving the parametric data and calculating the OOOI times of the aircraft consistent with ARINC Characteristic 763-2, Published November 21, 2001.  The Avionica SecureLink Router "Expands ARINC 763 onboard server connectivity." (Exhibit E: http://www.avionica.com/products_airborne_seclink.html.) | The FedEx B-727 System does not include "a central processing unit positioned within the aircraft for receiving parametric data and calculating the OOOI times of the aircraft" as recited in this claim element.  The FedEx B-727 System does not receive "parametric data" related to OOOI events.  The FedEx B-727 System does not calculate OOOI times.<br><br>The FedEx B-727 System does not include "a central processing unit ... for ... calculating the OOOI times of the aircraft" as recited in this claim element.  The FedEx B-727 System does not calculate OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" calculates OOOI times because such calculation is required or mandated by ARINC 763, such contention is denied. |

| '044<br>CLAIM ELEMENT | '044<br>HARRIS CONTENTION | '044<br>FEDERAL EXPRESS'S<br>NON-INFRINGEMENT POSITION |
|---|---|---|
| a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft; and | The FedEx TITAN system utilizes a data store positioned within the aircraft and connected to the central processing unit and operative to accumulate and store the data relating to the calculated OOOI times of the aircraft. "The certification follows a successful trial of the SecureLink router at a major US express cargo carrier, that has been using SecureLink to receive flight data collected on an Avionica miniQAR for several months [ ]  Applications include [ ] Out Off On In (OOOI) time transmissions …." (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html). | The FedEx B-727 System does not include "a data store … operative to accumulate and store the data relating to the calculated OOOI times of the aircraft" as recited in this claim element. The FedEx B-727 System does not accumulate or store data relating to calculated OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" accumulates or stores data relating to calculated OOOI times on the grounds that such activity was required by or related to STC03021AT, such contention is denied. |
| a wideband spread spectrum transceiver coupled to the data store and operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal. | The FedEx TITAN system uses wideband spread spectrum transceiver coupled to the data store and operative to download the data relating to the calculated OOOI times of the aircraft over a wideband spread spectrum communication signal. The FedEx TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit." (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*) "Applications include flight data downloads, automatic Electronic Flight Bag (EFB) synchronization, navigation chart updates, Out Off On In (OOOI) time transmissions, last-minute weather data, Point Of Sale (POS) data, and more" (Exhibit G: *Avionica press release data February 2005: SecureLink Wireless Router Certified* http://www.avionica.com/whats_new_pressrel_SecureLink_02-2005.html; Exhibit F: *IEEE 802.11 standard.*) | The FedEx B-727 System does not include "a wideband spread spectrum transceiver … operative to download the data relating to the calculated OOOI times …" as recited in this claim element. The FedEx B-727 System does not accumulate or store data relating to calculated OOOI times.<br><br>To the extent Harris contends that the "FedEx TITAN system" downloads data relating to calculated OOOI times on the grounds that such activity is required or mandated by IEEE 802.11, such contention is denied.<br><br>To the extent Harris contends that the "FedEx TITAN system" downloads data relating to calculated OOOI times on the grounds that such activity was required by or related to STC03021AT, such contention is denied. |

**U.S. Patent 6,173,159**

The term "FedEx B-727 System" refers to the system of components installed on select Federal Express Boeing 727 aircraft, which includes an Avionica MiniQAR recorder and an Avionica SecureLink router.

| '159 CLAIM ELEMENT | '159 HARRIS CONTENTION | '159 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| 23.      A method for updating flight management files and providing a retrievable record of the flight performance of an aircraft having a unique tail number identifier comprising the steps of: | The FedEx TITAN system, using the Avionica SecureLink Router and Avionica MiniQAR (FedEx Response to Plaintiff's Interrogatory No. 4), updates flight management files and provides a retrievable record of the flight performance of an aircraft having a unique tail number identifier.  The FedEx TITAN system was "certified [using] Avionica's SecureLink router system on its Boeing 727 and DC-10 aircraft …." (Exhibit A:  *Avionics Magazine July 1, 2005 Wireless Gatelink: Coming of Age.*) | Claim 23 of the '159 patent is not infringed, either literally or under the doctrine of equivalents, because the FedEx B-727 System does not update "flight management files" and does not provide "a retrievable record of the flight performance of an aircraft" as recited in this claim. To the extent Harris contends that the equipment identified in response to Plaintiff's Interrogatory No. 4 represents an acknowledgement that such equipment infringes this claim, such contention is denied. The Harris contention that Avionica equipment was installed on DC-10 aircraft is denied. |

| '159 CLAIM ELEMENT | '159 HARRIS CONTENTION | '159 FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| collecting data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft; | The FedEx TITAN system collects data within a ground data link unit on the flight performance of the aircraft during flight of the aircraft pursuant to FAR 121.344. The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001.*) | The FedEx B-727 System includes an Avionica MiniQAR recorder that, when operating, obtains a copy of the data being sent to the flight data recorder.<br><br>The Harris contention that the "FedEx TITAN system" operates "pursuant to FAR 121.344" is denied.<br><br>The Harris contention that the OMT, PAT, and Gatelink technology "will all be integrated" appears to be based on a plan allegedly expressed in 2001. Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied.<br><br>To the extent Harris contends that the OMT, PAT, and Gatelink technology are "integrated," such contention is denied. In the FedEx B-727 System, there is no connection between the Avionica equipment and the OMT or the PAT.<br><br>To the extent that Harris contents that the OMT or PAT satisfy this claim step, such contention is denied. |

(Page 33)

| '159<br>CLAIM ELEMENT | '159<br>HARRIS CONTENTION | '159<br>FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| accumulating and storing within a data store of the ground data link unit the flight performance data during flight of the aircraft; | The FedEx TITAN system accumulates and stores within a data store of the ground data link unit the flight performance data during flight of the aircraft pursuant to FAR 121.344.  The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B:  *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001*.) | The FedEx B-727 System includes an Avionica MiniQAR recorder that, when operating, stores a copy of the data being sent to the flight data recorder.<br><br>The Harris contention that the "FedEx TITAN system" operates "pursuant to FAR 121.344" is denied.<br><br>The Harris contention that the OMT, PAT, and Gatelink technology "will all be integrated" appears to be based on a plan allegedly expressed in 2001.  Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied.<br><br>To the extent Harris contends that the OMT, PAT, and Gatelink technology are "integrated," such contention is denied.  In the FedEx B-727 System, there is no connection between the Avionica equipment and the OMT or the PAT.<br><br>To the extent that Harris contents that the OMT or PAT satisfy this claim step, such contention is denied. |

(Page 34)

| '159<br>CLAIM ELEMENT | '159<br>HARRIS CONTENTION | '159<br>FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
|---|---|---|
| after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored during flight over a spread spectrum communication signal to an airport based spread spectrum transceiver; | After the aircraft lands at an airport at completion of the flight, the FedEx TITAN system downloads the flight performance data that has been accumulated and stored during flight over a spread spectrum communications signal to an airport based spread spectrum transceiver.  The TITAN system uses "IEEE 802.11b wireless routers from Avionica Inc. [ ] to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers [ ] automatically via Gatelink, at 11 Mbits/s, every time an aircraft approaches a wireless-enabled gate.  This provides a near-instantaneous safety snapshot of each flight.  [ ] To support the FOQA application, the miniQAR receives flight data from the digital flight data acquisition unit."  (Exhibit C: *Avionics Magazine, "Wireless Router" Mar. 1, 2005.*) | The FedEx B-727 System does not perform the step of "downloading … to an airport based spread spectrum transceiver" as recited in this claim step because there is no "airport based spread spectrum transceiver." |
| demodulating the received spread spectrum signal to obtain the flight performance data; | The FedEx TITAN system demodulates the received spread spectrum signal to obtain the flight performance data pursuant to the IEEE 802.11 standard. | The FedEx B-727 System does not perform the step of "demodulating the received spread spectrum signal" as recited in this claim step because there is no "airport based spread spectrum transceiver" to receive such a signal.<br><br>To the extent Harris contends that the "FedEx TITAN system" performs the step of "demodulating" because such a step is required or mandated by IEEE 802.11, such contention is denied. |

(Page 35)

| '159<br>CLAIM ELEMENT | '159<br>HARRIS CONTENTION | '159<br>FEDERAL EXPRESS'S NON-INFRINGEMENT<br>POSITION |
|---|---|---|
| obtaining updated flight management database files based on the identification of the aircraft by its tail number identifier; | The FedEx TITAN system obtains updated flight management database files based on the identification of the aircraft by its tail number identifier. The FedEx TITAN system "includes the (OMT) Onboard Maintenance Terminal (a server), Pilot Access Terminal (PAT), and Gatelink technology that will all be integrated to create an on-board network to collect data onboard the aircraft and route this information to/from a ground destination." (Exhibit B: *AMC Industry Session Part 1 – Portable Maintenance Aids, AMC 2001*.) "Gatelink will allow FedEx to automatically update and control the configuration of databases in the server – including the MEL and company flight manual – any time an aircraft becomes connected to the network at an airport with the wireless infrastructure." (*Aviation Week July 26, 2004: Maintenance and the Electronic Flight Bag*.) "Along with FOQA, FedEx will apply the Avionica technology in the B727 to its electronic flight bags (EFBs), which now can be updated automatically [ ] The end-to-End solution tells the company what's on each device and when the data was delivered." (Exhibit C: *Avionics Magazine, March 1, 2005, "Scan."*) | The FedEx B-727 System does not perform the step of "obtaining updated flight management database files" as recited in this claim step.<br><br>The Harris contention that the OMT, PAT, and Gatelink technology "will all be integrated" appears to be based on a plan allegedly expressed in 2001. Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied.<br><br>To the extent Harris contends that the OMT, PAT, and Gatelink technology are "integrated," such contention is denied. In the FedEx B-727 System, there is no connection between the Avionica equipment and the OMT or the PAT.<br><br>To the extent that Harris contents that the OMT or PAT satisfy this claim element, such contention is denied.<br><br>The Harris contention that "Gatelink will allow FedEx to automatically update" systems onboard aircraft appears to be based on a plan allegedly expressed in the past. Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied.<br><br>To the extent Harris contends that the FedEx B-727 System is used to update systems onboard aircraft, such contention is denied. In the FedEx B-727 System, no files are transmitted from ground equipment to any equipment onboard the aircraft. |

| '159<br>CLAIM ELEMENT | '159<br>HARRIS CONTENTION | '159<br>FEDERAL EXPRESS'S NON-INFRINGEMENT POSITION |
| --- | --- | --- |
| transmitting flight navigation database files from the airport based spread spectrum transceiver to the ground data link unit over a second spread spectrum communication signal; | The FedEx TITAN system transmits flight navigation database files from the airport based spread spectrum transceivers to the ground datalink unit over a second spread spectrum communications signal. (Exhibit D: *FedEx PowerPoint Presentation: The "TITAN Project" Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard.*) | The FedEx B-727 System does not perform the step of "transmitting flight navigation database files from the airport based spread spectrum transceiver to the ground data link unit over a second spread spectrum communication signal" as recited in this claim step because (1) there is no "airport based spread spectrum transceiver," (2) there is no "second spread spectrum communication signal, and (3) no "database files" are transmitted from ground equipment to any equipment onboard the aircraft.<br><br>This Harris contention appears to be based on a plan allegedly expressed in 2001.  Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied. |
| updating a flight management computer located on board the aircraft by transferring the files from ground data link unit to the flight management computer. | The FedEx TITAN system updates a flight management computer located on board the aircraft by transferring the files from the ground data link to the flight management computer. (Exhibit D: *FedEx PowerPoint Presentation: The "TITAN Project" Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard.*) | The FedEx B-727 System does not perform the step of "updating a flight management computer located on board the aircraft" as recited in this claim step because there is no "flight management computer" onboard.<br><br>The FedEx B-727 System does not perform the step of "updating a flight management computer located on board the aircraft by transferring the files from ground data link unit to the flight management computer" as recited in this claim step because no "files" are transmitted from ground equipment to any equipment onboard the aircraft.<br><br>This Harris contention appears to be based on a plan allegedly expressed in 2001.  Because and to the extent this contention is based on a plan and not a fact, this contention is insufficient to permit Federal Express to meaningfully respond and, on that basis, this contention is denied. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July _15_, 2008, I served a true and correct copy

of the foregoing, FEDERAL EXPRESS CORPORATION'S THIRD SUPPLEMENTAL

RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, by first-class

U.S. Mail to:

        Brian R. Gilchrist, Esq.
        Ryan T. Santurri, Esq.
        Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
        P.O. Box 3791
        Orlando, Florida  32802-3791
        Fax:  407-841-2343

        J. Scott Anderson
        **Ballard Spahr Andrews & Ingersoll, LLP**
        999 Peachtree Street, Suite 1000
        Atlanta, Georgia 30309
        Telephone 678-420-9300
        Fax 678-420-9301

        ATTORNEYS FOR
        FEDERAL EXPRESS CORPORATION

11