# Exhibit 20

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRIS CORPORATION,
a Florida corporation,

    Plaintiff,

v.

    CASE NO: 6:07-cv-1819-Orl-28KRS

FEDERAL EXPRESS CORPORATION,
a Delaware corporation,

    Defendant.
_____/

FEDERAL EXPRESS CORPORATION,

    Plaintiff,

v.

HARRIS CORPORATION,

    Defendant.
_____/

### PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

Plaintiff Harris Corporation ("Harris"), through its undersigned counsel, and pursuant to Rule 36, Federal Rules of Civil Procedure, requests that Defendant Federal Express Corporation ("FedEx") admit within thirty days after service of this Request, the truth of the following facts. If Defendant fails to respond to this Request for Admissions within the time provided by the Federal Rules of Civil Procedure, the matters shall be deemed admitted. If the matters are not admitted, Plaintiff shall seek an order awarding

1

reasonable attorneys' fees for proving the matters, in accordance with Rule 37(c), Federal Rules of Civil Procedure.

## DEFINITIONS AND INSTRUCTIONS

1. As used in these requests, the terms "you," "your," or "FedEx" shall mean Defendant Federal Express Corporation, as well as any predecessor, successor, division, subsidiary, officer, director, shareholder, employee, or principal thereof, and/or any attorney or other agent acting on its behalf.

PLEASE ADMIT:

1. All FedEx B-727 aircraft in operation have an Avionica MiniQAR installed.

2. All FedEx B-727 aircraft in operation have an Avionica SecureLink router installed.

3. Components for monitoring flight performance are installed on all FedEx B-727 aircraft currently used by FedEx in the U.S.

4. Components for generating flight performance data are installed on all FedEx B-727 aircraft currently used by FedEx in the U.S.

5. Components installed on each FedEx B-727 aircraft provide flight performance data to the flight recorder installed on said B-727 aircraft.

6. Components installed on each FedEx B-727 aircraft transmit flight performance data to the flight recorder installed on said B-727 aircraft.

7. The flight data recorder equipped on each FedEx B-727 aircraft receives data from various components installed on FedEx's B-727 aircraft to generate flight performance data.

8. The Avionica MiniQAR installed on a FedEx B-727 aircraft stores a copy of the data sent to the flight data recorder on said B-727 aircraft.

9. The Avionica MiniQAR installed on a FedEx B-727 aircraft stores a copy of the data received by the flight data recorder on said B-727 aircraft.

10. The Avionica MiniQAR installed on a FedEx B-727 aircraft stores a copy of the data stored by the flight data recorder on said B-727 aircraft.

11. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits in the frequency range of 2.4GHz-2.5GHz.

12. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits and receives in the frequency range of 2.4GHz-2.5GHz.

13. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits in the S band frequency range.

14. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits and receives in the S band frequency range.

15. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits a direct sequence spread spectrum signal.

16. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits and receives a direct sequence spread spectrum signal.

17.  The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, automatically establishes a link with the FedEx ground network once powered on and within range of a FedEx 802.11 access point, as set forth in documents produced by FedEx (AVIO0000021).

18.  The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, transmits and receives data without human intervention with the FedEx ground network once connected to a FedEx 802.11 access point, as set forth in documents produced by FedEx (AVIO0000021).

19.  FedEx Engineering Report No. 03-014, dated March 14, 2003, includes the required specifications for the FedEx B-727 System.

20.  FedEx's document (Bates Number FX0041172-0041181) is a true and accurate copy of FedEx Engineering Report No. 03-014.

21.  FedEx's document (Bates Number FX0041172-0041181) accurately describes the FedEx specifications for the Avionica components currently installed on FedEx's B-727 aircraft.

22.  A FedEx requirement for the Avionica SecureLink router included a wireless radio card that has world capability where it is able to detect which airport it is at and manage the power and channel setting automatically, as set forth in FedEx's document (FX0041177).

23.  Avionica confirmed to FedEx that its SecureLink router has world capability where it is able to detect which airport it is at and manage the power and channel setting automatically, as set forth in FedEx's document (FX0041324).

24. The Avionica SecureLink router, in the form installed on FedEx B-727 aircraft, is designed to comply with regulatory requirements for all geographic areas which may be traversed by aircraft equipped with secureLINK devices, as set forth documents produced by FedEx (AVIO0000021).

25. FedEx has equipped certain airports with 802.11 access points.

26. FedEx operates at least one 802.11 access point at the Memphis airport set to Channel 1.

27. Data has been transmitted in Memphis from a FedEx B-727 to an access point on Channel 1 of the 802.11 standard.

28. FedEx operates at least one 802.11 access point at the Memphis airport set to Channel 6.

29. Data has been transmitted in Memphis from a FedEx B-727 to an access point on Channel 6 of the 802.11 standard.

30. FedEx operates at least one 802.11 access point at the Memphis airport set to Channel 11.

31. Data has been transmitted in Memphis from a FedEx B-727 to an access point on Channel 11 of the 802.11 standard.

32. A complete list of the airports at which FedEx has equipped with 802.11 access points was provided in response to Interrogatory No. 3 from Harris.

33. The transmission power of the Avionica SecureLink router, as equipped on FedEx B-727 aircraft, is less than 1000mW.

34.     FedEx contacted Harris in 2002 to confirm that Spirent and Harris entered a patent license agreement.

Respectfully submitted January 14, 2009.

_____
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@addmg.com
Ryan T. Santurri
Florida Bar No. 0015698
rsanturri@addmg.com
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida 32802-3791
Telephone:    407-841-2330
Facsimile:    407-841-2343
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2009, I served a true and correct copy of the foregoing to the following via the transmission method stated:

Via hand-delivery:

Marilyn G. Moran
mmoran@bakerlaw.com
BAKER & HOSTETLER
200 South Orange Avenue, #2300
Post Office Box 112
Orlando, FL 32802-0112
Telephone:   (407) 649-4000
Facsimile:    (407) 841-0168

Local Counsel for
Federal Express Corporation

Via electronic and U.S. mail:

Lawrence K. Nodine
nodinel@ballardspahr.com
J. Scott Anderson
andersonjs@ballardspahr.com
Charley F. Brown
browncf@ballardspahr.com
Robin L. Gentry
gentryr@ballardspahr.com
Sumner C. Rosenberg
rosenbergs@ballardspahr.com
Jeffrey H. Brickman
brickmanj@ballardspahr.com
BALLARD, SPAHR, ANDREWS
   & INGERSOLL, LLP
999 Peachtree Street, Suite 1000
Atlanta, GA  30309
Telephone:   (678) 420-9300
Facsimile:    (678) 420-9301

Trial Counsel for
Federal Express Corporation

_____
Ryan T. Santurri

7