# Exhibit 21

Page 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:07-CV-1819-ORL-28 KRS

HARRIS CORPORATION,                  )
                                     )
            Plaintiff,               )
                                     )
    v.                               )
                                     )
FEDERAL EXPRESS CORPORATION,         )
                                     )
            Defendant.               )
- - - - - - - - - - - - - - - - - - x


DEPOSITION OF RAUL SEGREDO
VOLUME I

Taken before Brian Gary Berkowitz, Shorthand Reporter and Notary Public in and for the State of Florida at Large, pursuant to notice of taking deposition filed in the above cause.


- - -


44 West Flagler Street
Suite 1400
Miami, Florida 33130
Thursday, October 30, 2008
9:02 a.m. - 5:00 p.m.

1    Q    What documents would I ask for if I was
2    trying to locate the Realtek switch chip?
3    A    I would look on the schematic.
4    Q    And is the SecureLink router -- let me
5    back up.
6         Are you familiar with the requirements of
7    802.11?
8    A    I'm familiar with 802.11. I'm not
9    familiar with what you're talking about as far as
10   requirements.
11   Q    Can you explain to the jury what 802.11
12   is?
13   A    802.11 is an industry standard for
14   wireless data communications.
15   Q    Is the SecureLink router 802.11 compliant?
16   A    Avionica strives to make SecureLink 802.11
17   compliant, but does not does not assure full
18   compliance with 802.11.
19   Q    Are you aware of any instances in which
20   the SecureLink product was not 802.11 compliant?
21   A    I have no examples to provide.
22   Q    Has it ever been tested to determine
23   whether it's 802.11 compliant?
24   A    No.
25   Q    What tests would you run to make the

1   determination whether it's 802.11 compliant?
2       A   I would be speculating. I really can't
3   answer you.
4       Q   How is it configured to operate on any
5   given channel?
6       A   There is a user selection to select the
7   operative channel.
8       Q   How does the user select a channel?
9       A   The user selects the 802.11 channel
10  through a web page generated by SecureLink.
11      Q   Are there multiple channels under an
12  802.11 channel?
13      A   SecureLink provides multiple alternatives
14  to a channel selection in SecureLink.
15      Q   So, there are multiple channels under the
16  802.11 channel?
17      A   Could you please restate the question one
18  more time?
19          MR. GILCHRIST: The court reporter can
20      read it back.
21                  (Whereupon, the requested
22                  portion of the record was read
23                  by the reporter.)
24          THE WITNESS: I'm not an 802.11 expert. I
25      don't understand the question.

```
1     BY MR. GILCHRIST:
2          Q    Who at Avionica would be an 802.11 channel
3     expert?
4               MR. NODINE:  Objection.  Lack of
5          foundation.
6               THE WITNESS:  We don't have an 802.11
7          expert who can answer that question for you.
8     BY MR. GILCHRIST:
9          Q    I believe you told me that the user can
10    select the 802.11 channel.  Correct?
11         A    That is correct.
12         Q    And that's within the ground based side of
13    the system.  Correct?
14              MR. NODINE:  Objection to form.
15    BY MR. GILCHRIST:
16         Q    Let me back up and ask it a different way.
17              How does the user select the 802.11
18    channel?
19         A    SecureLink provides a web page that allows
20    the selection of the channel used on the wireless
21    link.
22         Q    Once an airplane lands at an airport, are
23    there multiple channels that it can communicate on
24    under this 802.11 selection?
25              MR. NODINE:  Objection to form.  Well,
```

Case 6:07-cv-01819-JA-KRS   Document 83-22   Filed 04/27/09   Page 6 of 15

Page 51

```
 1         objection to form and calls for a legal
 2         conclusion.
 3              THE WITNESS:  To my knowledge, SecureLink
 4         communicates on the channel selected by the
 5         user.
 6   BY MR. GILCHRIST:
 7         Q    Do you understand that different gates
 8   would operate under different, I guess, receivers,
 9   that gates would operate under different channels?
10         A    I could envision that that may be one way
11   of doing it.
12         Q    Is that the way Federal Express does it?
13              MR. NODINE:  Objection.  Lack of
14         foundation.
15              THE WITNESS:  I'm not intimate with FedEx'
16         configuration of their ground infrastructure.
17   BY MR. GILCHRIST:
18         Q    Did you have to learn Federal Express'
19   ground infrastructure to determine whether the
20   SecureLink router operated correctly, in your sales
21   to Federal Express?
22         A    Not specifically.
23         Q    How about generally?
24         A    Generally, yes.
25         Q    From a general perspective, did you ever
```

1    learn that Federal Express uses different channels
2    for different routers at the land based routers?
3         A    I have no such knowledge.
4         Q    Did you ever receive anything from Federal
5    Express that explained what they needed the
6    communications to look like coming out of the
7    airplane?
8         A    I don't recall any documents or any
9    communication from FedEx -- I'm trying to recall
10   here.
11             It's my recollection that FedEx'
12   requirements stipulated 802.11 interoperability, and
13   Avionica demonstrated that through testing, or
14   through demonstration, is the word I'm looking for.
15        Q    Who on the Avionica side made sure that
16   the signal was 802.11 compatible?
17        A    We don't strive to provide an 802.11
18   compatible product.
19        Q    All right.  Who on Avionica's side strived
20   to provide an 802.11 interoperability?
21        A    I, amongst others.
22        Q    How would you define "interoperability"?
23        A    It works.
24        Q    So, presumably, somebody in Avionica would
25   have to know what 802.11 requires in order to make a

Page 53

1    product that works with 802.11?
2             MR. NODINE:  Objection to form.  Is that a
3       question?
4             MR. GILCHRIST:  Yes.
5             THE WITNESS:  I don't agree.
6    BY MR. GILCHRIST:
7       Q    Do you buy products or component parts
8    that are represented to you as being 802.11, or
9    provides 802.11 interoperability?
10      A    Yes, we do.
11      Q    What are those component parts?
12      A    Avionica purchases 802.11 compatible
13   radios for inclusion in the SecureLink.
14      Q    Who manufactures those radios?
15      A    I believe there are several qualified
16   vendors in the Avionica production system.
17      Q    With respect to Federal Express, what was
18   the component radio for SecureLink?
19      A    Other than specifically saying it's not
20   Cisco, I do not know.
21      Q    Did the Federal Express purchase order
22   specify Cisco?
23      A    It may have.
24      Q    So, whatever you had to replace with
25   Cisco, had to be at least as good as Cisco.

```
 1       Correct?
 2              MR. NODINE:  Objection, form.  Lack of
 3         foundation.  Legal conclusion.  Calls for a
 4         legal conclusion.
 5   BY MR. GILCHRIST:
 6       Q    There was a lot wrong with that question,
 7   but you can go ahead and answer it.
 8       A    Avionica provided a SecureLink router that
 9   was interoperable with the FedEx network.
10       Q    All right.  And to do so, it bought a
11   component part that you identified as a radio.
12   Right?
13       A    Yes, sir.
14       Q    And you've told the jury that it's not a
15   Cisco radio.  Right?
16       A    Yes, sir.
17       Q    And can you tell the jury what the radio
18   is?
19       A    I cannot.
20       Q    Who at Avionica could tell me what the
21   radio is that was provided in the SecureLink
22   product, to Federal Express?
23       A    Avionica's production manager would have
24   records as to which of the approved vendors were
25   provided for in which serial number SecureLink.
```

1    Q    Who is the production manager?

2    A    Fannie Cocalides. That's F-A-N-N-I-E,

3    C-O-C-A-L-I-D-E-S.

4    Q    If I were to ask for the records that

5    would reveal it, what radio was provided for which

6    SecureLink router, how would you describe it so you

7    and I would understand what I'm looking for?

8    A    SecureLink traceability records, component

9    traceability records.

10   Q    Who at Avionica was responsible for

11   locating the radio that was compliant --

12   A    Engineering.

13   Q    -- for the SecureLink product?

14        Who in engineering?

15   A    During that time, Mike Miles headed up

16   engineering, and he had the ultimate responsibility.

17   Q    Mike wasn't listed on the list of

18   engineers.

19   A    He should have been.

20        MR. NODINE: He was added. He was the

21   fifth guy added.

22        MR. GILCHRIST: You're right, packaging.

23   I apologize.

24   BY MR. GILCHRIST:

25   Q    Is Mike Miles still with Avionica?

1      A     Yes, he is.

2      Q     Was there anybody else besides Mike who
3  made a determination as to what radio, as opposed to
4  the Cisco radio?

5      A     There likely was some other engineer that
6  actually did the work at Mike's direction, but I
7  have no knowledge as to who that would be.

8      Q     Was there any discussion with Federal
9  Express about using whatever radio component you
10 actually utilized?

11     A     I had no discussion with Federal Express
12 as to the radio component internal to the
13 SecureLink.

14     Q     Did anybody within Avionica?

15         MR. NODINE:  Objection.  Lack of
16     foundation.

17         THE WITNESS:  I have no knowledge.

18 BY MR. GILCHRIST:

19     Q     Do you know what frequency the SecureLink
20 operates under?

21     A     SecureLink works in the general frequency
22 area of 2.4 gigahertz.

23     Q     Are there any internal buffers within the
24 SecureLink router?

25     A     The SecureLink routers -- the SecureLink

```
 1      router maintains -- the SecureLink router

 2      provides -- the SecureLink router provides transient

 3      buffers consistent with its routing function.

 4          Q    Of what size?

 5          A    I don't know.

 6          Q    Who at Avionica would know?

 7          A    Most likely, the software developer.

 8          Q    Mr. Rios or Jerry something?

 9          A    Right.

10          Q    Is the SecureLink router capable of

11      adjusting power?

12          A    The SecureLink configuration web page

13      provides for user entry of a power setting.  So, the

14      answer to your question is no.

15          Q    Is it capable of adjusting power,

16      depending on the jurisdiction?

17               MR. NODINE:  Objection.  Asked and

18          answered.  Lack of foundation.

19               THE WITNESS:  I can't answer.

20      BY MR. GILCHRIST:

21          Q    Well, is there a website setting that I

22      can click on that would say, "Adjust power

23      automatically"?

24          A    I have seen no such setting.

25          Q    Who at Avionica would help me answer that
```

1   question?
2       A   I just did.
3       Q   You said you've seen no such setting.
4   Have you reviewed the website?
5       A   I have.
6       Q   Were you responsible for creating the
7   website?
8       A   I was not.
9       Q   Who was?
10      A   The website -- the web service is provided
11  by the software on a SecureLink.
12      Q   Who manufactures the software on the
13  SecureLink?
14      A   The same group of people we talked about
15  earlier.
16      Q   All within Avionica?
17      A   Yes.
18      Q   Is this power selection the same for each
19  of the purchasers of the SecureLink product?
20          MR. NODINE:  Objection.  Lack of
21      foundation.  Objection to form.
22          THE WITNESS:  I have no specific knowledge
23      as to how our customers set the power setting.
24  BY MR. GILCHRIST:
25      Q   My question was perhaps poorly worded.  Is

1  it the same website interface for all of the
2  SecureLink sales?
3      A    Oh, yes.
4      Q    Can the operator override the power
5  setting but for -- does the operator have to go
6  through the web server provided by Avionica to set
7  the power setting?
8      A    There was an alternate -- Avionica has
9  provided an alternate configuration mechanism that
10 may or may not provide for the setting of the power
11 level, as well.
12     Q    Can you explain what that alternate
13 configuration mechanism is?
14     A    As opposed to a web page, it's a
15 configuration standard or configuration process
16 called -- generated by a company called Avalanche,
17 or it's called Avalanche, by a company called -- I
18 don't remember -- and it's used by FedEx.
19     Q    Is Avalanche able to control the power
20 settings of the SecureLink router?
21     A    Avalanche is used to set configuration
22 settings and security credentials on SecureLink
23 routers.  As such, it may be able to set the power
24 level for the transceiver.
25     Q    Is the component radio part that you

Electronically signed by Brian Berkowitz (001-064-528-0719)    6b3bdee2-a536-4d20-a6c9-ec27281eb4e9

```
 1    provide, capable of automatically setting power?
 2         A    I don't know.
 3         Q    Are there any of the other customers of
 4    Avionica who use a system that is Avalanche or
 5    similar to Avalanche, that may be capable of
 6    controlling power settings?
 7              MR. NODINE:  Objection.  Lack of
 8         foundation.
 9              THE WITNESS:  To my knowledge, FedEx is
10         the only customer using Avalanche.
11    BY MR. GILCHRIST:
12         Q    Any other customer using anything similar
13    to Avalanche?
14         A    Not to my knowledge.
15              MR. NODINE:  Objection.
16    BY MR. GILCHRIST:
17         Q    Do you advertise the SecureLink product as
18    being capable of automatic power selection?
19         A    I don't believe so.
20         Q    Do you promote the SecureLink router as
21    being capable of having automatic power selection?
22              MR. NODINE:  Objection to form.
23              THE WITNESS:  I don't recall ever
24         promoting SecureLink as having automatic power
25         setting capability.
```