# Exhibit 22

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| HARRIS CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　Defendant.<br><br>―――――――――――――――<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　Counterclaim Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION,<br><br>　　Counterclaim Defendant. | Case No. 6:07-cv-1819-Orl-28 KRS |

**AFFIDAVIT OF ROBERT P. SWANSON**

I, ROBERT P. SWANSON, am over the age of twenty-one and I am competent to give the testimony set forth herein based on my personal knowledge.

1.　My name is Robert Swanson and I work as a Group Engineer in the Avionics Engineering group for Federal Express in Memphis, Tennessee.

2.　I am familiar with the components and operation of the equipment on the Boeing 727 fleet of aircraft operated by Federal Express.

3.  The "FedEx B-727 System" includes, onboard each aircraft, an Avionica MiniQAR (quick-access recorder), an Avionica SecureLINK router, and an antenna. On the ground side, the FedEx B-727 System includes a transceiver at select Federal Express ramps located near twenty-six (26) U.S. airports, connections to the FedEx proprietary computer network, and a dedicated server located at the Air Operations Center in Memphis Tennessee.

4.  I am aware that Harris Corporation, in its infringement chart for U.S. Patent No. 6,173,159, has pointed to the statements below as a description of the accused Federal Express system:

> "Gatelink will allow FedEx to automatically update and control the configuration of databases in the [onboard] server – including the MEL and company flight manual – any time an aircraft becomes connected to the network at an airport with the wireless infrastructure." (*Aviation Week July 26, 2004: Maintenance and Electronic Flight Bag.*)

> "Along with FOQA, FedEx will apply the Avionica technology in the B727 to its electronic flight bags (EFBs), which now can be updated automatically [ ] The end-to-end solution tells the company what's on each device and when the data was delivered." (Exhibit C: *Avionics Magazine, March 1, 2005, "Scan."*)

> "Increased utilization of the Airborne Server and Ground Stations, currently supporting the OMT, Gatelink, and PAT Programs, will be the near term focus of the project." "Supports electronic manuals onboard A/C." "Access to Server hard drive space (electronic documents/file server)." (Exhibit D: *FedEx PowerPoint Presentation: The 'TITAN' Project "Totally Integrated Technical Aircraft Network" Revised 05/03/2001 by Bob Bouchard.*)"

5.  The passages cited above describe possible plans for a Federal Express system that were never implemented for the FedEx B-727 System.

6.  As implemented, the FedEx B-727 System onboard the 727 aircraft is not connected to any computer system onboard.

7.  The B-727 aircraft in the FedEx fleet do not have a flight management computer, a computer server, or a computer network installed onboard.

8.  As implemented, Federal Express has not used the FedEx B-727 System to upload electronic flight bags (EFBs) from ground equipment to the aircraft.

9.  I am aware that Harris Corporation, in its infringement chart for U.S. Patent Nos. 6,154,636 and 6,308,044, has pointed to the statements below as a description of the accused Federal Express system:

> "Applications include [ ] Out Off On In (OOOI) time transmissions ...." (Exhibit G: *Avionica press release dated February 2005: SecureLink Wireless Router Certified*)"

> The FedEx system uses "parametric data consistent with ARINC Characteristic 763-2, Published November 21, 2001. The Avionica SecureLink Router 'Expands ARINC 763 onboard server connectivity.' (Exhibit E: *Avionica SecureLINK router.*)"

10.  The passages cited above describe possible plans for a Federal Express system that were never implemented for the FedEx B-727 System.

11.  As implemented, Federal Express did not configure the FedEx B-727 System to capture, receive, store, or transmit OOOI times, and has not used the FedEx B-727 System for this purpose.

12.  As implemented, the FedEx B-727 System does not receive or store a clock time or time stamp related to any of the data recorded by the System.

13.  I am aware that Harris Corporation, in its infringement chart for U.S. Patent No. 6,775,545, has pointed to the statements below as a description of the accused Federal Express system:

> The FedEx system transmits "an interrogation beacon ... containing information representative of communication limitations imposed by a jurisdiction governing the location of the wireless router pursuant to the ARINC Characteristic 763-2 and IEEE 802.11 standard. The Avionica SecureLink Router 'Expands ARINC 763 onboard server connectivity.' (Exhibit E: *Avionica SecureLINK router.*)"

14.  The passage cited above describes possible plans for a Federal Express system that were never implemented for the FedEx B-727 System.

15.  As implemented, the FedEx B-727 System does not send or receive a beacon containing information about the limitations of a local jurisdiction.

16.  As implemented, the aircraft in the FedEx B-727 System do not send or receive data to ground stations outside the United States.

17.  I am aware that Harris Corporation, in its infringement chart for U.S. Patent 6,108,523, has pointed to the statements below as a description of the accused Federal Express system:

> "One of the many uses of this technology will be to send flight operations quality assurance (FOQA) data over a secure radio link into the cargo carrier's FOQA servers, which are accessible to authorized persons on the FedEx secure global network." (Exhibit C: *Avionics Magazine, March 1, 2005, Scan.*)"

18.   The passage cited above describes possible plans for a Federal Express system that were never implemented for the FedEx B-727 System.

19.   As implemented, the data collected by the FedEx B-727 System is not sent to the FOQA servers. Instead, the only server used by the FedEx B-727 System is the dedicated server located at the Air Operations Center in Memphis, Tennessee.

20.   As implemented, the FedEx B-727 System does not include a flight operations control center where FOQA data is analyzed.

21.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __27__ day of April, 2009.

_____
Robert P. Swanson