# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HARRIS CORPORATION,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

Case No. 6:07-cv-1819-Orl-28 KRS

FEDERAL EXPRESS CORPORATION,

    Counterclaim Plaintiff,

v.

HARRIS CORPORATION,

    Counterclaim Defendant.

## FEDERAL EXPRESS CORPORATION'S
## CLAIM CONSTRUCTION BRIEF

### APPENDIX OF EXHIBITS

| Tab | Exhibit |
|-----|---------|
| 1 | Claims and Terms at Issue |
| 2 | Federal Express Corporation's Proposed Claim Constructions |
| 3 | Martin J. Adelman, *Patent Law* 285-330, Chapter 12: Claim Construction (West 2008) |
| 4 | U.S. Patent No. 6,047,165 |
| 5 | U.S. Patent No. 6,047,165 C1 (Reexamination Certificate) |

1011737_2

| Tab | Exhibit |
|-----|---------|
| 6 | U.S. Patent No. 6,104,914 |
| 7 | U.S. Patent No. 6,154,637 |
| 8 | U.S. Patent No. 6,308,045 |
| 9 | U.S. Patent No. 6,308,045 C1 (Reexamination Certificate) |
| 10 | Independent Claims of the '045 Patent |
| 11 | U.S. Patent No. 6,990,319 |
| 12 | U.S. Patent No. 7,426,387 |
| 13 | U.S. Patent No. 7,444,146 |
| 14 | U.S. Patent No. 7,428,412 |
| 15 | Diagram Showing Relationship Between the Patents-In-Suit |
| 16 | Summary Table of File History Events |
| 17 | '045 Application – Original Claims |
| 18 | EPO:  First Notice of Opposition regarding European Patent No. EP 0 774 724 B1 |
| 19 | EPO:  Second Notice of Opposition regarding European Patent No. EP 0 774 724 B1 |
| 20 | EPO:  European Patent No. EP 0 774 724 B1 (Revoked), Wireless Frequency-Agile Spread Spectrum Ground Link-Based Aircraft Data Communication System (claiming priority to the '165 Application). |
| 21 | U.S. Patent No. 5,445,347 issued to *Joseph Ng* |
| 22 | '319 Application – Original Claims |
| 23 | EPO Decision of the Opposition Division (March 31, 2003) |
| 24 | EPO Decision of the Technical Board of Appeal (July 20, 2004) |

| Tab | Exhibit |
|-----|---------|
| 25 | Chart of Similar Arguments by Applicant in the '319 Application, the '045 Reexamination, and the '165 Reexamination |
| 26 | '045 Request for Reexamination of U.S. Patent No. 6,308,045 |
| 27 | MPEP § 2209 |
| 28 | '045 Reexamination – First Office Action |
| 29 | '045 Reexamination – Interview Summary, including handwritten notes |
| 30 | '045 Reexamination – Amendment & Response filed after Interview |
| 31 | '045 Reexamination – Office Action |
| 32 | '045 Reexamination – Request for Reconsideration |
| 33 | '045 Reexamination – Response to Request for Reconsideration |
| 34 | '045 Reexamination – Harris's Appeal Brief |
| 35 | '045 Reexamination – Notice of Intent to Issue Certificate |
| 36 | '319 Application – Interview Summary |
| 37 | '319 Application – Response to Office Action (April 2004) |
| 38 | '319 Application – Amendment adding "during entire flight" |
| 39 | '387 Application – Preliminary Amendment |
| 40 | '412 Application – Preliminary Amendment |
| 41 | '146 Application – Preliminary Amendment |
| 42 | '165 Request for Reexamination of U.S. Patent No. 6,047,165 |
| 43 | '165 Reexamination – Office Action |
| 44 | '165 Reexamination – Response to Office Action (December 2007) |

| Tab | Exhibit |
|-----|---------|
| 45 | '165 Reexamination – Notice of Intent to Issue Certificate |
| 46 | Affidavit of Albert D. Helfrick, P.E., Ph.D. |
| 47 | Deposition of Albert D. Helfrick, P.E., Ph.D., pages 47-48 (March 2, 2009) |
| 48 | MPEP § 608.01(p) |