# TAB 1

*Harris Corp. v. FedEx Corp.*
USDC, Middle District of Florida
Civil Action No. 6:07-CV-1819-28KRS

| | 6,047,165 | 6,104,914 | 6,154,637 | 6,308,045 | 6,308,045 Reexamination | 6,990,319 | 7,426,387 | 7,428,412 | 7,444,146 |
|---|---|---|---|---|---|---|---|---|---|
| **The Transmitting All Stored Data Limitations *** | 1, 8, 17, 23, 30 | 1, 13, 29, 40, 52 | 1, 14, 31, 43 | 1, 4, 7, 10, 13, 14, 15, 16 | 1, 4, 7, 10, 13, 14, 15, 16 | 1, 11, 21 | 1, 6, 11 | 1, 8, 12 | 1, 8, 15 |
| A transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that has been accumulated and stored by said archival data store during flight | 1, 8, 30 | 1, 13, 52 | 1, 14 | 1, 4, 7, 10 | 1, 4, 7, 10 | | 1, 6, 11 | 12 | 15 |
| Downloading the flight performance data that has been accumulated and stored within the archival data store during the flight | 17, 23 | 29, 40 | 31, 43 | 13, 14, 15, 16 | 13, 14, 15, 16 | | | | |
| Transmitting the accumulated, stored generated aircraft data | | | | | | 1, 21 | | 1, 8 | 1, 8 |
| Transmitting the stored generated aircraft data | | | | | | 11 | | | |
| During Flight | 1, 8, 17, 23, 30 | 1, 13, 29, 40, 52 | 1, 14, 31, 43 | 1, 4, 7, 10, 13, 14, 15, 16 | | | | | |
| During the Entire Flight | | | | | 1, 4, 7, 10, 13, 14, 15, 16 | 1, 1, 21 | 1, 6, 11 | 1, 8, 12 | 1, 8, 15 |
| Airport Based | 1, 8, 17, 23, 30 | 1, 13, 29, 40, 52 | 1, 14, 31, 43 | | | | | | |
| Ground Based | 22, 27 | 39, 49 | 42, 53 | 1, 4, 7, 10, 13, 14, 15, 16 | 1, 4, 7, 10, 13, 14, 15, 16 | 1, 11, 21 | 1, 6, 11 | 1, 8, 12 | 1, 8, 15 |

*For ease of reference Federal Express has included only four permutations. Other permutations have very minor differences.