# TAB 2

*Harris Corp. v. FedEx Corp.*
USDC, Middle District of Florida
Civil Action No. 6:07-CV-1819-28KRS

| Claim Limitation | FedEx Construction |
|---|---|
| During entire flight | Plain meaning |
| During flight | During entire flight |
| Transmitter that is operative to download the flight performance data that has been accumulated and stored by said archival data store during the entire flight | Transmitter that is operative to download all the flight performance data that has been accumulated and stored by said archival data store during the entire flight |
| Downloading the flight performance data that has been accumulated and stored within the archival data store during the flight | Downloading all the flight performance data that has been accumulated and stored within the archival data store during the flight |
| Transmitting the accumulated, stored or generated aircraft data | Transmitting all accumulated, stored flight performance data |
| Data representative of the flight performance of an aircraft | Data representative of the flight performance of an aircraft |
| Airport Based | Indefinite |
| Ground Based | Indefinite |