# TAB 16

*Harris Corp. v. FedEx Corp.*
USDC, Middle District of Florida
Civil Action No. 6:07-CV-1819-28KRS

**SUMMARY TABLE OF FILE HISTORY EVENTS**

| DATES | '165 6,047,165 PARENT Filed 11/14/1995 | Three Continuations CON'S of '165 Filed in 1999 | '045 6,308,045 CON of '637 Filed 11/16/2000 | EPO Opposition Filed 5/30/2001 | Appn-647 CON of '045 Filed 10/11/01 | '319 6,990,319 CON of A-647 Filed 2/7/2003 | '045 RE-EXAM Filed 11/5/2003 | '165 RE-EXAM Filed 3/30/2007 |
|---|---|---|---|---|---|---|---|---|
| 11-14-1995 | '165 Filed | | | | | | | |
| 2-17-1999 | | '914 Filed | | | | | | |
| 2-17-1999 | | '523 Filed | | | | | | |
| 6-2-1999 | | '637 Filed | | | | | | |
| 4-4-2000 | '165 Issued; See Tab 4 | | | | | | | |
| 8-15-2000 | | '914 Issued | | | | | | |
| 8-22-2000 | | '523 Issued | | | | | | |
| 11-16-2000 | | | '045 Filed; See Tab 17 | | | | | |
| 11-28-2000 | | '637 Issued | | | | | | |
| 5-30-2001 | | | | EPO Notices of Opposition Filed; See Tabs 18, 19 | | | | |
| 10-11-2001 | | | | | Appn-647 Filed | | | |
| 10-23-2001 | | | '045 Issued; See Tab 8 | | | | | |
| 2-7-2003 | | | | | | '319 Filed; See Tab 22 | | |
| 3-31-2003 | | | | EPO Decision of the Opposition Division; See Tab 23 | | | | |

| DATES | '165 6,047,165 PARENT Filed 11/14/1995 | Three Continuations CON'S of '165 Filed in 1999 | '045 6,308,045 CON of '637 Filed 11/16/2000 | EPO Opposition Filed 5/30/2001 | Appn-647 CON of '045 Filed 10/11/01 | '319 6,990,319 CON of A-647 Filed 2/7/2003 | '045 RE-EXAM Filed 11/5/2003 | '165 RE-EXAM Filed 3/30/2007 |
|---|---|---|---|---|---|---|---|---|
| 11-5-2003 | | | | | | | '045 Request for Re-Exam; See Tab 26 | |
| 12-29-2003 | | | | | | Office Action | | |
| 3-29-2004 | | | | | | Response; See Tab 37 | | |
| 5-21-2004 | | | | | | Office Action | | |
| 7-24-2004 | | | | EPO Decision of the Technical Board of Appeal; See Tab 24 | | | | |
| 8-5-2004 | | | | | | | Personal Interview; See Tab 29 | |
| 8-6-2004 | | | | | | | Response; See Tab 30 | |
| 11-15-2004 | | | | | | | Final Office Action; See Tab 31 | |
| 11-16-2004 | | | | | | Telephone Interview | | |
| 11-29-2004 | | | | | | Response | | |
| 1-15-2005 | | | | | | | Request for Reconsideration; See Tab 32 | |
| 4-14-2005 | | | | | | | Appeal Brief | |

| DATES | '165 6,047,165 PARENT Filed 11/14/1995 | Three Continuations CON'S of '165 Filed in 1999 | '045 6,308,045 CON of '637 Filed 11/16/2000 | EPO Opposition Filed 5/30/2001 | Appn-647 CON of '045 Filed 10/11/01 | '319 6,990,319 CON of A-647 Filed 2/7/2003 | '045 RE-EXAM Filed 11/5/2003 | '165 RE-EXAM Filed 3/30/2007 |
|---|---|---|---|---|---|---|---|---|
| 4-27-2005 | | | | | | Final Office Action | | |
| 6-16-2005 | | | | | | Personal Interview | | |
| 6-20-2005 | | | | | | Amendment After Final | | |
| 1-24-2006 | | | | | | '319 Issued; See Tab 11 | | |
| 4-19-2006 | | | | | | | Re-Submission of Appeal Brief; See Tab 34 | |
| 12-28-2006 | | | | | | | Notice of Intent to Issue Certificate; See Tab 35 | |
| 3-30-2007 | | | | | | | | '165 Request for Re-Exam; See Tab 42 |
| 12-19-2007 | | | | | | | | Office Action; See Tab 43 |
| 2-18-2008 | | | | | | | | Response; See Tab 44 |
| 12-30-2008 | | | | | | | '045 Re-Exam Certificate Issued; See Tab 9 | |
| 1-15-2009 | | | | | Board Decision | | | |

| DATES | '165 6,047,165 PARENT Filed 11/14/1995 | Three Continuations CON'S of '165 Filed in 1999 | '045 6,308,045 CON of '637 Filed 11/16/2000 | EPO Opposition Filed 5/30/2001 | Appn-647 CON of '045 Filed 10/11/01 | '319 6,990,319 CON of A-647 Filed 2/7/2003 | '045 RE-EXAM Filed 11/5/2003 | '165 RE-EXAM Filed 3/30/2007 |
|---|---|---|---|---|---|---|---|---|
| 3-5-3009 | | | | | Notice of Appeal | | | |
| 3-26-2009 | | | | | | | | Notice of Intent to Issue Certificate; See Tab 45 |
| 6-9-2009 | | | | | | | | '165 Re-Exam Certificate Issued; See Tab 5 |
| 6-11-2009 | | | | | Appn-647 CAFC Appeal Dismissed | | | |

4