# TAB 20

*Harris Corp. v. FedEx Corp.*
USDC, Middle District of Florida
Civil Action No. 6:07-CV-1819-28KRS



(19)    Europäisches Patentamt
        European Patent Office
        Office européen des brevets



(11)    **EP 0 774 724 B1**

(12)                **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention          (51) Int Cl.7: **G06F 17/40**, G05D 1/00
     of the grant of the patent:
     **30.08.2000  Bulletin 2000/35**

(21) Application number: 96308035.3

(22) Date of filing: 06.11.1996

(54) **Wireless frequency-agile spread spectrum ground link-based aircraft data communication system**

Drahtloses, frequenzvariables, auf Breitband und eine Bodenverbindung basierendes Kommunikationssystem für Flugzeugdaten

Système de communication de données pour avion utilisant des fréquences variables et un spectre élargi, sans fil et basé au sol

(84) Designated Contracting States:
     **CH DE FR GB IE IT LI NL SE**

(30) Priority: **14.11.1995  US 557269**

(43) Date of publication of application:
     **21.05.1997  Bulletin 1997/21**

(73) Proprietor: **HARRIS CORPORATION**
     **Melbourne Florida 32919 (US)**

(72) Inventors:
     • **Wright, Thomas H.**
       **Indialantic, Florida 32903 (US)**

     • **Ziarno, James J.**
       **Malabar, Florida 32950 (US)**

(74) Representative: **van Berlyn, Ronald Gilbert**
     **23, Centre Heights**
     **London NW3 6JG (GB)**

(56) References cited:
     **EP-A- 0 407 179          GB-A- 2 276 006**
     **US-A- 4 642 775          US-A- 4 729 102**
     **US-A- 4 872 182          US-A- 5 359 446**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

EP 0 774 724 B1

## Description

[0001]   The present invention relates to communication systems, directed to an aircraft data communication system having a plurality of wireless ground links that link respective aircraft-resident subsystems, in each of which a copy of its flight performance data is stored, with airport-located ground subsystems, each ground subsystem being coupled, in turn, by way of respective telco links to a remote flight operations control center, where flight performance data from plural aircraft parked at different airports may be analyzed and from which the uploading of in-flight data files may be directed by airline systems personnel.

[0002]   Modern aircraft currently employed by the commercial airline industry employ airborne data acquisition (ADA) equipment, such as a digital flight data acquisition unit (DFDAU) as a non-limiting example, which monitor signals supplied from a variety of transducers distributed throughout the aircraft, and provide digital data representative of the aircraft's flight performance based upon such transducer inputs. As flight performance data is obtained by the acquisition equipment, it is stored in an attendant, physically robust, flight data recorder (commonly known as the aircraft's "black box"), so that in the unlikely event of an in-flight mishap, the flight data recorder can be removed and the stored flight performance data analyzed to determine the cause of the anomaly.

[0003]   In a further effort to improve aircraft safety, rather than wait for an accident to happen before analyzing flight recorder data, the Federal Aviation Administration (FAA) issued a draft advisory circular AC-120-XX, dated Sept. 20, 1995, entitled "Flight Operational Quality Assurance Program" (FOQA), which recommends that the airlines look at the information provided by the digital flight data acquisition unit at regular intervals.

[0004]   One suggested response to this recommendation is to equip each aircraft with a redundant flight data recording unit having a removable data storage medium, such as a floppy disc. Such an auxiliary digital data recorder is intended to allow aircraft safety personnel to gain access to the flight performance data by physically removing the auxiliary unit's data disc.

[0005]   It is known from the specification of U.S. Patent No. 5,359,446 to use either a direct line-of-sight infrared link or a fiber optic cable to couple an on-board aircraft computer system with a ground-based computer system. Obvious drawbacks to these systems are the fact that not only do they employ complex and expensive components, but require that the aircraft be parked at the gate, so that the line-of-sight infrared transceivers or the fiber optic connection assemblies can be properly interlinked.

[0006]   An object of the invention is to periodically analyze flight performance data, without having to physically access a redundant unit on board the aircraft which is successfully addressed by means of a wireless ground data link, through which flight performance data provided by airborne data acquisition equipment is stored, compressed, encrypted and downloaded to an airport-resident ground subsystem, which forwards flight performance data files-from an aircraft to a flight operations control center for analysis. The data acquisition equipment will be understood to be a DFDAU.

[0007]   For this purpose, an auxiliary data path is coupled from the DFDAU in parallel with the flight data recorder to a bidirectional radio frequency (RF) carrier-based ground data link (GDL) unit, that is installed in the avionics compartment of the aircraft. The GDL unit is operative to communicate with an airport-resident ground subsystem via the RF communications ground link infrastructure.

[0008]   Advantageously, this wireless ground data link is implemented as a spread spectrum RF link, preferably having a carrier frequency lying in a reasonably wide (on the order of 100 MHz) unlicensed 2.4 - 2.5 GHz S-band segment, which provides the advantage of global acceptance. A benefit of spread spectrum modulation is its inherently low energy density waveform properties, which are the basis for its acceptance for unlicensed product certification. Spread spectrum also provides the additional benefits of resistance to jamming and immunity to multipath interference.

[0009]   A principal function of the GDL unit is to store a compressed copy of the (ARINC 717) flight performance data generated by the DFDAU and supplied to the aircraft's flight data recorder. The GDL unit is also configured to store and distribute auxiliary information uploaded to the aircraft from a wireless router (as directed by the remote operations control center) in preparation for its next flight. The uploaded information may include audio, video and data, such as flight navigation information, and digitized video and audio files that may be employed as part of an in-flight passenger service/entertainment package. The GDL unit may also be coupled to an auxiliary printer that is ported to the GDL unit in order to enable an immediate hard copy of flight data information (e.g. exceedences of parameter data) to be provided to the crew immediately upon the conclusion of the flight.

[0010]   Once an aircraft has landed and is within communication range of the ground subsystem, the wireless router receives flight performance data via the wireless ground data link from an aircraft's GDL unit. It also supplies information to the aircraft in preparation for its next flight. The wireless router receives flight files from the aircraft's GDL unit and forwards the files to an airport base station, which resides on the airport's local area network (LAN).

[0011]   The airport base station forwards flight performance data files from various aircraft by way of a separate communications path such as a telephone company (telco) land line to a remote flight operations control center for analysis. The airport base station auto-

matically forwards flight summary reports, and forwards raw flight data files, when requested by a GDL workstation.

[0012]   The flight operations control center, which supports a variety of airline operations including flight operations, flight safety, engineering and maintenance and passenger services, includes a system controller segment and a plurality of FOQA workstations through which flight performance system analysts evaluate the aircraft data files that have been conveyed to the control center.

[0013]   Depending upon its size and geographical topography, an airport may include one or more wireless routers, that are installed within terminal buildings serving associated pluralities of gates, to ensure complete gate coverage. Redundant base stations may be utilized to assure high system availability in the event of a hardware failure.

[0014]   Preferably, antenna diversity, involves one or more diversity mechanisms, such as spatial or polarization diversity, ensures that an aircraft that happens to be in a multi-path null of one antenna can still be in communication with another antenna, thereby providing full system coverage regardless of blockage. Frequency management is accomplished by subdividing a prescribed portion of the unlicensed radio frequency spectrum used by the system for GDL - wireless router communications into adjacent sub-band channels, and dynamically assigning such sub-band channels based upon the quality of the available channel links between a respective wireless router a given aircraft. Such sub-channel assignments may involve downloading compressed and encrypted aircraft flight data over a first channel portion of the usable spectrum to the wireless router, and uploading information from a base station to the aircraft (e.g. video, audio and flight control data) from a wireless router over a second channel portion of the useable spectrum to the GDL on board the aircraft.

[0015]   Conveniently, a respective wireless router employs a source coding system that achieves bandwidth reduction necessary to permit either multiple audio channels to be multiplexed onto the wireless transmit carrier to the GDL unit, video to be transmitted over a ground subsystem's wireless router-to-GDL unit ground link frequency channel, or data files to be compressed to maximize system throughput and capacity during communications (uploads to or downloads from) the aircraft.

[0016]   Cyclic Redundancy Check (CRC) coding is used for error detection only. When errors are detected at the wireless router, its transceiver requests a retransmission from the GDL unit, in order to guarantee that the copy of the flight performance data file downloaded from the GDL unit and forwarded from a wireless router is effectively error free.

[0017]   In the uplink direction from the ground subsystem to the aircraft, the bit error rate requirements for transmitting passenger entertainment audio and video

files are less stringent, and a forward error correction (FEC) and error concealment mechanism is sufficient to achieve a playback quality acceptable to the human audio/visual system. Also, since uploading an in-flight passenger audio/video file, such as a news service or entertainment program, may entail several tens of minutes (customarily carried out early in the morning prior to the beginning of airport flight operations), there is usually no additional time for its retransmission.

[0018]   The wireless router transceiver includes a control processor which ensures robust system performance in the dynamically changing unlicensed spread spectrum interference environment of the ground data link by making decisions based on link signal quality, for the purpose of setting transmit power level, channel frequency assignment, and antenna selection. The ground subsystem processor also initiates a retransmission request to an aircraft's GDL unit upon detection of a bit error in a downlinked flight performance data packet.

[0019]   Before requesting retransmission of a flight data packet, the wireless router's transceiver measures the signal quality on the downlink channel portion of the ground data link. The transceiver in the wireless router assesses the measured link quality, increases its transmit power level as necessary, and requests a retransmission of the packet containing the bit error at a higher transmit power level. It then initiates a prescribed frequency management protocol, to determine if another channel portion of the GDL link would be a better choice. If a higher quality channel is available, both transceivers switch over to the new frequency. The flight performance data packet containing the bit error is retransmitted until it is received error free at the wireless router.

[0020]   Because the invention operates in any unlicensed portion of the electromagnetic spectrum, it can be expected to encounter other unlicensed communication products, such as employed by curbside baggage handling and ticketing, rental car and hotel services, etc., thereby making the communication environment unpredictable and dynamically changing. To solve this problem, the present invention employs a frequency management scheme, which initially determines the optimum operating frequency and automatically changes to a better quality frequency channel when the currently established channel suffers an impairment.

[0021]   The spread spectrum transceiver in each of an aircraft's GDL unit and an associated airport wireless router includes a frequency agile spread spectrum transmitter, a frequency agile spread spectrum receiver and a frequency synthesizer. In addition to being coupled to an associated control processor, the spread spectrum transmitter is coupled to an adaptive power control unit and an antenna diversity unit. Such power allocation mechanism makes more efficient use of available power sources, reduces interference, and makes more efficient use of the allocated frequency spectrum. The control processors at each end of the wireless ground link execute a communication start-up protocol,

through which they sequentially evaluate all of the available frequency channels in the unlicensed 2.4 - 2.5 GHz S-band segment of interest and assess the link quality of each of these channels.

[0022]   Each wireless router transceiver sequentially and repeatedly sends out a probe message directed to any of the GDL units that are within the communication range of gates served by that wireless router, on each of all possible frequency channels into which the 2.4 - 2.5 GHz S-band spread spectrum bandwidth has been divided. Each GDL unit within communication range of the wireless router returns a response message on each frequency channel, and indicates which frequency is preferred, based upon the signal quality assessment and measured signal quality by its communication processor. The wireless router control processor evaluates the responses from each of the GDL units, selects the frequency of choice, and then notifies the GDL units within communication range of its decision. This process is periodically repeated and is executed automatically in the event of a retransmission request from a GDL unit.

[0023]   In an environment such as a large commercial airport, a common cause of reduced signal quality is multipath interference resulting from sudden attenuation in the direct path between the transmitters and the receivers in the wireless router and aircraft, in conjunction with a delayed signal arriving at the receiver from a reflected path. This sudden attenuation in the direct path between the aircraft and the wireless router can result in the destructive summation of multiple paths at the antenna in use, resulting in a severe signal fading condition. The nature of multipath is such that switching to a second spatially separated or orthogonally polarized antenna can result in a significant improvement in link performance. Since the wireless networking environment of an airport is one in which objects are likely to be moving between the wireless router and the aircraft, and one of the platforms (the aircraft) is mobile, antenna diversity can make the difference between reliable and unreliable system performance.

[0024]   On the occurrence of a prescribed reduction in link quality, an antenna diversity mechanism is employed. Such a mechanism may involve the use of separate transceivers (each having a respective antenna), or an antenna diversity unit that switches between a pair of spatially separated or orthogonally polarized antennas. Link performance is evaluated for each antenna in real time, on a packet-by-packet basis, to determine which antenna provides the best receive signal quality at the wireless router.

[0025]   Signal quality is continually measured at the receiver demodulator output and reported to the control processor. Should there be a sudden degradation in link signal quality, the wireless router control processor switches over to the other antenna. If the degradation in signal quality cannot be corrected by invoking the antenna diversity mechanism, such as by switching anten-

nas, the wireless router has the option of increasing the transmit power level at both ends of the link to compensate for the reduction in link quality and/or execute the frequency management routine to search for a better operating channel. In the wireless router's broadcast mode, the same signal can be transmitted from both antennas in order to assure reliable reception at all aircraft, regardless of changing multipath conditions.

[0026]   The invention consists in a system for providing a retrievable record of the flight performance of an aircraft comprising:

a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of the aircraft, and
b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data and

an airport based processor coupled to said archival data store for retrieving flight performance data from the airport based archival data store for further processing.

[0027]   The invention also consists in a system for exchanging information to and from an aircraft comprising:

a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of said aircraft, and
b) a wideband spread spectral transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to

download said flight performance data that has been accumulated and stored by said archival data Store during flight over a first wideband spread spectrum communication signal, and a receiver for receiving uploaded data over a second wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the spread spectrum signal from the aircraft and demodulates the signal to obtain the flight performance data, and a transmitter that transmits data for uploading to the aircraft over a second wideband spread spectrum communication signal:

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data to be uploaded to the aircraft; and

an airport based processor coupled to said archival data store for retrieving flight performance data from the airport based archival data store for further processing.

**[0028]** The invention furthermore consists in a method of providing a retrievable record of the flight performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;

after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored within the archival data store during the flight over a wideband spread spectrum communication signal to an airport based spread spectrum receiver;

demodulating the received spread spectrum signal to obtain the flight performance data:

storing the demodulated flight performance data within an airport based archival data storage; and

retrieving the flight performance data via an airport based processor for further processing.

**[0029]** Also, the invention consists in a method of exchanging data to and from an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;

after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored within the

archival memory during the flight over a first wideband spread spectrum communication signal to an airport based spread spectrum transceiver;

demodulating the received spread spectrum signal to obtain the flight performance data;

storing the demodulated flight performance data within, an airport based archival data store;

storing data to be uploaded to the airport based aircraft within the airport based archival data store;

retrieving the data to be uploaded; and

transmitting the data from an airport based spread spectrum transceiver to the aircraft along a second wideband spread spectrum communication signal to the ground data link unit located within the aircraft.

**[0030]** The invention also consists in a system for providing a retrievable record of the flight performance of an aircraft comprising:

an aircraft comprising a plurality of flight parameter transducers and flight data acquisition equipment distributed throughout the aircraft;

a ground data link unit operatively coupled to the plurality of flight parameter transducers and flight data acquisition equipment for obtaining flight performance data representative of aircraft flight performance, said ground data link unit further comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of said aircraft, and

b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download said flight performance data that has been accumulated and stored by said archival data store during said flight over a wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the spread spectrum signal from the aircraft and demodulates the signal to obtain the flight performance data;

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data; and

an airport based processor coupled to said archival data store for retrieving flight data performance from the airport based archival data store for further processing.

**[0031]** Reference is made to prior art document US-

A-5359446 which describes a free-space optical communications system for transmitting data between an aircraft computer system and a ground-based computer system. The system includes a pair of corresponding optical transmitters and optical receivers that transmit and receive optical signals transmitted between the two computer systems. Included within each optical transmitter is one or more light-emitting diodes that produce optical signals corresponding to the data to be transmitted. A beam-forming prism is bonded directly to the light-emitting diodes to direct the optical signal uniformly over a target area. The optical receiver includes one or more infrared windows to reduce the amount of ambient light received by the optical receiver. A compound parabolic concentrator collects light transmitted from the optical transmitter and directs the light onto an avalanche photodiode, which includes thermal bias compensation. An AC network couples the output signal of the photodiode to a transimpedance amplifier. An optional optical shroud surrounds the optical transmitters and receivers to further reduce the amount of ambient light that is received by the optical receivers.

[0032]    Reference is also made to prior art document GB-A-2276006 which describes a pocketable data recorder, carried in a pocket of a pilot, which receives and stores in its memory a copy of at least some of the data stored in the main crash recorder memory of an aircraft "black box" flight data recorder. The flight recorder may includes a radio transmitter and antenna, or the transmission may be via an inductive loop around the aircraft cockpit. The pocket recorder may store only some of the data stored in the main crash recorder. Data may be recorded contemporaneously with the recording in the main recorder, or may be transferred as a high-speed burst in response to operation of the pilots ejector seat. The memory may comprise any type of non-volatile memory. Where data is transferred in a burst, data may be initially stored in a high speed volatile memory provided in the recorder and thence copied into the non-volatile memory. Data may be continually over-written by fresh data. At least some data, e.g. speech, may be stored permanently. If the aircraft crashes in inaccessible terrain, or in deep water, the data carried by the pilot's recorder may provide sufficient information about the cause of the crash to obviate the need to recover the main crash recorder.

[0033]    The invention will now be described, by way of example, with reference to the accompanying drawings in which :

Figure 1 diagrammatically illustrates the overall system architecture of the wireless ground link-based aircraft data communication system according to the present invention;

Figure 1A diagrammatically illustrates a non-limiting example of where, within the terminal topography of Atlanta's Hartsfield International Airport, various subsystem portions of the system architecture of Figure 1 may be installed;

Figure 1B diagrammatically illustrates a modification of Figure 1A showing various subsystem portions of the system architecture of Figure 1 installed within the terminal topography of Atlanta's Hartsfield International Airport;

Figure 1C lists identifications of the subsystem components of Figures 1, 1A and 1B;

Figure 2 diagrammatically illustrates a respective aircraft GDL segment of the system of Figure 1;

Figure 3 diagrammatically illustrates a GDL data storage and communications unit of a respective GDL segment of Figure 2;

Figure 4 diagrammatically illustrates the gate/terminal topography of the Dallas/Fort Worth International Airport;

Figure 5 diagrammatically illustrates a wireless router;

Figure 6 diagrammatically illustrates the architecture of the wireless router of Figure 5 in greater detail;

Figure 7 details the components of a spread spectrum transceiver; and

Figure 8 diagrammatically illustrates a non-limiting example of a frequency channel subdivision of a spread spectrum transceiver of Figure 7.

[0034]    It should be noted that the present invention resides primarily in a prescribed arrangement of avionics and communication circuits and associated digital signal processing components and attendant supervisory control circuitry therefor, that controls the operations of such circuits and components. Consequently, the configuration of such circuits and components and the manner in which they are interfaced with other communication system equipment have, for the most part, been illustrated in the drawings by block diagrams, which show only those specific details.

[0035]    Figure 1 depicts the overall system architecture of the wireless ground link-based aircraft data communication system according to the present invention is shown as being comprised of three interlinked subsystems: 1 ) - an aircraft-installed ground data link (GDL) subsystem 100; 2) - an airport-resident ground subsystem 200; and 3) - a remote flight operations control center 300. Associated with Figure 1 are Figures 1A and 1B, which diagrammatically illustrate non-limiting examples of where, within the terminal topography of Atlanta's

Hartsfield International Airport, various subsystem portions of the system architecture of Figure 1 may be installed. Figure 1A shows overlapping antenna coverage from multiple sites, while Figure 1B shows full antenna coverage from a single tower. The subsystem portions are identified by the abbreviations listed in Figure 1C.

[0036]   The aircraft-installed ground data link (GDL) subsystem 100 is comprised of a plurality of GDL airborne segments 101, each of which is installed in the controlled environment of the avionics compartment of a respectively different aircraft. Each GDL airborne segment 101 is operative to communicate with a wireless router (WR) segment 201 of the airport-resident ground subsystem 200 through a wireless communications link 120.

[0037]   The wireless router segment 201 routes the files it receives from the GDL airborne segment 101, either directly to the airport base station 202 via the wired Ethernet LAN 207, or indirectly through local area networks 207 and airport-resident wireless bridge segments 203. In accordance with a preferred embodiment of the invention, the wireless communication link 120 is a spread spectrum radio frequency (RF) link having a carrier frequency lying in an unlicensed portion of the electromagnetic spectrum, such as within the 2.4 - 2.5 GHz S-band.

[0038]   Once installed in an aircraft, the data terminal equipment (DTE) 102 of a GDL segment 101 collects and stores flight performance data generated on board the aircraft during flight. It also stores and distributes information uploaded to the aircraft via a ground subsystem's wireless router 201 (shown in detail in Figure 5, to be described) which is coupled thereto by way of a local area network 207 from a base station segment 202 of a ground subsystem 200 in preparation for the next flight or series of flights.

[0039]   The uploaded information, which may include any of audio, video and data, typically contains next flight information data, such as a set of parameter-exceedence limits, and next flight navigation information, including, but not limited to, a navigation database associated with the flight plan of the aircraft, as well as digitized video and audio files that may be employed as part of a passenger service/entertainment package.

[0040]   The ground subsystem 200 includes a plurality of airport-resident GDL wireless router segments 201, one or more of which are distributed within the environments of the various airports served by the system. A respective airport wireless router 201 is operative to receive and forward flight performance data that is wirelessly downlinked from an aircraft's GDL unit 101 and to supply information to the aircraft in preparation for its next flight, once the aircraft has landed and is in communication with the wireless router. Each ground subsystem wireless router 201 forwards flight files from the aircraft's GDL unit and forwards the files to a server/archive computer terminal 204 of the aircraft base station 202, which resides on the local area network 207 of the ground subsystem 200.

[0041]   The airport base station 202 is coupled via a local communications path 207, to which a remote gateway (RG) segment 206 is interfaced over a communications path 230, to a central gateway (CG) segment 306 of a remote flight operations control center 300, where aircraft data files from various aircraft are analyzed. As a non-limiting example communications path 230 may comprise an ISDN telephone company (telco) land line, and the gateway segments may comprise standard LAN interfaces. However, it should be observed that other communication media, such as a satellite links, for example, may be employed for ground subsystem-to-control center communications.

[0042]   The flight operations control center 300 includes a system controller (SC) segment 301 and a plurality of GDL workstations (WS) 303, which are interlinked to the systems controller 301 via a local area network 305, so as to allow flight performance systems analysts at control center 300 to evaluate the aircraft data files conveyed to the flight operations control center 300 from the airport base station segments 202 of the ground subsystem 200.

[0043]   The respective GDL workstations 303 may be allocated for different purposes, such as aircraft types (wide body, narrow body and commuter aircraft, for example). As described briefly above, the server/archive terminal 204 in the base station segment 202 is operative to automatically forward flight summary reports downloaded from an aircraft to the flight operations control center 300; it also forwards raw flight data files when requested by a GDL workstation 303.

[0044]   The system controller 301 has a server/archive terminal unit 304 that preferably includes database management software for providing for efficient transfer and analysis of data files, as it retrieves downloaded files from a ground subsystem. As a non-limiting example, such database management software may delete existing files from a base station segment's memory once the files have been retrieved.

[0045]   In addition, at a respective ground subsystem 200, for a given aircraft, a batch file may be written into each directory relating to that aircraft's tail number, type and/or airline fleet, so that a GDL unit on board the aircraft will be automatically commanded what to do, once a ground data link has been established with a ground subsystem's wireless router. The systems analyst at a respective GDL workstation 303 in the flight operations control center may initially request only a copy of the exceedence list portion of the flight parameter summary report. Should the report list one or more parameter exceedences, the system analyst may access the entire flight performance file relating to such parameter exceedences.

[0046]   Figure 2 shows a respective GDL segment 101 is diagrammatically illustrated as comprising a GDL data storage and communications unit 111 (hereinafter referred to simply as a GDL unit, to be described with ref-

erence to Figure 3) and an associated external airframe (e.g. fuselage)-mounted antenna unit 113. In an alternative embodiment, antenna unit 113 may house diversely configured components, such as spaced apart antenna dipole elements, or multiple, differentially (orthogonally) polarized antenna components.

[0047]    The GDL unit 111 is installed within the controlled environment of an aircraft's avionics compartment, to which communication links from various aircraft flight parameter transducers, and cockpit instruments and display components, shown within broken lines 12, are coupled. When so installed, the GDL unit 111 is linked via an auxiliary data path 14 to the aircraft's airborne data acquisition equipment 16 (e.g. a DFDAU, in the present example). The GDL unit 111 synchronizes with the flight parameter data stream from the DFDAU 16, and stores the collected data in memory. It is also coupled via a data path 15 to supply to one or more additional aircraft units, such as navigational equipment and/ or passenger entertainment stations, various data, audio and video files that have been uploaded from an airport ground subsystem wireless router 201.

[0048]    The airborne data acquisition unit 16 is coupled to the aircraft's digital flight data recorder (DFDR) 18 by way of a standard flight data link 19 through which collected flight data is coupled to the flight data recorder in a conventional manner. In order to enable an immediate hard copy of prescribed flight data information (e. g. exceedences of parameter data) to be printed out for review by the flight crew immediately upon the conclusion of a flight, the cockpit-resident equipment may include an auxiliary printer 21 that is ported to GDL unit 111.

[0049]    Figure 3 illustrates a GDL unit 111 is a bidirectional wireless (radio frequency carrier-based) subsystem containing a processing unit 22 and associated memory 24 coupled to the DFDAU 16, via data path 14, which is parallel to or redurdant with the data path to the flight data recorder 18. Processing unit 22 receives and compresses the same flight performance data that is collected by the aircraft's digital flight data recorder, and stores the compressed data in associated memory 24. The compressed data file includes a flight summary report generated by the processing unit 22, that includes a list of exceedences as defined by the parameter exceedence file.

[0050]    To provide bidirectional RF communication capability with a wireless router 201, GDL unit 111 includes a wireless (RF) transceiver 26, which is coupled to the antenna unit 113. Preferably, memory 24 of the GDL unit 111 has sufficient archival storage capacity to retain accumulated flight data files until the next landing, so that there is no loss of flight data due to airport terminal multipath or single point hardware failures, a requirement that all airports be equipped with a GDL system.

[0051]    On each of a plurality of sub-band channels of the unlicensed 2.4-2.5 GHz S-band segment of interest, a wireless router 201 continuously broadcasts an inter-

rogation beacon that contains information representative of the emitted power level restrictions of the airport. Using an adaptive power unit within its transceiver, the GDL unit 111 on board the aircraft responds to this beacon signal by adjusting its emitted power to a level that will not exceed communication limitations imposed by the jurisdiction governing the airport. The wireless (RF) transceiver 26 then accesses the compressed flight performance data file stored in memory 24, encrypts the data and transmits the file via a selected sub-channel of the wireless ground communication link 120 to wireless router 201. The sub-channel selected is based upon a signal quality monitoring mechanism, as will be described. The recipient wireless router 201 forwards the data file to the base station segment for storage; further, the flight summary file is automatically transmitted over the communications path 230 to the remote flight operations control center 300 for analysis.

[0052]    Each airport-resident subsystem 200 of the present invention comprises one or a plurality of ground subsystem wireless routers 201. The number of wireless routers 201 installed at any given airport and the location of each ground subsystem within the geographical confines of the airport is preferably tailored in accordance with a number of factors, such as the topography of the airport, including the location of a tower relative to a terminal's gates, and a desired location of wireless router that facilitates access to communication path 230 to the remote flight operations control center 300.

[0053]    A wireless router 201 is installed at a (roof) location of an airport terminal building serving a plurality of gates, such as location 211 in the familiar 'multihorseshoe' topography of the Dallas/Fort Worth International Airport, diagrammatically illustrated in Figure 4, as a non-limiting example. Where an airport contains multiple terminals or has a large number of gates distributed over a substantial airport area (as does the Dallas/Fort Worth International Airport), the airport may be equipped with one or more additional wireless router locations, shown at 212 in Figure 4, in order to ensure complete gate coverage.

[0054]    The locations of wireless router locations 211 and 212 are such that, regardless of its location, each aircraft will be assured of having a wireless ground data link with a wireless router of the ground subsystem. In the exemplary environment of the Dallas/Fort Worth International Airport of Figure 4, the spacing between wireless router locations 211 and 212 is such as to provide overlapping ground link communication coverage, as indicated by overlapping circles 214 and 215, whose respective radii encompass the entirety of their associated multi-gate areas 216 and 217. (Similar overlapping circle coverage is diagrammatically shown in Figure 1A for wireless routers located at concourses A and B of the Atlanta airport, as another non-limiting example.)

[0055]    Because a large airport, such as each of the Atlanta and Dallas/Fort Worth International Airports in the U. S. A., has multiple terminal and maintenance

buildings, and a sizeable number of ground service vehicles and personnel, serving multiple, various sized aircraft, from private, single engine aircraft to jumbo jets, the airport effectively exhibits the communication environment of a small city. As a result, it can be expected that radio communications between a respective wireless router and its associated gates will be subjected to multipath interference.

[0056]   In order prevent the disruption of wireless router-GDL unit communications in such a multipath environment, the wireless communication links that are established between the aircraft and the ground subsystem wireless routers preferably employ a frequency management and a diversity antenna scheme that optimizes the choice of frequency channel within the available unlicensed 2.4-2.5 GHz S-band employed in accordance with the invention.

[0057]   Antenna diversity involves the use of separate transceivers (each having a respective antenna), or an antenna diversity unit that switches between a pair of spatially separated or orthogonally polarized antennas, as non-limiting examples, so as to ensure that an aircraft that happens to be located in a multi-path null of one antenna can still be in communication with another antenna, thereby providing full system coverage regardless of blockage or multi-path nulls.

[0058]   Figure 5 shows a respective wireless router 201 that may include an RF transceiver 221 having a pair of associated first and second antennas 222 and 223, which may be mounted on the roof of a terminal building, as noted above, so as to be physically spaced apart from one another (either vertically, horizontally, or both) by a prescribed separation distance that is sufficient to provide antenna spatial diversity. As a non-limiting example, for an RF carrier frequency in the unlicensed 2.4 - 2.5 GHz S-band, spacing antennas 222 and 223 apart from one another by a distance on the order of ten feet has been found to satisfactorily obviate multipath interference. As will be described in greater detail below with reference to Figure 6, transceiver 221 has an associated communications processor 225 which is coupled via communications path 230 to the remote flight control center 300.

[0059]   The redundant coverage provided by the diversity antenna mechanism ensures that should an aircraft be located in a multi-path null of one antenna, that particular aircraft can still be seen by the other antenna, thereby providing full wireless router coverage regardless of blockage. In addition, where an additional wireless router is provided, system reliability can be enhanced to provide a high probability of successful communications, should a single point hardware failure occur. This added redundancy prevents a single wireless router failure from severing the GDL airport system coverage, and delaying access to flight files. As pointed out above, in the unlikely event of a system failure at one GDL-equipped airport, the memory 24 of a respective GDL unit 111 has sufficient archival storage capacity to retain accumulated flight data files until the next landing, so that there is no loss of flight data due to airport terminal multipath or single point hardware failures.

[0060]   The frequency management scheme employed by each of the wireless router and GDL unit transceivers involves subdividing the unlicensed radio frequency S-band spectral segment (2.4-2.5 GHz) used by the system for inter GDL-wireless router communications into adjacent sub-band channels, and dynamically assigning such sub-band channels, based upon the quality of the available channel links between a respective wireless router and a given aircraft. Such sub-channel assignments may involve downloading compressed and encrypted aircraft flight data over a first channel portion of the usable spectrum to the wireless router, and uploading information to the aircraft (e.g. video, audio and flight control data) from a wireless router 201 over a second channel portion of the useable spectrum to the GDL 111 on board the aircraft.

[0061]   Each wireless router 201 employs a source coding system that achieves bandwidth reduction necessary to permit either multiple audio channels to be multiplexed onto the wireless transmit carrier to an aircraft's GDL unit 111, video to be transmitted over the wireless router-GDL unit ground link frequency channel, or data files to be compressed in order to maximize system throughput and capacity during upload to the aircraft. The primary advantage of source coding is data compression, which permits any audio, video, or data to be uploaded to the aircraft to be compressed and multiplexed onto a single RF carrier. Employing source coding also eliminates the need for multiple, simultaneous carriers, which increases channel assignment options, and translates directly to improved link performance.

[0062]   The unlicensed frequency spectrum is becoming increasingly crowded, so that expanding the number of channel assignment options can mean the difference between being able to operate or not. Fewer transmitters also means lower power consumption, decreased complexity, and improved reliability. Adjacent channel interference concerns resulting from the close proximity of multiple frequency division multiplex transmitters is not an issue with a single carrier system. As a non-limiting example, Motion Picture Expert Group (MPEG) coding may be employed for audio and video signals, while other similarly conventional compression algorithms (such as PKZiP) may be used for generic data file compression.

[0063]   In order to provide a reliable bidirectional RF communication link between the aircraft and the wireless router, namely one which is able to withstand the effects of channel impairments such as noise, jamming, or fading, the wireless ground data link communication mechanism of the present invention employs an error detection and retransmission error correction scheme to assure error free communications for downloading flight performance data from the aircraft to a ground subsystem wireless router. While exchanging flight-critical

data files in the aircraft-to-wireless router direction, cyclical redundancy check (CRC) coding is used for error detection only. When errors in the downloaded flight data are detected at the wireless router 201, the wireless router's transceiver requests a retransmission from the aircraft GDL unit. This fulfills the critical requirement that the copy of the flight data file downloaded from the GDL unit and forwarded from the wireless router must be effectively error free.

[0064]   In the uplink direction from the wireless router 201 to the aircraft, on the other hand, the bit error rate requirements for transmitting non flight-critical data, such as passenger entertainment audio and video files, are less stringent, and a forward error correction (FEC) mechanism is sufficient to achieve a playback quality on-board the aircraft, that is acceptable to the human audio/visual system. Where the data transmitted to the aircraft is flight critical, the error detection and retransmission scheme as described above for the downlink direction is employed.

[0065]   Moreover, because uploading an in-flight passenger audio/video file, such as a news service or entertainment program, may entail several tens of minutes (customarily carried out early in the morning prior to the beginning of airport flight operations), there is usually no time for retransmission of such a large database. During this 'pre-ops' time interval, with no arriving flights being handled, the entire bandwidth availability may be used for broadcasting one or more video news and entertainment files to multiple aircraft at the same time.

[0066]   The manner in which the above described error detection and retransmission error correction scheme is implemented in a respective wireless router is diagrammatically illustrated in Figure 6, which details the architecture of wireless router transceiver components and associated interfaces to other system segment components. The system controller wireless router transceiver includes a multiplexer unit 241, containing system time synchronization circuitry and which is operative to selectively interface one of first and second source coding units 243 and 245 and a channel coding unit 247. The source coding units 243 and 245 are coupled to respective external data interfaces, while coding unit 247 is interfaced with a wireless router control processor 225, which serves as a baseband interface between channel coding unit 247 and a spread spectrum transceiver 251 (to be described with Figure 7).

[0067]   Wireless router control processor 225 is operative to ensure robust system performance in the unpredictable and dynamically changing unlicensed spread spectrum interference environment of the wireless ground data link 120, by making decisions based on link signal quality, for setting transmit power level, channel frequency assignment, and antenna selection. It also initiates a retransmission request to the GDL unit 111 in the event of a bit error in a received (downloaded) flight performance data packet.

[0068]   More particularly, when a cyclic redundancy check (CRC) error in the data stream received by the wireless router is detected by channel coding unit 247, control processor 225 initiates a retransmission request on the return channel portion of the wireless link 120 back to the transceiver 26 within the aircraft's GDL unit 111. Before requesting retransmission of a flight data packet, the control processor 225 measures the signal quality on the downlink channel portion of the link 120. The wireless router 201 assesses measured link quality, increases its transmit power level as necessary, and requests a retransmission of the flight performance data packet containing the bit error at a higher transmit power level. It then initiates a prescribed frequency management protocol, to be described below with reference to Figure 8, in order to determine if another channel portion of the GDL link would be a better choice. If a better (higher quality) channel is available, both the GDL transceivers switch over to the new frequency channel (within the unlicensed 2.4-2.5 GHz S-band of interest). The packet containing the bit error is retransmitted until it is detected by wireless router control processor 225 as being error-free.

[0069]   Since the wireless ground data link system operates in an unlicensed portion of the EM frequency spectrum, it can be expected that it will encounter other unlicensed products, which are also permitted to roam without imposed geographic (site-licensing) constraints. As a consequence, the operating environment is unpredictable and dynamically changing. The level of activity within this unlicensed portion of the EM frequency spectrum can be expected to increase as more and more airport-related services, such as curbside baggage handling and ticketing, rental car and hotel services, etc., use compact (hand-held or headset-configured) unlicensed wireless communication devices.

[0070]   This mutual interference effect is similar to that encountered in the HF frequency band, where ionospheric radio links are subject to a number of transmission quality degradation characteristics, such as multipath, Doppler, fading and temporary loss of signal. The unpredictability of this environment originates from the relatively long wavelength of the carrier frequency and the fact that an HF radio wave bounces off the atmosphere, enabling it to propagate tremendous distances beyond the horizon. As a result, interference from transmitters that are geographically separated by great distances can pose problems. Since the ionosphere varies in height and ionization with time of day, season, and the solar cycle, the constantly changing interference characteristics of the HF environment are difficult to predict. It will be appreciated, therefore, that there are a number of similarities between operating in the HF band and operating in an unlicensed frequency band.

[0071]   To solve this problem, the present invention employs a frequency management scheme, which initially determines the optimum operating frequency for the GDL link, and automatically changes to a better quality frequency channel when the currently estab-

lished channel suffers an impairment. Such a frequency management scheme is disclosed in the specification of the U.S. Patent No. 4,872,182.

[0072]  The spread spectrum transceiver of the present invention is employed in the transceiver 251 of the wireless router of Figure 6 and also in the transceiver 26 of an aircraft's GDL unit 111, is shown in Figure 7 as comprising a frequency agile spread spectrum transmitter 253, a frequency agile spread spectrum receiver 255 and a frequency synthesizer 257. In addition to being coupled to an associated control processor, the spread spectrum transceiver 251 is coupled to RF components, including an adaptive power control unit 252 and an antenna diversity unit 254, as will be described. As a non-limiting example, such spread spectrum transceiver components may be implemented using a direct sequence spread spectrum wireless transceiver chipset and associated signal processing components, of the type as described in the Harris Semiconductor information bulletins that are known in the trade as "PRISM (trademark of Harris Corp. of Melbourne, Florida, U.S. A.) 2.4GHz Chip Set," April, 1995, "HFA3624 2.4GHz RF to IF Converter," February 14, 1995, "HFA3724 400 MHz Quadrature IF Modulator/Demodulator," February, 1995, "HSP3824 Direct Sequence Spread Spectrum Baseband Processor," March 1995, and "HFA3924 2.4GHz Power Amplifier," February 13, 1995.

[0073]  The respective control processors at each end of the wireless ground data link (control processor 225 in the wireless router and the communications processing unit 22 in the GDL unit 111) employ a communication control mechanism that executes a start-up protocol, whereby all available frequency channels are examined to determine the link quality of each channel. For this purpose, the wireless router transceiver broadcasts out a probe message to each of the GDL units that are within communication range of gates served by that wireless router, in sequence, on each of all possible frequency channels into which the 2.4 - 2.5 GHz spread spectrum S-bandwidth has been divided, as shown diagrammatically in Figure 8. These probe messages are repeated a predetermined number of times.

[0074]  Each sequentially interrogated GDL unit 111 then returns a response message on all the frequency channels, indicating which frequency is preferred, based upon the signal quality assessment and measured signal quality by its communication processor 22. The wireless router control processor 225 evaluates the responses from each of the GDL units 111, selects the frequency of choice, and then notifies each GDL unit 111 within communication range of its decision. This process is periodically repeated and is executed automatically in the event of a retransmission request from a GDL unit 111, as a result of a detected bit error.

[0075]  A spread spectrum signal is one occupying a bandwidth much greater than the minimum bandwidth necessary to send information contained in the spread signal. Spreading of a transmitted signal across the bandwidth of interest is accomplished by use of a spreading code, or pseudo-random noise (PN) sequence, which is independent of the information being transmitted. At the receiver, despreading of the spread signal is accomplished by correlating the received signal with a matched replica of the spreading code used in the transmitter. Although implementation complexity and associated product cost have constituted practical impediments to the use of spread spectrum communications outside of niche military markets, recent advances in integrated circuit manufacturing techniques have now made it possible to provide reasonably priced spread spectrum communication circuits so that they may be employed in a variety of other applications.

[0076]  The spread spectrum transmitter and receiver components have two particularly useful characteristics. The first is their operation in the 2.4 - 2.5 GHz unlicensed S-band, which provides both the user and the manufacturer the advantages of global unlicensed operation. Other alternatives restrict usage geographically or require the user to obtain a license in order to operate the system. In the United States of America, compliance is governed by Part 15.247 of the Federal Communications Code.

[0077]  The second is the use of direct sequence spread spectrum (DSSS), as opposed to the use of frequency hopped or narrowband communications. The inherent low energy density waveform properties of DSSS are the basis for its acceptance for unlicensed product certification. DSSS also provides the additional benefits of resistance to jamming and immunity to the multipath problem discussed above as a function of the amount of spreading employed. Moreover, the number of orthogonal signal dimensions of DSSS is larger than narrowband techniques, so that a sophisticated receiver is readily able to recognize and recover the intended signal from a host of potential interferers, thereby reducing their effect.

[0078]  In the current wireless marketplace, where RF spectrum allocations have become a precious commodity, the prospects of unintentional jamming grow increasingly greater. Spread spectrum is a robust combatant to the growing threat of RF spectrum proliferation. Pursuant to the present invention, the DSSS transceivers employed in each of the GDL unit 111 on board the aircraft and in the airport's ground subsystem wireless router 201 are frequency agile, so that they can be tuned to any of a plurality of frequency channels approved for unlicensed operation in a given country. DSSS also provides the attractive performance benefits of immunity against jamming from interferers and immunity against self-jamming from multipath.

[0079]  In order to provide orthogonal signal isolation from IEEE 802.11 users, it is preferred to employ a different PN code than the standard, but still complying with strict regulatory guidelines required for type licensing. In addition, as diagrammatically illustrated in the frequency channel subdivision diagram of Figure 8, the

DSSS transceiver of Figure 7 may employ different transmit frequencies and a different channel spacing to minimize co-channel interference. This mechanism is akin to that employed in cellular telephone networks which make use of a return channel from a cellular base station to allow a customer's handset to reduce its transmit power to the minimum level required to maintain reliable communications. Such a power allocation mechanism prolongs battery life, reduces interference, and makes more efficient use of the allocated frequency spectrum.

[0080]   In the transceiver architecture of Figure 6 employed in the GDL system of the present invention, the signal quality (e.g., bit error rate) is measured by wireless router control processor 225 to sense channel impairments. As described earlier, in an environment such as a large commercial airport, a common cause of reduced signal quality is multipath interference resulting from sudden attenuation in the direct path between the transmitter and the receivers in the wireless router and aircraft, in conjunction with a delayed signal arriving at the receiver from a reflected path. This sudden attenuation in the direct path between the aircraft and the wireless router can result in the destructive summation of reflected paths at the antenna in use, resulting in a severe signal fading condition. The nature of multipath is such that switching to a second spatially separated or orthogonally polarized antenna can result in a significant improvement in link performance. Since the wireless networking environment of an airport is one in which objects are likely to be moving between the wireless router and the aircraft, and one of the platforms is mobile, the use of an antenna diversity unit can make the difference between reliable and unreliable system performance.

[0081]   In the event of a prescribed reduction in link quality, antenna diversity unit 254 is operative under processor control to switch between a pair of spatially separated or orthogonally polarized antennas 258 and 260. Link performance is evaluated for each antenna in real time, on a packet-by-packet basis, to determine which antenna provides the best receive signal quality at a ground subsystem's wireless router. Signal quality is continually measured at the receiver demodulator output and reported to the control processor. In the event of a sudden degradation in link signal quality, the wireless router control processor switches over to the other antenna. If the degradation in signal quality cannot be corrected by switching antennas, the wireless router has the option of increasing the transmit power level at both ends of the link to compensate for the reduction in link quality and/or initiate the frequency management protocol to search for a better operating channel. In the broadcast mode, the same signal can be transmitted from both antennas in order to assure reliable reception at all aircraft GDL units, regardless of changing multipath conditions.

[0082]   If the transceiver is unable to produce a satisfactory improvement in link quality by switching antennas in the manner described above, then by way of the return channel, the control processor in the receiver notifies the transmitter of the condition and the measure of link quality. The transmitter then assesses the magnitude of the channel impairment as a result of examining the measured signal quality reported back from the receiver and instructs the adaptive power control unit 252 to increase its transmit power to compensate for the impairment, if appropriate. If the impairment is so severe that the transmitter cannot compensate for the impairment by increasing its transmit power level, it initiates frequency management protocol to find a clear channel.

[0083]   In the transceiver architecture of Figure 6, the spread spectrum receiver unit 251 (shown in detail in Figure 7) reports assessed received link signal quality to the control processor 225. Signal quality measurements are carried simultaneously with symbol timing measurements and are declared when an acceptable signal is to be processed. The signal quality measured is a function of the average magnitude of the PN correlation peaks detected and of the time averaged phase error. The transceiver also performs a clear channel assessment, by monitoring the environment to determine when it is feasible to transmit. The wireless router receiver makes real time antenna diversity decisions to choose the best antenna to receive from on an aircraft by aircraft basis. Once a decision is made, the same antenna is used for wireless router transmissions back to the GDL unit in the aircraft, except in the broadcast mode, where both antennas 258 and 260 are used simultaneously.

[0084]   The objective of satisfying the Federal Aviation Authority of the U. S. Government's current airline Flight Operations Quality Assurance program, which recommends that airlines routinely analyze aircraft data, is successfully addressed by means of a frequency-agile wireless ground data link, that uses a reasonably wide unlicensed portion of the EM spectrum, does not require physically accessing the aircraft, and supplies the same aircraft data provided by the airborne data acquisition unit in a compressed and encrypted format, that is automatically downloaded to an airport-resident base station segment, when the aircraft lands. When polled by a remote flight operations control center, the base station segment then forwards aircraft data files from various aircraft over a communication path such as a telco land line to the flight operations control center for analysis.

[0085]   A flight information communication system has a plurality of RF direct sequence spread spectrum ground data links that link respective aircraft-resident subsystems, in each of which a copy of its flight performance data is stored, with airport-located subsystems. The airport-located subsystems are coupled by way communication paths, such as land line telephone links, to a remote flight operations control center. At the flight operations control center, flight performance data downlinked from plural aircraft parked at different airports is

analyzed. In addition, the flight control center may be employed to direct the uploading of in-flight data files, such as audio, video and navigation files from the air-port-located subsystems to the aircraft.

[0086]   Preferably, a system in which said airfield-based subsystem is provided with a plurality of wireless routers, each having a respective second transceiver and being operative to communicate via a respective RF communication link to a first transceiver on board an aircraft, in which at least one of said first and second transceivers includes a plurality of antennas.

[0087]   Conveniently, a system in which an airfield-based subsystem transceiver is operative to subdivide said bidirectional RF communication link into sub-band channels, and to dynamically assign such sub-band channels for communications between said aircraft and said airfield-based subsystem in dependence upon the quality of available channel links between said airfield-based subsystem and said aircraft, and preferably said first transceiver installed on board said aircraft includes an error detection source coding system that enables said second transceiver at said airfield-based subsystem to detect errors in flight data downloaded at said airfield-based subsystem, in response to which said second transceiver at said base station is operative to request a retransmission from said first transceiver.

[0088]   Suitably, a system said second transceiver includes a forward error correction mechanism to which data conveyed over said RF communication link is subjected in the course of uploading data from said airfield-based subsystem to said aircraft, said first transceiver includes an adaptive power control unit which is operative to controllably adjust the transmitted power level of data downloaded over said RF communication link, in which said adaptive power control unit is operative to controllably vary the emitted power level of said RF communication link in dependence upon the geographical location of a wireless router at said airfield-based subsystem, and preferably said adaptive power control unit is operative to increase transmit power to compensate for impairment in the quality of said RF communication link.

[0089]   Advantageously, a method of communicating between a first site and a plurality of second sites comprising the steps of:

(a) providing a plurality of wireless bidirectional communication links between said first site and said plurality of second sites;
(b) at said first site, broadcasting a first spectrum signal within an unlicensed frequency band;
(c) at a respective second site monitoring said spread spectrum signal broadcast in step (b) and transmitting a second spread spectrum signal to said second site, said second spread spectrum signal having its power level adjusted in accordance with information contained within said first spread spectrum signal, in which step (b) comprises selec-

tively broadcasting said first spread spectrum signal by way of a selected one of a plurality of diversity antennas based upon the transmission quality of a wireless communication link between said respective second site and said first site with step (b) comprising selectively broadcasting said first spread spectrum signal by way of a selected sub-band portion of said unlicensed frequency band, based upon the transmission quality of a wireless communication link between said respective second site and said first site, and step (b) comprising transmitting video information signals from said first site over said wireless communication link to said second site.

[0090]   Also including the step (d) of, at said first site, monitoring signals transmitted from said second site in step (c) for the presence of errors and, in response to detecting a prescribed error content in said monitored signals, requesting retransmission of signals from said second site further including the step (d) of subdividing said wireless communication link into sub-band channels, and dynamically assigning such sub-band channels for the transmission of signals in steps (b) and (c) based upon the quality of available channels between said first and second sites, in which said wireless communication link occupies a frequency band of 2.4 - 2.5 GHz.

**Claims**

1.  A system for providing a retrievable record of the flight performance of an aircraft comprising:

a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of the aircraft, and
b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data and

an airport based processor coupled to said archival data store for retrieving flight performance data from the airport based archival data store for further processing.

2. A system according to Claim 1, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum communication signal.

3. A system according to Claim 1, wherein the wideband spread spectrum communication signal comprises a signal within the S band.

4. A system according to Claim 1, wherein the wideband spread spectrum communication signal comprises a signal in the range of about 2.4 to about 2.5 GHz.

5. A system according to Claim 1, wherein the airport based wideband spread spectrum transceiver further comprises a wireless router that couples said wideband spread spectrum transceiver to said airport based archival data store.

6. A system according to Claim 1, wherein said archival data store of said ground data link unit further comprises means for compressing said flight performance data during the flight of the aircraft.

7. A system according to Claim 1, wherein said transceivers comprise half-duplex transceivers.

8. A system according to Claim 1, wherein said wideband spread spectrum transceiver further comprises receiver for receiving uploaded data over a second wideband spread spectrum communication signal;
wherein said airport based wideband spectrum transceiver further comprises a transmitter that transmits data for uploading to the aircraft over a second wideband spread spectrum communication signal; and
wherein said airport based archival data store coupled to said airport based wideband spectrum transceiver that receives and stores said flight performance data to be uploaded to the aircraft.

9. A system according to Claim 8, wherein said data to be uploaded to an aircraft further comprises video, audio and flight information that has been stored within said airport based archival data store.

10. A system according to Claim 8, wherein said video,

audio and flight information to be uploaded to said aircraft further comprises digitized in-flight passenger service and entertainment video and audio files.

11. A system according to Claim 8, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal.

12. A system according to Claim 8, wherein the wideband spread spectrum communication signal comprises a signal within the S band.

13. A system according to Claim 8, wherein the wideband spread spectrum communication signal comprises a signal in a range of about 2.4 to about 2.5 GHz.

14. A system according to Claim 8, wherein the airport based wideband spread spectrum transceiver further comprises a wireless router that couples said wideband spread spectrum transceiver to said airport based archival data store.

15. A system according to Claim 8, wherein said archival data store of said ground data link unit further comprises means for compressing said flight performance data during the flight of the aircraft.

16. A system according to Claim 8, wherein said transceivers comprise half-duplex transceivers.

17. A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;
accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;
after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored within the archival data store during the flight over a wideband spread spectrum communication signal to an airport based spread spectrum receiver;
demodulating the received spread spectrum signal to obtain the flight performance data:
storing the demodulated flight performance data within an airport based archival data storage; and
retrieving the flight performance data via an airport based processor for further processing.

18. A method according to Claim 17, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal.

27                    EP 0 774 724 B1                    28

19. A method according to Claim 17, wherein the wide-band spread spectrum communication signal comprises a signal within the S band.

20. A method according to Claim 17, wherein the wideband spread spectrum communication signal comprises a signal within a range of about 2.4 to about 2.5 GHz.

21. A method according to Claim 17, and further comprising the step of compressing the flight performance data within the archival data store of the ground data link unit during flight of the aircraft.

22. A method according to Claim 17, and further comprising the step of routing the flight performance data from an airport based processor and archival data store from a first ground based wideband spread spectrum transceiver via a first wideband spectrum communication signal to a second ground based wideband spread spectrum transceiver functioning as a repeater to relay the flight performance data to the aircraft via a second wideband spread spectrum communication signal.

23. A method according to Claim 17, wherein said downloading of the flight performance data that has been accumulated and stored within the archival memory during the flight takes place over a first wideband spread spectrum communication signal to an airport based spread spectrum transceiver; and further comprising the steps of:

    storing data to be uploaded to the airport based aircraft within the airport based archival data store;
    retrieving the data to be uploaded; and
    transmitting the data from an airport based spread spectrum transceiver to the aircraft along a second wideband spread spectrum communication signal to the ground data link unit located within the aircraft.

24. A method according to Claim 23, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal.

25. A method according to Claim 23, wherein the wideband spread spectrum communication signal comprises a signal within the S band.

26. A method accordiug to claim 23, wherein the wideband spread spectrum communication signal comprises a signal within a range of about 2.4 to about 2.5 GHz.

27. A method according to Claim 23, and further comprising the step of routing the flight performance da-ta from an airport based processor and archival data store via a first ground based wideband spread spectrum transceiver via a first wideband spread spectrum communication signal to a second ground based wideband spread spectrum transceiver functioning as a repeater to relay the flight performance data to the aircraft via a second wideband spread spectrum communication signal.

28. A method according to Claim 23, and further comprising the step of uploading to the aircraft from the airport based spread spectrum transceiver video, audio and flight information that has been stored within the airport based archival data store.

29. A method according to Claim 23, wherein the video, audio and flight information to be uploaded further comprises digitized in-flight passenger service and entertainment video and audio files.

30. A system according to Claim 1 wherein the

    aircraft comprises a plurality of flight parameter transducers and flight data acquisition equipment distributed throughout the aircraft; and said ground data link unit is operatively coupled to the plurality of flight parameter transducers and flight data acquisition equipment for obtaining said flight performance data representative of aircraft flight performance.

31. A system according to Claim 30, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum communication signal.

32. A system according to Claim 30, wherein the wideband spread spectrum communication signal comprises a signal within the S band.

33. A system according to Claim 30, wherein the wideband spread spectrum communication signal comprises a signal in the range of about 2.4 to about 2.5 GHz.


**Patentansprüche**

1. System zum Liefern einer wiederzugewinnenden Aufnahme der Flugleistung eines Flugzeugs mit einer Boden-Datenübertragungseinheit, die Flugleistungsdaten erhält, die für das Flugverhalten des Flugzeuges während des Fluges repräsentativ sind, gekennzeichnet durch:

    a) einen archivfähigen Datenspeicher, der Flugdaten während des Fluges aufnimmt und speichert, und

b) einen Breitbandspektrum-Sendeempfänger, der mit dem archivfähigen Datenspeicher verbunden ist und einen Transmitter, der den Betrieb aufnimmt, sobald das Flugzeug seinen Flug vollendet und auf einem Flugplatz landet, besitzt zum Runterladen der Flugdaten, die durch den archivfähigen Datenspeicher während des Fluges über ein Breitbandspektrum-Kommunikationssignal aufgenommen und gespeichert wurden;

einen auf dem Flughafen stationierten Breitbandspektrum-Sendeempfänger mit einem Receiver, der das Breitband-Kommunikationssignal vom Flugzeug empfängt und dieses Signal demoduliert, um die Flugleistungsdaten zu erhalten;

einen am Flughafen stationierten archivfähigen Datenspeicher, der mit dem flughafenstationierten Breitbandspektrum-Sendeempfänger, der die Flugleistungsdaten erhält und speichert, verbunden ist;

und einen am Flughafen stationierten, mit dem archivfähigen Datenspeicher verbundenen Prozessor zum Wiedergewinnen der Flugleistungsdaten aus dem flughafenstationierten, archivfähigen Datenspeicher zum weiteren Bearbeiten.

2. System nach Anspruch 1, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein direktes Folge-Breitbandspektrum-Kommunikationssignal ist.

3. System nach Anspruch 1, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein Signal innerhalb des S-Bandes ist.

4. System nach Anspruch 1, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein Signal im Bereich von ungefähr 2,4 bis ungefähr 2,5 GHz ist.

5. System nach Anspruch 1, **dadurch gekennzeichnet, daß** zum flugplatzstationierten Breitbandspektrum-Sendeempfänger außerdem ein drahtloser Router gehört, der den Breitbandspektrum-Sendeempfänger mit dem flugplatzstationierten archivfähigen Datenspeicher verbindet.

6. System nach Anspruch 1, **dadurch gekennzeichnet, daß** der archivfähige Datenspeicher der Boden-Datenübertragungsanlage außerdem Mittel zum Verdichten der Flugleistungsdaten während des Fluges des Flugzeugs besitzt.

7. System nach Anspruch 1, **dadurch gekennzeichnet, daß** die Sendeempfänger Halbduplex-Sendeempfänger aufweisen.

8. System nach Anspruch 1, **gekennzeichnet durch** den Sendeempfänger zum Empfangen geladener Daten über ein zweites Breitbandspektrum-Kommunikationssignal;

wobei der flugplatzstationierte Breitbandspektrum-Sendeempfänger einen Transmitter aufweist, der Daten zum Aufladen an das Flugzeug über ein zweites Breitbandspektrum-Kommunikationssignal überträgt;

und durch den flughafenstationierten, archivfähigen Datenspeicher, der mit dem flugplatzstationierten Breitbandspektrum-Sendeempfänger verbunden ist, der die Flugleistungsdaten empfängt und speichert, die beim Flugzeug aufzuladen sind.

9. System nach Anspruch 8, **dadurch gekennzeichnet, daß** die zum Flugzeug aufzuladenden Daten außerdem Video-, Audio- und Fluginformationen umfassen, die im flugzeugstationierten, archivfähigen Datenspeicher gespeichert worden sind.

10. System nach Anspruch 9, **dadurch gekennzeichnet, daß** die Video-, Audio- und Fluginformationen digitalisierte flugbezogene Passagierservice- und -Unterhaltungs-Video- und -Audiodateien umfassen.

11. System nach Anspruch 8, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein Direktfolge-Breitbandsignal umfaßt.

12. System nach Anspruch 8, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein Signal innerhalb des S-Bandes umfaßt.

13. System nach Anspruch 8, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein Signal im Bereich von ungefähr 2,4 bis ungefähr 2,5 GHz umfaßt.

14. System nach Anspruch 8, **dadurch gekennzeichnet, daß** zum flugplatzstationierten Breitbandspektrum -Sendeempfänger außerdem ein drahtloser Router gehört, der den Breitbandspektrum-Sendeempfänger mit dem flugplatzstationierten archivfähigen Datenspeicher verbindet.

15. System nach Anspruch 8, **dadurch gekennzeichnet, daß** der archivfähige Datenspeicher der Boden-Datenübertragungsanlage außerdem Mittel zum Verdichten der Flugleistungsdaten während

des Fluges des Flugzeugs besitzt.

16. System nach Anspruch 8, **dadurch gekennzeichnet, daß** die Sendeempfänger Halbduplex-Sendeempfänger aufweisen.

17. Verfahren zum Liefern einer wiederherstellbaren Aufnahme der Flugleistung eines Flugzeuges mit folgenden Schritten:

Ermitteln von Flugleistungsdaten eines Flugzeuges während des Fluges;
Aufnehmen und Speichern der Flugdaten In einem archivfähigen Speicher einer Boden-Datenübertragungseinheit während des Fluges;
nach der Landung auf einem Flugplatz und Beendigung des Fluges Herunterladen der Flugleistungsdaten, die in dem archivfähigen Datenspeicher während des Fluges gesammelt und gespeichert wurden, über ein Breitbandspektrum-Kommunikationssignal an einen flugplatzstationierten Breitbandspektrum-Sendeempfänger;
Demodulieren des erhaltenen Breitbandspektrumsignals, um die Flugleistungsdaten zu erhalten;
Speichern der demodulierten Flugleistungsdaten In einem flugplatzstationierten archivfähigen Datenspeicher;
Wiedergewinnen der Flugleistungsdaten über einen im Flughafen stationierten Prozessor zur Weiterverarbeitung.

18. Verfahren nach Anspruch 17, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal ein Direktfolge-Breitbandsignal umfaßt.

19. System nach Anspruch 17, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal innerhalb des S-Bandes liegt.

20. Verfahren nach Anspruch 17, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal im Bereich von ungefähr 2,4 bis ungefähr 2,5 GHz liegt.

21. Verfahren nach Anspruch 17, **gekennzeichnet durch** den weiteren Schritt des Verdichtens der Flugleistungsdaten im archivfähigen Datenspeicher der Boden-Datenübertragungsanlage während des Fluges.

22. Verfahren nach Anspruch 17, **gekennzeichnet durch** Leiten der Flugleistungsdaten von einem flugplatzstationierten Prozessor und archivfähigen Datenspeicher über einen ersten bodenstationierten Breitbandspektrum-Sendeempfänger mittels

eines ersten Breitbandspektrum-Kommunikationssignals zu einem zweiten bodenstationierten Breitbandspektrum-Sendeempfänger, der als Tochtersender arbeitet, um die Flugleistungsdaten dem Flugzeug über ein zweites Breitbandspektrum-Kommunikationssignal zuzuleiten.

23. Verfahren nach Anspruch 17, **dadurch gekennzeichnet, daß** das Herunterladen der Flugleistungsdaten, die im archivfähigen Speicher während des Fluges gesammelt und gespeichert wurden, über ein erstes Breitbandspektrum-Kommunikationssignal auf einen flugplatzstationierten Breitbandspektrum-Sendeempfänger stattfindet; und

daß das Speichern der dem auf dem Flughafen befindlichen Flugzeug aufzuladenden Daten in dem flugplatzstationierten archivfähigen Datenspeicher erfolgt;
Wiedergewinnen der zu ladenden Daten; und
Übermitteln der Daten von einem flugplatzstationierten Breitband-spektrum-Sendeempfänger zum Flugzeug entlang einem zweiten Breitbandspektrum-Kommunikationssignal zur im Flugzeug befindlichen Boden-Datenübertragungsanlage.

24. Verfahren nach Anspruch 23, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Signal ein Direktfolge-Breitbandspektrum-Signal ist.

25. Verfahren nach Anspruch 23, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal innerhalb des S-Bandes liegt.

26. Verfahren nach Anspruch 23, **dadurch gekennzeichnet, daß** das Breitbandspektrum-Kommunikationssignal im Bereich von ungefähr 2,4 bis ungefähr 2,5 GHz liegt.

27. Verfahren nach Anspruch 23, **gekennzeichnet durch** Leiten der Flugleistungsdaten von einem flugplatzstationierten Prozessor und einem archivfähigen Datenspeicher über einen ersten bodenstationierten Breitbandspektrum-Kommunikationssignals zu einem zweiten bodenstationierten Breitbandspektrum-Sendeempfänger, der als Tochtersender arbeitet, um die Flugleistungsdaten dem Flugzeug mittels eines zweiten Breitbandspektrum-Kommunikationssignals zuzuleiten.

28. Verfahren nach Anspruch 23, **gekennzeichnet durch** Aufladen von Video-, Audio- und Fluginformationen, die In dem flugplatzstationierten, archivfähigen Datenspeicher gesammelt wurden, vom flughafenstationierten Breitbandspektrum-Sendeempfänger zum Flugzeug.

33                **EP 0 774 724 B1**                34

**29.** Verfahren nach Anspruch 23, **dadurch gekenn-zeichnet, daß** die Video-, Audio- und Flug informa-tionen digitalisierte flugbezogene Passagierser-vice- und -Unterhaltungs-Video- und -Audiodateien umfassen.

**30.** System nach Anspruch 1, **dadurch gekennzeich-net, daß** das Flugzeug eine Vielzahl von Flugda-tenübertragungs- und -sammeleinrichtungen be-sitzt, die Im Flugzeug verteilt sind; und
daß die Boden-Datenübertragungsanlage betriebsmäßig an die Flugparameterübertragungs- und -sammeleinrichtungen angeschlossen Ist, um die Flugleistungsdaten zu erhalten, die dem Flug-verhalten der Maschine entsprechen.

**31.** System nach Anspruch 30, **dadurch gekennzeich-net, daß** das Breitbandspektrum-Kommunikations-signal ein direktes Folge-Breitbandspektrum-Kom-munikationssignal ist.

**32.** System nach Anspruch 30, **dadurch gekennzeich-net daß** das Breitbandspektrum-Kommunikations-signal ein Signal Innerhalb des S-Bandes Ist.

**33.** System nach Anspruch 30, **dadurch gekennzeich-net, daß** das Breitbandspektrum-Kommunikations-signal ein Signal im Bereich von ungefähr 2,4 bis ungefähr 2,5 GHz ist.

**Revendications**

**1.** Système destiné à fournir un enregistrement récu-pérable des caractéristiques de vol d'un avion, comprenant :

une unité de liaison de données basée vers le sol qui obtient des données des caractéristi-ques de vol représentatives des caractéristi-ques de vol d'un avion pendant le vol de l'avion, ladite unité de liaison de données vers le sol comprenant :

a) une mémoire de données d'archive fonctionnant pour accumuler et stocker des données des caractéristiques de vol pendant un vol de l'avion, et
b) un émetteur-récepteur à étalement de spectre sur large bande couplé à ladite mé-moire de données d'archive, et compre-nant un émetteur qui fonctionne après que l'avion a achevé son vol et atterri sur un aé-roport afin de transférer les données des caractéristiques de vol qui ont été accumu-lées et enregistrées par ladite mémoire de données d'archive pendant le vol sur un si-gnal de transmission à spectre étalé sur

large bande ;

un émetteur-récepteur à étalement de spectre sur large bande basé sur un aéroport compre-nant un récepteur qui reçoit le signal de trans-mission à spectre étalé sur large bande à partir de l'avion et qui démodule le signal afin d'obte-nir les données des caractéristiques de vol une mémoire de données d'archive basée sur un aéroport couplée audit émetteur-récepteur à étalement de spectre sur large bande basé sur un aéroport qui reçoit et stocke lesdites données des caractéristiques de vol et un processeur basé sur l'aéroport couplé à la-dite mémoire de données d'archives pour récu-pérer les données des caractéristiques de vol de la mémoire de données d'archives basée sur l'aéroport en vue d'un traitement ultérieur.

**2.** Système selon la revendication 1, dans lequel le si-gnal de transmission à spectre étalé sur large ban-de comprend un signal de transmission à spectre étalé en séquence directe.

**3.** Système selon la revendication 1, dans lequel le si-gnal de transmission à spectre étalé sur large ban-de comporte un signal contenu dans la bande S.

**4.** Système selon la revendication 1, dans lequel le si-gnal de transmission à spectre étalé sur large ban-de comporte un signal situé dans la plage de 2,4 GHz environ à 2,5 GHz environ.

**5.** Système de transmission selon la revendication 1, dans lequel l'émetteur-récepteur à étalement de spectre sur large bande comprend, de plus, un dis-positif d'acheminement sans fil qui couple ledit émetteur-récepteur à étalement de spectre sur lar-ge bande à ladite mémoire de données d'archive basée sur l'aéroport.

**6.** Système selon la revendication 1, dans lequel ladite mémoire de données d'archive de ladite unité de liaison de données vers le sol comprend, de plus, des moyens pour comprimer lesdites données des caractéristiques de vol pendant le vol de l'avion.

**7.** Système selon la revendication 1, dans lequel les-dits émetteurs-récepteurs comprennent des émet-teurs-récepteurs en semi-duplex.

**8.** Système selon la revendication 1 dans lequel ledit émetteur-récepteur à étalement de spectre sur lar-ge bande comprend, de plus, un récepteur destiné à recevoir des données transférées sur un second signal de transmission à spectre étalé sur large bande ;

dans lequel ledit émetteur-récepteur à étalement de spectre sur large bande basé sur l'aéroport comprend, de plus, un émetteur qui transmet des données destinées à être transférées vers l'avion sur un second signal de transmission à spectre étalé sur large bande ; et

dans lequel ladite mémoire de données d'archive basée sur l'aéroport est couplée audit émetteur-récepteur à étalement de spectre sur large bande basé sur l'aéroport qui reçoit et stocke lesdites données des caractéristiques de vol à transférer vers l'avion.

9. Système selon la revendication 8, dans lequel lesdites données à transférer vers un avion comprennent, de plus, une information vidéo, audio et de vol qui a été stockée dans ladite mémoire de données d'archive basée sur l'aéroport.

10. Système selon la revendication 8, dans lequel ladite information vidéo, audio et de vol à transférer vers ledit avion comprend, de plus, des fichiers numérisés de service pour passager en vol et des fichiers vidéo et audio de spectacle.

11. Système selon la revendication 8, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal à spectre étalé en séquence directe.

12. Système selon la revendication 8, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal contenu dans la bande S.

13. Système selon la revendication 8, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal situé dans une plage de 2,4 GHz environ à 2,5 GHz environ.

14. Système selon la revendication 8, dans lequel l'émetteur-récepteur à étalement de spectre sur large bande basé sur l'aéroport comprend, de plus, un dispositif d'acheminement sans fil qui couple ledit émetteur-récepteur à étalement de spectre sur large bande à ladite mémpire de données d'archive basée sur l'aéroport.

15. Système selon la revendication 8, dans lequel ladite mémoire de données d'archive de ladite unité de liaison de données vers le sol comprend, de plus, des moyens pour comprimer lesdites données des caractéristiques de vol pendant le vol de l'avion.

16. Système selon la revendication 8, dans lequel lesdits émetteurs-récepteurs comprennent des émetteurs-récepteurs en semi-duplex.

17. Procédé de fourniture d'un enregistrement récupérable des caractéristiques de vol d'un avion comprenant les étapes consistant à :

   acquérir des données des caractéristiques de vol d'un avion pendant le vol d'un avion ;
   accumuler et stocker dans une mémoire d'archives d'une unité de liaison de données vers le sol les données des caractéristiques de vol pendant le vol de l'avion ;
   après que l'avion a atterri sur un aéroport à la fin du vol, transférer les données de s caractéristiques de vol qui ont été accumulées et stockées dans la mémoire de données d'archive pendant le vol sur un signal de transmission à étalement de spectre sur large bande vers un récepteur à étalement de spectre basé sur un aéroport ;
   démoduler le signal à spectre étalé reçu afin d'obtenir les données des caractéristiques de vol ;
   stocker les données des caractéristiques de vol démodulées dans une mémoire de données d'archive basée sur un aéroport ; et
   récupérer les données de caractéristiques de vol par l'intermédiaire d'un processeur basé sur un aéroport pour un traitement ultérieur.

18. Procédé selon la revendication 17, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal à spectre étalé en séquence directe.

19. Procédé selon la revendication 1, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal contenu dans la bande S.

20. Procédé selon la revendication 17, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal situé dans une plage de 2,4 GHz environ à 2,5 GHz environ.

21. Procédé selon la revendication 17, et comprenant, de plus, l'étape consistant à comprimer les données des caractéristiques de vol dans la mémoire de données d'archive de l'unité de liaison de données vers le sol pendant le vol de l'avion.

22. Procédé selon la revendication 17, et comprenant, de plus, l'étape consistant à acheminer les données des caractéristiques de vol d'un processeur basé sur l'aéroport et la mémoire de données d'archive à partir d'un premier émetteur-récepteur à étalement de spectre sur large bande basé au sol par l'intermédiaire d'un premier signal de transmission à spectre étalé sur large bande vers un second émetteur-récepteur à étalement de spectre sur large bande basé au sol fonctionnant comme un ré-

pêteur pour relayer les données des caractéristiques de vol vers l'avion via un second signal de transmission à spectre étalé sur large bande.

23. Procédé selon la revendication 17, dans lequel ledit transfert des données des caractéristiques de vol qui ont été accumulées et stockées à l'intérieur de la mémoire d'archive pendant le vol se produit sur un premier signal à spectre étalé sur large bande ; et comprenant de plus les étapes consistant à :

stocker les données à transférer vers l'avion basé sur l'aéroport à l'intérieur de la mémoire de données d'archive basée sur l'aéroport ; récupérer les données à transférer ; et transmettre les données d'un émetteur-récepteur à étalement de spectre basé sur l'aéroport vers l'avion sur un second signal de transmission à spectre étalé sur large bande pour l'unité de liaison de données vers le sol placée à l'intérieur de l'avion .

24. Procédé selon la revendication 23, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal à spectre étalé en séquence directe.

25. Procédé selon la revendication 23, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal contenu dans la bande S.

26. Procédé selon la revendication 23, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal situé dans une plage allant de 2,4 GHz environ à 2,5 GHz environ.

27. Procédé selon la revendication 23, et comprenant, de plus, l'étape consistant à acheminer les données des caractéristiques de vol d'un processeur basé sur l'aéroport et d'une mémoire de données d'archive par l'intermédiaire d'un premier émetteur-récepteur à étalement de spectre sur large bande via un premier signal de transmission à spectre étalé sur large bande vers un second émetteur-récepteur à étalement de spectre sur large bande basé au sol fonctionnant comme un répéteur pour relayer les données des caractéristiques de vol vers l'avion via un second signal de transmission à spectre étalé sur large bande.

28. Procédé selon la revendication 23, et comprenant, de plus, l'étape consistant à transférer vers l'avion à partir de l'émetteur-récepteur à étalement de spectre basé sur l'aéroport une information vidéo, audio et concernant le vol qui a été stockée à l'intérieur de la mémoire de données d'archive basée sur l'aéroport.

29. Procédé selon la revendication 23, dans lequel l'information vidéo, audio et concernant le vol à transférer comprend, de plus, des fichiers numérisés de service pour passager en vol et de spectacle vidéo et audio.

30. Système selon la revendication 1 dans lequel l'avion comprend une pluralité de transducteurs des paramètres de vol et d'un équipement d'acquisition de données de vol réparties tout le long de l'avion ; et ladite unité de liaison de données vers le sol est couplée fonctionnellement à la pluralité de transducteurs des paramètres de vol et à l'équipement d'acquisition de données de vol pour obtenir lesdites données des caractéristiques de vol représentatives des caractéristiques de vol de l'avion.

31. Système selon la revendication 30, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal de transmission à spectre étalé en séquence directe.

32. Système selon la revendication 30, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal contenu dans la bande S.

33. Système selon la revendication 30, dans lequel le signal de transmission à spectre étalé sur large bande comprend un signal se situant entre 2,4 GHz environ et 2,5 GHz environ.



FIG. 1

EP 0 774 724 B1

21



FIG. 1A

EP 0 774 724 B1



EP 0 774 724 B1

HARTSFIELD ATLANTA AIRPORT

CONCOURSE T

BUILDING 5

301

WS SC

CG

303  306

ISDN TELCO INTERFACE

206 201

WR

RG BS WR 207

CONCOURSE A 201

202 TOWER

CONCOURSE B

1000 FT

CONCOURSE C

FIG. 1B

WS  WORK STATION
SC  SYSTEM CONTROLLER
CG  CENTRAL GATEWAY
RG  REMOTE GATEWAY
WR  WIRELESS ROUTER
BS  BASE STATION

FIG. 1C

23

EP 0 774 724 B1



*FIG. 2*



*FIG. 3*

EP 0 774 724 B1



**FIG. 4**

EP 0 774 724 B1



**FIG. 5**



**FIG. 6**

EP 0 774 724 B1



**FIG. 7**



**FIG. 8**