# TAB 22

*Harris Corp. v. FedEx Corp.*
USDC, Middle District of Florida
Civil Action No. 6:07-CV-1819-28KRS

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of: ) Continuation of SN 09/976,647
**WRIGHT ET AL.** ) filed October 11, 2001, which
) is a CON of 09,714,584 filed
Serial No.   **NOT YET ASSIGNED** ) 11/16/00 now issued U.S.
) Pat No. 6,308,405, which is a
Filing Date: **HEREWITH** ) CON of 09/474,894 filed June 2,
) 1999, now issued U.S. Patent No. 6,154,
For: **WIRELESS, GROUND LINK-BASED** ) 637, which is a CON of 08/557,269
**AIRCRAFT DATA COMMUNICATIONS** ) filed 11/14/95 now issued U.S. Patent No.
**SYSTEM WITH ROAMIMG FEATURE** ) 6,407,165
)

## PRELIMINARY AMENDMENT

Director, U.S. Patent and Trademark Office
Washington, D.C. 20231

Sir:

Prior to the calculation of fees and examination of the present application, please enter the amendments and remarks set out below.

**In the Claims:**

Please cancel Claims 1 to 58.

Please add new Claims 59 to 95.

59. A method of providing data from an aircraft comprising:
generating data pertaining to the aircraft;
accumulating the generated aircraft data within a ground data link unit positioned within the aircraft;
while the aircraft is on the ground, transmitting the accumulated, generated aircraft data from the ground data link unit

In re the Patent Application of:
WRIGHT ET AL.
Serial No. 09/976,647
Filed:   October 11, 2001
_____/

over a wideband spread spectrum communications signal to a ground based spread spectrum receiver; and

demodulating the received spread spectrum communications signal to obtain the accumulated, generated aircraft data.

60. A method according to Claim 59, and further comprising the step of transmitting the accumulated generated aircraft data over a frequency hopping spread spectrum communications signal.

61. A method according to Claim 59, and further comprising the step of transmitting the accumulated generated aircraft data over a direct sequence spread spectrum communications signal.

62. A method according to Claim 59, and further comprising the step of transmitting the generated aircraft data automatically after the aircraft has landed.

63. A method according to Claim 59, and further comprising the step of uploading data to the ground data link unit over a wideband spread spectrum communications signal after the aircraft has landed.

64. A method according to Claim 59, and further comprising the step of selecting a frequency channel for transmitting the accumulated generated aircraft data from a plurality of available frequency channels.

65. A method according to Claim 64, and further comprising the step of selecting a frequency channel based on communication limitations of a governing jurisdiction in which the ground based spread spectrum receiver is located.

FX0001549

In re the Patent Application of:
WRIGHT ET AL.
Serial No. 09/976,647
Filed: October 11, 2001
_____/

66. A method according to Claim 59, and further comprising the step of transmitting the accumulated generated aircraft data from the ground based spread spectrum transceiver to a flight operations center for further processing.

67. A method according to Claim 59, and further comprising the step of storing the generated aircraft data within a memory of the ground data link unit.

68. A method according to Claim 59, and further comprising the step of transmitting the accumulated generated aircraft data from the ground data link unit to a cellular infrastructure that includes the ground based spread spectrum receiver.

69. A method of providing data from an aircraft comprising:
generating data pertaining to the aircraft;
conveying the generated aircraft data to a ground data link unit positioned within the aircraft;
while the aircraft is on the ground, transmitting the generated aircraft data from the ground data link unit over a wideband spread spectrum communications signal to a ground based spread spectrum receiver; and
demodulating the received wideband spread spectrum communications signal to obtain the generated aircraft data.

70. A method according to Claim 69, and further comprising the step of transmitting the generated aircraft data over a frequency hopping spread spectrum communications signal.

In re the Patent Application of:
WRIGHT ET AL.
Serial No. 09/976,647
Filed: October 11, 2001
_____/

71. A method according to Claim 69, and further comprising the step of transmitting the generated aircraft data over a direct sequence spread spectrum communications signal.

72. A method according to Claim 69, and further comprising the step of transmitting the generated aircraft data automatically after the aircraft has landed.

73. A method according to Claim 69, and further comprising the step of uploading data to the ground data link unit over a wideband spread spectrum communications signal after the aircraft has landed.

74. A method according to Claim 69, and further comprising the step of selecting a frequency channel for transmitting the generated aircraft data from a plurality of available frequency channels.

75. A method according to Claim 74, and further comprising the step of selecting a frequency channel based on communication limitations of a governing jurisdiction in which the ground based spread spectrum receiver is located.

76. A method according to Claim 69, and further comprising the step of transmitting the generated aircraft data from the ground based spread spectrum transceiver to a flight operations center for further processing.

77. A method according to Claim 69, and further comprising the step of storing the generated aircraft data within a memory of the ground data link unit.

In re the Patent Application of:
WRIGHT ET AL.
Serial No. 09/976,647
Filed:   October 11, 2001
_____/

78. A method according to Claim 69, and further comprising the step of transmitting the generated aircraft data from the ground data link unit to a cellular infrastructure that includes the ground based spread spectrum receiver.

79. An aircraft data transmission system, the aircraft having a data acquisition unit, comprising:

a communications unit located in the aircraft and in communication with the data acquisition unit;

a cellular infrastructure in communication with said communications unit after the aircraft has landed, wherein the communication is initiated automatically upon landing of the aircraft; and

a data reception unit in communication with said cellular infrastructure.

80. The system of claim 79 wherein said data reception unit is in communication with said cellular infrastructure via the Internet.

81. The system of claim 79 wherein said data reception unit is in communication with said cellular infrastructure via the public switch telephone network.

82. The system of claim 79 wherein said communications unit has at least one modem in communication with said cellular infrastructure and said data reception unit has at least one modem in communication with said cellular infrastructure.

FX0001552

In re the Patent Application of:
WRIGHT ET AL.
Serial No. 09/976,647
Filed: October 11, 2001
_____/

83. The system of claim 79 wherein said cellular infrastructure includes:

    an antenna;

    a transceiver subsystem in communication with said antenna; and

    a controller in communication with said transceiver subsystem.

84. The system of claim 79 wherein said data reception unit includes:

    a router; and

    a processor in communication with said router, said processor having a storage unit.

85. An aircraft data transmission system, the aircraft having a data acquisition unit, comprising:

    means for transmitting data from the data acquisition unit via a cellular infrastructure after the aircraft has landed, wherein transmission of the data is initiated automatically upon landing of the aircraft; and

    means for receiving said data from said cellular infrastructure.

86. The system of claim 85 wherein said means for transmitting data includes a processor.

87. The system of claim 85 wherein said means for receiving data includes a processor.

FX0001553

In re the Patent Application of:
WRIGHT ET AL.
Serial No.  09/976,647
Filed:   October 11, 2001
_____/

    88.  A method of transmitting aircraft flight data from an aircraft, comprising:

    receiving flight data from a data acquisition unit;

    transmitting said flight data via a cellular communications infrastructure after the aircraft has landed, wherein the cellular communications infrastructure is accessed automatically upon landing of the aircraft; and

    receiving said transmitted flight data.


    89.  A computer-implemented method of transmitting aircraft flight data from an aircraft, comprising:

    receiving flight data from a digital flight data acquisition unit;

    processing said flight data to prepare said data for transmission; and

    transmitting said processed data via a cellular infrastructure after the aircraft has landed, wherein the cellular infrastructure is accessed automatically upon landing of the aircraft.


    90.  The method of claim 89 further comprising receiving said transmitted data at a flight operations center.


    91.  The method of claim 90 further comprising receiving said transmitted data and transmitting said received data via the Internet before receiving said transmitted data at a flight operations center.

In re the Patent Application of:
WRIGHT ET AL.
Serial No.  09/976,647
Filed:    October 11, 2001
_____/

92. The method of claim 90 further comprising receiving said transmitted data and transmitting said received data via the public-switched telephone network before receiving said transmitted data at a flight operations center.

93. The method of claim 89 wherein processing said flight data includes:
   compressing said flight data;
   encrypting said flight data;
   segmenting said flight data; and
   constructing packets of data from said segmented flight data.

94. The method of claim 89 wherein receiving said transmitted data includes:
   acknowledging receipt of said transmitted data;
   reassembling said received data;
   decrypting said reassembled data;
   uncompressing said decrypted data; and
   storing said uncompressed data.

95. A computer readable medium having stored thereon instructions which when executed by a processor, cause the processor to perform the steps of:
   receiving flight data from a digital flight data acquisition unit in an aircraft;
   processing said flight data to prepare said data for transmission; and

In re Patent Application of:
**WRIGHT ET AL.**
Serial No. **NOT YET ASSIGNED**
Filed: **HEREWITH**
_____/

transmitting said processed data via a cellular infrastructure when said aircraft has landed, wherein the cellular infrastructure is accessed automatically upon landing of the aircraft.

### REMARKS

Applicants file this continuation case with new claims 59-95. Claims 1 - 58 have been cancelled. New claims 59-78 are directed to generating data to a ground data link unit in the aircraft. This data is transmitted from the ground data link unit over a wideband spread spectrum communications signal to a ground based spread spectrum receiver. New claims 79 - 95 are copied verbatim from U.S. Patent No. 6,181,990 granted to John Francis Grobowsky and David Roy Stevens.

Respectfully submitted,

RICHARD K. WARTHER
Reg. No. 32,180
Allen, Dyer, Doppelt, Milbrath
 & Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida 32802
407-841-2330
407-841-2343 fax
Attorneys for Applicants

CERTIFICATE OF MAILING BY "EXPRESS MAIL"
"EXPRESS MAIL" MAILING LABEL NUMBER EL674176920US
DATE OF DEPOSIT February 7, 2003

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON THE DATE INDICATED ABOVE AND IS ADDRESSED TO THE COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20031

Dawn K. Kimler
TYPED OR PRINTED NAME OF PERSON MAILING PAPER OR FEE
(SIGNATURE OF PERSON MAILING PAPER OR FEE)

9