# TAB 25

*Harris Corp. v. FedEx Corp.*
USDC, Middle District of Florida
Civil Action No. 6:07-CV-1819-28KRS

**Chart of Similar Arguments by Applicant in the '319 Application,
the '045 Reexamination, and the '165 Reexamination**

| Argument Made by the Applicant | '319 Application (Filed Feb. 7, 2003) | '045 Re-Exam (Filed Nov. 5, 2003) | '165 Re-Exam (Filed Mar. 30, 2007) |
|---|---|---|---|
| *The claimed invention downloads the accumulated and stored flight performance data.* | Nov. 29, 2004:<br><br>"The present invention is opposite, of course, and requires the aircraft to land and download the accumulated data that has been generated and accumulated over the entire flight of the aircraft over the wideband spread spectrum communications link." (Response, Nov. 29, 2004, at 13; underlining added). | April 14, 2005:<br><br>"This [the Ng system] is clearly different from **the present claimed invention** where the aircraft accumulates data in a data store during the entire flight of an aircraft, completes it flight and lands at an airport, and **downloads the accumulated data** to a ground based transceiver over a spread spectrum communications signal." (Appeal Brief, April 14, 2005, at 13; underlining in original; bold emphasis added). | Feb. 18, 2008:<br><br>"The narrowband ACARS™ 25 KHz channel severely limits the size of the file transfers between the aircraft and the ground system. This channel limitation is consistent with Honcik's desire to send 'reports' rather than the very large and raw full flight performance data files which are several megabytes." (Response, Feb. 18, 2008, at 6, underlining added). |
| *The claimed invention acquires a comprehensive long-term picture derived from the totality of the flight performance data stored during an entire flight.* | Nov. 29, 2004:<br><br>"Performing inspections in near real time … has nothing in common with acquiring a comprehensive long-term picture derived from the totality of the flight performance data of the entirety of a flight in order to identify and remedy adverse trends." (Response, Nov. 29, 2004, at 10; underlining added). | August 6, 2004:<br><br>"Performing inspections in near real time … has nothing in common with acquiring a comprehensive long-term picture derived from the totality of the flight performance data over the entirety of a flight in order to identify and remedy adverse trends." (Response, Aug. 6, 2004, at 12-13, underlining added). | Feb. 18, 2008:<br><br>"The claimed invention under reexamination, on the other hand, facilitates the acquisition of a comprehensive long-term picture derived from the totality of the flight performance data in order to identify and remedy adverse trends." (Response, Feb. 18, 2008, at 8; emphasis added). |

| Argument Made by the Applicant | '319 Application (Filed Feb. 7, 2003) | '045 Re-Exam (Filed Nov. 5, 2003) | '165 Re-Exam (Filed Mar. 30, 2007) |
|---|---|---|---|
| **The claimed invention provides for a seamless, fully automated end-to-end data transmission between the onboard data store and the airport-based data store.** | | Jan. 15, 2005: "The combination of Ng and Miller do not suggest the presently claimed invention. When assessing the technical results or effects achieved by the claimed invention when compared with Miller, it can be reaidliy appreciated that the concept of the present invention defined in the pending claims provides for a seamless, fully automated end-to-end data transmission between the archival data store on-board the aircraft and the airport based archival data store." (Request for Reconsideration, Jan. 15, 2005, at 15; underlining added). | Feb. 18, 2008: "The combination of Ng and Miller do not suggest the claimed invention that is currently under reexamination. When assessing the technical results or effects achieved by the claimed invention when compared with Honcik and/or Ng, it is evident that the present claimed invention provides a seamless, fully automated end-to-end data transmission between the archival data store on-board the aircraft and the airport-based archival data store." (Response, Feb. 18, 2008, at 8; underlining added). |

2