**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HARRIS CORPORATION,

      Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

      Defendant.

Case No. 6:07-cv-1819-Orl-28 KRS

FEDERAL EXPRESS CORPORATION,

      Counterclaim Plaintiff,

v.

HARRIS CORPORATION,

      Counterclaim Defendant.

**APPENDIX OF EXHIBITS
FOR
DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION FOR
PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1-4
AND 17-20 OF U.S. PATENT NO. 6,047,165 AND MEMORANDUM OF
LAW IN SUPPORT AND REQUEST FOR ORAL ARGUMENT**

| | |
|---|---|
| Tab 1. | U.S. Pat. No. 6,047,165 |
| Tab 2. | ARINC 632 |
| Tab 3. | ARINC Depo. |
| Tab 4. | Helfrick Depo. |
| Tab 5. | Hibson Decl. |
| Tab 6. | ARINC 751 |
| Tab 7. | Ziarno Decl. |

| Tab 8. | FCM-69 |
|---|---|
| Tab 9. | Hibson Depo. |
| Tab 10. | ARINC 624 |
| Tab 11. | ARINC 649 |
| Tab 12. | FAA Presentation |
| Tab 13. | NASA Presentation |
| Tab 14. | Aircraft Spread Spectrum Transceiver w/Arrow |
| Tab 15. | Claim Chart |
| Tab 16. | McAlexander Depo. Nov. |
| Tab 17. | Airport Figure Comparison |
| Tab 18. | Airport Computer w/Arrow |
| Tab 19. | Airport Spread Spectrum Transceiver w/Arrow |
| Tab 20. | FCM-69 I-hub, Aircraft Archival Data Store w/Arrow |
| Tab 21. | ARINC 649 I-hub, w/Arrow |
| Tab 22. | ARINC 649 I-hub Connection to OMS, w/Arrow |
| Tab 23. | ARINC Decl. |
| Tab 24. | McAlexander Depo. March |