# Tab 11

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

AERONAUTICAL RADIO, INC.
2551 Riva Road
Annapolis, Maryland 21401

DRAFT 6

OF

PROJECT PAPER 649

ELECTRONIC LIBRARY SYSTEM (ELS)

This draft dated: September 1, 1993

This document is based on material submitted by various participants during the drafting process. Neither AEEC nor ARINC has made any determination whether these materials could be subject to claims of patent or other proprietary rights by third parties, and no representation or warranty, express or implied, is made in this regard. Any use of or reliance on this document shall constitute an acceptance hereof "as is" and be subject to this disclaimer.

This is a working paper prepared for AEEC. It does not constitute air transport industry or ARINC approved policy, nor is it endorsed by the U.S. Federal Government, any of its agencies or others who may have participated in its preparation.

HARRIS-15582

## ARINC CHARACTERISTIC 649
## TABLE OF CONTENTS

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION AND DESCRIPTION | 1 |
| 1.1 | Purpose of This Document | 1 |
| 1.2 | Relationship to ARINC Project Papers 749, 759 and 949 | 1 |
| 1.3 | Related Documents | 1 |
| 2.0 | ELS "THE VISION" | 2 |
| 2.1 | Introduction | 2 |
| 2.2 | Objectives of an ELS | 2 |
| 2.3 | ELS Philosophy | 2 |
| 2.3.1 | Flight Operations Philosophy | 2 |
| 2.3.1.1 | Useability | 2 |
| 2.3.1.2 | Information Access Techniques | 3 |
| 2.3.1.3 | Data Handling Facilities | 3 |
| 2.3.1.4 | Relationship to Flight Systems | 3 |
| 2.3.2 | Maintenance Philosophy | 3 |
| 2.3.2.1 | Useability | 3 |
| 2.3.2.2 | Automation | 4 |
| 2.3.2.3 | Integration | 4 |
| 2.3.2.4 | Relationship to OMS | 4 |
| 2.3.2.5 | OMD Access | 4 |
| 2.3.3 | CPMS Philosophy | 4 |
| 2.3.3.1 | Useability | 5 |
| 2.3.3.2 | Adaptability | 5 |
| 2.3.3.3 | Relationship to CPMS | 5 |
| 2.3.3.3.1 | Cabin/Passenger Management | 5 |
| 2.3.3.3.2 | Passenger Entertainment | 5 |
| 2.3.3.3.3 | Passenger Services | 5 |
| 2.4 | Operator Interface | 5 |
| 2.4.1 | Access | 5 |
| 2.4.2 | Prioritization | 6 |
| 2.4.3 | Printing | 6 |
| 2.5 | Availability and Reliability | 6 |
| 3.0 | ELS DESCRIPTION | 7 |
| 3.1 | Introduction | 7 |
| 3.2 | ELS Logical Architecture | 7 |
| 3.2.1 | Processing Element(s) | 7 |
| 3.2.2 | User Terminals | 7 |
| 3.2.3 | Mass Storage | 7 |
| 3.2.4 | Aircraft Network | 7 |
| 3.2.5 | Ground Systems | 7 |
| 3.2.6 | Onboard Systems | 7 |
| 3.3 | Physical Architecture Instances | 7 |
| 3.3.1 | Instance #1 | 7 |
| 3.3.2 | Instance #2 | 7 |
| 3.3.3 | Instance #3 | 8 |
| 4.0 | ELS FUNCTIONALITY | 10 |
| 4.1 | Introduction | 10 |
| 4.2 | Information Retrieval | 10 |
| 4.2.1 | Data Retrieval Methods | 10 |
| 4.2.1.1 | Direct Access | 10 |
| 4.2.1.2 | Keyword Search | 10 |
| 4.2.1.3 | Hypermedia Retrieval | 10 |
| 4.2.1.4 | Intelligent Retrieval | 10 |
| 4.2.2 | Data Access Controls | 10 |
| 4.2.3 | Data Filtering | 10 |
| 4.2.4 | Data Navigation | 10 |
| 4.2.5 | Arithmetic Operations on Data | 10 |
| 4.3 | Electronic Logbook | 10 |
| 4.4 | Custom Forms and Reports | 10 |
| 4.5 | Prioritization Between Users | 11 |
| 4.6 | Communication Between Users | 11 |
| 4.7 | Printing | 11 |

HARRIS-15583

# ARINC CHARACTERISTIC 649
# TABLE OF CONTENTS

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 4.8 | ELS Integration | 11 |
| 4.8.1 | Stand-Alone ELS | 11 |
| 4.8.2 | Fully Integrated ELS | 11 |
| 4.8.3 | Flight Management Systems | 11 |
| 4.8.4 | Onboard Maintenance System | 12 |
| 4.8.5 | Flight Warning System | 12 |
| 4.8.6 | Cabin/Passenger Management System | 12 |
| 4.9 | Power and Initialization | 12 |
| 4.10 | Terminal Configuration Reprinting | 12 |
| 4.11 | ELS Terminal Facilities | 12 |
| 4.12 | Terminal Interface | 12 |
| 4.13 | BITE | 12 |
| 4.13.1 | Display Terminal BITE | 13 |
| 4.13.2 | Recorded Parameters | 13 |
| 4.13.3 | Test Logic | 13 |
| 4.13.4 | Integrity Testing | 13 |
| 4.13.5 | Fault Reporting | 13 |
| 4.13.5.1 | Member System Architecture | 13 |
| 4.13.5.2 | OLAN Reporting | 13 |
| 4.13.5.3 | ELAN Reporting | 13 |
| 4.13.5.4 | Configuration Reporting | 13 |
| 4.13.6 | Application Environment Facilities | 14 |
| 4.14 | Software Compatibility Test | 14 |
| 4.15 | Data Loading | 14 |
| 4.16 | File Service | 14 |
| 5.0 | ELS DATA | 15 |
| 5.1 | Introduction | 15 |
| 5.2 | Data Interchange | 15 |
| 5.2.1 | Text | 15 |
| 5.2.2 | Graphics | 15 |
| 5.2.2.1 | Raster | 15 |
| 5.2.2.2 | Vector | 15 |
| 5.2.2.3 | "Intelligent" | 15 |
| 5.2.3 | Database | 15 |
| 5.2.4 | Other Data Formats | 15 |
| 5.3 | ELS Data Set | 15 |
| 5.3.1 | Flight Operations Data (Onboard Flight Documentation) | 15 |
| 5.3.2 | Engineering and Maintenance Data | 16 |
| 5.3.3 | Cabin Passenger/Management Systems Data | 16 |
| 5.3.4 | Ground Services | 16 |
| 5.4 | Data Integration | 16 |
| 5.4.1 | Data Aquisition Process | 16 |
| 5.4.2 | Data Management Process | 16 |
| 5.4.3 | Data Extraction Process | 16 |
| 5.4.4 | Data Compilation Process | 16 |
| 5.4.5 | Data Distibution Process | 16 |
| 5.5 | Source Data Revisions | 17 |
| 5.5.1 | Revision Categories | 17 |
| 5.5.1.1 | Scheduled | 17 |
| 5.5.1.2 | Unscheduled | 17 |
| 5.5.1.3 | Temporary | 17 |
| 5.5.2 | Revision Types | 17 |
| 5.5.2.1 | Total | 17 |
| 5.5.2.2 | Incremental Revision | 17 |
| 5.5.3 | Revision Tracking | 17 |
| 5.5.4 | Additional Revision Requirements | 17 |
| 5.6 | Airborne ELS Data Set | 17 |
| 5.6.1 | ELS Data Set Content | 17 |
| 5.6.2 | Airborne Data Set Revision | 17 |
| 6.0 | ELS USER INTERFACES | 19 |
| 6.1 | Introduction | 19 |

HARRIS-15584

## ARINC CHARACTERISTIC 649
### TABLE OF CONTENTS

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 6.1.1 | Pilot's Access Terminal | 19 |
| 6.1.2 | Maintenance Access Terminal | 19 |
| 6.1.3 | Portable Maintenance Access Terminal | 19 |
| 6.1.4 | Cabin Access Terminal | 19 |
| 6.2 | User Interface Design | 19 |
| 6.3 | Response Times | 19 |
| 6.4 | Terminal Characteristics | 20 |
| 6.4.1 | Minimum Active Screen Area | 20 |
| 6.4.2 | Screen Resolution | 20 |
| 6.4.3 | Display Orientation | 20 |
| 6.4.4 | Chromaticity | 20 |
| 6.4.5 | Display Response | 20 |
| 6.4.6 | Brightness Controls | 20 |
| 6.4.7 | User Input Devices | 20 |
| 6.4.7.1 | Minimum User Input Devices | 20 |
| 6.4.7.2 | Keyboard | 20 |
| 6.4.7.3 | Pilot Access Terminal Input Device Considerations | 21 |
| 6.4.7.4 | Maintenance Access Terminal Input Device Considerations | 21 |
| 6.4.7.5 | Cabin Access Terminal Input Device Considerations | 21 |
| 6.4.7.6 | Portable Maintenance Access Terminal Input Device Considerations | 21 |
| 7.0 | APPLICATION PORTABILITY AND INTEROPERABILITY | 22 |
| 7.1 | Introduction | 22 |
| 7.2 | Operating System Interface | 22 |
| 7.2.1.1 | Purpose of This Section | 22 |
| 7.2.1.2 | Description | 22 |
| 7.2.1.2.1 | System Calls | 22 |
| 7.2.1.2.2 | Language Libraries | 22 |
| 7.2.1.2.3 | User Commands | 22 |
| 7.2.1.3 | Portability | 22 |
| 7.2.1.4 | General Terms | 22 |
| 7.2.2 | System Calls | 22 |
| 7.2.2.1 | Introduction | 22 |
| 7.2.2.2 | User Concept | 22 |
| 7.2.2.3 | Process Management | 23 |
| 7.2.2.3.1 | General Description | 23 |
| 7.2.2.3.2 | Limits and Constraints | 23 |
| 7.2.2.3.3 | Implementation Dependent Parts | 23 |
| 7.2.2.4 | Memory Management | 23 |
| 7.2.2.5 | File Management | 23 |
| 7.2.2.5.1 | General Description | 23 |
| 7.2.2.5.2 | Limits and Constraints | 23 |
| 7.2.2.5.3 | Implementation Dependent Parts | 23 |
| 7.2.2.6 | Conformance to Standards | 23 |
| 7.2.3 | Library Calls | 23 |
| 7.2.3.1 | Introduction | 23 |
| 7.2.3.2 | Mathematical Functions | 23 |
| 7.2.3.3 | Network Functions | 23 |
| 7.3 | Graphics Terminal Interface | 23 |
| 7.4 | Network Interface | 24 |
| 7.4.1 | X/Open Transport Interface | 24 |
| 7.4.2 | XTI Library Subroutines | 24 |
| 7.4.2.1 | List of XTI Subroutines | 24 |
| 7.4.2.2 | Subroutine Definition Expansion | 24 |
| 7.4.2.2.1 | t_accept | 24 |
| 7.4.2.2.2 | t_alloc | 24 |
| 7.4.2.2.3 | t_bind | 24 |
| 7.4.2.2.4 | t_close | 24 |
| 7.4.2.2.5 | t_connect | 24 |
| 7.4.2.2.6 | t_error | 24 |
| 7.4.2.2.7 | t_free | 24 |
| 7.4.2.2.8 | t_getinfo | 25 |
| 7.4.2.2.9 | t_getstate | 25 |

HARRIS-15585

**ARINC CHARACTERISTIC 649**
**TABLE OF CONTENTS**

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 7.4.2.2.10 | t_listen | 25 |
| 7.4.2.2.11 | t_look | 25 |
| 7.4.2.2.12 | t_open | 25 |
| 7.4.2.2.13 | t_optmgmt | 25 |
| 7.4.2.2.14 | t_rcv | 25 |
| 7.4.2.2.15 | t_rcvconnect | 25 |
| 7.4.2.2.16 | t_rcvdis | 25 |
| 7.4.2.2.17 | t_snd | 25 |
| 7.4.2.2.18 | t_snddis | 25 |
| 7.4.2.2.19 | t_sync | 25 |
| 7.4.2.2.20 | t_unbind | 26 |
| 7.4.3 | Excluded XTI Library Subroutines | 26 |
| 7.5 | BITE Interface | 26 |
| 7.6 | Language Recommendations | 27 |
| 8.0 | SOFTWARE CONSIDERATIONS | 28 |
| 8.1 | Introduction | 28 |
| 8.2 | Level of Certification | 28 |
| 8.3 | Partitioning | 28 |
| 8.4 | System Software Architecture | 28 |
| 8.5 | Support for Higher Order Languages | 28 |
| 8.6 | Version Rollovers in Commercial Software | 28 |
| 8.7 | Minimum Hardware Configuration | 28 |
| 8.7.1 | Core Memory | 28 |
| 8.7.2 | Throughput | 28 |
| 8.7.3 | Terminals | 29 |
| 8.7.4 | Mass Storage Units | 29 |
| 8.7.5 | Aircraft Network | 29 |
| 8.8 | Hardware Configuration Reporting to Applications | 29 |
| 8.9 | Initialization | 29 |
| 8.10 | Standard I/O Driver Interface | 29 |
| 8.11 | Remote Versus Local X-Windows Servers | 29 |
| 8.12 | BITE | 29 |
| 8.13 | ATN Compliance | 29 |
| 8.14 | Redundancy Management | 29 |
| 8.15 | Mass Memory Unit Management | 29 |
| 9.0 | CERTIFICATION CONSIDERATIONS | 30 |
| 9.1 | Certification Considerations | 30 |
| 9.2 | Applicable Regulations | 30 |
| 9.2.1 | System Architecture Considerations | 30 |
| 9.2.2 | Hardware Considerations | 30 |
| 9.2.3 | Software Implementation Considerations | 30 |

**ATTACHMENTS**

| | | |
|---|---|---|
| 1 | Logical ELS Architecture | 31 |
| 2-1 | Physical Architecture Instance #1 | 32 |
| 2-2 | Physical Architecture Instance #2 | 33 |
| 2-3 | Physical Architecture Instance #3 | 34 |
| 3-1 | Recommendations For Portability of System Operational Characteristics | 35 |
| 3-2 | ELS Use In Flight Operations | 36-42 |
| 3-3 | ELS Use In Maintenance | 43-44 |
| 3-4 | ELS Use In Cabin/Passenger Management | 45-47 |
| 4 | Data Integration Process | 48 |
| 5 | Systems Response Times | 49 |

**APPENDICES**

| | | |
|---|---|---|
| A | Candidate ELS Source Data | 50-58 |
| B | Glossary | 59-63 |

HARRIS-15586

Case 6:07-cv-01819-JA-KRS   Document 133-1   Filed 02/01/10   Page 7 of 8

HARRIS-15587

# 1.0 INTRODUCTION AND DESCRIPTION

## 1.1 Purpose of This Document

This document contains the functional operation of the airborne Electronic Library System (ELS) and describes the applicable ground support processes. ELS is an information management and retrieval system designed for on-aircraft use. It is intended to be the common source of information for aircraft flight crews, maintenance personnel, cabin personnel, or ground support operations personnel. The diversity among the various users places differing requirements on the storage and retrieval of information. The intent of this document is to provide general and specific guidance for ELS development.

## 1.2 Relationship to ARINC Project Papers 749, 759 and 949

The components which comprise an ELS include the Electronic Library Computer (ELC), Mass Memory Subsystem (MMS) and display terminals. ARINC Project Paper 749, "Electronic Library Computer (ELC) (LRU Packaging)" describes the ELS and ARINC Project Paper 759, "Mass Memory Subsystem (MMS) (LRU Packaging)" describes the ELS components using line replaceable unit (LRU) technology. ARINC Project Paper 949, "Electronic Library System Cabinet (ELSC) (LRM Packaging)" describes the ELS components using line replaceable module (LRM) technology. The ELS display terminals are likely to require a unique form factor for each aircraft installation. For this reason, they are described in terms of general design guidelines in Section 6.

## 1.3 Related Documents

The latest revisions of the following documents are pertinent to the design of equipment intended to meet this standard.

ARINC Report 429, "Mark 33 Digital Information Transfer System (DITS)"

ARINC Report 624, "Design Guidance for Onboard Maintenance System (OMS)"

ARINC Specification 636, "Onboard Local Area Network (OLAN)"

ARINC Project Paper 637, "Internet Working Specification"

ARINC Specification 638, "Upper Layers Specification (End System Communications Specification)"

ARINC Report 644, "Portable Maintenance Access Terminal (PMAT)"

ARINC Project Paper 646, "Ethernet LAN"

ARINC Project Paper 650, "IMA Packaging and Interfaces"

ARINC Report 651, "Design Guidance for Integrated Modular Avionics (IMA)"

ARINC Characteristic 702, "Flight Management Computer"

ARINC Characteristic 744A, "Full-Format Printer"

ARINC Project Paper 749, "Electronic Library Computer (ELC) (LRU Packaging)"

ARINC Project Paper 751, "Parked Aircraft to Terminal Ground-Oriented Communications"

ARINC Project Paper 759, "Mass Memory Subsystem (MMS) (LRU Packaging)"

ARINC Project Paper 949, "Electronic Library System Cabinet (ELSC) (LRM Packaging)"

ANSI X3J11, ""

AT&T UNIX System V Release 4 Programmer's Reference Manual

ATA Specification 100, "Specification for Manufacturers Technical Data"

ISO 8602, "Connectionless Transport Protocol"

ISO 8072, "Connection Oriented Transport Protocol"

ISO/IEC 9945-1, "Portable Operating System Interface Part 1-C Language"

ISO/IEC 9899, "Programmers Language: C"

MIL-STD-1472, "Human Engineering Design Criteria for Military Systems, Equipment and Functions"

OSF/Motif Programmer's Reference

RTCA DO-178, "Software Considerations in Airborne Systems and Equipment Certification"

SAE ARP4102/15-ELS

X-Window System Protocol, Version 11

HARRIS-15588