## 4.0 ELS FUNCTIONALITY

### 4.1 Introduction

Section 2 of this document describes the industry vision for an ELS. This section describes the specific functions performed by an ELS in order to realize that vision.

### 4.2 Information Retrieval

The core function of the ELS is to provide on-board storage and intelligent retrieval of the information required to operate and maintain the airplane. By installing an ELS on the airplane, the airline should reduce or eliminate its reliance on paper-based documents. The ELS should also improve the manner in which information is accessed by providing some or all of the functions described in the following subsections.

#### COMMENTARY

The ELS is designed around an information model instead of a document model. The ELS data must be structured to support electronic presentation of information instead of paper-based documentation.

#### 4.2.1 Data Retrieval Methods

The following are possible methods of accessing information within the ELS database(s):

- Direct access
- Keyword Search
- Hypermedia Retrieval
- Intelligent Retrieval

#### 4.2.1.1 Direct Access

The ELS should provide direct access to information using a hierarchical menu structure.

#### 4.2.1.2 Keyword Search

The ELS should provide a keyword search function that allows users to locate all occurrences of information on a specific topic.

#### 4.2.1.3 Hypermedia Retrieval

The ELS allows users to directly access information using the relationships that naturally occur within the information. Each relationship is defined as a link between pieces of information in the database, independent of the data type. A link may be explicitly stated within the information, such as "See Maintenance Manual 21-32" or "Figure 401". In addition, links might be implied by the topic or the organization of the information, such as the relationship between ATA chapters of the Maintenance Manual and the Illustrated Parts Catalog.

#### COMMENTARY

Links are identified during the data preparation phase. Information identifying links must be encoded within the ELS data, as defined in Section 5.

#### 4.2.1.4 Intelligent Retrieval

The ELS uses information from other aircraft systems to provide references to associated information within the ELS database. Examples of these references are the use of flight plans for the retrieval of all terminal navigation charts, or use of fault information compiled by the CMC to select specific maintenance tasks.

#### 4.2.2 Data Access Controls

The ELS should allow airlines to restrict user access to information within the ELS database(s), based on the terminal location and/or operator identification (e.g., password).

#### 4.2.3 Data Filtering

The ELS should present only effective data to users. Depending upon the level of ELS integration with other aircraft systems, information may be filtered by tail number, aircraft type, or other user defined criteria. Data filtering is a combination of an onboard function and data preparation function.

Every effort should be made to filter the data as part of the data preparation to minimize the requirements for onboard storage and processing.

#### 4.2.4 Data Navigation

The ELS should clearly identify the information in view and include any functions which facilitate rapid movement through the database and the ability to easily return to initial reference point.

#### 4.2.5 Arithmetic Operations on Data

The ELS may perform arithmetic operations on data before presentation to the user. Examples of these operations are unit conversions, interpolation between table values, and other arithmetic calculations.

#### COMMENTARY

When the arithmetic calculations are performed automatically and only the result is displayed to flight crews, it may become a significant certification concern to assure the correctness of the operation. It may be more desireable to provide the results of the calculations as part of the data rather than perform them "on the fly" in ELS when needed.

### 4.3 Electronic Logbook

The ELS should provide users with an electronic logbook function. The ELS should store completed log entries in Non-Volatile Memory until they are downloaded.

### 4.4 Custom Forms and Reports

The ELS should provide users with the ability to use custom forms and generate custom reports on-board the

HARRIS-15597

## 4.0 ELS FUNCTIONALITY (cont'd)

airplane. The ELS should be able to retain any completed form(s) and download them upon command.

### 4.5 Prioritization Between Users

The ELS should provide priority management. Terminal/workstation location and other criteria may be used to establish priority among users. A suitable means should be provided to allow users with higher priority access privileges to pre-empt a lower priority task. In general, flight operations data retrieval is most likely to be time- and safety-sensitive and the system must ensure that the retrieval time for such data is not affected by demands from other users.

### 4.6 Communications Between Users

The ELS should provide the capability for users to communicate between terminals.

### 4.7 Printing

The ELS should be capable of printing text and graphics data. A facility may be provided where the printed matter can be selected according to predefined formats similar to existing paper documents. This may include chapters, sections, pages, figures and tables. In addition, a facility may be provided where part (highlighted or selected sections) or all of the displayed information can be printed. A facility for printing predefined forms or lists should be provided. Forms may be printed either blank or filled in.

### COMMENTARY

The capability provided by ARINC Characteristic 744A includes bit map processing and printing. As an option, a Page Description Language (PDL) is highly desirable for ELS printout capability. The ISO SPDL standard, which is mostly based on the Postscript language, may be used for this option.

All printed matter should be properly identified, which may include date and time of printing, flight number, take-off and landing airfields, and aircraft identification. Except for predefined forms, all printed matter should carry cautionary notes such as "FOR INFORMATION ONLY."

The ELS should also be capable of printing to a designated printer when multiple printers are connected to the ELS.

### 4.8 ELS Integration

The ELS function provides both data storage and information management resources onboard the airplane which may be utilized by other aircraft functions. However, the level of utilization is dependent on the generation of aircraft and systems that the ELS is installed on. These levels range from stand-alone through a fully-integrated system. These two levels are described below along with descriptions of the functional interface between the ELS and other onboard systems.

### 4.8.1 Stand-Alone ELS

The Stand-Alone ELS has the minimum number of airplane interfaces required to implement the ELS. The following interfaces (if installed) provide the basic ELS functionality:

- CMC (for BITE Reporting)
- Data Loader
- Data Links
- Gatelink

Interfaces to other aircraft systems are considered optional because they provide enhanced functionality to the ELS. In a stand-alone system, the interfaces are "listen-only":

- FMS/FMC
- OMS/CMC
- FWS/EICAS

Interfaces to other systems that utilize the ELS file service functions may also be provided.

- DMU/ACMS
- CPMS

### COMMENTARY

The stand-alone configuration is the most likely candidate for in-service aircraft retrofit.

### 4.8.2 Fully Integrated ELS

The Fully-Integrated ELS implements all of the interfaces contained in a Stand-Alone ELS, in addition to providing bi-directional communications with these and other aircraft systems. The intent of the fully-integrated system is to provide an information management resource on-board the airplane. Information is made available to other aircraft systems based on standardized queries.

### 4.8.3 Flight Management System

The Flight Management System (FMS) may support the ELS by providing, for example, the following data:

- Flight Plan Departure, destination and alternate airport selections for use in providing shortcut navigation chart selection.

- Takeoff information, predicted takeoff weight, selected runway, outside air temperature and barometer setting which will be used along with other pilot-entered data to display the appropriate airport analysis table with highlighting.

- Closest airports list for use in preparing specific files.

## 4.0 ELS FUNCTIONALITY (cont'd)

### 4.8.3 Flight Management System (cont'd)

- Aircraft position, flight phase, altitude and attitude information;
- Departure/Arrival runway information, such as altitude and inclination and length;
- Configuration information, such as Navigation Data Base validity, airway segments, etc.

The FMS should transmit this data when it is available. In the stand-alone architecture these transmissions should be from the FMS to the ELS only, however in a more integrated architecture two way communications may allow the ELS to request information.

### 4.8.4  Onboard Maintenance System

As an OMS member system, each of the ELS components should support the OMS by reporting faults, conducting tests, etc. as defined by ARINC Report 624, "Design Guidance for Onboard Maintenance System (OMS)." The ELC processor should report all faults occurring in the components that make up each ELC channel, such as the mass memory module, etc. In some architectures, the ELS displays may be considered independent OMS member systems, and as such, each should report faults independently as defined in ARINC Report 624.

The OMS should utilize ELS displays to allow control and display of OMS information. The protocol for this interface should be the same as that used by the ELC. The OMS may also report faults to the ELS where it is used in the same way as failures from the Flight Warning System.

### 4.8.5  Flight Warning System

The Flight Warning System (FWS) may support ELS by transferring alert and advisory messages when activated by a system failure. These messages may support access by the flight crew to documents such as the Fault Reporting Manual (FRM) and Minimum Equipment List (MEL). The messages may also provide corresponding access by a maintenance technician to documents such as the MEL and Dispatch Deviation Guide (DDG) access and for logbook reporting.

### 4.8.6   Cabin/Passenger Management System

The Cabin/Passenger Management System (CPMS) connects to the aircraft network either directly or via some other device and provide airline specific cabin services for the cabin crew and passengers. The Cabin Access Terminal is considered part of the ELS with interface requirements similar to the MAT and PAT even though it may be a element of CPMS.

### 4.9  Power and Initialization

Each terminal should include both an automatic and manual power on/off control. Following power-on, the initialization process should be immediate and transparent, requiring no special commands to be entered.

### 4.10  Terminal Configuration Reporting

The ELS should be capable of determining the type of input device/display equipment. The terminal should report the following configuration parameters to a requesting application:

- Display Size in inches (horizontal) by inches (vertical) and addressable screen elements in each dimension
- Display Type - Monochromatic or Color?
- Number of colors or grey levels
- Display Orientation - Portrait or Landscape?
- Hardware Keyboard Connected - Yes or No?
- Keyboard Configuration

### 4.11  ELS Terminal Facilities

Each display terminal, at a minimum, should be an X-Windows Server. The use of X-Windows supports the use of the ELS terminals by other aircraft applications, such as the MAT by OMS.

In addition, the display terminal may provide processing resources to allow local execution of applications. One such application could be an X-Windows Window Manager. Display terminals that support local application execution should provide the processing environment described in Section 7.0.

### 4.12   Terminal Interface

X-Windows should be used as the primary display interface mechanism to all applications, both local and remote. ELS applications should execute as X-clients and communicate to the display (X-server) using the X-windows protocol described in ANSI X3H3.6 Part 4 (X-Windows over OSI).

### 4.13   BITE

Each ELS component should contain Built-In Test Equipment (BITE) capability in accordance with ARINC Report 624, "Design Guidance for Onboard Maintenance System (OMS)."

ARINC Report 624 sets forth a general philosophy, basic guidance, and certain specific recommendations for the design and use of an OMS.

The OMS described incorporates the traditional areas of failure monitoring and fault detection, BITE, BITE access, and an airplane condition monitoring system (ACMS). It describes the needs for all elements of the OMS, including a central maintenance computer (or CMC function) and all the member systems which interface with it.

ARINC Report 624 is intended to provide a better mutual understanding among the designers and users of the specified OMS, including all of its member systems, with a view toward achieving an optimum balance between critical factors such as BITE effectiveness, operator interface simplicity, cost, and system complexity. A description of one possible architecture for an OMS is

HARRIS-15599

## 4.0 ELS FUNCTIONALITY (cont'd)

also included in the document. This description is not intended to delineate the design for an OMS but to provide an example for understanding the requirements for such a system.

ARINC Report 624 discusses the role of an OMS in the airlines' maintenance concept and the fault detection and BITE characteristics desirable in all avionics equipment to support the broader goals of an OMS. Beyond the guidance applicable to BITE, this document provides specific guidance for the design of an OMS which provides for:

- A standardized, English language-based user interface for performing all BITE tests and line maintenance functions on the airplane.

- Where appropriate, storage of BITE reported fault data within a line replaceable unit's (LRU) nonvolatile memory (NVM) for later use.

- Reporting of fault status in the air and on the ground via operator displays and/or electronic/magnetic communications links.

- Integration of the fault isolation design to provide complete coverage, from fully automatic BITE through interactive, BITE-assisted fault isolation to manual troubleshooting procedures.

- Ground-test capability for fault isolation and performance of LRU replacement tests, functional tests, and system tests. Airplane condition monitoring function integrated with BITE/line maintenance function design.

Airframe and equipment designers are encouraged to take advantage of this guidance information, beginning with the earliest design phases of new equipment. Users may also find this information helpful in standardizing maintenance planning and procedures and in securing appropriate recognition for such procedures from the regulatory agencies. It is particularly important that the guidelines set forth in ARINC Report 624 should be considered in terms of the overall perspective of the users' needs, rather than some more limited objective.

### 4.13.1   Display Terminal BITE

When the MAT or PAT are first powered up, a blank screen should signify that a hardware failure occurred within the display terminal. If the boot software fails during the boot sequence, the display terminal should display a simple text message to indicate what faults have occurred.

### 4.13.2   Recorded Parameters

Each reporting system should record the following parameters, in addition to those specified in ARINC Report 624, in non-volatile memory:

- Specified OLAN parameters (MIB objects)
- Specified ELAN parameters (MIB objects)

### 4.13.3   Test Logic

Power-Up and self-test features should be incorporated into all components to the greatest extent possible to detect and isolate unit faults. In addition to continuous monitoring, components should respond to initiated test commands from a CMC. A goal should be 100 percent monitoring of all functions within each component.

Each reporting system should contain BITE inhibit logic for BITE initiated tests when fault indicators are not valid. The reporting system should not use initiated tests unless necessary.

### 4.13.4   Integrity Testing

The ELS should include tests that verify the integrity of the software and data. In addition, the ELS should verify that all of the software in the system is compatible.

### COMMENTARY

The compatibility test insures that different ELS components do not have conflicting software versions.

### 4.13.5   Fault Reporting

### 4.13.5.1   Member System Architecture

The ELS should contain fault reporting capability in accordance with ARINC Report 624. Because of the varying system architectures envisioned for ELS, the determination of which components of the ELS are ARINC 624 member systems is left to the system designer. However, the following guidelines should be followed:

1) To minimize the number of reporting systems, any ELS component which relies on any other component to be installed should report failures through that component as well.
2) If a component is used exclusively for the ELS function, then that component should report through the ELS.
3) Components which are to be considered member systems should provide a direct interface to the OMS (i.e., no reliance on bridges, routers or gateways). Individual components should include a means to be configured as an OMS member system or to report through another system. A component configured as a member system must also accept a designation of which components will be reporting through it. The protocol between the member system and non-member systems should utilize the ARINC 624 reporting protocol, where appropriate.

### 4.13.5.2   OLAN Reporting

Each ELS component connected to the OLAN also assumes responsibilities for reporting on the status of the link between itself and its two neighbors. In order to facilitate OLAN BITE, each station connected to the

HARRIS-15600

### 4.0 ELS FUNCTIONALITY (cont'd)

#### 4.13.5.2  OLAN Reporting (cont'd)

OLAN should record specific Management Information Base (MIB) data. The following data should be reported:

- Bypass Switch wrap condition
- Failed Bypass Switch
- Illegal tokens
- MAC frame error
- Token timer timeout
- Elasticity buffer failure
- Physical layer failure.

These devices should use the Station Management (SMT) protocols to transfer MIB data to the OLAN manager. If the ELS is the only system using OLAN, the ELS should assume the role of network manager.

#### 4.13.5.3  ELAN Reporting

Each ELS component connected to the ELAN assumes the responsibility for reporting on the status of the bus. In order to facilitate the ELAN BITE, each ELAN user should record specific information. The following data should be accessible through the BITE functions:

- MAC Frame Error
- Physical Layer Failure.

#### 4.13.5.4  Configuration Reporting

Each reporting system should report to the OMS the following configuration information for each member system:

- Data Base part number (where appropriate).

#### 4.13.6  Application Environment Facilities

Each ELS component which incorporates the Application Environment described in Section 7.0 provides a minimum set of Fault Reporting and BITE services to applications. These services should be sufficiently robust to mask applications from any dependency on the underlying hardware architecture and the physical communications path used for OMS protocols.

#### 4.14  Software Compatibility Test

All ELS components with loadable operational software should automatically prevent the installation of incompatible software onto itself. Furthermore, the system should prevent the loading of software that is incompatible with software in another component.

#### 4.15  Data Loading

The ELS should support the loading of data, application software and operating environment software. Following the load of these items an integrity test should be performed. The loading of these items may be accomplished through either data link or a data loader. Restrictions may exist for loading due to safety or operational or safety concerns. In addition, the ELS should support the downloading of data through data link or a data loader.

#### 4.16  File Service

The ELS supports other systems by providing a file access service that extracts or stores files when requested.

## 5.0 ELS DATA

### 5.1 Introduction

This chapter will describe the data which may be accessed on an airborne ELS and the processes necessary to generate and maintain databases for the airborne ELS.

### 5.2 Data Interchange Standards

The ELS ground support system, as a minimum, should be able to receive and process information provided in ATA Specification 100 standard data interchange formats. When practical, standards should be adopted rather than developed. When defined, those standards should match those adopted by the ATA to provide consistency in the data integration process.

#### COMMENTARY

If the information which has been acquired is not in the acceptable standard interchange format, then in some cases this data set will be translated so that the benefits of the interchange formats can be realized. This process requires that the airline possess translation filters to accept multiple types of input and output data in the standard interchange formats. An effective "Document Analysis" procedure should be in place to study how the specific data source is structured and how the target audience and/or application will use the information. Special attention should be given to this process since the format of the data is changing from one format to another.

When moving from a page oriented document to topical or subject oriented information, careful consideration should be given during the translation process to ensure that the translation has enhanced and not limited the use of the information for future applications. The results of the analysis should provide structure charts for that specific document and a Document Type Definition.

#### 5.2.1 Text

The standard interchange format for text will be SGML, as adopted by ATA Specification 100. Key components of this standard, described in DTD Technical Requirements (ATA), are table structure, effectivity data structure, revision data structure and graphics callout formats. Another key component is the Tag glossary which supports ATA Document Type Definitions (DTD). This glossary will identify all the tags which the ELS will encounter and be required to interpret consistently. As a data driven system, the tags embedded in the source data supports the functionality of ELS.

#### COMMENTARY

Data and the context should be analyzed in the context of the topic (entities and objects), instead of by the page orientation. Information sources may vary among the airlines. Careful document analysis may identify multiple uses of the same data content (entities and objects) and one airline may use and organize information differently from another.

#### 5.2.2 Graphics

##### 5.2.2.1 Raster

The standard raster graphics interchange format will be CCITT Group 4 as adopted by ATA.

#### COMMENTARY

Other raster formats will be required to support color and grey scales.

##### 5.2.2.2 Vector

The standard vector graphics interchange format will be CGM as adopted by ATA.

##### 5.2.2.3 "Intelligent"

The standard intelligent graphics interchange format will be adopted when developed by the ATA. Intelligent graphics should provide additional capabilities to enhance the ELS functionality, similar to the capabilities provided through SGML.

#### 5.2.3 Database

There will be some data types which are not graphical in nature and may not be suited for SGML. Therefore, some information may be stored and retrieved from a database management system.

#### 5.2.4 Other Data Formats

There may be some data types which are not graphical or textual in nature and may not be suited for current ATA standards. Therefore, other standard interchange formats may be needed.

### 5.3 ELS Data Set

The ELS data set encompasses the data loaded onto the airborne ELS. The ELS data set may be divided into multiple user categories. Those categories may include flight operations, maintenance, ground services and cabin management (Appendix A). Special attention should be given during the analysis of each document or data source in order to provide for multiple presentations of the information and should be device independent.

The ELS data set should include information that characterizes its content.

The ELS data set may contain information applicable to more than one effectivity definition. For example, the ELS could use on-board data filtering to present the applicable information based on user-defined criteria such as tail number, equipment installed, date, or user identification.

#### 5.3.1 Flight Operations Data (Onboard Flight Documentation)

ELS should be capable of holding all data used by the flight crew to support aircraft and dispatch operations.

HARRIS-15602

## 5.0 ELS DATA (cont'd)

### 5.3.1 Flight Operations Data (Onboard Flight Documentation) (cont'd)

Flight operations data may contain aircraft operations information, airline procedures, check lists, navigation data, etc.. Examples of candidate data sources include, but are not limited to Flight Operations Manuals, Fault Reporting Manuals, Navigation Charts and flight specific documentation. Attachment 3-2 describes the use of the Electronic Library System in Flight Operations.

### 5.3.2 Engineering and Maintenance Data

ELS should be capable of holding all data used by ground crew and engineering to support airplane maintenance. Engineering and Maintenance data may include:

- Troubleshooting procedures
- Component access, location, identification, removal and installation
- Test and return to service procedures
- Maintenance practices
- Servicing

### 5.3.3 Cabin Passenger/Management Systems Data

ELS should be capable of holding all data presently used by the cabin crew to support aircraft operations. Data should include time tables, cabin supplies ordering list, check lists, procedures and announcements, and other data dedicated to passenger safety and service.

### 5.3.4 Ground Services

ELS should be capable of holding all data used by the ground support operations personnel.

### 5.4 Data Integration

Data integration can be defined as the processes which manipulate data for all data types utilized in either a ground based viewing system or the airborne ELS. These processes include the ability to author and/or acquire data, manage the data as objects rather than pages, then extract, compile and distribute the information to the appropriate viewing system or file server. It may be required to re-format the information from the standard interchange format into a format which is compatible with the target viewing system. A specific step in the data integration process to accomplish this re-formatting is known as the "Compilation Process." Special attention should be given to this step to minimize the amount of overhead required to convert the data from the interchange standards into the proprietary format required by the specific vendors airborne Electronic Library Systems, and that the user of the target systems has the option to revise the compiled data set versus total replacement. In general, the processes listed and described below provide an airline with the steps necessary to manage and distribute information to the airborne ELS. Attachment 4 illustrates the processes of data integration.

### 5.4.1 Data Acquisition Process

The data acquisition process is the ability to receive information in standard input formats from various sources. The airline should have the ability to accept information and revisions in a scheduled and unscheduled manner from their sources and apply them without error. The airline should also posses the ability to author information in industry standard interchange formats.

Information can be delivered on a specific media device or by high speed data communications depending on the size and content of the information being delivered.

### 5.4.2 Data Management Process

This process is perhaps the most important and the most complex. This process should posses the ability to manage large amounts of data, and retain information about where each "object" of data is used. An object is a piece of data which was identified in the analysis process and may be shared by multiple documents, such as a graphic, or a section information related to a specific topic. In most cases, this process will utilize a database management system to support this kind of functionality and eliminate the need to manage data objects multiple times. Database management technology is also needed to support the revision control requirements discussed later in this section and the revision history information which comes from the distribution process. The data management process should also provide the ability to identify data effectivity. Data effectivity can be defined as both "effective date" and "effective application," which in this case may be a specific tail numbered aircraft. This capability will assist the Extract Process in delivering only the data required by the target system with the correct date and/or time effectivity.

### 5.4.3 Data Extraction Process

The process of extracting information which is required for a specific flight, fleet or airline, is based on a set of parameters. Again, database technology may be used to manage this type of information. Since there is so much information to be managed, only that which is necessary for the target application may be loaded and revised depending on the airlines needs. This process can identify that sub-set of information and based on specific parameters extract that information from a master set of databases into a tailored data set. It is critical that the special precautions be taken to ensure that no links to other sections within a document or links to other documents have been corrupted during this process and that the integrity of the information remains intact. Besides providing the ability to extract whole documents, this process should have the ability to extract changes which have occurred over a specific time frame (time frame may be dependent of the document or data type).

These changes are then considered transactions to be applied to other pre-existing tailored data sets.

### 5.4.4 Data Compilation Process

This is the process which will receive standard interchange formats as input and convert the tailored data set into a format which is understood by the target viewing system. One such viewing system will be the ELS. The compilation process may vary among the ELS and viewing system vendors but is required to support

HARRIS-15603

### 5.0 ELS DATA (cont'd)

specific functionality and storage requirements and to optimize the data for retrieval purposes.

#### 5.4.5 Data Distribution Process

This process transfers the selected tailored sub-set of information, or its revision, to the target system. This process could vary depending on the size of the databases to be loaded onto the target system or the size of the revision being distributed. As in the Acquisition Process, information may be distributed in multiple ways, such as media or data communications, to meet the requirements of each airline. This process may be dictated by the critical nature of the revision to a specific document or data type. An audit trail should be provided of the distribution process. This means that the effectivity of any tailored set of data delivered to a target system should be identifiable. In addition, the airline should be able to recreate the database content found on any target system at any time.

#### 5.5 Source Data Revisions

Since the data sources used by flight operations, maintenance, cabin and ground support often changes, there is a requirement to provide a means to manage those revisions to the base documents. The revision categories are defined as scheduled, unscheduled and temporary. A revision may be total or incremental. The revision model should follow the methodology indicated in ATA Specification 100, Appendix 1 - Part 2 (Text Working Group - DTD Technical Requirements). This specification is the basis for the revision model of the data sources.

#### 5.5.1 Revision Categories

##### 5.5.1.1 Scheduled

Scheduled revisions are updates made at regular intervals. ELS should provide the capability to recognize a scheduled revision and replace existing data with the latest version. May be a Total or Incremental revision.

##### 5.5.1.2 Unscheduled

Unscheduled revisions occur outside the scheduled intervals due to the critical nature of the change. These revisions will remain as changes to the base document. May be a Total or Incremental revision.

##### 5.5.1.3 Temporary

Temporary revisions are updates made as required between scheduled revisions but have a limited effective life. This revision will have a "TR" number but no revision number.

Note: A temporary revision may or may not become a permanent change to the base document.

#### 5.5.2 Revision Types

The range of document sizes and revision sizes vary widely. Therefore, the model should be able to determine whether it is more cost effective to revise a document versus totally replacing the document.

##### 5.5.2.1 Total

The entire document or instance is sent as a revision.

##### 5.5.2.2 Incremental

An incremental revision is the net changes from the last scheduled or non-scheduled revision. This revision type has a revision number.

#### 5.5.3 Revision Tracking

A ground based revision tracking system should provide tail number specific information on revision history and configuration control. Additionally, sufficient audit trails and revision confirmation should be identified within this tracking system.

#### 5.5.4 Additional Revision Requirements

1. Various methods for updating aircraft should be available to each airline which meet their specific capabilities.

2. Should have the ability to update selected objects of data. An object will be defined during document analysis for each information source.

3. The system should provide the ability to accept revisions which are not yet effective, and maintain the older information until the change becomes effective. Regardless of the media used, provisions should be in place to allow all recipients of the revision to make the update effective at the same time (this would include hard copy as well as electronic). Revisions should have effectivity start dates/times and may have effectivity end dates/times.

4. Effective dates/times should be changeable to extend or delay a temporary revision.

#### 5.6 Airborne ELS Data Set

The airborne ELS data set contains all the data necessary to support ELS functionality. It includes compiled data generated by the ground system and any additional data generated on-board.

#### 5.6.1 ELS Data Set Content

The airborne ELS data set can include any or all of the following data subsets:

- Information Datasubset - Text, graphics, etc. that can be displayed, printed, generated, or transferred to other systems by the ELS.

- Presentation Definition Data - Used by the ELS to control the presentation of information on the ELS terminals and the printer.

HARRIS-15604

## 5.0 ELS DATA (cont'd)

### 5.6.1 ELS Data Set Content (cont'd)

- Control Structures – Used to support access and user navigation through the information data set.

- Configuration Management Data – Information to support traceability and data set integrity.

### 5.6.2 Airborne Data Set Revision

The airborne ELS data set should support the following revision processes:

- Total replacement
- Partial revision of existing data
- Temporary revision of existing data
- Deletion of existing data
- Addition of new data

The links and indexes to the data should also be revisable when affected by the airborne revision processes. The airborne data set configuration should be verifiable by the ELS system.

HARRIS-15605

## 6.0 ELS USER INTERFACES

### 6.1 Introduction

The user interface to ELS may be provided by shared or dedicated controls and displays. The approach used in a given airframe will be the choice of the airline and/or the airframe manufacturer. This section sets forth the characteristics of "standard" controls and displays for PATs, MATs, CATs and PMATs for use by those airlines having standard ELS user interface needs. Manufacturers should recognize that not all operators' needs will be standard, and that some customers may thus request alternative features.

The user interface of the ELS should comply with the appropriate requirements in MIL-STD-1472, "Human Engineering Design Criteria for Military Systems, Equipment and Functions."

### COMMENTARY

Applications ported to another platform will only maintain the same look and feel if the terminal characteristics are sufficiently compatible.

### 6.1.1 Pilot's Access Terminal

The Pilot's Access Terminal (PAT) is used predominantly by the flight crew. The PAT should be a high resolution display (either color or monochrome) with, for example, a cursor control or touch screen interface to the operator. Since the PAT will be used primarily by the flight crew and may not have a hardware keyboard available for text or command entry, the system designer should not require its use. The PAT may also have specific display readability and size requirements dictated by its use in flight by the pilot and the aircraft flight deck design. The PAT should be designed in accordance with SAE Document ARP4102/15-ELS.

### 6.1.2 Maintenance Access Terminal

The Maintenance Access Terminal (MAT) is used primarily on the ground by a maintenance technician. The MAT may have different display requirements than the PAT because PAT is likely to be shielded from direct sunlight and can be viewed from a shorter distance. In addition to a cursor control, a keyboard should be provided to support text entry. The MAT should be designed in accordance with ARINC Report 624. The MAT may also have an internal data loader capability to support input and off-load of data needed to support maintenance functions. A printer may also be co-located with the MAT.

### 6.1.3 Portable Maintenance Access Terminal

The Portable Maintenance Access Terminal (PMAT) should be a carry-on unit, provided by the maintenance technician. The PMAT should be a portable computer temporarily connected at one or more locations in the aircraft. Differences between the on-board displays and the PMAT, such as a landscape-oriented display format instead of portrait orientation and monochrome-only display instead of a color display, should be taken into account when designing the interface to this unit. The PMAT should be designed in accordance with ARINC Report 644.

### COMMENTARY

Although PMATs are considered carry-on equipment, it may be desirable to provide onboard storage provisions.

### 6.1.4 Cabin Access Terminal

The Cabin Access Terminal (CAT) is used by the aircraft cabin attendants or maintenance personnel for maintenance. The CAT may have a different display requirement from the PAT because PAT is likely to be shielded from direct sunlight and can be viewed from a shorter distance. In addition to a cursor control, a keyboard should be provided to support direct entry or text. The CAT may also have an integral data loader capability to support input and off-load of data needed to support cabin management functions. A cabin printer may also be co-located with the CAT. The Cabin Access Terminal is considered part of the ELS with interface requirements similar to the MAT and PAT even though it may be an element of CPMS.

### 6.2 User Interface Design

Many people will use ELS during its operational lifecycle, so it must account for the diversity in users' educational levels, experience, technical expertise, and frequency of usage. The ELS should provide a user-centered environment which is simple, logical and easy to learn. The ELS should provide a graphical user interface (GUI) that is designed to ensure intuitive and consistent operation. Airline personnel should not be required to have basic computer skills to operate the ELS.

The ELS user interface should be responsive, permissive, and consistent. Responsiveness allows the user to perform tasks with the least number of steps possible. Permissiveness allows all reasonable command sequences to work instead of forcing the user into constricted selection sequences, emphasizing that the user is in control. Consistency ensures that users are not confused or need retraining when switching from one application to another.

### COMMENTARY

The design of the user interface is critical to the acceptance of ELS by airline personnel.

### 6.3 Response Times

Acceptable response time to a user's action is crucial to the acceptance of the system for use in day-to-day activities. The response times for each action are specified in a table in Attachment 5. These times should be met to achieve system acceptance. System response time is measured from the time the user's action occurs to a recognizable response by the system (i.e., something happens on the display).

HARRIS-15606

## 6.0 ELS USER INTERFACES (cont'd)

### 6.3 Response Times (cont'd)

COMMENTARY

Acceptable response times are based on a balance between human factors studies on recognition, etc., and the capabilities of technology to support the action. Likewise, acceptable system response is determined according to the system activity that is associated with a given action.

### 6.4 Terminal Characteristics

To meet the objectives of application portability, each display terminal should meet the set of minimum characteristics outlined below.

More restrictive characteristics may be placed on a specific terminal based on the location and primary user of the terminal. The characteristics of a terminal consist of both the display and the user input devices.

#### 6.4.1 Minimum Active Screen Area

The minimum active screen area should be 5.85" x 5.85" (148.5 mm x 148.5 mm). The minimum active screen area recommended for Pilot's Access Terminals is 5.85"w x 8.27"h (148.5 mm x 210 mm). This is equivalent to the A5 paper size in a portrait orientation.

#### 6.4.2 Screen Resolution

While there is no minimum resolution requirement for the display in terms of addressable screen elements, the resolution should support the display of the information that an ELS is likely to store. The resolution should be sufficient to assure readability when viewed from the design eye reference point (the distance of the user's eye from the display).

For PATs, the display should have sufficient resolution to display distinguishable lines and curves from graphs, diagrams and charts. Similarly, MATs and PMATs should provide adequate resolution to view system schematics and wiring diagrams.

COMMENTARY

The use of a zoom function to view this type of information may be considered by the system designer as a means of meeting these requirements.

Other considerations for determining the appropriate display resolution may include, but are not limited to, multiple fonts, other character sets (e.g., Kanji or Cyrillic), and smoothness of lines and curves (i.e., stair stepping).

#### 6.4.3 Display Orientation

The ELS should be able to support displays that have either a portrait or landscape orientation. However, a portrait orientation is desired for PATs.

#### 6.4.4 Chromaticity

The ELS should be able to support various levels of display chromaticity from monochromatic through color. Binary monochromatic is considered the minimum for black and white display. However, the system may include provisions to accommodate multiple levels of grey to enhance viewability of text and graphics.

A preference for color displays has been expressed, especially for the PAT. At a minimum, color displays should support 16 colors. The use of color should be consistent with the use of color elsewhere in the aircraft.

#### 6.4.5 Display Response

The display response characteristics should be adequate to prevent smearing or dimming when scrolling text or panning graphics.

#### 6.4.6 Brightness Controls

The display should include brightness and contrast controls to adjust for changes in ambient light or operator preference. If automatic controls are provided, manual override of the automatic settings should also be provided. Brightness, contrast and viewing angles should be compatible with location and environmental conditions (e.g., sunlight readability).

#### 6.4.7 User Input Devices

While maximum automation is preferred, facilities should be provided for manual operator control. User input devices should be simple to use and conveniently located relative to the display.

Alphanumeric keyboard, touch screen, touch pad, trackball, mouse, etc. are all possible methods of user input. Selection of the control device(s) should be consistent and compatible with the terminal location and primary user group.

#### 6.4.7.1 Minimum User Input Devices

To meet application portability objectives, the terminal should, at a minimum, provide either a pointing device or a keyboard. If the terminal does not include a physical pointing device, it must be emulated using the keyboard.

COMMENTARY

A pointing device allows a user to randomly select any object on the display. Typical pointing devices are a touch pad, trackball, or touch screen. Emulation of the pointing device is necessary to allow user interaction with a GUI-based design.

#### 6.4.7.2 Keyboard

If a physical keyboard is available, the keyboard may not be connected at all times. However, terminals

HARRIS-15607

## 6.0 ELS USER INTERFACES (cont'd)

which use the keyboard for the pointing function should be permanently connected. If the terminal does not have a keyboard or it is not connected, the application is responsible for providing a "soft" keyboard when required that can be operated by the pointing device.

The minimum hardware keyboard configuration is:

- all alpha-numeric keys - a-z and 0-9
- up, down, left, and right arrow keys
- standard punctuation keys - comma, period, quotes, colon, semi-colon, question mark, exclamation point, and left and right parenthesis
- shift key
- delete key
- backspace key
- enter key
- return key
- space key

### 6.4.7.3 Pilot Access Terminal Input Device Considerations

Flight deck input devices should be acceptable for use in turbulence. Input device mechanisms for the Pilot Access Terminal (PAT) should be consistent with other input devices on the flight deck.

#### COMMENTARY

Extensive use of a keyboard, especially for text entry, in flight should be minimized due to "heads down" considerations. A detachable or stowable keyboard may be considered to allow flight crews to perform text entry.

Because of space restrictions and the desire for consistency in the cockpit, the input device(s) for the PAT may be a shared resource. Careful consideration should be given to the operation of this shared device to insure that it is obvious to the user which display is being controlled by the user input device.

### 6.4.7.4 Maintenance Access Terminal Input Device Considerations

Maintenance input devices should be acceptable for use in cold weather while the user is wearing either gloves or mittens. A keyboard is desirable for the Maintenance Access Terminal (MAT) to support text entry.

### 6.4.7.5 Cabin Access Terminal Input Device Considerations

Since the Cabin Access Terminal (CAT) is likely to be used for cabin maintenance activities, the CAT should comply with the considerations called out for the MAT. In addition, the CAT may consider providing additional connections for input devices such as credit card readers or bar code readers.

### 6.4.7.6 Portable Maintenance Access Terminal Input Device Considerations

The Portable Maintenance Access Terminal should comply with the considerations called out for the MAT.

HARRIS-15608