## 7.0 APPLICATION PORTABILITY AND INTEROPERABILITY

> This section has been revised in its entirety, therefore, redlining has been omitted.

### 7.1 Introduction

(TBD)

### 7.2 Operating System Interface

### 7.2.1.1 Purpose of This Section

The System V Interface Definition is an operating system public specification defined by AT&T and also known as SVID. It describes the system calls which can be used by any application targeted on a UNIX-like operating system.

#### COMMENTARY

The remainder of this paper lists the proposed functionality and their relationships with existing other standards. We emphasize on the fact that this document assume a C language interface to the function calls. Some parts of the SVID are POSIX compliant.

### 7.2.1.2 Description

(TBD)

#### COMMENTARY

The intent of this section is to give an exhaustive list of all applicable SVID topics, i.e., only a part of SVID topics are relevant to the ELS AEP. There are three main sections in SVID, the same organization has been used in this document. Section one describes the system calls, this part should be (as a minimum) compliant with the ISO/IEC 9945-1:1990. Section two deals with the library calls. It should be noted that these library calls are tightly bound to the C language and include the memory management and the network. The third section describes the user commands.

### 7.2.1.2.1 System Calls

These routines are related to processes, files, and users basic management.

#### COMMENTARY

The SVID systems calls subset is not compliant with POSIX.1 (ISO/IEC 9945-1 or IEEE 1003.1). In addition to POSIX.1 SVID defines system calls for low level memory management and the IPC facilities (i.e., Inter Process Communication). This implies the use of same functions for the message queues and the shared memory management.

### 7.2.1.2.2 Language Libraries

The C language libraries offer mathematical functions, IO facilities, memory management and several system structure manipulations (such as time, password file entry, etc.).

#### COMMENTARY

The library calls should be compliant with ISO/IEC 9899. The SVID network part is TLI. This is compliant with the ARINC AEP recommendation. There are many important items in the library definitions:

- The mathematical functions, for which there are neither boundary limits nor CPU independent representations.

- The memory management functions. The functions use lower level routines (brk(2) and sbrk(2)) which are not part of POSIX.1.

- High level file management.

- TTY management.

- Network functions.

- Envryption routines using the DES algorithm.

### 7.2.1.2.3 User Commands

The ELS profile does not require a shell interpreter. The implementation of the user commands should be avoided.

### 7.2.1.3 Portability

(TBD)

### 7.2.1.4 General Terms

Definition of the terms and abbreviations used in this section are contained in Appendix B.

### 7.2.2 System Calls

### 7.2.2.1 Introduction

#### COMMENTARY

The operating <<system calls>> refer to the basic functionality provided by the operating system library itself excluding any other external library.

### 7.2.2.2 User Concept

There are at least two users, the superuser (or root) who has a user-id number equal to 0 (zero) and the ELS administrator.

#### COMMENTARY

Do we have to fix a user-id for the ELS administrator?

HARRIS-15609

## 7.0 APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.2.2.3 Process Management

#### 7.2.2.3.1 General Description

Real time features are not taken into account in this section.

#### 7.2.2.3.2 Limits and Constraints

(TBD)

#### COMMENTARY

Refer to POSIX.1 issues.

#### 7.2.2.3.3 Implementation Dependent Parts

(TBD)

#### COMMENTARY

Refer to POSIX.1 issues.

### 7.2.2.4 Memory Management

The minimum physical memory is 16 Mb (megabytes).

### 7.2.2.5 File Management

#### 7.2.2.5.1 General Description

(TBD)

#### COMMENTARY

This file management section should not take into account the file transfer and/or the special files such as -ys and network. The way <<regular>> files may be used has to be defined. The library facilities are described in the follown sections.

#### 7.2.2.5.2 Limits and Constraints

(TBD)

#### COMMENTARY

Refer to POSIX.1 issues.

#### 7.2.2.5.3 Implementation Dependent Parts

(TBD)

#### COMMENTARY

Refer to POSIX.1 issues

### 7.2.2.6 Conformance to Standards

(TBD)

#### COMMENTARY

The definition of the system calls of POSIX.1 (ISO/IEC 9945-1:1990) is completely included in the system calls set of SVID.

The C language used for the functions and data structure definitions should be compliant with ISO/IEC 9899.

#### COMMENTARY

C standard, know as <<ANSI X3j11>> has been registered by ISO/IEC in December 1990. ANSI X3J11 is equivalent to ISO/IEC 9899.

### 7.2.3 Library Calls

#### 7.2.3.1 Introduction

(TBD)

#### 7.2.3.2 Mathematical Functions

(TBD)

#### COMMENTARY

Do we have to raise some mathematical portability issues?

#### 7.2.3.3 Network Functions

Refer to Section 7.4.

### 7.3 Graphics Terminal Interface

The interface to graphics terminals for portable ELS applications is defined by two commercial, de facto standards, the X-Windows System and OSF/Motif. The application program interface for X-Windows, as defined in X-Window System Protocol, Version 11, constitutes the low-level portion of the processing environment application interface. The high-level interface is defined by the OSF/Motif Programmer's Reference. Applications should use the services specified in the documents listed above to perform all input and output operations with graphics terminal devices. To accommodate display devices that permit a keyboard to be attached and removed, the following extensions to the X-Windows system should be supported.

#### COMMENTARY

We have been unable to identify a specific X-Windows message that can be used to send keyboard status information from the server to the client application. There are several possible solutions, but they require modifications to commercial servers, the addition of new messages, or a decision by ARINC to have the server provide a soft keyboard function rather than the client. Shifting the keyboard function to the server solves this problem but creates others.

HARRIS-15610

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.4  Network Interface

#### 7.4.1  X/Open Transport Interface

The X/Open Transport Interface is the API to be used for application to application communications running over, but independent of, any specific transport provider. This standard has been incorporated into the POSIX 1003.12 draft for Protocol Independent Interfaces under the sections dealing with the Detailed Network Interface (DNI). Systems which conform to this ARINC standard will support POSIX 1003.12 portion of DNI that deals with XTI but need not support the section of the standard that deals with Sockets.

This standard is to be transparent independent so that applications can run, without modification, over both TCP and OSI transport providers.

#### 7.4.2  XTI Library Subroutines

#### 7.4.2.1  List of XTI Subroutines to be Included

Portable ELS applications will make use of the following XTI library subroutines and C language bindings (Ada bindings, once available, that support the same set of services will also be acceptable):

```
t_accept()
t_alloc()
t_bind
t_close()
t_connect()
t_error()
t_free()
t_getinfo()
t_getstate()
t_listen()
t_look()
t_open()
t_optmgmt()
t_rcv()
t_rcvconnect()
t_rcvdis()
t_snd()
t_snddis()
t_sync()
t_unbind()
```

#### 7.4.2.2  Subroutine Definition Expansion

A complete definition of the following subroutines is available in the X/Open Portability Guide for Network Services.

#### 7.4.2.2.1  t_accept

Accept as a connect request.

```
#include <xti.h>

int t_accept(fd, resfd, call)
int fd;
```

```
int resfd;
struct t_call *call;
```

#### 7.4.2.2.2  t_alloc

Allocate a library structure.

```
#include <xti.h>

int t_alloc(fd,struct_type,fields)
int fd;
int struc_type;
int fields;
```

#### 7.4.2.2.3  t_bind

Bind an address to a transport endpoint.

```
#include <xti.h>

int t_bind(fd,reqmret)
int fd;
struct t_bind *req;
struct t_bind *ret;
```

#### 7.4.2.2.4  t_close

Close a transport endpoint.

```
#include <xti.h>

int tclose(fd)
int fd;
```

#### 7.4.2.2.5  t_connect

Establish a connection with another transport user.

```
#include <xti.h>

int t_connect(fd, sndcall, rcvcall)
int fd;
struct t_call *sndcall;
struct t_call *rcvcall;
```

#### 7.4.2.2.6  t_error

Produce error message.

```
#include <xti.h>

int t_error(errmsg)
char *errmsg;

extern char *t_errlist[];
extern int t_nerr;
```

#### 7.4.2.2.7  t_free

Free a library structure.

```
#include <xti.h>
```

HARRIS-15611

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

```
int t_free(ptr, struct_type)
char *ptr;
int struct_type;
```

### 7.4.2.2.8  t_getinfo

Get protocol specific service information.

```
#include <xti.h>
int t_getinfo(fd, info)
int fd;
struct t_into *info;
```

### 7.4.2.2.9  t_getstate

Get the current state.

```
#include <xti.h>

int t_getstate(fd)
int fd;
```

### 7.4.2.2.10  t_listen

Listen for a connect

```
#include <xti.h>

int t_listen(fd, call)
int fd;
struct t_call *call;
```

### 7.4.2.2.11  t_look

Look at the current event on a transport endpoint

```
#include <xti.h>

int t_look(fd)
int fd;
```

### 7.4.2.2.12  t_open

Establish a transport endpoint.

```
#include <xti.h>
#include <fcntl.h>

int t_open(name, oflag, info)
char *name;
int oflag;
struct t_info *info;
```

### 7.4.2.2.13  t_optmgmt

Manage options for a transport endpoint.

```
#include <xti.h>

int t_optmgmt(fd, req, ret)
int fd;
struct t_optmgmt *req;
struct t_optmgmt *ret;
```

### 7.4.2.2.14  t_rcv

Receive data or expedited data sent over a connection.

```
#include <xti.h>

int t_rcv(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int *flags;
```

### 7.4.2.2.15  t_rcvconnect

Receive the confirmation from a connect request.

```
#include <xti.h>

int t_rcvconnect(fd, call)
int fd;
struct t_call *call;
```

### 7.4.2.2.16  t_rcvdis

Receive information from disconnect.

```
#include <xti.h>

int t_rcvdis(fd, discon)
int fd;
struct t_discon *discon;
```

### 7.4.2.2.17  t_snd

Send data or expedited data over a connection.

```
#include <xti.h>

int t_snd(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int flags;
```

### 7.4.2.2.18  t_snddis

Send user initiated disconnect request.

```
#include <xti.h>

int t_snddis(fd, call)
int fd;
struct t_call *call;
```

### 7.4.2.2.19  t_sync

Synchronize transport library.

```
#include <xti.h>

int t_sync(fd)
int fd;
```

HARRIS-15612

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.4.2.2.20  t_unbind

Disable a transport endpoint.

```
#include <xti.h>

int t_unbind(fd)
int fd;
```

### 7.4.3  Excluded XTI Library Subroutines

Many UNIX systems do not include the following subroutines and are therefore to be excluded from the ARINC profile of the XTI library. Applications programs that strictly conform to this ARINC profile of the POSIX standard should exclude these subroutines:

> t_strerror()
> t_getprotaddr()

The OSI transport provider does not support the following subroutines for a graceful release mechanism. This is considered the duty of the session layer. Applications that strictly conform to this ARINC profile will exclude these subroutines:

> t_rcvrel()
> t_sndrel()

Since ARINC 638 specifies the connection oriented ISO 8073/Class 4 transport layer and makes no mention of the ISO 8602 connectionless transport protocol, the following connectionless services will not to be supported. Applications that strictly conform to this ARINC profile will exclude these subroutines:

> t_sndudata()
> t_rcvuderr()
> t_rcvudata()

### 7.5  BITE Interface

BITE responsibility in the ELS is divided between the ELS application and the ELS Operating Environment. To maximize ELS application portability, all BITE activity directly related to the aircraft installation, inter-system communication, and fault-reporting should be contained within the operating environment. The ELS application reports only faults within the domain of the application.

Applications should use the services listed below for reporting internal faults to the operating environment. The environment is responsible for the correct logging of internal faults and reporting of faults to other systems.

Application designers may select values to indicate various types of failures, and these should be documented. It is permissible for different applications to use different values for error codes, but these must be decipherable to maintenance personnel. Facilities are provided for the ELS application to store additional application specific data with the fault to aid in identification and isolation of the problem.

Although fault conditions are listed for the Environment Domain, portable ELS applications should not depend on operating environment behavior not specified in this AEP. Note that the processing environment software has responsibility for detecting, logging, and reporting faults that occur in the environment domain.

Faults that fall in the application domain include value range errors that are detected within the application, type incompatibilities, memory allocation errors, input/output errors, and invalid discriminant accesses. Faults that fall in the environment domain include hardware errors, external system (such as mass memory unit) errors, system input/output errors (including errors attempting to load applications), and processor exceptions (such as illegal instructions, privilege violations, division by zero, and stack overflow).

The function and values listed below define the BITE application program interface for portable ELS applications.

```
#include <bite.h>

int logfault (faultcode, applicationdata)
int faultcode;
long applicationdata;
```

Where faultcode and applicationdata are application-defined values, and the function returns a status code from the list below. A value of no error indicates the fault has been logged successfully and/or reported to a central maintenance system.

```
#define no_error 0
```

The fault was logged and reported successfully. This value is returned even if no reporting actually took place because no central maintenance system is installed.

```
#define cant_open_log 1
```

Unable to open the fault log.

```
#define cant_write_log 2
```

Unable to write to the fault log.

```
#define cant_verify_log 3
```

Unable to verify the data written to the fault log.

```
#define cant_close_log 4
```

Error received while closing the fault log.

```
#define cant_report_fault 5
```

Unable to report the fault to the central maintenance system.

HARRIS-15613

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.6  Language Recommendations

The use of a single programming language to develop ELS applications is highly desirable in order to maximize the applications portability between different ELS platforms. If a large number of languages are utilized many development tools may have to be available to port ELS applications between platforms. As only C bindings are available for the AEP defined by this document, ELS application vendors are encouraged to develop software in accordance with ISO/IEC 9899 - December 1990 standard or its equivalent, ANSI X3J11.

### COMMENTARY

This recommendation may not be fully consistent with the AEEC position that has adopted Ada as the standard Higher Order Language. C standards include two annexes that define implementation limits. These limits will have to be reviewed in order to increase software portability.

HARRIS-15614

## 8.0 SOFTWARE CONSIDERATIONS

> This section has been revised in its entirety, therefore, redlining has been omitted.

### 8.1 Introduction

ELS applications software should be designed and implemented with the following considerations in mind to ensure a system of sufficient power and flexibility to meet airline requirements.

### 8.2 Level of Certification

All embedded software should be developed according to RTCA DO-178 requirements. Airline developed or purchased software should be implemented as described in section 8.4 to minimize certification impact.

### 8.3 Partitioning

A partitioning methodology sufficient to satisfy certification authorities should be employed to allow new software to be added without impacting existing system certification. Such a scheme would permit the ELS applications vendor to demonstrate complete isolation between applications hosted on the system, such that non-interference is assured for airline developed or purchased software.

#### COMMENTARY

Typical commercial operating environments do not provide this level of isolation between processes. Hardware support may be required to guarantee non-interference.

### 8.4 System Software Architecture

To enable the use of airline developed or purchased software and to permit interchange of different vendor's components, the ELS application's operating environment should comply with section 7 of this document.

To maximize ELS application portability, applications should only assume the availability of those services specified in section 7 of this document. Applications should not access ELS hardware functions directly.

### 8.5 Support for Higher Order Languages

No restrictions on the use of various Higher Order Languages (HOLs) should be imposed by the ELS processing environment or its applications.

#### COMMENTARY

Currently the interface to the processing environment is defined in the "C" programming language. This does not imply that applications must be written in C.

### 8.6 Version Rollovers in Commercial Software

Airline requirements for updating commercial software hosted on the ELS remain undetermined.

#### COMMENTARY

Establishing a commercial operating system interface as an ELS requirement, and modeling the system after traditional office systems, raises certification and software compatibility issues with any operating system version change.

### 8.7 Minimum Hardware Configuration

The minimum hardware configuration that all applications are guaranteed is described below.

#### 8.7.1 Core Memory

Applications are assured of at least 4 megabytes of dedicated, logically contiguous, memory. Note that the processing environment may use any means to provide this memory allocation, including mechanisms such as virtual memory and hardware memory mapping of discontiguous physical memory. This memory allocation does not include that required by the processing environment software.

#### COMMENTARY

Note that this memory requirement is a *minimum* value and that ELS systems should be designed to accommodate significant growth in physical and/or virtual memory. This growth will not only support future ELS functions, but may permit the installation of airline developed or purchased software.

#### 8.7.2 Throughput

#### COMMENTARY

ELS users should be aware that different memory, I/O, and CPU implementations will result in varying levels of overall system performance. While it might be desirable to somehow define the minimum system throughput to ensure adequate performance when porting software from one hardware platform to another, no meaningful measure of such throughput exists or could be applied easily to ELS systems.

ELS system designers should give careful consideration to the effects of design decisions on overall system performance. For example, if virtual memory is used to satisfy the requirements of section 8.7.1, adequate CPU and I/O throughput must be provided to ensure the system meets all response requirements.

While it seems likely that a platform able to support one vendor's ELS application should support another vendor's application adequately, this is not guaranteed. ELS vendors, in supporting the intent of application portability, should provide what they feel is sufficient system throughput to satisfy user response requirements.

HARRIS-15615

## 8.0  SOFTWARE CONSIDERATIONS (cont'd)

### 8.7.3  Terminals

Applications can assume that at least one X-Window terminal (server) is available with the characteristics listed in section 6 of this document.

### 8.7.4  Mass Storage Units

Applications can assume the presence of at least one mass memory unit that supports the I/O operations specified in section 7 of this document.  Applications should not assume an upper limit on the number of mass memory units available or the maximum storage capacity of any particular unit.

### 8.7.5  Aircraft Network

Applications can assume the existence of the hardware necessary to implement the transport mechanisms defined by the Transport Layer Interface specified in section 7 of this document.

### COMMENTARY

It is recognized that in retrofit situations, an aircraft network may not be available.  In this situation, however, it is likely that a lower level of portability will be achieved, and the additional burden of eliminating networking portions of the application will not significantly impact the effort of porting it.

### 8.8  Hardware Configuration Reporting to Applications

The System V Interface Definition defines functions that allow applications to interrogate the configuration and status of the system and its peripherals.  Applications may, but are not required to, use this information to tailor their behavior to actual configuration of the system.

### 8.9  Initialization

Applications are responsible for properly initializing themselves.  It can be assumed that the processing environment and all hardware under direct ELS control has been initialized by the processing environment software prior to control passing to the application.

### 8.10  Standard I/O Driver Interface

(TBD)

### 8.11  Remote Versus Local X-Windows Servers

Nothing in this document should be construed as implying that X-Windows servers are co-resident with, or remote from, the client application's hardware.  Client applications should operate correctly regardless of the location of the server, as networking considerations are handled by the processing environment.

### 8.12  BITE

Applications need only be concerned with reporting faults internal to the application.  The processing environment should handle all hardware and processing environment related fault detection, logging, and reporting.

Applications can report internal errors to the processing environment for logging and reporting purposes by using the facilities described in section 7 of this document. After reporting a fault, the application may take whatever action is necessary to restore proper operation of the application, including restarting itself.

### 8.13  ATN Compliance

Implementation of network protocol software above the transport layer is the responsibility of the application. Processing environment support for networking is limited to the Transport Layer Interface specified in section 7.4.

### 8.14  Redundancy Management

Redundancy management lies primarily in the domain of the ELS application.  No specific processing environment interfaces are provided to support redundancy management.

System redundancy support in the processing environment is limited to device drivers provided for aircraft-style communications, such as ARINC 429.  Applications are responsible for communicating with other ELS systems and providing the appropriate system response.

Data redundancy support is provided by the functions defined in the System V Interface Definition. Applications may use these facilities to ensure that important data is stored on more than one mass memory unit, if more than one is available.

### 8.15  Mass Memory Unit Management

Applications that comply with this characteristic are not required to reconfigure themselves automatically upon installation or removal of mass memory units.  It is sufficient that the application be manually reconfigured and re-installed into the ELS system.  Certification requirements require a complete review of the system after any change to the hardware configuration, so no significant benefit is realized by the added complexity of an automatic re-configuration capability.  This does not, however, preclude application developers from implementing such a feature.

HARRIS-15616

# 9.0 CERTIFICATION CONSIDERATIONS

## 9.1 Certification Considerations

Unless or until the FAA establish a Technical Standard Order (TSO) for the Electronic Library System and/or its components, certification will be in conjunction with the Type Certification (TC) for new airplanes, or via Supplemental Type Certification (STC) for existing airplanes.

## 9.2 Applicable Regulations

The certification process should view the Electronic Library System from two distinct perspectives. One perspective is "physical," considering the ELS components in the context of their environment, installation, interfaces, capacity, ability to perform intended function, and non-interference with other airplane functions. This perspective will be with respect to the requirements of FAR Part 25 -- Airworthiness Standards: Transport Category Airplanes.

The second perspective is "intellectual," considering the operation and performance of ELS in its services provided to the flight crew, cabin crew, and maintenance personnel. This perspective will be with respect to the requirements of FAR Part 91 -- General Operating and Flight Rules, and Part 121 -- Certification and Operations: Domestic, Flag, and Supplemental Air Carriers and Commercial Operators of Large Aircraft.

## 9.2.1 System Architecture Considerations

ELS functions will provide services to multiple user groups with a wide range of expectations. Further, it is expected that these services will be customized to each airline's operational characteristics and style. The ELS architecture should be designed to accommodate the breadth of these applications, and facilitate flexibility on the part of the airline user.

Partitioning between functions and between tasks which may be executing simultaneously will be a key certification consideration. The system architecture and the implementation in hardware and software should all contribute to the separation and isolation which create distinct partitions.

Another certification consideration will be the extent to which the ELS is integrated with other aircraft systems. A stand alone ELS may not have to be certified to as high a level as an ELS that uses data from other systems or supplies data to other systems.

## 9.2.2 Hardware Considerations

ELS certification will be dependent on qualification of various hardware attributes. Testing and analysis which confirms proper functional performance and adequate design margin may be anticipated in the following areas:

- Environmental conditions per RTCA DO-160

- Electromagnetic compatibility

- Data bus loading / communication bandwidth

- Monitor coverage and failure modes and effects analysis

Environmental and electromagnetic compatibility testing are traditional methods of ensuring that airborne equipment has adequate margin within assumed stress levels. Bus loading and bandwidth test or analysis will ensure adequate response and performance within assumed installation situations. Monitor coverage and FMEA will support assertions regarding functional availability, isolation capability of the partitioning, and preclusion of misleading information.

## 9.2.3 Software Implementation Considerations

ELS certification will be dependent on verification of various software attributes. Testing and analysis which confirms proper functional performance and adequate design robustness may be anticipated in the following areas:

- Operational performance of system functions

- Reasonable response time to operator inputs

- Allocation of computational resources by the operating system

- Monitor coverage and BITE effectiveness

- Configuration management of on-board loadable data

- Integrity of the program structure

Operational performance testing is the primary means of demonstrating that the ELS performs its intended functions, and that response times are acceptable. Monitor coverage and BITE effectiveness will support assertions regarding functional availability, isolation capability of the partitioning, and preclusion of misleading information. Techniques for the control and management of on-board loadable data should be demonstrated to preclude the inadvertent alteration of FAA "approved" data resident in the system. Design reviews, code inspections, and unit testing all provide opportunity to detect and remove implementation errors thereby assuring that the resulting implementation has sufficient integrity and robustness for the services being provided.

The software development should be performed in accordance with a rigorous process. RTCA DO-178 provides guidance regarding acceptable development process characteristics. The use of Commercial Off The Shelf (COTS) software programs to achieve the desired ELS functionality efficiently is highly desirable. The COTS packages should have the same integrity as custom developed software; although, verification may take advantage of special considerations such as service history.

## ATTACHMENT 1
## LOGICAL ELS ARCHITECTURE

