## ATTACHMENT 2-1
## PHYSICAL ARCHITECTURE INSTANCE #1



HARRIS-15619

## ATTACHMENT 2-2
## PHYSICAL ARCHITECTURE INSTANCE #2



HARRIS-15620

## ATTACHMENT 2-3
## PHYSICAL ARCHITECTURE INSTANCE #3



HARRIS-15621

## ATTACHMENT 3-1
## RECOMMENDATIONS FOR PORTABILITY
## OF SYSTEM OPERATIONAL CHARACTERISTICS

| Opr. | A/C type | ELS installation | | | | | Flight Deck | | Cabin | | Maintenance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mfr | Opt | Basic | Prodn | Retro | Look/Feel | Content | Look/Feel | Content | Look/Feel | Content |
| A | 1 | W | X | Y | Y | N | 1 | A1 | A | A | A | 1 |
| A | 2 | W | Y | N | Y | Y | 2 | A2 | A | A | A | 2 |
| A | 3 | V | X | N | Y | Y | 3 | A3 | A | A | A | 3 |
| A | 4 | Z | - | N | N | Y | 1 or 2 or 3? | A4 | A | A | A | 4 |
| A | 5 | Z | - | N | N | Y | 1 or 2 or 3? | A5 | A | A | A | 5 |
| B | 1 | X | W | Y | Y | N | 1 | B1 | B | B | B | 1 |
| B | 3 | X | V | N | Y | Y | 3 | B3 | B | B | B | 3 |
| B | 5 | Z | - | N | N | Y | 3 or 1? | B5 | B | B | B | 5 |
| B | 6 | Z | U | N | N | Y | 3 or 1? | B6 | B | B | B | 6 |
| B | 7 | U | - | N | N | Y | 3 or 1? | B7 | B | B | B | 7 |

This table illustrates the recommendations for portability of system operational characteristics across multiple aircraft types and ELS platforms.

It shows two operators (Airlines A and B) which have between them some 7 aircraft types. Three of these types are common to both operators. There are five ELS vendors, U, V, W, X, and Z. On the advanced aircraft type 1 ELS is basic with an SFE choice of two vendors (W and X). On the medium technology types 2 and 3 ELS can be incorporated as an SFE production line option, again with a choice of two vendors. On the other types it is available as a retrofit from one or two different vendors.

On those types where ELS is fitted as either basic or as a production line SFE option, the cockpit "look and feel" has to match the other cockpit systems to avoid potential conflicts and to ensure proper integration. Flight crews generally are only qualifies on a single type at any one time. Both airlines have however elected to retrofit their other types with ELS, and have for commonality chosen a "look and feel" which is in place on one of their more advanced types.

The content of the ELS in each case is however determined by the operator, and A's requirements in this respect may be quite different to B's.

As far as the cabin is concerned however, both passengers and cabin crews may fly on a variety of aircraft types, and it is important that a consistent "look and feel" be maintained across all these types for each operator. There may be no common "look and feel" element on identical aircraft in different ownership in this respect. Similarly, the content of the cabin systems will be almost entirely determined by the operator's individual requirements.

As far as maintenance/engineering functions are concerned, it is again important that a common "look and feel" be achieved across all the types in each operator's inventory. However, in this case the content may be determined to a significant extent by the aircraft manufacturer in collaboration with the operator.

Should operator A acquire any of operator B's aircraft, it will be necessary for A's flight, cabin, and maintenance personnel to operate the ELS equipment as installed on the aircraft. Therefore, in the case of type 1 aircraft, the cockpit "look and feel" will be unaffected, but the content will change. In the cabin, ELS supplied by vendor X will have to be capable of adapting to the look and feel already in place on the same aircraft fitted with vendor W's ELS, as well as the different contents.

In the case of the type 5 aircraft, both retrofitted with ELS by Vendor Z, the cockpit "look and feel " will have to be adapted from the type 3 style favored by airline B to the type 1 style favored by the new operator A.

HARRIS-15622

## ATTACHMENT 3-2
## ELECTRONIC LIBRARY SYSTEM
## USE IN FLIGHT OPERATIONS

### Introduction

Airlines maintain information about aircraft, route structure, and the instructions applied to their personnel. For the most part, information in these categories is independent of that in the others. The same general rules apply to people regardless of the type of aircraft they are operating on; the same approach pattern is flown at a given airport regardless of aircraft type; and an airplane's takeoff performance at that airport will be the same regardless of the name painted on the side. These generalized categories are shown below.



This whole group may represent the total airline ground database (in which case the "Aircraft" category would include information about all the types owned by the carrier); or it may be a database on an individual aircraft, in which case only data relevant to that aircraft type (or even that tailsign) may be included. Similarly, "World" can represent global information, a small network or a takeoff and landing airport. This database may be contained in a digital or hard copy medium. Without an ELS, the aircraft version will be in hardcopy form.

The sub-set at X might include information relating to the network flown by a particular fleet, whilst Y could include data such as route qualifications of individual crew members, customs requirements, health regulations etc. Z might contain crew rules such as type qualifications, particular scheduling rules such as long-range operations, etc.

There is also a very small subset of data F which consists of data which is required for an individual flight. This can be described as "this Aircraft, with these Personnel, in this part of the World". This small data set is in fact the ONLY data used for virtually all normal operations.

### On-Board Data Content

Although the total amount of data which must be *available* on a flight is very large, to enable a wide variety of unforecast events to be dealt with, only a very small amount of data will always be *used* on any one flight. Furthermore, the majority of it has no long-term applicability: in other words it is only valid for the flight itself and must be replaced prior to the next flight. This data consists principally of:

    Flight Plan and log
    Weather briefing
    Aeronautical Information Services briefing
    Takeoff performance calculation and weather limits
    Airport departure information
    Enroute navigation information
    Airport arrival information
    Landing performance and weather limits.

Whilst the validity of these particular information items *for Flight Crew usage* is one flight only, this has nothing whatever to do with the Revision cycle of the underlying database. A flight crew function is to obtain this information once per flight, and data obtained for one flight cannot be used for the next. Even if there has been no change to the information (such as a weather forecast or NOTAM), the crew will normally obtain a "new" version of it as their primary reference material.

HARRIS-15623

Case 6:07-cv-01819-JA-KRS   Document 133-5   Filed 02/01/10   Page 6 of 11

ARINC REPORT 649 - Page 37

## ATTACHMENT 3-2 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN FLIGHT OPERATIONS

The objective of the remainder of the large database of permanent information is to provide crews with other information necessary to conduct the flight, and the normal principle used is that where a particular function is carried out on a routine basis (i.e. it is a "Normal" procedure on every flight) a trained crew perform it without further use of reference material. It is only tasks which do *not* occur on every flight, or where the information may change on each flight, which will be expected to require reference to the database.

Since ELS is by definition a reference system, it must address the items which do not occur on every flight, and which comprise the bulk of the database. However, it is important to recognize that an ELS containing *only* this information would have very low utilization in normal operation; and it is intended that non-normal operations should be quite rare. An ELS which has high functionality will need to accommodate the information which is actually used most of the time, i.e. the short-term validity information referred to earlier. The following diagram is intended to illustrate this.

### Flight Operations Data Usage (schematic)

| Typical Content | Medium Current | Digital | Data Validity | | Flight Time |
|---|---|---|---|---|---|
| Wx, Co. comms | Voice | Datalink? | < 1 Flt | | |
| F/plan, briefings t/o & landing data | Disposable paper | Small media Datalink? | = 1 Flt | | |
| Supplementary procedures, non-normals, MEL/DDMs | HardCopy Aircraft Library | Electronic Mass Storage System | > 1 Flt | Data Volume | |
| Diversion charts | | | | | |
| Policy manuals | | | | | |
| Performance handbooks | | | | | |

The central "pillar" indicates (not to scale) the fact that the vast majority of information is valid for more than one flight (the "Permanent" data, or core reference material). A small amount is valid for one flight only (as far as the crew are concerned), and will be replaced for the next flight even if the new data is identical to the old. This is "Temporary" data. A very small amount of information is valid for less than one flight, i.e. it may change during the course of a flight, and is referred to as "Transient" data.

The crew will actually refer to the "Temporary" data most of the time in flight. Consequently a system which does not contain this data will be of limited usage.

The left half of the diagram illustrates typical contents for the three types of data, the medium by which it is conventionally obtained, and possible sources of the same data in a digital system.

HARRIS-15624

## ATTACHMENT 3-2 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN FLIGHT OPERATIONS

In this diagram there is no reference to charts as part of the "more than one flight" typical data content. Charts (either en-route or terminal/departure/arrival) are usually thought of as documents that must be contained in a permanent mass storage system if they are to be usable in normal operation. In fact only a small subset of the total charts library is used: those necessary for the particular flight. If they are thought of in this way it is clear that the charts used are part of a data subset which changes with each flight, since the actual airports of departure and destination are changed with each flight. It is possible in fact to predict all the information which will be used on a normal flight, and contain it within a very small amount of data. In terms of the initial "topics" it is the data in sub-set "F", i.e. "this crew, in this airplane, in this location". In practical terms much of this data is already defined by typical airline flight planning systems and could readily be made available in digital form. Adding specific charts for the route would result in a system which has effective Flight Operations functionality over virtually the whole normal flight regime. It must be emphasized that ALL THE OTHER DATA MUST BE PRESENT AND READILY OBTAINABLE to enable the crew to deal with non-normal situations, which by definition cannot be predicted. Whilst it would be highly desirable that it should be obtained through the same means as the normal data, it is not essential that it be in the same medium.

Within each major topic the airline determines exactly what data should be included. This process of data filtering is referred to in 4.2.3. Suitable data is extracted from the ground data base for each aircraft, but whatever information is extracted will still conform to the same basic categories. This is true even if the data is not maintained on the aircraft in digital format, i.e. if the ground database output is in printed form for a particular aircraft type. The following illustrates an airline operating on both sides of the Atlantic, extracting appropriate data subsets for a Paris-based, Europe-wide A320 aircraft ELS.



The left section represents the total data held by the airline, with multiple subsets within each category.

### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS

After filtering to obtain relevant data, the information is formatted onto the appropriate medium before becoming the aircraft's database. Although the total amount of data is reduced the categories remain constant.

This scheme is applicable to every type of operation. Change of aircraft ownership simply changes the size and detailed contents of the database, as the following illustrates.

**Airline 1:**
High Frequency Shuttle between small number of destinations

**Airline 2:**
Small Worldwide Charter operation




Aircraft transferred to new operator

Airline 1 has a large number of aircraft of different types but operates to a very limited number of destinations at high frequency, with a large number of employees. It sells some of its aircraft to a new operator, Airline 2, which has no other aircraft and only a few employees, but operates a world-wide charter service.

The new operator can retain the vast majority of the "Aircraft" data appropriate to that type. It will need to substitute its own "Personnel" (company rules) data, and will need a vastly expanded "World" data set. However, provided the basic topics are maintained at the user interface, a pilot familiar with the first airline's ELS would be able to find any information needed to fly it under the new ownership.

Equally importantly, either airline can alter the content of the databases, either by adding to or modifying the basic data, or by adding digital storage if moving from paper-based output to digital output, without incurring any additional crew training cost. The same is true when pilots transition from one type to another, including the transition to older equipment which frequently accompanies a promotion from copilot to Captain. Older types without much digital storage would simply carry a message referring to the appropriate hard copy document which would have to be on board.

**Information Access Techniques**

A "multi-dimensional" user interface is required for flight operations purposes. This means an interface which provides multiple ways for the user to reach the same items of information. It is necessary because the causes of information items being needed are infinitely variable, and the thought chain which the pilot uses to determine which information items are required, and in what order, are similarly varied. Because the pilot's total workload and functions involve simultaneous attention to multiple tasks of varying priority, the act of simply obtaining information cannot be allowed to be a dominant factor in his thinking. The system must therefore allow any possible "route" to be followed.

A system complying with the information access techniques described in 2.3.1.2 will include the following methods: **topic** access, including sorted information relevant to the specific flight; task access, based on flight phase; and **indexed** access, based on original source material. This will enable a pilot to approach an issue by the technique which seems most appropriate to him. The concepts of a "multi-dimensional" user interface with the basic information source is illustrated below.

HARRIS-15626

### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS



An example scenario is as follows. A "Generic 123" type aircraft has departed from "ORG" to "DES," with weather forecast at DES to be good, and is expecting to land on R/W 27. The Captain has allowed the First Officer to act as Pilot-in-Charge, with the intention that the First Officer should complete a manual landing. Whilst en-route, an actual weather report indicates that the visibility at DES is considerably worse than forecast. The crew must now determine what changes if any are required to their current plan of action.

Captain A may regard this initially as a "people" problem: is the F/O permitted by company rules to make any kind of landing in the actual conditions? He wants to start by checking the generalized rules for co-pilot operating minima - a **Personnel** (1) topic.

Captains B and C may regard this as an Aircraft Arrival problem. Is a G123 aircraft normally able to land in this visibility? They want the Limitations section of the operating manual, and specifically the approach limitations.

Captains D and E look on it as an Airport and Runway problem. Is DES runway 27 equipped with ILS of the category now needed? If not, are any other runways at DES so equipped? They want the approach minima for all the runways at DES - a **World** topic (3).

Captains B, C, D and E will eventually want the lowest minima for a G123 at DES. Depending on what operator (airline) they work for this information may be placed in a performance manual **document** (4) or on an approach chart **graphic** (5). Their approach is to ascertain the general rules limiting the approach first, then check to see if there are any reasons why they do not apply. However, B may regard his problems as part of the **Approach** Phase task (6) for this particular flight, whilst C and D consider the relevant **Aircraft** (2) or Airport **World** (3) topic the most logical place to start. E, meanwhile, can simply recall that what he wants is in Chapter N of Section X of the PPP Manual - a specific **Document** (4).

Captain F regards it as a specific aircraft problem. Is this particular G123 fitted with serviceable equipment (e.g. autoland) for this visibility?

Captain G believes he knows the ILS category at DES r/w 27, but isn't sure if it is fully serviceable.

Both Captains F and G want to start by finding out if there is anything exceptional about this flight, to see whether generalized rules are appropriate, before determining specific values from the general rules. They need the specific flight briefing (from the **This Flight** topic (7)) first, then the generalized data.

HARRIS-15627

## ATTACHMENT 3-2 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN FLIGHT OPERATIONS

It will be apparent from this simple example that there are numerous points of view from which the pilot might attempt to reach the right conclusion. If one technique or group of techniques does not succeed, some individuals may recall alternative procedures, but others will simply assume that either they (or the system) has simply made an error in detail, and that the failure is due to this and not an inappropriate strategy. Pressures of time and other tasks do not permit much of the pilot's attention to be devoted to resolving this situation. Unfortunately, there is a natural tendency to make further attempts to do so, and in some cases this may be at the expense of tasks which are very safety-critical in either the short or longer term.

It is for this reason that the information access techniques provided should encompass ALL those listed, and not a selection from them. This is particularly important when it is recognized that an individual pilot might spend considerable time with, and be extremely familiar with the characteristics of, one system with such a limited set of techniques; but he may be faced with critical information retrieval requirements very soon after converting to another type of equipment with an entirely different set of such techniques. It is vital that whilst details of nomenclature and hardware design may vary widely, he should not now have to deal with another set of commands or information concepts. Consequently ALL ELS installations should incorporate the full range of access techniques described here.

**ELS Data Handling Facilities**

An ELS may be capable of manipulating data as well as retrieving, displaying and accepting inputs. In determining what manipulation takes place great care should be taken that the system does not in effect displace the crew from responsibility for any activity for which they would otherwise be responsible. It is important that the software be capable of adapting to the operator's current hard-copy-based procedures without requiring additional automation of the processes involved. However, wherever possible the system should provide the capability to assist the crew by reducing the probability of error. If for example the airline's present procedures for takeoff performance calculation involve the crew looking up values in a pre-computed table, and interpolating for different parameters and variables, then the ELS should be capable of displaying the relevant table, and reproducing this procedure precisely. To provide added value, the ELS should enhance the process by highlighting the relevant table lines, and provide for accurate and rapid transposition of values from the table, and performance of any necessary arithmetic calculations necessary for interpolation. However, if the ELS is set up so that the look-up process and the arithmetic are performed automatically and only the result is displayed to the crew, it is probable that significant additional certification issues will be generated.

A very simple example of this is shown in the following tables, which illustrates a typical though simplified airline performance manual as a printed page, and the same data page with minor formatting and arithmetic additions which could be applied through electronic presentation. It should be emphasized that the page layouts themselves are not intended as examples of optimum information layout, but merely to illustrate the ability of relatively simple changes to improve the accuracy of data retrieval.

Pilot entry of the data shown in **bold** type would cause the appropriate columns and rows to be highlighted, the appropriate values (shown in *italic* type) to be extracted and manipulated, and the end result (underlined) displayed.

However, because all the individual steps which would be carried out by the crew are shown, the crew can clearly confirm that the answer is indeed correct, retaining the responsibility for it and hence avoiding the need for additional consideration of safety implications.

HARRIS-15628

### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS

**Typical basic Performance Manual**

| Temp | R/wy 6 | R/wy 12 | R/wy 24 | R/wy 30 |
|---|---|---|---|---|
| 100 | 165.9 | 204.5 | 178.3 | 211.5 |
| 99 | 164.7 | 203.6 | 177.9 | 211.1 |
| 98 | 163.5 | 202.7 | 177.5 | 210.7 |
| 97 | 162.3 | 201.8 | 177.1 | 210.3 |
| 96 | 161.1 | 200.9 | 176.7 | 209.9 |
| 95 | 159.9 | 200 | 176.3 | 209.5 |
| 94 | 158.7 | 199.1 | 175.9 | 209.1 |
| 93 | 157.5 | 198.2 | 175.5 | 208.7 |
| 92 | 156.3 | 197.3 | 175.1 | 208.3 |
| 91 | 155.1 | 196.4 | 174.7 | 207.9 |
| 90 | 153.9 | 195.5 | 174.3 | 207.5 |
| 89 | 152.7 | 194.6 | 173.9 | 207.1 |
| 88 | 151.5 | 193.7 | 173.5 | 206.7 |
| 87 | 150.3 | 192.8 | 173.1 | 206.3 |
| 86 | 149.1 | 191.9 | 172.7 | 205.9 |
| 85 | 147.9 | 191 | 172.3 | 205.5 |
|  | ".3/kt H" | ".5/ktH" | ".7/ktH" | ".6/ktH" |
| "+.4/.01 | "-.7/ktT" | "-.7/ktT" | "-.7/ktT" | "-.7/ktT" |

**Manual with formatting and arithmetic**

| R/w | 24 | | | |
|---|---|---|---|---|
| Temp | 91 | | Basic | 174.7 |
| QNH | 2930 | Diff | 0.08 | 3.2 |
| Wind | 120/6 | W/C | 3T | -2.1 |
| | | | RTOW | 175.8 |

| Temp | R/wy 6 | R/wy 12 | R/wy 24 | R/wy 30 |
|---|---|---|---|---|
| 100 | 165.9 | 204.5 | 178.3 | 211.5 |
| 99 | 164.7 | 203.6 | 177.9 | 211.1 |
| 98 | 163.5 | 202.7 | 177.5 | 210.7 |
| 97 | 162.3 | 201.8 | 177.1 | 210.3 |
| 96 | 161.1 | 200.9 | 176.7 | 209.9 |
| 95 | 159.9 | 200 | 176.3 | 209.5 |
| 94 | 158.7 | 199.1 | 175.9 | 209.1 |
| 93 | 157.5 | 198.2 | 175.5 | 208.7 |
| 92 | 156.3 | 197.3 | 175.1 | 208.3 |
| 91 | 155.1 | 196.4 | 174.7 | 207.9 |
| 90 | 153.9 | 195.5 | 174.3 | 207.5 |
| 89 | 152.7 | 194.6 | 173.9 | 207.1 |
| 88 | 151.5 | 193.7 | 173.5 | 206.7 |
| 87 | 150.3 | "-.7/ktT" | 173.1 | 206.3 |
| 86 | 149.1 | 191.9 | 172.7 | 205.9 |
| 85 | 147.9 | 191 | 172.3 | 205.5 |
|  | ".3/kt H" | ".5/ktH" | ".7/ktH" | ".6/ktH" |
| "+.4/.01 | "-.7/ktT" | "-.7/ktT" | "-.7/ktT" | "-.7/ktT" |

HARRIS-15629