APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **FLIGHT CREW INFORMATION - AIRCRAFT/SYSTEMS DOCUMENTS** | | | | | |
| Airport/Facility Directory | Graphics/Text | Displays | Read, Large | Airport facilities and navaid data | NOS. Revised every 56 days. |
| Flight Manual | Graphics/Text/ Tables | Displays | Read, Very Large | Airplane specific operational and performance data; operational procedures. | Airframe/Airline. Revised when necessary. |
| J-Aid | Graphics/Text | Displays | Read, Large | Info related to flight planning, airport directory, navaids, ATC info, regulation. | Jeppesen. Revised 10 times/year. |
| Terrain/Obstacle Data | Data | Displays, FMS (future) GPWS (future) | Read, Large | Database of lat/long locations and AGL/MSL altitudes. | NOS Aeronautical Charts Department. Revision cycle unknown. |
| **FLIGHT CREW INFORMATION - EMERGENCY PROCEDURES** | | | | | |
| Fault Reporting Manual | Graphics/Text | Displays | Read, Medium | Pictorial and textual information for detection and isolation of problems in emergency situations. | Airframe/Airline. Revised when necessary. |
| Emergency Announcements | Text | Displays | Read, Very Small | Directions for cabin crew and passengers during emergency situations. | FAA/Airline. Revised when necessary. |
| Procedures | Text | Displays | Read, Very Small | Checklists for managing an emergency situation. | Airframe/Airline. Revised when necessary. |

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **FLIGHT CREW INFORMATION - ENROUTE & TERMINAL CHARTS** | | | | | |
| Airport/Taxi Charts | Graphics | Displays | Read, Large | Pictorial plan view of airport runway/taxiway layout. | Jeppesen or NOS. Revised when necessary. |
| Company Routes | Graphics | Displays, FMS (future) | Read, Small | Flight routes for individual airline. | Airline. Revised as necessary. |
| Enroute Holding Patterns | Graphics | Displays, FMS (future) | Read, Small | Holding pattern definition and parameters. | Jeppesen or NOS. Revised every 56 days. |
| FIR/UIR Boundaries | Graphics | Displays, FMS (future) | Read, Medium | Boundaries and data describing Flight Information Regions and Upper Information Regions. | Jeppesen or NOS. Revision cycle unknown. |
| High Altitude Enroute Charts (J-Routes) | Graphics | Displays, FMS (future) | Read, Medium | Enroute airway structure above 18,000 feet. | Jeppesen or NOS. Revised every 56 days. |
| Instrument Approach Procedure (IAP) Charts | Graphics | Displays, FMS (future) | Read, Very Large | Pictorial plan and profile views of approach, frequencies, approach minima, etc. | Jeppesen or NOS. Revised when necessary. |
| Low Altitude Enroute Charts (Victor Airways) | Graphics | Displays, FMS (future) | Read, Very Large | Enroute airway structure below 18,000 feet. | Jeppesen or NOS. Revised every 56 days. |
| RNAV Enroute Charts | Graphics | Displays, FMS (future) | Read, Medium | Area nav airway structure above 18,000 feet. | Jeppesen or NOS. Revised when necessary. |
| Special Use Airspace | Graphics | Displays, FMS (future) | Read, Medium | Boundaries for Military Operating Areas, prohibited, and restricted airspace. | Jeppesen or NOS. Revised when necessary. |
| Standard Instrument Departure (SID) procedure | Graphics/Text | Displays, FMS (future) | Read, Very | Pictorial and textual description of departure procedure. | Jeppesen or NOS. Revised when necessary. |
| Standard Terminal Arrival Route (STAR) procedure | Graphics/Text | Displays, FMS (future) | Read, Medium | Pictorial and textual description of terminal arrival procedure. | Jeppesen or NOS. Revised when necessary. |
| Terminal Area Charts | Graphics | Displays, FMS (future) | Read, Small | Enlarged graphical view of high density areas. | Jeppesen or NOS. Revised when necessary & every 56 days. |

HARRIS-15639

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| FLIGHT CREW INFORMATION - OPERATIONAL DATA | | | | | |
| Bulletins | Text | Displays | Read, Small | Airline specific information. | Airline. Revised when necessary. |
| Flight Operations Checklists | Text | Displays | Read, Small | Sequential procedures for startup, takeoff, cruise, approach, landing, and shutdown. | Airframe/Airline. Revised when necessary. |
| Performance Calculations | Graphics/Text | Displays, FMS (future) | Read, Large | Info related to: flight planning, airport directory, navaids, ATC info, regulations. | Jeppesen. Revised 10 times/year. |
| Weight/Balance | Data | Displays, FMS (future), CAWS (future) | Read, Large | Database of lat/long locations and AGL/MSL altitudes. | NOS Aeronautical Charts Department. Revision cycle unknown. |
| Briefing | Graphics/Text | Displays/Data Link | Read/Write, small | NOTAMS, manifests, flight plan & log, maintenance log records, schedules, MEL/DDG, WXR charts & reports, fuel plan & situation tables, miscellaneous forms, aircraft boarding papers. | Airport/Airline Update prior to takeoff or landing. Revise inflight. |
| Policy/Procedures Manual | Text | Displays | Read, | Airline flight crew policies & procedures. | Airline. Revise when necessary. |
| Flight Crew Alertness Activities | Graphics/Text | Displays | Read, medium | Alertness/training lessons. | Airline/software vendor. Revise periodically. |

HARRIS-15640

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| MAINTENANCE INFORMATION - CONFIGURATION | | | | | |
| Logbook | Graphics/Text | Maintenance Displays | Read/Write, Medium | User data entry to document changes to aircraft equipment or scheduled maintenance activities. | Maintenance personnel. Revise when maintenance action performed. |
| Part Numbers Catalog, Installed Parts Composition, Configuration Control | Text | Maintenance Displays, A/C Systems | Read/Write, Small | Configuration management and compatibility checks for hardware and software installed on aircraft. | Airframe/Airline. Revised when necessary. |
| Service Bulletins | Text | Maintenance Displays | Read/Write, Small | Procedures and installation records for service bulletins. | Airline/Maintenance personnel. Revised when necessary. |
| Software Load | Data | Aircraft Systems | Read Large | Storage and retrieval/loading of application software for aircraft systems. Includes record level CRC. | Aircraft system vendors. Revise when necessary. |
| MAINTENANCE INFORMATION - ONBOARD, OPERATIONAL | | | | | |
| Pre-flight checklist | Text | Maintenance Displays | Read/Very Small | Generic or custom checklists for pre-flight checks performed once every 24 hrs. | Airframe/Airline. Revise when necessary. |
| Fault Isolation Manual | Graphics/Text | Maintenance Displays | Read, Large | Procedures for isolating faults to a single component. | Airframe/Airline. Revise as required. |
| BITE Manual | Graphics/Text | Maintenance Displays | Read, Medium | BITE checkout procedures for equipment. | Airline/Airframe. Revise as necessary. |
| MEL/DDG | Text | Maintenance Displays | Read, Small | Minimum Equipment List and Dispatch Deviation Guide - defines dispatchability. | Airline/Airframe. Revise as necessary. |
| Master Minimum Equipment Test | Text/Graphics | Maintenance Displays | Read, Medium | Minimum Equipment List for dispatchability - all aircraft. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Manual | Text/Graphics | Maintenance Displays | Read, Medium | Locations and procedures for line or ramp repairs. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Checklist | Text | Maintenance Displays | Read/Write, Small | Checklist for ramp work. | Airline/Airframe. Revise as necessary. |

HARRIS-15641

**APPENDIX A (cont'd)**
**CANDIDATE ELS SOURCE DATA**

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **FLIGHT CREW INFORMATION - OPERATIONAL DATA** | | | | | |
| Bulletin | Text | Displays | Read, Small | Airline specific information. | Airline. Revised when necessary. |
| Flight Operations Checklists | Text | Displays | Read, Small | Sequential procedures for startup, takeoff, cruise, approach, landing, and shutdown. | Airframe/Airline. Revised when necessary. |
| Performance Calculations | Graphical/Text | Displays, FMS (future) | Read, Large | Info related to flight planning, airport directory, navaids, ATC info, regulations. | Jeppesen. Revised 10 times/year. |
| Weight/Balance | Data | Displays, FMS (future) CAWS (future) | Read, Large | Database of lat/long locations and AGL/MSL altitudes. | NOS Aeronautical Charts Department. Revision cycle unknown. |
| Briefing | Graphical/Text | Displays/ Data Link | Read/ Write, small | NOTAMS, manifests, flight plan & log, maintenance log, records, schedules, MEL/DDG, WXR charts & reports, fuel plan & situation tables, miscellaneous forms, aircraft loading papers. | Airport/Airline Update prior to takeoff or landing. Revise inflight. |
| Policy/Procedure Manual | Text | Displays | Read, | Airline flight crew policies & procedures. | Airline. Revise when necessary. |
| Flight Crew Alertness Activities | Graphical/Text | Displays | Read, medium | Alertness/training lessons. | Airline/software vendor. Revise periodically. |

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **MAINTENANCE INFORMATION - CONFIGURATION** | | | | | |
| Logbook | Graphics/Text | Maintenance Displays | Read/Write, Medium | User data entry to document changes to aircraft equipment or scheduled maintenance activities. | Maintenance personnel. Revise when maintenance action performed. |
| Part Numbers Catalog, Installed Parts Composition, Configuration Control | Text | Maintenance Displays, A/C Systems | Read/Write, Small | Configuration management and compatibility checks for hardware and software installed on aircraft. | Airframe/Airline. Revised when necessary. |
| Service Bulletins | Text | Maintenance Displays | Read/Write, Small | Procedures and installation records for service bulletins. | Airline/Maintenance personnel. Revised when necessary. |
| Software Load | Data | Aircraft Systems | Read Large | Storage and retrieval/loading of application software for aircraft systems. Includes record level CRC. | Aircraft system vendors. Revise when necessary. |
| **MAINTAINANCE INFORMATION - ONBOARD, OPERATIONAL** | | | | | |
| Pre-flight checklist | Text | Maintenance Displays | Read/Very Small | Generic or custom checklists for pre-flight checks performed once every 24 hrs. | Airframe/Airline. Revise when necessary. |
| Fault Isolation Manual | Graphics/Text | Maintenance Displays | Read, Large | Procedures for isolating faults to a single component. | Airframe/Airline. Revise as required. |
| BITE Manual | Graphics/Text | Maintenance Displays | Read, Medium | BITE checkout procedures for equipment. | Airline/Airframe. Revise as necessary. |
| MEL/DDG | Text | Maintenance Displays | Read, Small | Minimum Equipment List and Dispatch Deviation Guide - defines dispatchability. | Airline/Airframe. Revise as necessary. |
| Master Minimum Equipment Tool | Text/Graphics | Maintenance Display | Read, Medium | Minimum Equipment List for dispatchability - all aircraft. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Manual | Text/Graphics | Maintenance Displays | Read, Medium | Locations and procedures for line or ramp repairs. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Checklist | Text | Maintenance Displays | Read/Write, Small | Checklist for ramp work. | Airline/Airframe. Revise as necessary. |

HARRIS-15643

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| MAINTENANCE INFORMATION - MANUALS | | | | |
|---|---|---|---|---|
| Description & Operation | Graphics/Text | Maintenance Displays | Read, Very Large | Description and Operation for entire aircraft in pictorial and textual format. | Airframe. Revised when necessary. |
| Location/Assembly Drawings | Graphics/Text | Maintenance Displays | Read, Very Large | Location and Assembly drawings for entire aircraft, in pictorial and textual format. | Airframe. Revised when necessary. |
| Maintenance Data & Practices | Graphics/Text | Maintenance | Read | Maintenance Data and practices for entire aircraft, in pictorial and textual format. | Airframe. Revised when necessary. |

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **CABIN CREW INFORMATION - DEPARTURE & ARRIVAL** | | | | | |
| Announcement | Text | Cabin Display | Read/Write, Small | Announcements to passengers describing safety features, exit locations, oxygen mask, seat belts. | FAA. Revised when necessary. |
| Checklist | Text | Cabin Display | Read, Small | Sequential procedures to prepare for departure, arrival, or emergency condition. | Airframe/Airline. Revised when necessary. |
| **CABIN CREW INFORMATION - PASSENGER DATA** | | | | | |
| Flight Schedules and Connections | Text | Cabin Display, Datalink | Read/Write, Medium | Textual presentation of departures, arrivals, and schedules; including delays, cancellations, gate number. | Airlines. Continual update via datalink. |
| Passenger List | Text | Cabin Display, Datalink | Read/Write, Small | List of passengers which have check in and boarded aircraft. | Airline. Finalized when departing from gate. |
| Special Meals/Needs | Text | Cabin Display | Read/Write, Small | Special meal orders, passengers requiring wheelchair or assistance, and children traveling alone. | Airline. Revised when boarding aircraft. |
| **CABIN CREW INFORMATION - REPORTS/FORMS** | | | | | |
| Cabin Supplies/Ordering Forms | Text | Cabin Display | Read/Write, Medium | List of supplies needed on aircraft, with forms to order supplies and to record restocking of supplies. | Cabin crew/maintenance. Revised when ordering or filling order. |
| Reports | Text | Cabin Display | Read/Write, Medium | Menu driven data entry for airline defined reports. | Cabin Crew. Reports filled out each flight. |
| Training | Graphics/Text | Cabin Display | Read, Large | Pictorial and textual materials for refresher courses and for training new employees. | Airline. Revise when necessary. |
| Policy/Procedures Manual | Text | Cabin Display | Read, Small | Cabin crew policies and procedures. | Airline. Revise when necessary. |
| Cabin Log Book | Text | Cabin Display | Read, Small | Flight & maintenance logs for cabin. | Airline. Revise when necessary. |

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| PASSENGER INFORMATION: INFLIGHT INFORMATION & ENTERTAINMENT GUIDE ||||||
| Airport Guide | Graphics/Text | Passenger display | Read, Medium | Pictorial view of airport gates, including ticketing, baggage claim, car rental, ground transportation. | Airline/Airport. Revised when necessary. |
| Beverage, Wine, and Spirits list | Text | Passenger display | Read, Very Small | Textual description of beverages, wine, and spirits available in flight, including cost. | Airline. Revised when necessary. |
| Catalog Sales | Graphics/Text | Passenger display, Datalink | Read, Very Large | Pictorial and textual description of available merchandise, order form. | Airline. Revised when necessary. |
| Customer Comments | Text | Passenger display, Datalink | Read, Very Small | Questionnaire evaluating the quality of service provided by the airline. | Airline. Revised when necessary. |
| Duty Free Sales | Graphics/Text | Passenger display, Datalink | Read, Large | Pictorial and textual description of available merchandise, duty free allowances, and order form. | Airline. Revised when necessary. |
| Frequent Flier Program | Text | Passenger display | Read, Very Small | Textual description of frequent flier program, bonus miles, free travel, upgrades, Application form. | Airline. Revised monthly. |
| Inflight Audio and Movie Guide | Graphics/Text | Passenger display | Read, Small | Textual list of audio selections and channel information. Graphical and textual description of movies. | Airline. Revised when necessary. |
| On Board Phone Instructions | Graphics/Text | Passenger display | Read, Very Small | Graphical/textual description of phone use. Accepted credit cards. Domestic and International rates. | Airline. Revised when necessary. |
| Route Maps | Graphics/Text | Passenger display | Read, Medium | Geographic illustration of airline routes, cities served, and time zones, & current location. | Airline. Revised when necessary. |

HARRIS-15646

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **PASSENGER INFORMATION - PASSENGER SERVICES** | | | | | |
| Flight Schedules and Connections | Text | Passenger display, Datalink | Read, Medium | Textual presentation of departures, arrivals, and schedules, including delays, cancellations, gate number. | Airlines. Continual update via datalink. |
| Maps and Attractions | Graphics/Text | Passenger display | Read, Large | Electronic presentation of local maps, attractions, points of interest, and local events. | Chamber of Commerce. Revised attractions and events weekly. |
| Reservations | Text | Passenger display, Datalink | Read, Large | Electronic reservation system for airline tickets, hotel, car rental | Advertisers. Revised when necessary. |
| Restaurant Directory | Graphics/Text | Passenger display | Read, Large | Graphical and textual description of local restaurants, including menu, cuisine, decor, atmosphere. | Advertisers. Revised when necessary. |
| Video Games | Graphics/Text | Passenger display, Joystick | Read, Very Large | Joystick control of video games for all age groups. | Software outlet. Revised when necessary. |
| Video Tapes | Video | Passenger display, Headphones | Read, Very Large | Video tapes for several categories: educational, comedy, documentary, sports. | Software outlet. Revised when necessary. |
| **PASSENGER INFORMATION - PUBLICATIONS** | | | | | |
| Advertisements/Reader Services | Graphics/Text | Passenger display, Datalink | Read, Medium | Pictorial and textual description of products, product information request form. | Advertisers. Revised when necessary. |
| Airline Magazine | Graphics/Text | Passenger display | Read, Large | Electronic presentation of articles related to business, life styles, sports, travel, etc. | Airline. Revised monthly. |
| Books | Text | Passenger display | Read, Very Large | Electronic presentation of recent releases and classics. | Publishers. Revised when necessary. |
| Major Publications (Newspapers & Magazines) | Graphics/Text | Passenger display | Read, Very Large | Electronic presentation of major publications: Newsweek, Time, Wall Street Journal. | Publishers. Revised when new publication released. |

HARRIS-15647