## APPENDIX B
## GLOSSARY

### ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AEEC | Airlines Electronic Engineering Committee |
| AFS | Aircraft File Server |
| ANSI | American National Standards Institute |
| ARINC | Aeronautical Radio, Incorporated |
| ASN | Abstract Syntax Notation |
| ATN | Aeronautical Telecommunication Network |
| ATA | Air Transport Association |
| BITE | Built In Test Equipment |
| CAT | Cabin Access Terminal |
| CCITT | Consultative Committee on International Telephone & Telegraph |
| CCITT-4 | CCITT Group 4 Facsimile raster graphics standard |
| CGM | Computer Graphics Metafile |
| CMC | Central Maintenance Computer |
| CMU | Communication Management Unit |
| COTS | Commercial Off The Shelf |
| CPMS | Cabin/Passenger Management System |
| CPU | Central processing unit. The main processing unit in a computer system. |
| DPI | Dots Per Inch |
| DTD | Document Type Definition |
| ELAN | Ethernet Local Area Network |
| ELC | Electronic Library Computer |
| ELS | Electronic Library System |
| ELSC | Electronic Library System Cabinet |
| FAA | Federal Aviation Administration |
| FAR | Federal Aviation Regulations |
| FDDI | Fiber Distributed Data Interface |
| FMC | Flight Management Computer |
| FMS | Flight Management System |
| FWS | Flight Warning System |
| GUI | Graphical User Interface |
| HOL | Higher Order Language |
| IEEE | Institute of Electrical and Electronic Engineers |

HARRIS-15648

### APPENDIX B (cont'd)
### GLOSSARY

#### ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| IMA | Integrated Modular Avionics |
| ISO | International Organization for Standardization |
| JAA | Joint Aviation Authority |
| JAR | Joint |
| LAN | Local Area Network |
| LCD | Liquid Crystal Display |
| LRM | Line Replaceable Module |
| LRU | Line Replaceable Unit |
| MAC | Media Access Control |
| MAT | Maintenance Access Terminal |
| MIB | Management Information Base |
| MMS | Mass Memory Subsystem |
| NIST | National Institute for Standards and Technology |
| OLAN | Onboard Local Area Network |
| OMS | Onboard Maintenance System |
| OSI | Open System Interconnect |
| PAT | Pilot Access Terminal |
| PMAT | Portable Maintenance Access Terminal |
| SAE | Society of Automotive Engineers |
| SCSI | Small Computer System Interface |
| SGML | Standard Generalized Markup Language |
| SMT | Station Management |
| STC | Supplemental Type Certification |
| TC | Type Certification |
| TSO | Technical Standard Order |

HARRIS-15649

### APPENDIX B (cont'd)
### GLOSSARY

| | |
|---|---|
| Ada | A higher order language. |
| Administrator | A person or application that controls the configuration and availability of files, privileges, and other resources of a computer system. |
| Application | The portion of the ELS software that provides the functions unique to the system and which are not part of the processing environment software. Applications are the portion of the ELS software that should be portable between different hardware platforms. |
| Application Environment Profile | A collection of application program interfaces and the appropriate specification of optional values and services, that forms a description of an environment that support portable applications. |
| Application Interface | An application program interface. |
| Application Program Interface | The collection of routines that may be called by an application and a definition of the parameters passed to, and received, from the processing environment. |
| ASN.1 | Abstract Syntax Notation One - the OSI language used to describe a data type that is independent of machine-oriented structures and restrictions. |
| BER Basic Encoding Rules | The OSI language used to describe the transfer syntax. |
| Bridge | Operates as a relay at the physical layer of the OSI Reference Model by regenerating electrical/optical signals between cable segments to physically extend the network. |
| Bridge/Router ("Brouter") | Operates as a relay at the logical link control sublayer of the data link layer in the OSI Reference Model. Connects network segments with different MAC protocols (e.g., between ARINC 646 and ARINC 636 segments). |
| C | A higher order language. |
| Client/Server | A software architecture wherein one or more applications (servers) provide some set of services to one or more applications (clients) requiring those services. |
| FDDI | LAN token passing standard developed for using fiber optics at speeds of 100 Mbps. FDDI provides high performance to support a large number of users and/or large geographic areas. (ISO 9314) |
| Gateway | Operates as a relay at any layer above the network layer of the OSI Reference Model to translate messages between dissimilar networks. An example of this is to translate data transmitted using non-OSI protocols over ARINC 429 onto an OLAN that employs OSI protocols. |
| Higher Order Language | Programming languages that allow more complex constructs to be used than that possible with machine or assembly language. |
| Interapplication Communications | The services that provide for, or the act of, two or more applications exchanging information. |
| Interprocess Communications | The services that provide for, or the act of, two or more processes exchanging information. |
| Language Binding | A programming language specific description of an application program interface. |
| Library | A collection of software routines. |
| Motif | A library that serves as a higher level interface to Xlib. |

HARRIS-15650

## APPENDIX B (cont'd)
## GLOSSARY

| | |
|---|---|
| OSI | A seven layer communications protocol that facilitates communications between computers with different architectures and microprocessors. |
| Application Layer | Supplies user services, application specific standards. |
| Presentation Layer | Provides code conversion, data reformatting. |
| Session Layer | Coordinates interactions between end application processes. |
| Transport layer | Ensures end-to-end data integrity and quality of service. |
| Network Layer | Switches and routes information. |
| Data Link Layer | Transfers information to other end of physical channel, controls media access. |
| Physical Layer | Transmits bit stream over the medium. |
| Partitioning | A guarantee of isolation between applications and/or processes such that a failure of one or more applications and/or processes cannot cause software in another partition to fail. |
| Physical Memory | Solid state memory connected directly to the CPU. |
| Process | An independently executing portion of an application. Applications consist of one or more processes. |
| POSIX | Portable Operating System Interface - A family of standards that address the portability of UNIX and the issues of Open Systems. |
| Processing Environment | The software environment within which ELS applications execute. This includes the operating system, hardware specific device drivers, and functions required to allow the system to operate in an airborne environment. The processing environment is envisioned as the software that is "tied" to the ELS hardware. |
| Real Time | Used to denote software or systems that perform in a time deterministic fashion. Should not be confused with being "fast". |
| Repeater | Operates as a relay at the physical layer of the OSI Reference Model by regenerating electrical/optical signals between cable segments to physically extend the network. |
| Router | Operates as a relay at the network layer of the OSI Reference Model to connect logically separated networks running the same network protocols by determining how packets are to be routed through multiple paths to their destination. |
| Shell | An application that allows a user to enter commands to control the operation of a computer system. Usually refers to applications that perform no function other than the interpretation of such commands. |
| SVID | System V Interface Definition. A document that describes the application interface to System V UNIX. Operating systems that provide this interface for applications are considered to be SVID compliant. |
| SVR4 | A references to AT&T UNIX System V, release 4. |
| System Call | The act of causing a processing environment service or routine to execute on behalf of an application. A description of a routine or service provided by the processing environment. |
| System V | A references to the fifth major release of AT&T UNIX. |
| Transport Layer Interface | An application program interface to network services that is independent of the underlying software and hardware implementation. The TLI forms the interface to layer 4, the transport layer, of a standard network protocol stack. |

HARRIS-15651

## APPENDIX B (cont'd)
## GLOSSARY

| | |
|---|---|
| UNIX | A commercially available operating system in wide-spread use. |
| Virtual Memory | The use of mass storage devices (such as a mass memory unit) to simulate additional physical memory. Generally requires memory management hardware associated with the CPU and a high-speed mass storage subsystem. |
| X Server | Short for X-Windows Server. |
| X-Windows | A distributed client/server architecture for display/user input devices. |
| X-Windows Client | An application that uses Xlib to utilize the services of an X-Windows server for user interaction. |
| X-Windows Server | Used to refer to a terminal that supports X-Windows for user interaction, or the software that implements such support. This server provides user interface services for one or more client applications. |
| X/Open | An industry consortium that develops portability standards. |
| X11 | A reference to version 11 of the X-Windows system. |
| X11R5 | A reference to release 5 of version 11 of the X-Windows system. |
| Xlib | The name commonly used to refer to the X-Windows client libraries. The software that implements the application interface to X-Windows servers. |
| X Window System | A network-based graphics windowing system. |

HARRIS-15653