# Tab 12

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

538 02980

# POTENTIAL OMS/ELS SPREAD SPECTRUM RF LINK

FOR

## FAA, LONG BEACH

*21 SEPTEMBER 1993*

Peter W. Hibson
OMS/ELS Project Manager
McDonnell Douglas Aerospace
(310) 593-8352

CONFIDENTIAL

EXHIBIT
10-21-09
61
Dr. Modarress

Harris v. FedEx
TBC000046

## CUSTOMER NEED

WAS
ARINC 604 —
IS
ARINC 624 [OMS]
• Faster turn around

Mass memory
Job charts
10 giga bytes
ELS:

Reduce the Cost and Improve the Efficiency of:

- ❑ The Ability to Diagnose a Fault to a Readily Repairable Level.
  - Automate and Simplify Processes/ Procedures.
  - Improve Dispatch Reliability, MCSP, MMH/ FH & MTTR.
- ❑ The Information Needed to Operate or Maintain an Aircraft.
  - Difficulty of Rapidly/ Accurately Locating Need Information.
  - Physical Inconvenience of Using Documents.
- ❑ Movement Toward a "Paperless" Aircraft Environment.
  - Weight, Storage Space, Accessibility of Documents.
  - Operating Costs, Coo, & Lcc.
  - Time, Effort & Expense for Revision.

OMS/ELS Are the Current Industry Approaches to Meet These Needs.

CONFIDENTIAL

**FAA & SPREAD SPECTRUM**

## WHAT IS OMS/ELS?

- The Onboard Maintenance System (OMS) and Electronic Library System (ELS) Are the Additional Airborne Portions of an Aircraft Information System for Flight, Maintenance & Cabin Operations.

- Note: Since OMS/ELS Are Onboard Members of a Much Larger Ground-based Information Management System, the Airline Operated Ground System(S) Must Be In Place to Attain "Paperless" Operation.

***MCDONNELL DOUGLAS AEROSPACE***

FAA_SPREAD JT 9-20-93

FAA & SPREAD SPECTRUM

## WHAT ARE OMS FUNCTIONS?

OMS Provides the Centralized Maintenance Capability to the User Via Workstations Called the Pilot Access Terminal(S) (Pat), Maintenance Access Terminal (Mat), Cabin Access Terminal (Cat), and Portable Universal Terminal(S) (Put). OMS Functionality Includes:

- Testing
- Fault Data Bases
- Electronic Documentation (ELS)

MCDONNELL DOUGLAS AEROSPACE

FAA_SPREAD JT 9-20-93

CONFIDENTIAL

Harris v. FedEx
TBC000049

FAA & SPREAD SPECTRUM

## ELS OBJECTIVE

- Manage Information on the Aircraft and Serve As Common Source of Automated Documentation, Procedures & Information for Flight, Maintenance & Cabin Crews.
- Provide Users With Rapid, Simple, Accurate, and Up-to-date Access to Information.

MCDONNELL DOUGLAS AEROSPACE

FAA_SPREAD JT 9-20-93

CONFIDENTIAL

Harris v. FedEx
TBC000050



FAA & SPREAD SPECTRUM
GENERIC ARINC
ELS ARCHITECTURE 2
CPMS (746)
CAT (746)
PAT 1 (649)
PRINTER 2 (744X)
AFS 1 (649)
3
BPS 7
BPS 9
BPS 5
BPS 1
BPS 3
OLAN (636)
CMC 1 (624)
PS 1
PIO1
MMS 1
MMS 3
MMS 5
MMS 7
MMS 9
ELSC (949)
SPARE (TBD)
PDL (615)
ADL (615)
GATE LINK (751)
SATCOM (741)
ACARS (724)
(TBD)
(429)
(636)
INTELLIGENT HUB (649)
(RS232)
(646)
SPARE (TBD)
BCR 1-3 (624)
FWS (TBD)
FMS 1&2 (702)
PRINTER (744A)
PUT 1-12 (644)
PAT 2 (649)
PRINTER 1 (744X)
MAT (624)
BPS 2
BPS 4
BPS 8
BPS 6
Jet Net
OLAN (636)
PLANet
AFS 2 (649)
4
CMC 2 (624)
PS 2
PIO2
MMS 2
MMS 4
MMS 6
MMS 8
MMS 10
ELSC (949)
MCDONNELL DOUGLAS AEROSPACE
OMS/ELS ARCH
JT 4-2-93
• Like to Like
• Similar to Similar
• Unlike

CONFIDENTIAL

Harris v. FedEx
TBC000051

GATELINK - Ethernet

InfraRed

**CONFIDENTIAL**

**Harris v. FedEx**
**TBC000052**


## FAA & SPREAD SPECTRUM

### SUMMARY

| | |
|---|---|
| Gatelink | Not All Airports Have Gate.<br>No Desire to Tear-up Ramp for Physical Implementation. |
| PMAT | Must Be Tethered or One Time Download.<br>No Voice Communication. |
| Spread Spectrum RF | Allows Ground/ Aircraft, Ground/ Maintainer & Maintainer/ Aircraft Communication.<br>No Tether.<br>Increased Number of Aircraft & Users.<br>Lower Cost Increased Functionality. |

– Summit Avionics builds the SEXTANT Printer

**MCDONNELL DOUGLAS AEROSPACE**

FAA_SPREAD JT 9-20-93

CONFIDENTIAL