# Tab 13

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

FORM A

| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION<br>OFFICE OF LIFE & MICROGRAVITY SCIENCES & APPLICATIONS<br><br>LIFE AND BIOMEDICAL SCIENCES AND APPLICATIONS DIVISION<br><br>SOLICITED PROPOSAL APPLICATION<br>FOLLOW INSTRUCTIONS CAREFULLY | LEAVE BLANK |
|---|---|
| | NUMBER |
| | REVIEW GROUP |
| | DATE RECEIVED |

| 1. TITLE OF PROJECT (Up to 56 spaces) | Wireless CDMA Voice and Data Communication System for on-ground Aircraft Operation and Maintenance |
|---|---|
| 2. IS THIS PROPOSAL  ☒ NEW  ☐ RENEWAL  ☐ REVISED | 3. HAS THIS PROPOSAL (OR SIMILAR REQUEST) BEEN SUBMITTED TO ANY OTHER AGENCY?<br>☒ No  ☐ Yes  IF YES, SPECIFY: |
| 4. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR | |
| 4a. NAME (Last, first, middle) | 4b. DEGREE(S)   4c. SOCIAL SECURITY # |
| 4d. POSITION TITLE | 4e. MAILING ADDRESS (Street, city, state, zip code) |
| 4f. DEPARTMENT, SERVICE, LABORATORY OR EQUIVALENT | |
| 4g. MAJOR SUBDIVISION | 4h. TELEPHONE (Area code, number & extension) |

| 5. HUMAN SUBJECTS  ☐ EXEMPTION #_____<br>5a. ☐ No ☐ Yes   OR<br>   ☐ IRB Approval Date_____ | 6. VERTEBRATE ANIMALS<br>6a. ☐ No  ☐ Yes  ☐ ACUC Approval Date_____ |
|---|---|
| 5b. Assurance of Compliance #_____ | 6b. PHS Animal Welfare Assurance #_____ |

| 7. DATES OF ENTIRE PROPOSED PROJECT PERIOD | 8. COSTS REQUESTED FOR FIRST 12-MONTH BUDGET PERIOD | 9. COSTS REQUESTED FOR ENTIRE PROPOSED PROJECT PERIOD |
|---|---|---|
| From May 1, 1994<br>Through November 30, 1994 | 8a. Direct Costs  8b. Total Costs<br>$ TBD          $ 100K (TBD) | 9a. Direct Costs  9b. Total Costs<br>$ SAME           $ |

| 10. PERFORMANCE SITES (Organizations and address) | 11. APPLICANT ORGANIZATION (Name, address, and Congressional district) |
|---|---|

12. TYPE OF ORGANIZATION —
☐ Public, Specify  ☐ Federal  ☐ State  ☐ Local  ☐ Non Profit  ☐ For Profit (General)  ☐ For Profit (Small Business)

| 13. OFFICIAL IN BUSINESS TO BE NOTIFIED IF AN AWARD IS MADE (Name, title, address and telephone number) | 14. OFFICIAL SIGNING FOR APPLICANT ORGANIZATION (Name, title, address and telephone number) |
|---|---|

| 15. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR ASSURANCE: I agree to accept responsibility for the scientific conduct of the project and to provide the required progress reports if a grant is awarded as a result of this application. Willful provision of false information is a criminal offense (U.S. Code, Title 18, Section 1001). | SIGNATURE OF PERSON NAMED IN 4a<br>(In ink. "Per" signature not acceptable.)<br><br>DATE |
|---|---|
| 16. CERTIFICATION AND ACCEPTANCE: I certify that the statements herein are true and complete to the best of my knowledge, and accept the obligation to comply with NASA terms and conditions if a grant is awarded as the result of this application. A willfully false certification is a criminal offense (U.S. Code, Title 18, Section 1001). | SIGNATURE OF PERSON NAMED IN 14<br>(In ink. "Per" signature not acceptable.)<br><br>DATE |

CONFIDENTIAL


EXHIBIT
10-21-09
64
Dr. Modarress

Harris v. FedEx
TBC000014

# WIRELESS CDMA VOICE AND DATA COMMUNICATION SYSTEM FOR ON-GROUND AIRCRAFT OPERATION AND MAINTENANCE

## ABSTRACT

Physical Research, Inc. (PRi), teamed with NASA and McDonnell Douglas Aerospace (MDA), proposes to develop a Research Analysis of a wireless RF communication system for the NASA-sponsored ACFA Program. The proposed system will provide voice communications and text and graphics data transmission for aircrew, maintenance and dispatch personnel in the airport environment, including linking ground-located and on-board components of information management systems and providing access by maintenance personnel to databases through portable graphics terminals. It offers substantial advantages over existing and proposed systems in capability as well as initial, installation and operating costs. The system will employ code division multiple access spread spectrum (CDMA/SS) technology in low power, short range transmitter/receiver units. Base units will interface with airport communications lines and control communications with on-board and on-ground units in their vicinity. A new PRi technique for reducing multi-user interference will provide total system capacity several times that available in current CDMA/SS systems, and a sophisticated control algorithm will permit mixing voice, text and graphic data transmissions. The proposed Research Analysis will address technical feasibility, costs, and benefits, and prepare a proposal for development and test of the system in a Research Project.

CONFIDENTIAL

Harris v. FedEx
TBC000015

## WIRELESS CDMA VOICE AND DATA COMMUNICATION SYSTEM FOR
## ON-GROUND AIRCRAFT OPERATION AND MAINTENANCE

**PROJECT DESCRIPTION**

**Objectives**

Physical Research, Inc. (PRi), teamed with NASA and McDonnell Douglas Aerospace (MDA), proposes to develop a Research Analysis of a wireless RF communication system for the NASA-sponsored ACFA Program. This proposed system will meet all the requirements for voice communication and access to text and graphic data in on-ground aircraft maintenance and dispatch operations. Based on a new technique that will decrease multi-user interference levels by large factors in code division multiple access spread spectrum (CDMA/SS) communications systems, the PRi system will provide cockpit, cabin, maintenance and dispatch personnel with secure, low noise voice communications and simultaneous access to on-board and on-ground databases. The system will be designed for use at large and small airports and other maintenance installations.

The proposed Research Analysis program will:
- establish the technical feasibility of the communication system
- establish user needs for on-ground voice and data communications over a range of airports and maintenance facilities as a basis for defining system design parameters
- establish current installation and operational costs as a basis for estimating savings that can be achieved with the proposed system
- define the technical project required to develop the proposed system.

**Expected significance**

The PRi system will provide several advantages over information communication systems now in use or in development:
- Rapid transmission of text and graphic images between ground-based and on-board systems
- Direct wireless access by on-ground personnel to text and graphics data from on-board (OMS/ELS) and ground-based information systems through small portable terminals
- Wireless voice communications between on-ground and/or on-aircraft personnel
- Federal Communications Commission licensing not required
- Can be installed at ramps and hangars, as well as gates
- Precise positioning of aircraft for tether hookup or direct line-of-sight transmission not required
- Low cost and simple on-ground installation without tearing up ramps
- Low cost and simple on-board installation using existing antenna systems on many aircraft
- Low operational costs

**Relation to present state of knowledge in the field**

Aircraft maintenance and dispatch operations require transmission of ever-growing quantities of information in voice, character-based (text) and graphic image formats. Examples include voice communications between cockpit crew, cabin crew, dispatch personnel and maintenance personnel, flight plans, weather forecasts, passenger service information, and maintenance records, procedures and manuals. Both on the ground and on board the aircraft, much of this information must be stored until it is needed and then be immediately and conveniently available. Storage volume and weight requirements and the time and expense required for updating information are being reduced by storing information electronically in digital data formats rather than on paper. The On-board Maintenance System (OMS) and Electronic Library System (ELS) being developed by McDonnell Douglas provide convenient access to operating and maintenance information by on-board personnel through graphics-capable terminals, and also automate collection of maintenance and operational data. They are on-board components of a much larger, ground-based maintenance information management system. This is the current industry approach to reducing the cost and improving the efficiency of maintenance and dispatch operations.

A communications bottleneck must be broken if the full benefits of digital information management systems are to be achieved. On-ground and on-board system components must communicate to exchange updated information at varying intervals. Also, maintenance personnel outside the aircraft need voice communication with flight crew and maintenance personnel on board, and access to text and graphic data at their work locations. A majority of information exchanges will take place with the aircraft on the ground, so only a short-range link is needed for that function.

Projected communications requirements far exceed the capacity and capabilities of current communications systems, and systems proposed or under development also have serious disadvantages. Currently most digital data transfer is through the Aircraft Communications and Address Reporting System (ACARS).[1] This is a low speed, character-oriented VHF network with a separate voice communications system. Transmission of graphic images is impractical because of the small data block size (220 characters) and slow speed. SATCOM and GATELINK are systems that have been suggested as alternatives. SATCOM is satellite-based and designed for support of trans-oceanic operations. Required equipment will cost from $500K to $750K per aircraft for two voice and one data channels, and service cost will be $1.00 per thousand bits transmitted. It is expected to be operational in 1997. GATELINK is a high speed fiber optic system under development for installation at airport gates. It will use either a fiber optic cable connection to the aircraft or line-of-sight infrared (IR) transmission, so communication is limited to a single aircraft in a restricted position. It does not support communications between on-ground and on-board personnel. None of these systems combine voice, text and graphic data transmissions.

CONFIDENTIAL

Harris v. FedEx
TBC000016

A low-power wireless RF link using CDMA/SS technology offers an attractive alternative to the systems described above. Originally developed for military applications, the technology has been applied successfully to satellite communications, consumer electronics and cellular communication systems. In CDMA technology users' signals are spread over a wide band according to spreading codes which are mutually orthogonal and individually assigned to users. The base station has a correlator for each spreading code, and controls code synchronization. In commercial cellular systems, CDMA has shown superior ability in reducing the effects of interference from nearby cells as well as from other users in the same cell. It is the only scheme which has shown promise in making all of the allocated spectrum available to the system in every cell.[2]

Figure 1 shows a conceptual layout for implementation of the CDMA/SS technology at a large airport terminal. Each tinted circle represents coverage by a low powered, short range base station with capability to communicate with a number of users, either transmitter/receiver units connected with aircraft on-board data management system components, or portable voice/graphics terminals used by maintenance personnel working outside the aircraft. The base station will control transmissions between all of the communication units. In a large terminal area like this several airlines might each have a few base stations, which would connect with their individual information management systems. The communications protocols for the various systems would include security protocols requiring positive identification by stations attempting to communicate with the base stations. As in a cellular telephone system, mobile users (aircraft or portable) could access other users or databases, ground-based or on-board, through the nearest base station.



Figure 1. Short range CDMA/SS systems provide voice, text and graphics data communication in a terminal area.

**Relation to previous work done in the field and related work in progress elsewhere**

An important aspect of the CDMA wireless system is simultaneous sharing of the frequency band by several users. A CDMA micro-cellular system developed[3] recently has shown an improvement in capacity (maximum number of simultaneous users at a given bit error rate) by factors of 4 to 6 over second generation digital cellular systems and nearly 10 to 20 over first generation analog cellular systems for voice users. These improvements are due to:
- All of the bandwidth is available in each cell in a CDMA system;
- A phenomenon similar to statistical multiplexing occurs in this system because users activate their transmitters only when they have a message to transmit;
- The power received from each user is equalized by a power control technique.

Recent demonstrations of the CDMA system[4] have shown its viability for use in multi-user wireless voice communication system applications. The system has some drawbacks, however, for application in multi-mode information systems. For example, it requires a complex power control technique to guarantee that all signals are received by the base station at the same power level. This only equalizes the mutual interference, without reducing the total interference power at the base station. Mutual user interference is considered to be the primary limiting factor for Direct Sequence spread spectrum systems. Also, the current system provides only for voice transmission, and can not support the needs of aircraft maintenance and dispatch information systems which must transmit great amounts of text and graphics data.

Physical Research, Inc. has conceived a novel, proprietary technique called an Interference Canceller for directly reducing the total interference power. Preliminary investigations have shown that implementation of this technique in a CDMA system will produce a substantial increase in the system capacity and throughput, and also will remove the need for a complicated power control algorithm. Data rates in the Megabits/second range can be achieved. This makes wireless transmission of text and graphics data possible.

CONFIDENTIAL

Harris v. FedEx
TBC000017

The Interference Canceller technique is based on parallel demodulation and despreading of the incoming signal using the pseudo-random number (PN) codes of each user. Figure 2 shows a block diagram of the operation. The received signal is despread and demodulated. Using the correct PN code, the signal for each user is respread and remodulated. This signal from each channel is then transmitted to every other channel. Each channel thus receives a set of signals that represents, approximately, the part of the total incoming signal contributed by all other channels. These signals are summed and the sum is subtracted from the total incoming signal, which has been delayed by the time required to perform the demodulation-remodulation process. The subtraction thus represents a reduction in the interference due to mutual users. The resulting signal is then despread and demodulated, with a lower overall error rate in bit detection. Since this set of detections represents an improved approximation of the correct set, the technique can be reapplied. Cascading multiple stages of Interference Cancellation continues to improve the bit error rate and increase the maximum system capacity.



Figure 2. Parallel Interference Canceller block diagram.

A preliminary analysis of the scheme was performed. Figure 3 shows the theoretical estimation of the system capacity of a CDMA cell with an Interference Canceller in comparison with a conventional CDMA cell. It should be noted that this was a worst-case analysis. The calculation assumed that beyond the first stage errors made by all users were completely correlated, so that the performance improvement shown was achieved by only one Interference Canceller stage. For an error probability per user of $10^{-5}$, each transmitting uncoded binary phase-shift keying (PSK) channel (spreading ratio 100) supports a maximum of 10 users in a conventional CDMA system, but about 50 with an Interference Canceller.



Figure 3. Theoretical estimation of the maximum system capacity.

CONFIDENTIAL

Harris v. FedEx
TBC000018

With this substantial increase in the maximum data rate or capacity, it is now feasible to design a multi-user system that can transmit voice, text and graphics data. However, a transmission protocol that takes into account the completely different requirements for voice and other data types is required. Voice transmission must be timely. Delays of longer than 100 ms make conversation quality unsatisfactory, but high bit error probabilities (e.g., 0.001 in the present CDMA systems) are acceptable. Text and graphic data can accept long delays, but bit error rates (BER) worse than $10^{-5}$ are usually unacceptable and in some applications a BER of $10^{-10}$ is needed. Simply to set aside part of the bandwidth for voice transmission is unsatisfactory because it reduces the maximum capacity of the system. A more sophisticated approach is necessary. In the PRi system, the base station will transmit information on a control channel about the signal to interference ratio being measured at the station and the current number of active voice users. Terminals with text or graphic data to transmit will divide the data into packets and monitor the control channel. When the control signal indicates that the number of voice users is low and the signal to interference ratio is high, the terminal will transmit one data packet and return to monitoring the channel, continuing the process until all packets are transmitted.

CDMA technology is so widely used in commercial cellular communications applications that major system components needed for the multi-mode system are available in quantity at very reasonable prices. Advances in use of the technology may be expected to continue, with possible benefits for aeronautics applications. Conversely, needs for wireless multi-mode, multi user communication systems exist in other industries. Development of a successful system for the airline industry may lead to further commercial developments.

### General plan of work

The Research Analysis effort will be structured to achieve four objectives:
- Establish a database for setting system design objectives and determining probable benefits
- Establish the technical feasibility of the system
- Establish the probable benefits of system implementation to the aeronautics community
- Provide a proposal for development of the system as a Research Project

### Task 1: Database

The PRi communication system is expected to be applicable to a wide variety of environments, including large and small airfields, civilian and military, maintenance bases, etc. Such factors as the total number of users, number of aircraft per ground component, aircraft and ground component spacing and location, and amounts of data of various types to be transmitted may influence design parameters in the final product design. In order to determine the feasibility of the system, and also to provide a credible basis for estimating the probable benefits of system implementation, a set of representative environments will be defined. For each environment values or value ranges for each factor will be set. Costs of installation and operation will be estimated for the PRi system and other systems and projected into the future. Assumptions and the bases on which estimates are made will be documented.

### Task 2: Feasibility analysis

An overall system design will be developed, utilizing the system models developed in prior work and the environment definitions developed in Task 1. System operation will be simulated with validated simulation models to establish feasibility and the results will be documented.

### Task 3: Benefits analysis

A cost/benefit analysis will be carried out for each of the environments established in Task 1.

### Task 4: Research Project proposal

A Research Project proposal will be prepared. The overall objective of the Research Project will be to design, fabricate and test one or more prototypes of the communication system, and to evaluate its commercial potential. A tentative task structure for the proposal is presented here.

   Prospective Task Structure for the Research Project Proposal
- Develop design requirements for major units
  - Establish logistics requirements for the aircraft system: size, weight limits, connections, MilSpec requirements, power, communication protocols
  - Establish requirements for the base system: design of coverage at the test site, antenna requirements, small airport/large airport design variations
  - Establish requirements for the portable system: size, weight, power, antenna, etc.
- Develop the overall system design
  - Establish requirements for Federal Aviation Administration approval
  - Define the design parameters
  - Develop an overall design for each major unit: base unit, aircraft unit, portable unit
  - Develop a detailed design for each internal subsystem
  - Design the software protocol for system operation and interface with ground-based and on-board information systems
- Implement the design for alpha testing
  - Fabricate a prototype base unit
  - Fabricate an aircraft unit

CONFIDENTIAL

Harris v. FedEx
TBC000019

- Fabricate one or more portable units
- Develop the software: control protocol, interface protocol, security protocol
* Field test and validate system performance
  - Install the system at alpha test site
  - Test the system and document performance
* Evaluate commercial potential
  - Establish probable manufacturing and other costs
  - Survey market size and possible selling price

A complete partnership for performing the Research Project will be developed. This will include identifying resources, establishing availability, developing a management structure, defining the relationships between participating organizations, and establishing procedures for quality control and assurance, internal review, and reporting. Funding and facility requirements will also be established.

## REFERENCES

1. "Parked Aircraft to Terminal Ground Oriented Communications," Airline Electronic Engineering Committee, ARINC Report 751, October 21, 1992.
2. Gilhousen, K.S., "On Capacity of a Cellular CDMA System," IEEE Transactions on Vehicular Technology, Vol. 40, No. 2, May 1991.
3. Qualcomm, Inc.
4. Private communications from McDonnell Douglas Aeronautics, Delta Airlines, Federal Aviation Administration.

## MANAGEMENT APPROACH

TBD

CONFIDENTIAL

Harris v. FedEx
TBC000020

**PERSONNEL**
**Principal Investigator**

                TBD   NASA?

CONFIDENTIAL

Harris v. FedEx
TBC000021

Professional personnel - PRi

**DARIUSH MODARRESS**
Education
Ph.D., Mechanical Engineering, University of California, Berkeley (1974)
B.Sc., Mechanical Engineering, University of London (1970)
Professional Experience
Dr. Modarress is Vice President and Operations Manager at PRi. His responsibilities include technical and managerial oversight of research projects. Dr. Modarress has long been involved in development of high-speed diagnostic instrumentation, including specialized electronic hardware. He has initiated and managed over twenty basic and applied research projects, including several related to wireless communication systems. Projects he has managed include:
- Design and development of a multi-user wireless link using direct sequence spread spectrum technology
- Development of a 10 Gigasample/second 6-bit analog-to-digital converter (using GaAs HBT technology)
- Design and fabrication of a high speed system for burst detection in a very noisy environment
- Design of a single-chip fiber optic receiver with clock and data recovery at 1.5 Gigabits/second

Dr. Modarress is the author of over forty journal articles and other publications. He also holds two patents related to instrumentation.

**AHMADREZA ROFOUGARAN**
Education
M.S., Electrical Engineering, University of California, Los Angeles (1988)
B.S., Electrical Engineering, (summa cum laude) University of California, Los Angeles (1986)
Professional Experience
Mr. Rofougaran is head of the electronics R&D group at PRi. He is also a Ph.D. candidate in the graduate program in Electrical Engineering at the University of California, and expects to receive the degree in 1995. Mr. Rofougaran is an RF systems designer specializing in spread spectrum system technology. He is currently the Principal Investigator for development of a 10 GHz, 6-bit analog-to-digital converter implemented in monolithic GaAs HBT technology. This ARPA SBIR Phase II program, currently nearing completion, has produced two patentable advanced circuit concepts and five commercializable products. Mr. Rofogouran has also led in development of a fast frequency hopped spread spectrum (FFH/SS) radio transceiver for high quality wireless microphone and radio-telephone link systems, and in development of a Global Integrated Network Access system for data communications. His group is currently involved in research for extending wireless communication systems to carry multi-media data.

Mr. Rofougaran is also experienced in design and development of wireless and fiber optics receivers, transmitters, phase locked loops, and digital signal processing integrated circuits. He has developed an ultra-speed mixed analog and digital cell library for design of GaAs integrated circuits and several analog models for silicon short channel FETs, GaAs MESFETs, GaAs HEMTs, and high speed silicon bipolar circuits.

Mr. Rofougaran is the author of several papers and is a member of SPIE. Among his relevant publications and reports are:
"A Low-Power Handheld Frequency-Hopped Spread Spectrum Transceiver Hardware Architecture," IEEE Workshop on VLSI in Communication, Lake Tahoe, CA, Sep 15-17, 1993.
"Analog CMOS ICs for RF Communications," IEEE Workshop on VLSI in Communication, Lake Tahoe, CA, Sep 15-17, 1993.
"Analog Modeling for Short Channel FETs," IEEE Journal of Computer Aided Design, 1993.
"Low Power, High Performance GaAs Source-Coupled Logic (SCL) Family for Signal Processing Applications," SPIE Technical Symposium on Optical Engineering and Photonics, 1990.

**SYED K. ENAM**
Education
Ph.D., Electrical Engineering, University of California, Los Angeles, 1992
M.S., Electrical Engineering, Southern Methodist University, 1983
B.S., Electrical Engineering, NED University, Karachi, Pakistan, 1981.
Professional Experience
Dr. Enam is a system designer specializing in light-speed fiber optic communications and high speed integrated circuit designs. His experience includes designs in both GaAs and high speed silicon technologies. At PRi he is engaged in the 10 GHz, 6-bit ADC development program sponsored by ARPA. Previously he participated in design and fabrication of a high speed system for burst detection in a very noisy environment, and designed a single-chip fiber optic receiver with clock and data recovery at 1.5 Gigabit/second.

CONFIDENTIAL

Harris v. FedEx
TBC000022

Among Dr. Enam's relevant papers and publications are:
"NMOS ICs for Clock and Data Regeneration in Gigabit-per-second Fiber Optic receivers," IEEE Journal of Solid State Circuits, Dec, 1992.
"MOS Decision and Clock Recovery Circuits for Gb/s Optical Fiber Receivers," IEEE International Solid State Circuit Conference, Feb 1992.
"A 300 MHz CMOS Voltage Controlled Oscillator," IEEE Journal of Solid State Circuits, Feb 1990.

**Consultant**
**DARIUSH DIVSALAR**
Jet Propulsion Laboratory
Dr. Divsalar will assist in the development of system designs and will perform periodical technical reviews.
Education
Ph.D., University of California at Los Angeles (UCLA), 1978
Professional Experience
Dr. Divsalar has been a member of the technical staff at the Jet Propulsion Laboratory since 1978. He has been in charge of research projects related to deep space and mobile satellite communications, and has developed innovative approaches to system design, coding, modulation and synchronization for fading environments. Dr. Divsalar has published over 80 refereed journal and conference papers, which include:
"On the Implementation and Performance of Single and Double Differential Detection Schemes," with M.K. Simon, IEEE Transactions on Communications, Feb 1992.
"Multiple Symbol Differential Detection of MPSK," with M.K. Simon, IEEE Transactions on Communications, Mar 90.
"The Performance of Trellis Coded Multilevel DESK on a Fading Mobile Satellite Channel," with M.K. Simon, IEEE Transactions on Vehicular Technology, May 1988 (IEEE Best Paper Award).
Dr. Divsalar holds several patents on communication techniques, including:
Multiple Trellis Coded Modulation, U.S. Patent No. 4,922,507 (1991).
Trellis-Coded Modulation for Transmission over Fading Mobile-Satellite Channel, U.S. Patent No. 4,945,549, (1991).
Trellis Coded Multilevel DESK System with Doppler Correction for Mobile Satellite Channels, U.S. Patent No 5,023,889, Jun 11, 1991.
Multisymbol Differential Detection, U.S. Patent No. 5,017,883, May 21, 1991.

**Professional personnel - McDonnell Douglas Aerospace**
**PETER W. HIBSON**
Position:   Senior Engineer/Scientist, Advanced Aircraft Systems
Education:
BS., Electronics Management, Southern Illinois University, 1986.
AAS., Avionics Systems Technology, Community College of the Air Force, 1984.
AS., Electronics, Victor Valley College, 1984.
MDC Experience:
At present, Mr. Hibson is the Project Manager for the MDA development of Onboard Maintenance Systems (OMS) and Electronic Library Systems (ELS). He has developed the systems concepts and design requirements for implementation across the MDA transport family. His research also supported the Aeronautical Radio Incorporated (ARINC) development projects of OMS, ELS and the Portable Maintenance Access Terminal. During these ARINC development activities, Mr. Hibson served as the ELS ad hoc Systems Architecture/Mass Storage Working Group Chairman.
Previously, Mr. Hibson was assigned as the Principal Investigator of the Independent Research and Development of Systems Diagnostics and Testability. His work was directed towards improvement in the fault detection, isolation and reporting characteristics of future/current MDA military and commercial aircraft systems. Areas of investigation included standards and processes development, technology development, data and methods development, and MDA integration.
In his first assignment at MDA, Mr. Hibson defined the avionics maintainability concepts and policies which increased the operational availability and reduced maintenance operating costs of the C-17A aircraft. Mr. Hibson was also involved in the maintenance engineering of aircraft avionics components for the C-17A in accordance with MIL-STD-1388/2A utilizing the CLASS data base.
Other Experience:
1985 - 1986. Mr. Hibson participated in the USAF worldwide fighter gunnery meet "Gunsmoke '85," at which he developed successful alignment procedures for the optical sight system versus slant range parameters.
1983 - 1985. As a Weapon Control System Specialist, he performed on-aircraft operational checkouts, troubleshooting, repair and alignment procedures on F-4G aircraft, improving the reliability for its missile firing systems.
1982 - 1983. As Crew Chief of the Optical Sight Bench, Mr. Hibson performed bench maintenance on line replaceable units of the F-4E/G weapon control system components and conducted the support equipment calibration program.

- 8 -

CONFIDENTIAL

Harris v. FedEx
TBC000023

Memberships: Mr. Hibson is an active member of the Society of Automotive Engineers (SAE) and its Electronic Library System S-7 Committee. Mr. Hibson was a member of the Institute of Electrical and Electronics Engineers (IEEE) Computer Society, served as the Chair of the Systems Test Committee, and was active in the development of the standard for a testability bus - IEEE 1149. He is also a past member of the Society of Logistics Engineers (SOLE).

### JEFFREY C. TU
Position: Senior Engineer/Scientist, Advanced Aircraft Systems
Education:
MSEE., Electrical Engineering, Computer Engineering option, University of Southern California, 1985.
BSEE., Electrical Engineering, California State University, Long Beach, 1982.
MDC Experience:
At present, Mr. Tu is responsible for the Technology Development of the OMS/ELS CO-OP IRAD, which includes research and development for various aircraft systems technologies toward the implementation of a flight-testable prototype system. Previously, Mr. Tu was Principal Investigator on the Self Healing Avionics/Dynamic Reconfiguration System program, performing studies on military mission avionics systems which are related to the concepts and designs of both new and derivative military avionics systems.
Other Experience:
Hughes Aircraft Company, Ground Systems Group, Anti-Submarine Division: As lead engineer for the Navy SubACS (Submarine Advanced Combat System) Performance Verification Test, Mr. Tu's responsibilities included the design, implementation and checkout of the test software. He is experienced in every project phase from conceptual analysis to delivery. Other responsibilities included the generation of test requirements and procedures for operational software and hardware. Other hardware and software experience included the system level design specification, detail design, simulation, checkout and system integration for CSDC (Combat System Display Console) and WLS (Weapon Launch System).
Publication:
Authored the solution manual for the text "Electronic Circuit Design," currently used by California State University Long Beach staff for upper division courses.
Memberships:
Tau Beta Pi    - National Engineering Honor Society
Eta Kappa Nu   - National Electrical Engineering Honor Society
SCAAE          - Society of Chinese/American Aerospace Engineers

### FACILITIES AND EQUIPMENT
Physical Research, Inc.
The company's facilities in Torrance, CA and Kirkland, WA provide a wide variety of computing capability and laboratory equipment for development and test of microelectornics devices. PRi's part of the proposed research will be carried out in the Torrance facility, which houses the company's computing center and the microelectronics and instrumentation development labs. The microelectronics lab includes work stations and state-of-the-art design and simulation software for integrated circuits, hybrids and circuit boards.
McDonnell Douglas Aerospace
Among the many facilities of MDA in Long Beach, CA, that may be used to support test and evaluation of the proposed system during the Research Project are the MD-11 and DC-10 Flight Deck Simulators and the Antenna Laboratory
### CURRENT SUPPORT
(NOTE: This refers to the PI's activities)


### DESCRIPTION OF THE ORGANIZATION
Physical Research, Inc.
Physical Research, Inc. (PRi) is a minority-owned small business incorporated in 1980, engaged in research and development. PRi's part of the proposed research will be carried out in the Torrance facility, which houses the company's computing center and the microelectronics and instrumentation development labs. The company is currently completing development of four high speed A/D converter subsystems implemented as monolithic chips in GaAs HBT technology under an ARPA SBIR Phase II contract. Other related experience includes development of a small-area cellular communication system design. PRi has been successful in development and commercial introduction of opto-electronic instrumentation. Its Magneto-Optic Eddy Current Imager (MOI) is being used by a number of commercial airlines. Members of the PRi microelectronics design group have had extensive experience in wireless communication system design.
McDonnell Douglas Aerospace
MDA members of the team are associated with the Diagnostics, Testing, Repair Technology section of the Advanced Supportability program, which is in the Advanced Aircraft Systems directorate of MDA.

CONFIDENTIAL

Harris v. FedEx
TBC000024

TBD

**FORM B**

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: _____

| DETAILED BUDGET FOR 12-MONTH BUDGET PERIOD DIRECT COSTS ONLY | | FROM May 1, 1994 | THROUGH November 30, 1994 | |
|---|---|---|---|---|
| Duplicate this form for each year of grant support requested | | DOLLAR AMOUNT REQUESTS (Omit cents) | | |
| **PERSONNEL** (Applicant Organization Only) | | EFFORT ON PROJECT | SALARY | FRINGE BENEFITS | TOTALS |
| NAME | ROLE IN PROJECT | | | | |
| | Principal Investigator | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | SUBTOTALS ➔ | | | | |

CONSULTANT COSTS

EQUIPMENT (Itemize, use additional sheet if needed)

SUPPLIES (Itemize by category, use additional sheet if needed)

| TRAVEL | DOMESTIC | |
| | FOREIGN | |

OTHER EXPENSES (Itemize by category, use additional sheet if needed)

TOTAL DIRECT COSTS FOR FIRST 12-MONTH BUDGET PERIOD (Item 8a, Form A)  $ _____

INDIRECT COSTS FOR FIRST 12-MONTH BUDGET PERIOD  $ _____

TOTAL COSTS FOR FIRST 12-MONTH BUDGET PERIOD (Item 8b, Form A)  $ _____

G0018RM

CONFIDENTIAL

Harris v. FedEx
TBC000025

TBD

FORM C

PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR: _____

## BUDGET FOR ENTIRE PROJECT PERIOD DIRECT COSTS ONLY

| BUDGET CATEGORY TOTALS | 1st BUDGET PERIOD | ADDITIONAL YEARS OF SUPPORT REQUESTED | |
|---|---|---|---|
| | | 2nd | 3rd |
| PERSONNEL (Salary and Fringe Benefits) (Applicant organization only) | | | |
| CONSULTANT COSTS | | | |
| EQUIPMENT | | | |
| SUPPLIES | | | |
| TRAVEL — DOMESTIC | | | |
| TRAVEL — FOREIGN | | | |
| OTHER EXPENSES | | | |

| | |
|---|---|
| TOTAL DIRECT COSTS FOR FIRST 12-MONTH BUDGET PERIOD (Item 8a, Form A) | $ |
| INDIRECT COSTS FOR FIRST 12-MONTH BUDGET PERIOD | $ |
| TOTAL COSTS FOR FIRST 12-MONTH BUDGET PERIOD (Item 8b, Form A) | $ |

JUSTIFICATION

*Number pages consecutively at the bottom throughout the application. Do not use suffixes such as 5a, 5b.

G0019RM

CONFIDENTIAL

Harris v. FedEx
TBC000026

FORM D

## PROPOSAL SUMMARY

**Principal Investigator**
(Name, Address,
Telephone Number)

**Co-Investigators**      Dariush Modarress, Ph.D., (PRi)
(Names Only)              Pete Hibson, (MDA)

**Proposal Title**        Wireless CDMA Voice and Data Communication System for
                          On-Ground Aircraft Operation and Maintenance

**Abstract:**
(type single spaced below the line. Lettered paragraphs (a) through (d) should include: (a) brief statement of the overall objectives and justification of work; (b) brief statement of the accomplishments of the prior year, or "new proposal"; (c) brief listing of what will be done this year, as well as how and why; and (d) one or two of your recent publications relevant to the proposed work.)

---

Physical Research, Inc. (PRi), teamed with NASA and McDonnell Douglas Aerospace (MDA), proposes to develop a Research Analysis of a wireless RF communication system for the NASA-sponsored ACFA Program. The proposed system will provide voice communications and text and graphics data transmission for aircrew, maintenance and dispatch personnel in the airport environment, including linking ground-located and on-board components of information management systems and providing access by maintenance personnel to databases through portable graphics terminals. It offers substantial advantages over existing and proposed systems in capability as well as initial, installation and operating costs. The system will employ code division multiple access spread spectrum (CDMA/SS) technology in low power, short range transmitter/receiver units. Base units will interface with airport communications lines and control communications with on-board and on-ground units in their vicinity. A new PRi technique for reducing multi-user interference will provide total system capacity several times that available in current CDMA/SS systems, and a sophisticated control algorithm will permit mixing voice, text and graphic data transmissions. The proposed Research Analysis will address technical feasibility, costs, and benefits, and prepare a proposal for development and test of the system in a Research Project.

CONFIDENTIAL

Harris v. FedEx
TBC000027

FORM E                                                          TBD

## CERTIFICATION REGARDING DRUG-FREE WORKPLACE REQUIREMENTS

This certification is required by the regulations implementing the Drug-Free Workplace Act of 1988, 34 CFR Part 85, Subpart F. The regulations, published in the January 31, 1989 Federal Register, require certification by grantees, prior to award, that they will maintain a drug-free workplace. The certification set out below is a material representation of fact upon which reliance will be placed when the agency determines to award the grant. False certification or violation of the certification shall be grounds for suspension of payments, suspension or termination of grants, or government-wide suspension or debarment (see 34 CFR Part 85, Sections 85.615 and 85.620).

I. GRANTEES OTHER THAN INDIVIDUALS

   A. The grantee certifies that it will provide a drug-free workplace by:

      (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition;

      (b) Establishing a drug-free awareness program to inform employees about --

         (1) The dangers of drug abuse in the workplace;

         (2) The grantees policy of maintaining a drug-free workplace;

         (3) Any available drug counseling, rehabilitation, and employee assistance programs; and

         (4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

      (c) Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph (a);

      (d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the grant, the employee will --

         (1) Abide by the terms of the statement; and

         (2) Notify the employer of any criminal drug statute conviction for a violation occurring in the workplace no later than five days after such conviction;

      (e) Notifying the agency within ten days after receiving notice under subparagraph (d) (2) from an employee or otherwise receiving actual notice of such conviction;

      (f) Taking one of the following actions, within 30 days of receiving notice under subparagraph (d) (2), with respect to any employee who is so convicted --

         (1) Taking appropriate personnel action against such an employee, up to and including termination; or

         (2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or Local health, Law enforcement, or other appropriate agency;

      (g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

   B. The grantee shall insert in the space provided below the site(s) for the performance or work done in connection with the specific grant:

Place of Performance (Street address, city, county, state, zip code)

_____
_____
_____

Check: ____ if there are workplaces on file that are not identified here.

II. GRANTEES WHO ARE INDIVIDUALS

The grantee certifies that, as a condition of the grant, he or she will not engage in the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance in conducting any activity with the grant.

| Organization Name | AO or NRA Number and Title |
|---|---|

Printed Name and Title of Authorized Representative

| Signature | Date |
|---|---|

| Printed Principal Investigator Name | Proposal Title |
|---|---|

CONFIDENTIAL

Harris v. FedEx
TBC000028

FORM F                                       TBD

## CERTIFICATION REGARDING
## DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS
## PRIMARY COVERED TRANSACTIONS

This certification is required by the regulations implementing Executive Order 12549, Debarment and Suspension, 34 CFR Part 85, Section 85.510, Participants' responsibilities. The regulations were published as Part VII of the May 28, 1988 Federal Register (pages 19160-19211). Copies of the regulations may be obtained by contacting the U.S. Department of Education, Grants and Contracts Service, 400 Maryland Avenue, S.W. (Room 3633 GSA Regional Office Building No. 3), Washington, D.C. 20202-4725, telephone (202) 732-2505.

A. The applicant certifies that it and its principals:

  (a) Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal department or agency;

  (b) Have not within a three-year period preceding this application been convicted or had a civil judgement rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or Local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

  (c) Are not presently indicted for or otherwise criminally or civilly charged by a government entity (Federal, State, or Local) with commission of any of the offenses enumerated in paragraph A.(b) of this certification; and

  (d) Have not within a three-year period preceding this application/proposal had one or more public transactions (Federal, State, or Local) terminated for cause or default; and

B. Where the applicant is unable to certify to any of the statements in this certification, he or she shall attach an explanation to this application.

C. Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lowered Tier Covered Transactions (Subgrants or Subcontracts)

  (a) The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principles is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any federal department of agency.

  (b) Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

---

Organization Name                          AO or NRA Number and Title

---

Printed Name and Title of Authorized Representative

---

Signature                                  Date

---

Printed Principal Investigator Name        Proposal Title

CONFIDENTIAL

Harris v. FedEx
TBC000029

TBD

**FORM G**

---

## CERTIFICATION REGARDING LOBBYING

---

As required by S 1352 Title 31 of the U.S. Code for persons entering into a grant or cooperative agreement over $100,000, the applicant certifies that:

(a) No Federal appropriated funds have been paid or will be paid by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, in connection with making of any Federal grant, the entering into of any cooperative, and the extension, continuation, renewal, amendment, or modification of any Federal grant or cooperative agreement;

(b) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting an officer or employee of any agency, Member of Congress, an or an employee of a Member of Congress in connection with this Federal grant or cooperative agreement, the undersigned shall complete Standard Form - LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(c) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subgrants, contracts under grants and cooperative agreements, and subcontracts), and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by S1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

| Organization Name | AO or NRA Number and name |
|---|---|

| Printed Name and Title of Authorized Representative | |
|---|---|

| Signature | Date |
|---|---|

| Printed Principal Investigator Name | Proposal Title |
|---|---|

CONFIDENTIAL

Harris v. FedEx
TBC000030

TBD

## FORM H

The following Checklist should be enclosed with the transmittal letter and annotated to indicate that the stated items have been included in the proposal package.

### CHECKLIST FOR PROPOSERS

Principal Investigator/Program Director _____

| | |
|---|---|
| ____ Form A: Cover Page | ____ Form B: Detailed 12-month Budget (First year of support) |
| ____ Title Page | ____ Form B: Detailed 12-month Budget (Second year of support) |
| ____ Abstract | ____ Form B: Detailed 12-month Budget (Third year of support) |
| ____ Project Description | ____ Form C: Summary Budget Form |
| ____ Management Approach | ____ Continuation Pages for Forms A, B, or C |
| ____ CVs/Personnel Biographical Descriptions | ____ Forms D, E, F, G, H |
| ____ Facilities and Equipment Available Statement | ____ Institutional Review Board letter or form regarding protocol approval of human subjects, if applicable |
| ____ Proposed Costs | ____ Institutional Animal Care and Use Committee letter or form regarding protocol approval, if applicable |
| ____ Current Support | ____ 20 copies of all material listed above |

Only one copy of the following materials needs to be submitted:

____ Transmittal Letter

____ Form G: This checklist indicates all items have been enclosed

CONFIDENTIAL

Harris v. FedEx
TBC000031