# Tab 15

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

| | A | B | C | D |
|---|---|---|---|---|
| | 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| 1 | 1. A system for providing a retrievable record of the flight performance of an aircraft comprising: | <br>Tab 8 (FCM-69 at p. 21, FX 2394). | | <br>Tab 2 (ARINC 632, Attachment 7, FX 2436). |
| 2 | a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising: | "Gatelink" is mentioned explicitly on slide 1, entitled "Spread Spectrum RF Overview." Tab 8 (FCM-69 at p. 12, FX 2385). | | |
| 3 | a) an archival data store operative to accumulate and store flight performance data during flight of the aircraft, and | "Data Types" are listed in the FCM-69 and include: "Audio Data ... Small Data Files [and] Large Data Files, ... Maintenance Data, Drawings, and Other Large Databases." Tab 8 (FCM-69 at p. 16, FX 2389).<br><br>"Data Rates" are listed in the FCM-69, in a table comparing "Spread Spectrum RF" to ACARS, Satellite, portable data loaders, FDDI/OLAN network speeds, and "Gatelink." Tab 8 (FCM-69 at p. | **Pete Hibson Describing the FCM-69 System:**<br>Ms. Gentry: The mass memory systems on the OMS/ELS Cooperative IRAD system – was it contemplated that they would store DFDAU data?<br>Mr. Hibson: Yes, if you ...<br>Mr. Gilchrist: Object to the form.<br>Mr. Hibson: Yes, if you go back to ARINC 624, there's a, like I said, a whole section on aircraft condition monitoring of which QAR's and DFDAU's are portions of.<br>Tab 9, 64:10-18<br><br>Mr. Hibson: You would have a – something to | "Examples of Gatelink data exchange may include updates of onboard databases such as the Electronic Library Systems (ELS), entertainment systems to host systems/networks at the airport, downloading of engine performance data from the cockpit to maintenance, and interactive data or voice communications." Tab 2, ARINC 632, FX2418, pg 1, para 1.2, Commentary.<br><br>See "to other aircraft systems," Tab 6, ARINC 751, FX2465, Attachment 6. "To other aircraft systems" can be |

1025863

| A | B | C | D |
|---|---|---|---|
| 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| | The FCM-69 "System Components" illustrated in a schematic include the "Aircraft's Intelligent Hub (649)." Tab 8 (FCM-69 at p. 21, FX 2394).<br><br>Attachment 1 of FCM-69 states that "PMAT 644A Requirements" include an "Interface with mass memory storage unit" onboard the aircraft. Tab 8 (FCM-69 at p. 6, FX 2379).<br><br>Attachment 3 of FCM-69, the FAA Memorandum, states: "In our understanding of the proposed CDMA/SS system, the pilot could access certain aircraft information, including possible performance / navigation information." Tab 8 (FCM-69 at p. 30, FX 2403). | grab the data to and from the airplane, like the I-hub…<br>Tab 9, 66:20-21<br><br><br>Tab 8 (FCM-69 at p. 21, FX 2394).<br><br>Ms. Gentry: --then what is the aircraft's intelligent hub?<br>Mr. Hibson: So if you notice in there it says "649."<br>Ms. Gentry: Um-hmm.<br>Mr. Hibson: That's the ARINC specification number that covers the design and development of that item. So if you called up ARINC and said, 'Can I have a copy of ARINC 649?' they'd send it out to you, and then you'd probably see the whole picture of what's and OMS/ELS and what are all those things. The term 'intelligent hub' was the Long Beach name for that function.<br>Ms. Gentry: Okay.<br>Mr. Hibson: We called it 'I-hub' for short. I think the Boeing Seattle guys called theirs 'brouter.' The Airbus guys had a name for their function as well.<br>Tab 9, 44:17-45:7. | interpreted to include a memory system.<br><br>See Tab 2, ARINC 632, FX2421, Figure 3-1, "Onboard FDDI Lan" shown below.<br><br> |

2



| A | B | C | D |
|---|---|---|---|
| 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| 4<br><br>b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising | **Transceiver:**<br>The FCM-69 "System Components" illustrated in a schematic include a transceiver (labeled "Tx/Rx" on the schematic) | The above image was part of the FAA presentation by Mr. Hibson describing the FCM-69 System. Tab 12, TBC 51.<br><br>A close-up image of the Intelligent Hub (649) and the CMC 2 (624). Tab 12, TBC 51.<br><br>**Pete Hibson Describing the FCM-69 System:**<br>Ms. Gentry: Is there – on the airplane side, when spread spectrum was used as one of the data communication links, is there an RF transceiver in the system? | Tab 2 (ARINC 632, FX2421, Figure 3-1).<br><br>**Transceiver:**<br>See Aircraft Transceiver Unit depicted in ARINC 632, FX2421, Fig 3-1 (below). Tab 2. |

3

| 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| a transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal; | attached to an "Omni-Directional Antenna" of a "Remote Terminal." Tab 8 (FCM-69 at p. 21, FX 2394).  **Omni-Directional Antenna**    Tab 8 (FCM-69 at p. 21, FX 2394).  **Spread Spectrum:**  "Pete Hibson presented a novel concept of using Spread Spectrum technology to interface a PMAT system to an airplane in place of direct connection to the aircraft." Tab 8 (FCM-69 at p. 1, FX 2374.)  Slide one of Attachment 2, entitled "Spread Spectrum RF Overview" compares the features of "Gatelink" and "PMAT" to "Spread Spectrum RF." Tab 8 (FCM-69 at p. 12, FX 2385). | Mr. Gilchrist: Object to the form. Mr. Hibson: That's represented by this box, the transmit receive. Ms. Gentry: Okay So the on 2394 of Exhibit 70 the box that says 'Tx, slash, rx' is a transceiver box? Mr. Hibson: Yeah, Tx means 'transmit', Rx means receive. Tab 9, 67:5-15.  Ms. Gentry: Would the spread spectrum communication between an aircraft and the ground that you discussed at ARINC– could that replace the IR of Gatelink? Mr. Hibson: That's the intent. Tab 9, 113:17-24 |   "Aircraft Transceiver Unit (ATU) provides the wireless atmospheric infrared line-of-sight path." Tab 6, ARINC 751, p 4, 2.2, para 1.  See ATU in Tab 6, ARINC 751, FX2461, Attachment 2.  "Gatelink is a full duplex communication link between a communication system inside the airport terminal (or at the maintenance position) and a communication system onboard a parked aircraft." Tab 6, ARINC 751, FX2446, pg 1, para 1.2.  "Examples of Gatelink data exchange may include ...downloading of engine performance data from the cockpit to maintenance, ..." Tab 2, ARINC 632, FX2418, pg 1, 1.2 Commentary. |

4

| 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| | Slide two of Attachment 2, entitled "Spread Spectrum for Wireless Communication" lists the "Advantages" and the "Available Commerical [sic] Products." Tab 8 (FCM-69 at p. 13, FX 2386.)<br><br>"Data Rates" are listed in the FCM-69, in a table comparing "Spread Spectrum RF" to other systems, including "Gatelink." Tab 8 (FCM-69 at p. 17, FX 2390). | | "One method uses a line-of-site infrared (IR) link through a wireless atmospheric path." Tab 2, ARINC 632, FX2418, pg 1, 1.2, para 5. |
| an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data; | The FCM-69 "System Components" illustrated in a schematic include a transceiver (labeled "Tx" and "Rx" on the schematic) as part of a "Base Station." Tab 8 (FCM-69 at p. 21, FX 2394).<br><br>Directi<br>Anten<br>Wire or Fiber Optic<br><br>TDD<br>Tx<br>Rx | **Pete Hibson Describing the FCM-69 System:**<br>Ms. Gentry: Okay. And going over to the components on the ground –<br>Mr. Hibson: Uh-huh.<br>Ms. Gentry: if I call that 'ground side,' will you understand what I mean?<br>Mr. Hibson: Yes.<br>Ms. Gentry: On 2394 I see a box for – that says "tx" and another box that says "Rx."<br>Mr. Hibson: Right.<br>Ms. Gentry: What are those?<br>Mr. Hibson: One's a transmitter; one's a receiver. As you can tell by the direction of the arrows that are going though an actual physical entity to make it into RF, going up the antenna line, and then out to the directional antenna.<br>Tab 9, 67:16-68:5<br><br>"[S]pread spectrum you could pretty much put up an antenna and you'd cover a two-mile | "Gatelink is defined as a high-speed, two-way communication link between a parked aircraft and a ground-based communications system." Tab 2, ARINC 632, FX2418, pg 1, 1.1.<br><br>"One method uses a line-of-site infrared (IR) link through a wireless atmospheric path." Tab 2, ARINC 632, FX2418, pg 1, 1.2, para 5.<br><br>See Ground Transceiver Unit, Tab 2, ARINC 632, FX2421, Fig 3-1. (Shown below). |

5

| A | B | C | D |
|---|---|---|---|
| **6,047,165: Claim 1** | **FCM-69: Explicit Teaching** | **FCM-69: Inherent Teaching** | **ARINC 632/751: Gatelink** |
|  | Tab 8. | radius or however you want to set up the power levels.  You could cover a very large area, get a large number of users, and you really don't have to do much, just run some Ethernet cable to it, drop an antenna on top of a building. Done.  And we kind of get into some of that, how do you split up of the bandwidth type, the users, and the directional versus -- goes through all of -- types of details down to 2395 is where you can see where -- how it starts fitting into an airplane." Tab 9, 41:3-13<br><br>Ms. Gentry: Okay. If spread spectrum was one of the data links chosen, what component would be on the aircraft side to facilitate communication between the aircraft and the ground?<br>Mr. Hibson: You would have a -- something to grab the data to and from the airplane, like the I-hub; you would have to then get it out to the RF entity; and then out to the antenna, which is kind of described in this diagram that you have to -- your left on page whatever.<br>Ms. Gentry: That's page 2394 of Exhibit 70 --<br>Mr. Hibson: That diagram answers the question that you just asked --<br>Ms. Gentry: Okay.<br>Mr. Hibson: -- that shows you those components.<br>Tab 9, 66:16-67:4 | <br><br>See Ground Transceiver Unit (GTU), Tab 6, ARINC 751, FX2461 Attachment 2 |
| an airport based | The FCM-69 "System | **Pete Hibson Describing the FCM-69 System:** | See Gatelink Database Server, Tab 2, |

| 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data; and | Components" illustrated in a schematic include a "Wire or Fiber Optic" connection between the ground transceiver and the "Existing Ground System" – which, of course, would include an archival data store.  Tab 8 (FCM-69 at p. 21, FX 2394).<br><br>FDDI or Ethernet Network Connection to Existing Ground System<br><br>Tab 8. | Ms. Gentry: What other – what other suggestion did you make that should be on the ground side? Mr. Gilchrist: Object to the form.<br>Mr. Hibson: And basically, they do show you there that you need to connect whatever your – your mainframe is or your ground system to this entity via an Ethernet or fiber optic cable, which is depicted on – going into that transmitter.<br>Ms. Gentry: And again, you're referencing page 2394 of Exhibit 70 –<br>Mr. Hibson: Right.<br>Ms. Gentry: For the record?<br>Mr. Hibson: Right.<br>Ms. Gentry: And so you mentioned a mainframe. Is that a mainframe computer?<br>Mr. Hibson: Yeah, at that time most corporations have a mainframe somewhere, and then satellite capabilities at various locations. So you – somehow you had to tie into that, and we weren't going to dictate what that need to be because everyone was different and how they handled it was different. Some did it themselves. Some subcontracted it. Some of it was airport owned. So it really depended upon each application.<br>Ms. Gentry: Okay. And on that ground side, that computer would have a memory; correct?<br>Mr. Hibson: Yes.<br>Ms. Gentry: Okay. Would it have a processor as well.<br>Mr. Hibson: Okay.<br>Tab 9, 68:23-70:1. | ARINC 632, FX2436-2439, Attachments 7-10 (shown below).<br><br><br><br>"...data originating from a ground based computer system is transmitted through a ground based node on an airport Local Area Network ... The data is then transmitted to the parked aircraft ... via an IR beam..."  Tab 6, ARINC 751, FX2446, pg 8, 3.1, para 1.<br><br>"Examples of Gatelink data exchange may include updates of onboard databases such as the Electronic Library Systems (ELS), entertainment systems to host systems/networks at the airport, downloading of engine performance data from the cockpit to maintenance, and interactive data or voice communications."  Tab 2, ARINC 632, |

| | A<br>6,047,165:<br>Claim 1 | B<br>FCM-69: Explicit Teaching | C<br>FCM-69: Inherent Teaching | D<br>ARINC 632/751: Gatelink |
|---|---|---|---|---|
| 7. | an airport based processor coupled to said archival data store for retrieving flight performance data from the airport based archival data store for further processing. | The FCM-69 "System Components" illustrated in a schematic include a "Wire or Fiber Optic" connection between the ground transceiver and the "Existing Ground System" – which, of course, would include a processor.  Tab 8 (FCM-69 at p. 21, FX 2394).<br><br>FDDI or Ethernet Network Connection to Existing Ground System<br><br>Tab 8. | **Pete Hibson Describing the FCM-69 System:**<br>Ms. Gentry: What other – what other suggestion did you make that should be on the ground side?<br>Mr. Gilchrist: Object to the form.<br>Mr. Hibson: And basically, they do show you there that you need to connect whatever your – your mainframe is or your ground system to this entity via an Ethernet or fiber optic cable, which is depicted on – going into that transmitter.<br>Ms. Gentry: And again, you're referencing page 2394 of Exhibit 70 –<br>Mr. Hibson: Right.<br>Ms. Gentry: For the record?<br>Mr. Hibson: Right.<br>Ms. Gentry: And so you mentioned a mainframe. Is that a mainframe computer?<br>Mr. Hibson: Yeah, at that time most corporations have a mainframe somewhere, and then satellite capabilities at various locations. So you – somehow you had to tie into that, and we weren't going to dictate what that need to be because everyone was different and how they handled it was different. Some did it themselves. Some subcontracted it. Some of it was airport owned. So it really depended upon each application.<br>Ms. Gentry: Okay. And on that ground side, that | FX2418, pg 1, para 1.2, Commentary.<br><br>"Host" is defined as "A computer that acts as a client and/or server." Tab 2, ARINC 632, FX2428, Glossary, pg 11.<br><br>See Gatelink Database Server in Tab 2, ARINC 632, FX2436-2439, Attach. 7-10.<br><br><br><br>"…data originating from a ground based computer system is transmitted through a ground based node on an airport Local Area Network … The data is then transmitted to the parked aircraft … via an IR beam…" Tab 6, ARINC 751, FX2453, pg 8, 3.1, para 1.<br><br>"Examples of Gatelink data exchange may include updates of onboard databases such as the Electronic Library Systems (ELS), entertainment systems |

| A | B | C | D |
|---|---|---|---|
| 6,047,165: Claim 1 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| | | computer would have a memory; correct? Mr. Hibson: Yes. Ms. Gentry: Okay. Would it have a processor as well. Mr. Hibson: Okay. Tab 9, 68:23-70:1. | to host systems/networks at the airport, downloading of engine performance data from the cockpit to maintenance, and interactive data or voice communications." Tab 2, FX2418, ARINC 632, pg 1, para 1.2, Commentary.<br><br>"Host" is defined as "A computer that acts as a client and/or server." Tab 2, ARINC 632, FX2428, Glossary, pg 11. |

| 6,047,165: Claim 2 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| 2.  A system according to claim 1, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum communication signal. | | Harris admitted Direct Sequence Spread Spectrum pre-existed. Tab 1, '165 patent, col. 13, ln. 44-55: "... such spread spectrum transceiver components may be implemented using a direct sequence spread spectrum wireless transceiver chipset and associated signal processing components, of the type as described the Harris Semiconductor information bulletins entitled: "PRISM (trademark Harris Corp.) 2.4 GHz Chip Set," April, 1995, "HFA3624 2.4 GHz RF to IF Converter," Feb. 14, 1995, "HFA3724 400 MHz Quadrature IF Modulator/Demodulator," February, 1995, "HSP3824 Direct Sequence Spread Spectrum Baseband Processor," March 1995, and "HFA3924 2.4 GHz Power Amplifier," Feb. 13, 1995." | |

10

| A | B | C | D |
|---|---|---|---|
| **6,047,165: Claim 3** | **FCM-69: Explicit Teaching** | **FCM-69: Inherent Teaching** | **ARINC 632/751: Gatelink** |
| 3.   A system according to claim 1, wherein the wideband spread spectrum communication signal comprises a signal within an S band. | "Spread Spectrum For Wireless Communication"; "Advantages: FCC Allocated Bands With No License Requirements (900 MHz, 2.4 GHz, and 5.4GHz)." Tab 8 (FCM-69 at p. 13, FX 2386).<br><br>McAlexander: "A. … For instance, the – the 802.11 is in the – the band that would comprise 2.4, 2.5 GHz." Anderson: "Q. Is that – is that also called the S band?" McAlexander: "A.  It is. …." Tab 24 (McAlexander (March) Dep. at 125:8-11). | | |

11

| 6,047,165: Claim 4 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| 4.   A system according to claim 1, wherein the wideband spread spectrum communication signal comprises a signal in the range of about 2.4 to about 2.5 GHZ. | "Spread Spectrum For Wireless Communication"; "Advantages: FCC Allocated Bands With No License Requirements (900 MHz, 2.4 GHz, and 5.4GHz)." Tab 8 (FCM-69 at p. 13, FX 2386). McAlexander: "A. … For instance, the – the 802.11 is in the – the band that would comprise 2.4, 2.5 GHz." Anderson: "Q. Is that – is that also called the S band?" McAlexander: "A. It is. …." Tab 24 (McAlexander (March) Dep. at 125:8-11). | | |

12

| A | B | C | D |
|---|---|---|---|
| 6,047,165: Claim 17 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| 17. A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of: | | | |
| acquiring flight performance data of an aircraft during flight of the aircraft; | | It is inherent that the FCM-69 acquires flight performance data from a Digital Flight Data Acquisition Unit (DFDAU). **Pete Hibson Describing the FCM-69 System:** Ms. Gentry: The mass memory systems on the OMS/ELS Cooperative IRAD system – was it contemplated that they would store DFDAU data? Mr. Hibson: Yes, if you – Mr. Gilchrist: Object to the form. Mr. Hibson: Yes, if you go back to ARINC 624, there's a, like I said, a whole section on aircraft condition monitoring of which QAR's and DFDAU's are portions of. Tab 9, 64:10-18 | |
| accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the | "Data Types" are listed in the FCM-69 and include: "Audio Data ... Small Data Files [and] Large Data Files, ... Maintenance Data, Drawings, and Other Large Databases." Tab 8 (FCM-69 at p. 16, | **Pete Hibson Describing the FCM-69 System:** Ms. Gentry: The mass memory systems on the OMS/ELS Cooperative IRAD system – was it contemplated that they would store DFDAU data? Mr. Hibson: Yes, if you – Mr. Gilchrist: Object to the form. Mr. Hibson: Yes, if you go back to ARINC 624, | "Examples of Gatelink data exchange may include updates of onboard databases such as the Electronic Library Systems (ELS), entertainment systems to host systems/networks at the airport, downloading of engine performance data from the cockpit to maintenance, and |

13

| 6,047,165: Claim 17 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| aircraft; | FX 2389).<br><br>"Data Rates" are listed in the FCM-69, in a table comparing "Spread Spectrum RF" to ACARS, Satellite, portable data loaders, FDDI/OLAN network speeds, and "Gatelink." Tab 8 (FCM-69 at p. 17, FX 2390).<br><br>The FCM-69 "System Components" illustrated in a schematic include the "Aircraft's Intelligent Hub (649)." Tab 8 (FCM-69 at p. 21, FX 2394).<br><br>Attachment 1 of FCM-69 states that "PMAT 644A Requirements" include an "interface with mass memory storage unit" onboard the aircraft. Tab 8 (FCM-69 at p. 6, FX 2379).<br><br>Attachment 3 of FCM-69, the FAA Memorandum, states: "In our understanding of the proposed CDMA/SS system, the pilot could access certain aircraft information, including | there's a, like I said, a whole section on aircraft condition monitoring of which QAR's and DFDAU's are portions of. Tab 9, 64:10-18<br><br>Mr. Hibson: You would have a – something to grab the data to and from the airplane, like the I-hub… 66:20-21<br><br>Aircraft's Intelligent Hub (649)<br><br>Tab 8.<br><br>Ms. Gentry: --then what is the aircraft's intelligent hub?<br>Mr. Hibson: So if you notice in there it says "649."<br>Ms. Gentry: Um-hmm.<br>Mr. Hibson: That's the ARINC specification number that covers the design and development of that item. So if you called up ARINC and said, 'Can I have a copy of ARINC 649?' they'd send it out to you, and then you'd probably see the whole picture of what's and OMS/ELS and what are all those things. The term 'intelligent hub' was the Long Beach name for that function.<br>Ms. Gentry: Okay.<br>Mr. Hibson: We called it 'I-hub' for short. I think the Boeing Seattle guys called theirs 'brouter.' The Airbus guys had a name for their function as well. | interactive data or voice communications." Tab 2, ARINC 632, FX2418, pg 1, para 1.2, Commentary<br><br>See "to other aircraft systems," Tab 6, ARINC 751, FX2465, Attachment 6. "To other aircraft systems" can be interpreted to include a memory system.<br><br>See Tab 2, ARINC 632, FX2421, Figure 3-1, "Onboard FDDI Lan" (shown below):<br><br> |

14



| 6,047,165: Claim 17 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| after the aircraft lands at an airport at completion of | possible performance / navigation information." Tab 8 (FCM-69 at p. 30, FX 2403).<br><br>**Transceiver:** The FCM-69 "System Components" illustrated in a | Tab 9, 44:17-45:7.<br><br>The above image was part of the FAA presentation by Mr. Hibson describing the FCM-69 System. Tab 12, TBC 51.<br><br>A close-up image of the Intelligent Hub (649) and the CMC 2 (624). Tab 12, TBC 51.<br><br>**Pete Hibson Describing the FCM-69 System:**<br>Ms. Gentry: Is there – on the airplane side, when spread spectrum was used as one of the data | Tab 2, ARINC 632, FX2421, Figure 3-1, "Onboard FDDI LAN."<br><br>**Transceiver:** See Aircraft Transceiver Unit in Tab 2, ARINC 632, FX2421, Figure 3-1. |

15

| 6,047,165: Claim 17 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| the flight, downloading the flight performance data that has been accumulated and stored within the archival data store during the flight over a wideband spread spectrum communication signal to an airport based spread spectrum receiver; | schematic include a transceiver (labeled "Tx/Rx" on the schematic) attached to an "Omni-Directional Antenna" of a "Remote Terminal." Tab 8 (FCM-69 at p. 21, FX 2394).

**Omni-Directional Antenna**

Tx/Rx — A Ir H

Tab 8.

**Spread Spectrum:**
"Pete Hibson presented a novel concept of using Spread Spectrum technology to interface a PMAT system to an airplane in place of direct connection to the aircraft." Tab 8 (FCM-69 at p. 1, FX 2374.)

Slide one of Attachment 2, entitled "Spread Spectrum RF | communication links, is there an RF transceiver in the system?
Mr. Gilchrist: Object to the form.
Mr. Hibson: That's represented by this box, the transmit receive.
Ms. Gentry: Okay So the on 2394 of Exhibit 70 the box that says 'Tx, slash, rx' is a transceiver box?
Mr. Hibson: Yeah, Tx means 'transmit', Rx means receive. Tab 9, 67:5-15.

Ms. Gentry: Would the spread spectrum communication between an aircraft and the ground that you discussed at ARINC– could that replace the IR of Gatelink?
Mr. Hibson: That's the intent. Tab 9, 113:17-24 | 

Tab 2, ARINC 632, FX2421, Figure 3-1.

"Aircraft Transceiver Unit (ATU) provides the wireless atmospheric infrared line-of-sight path." Tab 6, ARINC 751, FX2449, pg 4, 2.2, para 1.

See ATU in Tab 6, ARINC 751, FX2461, Attachment 2.

"Gatelink is a full duplex communication link between a communication system inside the airport terminal (or at the maintenance position) and a communication system onboard a parked aircraft." Tab 6, ARINC 751, FX2446, pg 1, para 1.2.

"Examples of Gatelink data exchange may include ...downloading of engine performance data from the cockpit to |

16

| A<br>6,047,165: Claim 17 | B<br>FCM-69: Explicit Teaching | C<br>FCM-69: Inherent Teaching | D<br>ARINC 632/751: Gatelink |
|---|---|---|---|
|  | "Overview" compares the features of "Gatelink" and "PMAT" to "Spread Spectrum RF." Tab 8 (FCM-69 at p. 12, FX 2385<br><br>Slide two of Attachment 2, entitled "Spread Spectrum for Wireless Communication" lists the "Advantages" and the "Available Commerical [sic] Products." Tab 8 (FCM-69 at p. 13, FX 2386.)<br><br>"Data Rates" are listed in the FCM-69, in a table comparing "Spread Spectrum RF" to other systems, including "Gatelink." Tab 8 (FCM-69 at p. 17, FX 2390). |  | maintenance, …" Tab 2, ARINC 632, FX2418, pg 1, 1.2 Commentary.<br><br>"One method uses a line-of-site infrared (IR) link through a wireless atmospheric path." Tab 2, ARINC 632, FX2418, pg 1, 1.2, para 5.<br><br>Gatelink is defined as a high-speed, two-way communication link between a parked aircraft and a ground-based communications system." Tab 2, ARINC 632, FX2418, pg 1, 1.1.<br><br>"One method uses a line-of-site infrared (IR) link through a wireless atmospheric path." Tab 2, ARINC 632, FX2418, pg 1, 1.2, para 5.<br><br>See Ground Transceiver Unit, Tab 2, ARINC 632, FX2421, Fig 3-1. (Shown below). |

| | 6,047,165: Claim 17 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|---|
| 15 | demodulating the received spread spectrum signal to obtain the flight performance data; | | Spread spectrum is a form of modulation. Demodulation is the inverse process of modulation used to extract information from the modulated signal. Harris' expert admits the same:<br><br>Mr. Anderson: "Q. And when we're talking about spread spectrum, it's a type of modulation applied to the signal on the transmitting end and then on the receiving end. And the signal is modulated, and then on the receiving end, it's demodulated according to the [spreading code] –<br><br>Mr. McAlexander: "A. That is correct. It has to be modulated, and then it has to be correlated at the other end, or demodulated."<br><br>Tab 16 (McAlexander (Nov. 18, 2009) Dep. at 31:4-11). | <br><br>See Ground Transceiver Unit (GTU), Tab 6, ARINC 751, FX2461 Attachment 2 |
| 16 | storing the | | **Pete Hibson Describing the FCM-69 System:** | |

18

| A | B | C | D |
|---|---|---|---|
| **6,047,165: Claim 17** | **FCM-69: Explicit Teaching** | **FCM-69: Inherent Teaching** | **ARINC 632/751: Gatelink** |
| demodulated flight performance data within an airport based archival data storage; and | | Ms. Gentry: What other – what other suggestion did you make that should be on the ground side?<br>Mr. Gilchrist: Object to the form.<br>Mr. Hibson: And basically, they do show you there that you need to connect whatever your – your mainframe is or your ground system to this entity via an Ethernet or fiber optic cable, which is depicted on – going into that transmitter.<br>Ms. Gentry: And again, you're referencing page 2394 of Exhibit 70 –<br>Mr. Hibson: Right.<br>Ms. Gentry: For the record?<br>Mr. Hibson: Right.<br>Ms. Gentry: And so you mentioned a mainframe. Is that a mainframe computer?<br>Mr. Hibson: Yeah, at that time most corporations have a mainframe somewhere, and then satellite capabilities at various locations. So you – somehow you had to tie into that, and we weren't going to dictate what that need to be because everyone was different and how they handled it was different. Some did it themselves. Some subcontracted it. Some of it was airport owned. So it really depended upon each application.<br>Ms. Gentry: Okay. And on that ground side, that computer would have a memory; correct?<br>Mr. Hibson: Yes.<br>Ms. Gentry: Okay. Would it have a processor as well.<br>Mr. Hibson: Okay.<br>Tab 9, 68:23-70:1 | |
| 17 | retrieving the | **Pete Hibson Describing the FCM-69 System:** | |

19

| A | B | C | D |
|---|---|---|---|
| **6,047,165: Claim 17** | **FCM-69: Explicit Teaching** | **FCM-69: Inherent Teaching** | **ARINC 632/751: Gatelink** |
| flight performance data via an airport based processor for further processing. | | Ms. Gentry: What other – what other suggestion did you make that should be on the ground side?<br>Mr. Gilchrist: Object to the form.<br>Mr. Hibson: And basically, they do show you there that you need to connect whatever your – your mainframe is or your ground system to this entity via an Ethernet or fiber optic cable, which is depicted on – going into that transmitter.<br>Ms. Gentry: And again, you're referencing page 2394 of Exhibit 70 –<br>Mr. Hibson: Right.<br>Ms. Gentry: For the record?<br>Mr. Hibson: Right.<br>Ms. Gentry: And so you mentioned a mainframe. Is that a mainframe computer?<br>Mr. Hibson: Yeah, at that time most corporations have a mainframe somewhere, and then satellite capabilities at various locations. So you – somehow you had to tie into that, and we weren't going to dictate what that need to be because everyone was different and how they handled it was different. Some did it themselves. Some subcontracted it. Some of it was airport owned. So it really depended upon each application.<br>Ms. Gentry: Okay. And on that ground side, that computer would have a memory, correct?<br>Mr. Hibson: Yes.<br>Ms. Gentry: Okay. Would it have a processor as well.<br>Mr. Hibson: Okay.<br>Tab 9, 68:23-70:1 | |

20

| A | B | C | D |
|---|---|---|---|
| 6,047,165: Claim 17 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| | | Harris admits that the purpose of an FCM-69 system is to retrieve the data for further processing.<br>**The background of the '165 patent:**<br>"In a further effort to improve aircraft safety, rather than wait for an accident to happen before analyzing flight recorder data, the Federal Aviation Administration (FAA) has issued a draft advisory circular AC-120-XX, dated Sep. 20, 1995, entitled "Flight Operational Quality Assurance Program" (FOQA), which recommends that the airlines look at the information provided by the digital flight data acquisition unit at regular intervals."<br>Tab 1, '165 patent, Col. 1, ln. 36-43. | |

21

| 6,047,165: Claim 18 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| 18. A method according to claim 17, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal. |  | Harris admitted Direct Sequence Spread Spectrum pre-existed. Tab 1, '165 patent, col. 13, ln. 44-55: "… such spread spectrum transceiver components may be implemented using a direct sequence spread spectrum wireless transceiver chipset and associated signal processing components, of the type as described the Harris Semiconductor information bulletins entitled 'PRISM (trademark Harris Corp.) 2.4 GHz Chip Set,' April, 1995, 'HFA3624 2.4 GHz RF to IF Converter,' Feb. 14, 1995, 'HFA3724 400 MHz Quadrature IF Modulator/Demodulator,' February, 1995, 'HSP3824 Direct Sequence Spread Spectrum Baseband Processor,' March 1995, and 'HFA3924 2.4 GHz Power Amplifier,' Feb. 13, 1995." |  |

22

| A | B | C | D |
|---|---|---|---|
| 6,047,165: Claim 19 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
| 19.  A method according to claim 17, wherein the wideband spread spectrum communication signal comprises a signal within an S band. | "Spread Spectrum For Wireless Communication", "Advantages: FCC Allocated Bands With No License Requirements (900 MHz, 2.4 GHz, and 5.4GHz)," Tab 8 (FCM-69 at p. 13, FX 2386).

McAlexander: "A. … For instance, the – the 802.11 is in the – the band that would comprise 2.4, 2.5 GHz."
Anderson:  "Q.  Is that – is that also called the S band?"
McAlexander: "A.  It is. …,"
Tab 24 (McAlexander (March) Dep. at 125:8-11). | | |

23

| 6,047,165: Claim 20 | FCM-69: Explicit Teaching | FCM-69: Inherent Teaching | ARINC 632/751: Gatelink |
|---|---|---|---|
| 20.  A method according to claim 17, wherein the wideband spread spectrum communication signal comprises a signal within a range of about 2.4 to about 2.5 GHz. | "Spread Spectrum For Wireless Communication", "Advantages: FCC Allocated Bands With No License Requirements (900 MHz, 2.4 GHz, and 5.4GHz)." Tab 8 (FCM-69 at p. 13, FX 2386).<br><br>McAlexander: "A. … . For instance, the – the 802.11 is in the – the band that would comprise 2.4, 2.5 GHz." Anderson:  "Q.  Is that – is that also called the S band?" McAlexander: "A.  It is. …." Tab 24 (McAlexander (March) Dep. at 125:8-11). | | |

24