# Tab 16

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 2 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                          11/18/2009

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HARRIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action No. |
| | ) 6:07-cv-1819-Orl28-KRS |
| FEDERAL EXPRESS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant | ) |
| _____ | ) |
| | ) |
| FEDERAL EXPRESS | ) |
| CORPORATION, | ) |
| | ) |
| Counterclaim Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| HARRIS CORPORATION, | ) |
| | ) |
| Counterclaim Defendant | ) |

---

ORAL AND VIDEOTAPED DEPOSITION OF
JOSEPH MCALEXANDER, III
November 18, 2009
Volume 1

---

ORAL AND VIDEOTAPED DEPOSITION OF JOSEPH MCALEXANDER, III, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on the 18th of November,

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 3 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                           11/18/2009

Page 29

1  that shows that it does work and that it would enable
2  one to actually to do it.
3              There has to be enough content there to add
4  substance to make it more than just a concept.  So when
5  it comes to invalidity, I'd say yes, a concept document
6  is not sufficient.
7       Q.  Well, looking at Attachment 2, which is page 12
8  of this document.  Does --
9       A.  And are you talking about the FX 2385 number?
10      Q.  Yes, 2385, starting on that page.
11      A.  Okay.
12      Q.  I should have given you the page number.  I
13 want to talk about what this -- what is disclosed in
14 this presentation or this Attachment 2 to FCM-69.
15              Would you agree this discloses the concept
16 of spread spectrum RF?
17              MR. SANTURRI:  Object to the form.
18      A.  On this particular page, there is a box that's
19 labeled as Spread Spectrum RF, so that plus the
20 follow-on pages shows that, yes, that this is being
21 suggested.
22      Q.  (BY MR. ANDERSON)  This first page, 2385,
23 compares spread spectrum RF and PMAT and Gatelink; is
24 that your understanding?
25              MR. SANTURRI:  Object to the form.

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 4 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                            11/18/2009

Page 31

1  signal with spread spectrum modulation either frequency
2  hopping or direct sequence?
3       A.  Those are two, not the only two.
4       Q.  And when we're talking about spread spectrum,
5  it's a type of modulation applied to the signal on the
6  transmitting end and then on the receiving end.  And the
7  signal is modulated, and then on the receiving end, it's
8  demodulated according to the spreadsheet --
9       A.  That is correct.  It has to be modulated, and
10 then it has to be correlated at the other end, or
11 demodulated.
12      Q.  Now, this Avionics publication FCM-69 is a
13 report of the PMAT working group meeting.  So would you
14 agree that people who attended that meeting would have
15 knowledge about the Portable Maintenance Access Terminal
16 and what it is?
17           MR. SANTURRI:  Object to the form.
18      A.  Well, let me parse your question in two
19 different forms for response.  One is, would they
20 have -- would the people who attend the meeting have
21 some knowledge of Portable Maintenance Access Terminal,
22 yes.  That's what the working committee was.  Would they
23 have knowledge of the specifics of this particular
24 presentation by Mr. Weber, maybe not.  That's the reason
25 he's presenting it.

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 5 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                           11/18/2009

Page 53

1  of that wire, which would be at the airplane and the
2  gate, or the airplane and something else.
3        Q.  And for a system like infrared GATELINK, you
4  would need an infrared transducer somewhere on the
5  aircraft, on the outer portion of the aircraft, and then
6  infrared transducer somewhere on the ground equipment to
7  receive the signal, right?
8        A.  That's correct.  But then that's not tethered.
9        Q.  Right, that's not tethered.
10       A.  That's using infrared.  It's another way to not
11 tether and use signal propagation in a non-wired
12 scenario.
13       Q.  So infrared is also a type of wireless
14 transmission?
15       A.  It's not wired, so I guess in the broad sense,
16 it's wireless.
17       Q.  Looking at page 2394, this appears to be a
18 schematic of system components.  Is the -- do you
19 understand the abbreviation TX/RX to be -- or to
20 represent a transceiver, isn't it?
21       A.  TX and RX -- TX is the symbol that's typically
22 used for the component that transmits, and RX is that
23 which receives.
24       Q.  Okay.
25       A.  The combination of TX and RX together as an

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 6 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                          11/18/2009

Page 54

1  actual hardware implementation would be considered a
2  transceiver.
3      Q.  Okay.
4      A.  Transceiver includes both a transmitter and a
5  receiver.  Separately, it's a transmitter and a
6  receiver.
7      Q.  And looking at the right side of the page
8  that's labeled at the top "Remote Terminals," would that
9  be on terminals like a parked aircraft?
10          MR. SANTURRI:  Object to the form.
11     A.  Not to overread into something, but that would
12 be my understanding.
13     Q.  (BY MR. ANDERSON)  Well, actually, there are
14 two different devices here:  One -- see where it says,
15 Aircraft's Intelligent Hub 649?
16     A.  The other one is hand held device.
17     Q.  The other one is a hand held device, which
18 could be also a remote terminal with a transceiver,
19 correct?
20     A.  That's correct.  And if you also notice in this
21 particular diagram, they show that there might be
22 multiple ones of those.
23     Q.  Right.
24     A.  Remote terminals.
25     Q.  And on the base station side, there's an

Case 6:07-cv-01819-JA-KRS  Document 134-3  Filed 02/01/10  Page 7 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                                    11/18/2009

Page 59

1  document, FCM-69 that we've been talking about, would
2  that person who has awareness of GATELINK view this
3  document as a proposed replacement or substitute for
4  GATELINK?
5             MR. SANTURRI:  Object to the form.
6       A.  No.  I think that a person who was familiar
7  with, in quotes, "GATELINK" would read this and realize
8  that -- I can't -- what I understand GATELINK to be
9  cannot apply in all circumstances because there are a
10 number of airports that don't have gates, or there are a
11 number of airports in which the traffic is such that we
12 will not always be able to bring an aircraft up to a
13 gate, have to unload on the tarmac somewhere.
14             So under those circumstances, I could
15 envision that, all right, how do I accomplish data
16 connectivity for those particular kinds of special
17 situations?  So I don't know that one reading this,
18 familiar with the GATELINK would understand this to be a
19 necessarily a proposal for replacement, but as something
20 that would -- not as a substitute, but would complement
21 what was already in place.
22             It could be used as a substitute.  It could
23 be used as a complement.  I don't think there's anything
24 here that I see that says one way or the other.
25      Q.  Well, someone aware of the GATELINK, the one

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 8 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                           11/18/2009

Page 63

1   that.
2       Q.  So someone using GATELINK connectivity, either
3   tethered or infrared, as of 1994 was using it to
4   transmit something to and from a parked aircraft?
5       A.  I would hope so.
6       Q.  Be it data or voice or large data files or
7   small data file?
8       A.  Well, there's data.  I mean, there's data
9   voice.  There's some -- you don't connect to something
10  and not use it.  It's being used for a purpose.
11      Q.  Would someone of skill in that field in 1994
12  understand GATELINK to include not just the link, but
13  also the systems that transferred the data back and
14  forth?
15      A.  I don't think I can be -- I would be so broad
16  as to say it includes the systems because it doesn't
17  include the gate, nor does it include the aircraft.
18  There's certainly at the end of each -- at the end of
19  the IR link or at the end of the optical fiber link,
20  there would have to be an interface that receives the
21  information or transmits the information.
22          So there has to be something at the end of
23  it that does it.  But in terms of the system itself, no,
24  I don't think it include the entire system, nor does it
25  specify what's in the system.

Case 6:07-cv-01819-JA-KRS   Document 134-3   Filed 02/01/10   Page 9 of 9

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl28-KRS
Joseph McAlexander, III                                           11/18/2009

Page 116

1    Q.  (BY MR. ANDERSON)  I'm handing you D-87, which
2  is a copy of the '914 Patent.  And take a look for me at
3  Claim 1 in Column 17.  And the Claim 1 recites, quote,
4  "An adaptive power control unit that varies an emitted
5  power level of the wideband spread spectrum
6  communication signal based upon the geographic location
7  of the airport."
8         Did I read that correctly?
9    A.  Yes.
10   Q.  In your report at paragraph 278, you state that
11 the patent -- he chose adaptive power control to
12 indicate that the power level is controlled to meet the
13 emitted power level restrictions of the airport.
14        Now, there -- is that the only -- is that
15 your opinion about the meaning of adaptive power
16 control?
17   A.  Yes, it is.  I think the claim is
18 self-explanatory on what it is because it says it's a
19 unit.  It's a structure.  It's an apparatus that varies
20 the emitted power level of the wideband spread spectrum
21 communication signal based upon the geographic location
22 of the airport.  So that's what the unit is.  That's
23 what it does.  It's self-defined by the claim.
24   Q.  So in order for the -- actually, let's take a
25 short break.