# Tab 18

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

