# Tab 21

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.



# Intelligent Hub

— FAA & SPREAD SPECTRUM —

GENERIC ARINC
ELS ARCHITECTURE 2

*MCDONNELL DOUGLAS AEROSPACE*

CONFIDENTIAL

Harris v. FedEx
TBC000051