# Tab 22

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

# Intelligent Hub Connects to OMS



CONFIDENTIAL

Harris v. FedEx
TBC000051