# Exhibit A

# RESUME
# Daniel A. Martinec

---

EXPERIENCE:
Aeronautical Radio Inc. (Annapolis, MD)  Jan. 1976 to present
Positions (inclusive):

<u>Director - Avionics Engineering/Industry Activities – Jul. 1989 to present</u>
<u>Chairman - Airlines Electronic Engineering Committee (AEEC) – Jul. 1989 to Jul. 2001</u>

- Provide administrative and technical leadership of AEEC and the local staff in their charter to prepare, adopt and distribute aviation electronic (avionics) system standards at the national and international level
- Liaison with national and international regulatory bodies, e.g. Federal Aviation Administration, Federal Communications Commission, International Civil Aviation Organization, Radio Technical Commission for Aeronautics, etc. to assure that the impact of regulatory requirements on airline operations are optimized for maximum benefit with a minimal financial investment
- Liaison with airline engineering, maintenance, operations and training departments to assure their requirements are met by avionics system standards produced by AEEC
- Cooperate with other standards organizations, e.g. IEEE, ISO, SAE, EIA, etc. to preclude conflicting aviation system standards
- Promote the technical and operational goals of AEEC and aviation in general by presentations in national and international aviation forums
- Assure Aeronautical Radio Inc. corporate plans and objectives are in alignment with air transport industry operational goals
- Develop and maintain sources of revenue through traditional and e-commerce methodologies

<u>Manager – Avionics Engineering – Feb. 1984 to Jul. 1989</u>

- Supervised the clerical and engineering staff of AEEC
- Responsible for the quality control of the aviation equipment standards produced by AEEC and staff
- Optimized overall office procedures through enhancement and continued maintenance of office equipment, i.e. personal computers, and associated software
- Assured that technology introduced in AEEC standards was viable and affordable
- Liaison with airline representatives to determine technical requirements
- Had overall responsibility for industry meeting planning required for developing technical specifications
- Editor of monthly aviation newsletter "AeroLine"

<u>Senior Engineer – Jul. 1978 to Feb. 1984</u>

- Worked with aviation industry personnel to produce aviation system standards
- Planned industry meetings and performed associated secretariat duties
- Reviewed engineering documents from the aviation industry for technical accuracy
- Researched evolving technologies for application to aviation standards
- Produced a large number of engineering documents to be used as the "first cut" for aviation system standards

Engineer/Senior Engineer – Jan. 1976 to Jul. 1978

- Produced numerous reports under U.S. Air Force contract for analysis of military aircraft operations to project future aircraft and associated equipment requirements (reports Top Secret)
- Was lead engineer for production of the 10-year Avionics Planning Baseline under USAF contract for the Pentagon (Top Secret)

United States Air Force – Jan. 1972 to Jan.1976

- Hickam AFB Honolulu (72-74) – Tactical Operations Analyst responsible for retrieving and analyzing data regarding aircraft flown in Southeast Asia
- Edwards AFB California (74-76) - Head Instrumentation Engineer for a YA7D aircraft with experimental flight control system (DIGITAC)

Industry Positions (current/past):
Instructor at UCLA for avionics system short course
AEEC Chairman/Vice-Chairman/Secretary
IEEE Aerospace Electronics System Society Board Member
RTCA Technical Management Committee Member
Official U.S. Delegation Member for United Nations International Civil Aviation Organization
Official U.S. Delegation Member for International Telecommunications Union Conference
IATA Delegation Member for United Nations International Civil Aviation Organization
Leader of NASA-sponsored delegation for exploration of international aviation technology
Leader in Eisenhower's People-to-People Program for technology assessment in Russia
Leader of first commercial cooperative meeting between U.S. and Russia on satellite navigation
Standards Task Force Member for Cabin System Standards World Airline Entertainment Assoc.

Publications:
Avionics Systems chapter of Electrical Engineering Handbook (CRC Press)
Digital Communications chapter of Avionics System Handbook (CRC Press)
    (Consultant to publisher on Avionics System Handbook)
Numerous articles in Avionics Magazine (featured article in 1993)
Numerous articles in IEEE Aerospace Magazine

Education:
BSEE – University of Pittsburgh – 1971
Numerous corporate and private management and career enhancement courses