# Electronic Library System

AEEC ELS Subcommittee / AMC Task Group 115    A joint activity of AMC & AEEC

 **ARINC**
AERONAUTICAL RADIO, INC.

Aeronautical Radio, Inc.
2551 Riva Road, Annapolis, Maryland 21401
Telephone (410) 266-2915    Fax (410) 266-4040    ARINC/SITA HDQIAXA

---

TO: ELS/TG-115

AVIONICS PUB    N93-288/ELS-76
Year-Serial No./Project No.

SUBJECT: HANDOUTS FROM THE ELECTRONIC LIBRARY SYSTEM    DATE    December 20, 1993
(ELS) SUBCOMMITTEE MEETING HELD OCTOBER 26-27,
1993 ENTERED INTO THE RECORD

### MEETING HANDOUTS ATTACHED

Attached hereto are the handouts from the ELS Subcommittee meeting held October 26-27, 1993 in Minneapolis, Minnesota. The report of the referenced meeting was circulated in Avionics Publication 93-289/ELS-77. This material has been distributed to those in industry with a known interest and is available to others who request it. The attachments entered into the record of the ELS Subcommittee are as follows:

1. AEEC/AMC Staff - Proposed Revisions to Avionics Publication 93-203/ELS-74

2. British Airways - Proposed Revisions to Avionics Publication 93-203/ELS-74

3. AEEC/AMC Staff - Preliminary Draft 2 of Project Paper 949

4. MDC - Industry Presentation on ELS for SAE S-7 Committee

### COMMENTS REQUESTED

The AEEC staff welcomes comments on the handouts. Comments or inquiries should be directed to my attention at ARINC, telephone (410) 266-2915, facsimile (410) 266-2047, or ARINC/SITA address HDQIAXA.

*Roger S. Goldberg*

Roger S. Goldberg
Electronic Library System Subcommittee

Attachments
cc: ELS Attendees
RSG/alr

HARRIS-15431

**ATTACHMENT 1**

ARINC REPORT 649 - Page 22

*Appendix B*

**7.0  APPLICATION PORTABILITY AND INTEROPERABILITY**

| This section has been revised in its entirety, therefore, redlining has been omitted. |
| --- |

**7.1  Introduction**

(TBD)

**7.2  Operating System Interface**

**7.2.1.1  Purpose of This Section**

The System V Interface Definition is an operating system public specification defined by AT&T and also known as SVID.  It describes the system calls which can be used by any application targeted on a UNIX-like operating system.

COMMENTARY

The remainder of this paper lists the proposed functionality and their relationships with existing other standards. We emphasize on the fact that this document assume a C/language interface to the function calls. Some parts of the SVID are POSIX compliant.

**7.2.1.2  Description**

(TBD)

COMMENTARY

The intent of this section is to give an exhaustive list of all applicable SVID topics, i.e., only a part of SVID topics are relevant to the ELS AEP. There are three main sections in SVID, the same organization has been used in this document. Section one describes the system calls, this part should be (as /a minimum) compliant with the ISO/IEC 9945-1:1990. Section two deals with the library calls. It should be noted that these library calls are tightly bound to the C language and include the memory management and the network. The third section describes the user commands.

**7.2.1.2.1  System Calls**

These routines are related to processes, files, and users basic management.

COMMENTARY

The SVID systems calls subset is not compliant with POSIX.1 (ISO/IEC 9945-1 or IEEE 1003.1). In addition to POSIX.1 SVID defines system calls for low level memory management and the IPC facilities (i.e., Inter Process Communication). This implies the use of same functions for the message queues and the shared memory management.

**7.2.1.2.2  Language Libraries**

The C language libraries offer mathematical functions, IO facilities, memory management and several system

structure manipulations (such as time, password file entry, etc.).

COMMENTARY

The library calls should be compliant with ISO/IEC 9899.  The SVID network part is TLI. This is compliant with the ARINC AEP recommendation.  There are many important items in the library definitions:

* The mathematical functions, for which there are neither boundary limits nor CPU independent representations.

* The memory management functions.  The functions use lower level routines (brk(2) and sbrk(2)) which are not part of POSIX.1.

* High level file management.

* TTY management.

* Network functions.

* Encryption routines using the DES algorithm.

**7.2.1.2.3  User Commands**

The ELS profile does not require a shell interpreter.  The implementation of the user commands should be avoided.

**7.2.1.3  Portability**

(TBD)

**7.2.1.4  General Terms**

Definition of the terms and abbreviations used in this section are contained in Appendix B.

**7.2.2  System Calls**

**7.2.2.1  Introduction**

COMMENTARY

The operating <<system calls>> refer to the basic functionality provided by the operating system library itself excluding any other external library.

**7.2.2.2  User Concept**

There are at least two users, the superuser (or root) who has a user-id number equal to 0 (zero) and the ELS administrator.

COMMENTARY

Do we have to fix a user-id for the ELS administrator?

**ATTACHMENT 1 (cont'd)**

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

7.2.2.3  Process Management

7.2.2.3.1  General Description

Real time features are not taken into account in this section.

7.2.2.3.2  Limits and Constraints

(TBD)

### COMMENTARY

Refer to POSIX.1 issues.

7.2.2.3.3  Implementation Dependent Parts

(TBD)

### COMMENTARY

Refer to POSIX.1 issues.

7.2.2.4  Memory Management

The minimum physical memory is 16 Mb (megabytes).

7.2.2.5  File Management

7.2.2.5.1  General Description

(TBD)

### COMMENTARY

This file management section should not take into account the file transfer and/or the special files such as -ys and network. The way <<regular>> files may be used has to be defined. The library facilities are described in the followin sections.

7.2.2.5.2  Limits and Constraints

(TBD)

### COMMENTARY

Refer to POSIX.1 issues.

7.2.2.5.3  Implementation Dependent Parts

(TBD)

### COMMENTARY

Refer to POSIX.1 issues

7.2.2.6  Conformance to Standards

(TBD)

### COMMENTARY

The definition of the system calls of POSIX.1 (ISO/IEC 9945-1:1990) is completely included in the system calls set of SVID.

The C language used for the functions and data structure definitions should be compliant with ISO/IEC 9899.

### COMMENTARY

C standard, know as <<ANSI X3j11>> has been registered by ISO/IEC in December 1990. ANSI X3J11 is equivalent to ISO/IEC 9899.

7.2.3  Library Calls

7.2.3.1  Introduction

(TBD)

7.2.3.2  Mathematical Functions

(TBD)

### COMMENTARY

Do we have to raise some mathematical portability issues?

7.2.3.3  Network Functions

Refer to Section 7.4.

7.3  Graphics Terminal Interface

The interface to graphics terminals for portable ELS applications is defined by two commercial, de facto standards, the X-Windows System and OSF/Motif. The application program interface for X-Windows, as defined in X-Window System Protocol, Version 11, constitutes the low-level portion of the processing environment application interface. The high-level interface is defined by the OSF/Motif Programmer's Reference. Applications should use the services specified in the documents listed above to perform all input and output operations with graphics terminal devices. To accommodate display devices that permit a keyboard to be attached and removed, the following extensions to the X-Windows system should be supported.

### COMMENTARY

We have been unable to identify a specific X-Windows message that can be used to send keyboard status information from the server to the client application. There are several possible solutions, but they require modifications to commercial servers, the addition of new message, or a decision by ARINC to have the server provide a soft keyboard function rather than the client. Shifting the keyboard function to the server solves this problem but creates others.

*[handwritten annotations: "Terminal configuration", "A", "may be", "needed", "support the determination of the Terminal configuration"]*

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

int t_free(ptr, struct_type)
char *ptr
int struct_type

### 7.4.2.2.8  t_getinfo

Get protocol specific service information.

#include<xti.h>
int t_getinfo(fd, info)
int fd;
struct t_into *info;

### 7.4.2.2.9  t_getstate

Get the current state.

#include<xti.h>

int t_getstate(fd)
int fd;

### 7.4.2.2.10  t_listen

Listen for a connect

#include<xti.h>

int t_listen(fd, call)
int fd;
struct t_call *call;

### 7.4.2.2.11  t_look

Look at the current event on a transport endpoint

#include<xti.h>

int t_look(fd)
int fd;

### 7.4.2.2.12  t_open

Establish a transport endpoint.

#include<xti.h>
#include<fcntl.h>

int t_open(name, oflag, info)
char *name;
int oflag;
struct t_info *info;

### 7.4.2.2.13  t_optmgmt

Manage options for a transport endpoint.

#include<xti.h>

int t_optmgmt(fd, req, ret)
int fd;
struct t_optmgmt *req;
struct t_optmgmt *ret;

### 7.4.2.2.14  t_rcv

Receive data or expedited data sent over a connection.

#include<xti.h>

int t_rcv(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int *flags;

### 7.4.2.2.15  t_rcvconnect

Receive the confirmation from a connect request.

#include<xti.h>

int t_rcvconnect(fd, call)
int fd;
struct t_call *call;

### 7.4.2.2.16  t_rcvdis

Receive information from disconnect.

#include<xti.h>

int t_rcvdis(fd, discon)
int fd;
struct t_discon *discon;

### 7.4.2.2.17  t_snd

Send data or expedited data over a connection.

#include<xti.h>

int t_snd(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int flags;

### 7.4.2.2.18  t_snddis

Send user initiated disconnect request.

#include<xti.h>

int t_snddis(fd, call)
int fd;
struct t_call *call;

### 7.4.2.2.19  t_sync

Synchronize transport library.

#include<xti.h>

int t_sync(fd)
int fd;

**ATTACHMENT 1 (cont'd)**

ARINC REPORT 649 - Page 26

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.4.2.2.20  t_unbind

Disable a transport endpoint.

```
#include <xti.h>

int t_unbind(fd)
int fd;
```

### 7.4.3  Excluded XTI Library Subroutines

Many UNIX systems do not include the following subroutines and are therefore to be excluded from the ARINC profile of the XTI library.   Applications programs that strictly conform to this ARINC profile of the POSIX standard should exclude these subroutines:

```
t_strerror()
t_getprotaddr()
```

The OSI transport provider does not support the following subroutines for a graceful release mechanism.   This is considered the duty of the session layer.   Applications that strictly conform to this ARINC profile will exclude these subroutines:

```
t_rcvrel()
t_sndrel()
```

Since ARINC 638 specifies the connection oriented ISO 8073/Class 4 transport layer and makes no mention of the ISO 8602 connectionless transport protocol, the following connectionless services will not be supported. Applications that strictly conform to this ARINC profile will exclude these subroutines:

```
t_sndudata()
t_rcvuderr()
t_rcvudata()
```

### 7.5  BITE Interface

BITE responsibility in the ELS is divided between the ELS application and the ELS Operating Environment. To maximize ELS application portability, all BITE activity directly related to the aircraft installation, inter-system communication, and fault-reporting should be contained within the operating environment. The ELS application reports only faults within the domain of the application.

Applications should use the services listed below for reporting internal faults to the operating environment. The environment is responsible for the correct logging of internal faults and reporting of faults to other systems.

Application designers may select values to indicate various types of failures, and these should be documented. It is permissible for different applications to use different values for error codes, but these must be decipherable to maintenance personnel. Facilities are provided for the ELS application to store additional application specific data with the fault to aid in identification and isolation of the problem.

Although fault conditions are listed for the Environment Domain, portable ELS applications should not depend on operating environment behavior not specified in this AEP. Note that the processing environment software has responsibility for detecting, logging, and reporting faults that occur in the environment domain.

Faults that fall in the application domain include value range errors that are detected within the application, type incompatibilities, memory allocation errors, input/output errors, and invalid discriminant accesses. Faults that fall in the environment domain include hardware errors, external system (such as mass memory unit) errors, system input/output errors (including errors attempting to load applications), and processor exceptions (such as illegal instructions, privilege violations, division by zero, and stack overflow).

The function and values listed below define the BITE application program interface for portable ELS applications.

```
#include <bite.h>

int logfault (faultcode, applicationdata)
int faultcode;
long applicationdata;
```

Where faultcode and applicationdata are application-defined values, and the function returns a status code from the list below.   A value of no error indicates the fault has been logged successfully and/or reported to a central maintenance system.

```
#define no_error 0
```

The fault was logged and reported successfully. This value is returned even if no reporting actually took place because no central maintenance system is installed.

```
#define cant_open_log 1
```

Unable to open the fault log.

```
#define cant_write_log 2
```

Unable to write to the fault log.

```
#define cant_verify_log 3
```

Unable to verify the data written to the fault log.

```
#define cant_close_log 4
```

Error received while closing the fault log.

```
#define cant_report_fault 5
```

Unable to report the fault to the central maintenance system.

HARRIS-15435

## 7.0  APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

7.6  Language Recommendations

The use of a single programming language to develop ELS applications is highly desirable in order to maximize the applications portability between different ELS platforms.  If a large number of languages are utilized many development tools may have to be available to port ELS applications between platforms.  As only C bindings are available for the AEP defined by this document, ELS application vendors are encouraged to develop software in accordance with ISO/IEC 9899 - December 1990 standard or its equivalent, ANSI X3J11.

COMMENTARY

This recommendation may not be fully consistent with the AEEC position that has adopted Ada as the standard Higher Order Language.  C standards include two annexes that define implementation limits.  These limits will have to be reviewed in order to increase software portability.

HARRIS-15436

# 7.2.0 Operating System Interface

## 7.2.1 • Introduction and description

### 7.2.1.1 • Forewords

The *System V Interface Definition* is an operating system public specification defined by *AT&T* and also known as *SVID*. All system calls and C libraries functions should be compliant with the *SVID* specification. We emphasize on the fact that this document assumes a C language interface to the function calls. Some parts of the *SVID* are *POSIX* compliant, if there is a case where both *POSIX* and non-*POSIX* function exists then the *POSIX* should be prefered.

### 7.2.1.2 • Description

The operating system profile, based on SVID, can be divided into four sections: the system calls, the langage libraries, the user commands and the administration.

#### 7.2.1.2.1 System calls

These routines are related to processes, files, and users basic management. All functions related to system calls are *SVID* and *POSIX* compliant except for the memory management functions which are *SVID* compliant only. Once the ADA binding to *POSIX.1* will be achieved, it should be used for ADA based ELS applications.

#### 7.2.1.2.2 Langage libraries

The C language libraries offer mathematical functions, IO facilities, memory management and several system structure manipulations. These libraries should be *SVID* compliant. There is no requirement for ADA libraries.

#### 7.2.1.2.3 User commands

The ELS OS profile does not require a shell interpreter. The implementation of the user commands is optional.

#### 7.2.1.2.4 Administration

Administration tasks should be compliant with the described *SVID* subset.

### 7.2.1.3 • Portability

This profile defines C biding to the application. Thus, if an ADA application uses the ELS Operating System profile it should rely on the corresponding *POSIX* biding.

### 7.2.1.4 • General terms

Definitions of terms and abbreviations used in this section are provided in attachment 1.

### 7.2.1.5 • Related documents

- ISO/IEC 9945-1 - Portable Operating System Interface: part 1 - C language - ISO/IEC - Dec. 1990.
- ISO/IEC 9899 - Programming language: C - ISO/IEC - Dec. 1990.
- AT&T UNIX System V release 4 Programmer's reference Manual - Prentice Hall - 1991

## 7.2.2 • System calls

### 7.2.2.1 • User concept

There should be at least two users (in terms of OS user), the superuser (or root)

HARRIS-15437

# 7.2.0 Operating System Interface

who has a user id number equal to 0 (zero) and the ELS administrator who has a user id number equal to 1993.

### 7.2.2.2•Process management

7.2.2.2.1General description

Real time features are not taken into account in this profile.

### 7.2.2.3•Memory management

The minimum physical memory is 16 Mb (MegaBytes). There is no requirement for virtual and/or paged memory.

### 7.2.2.4•File management

7.2.2.4.1General description

In SVID, devices are attached to files. That is, all devices are seen as files from an application point of view. Some special file names are reserved for specific devices.

7.2.2.4.2Limits and constants

A file name should not exceed 14 characters, a file path should not exceed 256 characters, including / separators.

7.2.2.4.3Special files

Special files should have the /dev directory as parent.

### 7.2.2.5•Conformance to standards

The C language used for the functions and data structure definitions should be compliant with ISO/IEC 9899.

Commentary:  C standard, known as «ANSI C», has been registered by ISO/IEC in december 1990. Hence, ANSI X3J11 is equivalent to ISO/IEC 9899.

# 7.2.3•Library calls

### 7.2.3.1•Introduction

The C language libraries should be ISO/IEC 9899 compliant.

### 7.2.3.2•Mathematical functions

There are no mathematical functions limits or constants.

### 7.2.3.3•Network function

Refer to section 7.4

HARRIS-15438

**Marriott.**
HOTELS·RESORTS·SUITES

A. Page 54
  — Second row
Application to read:
Illustrated Parts Catalogue and
configuration Control
(Delete existing entry)


  — 9th row
Change (Application column)
"Master Minimum Equipment Test"
to "Master Minimum Equipment
List"


PTO


½

HARRIS-15439

B. Page 55
. Last row
— application to read:
  maintenance schedule and
  practices (delete existing entry)

— Description to read:
  maintenance schedule and
  practices for entire aircraft
  systems and components in
  pictorial and textual format

— Storage type/size to read:
  Read, Large

— Data source & Revision Cycle to
  Read:
  Regulatory Agencies, Airframe and
  Airline.
  Revise when necessary.

HARRIS-15440

**Marriott.**
HOTELS · RESORTS · SUITES

( NEW   ITEMS )

Please insert the following under
MAINTENANCE   INFORMATION — ONBOARD,
OPERATIONAL

PTO.

7/2

HARRIS-15441

| APPLICATION | INFORMATION TYPE | INTEGRATING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCES & REVISION CYCLE |
|---|---|---|---|---|---|
| AIRCRAFT MAINTENANCE MANUAL | GRAPHICS/ TEXT | MAINTENANCE DISPLAYS | VERY LARGE | SYSTEM DESCRIPTION & OPERATION, MAINTENANCE PROCEDURES. | AIRFRAME / AIRLINE REVISE AS NECESSARY |
| WIRING DIAGRAM MANUAL | GRAPHICS / TEXT | MAINTENANCE DISPLAYS | LARGE | WIRING DIAGRAM | AIRFRAME / AIRLINE REVISE AS NECESSARY |
| SYSTEM SCHEMATICS | GRAPHICS / TEXT | MAINTENANCE DISPLAYS | LARGE | SCHEMATIC DIAGRAM OF AIRCRAFT SYSTEMS | AIRFRAME REVISE AS NECESSARY |

HARRIS-15442

**ATTACHMENT 3**

ARINC CHARACTERISTIC 949 - Page 1

## 1.0 INTRODUCTION

### 1.1 Purpose of this Document

This document describes the physical characteristics and functional capabilities of the Electronic Library System Cabinet (ELSC) and Line Replaceable Modules (LRM) which are part of an onboard Electronic Library System (ELS) as described in ARINC 649, "Design Guidance for Electronic Library System (ELS)". The intent of this document is to provide design guidance for the development and installation of an ELS in commercial type aircraft. The characteristics provided by this document identify the design standards to achieve interchangeability and interoperability.

### 1.2 Regulatory Approval

The ELS equipment should meet all applicable Federal Aviation Administration (FAA), European Joint Aviation Authority (JAA), Federal Communication Commission (FCC), and any other customer airline's regulatory authority unique requirements. This document does not and cannot set forth the specific requirements that equipment must meet to assure approval. Such information must be obtained from the regulatory agencies themselves.

### 1.3 Definition of Terms

The definition of terms and abbreviations used in this document are provided in Attachment 1.

### 1.4 Related Documents

The latest revision of the following documents are pertinent to the design and development of an ELSC and LRMs which meets the characteristics set forth in this document.

ARINC Report 604, "Guidance for Design and Use of Built-In Test Equipment (BITE)"

ARINC Report 608A, "Design Guidance for Avionics Test Equipment"

ARINC Report 609, "Design Guidance for Aircraft Electrical Power Systems"

ARINC Project Paper 624, "Design Guidance for Onboard Maintenance System (OMS)"

ARINC Specification 626, "Standard ATLAS Subset for Modular Test"

ARINC Report 627, "Programmers Guide for SMART™ System Using ARINC 626 ATLAS"

ARINC Project Paper 636, "Onboard Local Area Network (OLAN)"

ARINC Project Paper 637, "Internetworking Specification"

ARINC Project Paper 638, "Upper Layer Specification"

ARINC Project Paper 649, "Design Guidance for Electronic Library System (ELS)"

ARINC Project Paper 650, "Integrated Modular Avionics Packaging and Interfaces"

ARINC Report 651, "Design Guidance for Integrated Modular Avionics (IMA)"

ARINC Project Paper 724B, "Aircraft Communications Addressing and Reporting System"

ARINC Project Paper, "Full Format Printer"

ARINC Project Paper 748, "Communication Management Unit (CMU)"

ARINC Project Paper XXX, "Data-Loader TBD"

ANSI X3.131-199x, "Small Computer System Interface - 2 (SCSI-II)"

IEEE Standard 1149.5, "Test and Maintenance Bus"

ISO 7498, "Open Systems Interconnection Reference Model"

ISO 8824, "Information processing systems - Open Systems Interconnection - Specification of Abstract Syntax Notation One (ASN.1)"

ISO 8825, "Information processing systems - Open Systems Interconnection - Specification of Basic Encoding Rules for Abstract Syntax Notation One (ASN.1)"

EUROCAE ED-12, "Software Considerations in Airborne Systems and Equipment Certification"

EUROCAE ED-14, "Environmental Conditions and Test Procedures for Airborne Equipment"

RTCA/DO-160, "Environmental Conditions and Test Procedures for Airborne Equipment"

RTCA/DO-178, "Software Considerations in Airborne Systems and Equipment Certification"

RTCA/DO-205, "Design Guidelines and Recommended Standards to Support Open System Interconnection for Aeronautical Mobile Digital Communications"

Preliminary Draft

ARINC CHARACTERISTIC 949 - Page 2

## 2.0 SYSTEM CONSIDERATIONS

### 2.1 General

The ELS provides several functions such as information storage/retrieval, custom forms/reports and communication between users. The ELSC and LRMs should comply with the design standards defined in ARINC Report 651 "Design Guidance for Integrated Modular Avionics (IMA)" and ARINC Project Paper 650 "Integrated Modular Avionics Packaging and Interfaces", with the exceptions noted by this document. This section sets forth the general characteristics desired for the ELSC and LRMs. The specific requirements are contained in the other sections of this characteristic. The interchangeability aspects of the various ELS displays, data and software are defined in ARINC 649.

#### COMMENTARY

ARINC 651 IMA compatibility is a desired goal for the ELSC and LRMs. However, certain ELS design objectives and constraints may be incompatible with this goal. The ELSC assembly and LRMs described in this document may be used in the design and implementation of applications other than ELS. The appropriateness of this equipment for other applications should be evaluated based on the intended function.

### 2.2 System Interchangeability

One of the primary functions of an ARINC characteristic is to specify, in addition to performance parameters, the interchangeability desired by the airline users. This standard should permit the parallel, but independent design of compatible equipment and aircraft installations. Airline users desire that evolutionary equipment improvements and inclusion of additional functions do not violate the interwiring and form factor standards set forth in this document. Provisions to ensure forward looking generation interchangeability are included in this document to guide the manufacturer in future developments.

The ELSC may be installed in a number of different airframe types that have a range of different interface requirements that may include those described in both the basic and optional interface sections of this document. The greatest level of interchangability is achieved in a ELSC where provisions are made to support as many different interface options as possible.

### 2.3 Architecture Considerations

The ELSC is a cabinet assembly that provides physical containment and interconnect (via a backplane) for a set of LRMs. To provide the ELS functionality using this architecture, the LRMs are arranged using a concept of channels. An ELS channel consists of one or more Processor Input/Output (PIO) LRMs connected with up to seven Mass Memory (MMU) LRMs via a Small Computer System Interface (SCSI) backplane interconnect bus. Each channel is a dual attach station on the ARINC 636 OLAN to support communications with ELS displays, other aircraft functions and other ELS channels, as shown in Attachment 2-1.

To provide for system redundancy, an ELSC may host one or more channels of ELS LRMs or, alternatively, multiple

ELSCs may be installed on the aircraft. The use of a single ELSC or multiple ELSCs is dependent on the available space to install the cabinet. To maximize the use of available space, a flexible installation scheme may be used, allowing slot position and LRM orientation to determine channel connectivity. This would allow an ELSC assembly to support installation of, for instance, two fully populated channels or three less populated channels in the same cabinet. Attachment 2-2 illustrates this concept.

Each ELSC also contains at least one Power Supply (PS) LRM to condition aircraft power for use by the cabinet and the installed LRMs. When an ELSC hosts multiple channels, use of redundant power supply LRMs may be required to support system requirements. The cabinet designer/integrator is responsible for ensuring that the number of redundant power sources available to each user module is appropriate to the integrity requirements of the system(s) dependent on that module. The installer is responsible for ensuring that the independence of the power sources to the power supply modules in a cabinet is appropriate to the integrity requirements of the systems dependent on those modules.

#### 2.3.1 Forward Fit and Retrofit

Many airlines intend to retrofit the ELS within their fleet. The equipment manufacturer should ensure the flexibility of the architecture as it relates to the retrofit as well as new aircraft. In addressing retrofit considerations, the equipment manufacturer should be aware of the constraints of some aircraft (i.e. electrical power, environmental, size, etc.).

#### 2.3.2 Component Re-Use

The cabinet and LRMs defined in this document are intended to be somewhat independent of their use to implement an ELS. However, where necessary, the definition of these components are tailored to meet the ARINC 649 requirements, such as aircraft I/O. Through a consistent use of the ARINC Project Paper 650 and ARINC Report 651 standards, each component should be useable for other aircraft functions. In addition, the processing environment provided by the PIO LRM is a standard environment which supports development of other software applications.

### 2.4 Physical Requirements

#### 2.4.1 Environmental Conditions

The ELSC and LRMs should comply with selected RTCA Document DO-160 and EUROCAE ED-14 environmental requirements as set forth in ARINC Project Paper 650. The DO-160 environmental test categories for the ELSC and LRMs are listed in Attachment 3.

#### COMMENTARY

The environmental conditions for the installation of an ELSC on a specific aircraft will depend on the installation method and location. For example, the differences in temperature and vibration with installing the ELSC in the cargo bay, as compared to the passenger cabin overhead.

#### 2.4.2 Cooling

## 2.0 SYSTEM CONSIDERATIONS (cont'd)

The ELSC and LRMs should be designed to support passive cooling

p 34-35 **2.5 Standard Signal Characteristics**

Standard signal characteristics are **TBS**.

### 2.6 Supportability

#### 2.6.1 Reliability

The anticipated use of the ELS demands the utmost attention to the need for reliability in all phases of design, production installation and operation of the equipment.

#### 2.6.2 Testability

##### 2.6.2.1 Built-In Test Equipment (BITE)

Each ELSC component should contain Built-In Test Equipment (BITE) capability in accordance with ARINC Report 624, "Design Guidance for Onboard Maintenance System (OMS)."

ARINC Report 624 sets forth a general philosophy, basic guidance, and certain specific recommendations for the design and use of an OMS.

The OMS described incorporates the traditional areas of failure monitoring and fault detection, BITE, BITE access, and an airplane condition monitoring system (ACMS). It further describes the capability to provide onboard maintenance documentation (OMD) and the need for total integration of these functions. It describes the needs for all elements of the OMS, including a central maintenance computer (or CMC function) and all the member systems which interface with it.

ARINC Report 624 is intended to provide a better mutual understanding among the designers and users of the specified OMS, including all its member systems, with a view toward achieving an optimum balance between critical factors such as BITE effectiveness, operation interface simplicity, cost, and system complexity. A description of one possible architecture for an OMS is also included in the document. This description is not intended to delineate the design for an OMS but to provide an example for understanding the requirements for such a system.

ARINC Report 624 discusses the role of an OMS in the airline's maintenance concept and the fault detection and BITE characteristics desirable in all avionics equipment to support the broader goals of an OMS. Beyond the guidance applicable to BITE, this document provides specific guidance for the design of an OMS which provides for:

- A standardized, English language-based user interface for performing all BITE tests and line maintenance functions on the airplane.

- Where appropriate, storage of BITE reported fault data within a line replaceable module's (LRM) nonvolatile memory (NVM).

- Reporting of fault status in the air and on the ground via operator displays and/or electronic/magnetic communications links.

- Integration of the fault isolation design to provide complete coverage from fully automatic BITE through interactive, BITE-assisted fault isolation to manual troubleshooting procedures.

- Ground-test capability for fault isolation and performance of LRM/cabinet replacement tests, functional tests, and system tests. Airplane condition monitoring function integrated with the BITE/line maintenance function design.

Airframe and equipment designers are encouraged to take advantage of this guidance information, beginning with the earliest design phases of new equipment.

Users may also find this information helpful in standardizing maintenance planning and procedures and in securing appropriate recognition for such procedures from the regulatory agencies. It is particularly important that the guidelines set forth in ARINC Report 624 should be considered in terms of the overall perspective of the users' needs, rather than from some more limited objective.

#### 2.6.2.2 Fault Reporting

The PIO LRM should contain fault reporting capability in accordance with ARINC Report 624. The PS LRM and the MMS LRM both report faults via the PIO LRM. The MMS health status, testing and fault reporting should be conducted through the host controller using the SCSI Response Formats contained in Attachment 4-3. PS health status, testing, and fault reporting should be conducted via backplane discretes. In addition, all BITE information should be available through the Test and Maintenance bus.

Attachment 4-1 contains a list of BITE codes which should be used for ELSC reporting. Attachment 4-2 contains a list of BITE codes which should be used for reporting failures for each display terminal reporting faults, either through the ELSC or as direct reporting systems.

Power-up and self-test features should be incorporated in each unit to the greatest extent possible to detect and isolate failures. In addition to continuous monitoring, the PS and MMS LRMs should respond to initiated test commands from the PIO LRM.

##### 2.6.2.2.1 OMS Fault Reporting

Each channel of an ELSC should contain fault reporting capability in accordance with ARINC Report 624. Attachment 4-1 contains the list of BITE codes which should be used for ELSC channel fault reporting.

Since the ELSC may be installed in aircraft which do not contain an OMS, to provide maximum interchangeability, as an option to the user, the ELSC channels may also need to support either or both of the fault reporting capabilities described in Sections 2.6.2.2.2 and 2.6.2.3.

ARINC CHARACTERISTIC 949 - Page 4

2.0 SYSTEM CONSIDERATIONS (cont'd)

COMMENTARY

New equipment designs should be produced in accordance with ARINC Report 624. ARINC Report 624 supercedes ARINC Report 604. The optional use of ARINC Report 604 is to provide for retrofit installations where an OMS is to provide for retrofit installations where an OMS is not present and the equipment will need to interact with an ARINC 604 Centralized Fault Display System (CFDS).

2.6.2.2.2 Optional Character-Oriented BITE Fault Reporting

Each ELSC channel should, as an option to the user, provide fault reporting capability in accordance with the character-oriented fault reporting protocol contained in ARINC Report 604, "Guidance for Design and Use of Built-In Test Equipment (BITE)."

2.6.2.2.3 Optional Bit-Oriented BITE Fault Reporting

Each ELSC channel should, as an option to the user, provide fault reporting capability in accordance with the bit-oriented fault reporting protocol contained in ARINC Report 604.

2.6.2.2.4 Stand-alone ELSC Fault Reporting

Each ELS channel must be capable of displaying detected faults when not connected to a maintenance system.

2.6.2.3 Shop Access

Each LRM should provide access to local BITE information through the IEEE 1149.5 Test and Maintenance Bus.

2.6.2.3.1 Automatic Test Equipment

To enable Automatic Test Equipment (ATE) to be used in bench maintenance, internal circuit functions not available at the cabinet service connector and considered by the equipment manufacturer necessary for automatic test purposes may be brought to pins on an auxiliary connector of a type selected by the equipment manufacturer. This connector should be fitted with only that number of contacts needed to support the ATE functions. The connector should be provided with a protective cover suitable to protect these contacts from damage, contamination, etc. while the unit is installed in the aircraft. The manufacturer should observer ARINC Project Paper 650 standards for unit projections, etc. when choosing the location of this auxiliary connector.

2.6.2.3.2 ATE Testing

The ELSC and all installed LRMs should be ATE testable and should have a test program written using the ATLAS

language elements of ARINC Specification 626, "Standard ATLAS Subset for Modular Test" developed in accordance with ARINC Report 627, "Programmers Guide for SMART System Using ARINC 626 ATLAS."

The ATLAS test procedure should be shown to work on a test system build to comply with ARINC Specification 608A, "Design Guidance for Avionics Test Equipment."

The airlines desire that any test program provided should be capable of executing without modifications on SMART test systems.

2.6.3 Maintainability

The equipment design should be modular in concept and should be assembled to facilitate line/shop repair. The stacking of individually replaceable LRMs/components should be avoided to reduce the need of removing LRMs/components for other maintenance actions. The spacing of LRMs/components should facilitate line/shop repair and construction should permit LRM or component removal without interference. All LRMs or subassemblies should be interchangeable with other units bearing the same part number. LRM/component replacement should only be necessary when the part fails to meet the minimum operational requirements.

The ELSC and LRMs should be designed in accordance with the guidance specified within ARINC Report 624, "Onboard Maintenance System (OMS)". Each cabinet LRM should contain a BITE processing capability which monitors and reports system health information. Each cabinet LRM should contain NVM for fault storage and provide access to BITE information through the IEEE 1149.5 Test and Maintenance bus. A single Test and Maintenance bus should connect all cabinet LRMs. A test connector should be provided to allow ATE or test equipment to be connected to the Test and Maintenance bus.

COMMENTARY

The use of an independent processing element for BITE may be desirable because it allows commercially available technology (i.e. MMU) to be included in the system design in an unaltered form. An independent processing element also allows the BITE function to be provided with minimum hardware, therefore maximizing the reliability of the BITE function.

## 3.0 ELECTRONIC LIBRARY SYSTEM CABINET

### 3.1 General

This section describes the cabinet assembly, backplane and associated interfaces to the aircraft. The cabinet assembly provides for the installation of a group of LRMs. The cabinet assembly supports the mechanical, electrical, and environmental requirements of the LRMs. The cabinet backplane/interconnect should provide:

Interconnect of aircraft data buses to the Processor-I/O LRM.

A backplane bus (i.e. SCSI 2 bus) to support each channel.

Discretes from airframe and cabinet assembly to cabinet LRMs.

Electrical power and grounding.

Test and maintenance interfaces.

### 3.2 Cabinet Interchangeability

To maximize the interchangability of the ELSC, the design should allow ELSC installations in a number of different aircraft types and a range of locations on the aircraft.

ELSC should accommodate any manufacturer's LRMs with complete mechanical, electrical and environmental interface compatibility. ELSC assemblies designed for one aircraft type are not necessarily interchangeable with an ELSC designed for another aircraft type. The ELSC should meet all mechanical, electrical and environmental requirements defined in ARINC 650.

### 3.3 Functional Requirements

The ELSC should provide the functional requirements specified in ARINC 650.

### 3.4 Physical Requirements

The ELSC should comply with the physical requirements identified in ARINC 650. The following are requirements specific to the ELSC.

### 3.4.1 Connectors

The LRM to ELSC connectors should comply with ARINC 650. The aircraft to ELSC connectors are shown in Attachment 5-1.

### 3.4.2 Installation

The ELSC may need to accommodate the optional front mounted ARINC 636 OLAN connections to the PIO LRM.

### 3.4.3 Environmental Conditions

Vibration testing on the ELSC should be performed with the cabinet fully populated with LRMs, meeting ARINC 650 which requires loading to the maximum weight levels. A fully populated ELSC may not be the worst case vibration condition. System designers should ensure environmental requirements are met using typical and worst case system configurations.

### 3.5 ELSC Interfaces

### 3.5.1 Airframe Interfaces

The cabinet interconnect should accommodate electrical signal, electrical power, and fiber optic signal interfaces to airframe wiring. All connections should be by quick release connectors on the cabinet. The number of connectors to support the airframe to cabinet interface may vary based on cabinet size and number of channels. Attachment 5-2 defines the types of signals and quantities needed for the airframe to cabinet interface. *for an ELSC channel*

#### COMMENTARY

Manufacturers are cautioned not to rely on special wires, cabling or shielding for use with particular units because they may not exist in other installations. The airlines do not want the unassigned ("Future Spare") pins of the service connector used for functions associated solely with ATE use.

In order to minimize the number of hardware changes needed to accommodate expansion of applications and interfaces of the ELSC, pin assignments have been reserved in anticipation of future need. Changes of reserved function which have hardware impact are discouraged.

The cabinet backplane should distribute electrical signal, electrical power, and fiber optic signal interfaces to the cabinet LRMs. The connector used to support the backplane to LRM interface should be compliant with ARINC 650. Attachment 5-3 defines the types of signals and quantities needed for the backplane to LRM interface.

The following subsections describe the allocation and assignment of data bus ports, discrete input and output pins, program pins and power pins.

#### 3.5.1.1 Power/Ground

The ELSC should be designed to accept a single 115 VAC single phase aircraft power per PS LRM. Interconnect provisions for a second source of 115 VAC aircraft power should be provided.

Space and interconnect provisions should be reserved to support 28 VDC version of aircraft power. These provisions should support single or dual DC power sources.

Each power input should be protected by circuit breakers of the size shown in Attachment 6. There should be no master ON/OFF power switching within the ELSC.

#### COMMENTARY

The live insertion of LRMs with SCSI interfaces may require the ability to turn off power to the LRMs local to the cabinet.

The wire connected to the ELSC connector pins labeled

**ARINC CHARACTERISTIC 949 - Page 6**

10ᵗʰ

### 3.0 ELECTRONIC LIBRARY SYSTEM CABINET (cont'd)

"Chassis Ground" should not be used as the AC ground return to airframe structure. It is not intended as a common return for circuits carrying heavy AC currents, and equipment manufacturers should design their equipment accordingly.

#### 3.5.1.2 OLAN

The basic interface between the ELSC and other aircraft systems is an ARINC 636 "Onboard Local Area Network (OLAN)" through an ARINC 650 blindmate connector. Each channel in the ELSC is a dual attached station on the OLAN. Each channel is attached to two optical bypass switches by four optical fibers, four control wires and a ground.

As an option, the optical fiber pigtails from the optical bypass switch may be connected directly to the cabinet backplane connector insert for the PIO LRM.

To support technology and insertion/removal requirements prior to development of an ARINC 650 blindmate connector, provisions may be made to allow for front mount fiber optic connectors that would be mounted to the front face of the PIO module.

#### COMMENTARY

Care should be exercised in the design of the optical connections to and within the cabinet to minimize the optical losses. Reducing the number of connections by direct connection to the PIO LRM may be necessary to meet optical power budget requirements.

#### 3.5.1.3 Optional Aircraft Data Busses

This section describes optional aircraft data bus interfaces. These data bus interfaces may be needed for installations where aircraft systems are not connected to the OLAN.

#### COMMENTARY

The need for optional data bus interfaces to the ELSC and PIO LRM are only required where no external bridge, router or gateway function exists.

#### 3.5.1.3.1 ELAN

The ELSC may provide 1 ARINC 646 "Ethernet Local Area Network (ELAN)" interface.

#### COMMENTARY

ARINC 646 ELAN bus control would normally be expected to be provided by a bridge, router, or gateway function in the OLAN. When the ELAN interface is directly with the ELSC, ELAN bus control functions should be provided by the ELS. The ELS should not depend on an interfacing system to provide control functions for the ELAN.

#### 3.5.1.3.2 ARINC 429

The ELSC may provide ARINC 429 interfaces to support

interwiring to some or all of the following systems:

ARINC 724B ACARS
ARINC 615 Data Loader
ARINC Flight Management Computers
Central Maintenance Computer
Flight Warning Computer

*Preliminary Draft*

#### 3.5.1.4 Discretes

16 pins to identify aircraft type, cabinet number (for multiple cabinet installation), etc. should be provided as identified in Attachment 5-1. These signals should be ground/open discretes and include a parity signal. The parity signal should be set so that an odd number of discrete signals are grounded.

#### COMMENTARY

It is preferred that the total number of discrete signals including parity be even. By checking for an odd number of grounded signals out of an even total number of signals, the "all signals open" and "all signals grounded" combinations are invalid.

#### 3.5.1.5 Test and Maintenance

The IEEE 1149.5 Test and Maintenance bus connects each LRM to a separate cabinet test connector. This connection allows LRM testing to be performed by external test equipment without removing the LRM from the cabinet.

#### 3.5.2 Internal Interfaces                    5

This section sets forth the basic interwiring for the ELSC backplane. The standard interwiring to accommodate the installation of the ELSC is set forth in Attachment 5-3.
                                                   5 - 4
The following subsections describe the allocation and assignment of data bus ports, discrete input and output pins, program pins and power pins.

#### 3.5.2.1 Conditioned Power/Ground

The power and ground distribution method used in the ELSC should, in general, comply with ARINC 650. Specific requirements are shown in figure XX and defined below.

The cabinet should provide predefined locations for one or, optionally, two power supply LRMs that each receive one or two aircraft power inputs from outside the cabinet and distribute conditioned power to the cabinet LRMs. The backplane should provide connections between the PS LRM and other LRMs in the cabinet as defined below:

A dedicated primary power connection between the primary PS LRM and all LRMs in the cabinet.

A dedicated hold-up power connection between the primary PS LRM and some or all of the LRMs in the cabinet.

A dedicated primary power connection between the optional secondary PS LRM and some or all LRMs in the cabinet.

**ATTACHMENT 3 (cont'd)**

ARINC CHARACTERISTIC 949 - Page 7

## 3.0  ELECTRONIC LIBRARY SYSTEM CABINET (cont'd)



- A dedicated hold-up power connection between the optional secondary PS LRM and some or all of the LRMs in the cabinet.

- A common power return between the primary PS LRM and each LRM in the cabinet.

- A common power return between the optional secondary PS LRM and each LRM in the cabinet.

The cabinet should provide the following ground connections to each LRM:

- A single common signal ground.

- A chassis ground used to ensure ground continuity between the LRM and the cabinet.

### 3.5.2.2  Discretes

The cabinet backplane/interconnect should provide ground/open discretes to each LRM to provide slot position information. For each PIO and Mass Memory LRM, channel identification and SCSI identification should be provided. TBD discretes should be provided for communication between PS LRM and other LRMs.

These discretes should be ground/open discretes and include a parity signal. The parity signal should be set so that an odd number of discrete signals are grounded.

### 3.5.2.3  SCSI-II

The SCSI-II bus provides control signals, sixteen bit data bus with parity and termination power. The cabinet backplane/interconnect should provide the termination resistor networks.

Provisions may be made to support wide SCSI bus for communication between cabinet LRMs.

### COMMENTARY

The SCSI termination monitoring identified in ARINC 749 and 759 is not required in a cabinet implementation due to the controlled environment of the cabinet.

### 3.5.2.4  ARINC 659

As an option, an ARINC 659 data bus may be provided for communication between cabinet LRMs. The ELSC does not require this bus to provide the ELS function.

### 3.6  Supportability

ELSC supportability requirements are TBD.

**ATTACHMENT 3 (cont'd)**

ARINC CHARACTERISTIC 949 - Page 8

## 4.0  LINE REPLACEABLE MODULES

### 4.1  General Requirements

This section defines the general characteristics that apply to more than one Line Replaceable Module (LRM) that can be installed in the ELSC. LRM general requirements include installation requirements and the LRM interface to the backplane for data and power.

Any LRM developed to this specification should be interchangeable with an LRM performing the same function developed to this specification by any other equipment manufacturer. Each LRM should be designed in accordance with the appropriate guidelines defined in ARINC 651 "Design Guidance for Integrated Modular Avionics". Each LRM should comply with the dimensional standards defined in ARINC Specification 650, "Integrated Modular Avionics Packaging and Interfaces", with the AMU value defined below. Each LRM should also comply with ARINC 650 with respect to weight, racking attachments, front and rear projections and cooling.

### 4.1.1  Functional Requirements

The general functional requirements for LRMs are TBD.

### 4.1.2  Physical Requirements

#### 4.1.2.1  LRM Sizes

The PIO and MMU LRMs should both be TBD AMU size.

#### COMMENTARY

The standardizing of the size of the PIO and MMU AMU sizes allows an ELSC slot to accommodate either type LRM to permit flexible utilization of cabinet volume and functionality.

#### 4.1.2.2  LRM Weights

The packaged weight of each individual LRM should be in accordance with ARINC Project Paper 650. The weight should be distributed as evenly as possible so as to provide for convenient transportation by one person using one hand.

### 4.1.3  Interface Requirements

#### 4.1.3.1  Power and Grounding

Each LRM, excluding PS LRM, should have provisions for two conditioned 28VDC and two power return inputs via the backplane connector that provide operating power. The internal power conditioning of the LRM should be designed to maintain isolation between the two power sources and, if voltage is available on both inputs, the LRM should actively balance the current drain from each power source. If one power source is not available the LRM should draw current from the remaining power source. If power subsequently becomes available on the both sources the LRM should utilize both sources automatically. It is the responsibility of the LRM to derive any necessary operating voltages from the distributed voltage level.

If required, the LRM should have provisions for two conditioned 28VDC power inputs via the backplane

connector to provide hold-up power. The LRM should meet the same isolation and current balance requirements for hold-up power as for operating power. The LRM should only utilize hold-up power for retaining important data in memory and not for normal operation. The LRM design should use isolation. A careful analysis of system requirements to minimize current drain from this power source. The length of time hold-up power will be available will depend on a number of factors and the LRM design should be responsible for ensuring the integrity of any data stored in memory supported by hold-up power.

The LRM should use the chassis ground connection to the backplane and not rely on mechanical contact between the LRM and the cabinet. The LRM should utilize the signal ground connection to the backplane as the reference level for any input or output discrete circuitry.

#### 4.1.3.2  Discretes

Each LRM should use discretes to receive slot position information. The Processor-I/O and Mass Memory LRMs should use channel identification, SCSI identification, and PS LRM status discretes.

The LRMs should be designed to receive a power loss warning signal to support synchronized shutdown of LRMs. The power loss warning is issued at least 10 milliseconds before conditioned power drops below the minimum threshold of TBD VDC.

#### COMMENTARY

Due to voltage losses between the power supply and cabinet LRMs as well as special shutdown requirements which some LRMs may have, it may be desirable to monitor the voltage level within the LRM to produce a local power loss warning signal.

These discretes should be ground/open discretes and include a parity signal. The parity signal should be set so that an odd number of discrete signals are grounded.

#### 4.1.3.3  SCSI-II

The PIO and MMU LRMs should use a SCSI-II bus which provides control signals and a sixteen bit data bus with parity. Provisions may be made to support wide SCSI bus for communication.

#### 4.1.3.4  ARINC 659

As an option, the LRMs may use an ARINC 659 data bus.

### 4.1.4  Supportability

#### 4.1.4.1  Reliability

LRM reliability requirements are TBD.

#### 4.1.4.2  Testability

In addition to the ARINC 624 On-board Maintenance System support requirements, each LRM should be designed to support integrated cabinet testing.  This should include

HARRIS-15450

## 4.0  LINE REPLACEABLE MODULES (cont'd)

comprehensive internal BITE monitoring and fault storage capability and support of an IEEE 1149.5 Test and Maintenance Bus. This bus, connects each LRM to a cabinet test connector, allows LRM testing to be performed by external test equipment without removing the LRM from the cabinet.

Each LRM should provide BITE capability which complies with Section 2.6.2 Testability. BITE information which is not available on the SCSI bus should be reported through the Test and Maintenance bus. LRMs should store local faults in NVM and provide access to BITE information through the IEEE 1149.5 Test and Maintenance bus. Power-up and self-test features should be incorporated to the greatest extent possible to detect and isolate unit faults. In addition to continuous monitoring, the LRMs should respond to initiated tests commanded by the host controller. A goal should be 100 percent monitoring of all functions within the LRM with a minimum requirement of 90 percent.

### 4.1.4.3  Maintainability

LRMs should not require any periodic cleaning or adjustment, nor should it require the replacement of wear-out components as a scheduled item.

Line maintenance should consist of LRM removal and replacement. The design should provide for replaceable, functional modules (shop replaceable units or SRUs) to minimize troubleshooting and spare requirements.

The system should be designed to achieve a Mean Time To Repair (MTTR) of no more than **TBD** minutes.

### ISSUE

The live insertion requirements defined in ARINC 650 may be a problem for the ELS LRMs. The SCSI bus is one area where live insertion may be a problem.

### 4.2  Power Supply LRM

### 4.2.1  Functional Requirements

The PS LRM receives aircraft power and distributes conditioned power to the cabinet LRMs. One or two power supply modules may be installed in the ELSC to provide a single or redundant 28 VDC distribution capability.

#### 4.2.1.1  Power Inputs

The PS LRM should be able to operate normally in the range of 104 to 122 volts RMS 380 to 420 Hz. The equipment should not be damaged by a power input in the range of 0 to 97 volts RMS for a period of up to ten seconds.

The PS should include internal circuit protection features which do not require the use of fuses.
The PS LRM may include provisions for dual power inputs. The PS LRM could use the second power input as a redundant power source to enhance the availability of the ELSC.

As an option, the PS LRM may receive 28 VDC input power.

### COMMENTARY

The PS LRM is not required to support both input power types.

#### 4.2.1.2  Output

Output power from the PS LRM should be 28 VDC (+/- 2 VDC). In addition limited conditioning should be provided that minimize voltage spikes and dropouts.

Separate output lines should be provided by the supply module for each user module that is connected to it. Each output line should have independent fault protection, so that a fault in one user module does not affect the integrity of the power supplied to the other user modules.

### COMMENTARY

Consideration should be given to providing a method for programming the current limit individually for each cabinet LRM.

#### 4.2.1.3  Powerup Sequencing

The PS LRM may provide sequential power control to individual LRMs to limit peak power loads at powerup.

#### 4.2.1.4  Power Interruption Handling  _at least_

Aircraft power interruptions of less than 200 milliseconds should be made transparent to the cabinet LRMs by the PS LRM. The PS LRM should set the Power Down Interrupt discrete to logic zero 10mS before the power line voltage for any LRM becomes less than 25 VDC.

In addition, the PS LRM should provide, on a separate backplane connection, memory hold-up power that can be used by an LRM to maintain the integrity of a loaded program and status information during an extended power interruption of up to 10 seconds.

#### 4.2.1.5  Efficiency

Efficiency of the PS LRM should be maximized to reduce power dissipation.

#### 4.2.1.6  BITE

The PS LRM should provide BITE capability which complies with ARINC 624 - "Onboard Maintenance System". Faults should be reported to each PIO LRM connected to the PS LRM. The following lists the faults which should be used for PS LRM fault reporting to the PIO LRM.

Input Power Source 1 failed,
Input Power Source 2 failed,
Power Output n overloaded (where n = LRM slot # of power output destination),
PS LRM failed.

The PS LRM may include provisions for responding to an initiated test command from the PIO LRM. It may record the status of each load and local faults in NVM and provide access to BITE information through an IEEE 1149.5 Test

HARRIS-15451

ARINC CHARACTERISTIC 949 - Page 10

## 4.0 LINE REPLACEABLE MODULES (cont'd)

and Maintenance bus.

### 4.2.2 Physical Requirements

#### 4.2.2.1 Size

The PS LRM should comply with the dimensional standards in ARINC 650 for a TBD AMU form factor.

#### 4.2.2.2 Weight

The Weight requirement for the PS LRM is **TBD**.

#### 4.2.2.3 Connector

The PS LRM should be provided with a backplane connector. This connector should accommodate electrical signal and power interfaces. This connector should accommodate TBD inserts and should be located on the PS LRM rear panel. Connector layout and pin assignments are provided in Attachments 7-1 and 7-2. Index pin code TBD should be used. Keying should be used to prevent the insertion of PS LRMs which use a different type of input power.

#### 4.2.2.4 Environmental Considerations

Attachment 3 tabulates the relevant environmental categories for the PS LRM.

EMI conducted noise generation and susceptibility of a PS LRM should meet the requirements of DO-160, relative to the input power.

#### COMMENTARY

The EMI requirements are defined in ARINC Specification 650 based on the guidance contained in RTCA DO-160. The requirements for a power module are at least as stringent for noise generation as present LRU requirements. They are expected to be more restrictive to minimize noise in the backplane. Susceptibility requirements, conversely, are expected to be less difficult. The cabinet itself may pre-filter the input power lines, again to minimize noise on the backplane.

### 4.2.3 Interfaces

#### 4.2.3.1 Power and Ground

The PS LRM should accept power inputs and distribute power as defined in sections 4.2.1.1, 4.2.1.2 and 4.2.1.4. The PS LRM should follow the grounding requirements of section 4.1.3.1.

#### 4.2.3.2 Discretes

The PS LRM should provide a Power Down Interrupt output discrete as defined in section 4.2.1.4. The PS LRM should also provide BITE output discrete for some or all of the conditions defined in section 4.2.1.6.

#### 4.2.3.3 Test and Maintenance

The test and maintenance interface requirements for the PS

LRM are TBD.

### 4.2.4 Supportability

#### 4.2.4.1 Reliability

The PS LRM should have a Mean Time Between Failure (MTBF) of no less than TBD hours calculated per Military Handbook 217 at an operating temperature of +50 degree C.

#### 4.2.4.2 Testability

The testability requirements for the PS LRM are TBD.

#### 4.2.4.3 Maintainability

The maintainability requirements for the PS LRM are TBD.

### 4.3 Processor I/O LRM

The PIO LRM provides a processing resource to run the ELS applications, to manage the MMU LRMs, and communicate with user access terminals. The PIO should provide a processing resource which is compatible with industry standards and includes the following software components: 1) POSIX compliant UNIX operating system, 2) FDDI Network Interface, 3) OSI communication protocols, 4) SCSI-II communication protocols, and 5) X-Windows graphical environment.

#### COMMENTARY

The airlines objective is for COTS software to be utilized to the maximum extent possible. By maximizing the use of COTS software, the system impact of technology changes and software product upgrades are minimized. It is acknowledged that installing new application programs or version upgrades of current applications will require some effort, but will be substantially less than if industry standards were not followed.

All communication with other aircraft systems or other ELS channels should be provided through the PIO LRM. Communication between PIO and MMU LRMs should be provided through the SCSI-II bus. Discretes from the airframe and cabinet backplane/interconnect provide position and configuration information to the PIO LRM.

### 4.3.1 Functional Requirements

#### 4.3.1.1 Processing Resources

The PIO should provide Central Processing Unit (CPU) and Random Access Memory (RAM) to support the processing environment as defined in the ARINC Project Paper 649, "Design Guidance for Electronic Library System (ELS)".

#### COMMENTARY

The CPU and the amount of RAM available will greatly affect the processing speed of the PIO. As more memory are available, the less applications are swapped in and out of the main memory space. As a minimum, the RAM space must be sufficient to support the processing environment and the minimal set of applications. To

## 4.0  LINE REPLACEABLE MODULES (cont'd)

support the growth of applications, the design of the PIO should provide capability to expand the RAM space, and accommodate growth path on the CPU to ensure adequate processing resources.

### 4.3.1.2  Initialization

Upon power-up, the PIO should load and execute the ELS Processing Environment. System initialization requirements are TBD.

### 4.3.1.3  Mass Memory Management

The PIO LRM is responsible for identifying the characteristics of each of the mass memory unit connected to it via the SCSI bus. The PIO must recognize whether the MMU has write capability and should provide a write protection interlock to ensure that data is not inadvertently corrupted. The PIO is responsible for periodically verifying the integrity of its file system across multiple MMUs. The PIO should, where possible, continue to operate in the event of an MMU failure.

### 4.3.1.4  Networking

Networking requirements are **TBD**

### 4.3.1.5  Software Loadability

All processing environment software and application software should be loadable onboard the aircraft. The boot software for the PIO should be resident in dedicated PIO non-volatile memory to support loading of the processing environment software in a "brain dead" condition.

### 4.3.1.6  Power Interrupt Handling

The PIO power interrupt handling requirements are TBD.

### 4.3.1.7  Redundancy Management

The redundancy management requirements are TBD

### 4.3.1.8  BITE

The PIO's BITE capability should be designed in accordance with Section 2.6.2. The PIO LRM is responsible for reporting faults to OMS as a member system for all elements associated with its ELS channel. The PIO should report SCSI port assignment status of other than zero as a fault.

### 4.3.2  Physical Requirements

### 4.3.2.1  Connector

The PIO LRM should be provided with a backplane connector. This connector should accommodate electrical signal, fiber optic, and power interfaces. This connector should accommodate TBD inserts and should be located on the PIO LRM rear panel. Connector layout and pin assignments are provided in Attachments 8-1 and 8-2. Index pin code TBD should be used. Keying should be used to prevent the insertion of PIO LRMs which use a different type of input power.

The PIO may provide a front mounted OLAN TBD connector. Connector layout and pin assignments are provided in Attachment 8-3.

### 4.3.3  Interfaces

The standard interfaces to and from the PIO should be OLAN and SCSI-II. The OLAN interface is for PIO to communicate with processing nodes (another PIOs and other aircraft systems) and non-processing nodes. The SCSI-II interface is for PIO to access the MMU LRMs installed in the ELSC.

### 4.3.3.1  OLAN

The PIO's primary interface to other systems and user access terminals should be the ARINC 636 "Onboard Local Area Network". The OLAN connection should be a dual attached station.

### 4.3.3.2  Other Aircraft Data Busses

#### 4.3.3.2.1  ARINC 429

The PIO may provide TBD ARINC 429 data bus interfaces. The specific protocol requirements are TBD.

#### 4.3.3.2.2  ELAN

The PIO may provide TBD ARINC 646 ELAN data bus interfaces. The specific protocol requirements are TBD.

### 4.3.3.3  SCSI-II

The PIO SCSI interface requirements are specified in Section TBD. The PIO should provide the SCSI bus termination power for its channel. The PIO should always have SCSI port assignment zero.

### 4.3.3.4  Discretes

The discrete interface requirements for the PIO LRM are TBD.

### 4.3.4  Supportability

#### 4.3.4.1  Reliability

The PIO should have an MTBF of no less than TBD hours calculated per Military Handbook 217 at an operating temperature of +50 degree C.

#### 4.3.4.2  Testability

The testability requirements for the PIO LRM are TBD.

#### 4.3.4.3  Maintainability

The maintainability requirements for the PIO LRM are TBD.

### 4.4  Mass Memory Unit LRM

This section sets forth the specific form factor, mounting provisions, interwiring, input and output interfaces and power characteristics desired for the Mass Memory Unit

ARINC CHARACTERISTIC 949 - Page 12

## 4.0  LINE REPLACEABLE MODULES (cont'd)

(MMU) LRM.  A specific mass memory technology is not being specified by this specification.

### 4.4.1  Functional Requirements

The MMU LRM should provide a storage capability to store data as well as software programs.  The MMU LRM is used in conjunction with a Host Controller.  The Host Controller may be the PIO LRM or other cabinet LRM.

#### 4.4.1.1  Data Access

The MMU LRM should support random access to data.

#### 4.4.1.2  Data Revision

MMU LRM should be capable to accept data revision by replacing the LRM, replacing a media or by revision via the SCSI bus.

#### 4.4.1.3  Data Protection

Loss of power should not result in the loss of data integrity. The MMU LRM may provide other means to secure data. It may preclude any write operations to data stored with a status of "Write Protected".  The MMU LRM should report the write protection status to the Host Controller, if available, over the SCSI bus.

#### 4.4.1.4  Warm-Up Time

Following the initial application of power at temperatures above -10 degrees C, the warm-up time should be less than 20 seconds.  Following the initial application of power at temperatures at or below -10 degrees C, the warm-up time should be less than two minutes.

#### 4.4.1.5  Start-Up Time

Following the reapplication of power following a power interruption, start-up time should be less than 10 seconds.

#### 4.4.1.6  Power Consumption

During steady-state operation, MMU LRM power consumption should not exceed 50 Watts.

During initial powerup, MMU LRM power consumption should not exceed 65 Watts for a period of less than five seconds.  During power-up for rotating media MMU LRMs, the spin-up may result in an increased power consumption as compared to normal operation or non-rotating media MMUs.

The MMU LRM may also require increased power consumption at low and high temperature extremes of the operating temperature range.  If a heater is used, MMU power consumption should not exceed TBD watts during heater operation.

#### 4.4.1.7  Data Access Time

The maximum allowable data access time (measured from the time of the  data request until the data is available at the interface) should be no more than 100 milliseconds (worst case).

#### 4.4.1.8  Data Transfer Speed

The minimum data transfer speed with error correction should be at least 500 Kbytes per second in SCSI synchronous mode.  The interface should allow for a burst data transfer rate of at least 1.5 Mbytes per second, consistent with SCSI asynchronous data transfer.

#### 4.4.1.9  Corrected Error Rate

The MMU LRM should contain an error detection and correction (EDAC) algorithm.  This algorithm should provide a corrected bit error rate of 1 X 10E-12 for data coming out of the Mass Memory Unit LRM.

#### COMMENTARY

Note that this is not the error rate observed at the interface to the host controller.  The host controller will observe an error rate that is a function of the MMU LRM EDAC algorithm specified above and the error rate of the SCSI transmission.

#### 4.4.1.10  Removable Storage Media

The MMU LRM may use fixed or removable media, or a combination thereof, to provide data and program storage. Removal of the media from the MMU should not result in the loss of data integrity or retention.

#### 4.4.1.10.1  Media Insertion/Removal

The MMU LRM should have a guarded manual ejection capability that allows the operator to remove the media without a special tool.  The ejector implementation should operate independent of any power being applied to the unit.

Media insertion and removal should be mechanized in a manner, with or without a gloved hand, which provides the operator straight forward operation and positive visual assurance that the media has been properly inserted or removed.  The time required to insert or remove the media should not exceed 5 seconds.  Media interchange should not require the need for alignment or calibration.

The MMU opening for media insertion/removal should be designed to preclude damage to the MMU or media by an attempt to insert the media improperly.

#### 4.4.1.10.2  Media Detection

The MMU LRM should not attempt to access media when a media is not installed.  The media not installed status should be reported to the host controller via the SCSI interface.

### 4.4.2  Connector

The MMU LRM should be provided with a backplane connector.  This connector should accommodate electrical signal and power interfaces.  This connector should accommodate TBD inserts and should be located on the MMU LRM rear panel.  Connector layout and pin assignments are provided in Attachments 9-1 and 9-2.  Index pin code TBD should be used.  Keying should be used to prevent the insertion of MMU LRMs which use a different

DRAFT

ARINC CHARACTERISTIC 949 - Page 13

## 4.0 LINE REPLACEABLE MODULES (cont'd)

type of input power.

### 4.4.3 Interfaces

The specific interwiring and input / output interfaces for the MMU LRM are identified in Attachment 5-3.

### 4.4.4 Supportability

### 4.4.4.1 Reliability

The MMU LRM or the drive for MMU LRMs which employ removable media, should have a Mean Time Between Failure (MTBF) of no less than 5,000 hours calculated per Military Handbook 217 at an operating temperature of +50 degrees C. For MTBF calculations, this should assume a read/write duty cycle of 10% of the total power on time.

For MMU LRMs which employ removable media, the media should have a useful service life of 15 years. For those MMU LRMs which employ removable media, the drive's insertion/removal facilities (as well as the media) should be capable of withstanding 1 X E4 insertion/removal cycles.

### 4.4.4.2 Testability

The testability requirements for the MMU LRM are **TBD**.

### 4.4.4.3 Maintainability

The maintainability requirements for the MMU LRM are **TBD**.

HARRIS-15455

**ATTACHMENT 3 (cont'd)**

ARINC CHARACTERISTIC 949 - Page 14

**ATTACHMENT 1**
**ELECTRONIC LIBRARY SYSTEM CABINET**
**GLOSSARY OF TERMS AND DEFINITIONS**

| | |
|---|---|
| AC | Alternating Current |
| ACARS | Aircraft Communications Addressing and Reporting System |
| ACMS | Airplane Condition Monitoring System |
| AMU | Avionics Modular Unit |
| ARINC | Aeronautical Radio, Inc. |
| ATE | Automatic Test Equipment |
| BITE | Built-In Test Equipment |
| CFDS | Centralized Fault Display System |
| CMC | Central Maintenance Computer |
| COTS | Commercial Off-the-Shelf |
| CPU | Central Processing Unit |
| DC | Direct Current |
| EDAC | Error Detection and Correction |
| ELAN | Ethernet Local Area Network |
| ELS | Electronic Library System |
| ELSC | Electronic Library System Cabinet |
| EMI | Electromagnetic Interference |
| EUROCAE | European Organization for Civil Aviation Electronics |
| FAA | Federal Aviation Administration |
| FCC | Federal Communication Commission |
| FDDI | Fiber Distributed Data Interface |
| IEEE | Institute of Electrical and Electronics Engineers, Inc. |
| IMA | Integrated Modular Avionics |
| I/O | Input/Output |
| JAA | European Joint Aviation Authority |
| KBytes | Kilobytes |
| LRM | Line Replaceable Module |
| MBtyes | Megabytes |
| MMS | Mass Memory Subsystem |
| MMU | Mass Memory Unit |
| MTBF | Mean Time Between Failures |
| MTTR | Mean Time To Repair |
| NVM | Non Volatile Memory |
| OLAN | Onboard Local Area Network |
| OMD | Onboard Maintenance Documentation |
| OMS | Onboard Maintenance System |
| OSI | Open Systems Interconnect |
| PIO | Processor Input/Output |
| POSIX | Portable Operating System Interface |
| PS | Power Supply |
| RAM | Random Access Memory |
| RMS | Root Mean Square |
| RTCA | Radio Technical Commission for Aeronautics |
| SCSI | Small Computer System Interface |
| VAC | Volts, Alternating Current |
| VDC | Volts, Direct Current |

# MDC INDUSTRY PRESENTATION

## ON

# ELECTRONIC LIBRARY SYSTEM

## FOR

# SAE S-7 COMMITTEE

*20 SEPTEMBER 1993*

Peter W. Hibson
OMS/ELS Project Manager
McDonnell Douglas Aerospace
(310) 593-8352

HARRIS-15457



## OMS/ELS FUNCTIONAL DEVELOPMENT PATH

SAE S-7

Computing → Aerospace

Fighters → Transports

FUNCTIONS

'50   '60   '70   '80   '90

OMS

ELS

☐ OMS Has Gone From "Break X's" to Indication Overload

☐ ELS Has Gone From Typewriters to Digital Data Delivery

☐ OMS/ELS Need to Now Go to the Next Levels

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15458

SAE S-7

## ORIGINS OF OMS/ELS

| 747-400, A320 |
| MD-11, C-17 |

☐ Expanded Maintenance Functions and Aircraft Integration.

☐ Led to the Conception of OMS.

| MD-91/92, B7J7 |
| A340, B777 |

☐ One Stop Shopping for Line Maintenance Turn-Around.

☐ Electronic Documentation Via Mass Storage Led to the Concept of ELS.

☐ Key OMS Functions That Tied Flight Operations Applications to ELS:

Automated Electronic Logbook

Existing Faults
Fault History
Repair Actions
+ 
Reduced Turn-Around
Improved Accuracy

Automated Aircraft Status

Existing Faults
MEL/DDG
Next Leg Flight Plan
+
Prioritized Repair Processes
Dispatch Decision Capability

*MCDONNELL DOUGLAS AEROSPACE*



SAE S-7

CURRENT STANDARDS STATUS

SAE & ARINC ~ Aircraft Hardware Applications

ATA & DoD ~ Digital Data Delivery

**Importance**   50%   20%

**Readiness**   25%   80%

Ground Systems

Networking | Applications

Aircraft Systems

ELS Basic Intent Was to Provide Paperless Documentation

Ground Systems Generally Not Ready to Support Aircraft

Cost Analyses Incomplete or Functionally Independent

*Importance* Needs To Align With *Readiness*

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15460

**ATTACHMENT 4 (cont'd)**





# SAE S-7

## OMS/ELS DESIGN FLEXIBILITY

☐ Allows Implementation of Basic System on Variety of Levels. Can Be Partial or Full Implementation, Depending on Airline Needs, Ground System Capability and Financial Condition.

☐ Transportable Across Fleet With Minimal Hardware Changes and Applications Updates.

*McDONNELL DOUGLAS AEROSPACE*

## OMS/ELS TECHNOLOGIES

SAE S-7

- ☐ Fiber Optic Local Area Network Data Buses.
- ☐ Open Systems Interconnection and Protocol.
- ☐ Modular Avionics and Generic Computers.
- ☐ Touchscreens and Voice Activation.
- ☐ Optical Disks and High Density Silicon.
- ☐ Artificial Intelligence and Knowledge Based Systems.
- ☐ Digital Information, Procedures & Forms.
- ☐ Portable Universal Terminals.

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15464







SAE S-7

LOCATION FOR PAT, FIRST OFFICER'S POSITION

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15466

SAE S-7

## RETROFITING OMS/ELS TO MDC AIRCRAFT

| Aircraft Model | MD-80 | MD-80 (Advanced) | MD-11 | C-17 | MD-90 |
|---|---|---|---|---|---|
| Interface In | DFGS 1&2 MWCS | DFGS 1&2 MWCS EFIS DFDAU | EFIS 1-3 CFDS 1&2 DMU | MCS 1-3 WACS 1&2 APDMS 1&2 CCU 1&2 | DFGS 1&2 MWCS EFIS 1&2 ACU DFDAU |
| Out | FMS 1&2 FWS | FMS 2 FWS | FWS | FMS 1&2 FWS ACARS SATCOM 1&2 GATELINK CABIN | FWS |

*MCDONNELL DOUGLAS AEROSPACE*

SAE S-7 J1061

## SAE S-7

## FUTURE ELS FOCUS

☐ Development Approach Should Include Total Architecture Considerations With Incremental Dual-use/Re-use Hardware/Applications.

☐ ELS Should Reflect Global Use, to Include Hub vs. Austere, Ready Room, Hotel Room/Home, and Training Applications.

☐ User Needs, Process Re-design and User Interaction Should Be New Focus, Not Hardware and Digitization.

☐ Remember OMS Functions Play a Key Role in Flight Operations Automation and Workload Reduction.

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15468

**SAE S-7**

## CURRENT MDC ELS RELATED PROJECTS

**IRAD (88)**  Addresses Various Technical Issues & Supports Industry Functions.

**MD-11 (89)**  Upgrading CFDS Functions & Preliminary Maintenance ELS Functions.

**C-17 (90)**  Upgrading Digital Data Distribution, Onboard Maintenance Data Access, & Limited Flight/Loadmaster Functions.

**CO-OP (91)**  Integrates Architecture, Hardware & Supplier Development.

**ICAT (93)**  Develops Integrated Flight Operations Applications.

**Other**  MD-12, MD-XX, DC-X & HSR Are Typically Flight/ Maintenance Driven Applications. No Current Requests For DC-8, DC-9/C-9 or DC-10/KC-10 Efforts.

*MCDONNELL DOUGLAS AEROSPACE*

SAE S-7

SAE S
JT B-16

OTHER POTENTIAL MDC ELS PROJECTS

ARPA (93)    Develop an Integrated Aircraft & Ground Maintenance
             Application

NASA (94)    Develop Re-Use Applications For Flight/ Maintenance
             Operations.

AMC (94)     Develop Dual-Use Applications For Flight/ Maintenance
             Operations.

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15470

SAE S-7

## MD-11 (-904) BASELINE

- Increased System Redundancy and Fault Tolerance.

- Improved Fault Data, Retrieval, and Storage.

- Upgraded Acars Maintenance Communications Capabilities.

- Common User Interface.

- OMT Provisions.

- Potential Integration With Ground-based Fault Tracing Database.

- Provisions for Maintenance Autoprint Functions.

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15471

# SAE S-7

## PROPOSED MD-11 (-904) WITH OMT

- ☐ Provides Cost Effective PC Based User Interface for Fault Data and Portions of Line Maintenance Manuals.

- ☐ Integrates Fault Tracing Database for Improved Fault Correlation.

- ☐ Provides Existing Status for Verification and Quick Return to Service.

- ☐ Incorporates An Additional Full Page Printer.

- ☐ Potential to Provide Central Maintenance Terminal.

- ☐ Potential to Accomidate Functions Other Than Maintenance.

*MCDONNELL DOUGLAS AEROSPACE*



PROPOSED MD-11 (-904) WITH OMT

SAE S-7

MCDONNELL DOUGLAS AEROSPACE

HARRIS-15473

**ATTACHMENT 4 (cont'd)**

SAE S-7

C-17 AGILE SYSTEM ARCHITECTURE
CCP0138 STUDY

PDL

MCS 1-3

CCU 1&2

386/486
PROCESSING

| MMS 1 | MMS 2 | MMS 3 | MMS 4 |
|---|---|---|---|

HDD

LMIS
Loadmaster/
Maintenance
Interface
Station

PRINTER

CCP0064
External Data
Creation & One-time
Distribution for O-level
Manuals Only

*MCDONNELL DOUGLAS AEROSPACE*

SAE

HARRIS-15474

# SAE S-7

## CURRENT MDC POSITION

Dual-Use • Portable • Off-The-Shelf

### Retrofitable Hardware

Militarized

Commercialized

Ruggedized

Industrialized

### Tailorable Applications

New

Highly Modified

Re-use

Industry

$

TTM

*Customer/Development Costs Must Be Returned ≤ 2 yrs.*

*MCDONNELL DOUGLAS AEROSPACE*

SAE S-7

INCREMENTAL ARCHITECTURES/HARDWARE

**Functional Enhancements**

| Partial Maintenance | → | Full Maintenance |
| Flight Planning | → | "Flyway" In The Sky |
| Cabin Management | → | Integrated Systems |

**Functional Additions**

| Maintenance | → | Flight Operations |
| Automation | → | Operating Performance |
| Silos | → | Real Time |

*Major Modifications For Upgrades Is Unacceptable*

**MCDONNELL DOUGLAS AEROSPACE**

HARRIS-15476



SAE S-7

POTENTIAL S-7 ARP4102/15 ITEMS

### User Interface

Menu Architecture/Layout
Information Icons
Information Colors
Triggered Prompting/Retrieval
"Nest" Emulation

### Applications Guide

User Request Scenario
(649/A4-2)
ATC Scenario
Weather Scenario
Failure Scenario
Electronic Logbook
Process Re-Design

### Non-Aircraft Functions

Check in/Ready Room
Schedules/Dream Sheet
Home/Hotel Access
Training

### Computational Functions

Units Conversion
Weight and Balance
Flyway-In-The-Sky
Replanning/Dispatch

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15478

SAE S-7

## SUMMARY GUIDELINES TO SUCCESS

☐ Encourage Ground/Aircraft Systems Partnership(s) and/or Coordination.

☐ Focus on Low Acquisition Cost and Quick Return On Investment.

☐ Remember Architecture and Hardware Must Be Retrofitable/Technology Upgradable.

☐ Look for Re-Use and Dual-Use of Existing Development Applications.

☐ Find Easy and Comprehensive Expansion Capabilities.

☐ Consider an Automation/Process Re-Design Focus.

☐ Do Not Forget Connectivity Ease.

*React Yesterday!*

*MCDONNELL DOUGLAS AEROSPACE*

HARRIS-15479