# Electronic Library System

| AEEC ELS Subcommittee / AMC Task Group 115 | A joint activity of AMC & AEEC |
| --- | --- |



**ARINC**
AERONAUTICAL RADIO, INC.

Aeronautical Radio, Inc.
2551 Riva Road, Annapolis, Maryland 21401
Telephone (410) 266-2915   Fax (410) 266-4040   ARINC/SITA HDQIAXA

---

**TO:** ELS/TG-115 Subcommittee

**AVIONICS PUB** ___93-203/ELS-74___
Year-Serial No./Project No.

**SUBJECT:** <u>CIRCULATION OF DRAFT 6 OF PROJECT PAPER 649, "ELECTRONIC LIBRARY SYSTEM (ELS)"</u>

**DATE** ___September 1, 1993___

### DRAFT 6 CIRCULATED

Circulated herewith is Draft 6 of Project Paper 649, "Electronic Library System (ELS)." Draft 6 includes changes recommended during the January 20-22, 1993 ELS Subcommittee and subsequent ad hoc meetings (Avionics Publications 93-183/ELS-72, 93-030/ELS-70, 93-073/ELS-71 and 93-184/ELS-73) and using inputs submitted by industry (Attachments 1 through 13*).

Changes resulting in revised text are presented in highlighted form.

### COMMENTS REQUESTED

Draft 6 will be reviewed during the next ELS Subcommittee meeting, scheduled to take place October 26-28, 1993 in Minneapolis, Minnesota. Comments concerning the technical content, the format or the basic philosophy are requested. Comments received prior to October 12, 1993 will be considered in accordance with the group's recommendations for inclusion in Draft 7. These should be sent to my attention at ARINC, telephone (410) 266-2915, facsimile (410) 266-4040, or ARINC/SITA address HDQIAXA.

*Roger S. Goldberg*
Roger S. Goldberg
Electronic Library System Subcommittee

RSG/anvh
Attachments
cc: ELS Mail List

**Please bring your copy to Tulsa General Session**

---

'achments 1-13 were not reproduced for General Session distribution.

HARRIS-15480

HARRIS-15481

<u>ATTACHMENT 1</u>



APR 1993
RECEIVED

**AEROSPATIALE**
AVIONS

**Direction**
**des SYSTEMES et de l'AVIONIQUE**
A/DL - M8621 - 316, route de Bayonne       Tél:      (33)61 93 55 55
31060 TOULOUSE Cedex 03 / FRANCE           TELEX:  AISPA 531546F

## T E L E F A X

| | |
|---|---|
| DATE : April 6, 1993 | TOTAL PAGES :2 |
| O/Ref : 73.218/93 | |
| Y/Ref : | |

FROM: Lionel MONDON               FAX:(33)61-93-08-83
      ELS PROJECT MANAGER          Ph.:(33)61-93-90-24

TO:   Roger S. GOLDBERG            FAX:(410)266-2047
      Electronic Library System Subcommittee   Ph.:(410)266-2915
      ARINC

COPY:L/PA, L/CV/MA
      A/DET/SY/SQIP (F. GOUDENOVE)  Fax:
                                     Ph.:

FAX N°:

SUBJECT :

Roger,

Attached is the revised version of the Attachment 5, "Data Integration Process", we discussed during the New Orleans meeting. I am sending to you a paper version by mail.

If you had any comments, please feel free to contact me via voice at (33) 61-93-90-24, or via fax at (33) 61-93-08-83.

I look forward to hearing from you,

Cordially,

*L. MONDON*
*ELS Development*

HARRIS-15482

AEEC LETTER 93-203/ELS-74 - Page 2

### ATTACHMENT 1 (cont'd)



HARRIS-15483

**ATTACHMENT 2**



**AEROSPATIALE**
AVIONS

Télécopie/Fax

**Direction Technique**
316, route de Bayonne
31060 TOULOUSE CEDEX 03 - FRANCE

| | |
|---|---|
| de/from François Goudenove | date April 14, 1993          page 1/2 |
| | référence/reference : FAX 515 255/ 93 |
| | à/to Mr Pete HIBSON |
| | ELS ARINC Meeting |
| service A/DET/SY/AVIC | service/société Residence Inn |
| télécopieur/fax n° (33) 61 93 80 90 | télécopieur/fax n° (702) 796 6571 |
| téléphone/telephone n° (33) 61 18 19 73 | téléphone/telephone n° (702) 796 9300 |
| | Copies : |
| | A/DET/SY/AVIC V. Cavasa, C. Lemozit, P. Schuster |
| | A/DL L. Mondon, B. Fargeon |
| | A/DAV P. Granier |

Sujet : ELS ARINC Paper 649

Dear Pete,

During the last ELS subcommittee meetings, I was assigned some action items about the ARINC 649 paper recommandations.
I apologize for the delay in providing you with my contribution, but I hope you can consider it for your discussions today and tomorrow.
Could you please thank Roger for having addressed to me all the working papers in time by a "Quick" procedure. I really appreciate it.

Section 4.8.3 (New numbering)

In the list of data, please add the following ones :

- 5 closest Airports List for use in preparing specific files

- A/C Position and altitudes, A/C attitude parameters

- Departure/Arrival runways information such as altitude, inclination, ...

- Configuration information such as Nav Data Base Validity, A/C configuration, Flight Phases, Airways segments,

...

Section 4.8.5 (New numbering)

Please rewrite this section as follow :

The Flight Warning System (FWS) may support ELS by transferring alert and advisory messages when displayed on EIS (Electronic Instrument System) after activation by a system failure. These messages may support access by the Flight Crew to documents such as the Fault Reporting Manual (FRM) and Minimum Equipment List (MEL). These messages may also give access to the Flight Operating Manual (FOM) and the appropriate procedure description. The messages may also provide corresponding access by a maintenance technician to documents such as the MEL and Dispatch Deviation Guide (DDG) and for Logbook reporting.

Commentary

As the primary goal of the ELS is not to replace the FWS, the interface between the two systems should be designed so that the pilot do not need to access the ELS information to achieve the procedures needed after the FWS messages are displayed. The ELS is only intended to give additional information.

If you do not receive all pages call back as soon as possible phone n° (33) 61 18 19 73

HARRIS-15484

**AEEC LETTER 93-203/ELS-74 - Page 4**

### ATTACHMENT 2 (cont'd)



**AEROSPATIALE**
AVIONS

<u>Section TBD (New numbering) tittled ELAN reprting</u>

Each ELS component connected to the ELAN also assumes the responsability for reporting on the status of the bus. In order to facilitate the ELAN BITE, each ELAN user should record specific information. The following data should be accessible through the BITE fucntions :
   - MAC Frame error
   - Physical Layer ~~Error.~~ *FAILURE*

~~There should not be any ELAN manager since ELAN is based on distributed architecture.~~

Sincerely .

*[signature]*

F. Goudenove

HARRIS-15485

**ATTACHMENT 3**

The Boeing Company
**Fax Leader**

| No. of Pages | 2 | Today's Date | 2-10-93 | Orgn. No. |
| To | Roger Goldberg | Mailstop | From | Dennis Ferry | Mailstop |
| Company | ARINC | Company | Boeing |
| Location | Annapolis, MD | Location | Seattle | Bldg. No. |
| Fax No. (410) 266-9399 | Telephone No. (410)-266-2915 | Fax No. | Telephone No. (206)234-3299 |
| Comments | | Original Disposition: ☐ Destroy  ☐ Return  ☐ Call for pickup |

FEB 1993
RECEIVED

Wednesday, February 10, 1993

Dennis G. Ferry
Boeing Commercial Airplane Group
P.O. Box 3707; M/S 60-KW
Seattle, WA 98124-2207

Mr. Roger Goldberg
Electronic Library System Subcommittee
Aeronautical Radio, Inc.
2551 Riva Road
Annapolis, MD 21401

Dear Roger:

This letter is in responses to an action item taken by Boeing at
the January 1993 ARINC ELS Subcommittee meeting in New
Orleans, LA. The enclosure details all needed changes in ARINC
Project Paper 649 needed to specify human factors
requirements for the access terminals and the user interface.
If you have any questions or concerns regarding the
information, please contact me at (206) 234-3299.

Sincerely;

Dennis G. Ferry
ELS Systems Engineer

enclosure:   Response to action item taken by Boeing

HARRIS-15486

<u>ATTACHMENT 3 (cont'd)</u>

Enclosure 1

## Boeing inputs to ARINC Characteristic 649

1.3   <u>Related Documents</u>

Add:

MIL-Standard-1472D, "Human Engineering Design Criteria for
Military Systems, Equipment and Functions"

<u>6.0   ELS User Interfaces</u>

6.1   <u>Introduction</u>

Add after the 1st paragraph and before the commentary:

The user interface of the ELS should comply with the appropriate
requirements in MIL-Standard-1472D, "Human Engineering
Design Criteria for Military Systems, Equipment and Functions".

HARRIS-15487

**ATTACHMENT 4**

**J. H. Boone**
Director
Avionics/Flight Systems

Boeing Commercial Airplane Group
P.O. Box 3707, MS 6R-PA
Seattle, WA 98124-2207

March 5, 1993
BE42B-L93-006



Mr. Roger Goldberg
Aeronautical Radio, Inc.
2551 Riva Road
Annapolis, Maryland  21401

***BOEING***

Subject:   Revised Action Items taken from the Electronic Library
System Sub-Committee & the Architecture Ad-hoc
Working Group

Dear Roger,

The first enclosure is a system architectural drawing for the Boeing
implementation of the ELS.  This will be substituted for the current
attachment 3-1 of ARINC Project Paper 649.  This change is for the
purpose  having all symbology the same in the architectural drawings.

The second and third enclosures are to be inserted in ARINC Project
Paper 949 "Electronic Library System Cabinet (ELSC) (LRM Packaging)"
as attachments 5-1 and 5-2 respectively.   These are connector
definitions and cabinet to airframe inter-wiring.  The change to
inter-wiring list is to correct acronyms.

If you have any questions, please contact our representative Dennis
Ferry at 206-234-3299.

Sincerely,

J. H. Boone
Director
Avionics/Flight Systems

HARRIS-15488

AEEC LETTER 93-203/ELS-74 - Page 8

<u>ATTACHMENT 4 (cont'd)</u>

# ATTACHMENT 5-1
# ELECTRONIC LIBRARY SYSTEM CABINET
# ELSC CONNECTOR DESCRIPTION LAYOUT

| # (1) | Connector Description |
|-------|----------------------|
| AC | AC Power connector |
| BD | Connector for basic discretes |
| FO | FDDI Fiber connector (2) |
| DC | DC Power Connector (optional) |
| OD | Connector for optional functions (optional) |
| TM | Test and Maintenance Bus |

Note [1]: For implementations of more than 1 channel where the channels are located adjacent or close to each other, alternate shell keyway positions will be used.

Note [2]: This connector can be specified when an industry approved rack and panel mount, blind-mate connector is available that offers acceptable optical losses

HARRIS-15489

## ATTACHMENT 4 (cont'd)



HARRIS-15490

ATTACHMENT 4 (cont'd)


# ATTACHMENT 5-1
## ELECTRONIC LIBRARY SYSTEM CABINET
## ELSC CONNECTOR DESCRIPTION LAYOUT



| Shell size | Arrangement No. | Number of contacts | Size contacts | Service rating | Contact location | Superseded document |
|---|---|---|---|---|---|---|
| 8 | 3 | 3 | 20 | I | All | MS27561-3 |

Insert Arrangement for Connectors DC



| INCHES | MM |
|---|---|
| .065 | 1.65 |
| .113 | 2.87 |
| .130 | 3.30 |
| .195 | 4.95 |
| .226 | 5.74 |
| .260 | 6.60 |
| .325 | 8.26 |
| .339 | 8.61 |

| Shell size | Arrangement No. | Number of contacts | Size contacts | Service rating | Contact location | Superseded document |
|---|---|---|---|---|---|---|
| 18 | 31 | 31 | 20 | I | All | MS24262-31 |

Insert Arrangement for Connectors OD

HARRIS-15491

### ATTACHMENT 4 (cont'd)

## ATTACHMENT 5-1
## ELECTRONIC LIBRARY SYSTEM CABINET
## ELSC CONNECTOR DESCRIPTION LAYOUT



| INCHES | MM |
|--------|------|
| .041 | 1.04 |
| .074 | 1.88 |
| .085 | 2.16 |
| .107 | 2.72 |
| .114 | 2.90 |

| Shell size | Arrange-ment No. | Number of contacts | Size contacts | Service rating | Contact location | Superseded document |
|------------|------------------|--------------------|---------------|----------------|------------------|---------------------|
| 10 | 5 | 5 | 20 | I | A11 | MS24260-5 |

**Insert Arrangement for Connectors AC and TM**

MIL-STD-1554
1 JULY 1975



| Shell size | Arrange-ment No. | Number of contacts | Size contacts | Service rating | Contact location | Superseded document |
|------------|------------------|--------------------|---------------|----------------|------------------|---------------------|
| 14 | 15 | 15 | 20 | I | A11 | MS24260-15 |

| INCHES | MM | INCHES | MM |
|--------|------|--------|------|
| .033 | .83 | .174 | 4.42 |
| .065 | 1.65 | .194 | 4.93 |
| .092 | 2.34 | .210 | 5.33 |
| .096 | 2.44 | .221 | 5.61 |
| .125 | 3.13 | .228 | 5.79 |
| .151 | 3.84 | .231 | 5.87 |

**Insert Arrangement for Connector BD**

HARRIS-15492

ATTACHMENT 4 (cont'd)

## ATTACHMENT 5-2
## ELECTRONIC LIBRARY SYSTEM CABINET
## CABINET TO AIRFRAME INTERWIRING

| Function | ELSC | Terminal | Aircraft |
|---|---|---|---|
| Primary fiber in | | o——⊗—— | Bypass Switch PRI in |
| Primary fiber out | | o——⊗—— | Bypass Switch PRI out |
| Secondary fiber out | | o——⊗—— | Bypass Switch SEC in |
| Secondary fiber in | | o——⊗—— | Bypass Switch SEC out |
| Fiber Spare | | o | |
| Bypass Switch high | | o—— | Bypass Switch high |
| Bypass Switch rtn | | o—— | Bypass Switch return |
| Bypass Switch high | | o—— | Bypass Switch high |
| Bypass Switch rtn | | o—— | Bypass Switch return |
| Bypass Switch grnd | | o—— | Bypass Switch grnd |

| Function | ELSC | Terminal | Aircraft |
|---|---|---|---|
| 115VAC Power | AC1 | o———— | 115 VAC, TBD C/B |
| 115 VAC primary return | AC2 | o———— | AC Ground |
| Reserved 115VAC Power | AC3 | o | |
| Reserved 115VAC return | AC4 | o | |
| Chassis grnd | AC5 | o———— | Ground |

| Function | ELSC | Terminal | Aircraft |
|---|---|---|---|
| Data Load discrete | BD1 | o | |
| A/C type | BD2 | o———— | Program Pin |
| A/C type | BD3 | o———— | Program Pin |
| A/C type | BD4 | o———— | Program Pin |
| A/C type | BD5 | o———— | Program Pin |
| A/C type | BD6 | o———— | Program Pin |
| Channel position | BD7 | o———— | Program Pin |
| Channel position | BD8 | o———— | Program Pin |
| Channel position | BD9 | o———— | Program Pin |
| parity | BD10 | o———— | |
| Future Spare | BD11 | o———— | |
| Future Spare | BD12 | o———— | |
| Future Spare | BD13 | o———— | |
| Future Spare | BD14 | o———— | |
| Future Spare | BD15 | o———— | |

**ATTACHMENT 4 (cont'd)**

## ATTACHMENT 5-2 (cont'd)
## ELECTRONIC LIBRARY SYSTEM CABINET
## CABINET TO AIRFRAME INTERWIRING

Optional

| Function | ELSC | Terminal | Aircraft |
|---|---|---|---|
| 28 VDC Power | DC1 | o———— | 28 VDC, TBD C/B |
| 28 VDC Primary Return | DC2 | o———— | DC Ground |
| Chassis Ground | DC3 | o———— | DC Ground |

| Function | ELSC | Terminal | Aircraft |
|---|---|---|---|
| Data Loader Hi Speed | OD1 | | |
| Data Bus Input | OD2 | | ] Data Loader |
| Data Loader Hi Speed | OD3 | | |
| Data Bus Output | OD4 | | ] Data Loader |
| CMC #1 Lo Speed | OD5 | | |
| Data Bus Input | OD6 | | ] CMC #1 (ARINC 624) |
| CMC #2 Lo Speed | OD7 | | |
| Data Bus Input | OD8 | | ] CMC #2 (ARINC 624) |
| FMC #1 Lo Speed | OD9 | | |
| Data Bus Input | OD10 | | ] FMC #1 (ARINC 702) |
| FMC #2 Lo Speed | OD11 | | |
| Data Bus Input | OD12 | | ] FMC #2 (ARINC 702) |
| CMU/ACARS Lo Speed | OD13 | | |
| Data Bus input | OD14 | | |
| CMU/ACARS Lo Speed | OD15 | | |
| Data Bus Output | OD16 | | |
| ELS Lo Speed | OD17 | | |
| Data Bus Output | OD18 | | ] ELS General Output |
| Spare Lo Speed | OD19 | o | |
| Data Bus Input | OD20 | o | |
| 10 BaseT TD pos | OD21 | o | |
| 10 BaseT TD neg | OD22 | o | |
| 10 BaseT RD pos | OD23 | o | |
| 10 BaseT RD neg | OD24 | o | |
| 10 BaseT grnd | OD25 | o | |

| Function | ELSC | Terminal | Aircraft |
|---|---|---|---|
| T/M #1 | TM1 | o | |
| T/M #2 | TM2 | o | |
| T/M #3 | TM3 | o | Test Equipment |
| T/M #4 | TM4 | o | |
| T/M #5 | TM5 | o | |

HARRIS-15494

## ATTACHMENT 5

# Facsimile Cover Sheet

MAY 1993
RECEIVED

To: **Roger Goldberg**
Company: **ARINC**
Phone: **0101 410 266 2915**
Fax: **0101 410 266 4040**

From: **Steve Last**
Company: **British Airways**
Phone: **(+44) 628 484003**
Fax: **(+44) 628 486350**

Date: **13/05/93**
Pages including this
cover page: **2**

## Comments:

Dear Roger,

I understand from Hanim that you needed a new copy of this page for the 649 document to be printed. I hope that I got the message correctly and it was this page you were referring to. Anyway a good copy is on its way to you by mail.

If we've got it wrong between us please let me know. Contact me directly at home by fax on (+ 44) 628 486350.    There's an answering machine as well on that line if you need to leave a voice message.

I sent a fax a week or so ago to Mike Bryan at QANTAS regarding the ATA work on Flight Operations DTDs but haven't had any response yet. If you are in touch with Phil Benedict you ...............................................................................................

...............
Steve Last

HARRIS-15495

## ATTACHMENT 5 (cont'd)

### Manual with formatting and arithmetic

| R/w | 24 | | Basic | 174.7 |
|---|---|---|---|---|
| Temp | 91 | | 0.08 | 3.2 |
| QNH | 2930 | Diff | 3T | -2.1 |
| Wind | 120/6 | W/C | RTOW | 175.8 |

| Temp | R/wy 6 | R/wy 12 | R/wy 24 | R/wy 30 |
|---|---|---|---|---|
| 100 | 165.9 | 204.5 | 178.3 | 211.5 |
| 99 | 164.7 | 203.6 | 177.9 | 211.1 |
| 98 | 163.5 | 202.7 | 177.5 | 210.7 |
| 97 | 162.3 | 201.8 | 177.1 | 210.3 |
| 96 | 161.1 | 200.9 | 176.7 | 209.9 |
| 95 | 159.9 | 200 | 176.3 | 209.5 |
| 94 | 158.7 | 199.1 | 175.9 | 209.1 |
| 93 | 157.5 | 198.2 | 175.5 | 208.7 |
| 92 | 156.3 | 197.3 | 175.1 | 208.3 |
| 91 | | | 174.7 | 207.9 |
| 90 | 153.9 | 195.5 | 174.3 | 207.5 |
| 89 | 152.7 | 194.6 | | 207.1 |
| 88 | 151.5 | 193.7 | 175.8 | 206.7 |
| 87 | 150.3 | ".7/ktT | 173.1 | 206.3 |
| 86 | 149.1 | 191.9 | 172.7 | 205.9 |
| 85 | 147.9 | 191 | 172.3 | 205.5 |
| | ".3./kt H" | ".5/ktH | ".7/ktH | ".6/ktH |
| "+ 4/.01 | ".7/ktT | ".7/ktT | ".7/ktT | ".7/ktT |

### Typical basic Performance Manual

| Temp | R/wy 6 | R/wy 12 | R/wy 24 | R/wy 30 |
|---|---|---|---|---|
| 100 | 165.9 | 204.5 | 178.3 | 211.5 |
| 99 | 164.7 | 203.6 | 177.9 | 211.1 |
| 98 | 163.5 | 202.7 | 177.5 | 210.7 |
| 97 | 162.3 | 201.8 | 177.1 | 210.3 |
| 96 | 161.1 | 200.9 | 176.7 | 209.9 |
| 95 | 159.9 | 200 | 176.3 | 209.5 |
| 94 | 158.7 | 199.1 | 175.9 | 209.1 |
| 93 | 157.5 | 198.2 | 175.5 | 208.7 |
| 92 | 156.3 | 197.3 | 175.1 | 208.3 |
| 91 | 155.1 | 196.4 | 174.7 | 207.9 |
| 90 | 153.9 | 195.5 | 174.3 | 207.5 |
| 89 | 152.7 | 194.6 | 173.9 | 207.1 |
| 88 | 151.5 | 193.7 | 173.5 | 206.7 |
| 87 | 150.3 | 192.8 | 173.1 | 206.3 |
| 86 | 149.1 | 191.9 | 172.7 | 205.9 |
| 85 | 147.9 | 191 | 172.3 | 205.5 |
| | ".3 /kt H" | ".5/ktH | ".7/ktH | ".8/kt H |
| "+ 4/.01 | ".7/ktT | ".7/ktT | ".7/kt T | ".7/kt T |

## ATTACHMENT 6

# 7.  Application Portability & Interoperability

## 7.1  Introduction                                   (Collins)

## 7.2  Operating System Interface                     (Sextant)

### 7.2.1  Introduction and Description

#### 7.2.1.1 Purpose of this section

The System V Interface Definition is an operating system public specification defined by AT&T and also known as SVID.  It describes the system calls which can be used for any application targeted on a UNIX-like operating system.

*Commentary:*

> *The remainder of this paper lists the proposed functionality and their relationships with existing other standards.  We emphasize on the fact that this document assumes a C language interface to the function calls.  Some parts of the SVID are POSIX compliant.*

#### 7.2.1.2 Description

*TBD*

*Commentary:*

> *The intent of this paragraph (i.e. 2.1.2) is to give an exhaustive list of all applicable SVID topics, i.e. only a part of SVID topics are relevant to the ELS AEP.  There are three main sections in SVID, the same organization has been used in this document.  Section one describes the system calls, this part should be (as a minimum) compliant with the ISO/IEC 9945-1:1990.  Section two deals with the library calls.  It should be noted that these library calls are tightly bound to the C language and include the memory management and the network.  The third section describes the user commands.*

#### 7.2.1.2.1     System Calls

These routines are related to processes, files, and users basic management.

T B D

*Commentary:*

> *The SVID systems calls subset is not compliant with POSIX.1 (ISO/IEC 9945-1 or IEEE 1003.1).  In addition to POSIX.1 SVID defines system calls for low level*

HARRIS-15497

## ATTACHMENT 6 (cont'd)

*memory management and the IPC facilities (i.e. Inter Process Communication). This implies the use of same functions for the message queues and the shared memory management.*

### 7.2.1.2.2    Language Libraries

The C language libraries offer mathematical functions, IO facilities, memory management and several system structure manipulations (such as time, password file entry, etc...).

*Commentary:*

> *The library calls should be compliant with the ISO/IEC 9899. The SVID network part is TLI. This is compliant with the ARINC AEP recommendation. There are many important items in the library definitions:*

- *The mathematical functions, for which there are neither boundary limits nor CPU independent representations.*
- *The memory management functions. These functions use lower level routines (brk(2) and sbrk(2)) which are not part of POSIX.1.*
- *High level file management.*
- *TTY management.*
- *Network functions.*
- *Encryption routines using the DES algorithm.*

### 7.2.1.2.3    User Commands

The ELS profile does not require a shell interpreter. The implementation of the user commands should be avoided.

### 7.2.1.3 Portability

*TBD*

### 7.2.1.4 General Terms

Definition of terms and abbreviations used in this document are provided in attachment 1.

### 7.2.1.5 Related Documents

- ISO/IEC 9945-1 - Portable Operating System Interface: part 1 - C language - ISO/IEC - Dec. 1990.
- ISO/IEC 9899 - Programming Language: C - ISO/IEC - Dec. 1990
- AT&T UNIX System V release 4 Programmer's reference Manual - Prentice Hall - 1991

HARRIS-15498

**ATTACHMENT 6 (cont'd)**

## 7.2.2   System Calls

### 7.2.2.1 Introduction

*Commentary:*

> *The operating <<system calls>> refer to the basic functionality provided by the operating system library itself excluding any other external library.*

### 7.2.2.2 User Concept

There are at least two users, the superuser (or root) who has a user-id number equal to 0 (zero) and the ELS administrator.

*Commentary:*

> *Do we have to fix a user-id for the ELS administrator?*

### 7.2.2.3 Process Management

#### 7.2.2.3.1      General Description

Real time features are not taken into account in this sub-section.

#### 7.2.2.3.2      Limits and Constants

*TBD*

*Commentary:*

> *Refer to POSIX.1 issues.*

#### 7.2.2.3.3      Implementation Dependent Parts

*TBD*

*Commentary:*

> *Refer to POSIX.1 issues.*

### 7.2.2.4 Memory Management

The minimum physical memory is 16 Mb (megabytes).

HARRIS-15499

### ATTACHMENT 6 (cont'd)

### 7.2.2.5 File Management

#### 7.2.2.5.1      General Description

*TBD*

*Commentary:*

> *This file management sub-section should not take into account the file transfer and/or the special files such as -ys and network. The way <<regular>> files may be used has to be defined.  The library facilities are described in the following section.*

#### 7.2.2.5.2      Limits and Constants

*TBD*

*Commentary:*

> *Refer to POSIX.1 issues.*

#### 7.2.2.5.3      Implementation Dependent Parts

*TBD*

*Commentary:*

> *Refer to POSIX.1 issues.*

### 7.2.2.6 Conformance to Standards

*TBD*

*Commentary:*

> *The definition of the system calls of POSIX.1 (ISO/IEC 9945-1:1990) is completely included in t he system calls set of SVID.*

The C language used for the functions and data structure definitions should be compliant with ISO/IEC 9899.

*Commentary:*

> *C standard, known as <<ANSI X3J11>> has been registered by ISO/IEC in December 1990. ANSI X3j11 is equivalent to ISO/IEC 9899.*

4

HARRIS-15500

AEEC LETTER 93-203/ELS-74 - Page 20

ATTACHMENT 6 (cont'd)

### 7.2.3   Library Calls

**7.2.3.1 Introduction**

*TBD*

**7.2.3.2 Mathematical Functions**

*TBD*

*Commentary:*

    Do we have to raise some mathematical portability issues?

**7.2.3.3 Network Functions**

Refer to Section 7.4

### 7.2.4   Attachment 1: Definition of Terms

| | |
|---|---|
| ISO | International Organization for Standards |
| X Window System | |
| X | |
| X11 | |
| X11r4 | A network based windowing system based on the client/server paradigm |
| OS | Operating System |
| ANSI | American National Standards Institute |
| library | A set of linkable functions.  A library should be independent of the source language.  The format of the object files should be a common one. |
| SVID | System V(five) Interface Definition |
| SVR4 | System V(five) release 4 |
| POSIX | Portable Operating System Interface |
| POSIX.1 | POSIX part 1: system calls |

HARRIS-15501

**ATTACHMENT 6 (cont'd)**

| | |
|---|---|
| POSIX.2 and | POSIX part 2: shell and user commands (part 2a programmatic part 2b command line) |
| TLI | Transport Layer Interface |
| TTY | A terminal such as a VT100, as an extension many terminals (even printers or windows of a windowing system) are considered ttys. |
| DES | Data Encryption Standard |
| IPC | Inter-process Communication (pipes, shared memory,...) |

HARRIS-15502

AEEC LETTER 93-203/ELS-74 - Page 22

ATTACHMENT 6 (cont'd)

## 7.3   Graphic Terminal Interface                     (Honeywell)

HARRIS-15503

**ATTACHMENT 6 (cont'd)**

## 7.4    Network Interface

### 7.4.1    X/Open Transport Interface

The X/Open Transport Interface is the API to be used for application to application communications running over, but independent of, any specific transport provider. This standard has been incorporated into the POSIX 1003.12 draft for Protocol Independent Interfaces under the sections dealing with the Detailed Network Interface (DNI). Systems which conform to this ARINC standard will support POSIX 1003.12 portion of DNI that deals with XTI but need not support the section of the standard that deals with Sockets.

This standard is to be transport independent so that applications can run, without modification, over both TCP and OSI transport providers.

### 7.4.2    XTI Library Subroutines

#### 7.4.2.1 List of XTI Subroutines to be included

Portable ELS applications will make use of the following XTI library subroutines and C language bindings (Ada bindings, once available, that support the same set of services will also be acceptable):

| | | |
|---|---|---|
| t_accept( ) | t_getinfo( ) | t_rcvconnect( ) |
| t_alloc( ) | t_getstate( ) | t_rcvdis( ) |
| t_bind( ) | t_listen( ) | t_snd( ) |
| t_close( ) | t_look( ) | t_snddis( ) |
| t_connect( ) | t_open( ) | t_sync( ) |
| t_error( ) | t_optmgmt( ) | t_unbind( ) |
| t_free( ) | t_rcv( ) | |

#### 7.4.2.2 Subroutine definition expansion

A complete definition of the following subroutines is available in the X/Open Portability Guide for Networking Services.

#### 7.4.2.2.1    t_accept            accept a connect request

```
#include<xti.h>

int t_accept(fd, resfd, call)
int fd;
int resfd;
struct t_call *call;
```

8

HARRIS-15504

### ATTACHMENT 6 (cont'd)

7.4.2.2.2        t_alloc                    allocate a library structure

```
#include<xti.h>

int t_alloc(fd, struct_type, fields)
int fd;
int struct_type;
int fields;
```

7.4.2.2.3        t_bind                 **bind an address to a transport endpoint**

```
#include<xti.h>

int t_bind(fd, req, ret)
int fd;
struct t_bind *req;
struct t_bind *ret;
```

7.4.2.2.4        t_close              **close a transport endpoint**

```
#include<xti.h>

int t_cose(fd)
int fd;
```

7.4.2.2.5        t_connect              **establish a connection with another transport user**

```
#include<xti.h>

int t_connect(fd, sndcall, rcvcall)
int fd;
struct t_call *sndcall;
struct t_call *rcvcall;
```

7.4.2.2.6        t_error                **produce error message**

```
#include<xti.h>

int t_error(errmsg)
char *errmsg;

extern char *t_errlist[ ];
extern int t_nerr;
```

HARRIS-15505

## ATTACHMENT 6 (cont'd)

7.4.2.2.7          t_free                    free a library structure

        #include<xti.h>

```
int t_free(ptr, struct_type)
char *ptr;
int struct_type
```

7.4.2.2.8          t_getinfo              get protocol specific service information

        #include<xti.h>

```
int t_getinfo(fd, info)
int fd;
struct t_info *info;
```

7.4.2.2.9          t_getstate            get the current state

        #include<xti.h>

```
int t_getstate(fd)
int fd;
```

7.4.2.2.10         t_listen              listen for a connect

        #include<xti.h>

```
int t_listen(fd, call)
int fd;
struct t_call *call;
```

7.4.2.2.11         t_look                look at the current event on a transport endpoint

        #include<xti.h>

```
int t_look(fd)
int fd;
```

HARRIS-15506

## ATTACHMENT 6 (cont'd)

7.4.2.2.12   t_open                establish a transport endpoint

```
#include<xti.h>
#include<fcntl.h>

int t_open(name, oflag, info)
char *name;
int oflag;
struct t_info *info;
```

7.4.2.2.13   t_optmgmt             manage options for a transport endpoint

```
#include<xti.h>

int t_optmgmt(fd, req, ret)
int fd;
struct t_optmgmt *req;
struct t_optmgmt *ret;
```

7.4.2.2.14   t_rcv                 receive data or expedited data sent over a connection

```
#include<xti.h>

int t_rcv(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int *flags;
```

7.4.2.2.15   t_rcvconnect          receive the confirmation from a connect request

```
#include<xti.h>

int t_rcvconnect(fd, call)
int fd;
struct t_call *call;
```

7.4.2.2.16   t_rcvdis              receive information from disconnect

```
#include<xti.h>

int t_rcvdis(fd, discon)
int fd;
struct t_discon *discon;
```

11

HARRIS-15507

**ATTACHMENT 6 (cont'd)**

7.4.2.2.17        t_snd                        send data or expedited data over a connection

#include<xti.h>

```
int t_snd(fd, buf, nbytes, flags)
char *buf;
unsigned nbytes;
int flags;
```

7.4.2.2.18        t_snddis                send user initiated disconnect request

#include<xti.h>

```
int t_snddis(fd, call)
int fd;
struct t_call *call
```

7.4.2.2.19        t_sync                  synchronize transport library

#include<xti.h>

```
int t_sync(fd,)
int fd;
```

7.4.2.2.20        t_unbind                disable a transport endpoint

#include<xti.h>

```
int t_unbind(fd,)
int fd;
```

12

HARRIS-15508

**ATTACHMENT 6 (cont'd)**

### 7.4.3   Excluded XTI Library Subroutines

Many UNIX systems do not include the following subroutines and are therefore to be excluded from the ARINC profile of the XTI library. Applications programs that strictly conform to this ARINC profile of the POSIX standard will exclude these subroutines:

> t_strerror( )
> t_getprotaddr( )

The OSI transport provider does not support the following subroutines for a graceful release mechanism. This is considered the duty of the Session Layer. Applications that strictly conform to this ARINC profile will exclude these subroutines:

> t_rcvrel( )
> t_sndrel( )

Since ARINC 638 specifies the connection oriented ISO 8073/Class 4 transport layer and makes no mention of the ISO 8602 connectionless transport protocol, the following connectionless services will not be supported. Applications that strictly conform to this ARINC profile will exclude these subroutines:

> t_sndudata( )
> t_rcvuderr( )
> t_rcvudata( )

13

HARRIS-15509

ATTACHMENT 6 (cont'd)

**7.5    Printer Interface          (Sextant)**


**7.6    BITE Interface            (Honeywell)**

HARRIS-15510

<u>**ATTACHMENT 6 (cont'd)**</u>

## 7.7  Language Requirements

The use of a single programming language to develop ELS applications is highly desirable in order to maximize the applications portability between different ELS platforms.  If a large number of languages are utilized many development tools may have to be available to port ELS applications between platforms.  As only C bindings are available for the AEP defined by this document, ELS application vendors are encouraged to develop software in accordance with ISO/IEC 9899 - December 1990 standard or its equivalent, ANSI X3J11.

*Commentary:*

> *This recommendation may not be fully consistent with the AEEC position which has adopted Ada as the standard High-Order-Language.  C standards include two annexes which define implementation limits.  These limits will have to be reviewed in order to increase software portability.*

15

HARRIS-15511

**ATTACHMENT 6 (cont'd)**

## 7.8   System Integration Issues

The environment of the ELS application software is based on international standards such as SVID, X11, Motif, etc. The standardization of such an environment implies the use of an operating syatem allowing the management of the hardware platform resources. The operating system is tied to the hardware and offers a standard interface to the application software. This approach divides the ELS system into two basic components:

- The hardware platform and it's associated Operating System
- and the ELS application software.

The delivery of the hardware platform is not sufficient to allow a third party to install an application. A means is needed to compile, link and build an executable program, in a suitable format, consistent with Operating System and the hardware platform. A complete delivery of an ELS development environment should include:

> The target platform (hardware)
> The system interface libraries (SVID).
> general purpose libraries (Motif, X11, TLI, IEEE 1201, etc.).
> Compiler (C and/orAda), linker, and debugger.

16

HARRIS-15512

ATTACHMENT 6 (cont'd)

## 7.9   Avionics Specific Function Interfaces

A standard communication channel should be provided to allow for the exchange of
BITE information between the application and the Operating System.

*Commentary:*

> *It has been suggested that a function    perror(int)    be used to communicate any
> nonrecoverable application error to the Operating System.    There is some
> concern that this method may cause confusion with the standard C
> implementation of the function   perror(str)    which uses    stderr    to display
> a character string derived from    errno Perhaps defining a new function specific
> to airborne implementations would be a  more stable approach.*

The target environments' Operating System will be responsible for the specific response
to an unrecoverable application error indication.

HARRIS-15513



*Delta Air Lines, Inc.*

# Electronic Library System Report

# July 24, 1991

HARRIS-15514

AEEC LETTER 93-203/ELS-74 - Page 34

## ATTACHMENT 7 (cont'd)

### Contents

Executive Summary.....................................Page II

Electronic Library Systems,
What Are They?.......................................Page 1

System Applications..................................Page 1

System Description...................................Page 2

Evaluations and Recommendations......................Page 6

System Requirements..................................Appendix A

Task Force Methodology...............................Appendix B

User Department Functional
Requirements and Justifications......................Appendix C

HARRIS-15515

**ATTACHMENT 7 (cont'd)**

## Executive Summary

Electronic Library Systems are devices for the mass storage and dissemination of data onboard an aircraft.  They are currently being developed by several different avionics manufacturers, and will be buyer furnished equipment onboard the B-777.  Since electronic library systems are not a mature technology, this document has been developed to establish evaluation criteria for any system considered for purchase by Delta Air Lines.

ELS may be considered as consisting of three components: a ground-based system (GELS), an aircraft information management system (AIMS), and a cabin service/management system (CSMS).  The ground-based component distributes data to the airborne systems and is essential for any aircraft system.  The AIMS provides information support for the flight crew and maintenance.  It can provide easy access to both standard and non-standard procedures without the extensive manual cross-referencing currently required.  It will provide operational enhancements and has the potential to reduce aircraft maintenance turn-around time.  The CSMS will provide information support for cabin crews, as well as competitive passenger services at the seatback level.  The latter has the potential to generate revenue for the company through easy access to sales and promotions.

The airline industry is moving towards extended aircraft automation.  Even if Delta chooses not to pursue advanced information handling on its own aircraft, it is advisable that the company maintain consistent participation in the development of such systems to ensure their functionality within the Delta fleet for future consideration.

There is a need within Delta for a more formalized aircraft automation review process.  As systems advance, greater coordination of inter-departmental needs and applications will be required.  If Delta wishes to pursue a program of extended aircraft automation, it will be necessary to establish a standing group or task-force to supervise system development and to participate in industry efforts towards developing specifications of such systems.

HARRIS-15516

### ATTACHMENT 7 (cont'd)

**Electronic Library Systems: What Are They?**

An Electronic Library System (ELS) is an aircraft based mass storage and data dissemination device. It is comparable to standard local area networks (LANs) currently in use in the office environment. This system can provide user access large aircraft databases including the various manuals and procedures currently in use. More than an electronic page turner, this system will incorporate advanced search and query logic (SQL) to provide immediate access to all information on a requested topic without the manual cross-referencing currently required. The system has the capability to interact with aircraft maintenance systems to provide advanced diagnostics and repair procedures. It also presents the potential for providing competitive passenger service capabilities through seatback or cabin terminals.

Since electronic library systems are not yet a mature technology this document has been designed to establish evaluation guidelines and benchmark requirements for any ELS considered for purchase by Delta Air Lines.

**System Applications**

Electronic library systems are designed to provide quick access to information and procedures, as well as provide a transmission protocol for checklists, discrepancies and logbook entries. It has the potential to replace many of the current printed manuals on board the aircraft as well as providing instant access to vital information both on the ground and in flight.

ELS can provide information processing capabilities for maintenance, flight deck, passenger and cabin service applications. It can minimize the extensive manual cross-referencing required during non-standard procedures. It will also allow rapid update of these manuals. Specific applications for ELS are presented in Figure 1.

## ELS Functional Applications

**Maintenance**
Maintenance Log Review/Entry
Minimum Equipment List (MEL)
Configuration Deviation List (CDL)
Fault Isolation Manual
Trouble Shooting Trees
Illustrated Parts List (IPL)
OMS Interrogation

**Flight Crew**
Preflight Briefing
Company Policy Manual
Flight Manual Review
MEL/CDL Review
Performance Data
Flight Log Entry
Systems Diagrams
Airport Taxi Diagrams
Airport Approach Plates
Check Lists

**In-Flight Services/Stations**
Check Lists
Special Services
Announcement Scripts
Supply/Inventory
Policy & Serving Manuals
Cabin Discrepancy Reporting

**Marketing**
Duty Free, Flightline & Dream
    Vacation Sales
Frequent Flyer Services
Passenger Message Services
Airport Information
Customs Information
Reservations
Seatback Entertainment/Information

Figure 1.

-1-

ATTACHMENT 7 (cont'd)

System Description

For ease of installation and division of function, ELS can be considered as possessing three separate components: the ground-based ELS master system (GELS), an aircraft information/ management system (AIMS) and a cabin service/management system (CSMS). The AIMS provides all flight deck and maintenance information support, while the CSMS supports all flight attendant and passenger service functions.

The ground based portion of ELS will be the most significant component of the system. It is through this component that all revisions, updates, and special procedures will be published and transmitted to the aircraft. It would be desirable for ELS to be designed to act as an extension of current publication procedures and not require major overhaul of existing systems.

The ELS ground based system must possess the capability to receive data and manual revisions from all departments and outside vendors in electronic format and convert them into a properly tagged and compiled format for the on-board system (see Figure 2). Since the process of tagging and compiling the data may be an involved one, responsibility for supervising the data integration process will have to be assigned within Delta. If compilation is performed within the company, it will require the creation of a dedicated aircraft automation group to manage it. The composition of this group would depend upon the extent of coverage in the ELS. If, however, compilation is performed by an outside source, some managing body with sufficient expertise must be designated to act as liaison between the outside vendor and user departments.

Once the data is properly tagged and compiled, it will be loaded into a ground based ELS master system. This system will provide updates to the aircraft, as well as allow access to the database by all user departments. There are two primary venues for large-scale database transmission to and from the aircraft (see Figure 3). The first would be for the establishment of a GATELINK network through which all aircraft could communicate to the central system while at any gate anywhere in the system. This capability would be essential for updating current flight-specific information. As each aircraft arrives at the gate, it is connected to the GELS through GATELINK. The aircraft would send a query signal to the GELS informing it of its presence. GELS would interrogate the aircraft for all in-flight updates, and then download any updates for that aircraft stored in the GELS aircraft update file.

The second alternative would be to update the ELS at specific maintenance stations on a routine basis. The GELS would transmit all data updates to slave systems at these bases, which would generate update media such as a floppy disk. Maintenance would receive these disks as well as a list of all aircraft requiring

HARRIS-15518

## ATTACHMENT 7 (cont'd)



Figure 2.



Figure 3.

HARRIS-15519

### ATTACHMENT 7 (cont'd)

update and the schedule of when these aircraft will pass through the station. While this system would be acceptable for updating standard operating data and procedures in ELS, it would not be suitable for updating passenger information systems which would require current, flight specific data.

In addition to these two primary venues, ELS must also support data exchange through DATALINK air-ground communications (which currently incorporates AVPAC, ACARS or SATCOM). This would allow transmitted update of the airborne and ground-based ELS databases while in flight. Currently, this would only be suitable for small scale updates since ACARS cannot support large scale data transmissions.

ELS must also support database update through the replacement of the mass storage media.

The aircraft information system (AIMS) will provide data support for the flight deck and for maintenance. The system will interact with the On-board Maintenance System (OMS) to provide maintenance with complete system malfunction and repair reports, as well as system diagnostics and troubleshooting manuals. In addition, it will support flight crews with policy and operating manuals.

The AIMS (see Figure 4) will consist of two high resolution monitors installed in flight deck positions that are easily accessible by the flight crew but do not interfere with instrumentation. Access to the database will be through either touchscreen or cursor driven input. The system will provide data dump to a cockpit printer, and will support data entry through keyboard input.

In addition, there will also be a maintenance terminal installed on the flight deck which will allow direct access by maintenance to the database. The AIMS must also support remote terminal links installed in the equipment bay, or other locations at which a need for ELS access might exist. The AIMS will also interact with the DATALINK and be able to send and receive real-time updates.

The Cabin Services/Management System (CSMS) will provide database access and update capabilities to the cabin crew and passengers (see Figure 5). The system will provide storage for flight attendant procedures, manuals and work sheets, as well as passenger information and frequent flyer profiles. It will enable real-time cabin discrepancy reporting. It will also support duty free, FlightLine and Dream Vacation catalogue sales.

**ATTACHMENT 7 (cont'd)**



Figure 4.



Figure 5.

HARRIS-15521

ATTACHMENT 7 (cont'd)

Evaluations and Recommendations

I. The Airline Industry is Moving Towards Extended Aircraft Automation

It would appear that ELS presents the potential for greatly improved maintenance efficiency and enhanced passenger service. Further, industry trends are towards increased aircraft automation. The probability exists that even if Delta chooses not to pursue advanced information handling on its own aircraft, it will find itself in possession of aircraft so equipped through acquisition or leasing. It is therefore advisable for the company to maintain consistent participation in the development of such systems to ensure their functionality in the Delta fleet.

II. The Ground-Based Component of ELS is Essential

The ground-based system component will be necessary to support ELS, and would require additional manpower and hardware if operated within the company. Much of the infrastructure which would be required for GELS is already in place, or being developed for other systems. DACS and ETHERNET, two programs already committed to as part of the Delta automation policy, could provide most of the necessary communications and data handling system, and would therefore reduce the overall cost of ELS. Contracting to outside sources to maintain and operate the system is possible. However, external support will reduce Delta's control of system operation. Both methods of providing ground support should be carefully reviewed as detailed plans become available.

III. The CSMS Provides Expanded Revenue Potential

The CSMS has the potential to be a revenue generating system and provide much of its own cost justification. Facilitating potential sales through seatback or cabin credit card readers will increase revenue as well as providing the options to expand the FlightLine and Dream Vacation services into more widely competitive formats. Prior to development of this system, marketing must determine which services would be most desirable to provide through ELS.

IV. AIMS Provides Operational Enhancements

AIMS would provide extended maintenance capabilities and has the potential to reduce aircraft repair and turn-around time. When evaluating the cost justification of such a system, the reductions in maintenance delays may sufficiently offset any increase in overhead costs associated with the maintenance of such a system.

## ATTACHMENT 7 (cont'd)

### V. A Standing Aircraft Automation Review Body is Necessary

As the airline industry moves towards advanced flight-deck data handling concepts, there is a need for a more formalized aircraft automation review process at Delta. Previously, aircraft automation has been handled by the individual departments or user groups effected. However, as systems advance, greater coordination of inter-departmental needs and applications will be required. If Delta wishes to pursue a program of extended aircraft automation, it will be necessary to create a group or task-force to supervise system development as well as participate in industry efforts towards developing specifications of such systems.

### VI. Retrofit Issues will have to be Addressed on a Per Fleet Basis

ELS will require a large amount of aircraft modification to be installed as a retrofit. A retrofit AIMS would not possess the capability to monitor the flight critical systems such as OMS, etc. A retrofit CSMS could, however, be identical to a new aircraft system if proper communications capabilities already exist. In evaluating a retrofit system, consideration must be given to the cost of installation and expected life span of the aircraft.

It is the recommendation of the Delta ELS Task Force that it now pursue the following action items:

- the continued development of ELS technical and functional requirements as necessary,

- Participation in industry ELS activities to assure that the systems under development meet technical and functional requirements, and

- Continued effort to analyze the cost-benefits of ELS in order to determine if the overall economics point to a positive requirement for such systems to be installed on Delta aircraft.

Specific system requirements for ELS are presented in Appendix A. The user-department requirements upon which they are based are presented in Appendix C.

ATTACHMENT 7 (cont'd)



*Delta Air Lines, Inc.*

# Appendix A
# System Requirements

HARRIS-15524

### ATTACHMENT 7 (cont'd)

### Appendix A

**Purpose**

This document has been created to provide guidelines to be used in evaluating Electronic Library Systems under consideration by Delta Air Lines. The criteria presented below have been specified by the end-user departments as the minimum requirements for efficient system operation.

**General System Requirements**

In order to ensure that ELS be easily maintained by Delta, there are certain basic requirements which the system must possess.

ELS must be designed to support a portable operating system. That is, the hardware must support deletion of one operating system and installation of another. A system in which the operating system is tied to the hardware would be inflexible and present database maintenance problems. Any ELS system considered for purchase must be able to support whatever operating system the airline chooses to install.

The ELS system database must be able to support dynamic update. It should not be necessary to replace the entire database every time individual database items require update. In addition, the ELS hardware must support update through an on-board data loader such as a floppy disk drive, Gatelink or other ground-based data feed, and through replacement of the mass storage media.

ELS must be able to support an expansion which will allow real-time airborne database updates and downloads through Datalink.

ELS must not be a flight critical system.

ELS must be able to receive information from flight critical systems including:

- On-Board Maintenance System (OMS)
- Flight Management System (FMS)
- Automatic Flight Control System (AFCS)
- Other systems as required.

Normal update of flight-specific information must be able to be completed in under 15 minutes.

**Ground-Based ELS Requirements**

The ground-based ELS (GELS) system must be capable of accepting revisions from current manual publication systems. It must act as an extension of these systems and not require

HARRIS-15525

ATTACHMENT 7 (cont'd)

major overhaul or revision of procedures.

The GELS must permit database updates through the media specified above.

The GELS must be able to communicate with the Delta Advanced Communication System (DACS) as this will be the venue for GATELINK.

The GELS must support remote access terminals such as those which might be located in user departments to access the current ELS database.

## Maintenance AIMS Requirements

ELS must support a full function terminal with graphics display on the flight deck.

ELS must possess sufficient storage to support selected Delta maintenance and procedural manuals. These manuals must be stored in a tagged data format which supports access by a standard search and query language (SQL). In addition, the system must support advanced graphics storage and retrieval.

ELS must be able to download text and graphics to the flight deck printer.

ELS must possess remote terminal connection points at locations throughout the aircraft as determined by maintenance, including one located in the equipment bay. Possible locations for connection points include the engines, wheel wells, APU, and fueling stations.

## Flight Deck AIMS Requirements

ELS must support two flight deck I/O terminals. These terminals must be located in such a way so as not to interfere with current aircraft instrumentation. Terminals must support a portable keyboard, but must not require it for data entry/access. Terminals should possess high resolution displays capable of presenting data with at least the legibility it would possess in its printed form. Terminal should support cursor driven and/or touch screen data entry capabilities.

ELS must interact with and support the flight deck printer.

ELS must possess sufficient storage to support all required Delta policy and operating manuals. These manuals must be stored in data tagged format which supports access by a standard search and query language (SQL).

ELS must use a SQL to provide all information associated

HARRIS-15526

## ATTACHMENT 7 (cont'd)

with the item requested.

If Jeppesen charts are to be stored in ELS, sufficient screen resolution must be provided to present the required information in a manner that can be easily interpreted.

ELS must provide both standard and non-standard checklists if not available through other systems.

### In-Flight Service/Stations CSMS Requirements

ELS must support cabin service terminals located at each flight attendant communication station. Each terminal must have an attached standard alpha-numeric keyboard as well as a touch screen for data entry.

ELS should support a standard text printer at each flight attendant communication station.

ELS must be able to accept data download from hand held duty-free sales units.

ELS must possess sufficient storage to contain all flight attendant handbooks and manuals for specific aircraft, as well as complete passenger profiles (itineraries, frequent flyer information, etc.).

ELS must support real-time communication of text, and updated inventory profiles through datalink (if available).

ELS shall accept upload/download of in-flight sales, inventory, pricing, cabin resupply, flight attendant reports and other cabin management functions.

ELS displays should support basic graphics.

ELS shall provide capability for cabin discrepancy reporting.

### Marketing CSMS Requirements

ELS must support touch screen/cursor driven terminals with a credit card reader.

Since seatback terminals are the most desirable option for passenger access, ELS must be expandable to support seat back terminals in all cabins.

ELS must interact with advanced air-ground communication systems.

HARRIS-15527

## ATTACHMENT 8

**Marketing CSMS Requirements (Con't)**

ELS must support high resolution color graphic displays at seatback, and provide interaction with both mass memory and interactive video presentations.

ELS must support terminal based purchasing for Flight-Line and duty-free items, Dream Vacations, and other promotional material.

ELS must be able to store and update complete passenger frequent flyer profiles and information.

Seatback ELS units must provide office system applications including communications and modem connections.

A.4

HARRIS-15528

**ATTACHMENT 8 (cont'd)**

# GEC-Marconi

## InFlight Systems Inc.

DT\393-4-93
April 12, 1993

P.W. Hibson
Ad Hoc ELS Architecture/Mass Storage
Engineer/Scientist Specialist
OMS/ELS Project Team Leader
Douglas Aircraft Company
Internal Mail Code 75-18
3855 Lakewood Blvd.
Long Beach, CA 90846

Dear Peter:

### Attachment 4-4 For ARINC Specification 649

Please accept the enclosed paper as a possible candidate for Attachment 4-4 of ARINC Specification 649.

Although I believe the paper gets over the basic CPMS philosophy, it may not do so in the way you need/want it. Therefore, please accept the paper as the first draft and give me back any comments that both the ad hoc working group and yourself have. I will then be happy to re-write it to be in line with the groups requirements.

I apologize for the paper not being as well thought out as I would have liked, but unfortunately I ran our of time. I hope it is acceptable for the intended purpose.

Yours Sincerely,

David Trowern
Chief Engineer - Technical Marketing

cc    Gary VanderKooy

11811 NE 1st Street, Suite 201
Bellevue, WA 98005
Tel. (206) 455-9960   Fax (206) 454-1895

α **GEC-Marconi**
Company

HARRIS-15529

**ATTACHMENT 8 (cont'd)**

**ATTACHMENT 4-4**
**ELECTRONIC LIBRARY SYSTEM**
**USE IN CABIN / PASSENGER MANAGEMENT**

### Introduction

The basic philosophy of an interactive inflight entertainment and services system is ~~to~~ ~~provide airlines with a hardware and software platform which allows them~~ to offer to their *their* passenger a vast variety of entertainments, services and information, ~~and at the same time,~~ *the system* provides ~~a system~~ for their cabin crew, maintenance personnel and onboard services personnel ~~which caters for all the cabin management functions~~ which are typically done in *some of* *today* ~~in~~ ~~a~~ paper driven format. By achieving these objectives, the airlines will provide their passengers with a far more interesting and entertaining travel experience, have the potential to generate significant additional revenues, and provide efficiencies to the overall airline operation, which will also have the effect of reducing the operational costs. *Enough flexibility should be built into the system to allow new capabilities to be* *added at at later time.* The Cabin / Passenger Management System (CPMS) shown on the Electronic Library System diagram shown ~~on page XXXX~~, represents this type of interactive inflight entertainment and services system. *in attachments 3-1 to 3-3.*

### System Description

The CPMS typically consists of three basic distribution systems; video / audio distribution; telecommunications distribution; interactive data distribution. The interactive data and cabin management ~~part of the CPMS~~ can be considered as a high technology business system designed for airborne use. This business system comprises of a large network of computers which has to be reliable and capable of direct interchange of data with the existing ground based business systems. ~~As with any business system,~~ It must have an *Very state* unquestionable financial transaction management system which is both secure, fault tolerant and provides for a complete audit trail. In order to make it both easy and appealing to use, the system must use high resolution color graphics and be very responsive. Due to the need to interface the data to various ground systems and the necessity for the system to be both flexible and capable of supporting a wide variety of different but in many cases interrelated applications, a standard Relational Database Management System (~~RDBMS) such as Oracle, Informix, Sybase, etc.~~) is needed to provide a successful airborne business system.

### Integration with the Electronic Library System

The CPMS is already highly integrated with a goal to further integrate it with the Electronic Library System. In order to provide the functionality of the CPMS and to meet the current certification requirements, it is necessary for it to have its own dedicated Processor I/O (Cabin Filer Server) and Mass Memory Subsystem (MMS) connected together via a Small Computer System Interface (SCSI). This allows the CPMS to provide both the fast response times demanded of the system and the necessary business

*A future goal is to integrate the CPMS into ELS.*

1

HARRIS-15530

## ATTACHMENT 8 (cont'd)

~~applications platform.~~ The integration between the two systems would occur by using the Electronic Library System as the on-board storage system of all the necessary documents required to operate and maintain the airplane. Through the use of the available CPMS _personnel_ cabin terminals, the cabin crew, maintenance crew and on-board services could request and view the available information. In addition, information such as the airlines' flight schedules and connection details which might be of interest to the passenger trying to make a reservation, may be retrievable from the Electronic Library System for viewing at the passenger seat. ~~However, it is important from a certification viewpoint that these are read only capabilities.~~ — _Incl addition here_ — _also rewarding of first paragraph on Pg 6 added to this paragraph_

The division between the Electronic Library System responsibilities and the CPMS responsibilities could be considered as follows:

## ELECTRONIC LIBRARY SYSTEM

### _Flight Crew Information_

**Aircraft / Systems Documents**
    Airport / Facility Directory
    Flight Manual
**Emergency Procedures**
    Fault Reporting Manual
    Emergency Announcements
**Enroute and Terminal Charts**
    Airport / Taxi Charts
    Company Routes
**Charts**
    Standard Instrument Departure (SID) Procedures
    Standard Terminal Arrival Route (STAR) Procedures
**Operational Data**
    Flight Operations Checklists
    Policy / Procedures Manual

### _Maintenance Information_

**Configuration**
    Logbook
    Service Bulletins
**Onboard, Operational**
    Pre-Flight Checklist
    BITE Manual
**Manuals**
    Description and Operation
    Location / Assembly Drawings


_delete_

2

HARRIS-15531

ATTACHMENT 8 (cont'd)

*Cabin Crew Information*

**Departure and Arrival**
    Checklist
    Flight Schedules and Connections
**Reports / Forms**
    Policy / Procedures Manual
    Cabin Logbook


CABIN / PASSENGER MANAGEMENT SYSTEM (CPMS)

*Cabin Crew Information*

**Passenger Data**
    Passenger List
    Special Meals / Needs
**Reports/Forms**
    Cabin Supplies / Ordering Forms
    Customs Forms
    Accounting Forms

*Passenger Information*

**InFlight Information and Entertainment Guide**
    Airport Arrivals Information
    Beverage, Wine and Spirits List
    Catalog Sales
    Consumer Research
    Duty-Free Sales
    Frequent Flier Program Information
    InFlight Audio and Movie Guide
    On-board Telephone Instructions
    On-Route Information
    Video Games
**Passenger Services**
    Maps and Attractions
    Reservations
    Restaurant Information
    Tourist Information
**Publications**
    Advertisement / Reader Services
    Airline Magazine
    Books

HARRIS-15532

### ATTACHMENT 8 (cont'd)

From both the standpoint of the Electronic Library System and the CPMS, it is of primary importance to have a clean separation of functions and responsibilities. Just like the loading on the CPMS must not affect the responsiveness of the Electronic Library System, the opposite is also true. The passenger will not be prepared to wait long periods of times when using an entertainment or service facility.

### Summary

It is apparent that there is a risk in an overlap of the functionality and responsibility between the Electronic Library System and the CPMS. The Electronic Library System should provide on-board storage and smart retrieval of the documents and data required to operate and maintain the airplane. The CPMS should provide the passenger entertainment and services and an on-board airline business system. The cabin management requirements should be shared between the two systems, with the Electronic Library System providing access to the necessary documentation and the CPMS providing the control and access terminals and the airline business requirements such as sales, inventory control, etc.

## ATTACHMENT 9

# Honeywell

**Commercial Flight Systems Group**
Honeywell Inc.
P.O. Box 21111
Phoenix, Arizona 85036-1111

602-436-2311

January 15, 1993

Roger Goldberg
Secretary, ELS Sub-Committee
ARINC, Inc.
2551 Riva Road
Annapolis, MD 21401

Roger:

Attached are Honeywell's inputs for Section 7.6 of ARINC 649. If you have any questions, please feel free to contact me at (602) 436-6690. I look forward to hearing from you.

Cordially,

Mike Gibbs
ELS Development

HARRIS-15534

## 7.6   BITE Interface

BITE responsibility in the ELS is divided between the ELS application and the ELS Operating Environment.  To maximize ELS application portability, all BITE activity directly related to the aircraft installation, inter-system communication, and fault-reporting should be contained within the operating environment.  The ELS application reports only faults within the domain of the application.

ELS applications can interrogate the operating environment to determine the availability of peripheral devices and their status.  Applications can also use a standard mechanism for reporting internal faults to the operating environment.  The environment is responsible for the correct logging of internal faults and reporting of faults to other systems.

ELS applications should use the mechanisms listed below to send and receive fault information to and from the operating environment.  Defined values for classes of faults are provided to ensure correct interpretation of faults across different airframe types and ELS installations.  Facilities are also provided for the ELS application to store additional application specific data with the fault to aid in identification and isolation of the problem.

Although fault conditions are listed for the Environment Domain, portable ELS applications should not depend on operating environment behavior not specified in this AEP.

The functions listed below define the BITE application program interface for portable ELS applications.

*The following are examples of the interface between the application and the operating environment.  This interface must be made comprehensive enough to cover all reportable application faults.*

**function** logFault (faultCode, applicationData) **returns** statusCode

Where *faultCode* is a value from the list below, *applicationData* is a value defined by the application developer and *statusCode* is a defined value indicating the success or failure of the function's activity.

**function** getLogStatus (theSystem) **returns** faultInformation

Where *theSystem* is a defined value specifying the system or function for which fault information is being requested and *faultInformation* is a defined data structure containing fault information for *theSystem.*

HARRIS-15535

## ATTACHMENT 9 (cont'd)

*The following is a list of potential fault conditions.  The list must be expanded and values assigned to each.*

**Application Domain**
  **Range Errors**
  **Type Incompatibilities**
  **Memory Allocation Errors**
  **Input/Output Errors**
  **Invalid Discriminant Access**

**Environment Domain**
  **Hardware Errors**
  **External System Errors**
  **Input/Output Errors**
    System I/O Error
    Application Load Error
  **Processor Exceptions**
    Uninitialized Vector
    Addressing Error
    Illegal Instruction
    Privilege Violation
    Unimplemented Core Routine
    Divide by Zero
    Floating Point Error
    Stack Overflow

HARRIS-15536

AEEC LETTER 93-203/ELS-74 - Page 56

## ATTACHMENT 10

# Honeywell

Commercial Flight Systems Group
Honeywell Inc.
P.O. Box 21111
Phoenix, Arizona 85036-1111

602-436-2311

February 1, 1993

Roger Goldberg
Secretary, ELS Sub-Committee
ARINC, Inc.
2551 Riva Road
Annapolis, MD 21401

Roger:

Attached are the results of Honeywell's Project Paper 649 action items taken during the January meeting. These include new sections 7.3, 7.6 and 8.0; terms from Sections 7 and 8 that should be incorporated in Attachment 1; a list of related documents referenced in Sections 7 and 8; and, modifications to the definitions of repeater, bridge, etc. in Attachment 1. This material is available electronically on the enclosed diskette in Word Perfect 5.0 format.

Also enclosed are the minutes from the Processing Environment Ad Hoc Working Group meeting during January. If you have any questions about the enclosed material, or there are outstanding action items for Honeywell to complete for Project Paper 649, feel free to call Mike Gibbs at (602) 436-6690 or Joel Otto at (602) 436-6564.

Cordially,

Mike Gibbs
ELS Development

Joel Otto
ELS Development

FEB 1993
RECEIVED

HARRIS-15537