## 2.0  ELS "THE VISION" (cont'd)

search strategies, and illustrates the need for "multi-dimensional" information access techniques as described below.

### 2.3.1.2  Information Access Techniques

Flight crew should be able to have access to information which is categorized under topics such as Operational Environment, including information on geographical and meteorological characteristics; Aircraft, including information relevant to the particular aircraft on which the ELS is installed; and Personnel, which includes information on restrictions and requirements for employees as determined by the airline. Suitable techniques such as "hypertext" should be employed to enable the pilot to obtain the correction information whichever way he chooses to approach the problem.

Access to information in topical form is analogous to the pilot's current ability to obtain information from a manual using the index or contents pages or using his own acquired knowledge to find the information. The system should also provide a facility analogous to the pilot's own ability to ignore any information until it is relevant to his own particular flight objectives. A technique must therefore be available to provide the crew with information that is relevant to the particular flight.

Another access strategy is task oriented. The tasks can be under departure, including flight preparation; en-route; arrival, including descend and landing; and ground, including taxying. The airline should have the capability to customize the structure of this access technique to meet their specific procedures and requirements.

Access techniques based on *labels, indexes and lists* similar to those used to find information from documents and manuals should also be available with ELS. A full document list containing names of the relevant paper documents in which the information was previously found should be available. Access can be under documents, including all source manual names; and charts, including all navigation charts.

### 2.3.1.3  Data Handling Facilities

A number of specific data handling capabilities must be provided in order to provide facilities equivalent to that of a paper based system. Provision must be made to identify specific information items at random, mark and store them in an identifiable location for quick reference. Associated with this "cut and paste" facility, provision should be made for dedicated "clipboards" where standardized data can be collected for rapid reference. The operator should be able to modify the clipboard to meet specific requirements.

Any data in the system should be capable of being accessed in an acceptable time during high workload periods such as takeoff and approach, or in emergency situations without the use of an alphanumeric entry device such as a keyboard. However, if the use of a keyboard can provide more efficient access, the facility should not be prohibited.

The system should provide the capability to complete any form or report which the operator uses by electronic data entry, without the data entry technique being more time consuming than the use of paper forms.

### 2.3.1.4  Relationship to Flight Systems

The flight operations ELS functions may provide an interface with flight systems avionics as well as with the flight crew. Generally the systems interface should be limited to the exchange of information.

The ELS should act as an "intelligent assistant" in preparing data for crew decision-making and action. The ELS will not be the means of carrying out these actions where they affect the operation of the aircraft control systems, buy may be the means of actioning changes of data which are used by non-flight control systems.

It may be desirable for the ELS to provide temporary storage for flight systems generated messages. The ELS may use information from the flight systems to optimize data retrieval.

The level of criticality and certification requirements for ELS will be determined by the degree the ELS is involved with flight systems. While it may be acceptable to have some level of ELS dependency on flight systems, the flight systems should never be dependant on the ELS, and airplane dispatch should not be dependant upon the ELS components or capabilities.

### 2.3.2  Maintenance Philosophy

It is desirable to have everything on the aircraft needed to make onboard repairs. This would allow licensed technicians anywhere to repair the aircraft and return it to service. It is unlikely that airlines are going to send a maintainer, spare parts, and a complete set of tools on every flight, but it is feasible to provide the necessary data and information. The initial target for a maintenance ELS is the volumes of manuals and reports many airlines send with each flight. Attachment 3-3 illustrates the maintenance philosophy.

#### 2.3.2.1  Usability

The onboard maintenance documentation needs to appear to the operator as though the information is contiguous, yet also be able to recreate the individual book format. Information should have the same title and content in both electronic and printed form, but may be appropriately formatted for the presentation media. The ELS should be capable of text and graphics display to satisfy all maintenance documentation needs.

ELS should be a friendly and usable tool for the maintenance technician, and at the same time expedite the repair process. Then the maintainer can transition to ELS with minimal training. Attachment 3-1 illustrates the need for a similar user interface across multiple aircraft types to reduce the need for additional training and prevent errors being introduced.

HARRIS-15590

## 2.0 ELS "THE VISION" (cont'd)

### 2.3.2.2 Automation

Providing maintenance data in electronic format at the work location should reduce the work effort by simplifying the process of obtaining maintenance procedures. The ELS should also be capable of automatically producing necessary or desired forms, and automatically filling in much of the information in the form.

### 2.3.2.3 Integration

A integrated set of controls and displays capable of accessing OMS, ELS, and the system being worked should be provided. The intent of ELS is to make the maintenance technicians job easier and to reduce the travel between the work area and the flight deck. The ELS should not automate the status quo, but integrate with and simplify the maintenance process. As future applications are evolved an ELS will further assist in improving the maintenance process. Near term applications, however, should not increase the maintenance workload or degrade the aircraft reliability.

### 2.3.2.4 Relationship to OMS

The Onboard Maintenance System includes three major functions: BITE, Airplane Condition Monitoring System (ACMS), and Onboard Maintenance Documentation (OMD). The OMD is stored in the Electronic Library System with an interface provided between the ELS and OMS.

The interface between the ELS and OMS should provide automated identification and retrieval of OMD procedures related to failures reported to or detected by the OMS. The capability should exist to relate specific OMD procedures to specific reported failures, and to display or print these procedures upon request.

The OMS is the central fault reporting system. An important function of ELS is to support airplane maintenance related to the OMS. The relation between OMS reported failures and ELS maintenance data should be such that a change from the OMS to ELS can be made with minimum effort. Some autonomy between OMS and maintenance data is necessary. A failure of onboard maintenance documentation should not degrade the operation of OMS.

OMS failure reports should identify related data, and automated data retrieval provided. ELS should include all data used by line maintenance to support aircraft dispatch. OMD should complement OMS by providing manual testing when BITE cannot support fault data. It should also support repair activities. Many of the airplane systems and components needing maintenance will fall into the category of non-monitored systems. All maintenance data for non-monitored systems should be available to the flight line technician.

The ELS/OMS interface should provide both failure driven and query driven access to OMD. In the failure driven mode, OMS should key failures to the proper OMD data. Menus should provide the user access to all needed data. In the query driven mode, the user should be able to obtain information about any member system LRU by selecting menu items.

OMD should not be limited to flight line maintenance manual components. Any data used to perform airplane maintenance should be considered for onboard storage. Maintenance procedures consist of data normally provided by the airframe manufacturer to support flight line maintenance. Maintenance procedures should include:

- Troubleshooting procedures
- Component access, location, identification, removal, and installation procedures
- Test and return to service procedures
- Maintenance practices
- Servicing

### 2.3.2.5 OMD Access

The ELS should provide a capability for manual identification and retrieval of the OMD procedures related to failures that are neither reported to nor detected by the OMS.

The capability should exist for the technician to request data related to all maintenance functions for monitored and non-monitored systems and components. Indices into the data should be provided for selections by LRU/LRM nomenclature, part number, ATA number, fault identification, or other schemes defined by the airline.

### 2.3.3 CPMS Philosophy

A cabin/passenger management system (CPMS) is primarily a business system closely tied to the airlines ground based system and has the potential to be a major factor in the customers perception of the airline. The CPMS should be considered a high technology business system, not a typical avionics system. Attachment 3-4 illustrates the CPMS philosophy.

In addition to supporting the many proprietary tasks associated with passenger services and entertainment the CPMS can make the cabin crew task easier.

The competitive proprietary nature of the CPMS will result in a lack of detailed information concerning any specific airlines system. Support will have to be designed for generic applications rather than for specific implementations. ELS support for the CPMS should be considered primarily as file server and temporary storage for passenger cabin related transient data.

### COMMENTARY

The ELS support for the CPMS should not be considered equivalent to the ELS support for essential operations, requiring an avionics quality certified platform for operation. While common hardware part numbers and cabin crew access to the OMS for reporting cabin faults may be desirable, a clean separation of the cabin system from the operations and maintenance system may be more expedient in the interest of minimizing interaction resulting in regulatory agency involvement.

## 2.0 ELS "THE VISION" (cont'd)

### 2.3.3.1 Usability

The implementation of ELS support for the passenger cabin should enhance the CPMS operation and be flexible enough to keep pace with cabin/passenger management changes. System design should consider the capabilities and needs of two distinct users.

The cabin crew interface should make the cabin attendants job easier, keeping in mind that the cabin attendants task is not to operate a computer, but to take care of the cabin and its occupants. While the digital interface with the ELS will satisfy all of the interface protocol requirements, the direct cabin interface should be designed to insure that the cabin attendants find it a system desirable to use.

### 2.3.3.2 Adaptability

ELS support for cabin/passenger management functions should consider the mixture of CPMS configurations within the industry, and even within an airline. The variety of airplane types in service will impact the implementation of cabin/passenger management functions. It may be financially impractical to retrofit sophisticated systems on older aircraft.

It may be technically impractical to install identical capabilities on aircraft from different manufacturers. However, it makes financial and technical sense for an airline to limit the quantity of stocked hardware part numbers and the variety of supported software platforms. Commonalty provides economy of support and ease of use.

Airlines may opt for different levels of implementation installing only what is practical on different models. They may implement or retrofit capabilities in increments paced to development of ground support capabilities, to finances, or to some other internal guidelines.

Each airline will develop its own marketing approach and have it reflected into its passenger services/entertainment functions. Implementation of these functions can be expected to be proprietary. Limiting the ELS to a file server role for defined generic applications will allow proprietary implementation of these applications and user interfaces within the CPMS.

The scope of the CPMS capabilities is limited by the state of the art of technology. As innovations are developed and refined airlines will incorporate appropriate technology into their marketing efforts. A flexible ELS should allow incorporation of new technology in ELS user systems without major changes or redesign of the ELS. Although technology is available for todays use, not all is in a form that can survive the commercial airplane environment, and some exists only in the laboratory.

### 2.3.3.3 Relationship to CPMS

The CPMS has been described as the total of all things related to managing the passenger cabin, passenger services, and passenger entertainment. The proprietary nature of such functions and their associated marketing use make it impossible for the ELS to fulfill all CPMS needs for all models for all airlines. For practical reasons the ELS should be limited to the role of file server, capable of storing, updating, replacing, and retrieving data files of various sizes on demand for the CPMS. The ELS should also serve as a temporary storehouse for CPMS related data generated in flight.

#### 2.3.3.3.1 Cabin/Passenger Management

Management of the passenger cabin is related to the flight attendants tasks and operation of systems located in the passenger cabin. Most ELS data related to cabin/passenger management would be task oriented information provided to make the flight attendants more efficient and their tasks easier.

Airlines will require that cabin/passenger ELS facilities maintain a consistent corporate look and feel across all aircraft types in their fleet. Attachment 3-1 illustrates this requirement.

#### 2.3.3.3.2 Passenger Entertainment

Passenger entertainment includes music, games, movies, on airplane passenger purchases, and other features that the marketing effort inspires. The type of data will be similar in nature from one airline to another, but the manner in which it is used will probably be unique to the airline and CPMS vendor.

#### 2.3.3.3.3 Passenger Services

Passenger services includes all functions implemented to ease the passengers journey such as dietary restrictions, special requirements, connecting flights, and other services calculated to make the passengers feel special. Like passenger entertainment, the type of data required will probably be similar in nature from one airline to another, but the manner in which it is used will be unique to the airline and CPMS vendor.

### 2.4 Operator Interface

The operator interface should provide a uniform format and data use. Minimum controls should be required. The routine to retrieve data should be intuitive, simple, task oriented and interactive. The operator should be able to use the system with minimum training and without requiring reference to a manual.

The display of data should include adequate text and/or graphics in a single display to complete a task without having to scan a list of directions.

#### 2.4.1 Access

The ELS should provide quick and efficient access to any stored data with a minimum number of steps. The availability of ELS features will be airline policy. While there is no technical reason to inhibit the availability of ELS functions and data files, airlines may desire to inhibit access to some features during specific phases of flight, or limit access to some types of data to specific users. System design should include the capability for the airline to control the availability of ELS data.

## 2.0 ELS "THE VISION" (cont'd)

### 2.4.1 Access (cont'd)

ELS should be capable of responding to requests for data in two seconds or less. When a delay of longer than two seconds is expected, the system should indicate either that it is responding, or indicate the time remaining to respond.

Access to and modification of data should be possible from all terminals with apparent simultaneous access. However, certain types of data may be restricted.

#### COMMENTARY

Display time limitation comes from flight operations needs to access and display information quickly in times of changing situations. When an emergency check list is called for, it is needed immediately, not 10 to 15 seconds after the request.

### 2.4.2 Prioritization

ELS should be capable of determining priority between pilot's access terminals (PATs), maintenance access terminals (MATs), portable maintenance access terminals (PMATs), and CPMS terminals with the pilot's terminal(s) having the highest priority.

### 2.4.3 Printing

ELS should be capable of printing selected text and graphics data. Forms may be printed either blank or filled in. All printed matter should be properly identified, which may include date and time of printing, revision identifiers, flight number, and aircraft identification.

### 2.5 Availability and Reliability

ELS should be available during all phases of flight as well as on the ground. Whenever the ELS replaces printed documentation, the information required for continuous safe operations should be available.

System reliability requirements for flight operations, maintenance, and cabin/passenger management will differ, with flight operations requirements being the most rigorous.

HARRIS-15593

# 3.0 ELS DESCRIPTION

## 3.1 Introduction

The on-board ELS provides an efficient and integrated information storage, retrieval, and display capability for the airline flight crew, cabin crew, and maintenance personnel. The ELS consists of a set of computers and display terminals linked by a computer network. The system is designed to enable the individual computers to share resources on the network, thus providing computing facilities that are flexible and adaptable to the various ELS applications.

### COMMENTARY

Emphasis is placed on utilizing commercial computer industry standards for the processing platform, bus definition, network protocols, and functionally proven software. This open architecture approach results in an ELS that provides flexibility and growth for the airlines. The ELS architecture closely emulates an office computing network and it is the intent of this guideline document to capitalize on the experience gained in the use of these systems.

## 3.2 ELS Logical Architecture

The ELS architecture is developed to allow a great deal of flexibility in the physical implementation of the system. A building block approach permits the system designer to tailor components and physical interconnects to the physical constraints of a specific airframe.

The logical architecture depicted in Attachment 1 is modeled on an office computing environment. The architecture is flexible and extensible, supporting a variety of application architectures from centralized to fully distributed. The components that comprise the ELS architecture are described in the sections below.

### 3.2.1 Processing Element(s)

The ELS may be implemented with different architectures to provide the ELS functionality. The ELS processing element may be centrally located in either an Electronic Library Computer (ELC), described in ARINC Project Paper 749 (LRU Packaging), or a Processor-I/O Line Replaceable Module (PIO LRM), described in ARINC Project Paper 949 Electronic Library System Cabinet. On the other hand, the ELS processing element may be distributed among some or all of the display terminals in addition to residing in the ELC or ELSC. This architecture would allow the ELS application to be distributed between the display terminals and the ELC or ELSC.

Every processing element should provide the necessary resources, as defined in Section 7.0 Application Environment Profile, to support execution of application software. Allocation of the ELS functions, described in Section 4.0, to the processing element is left to the ELS application developer. Any processing element connected to a mass storage device, should manage access to that mass storage.

Some processing element may also provide the physical interconnect to the aircraft systems and ground systems for the ELS function. Since the physical interconnect is dependent on the aircraft generation, the processing element should mask the ELS application from the physical communications path required to provide the functional interfaces defined in Section 4.0.

An ELS may utilize one or more redundant processing elements per aircraft to satisfy the ELS application requirements. For example, to support future "documentless" aircraft, more than one ELS channel may be required for the purposes of availability and fault tolerance.

### 3.2.2 User Terminals

To interface with the human operator, the ELS has a number of different display terminals or workstations that allow access to the information stored in the system data base. The characteristics of a display is dictated by its intended use. The different terminal types are described in the sections below.

### COMMENTARY

It is desirable that the design of the terminals be identical to allow the airlines to procure and spare a single part number. However, the cost, desired functionality of the device, available volume for installation, etc., of implementing the characteristics for a flight deck display in the maintenance or cabin displays may outweigh the benefits of a single part number.

Terminals are installed in specific locations throughout the aircraft according to the needs of the primary user of the terminal. However, other users may use these terminals to access the ELS functions. For instance, maintenance personnel may use a terminal installed at a pilot's station while performing maintenance tasks that require access to cockpit controls.

### 3.2.3 Mass Storage

The storage element of ELS is the Mass Memory Subsystem (MMS) which is described in detail in ARINC Project Paper 759 (LRU packaging) and ARINC project paper 949 (LRM packaging). The referenced documents describe a storage unit that interfaces with the ELC via a standard Small Computer System Interface (SCSI) bus.

### COMMENTARY

As an option, a file server or data server may be directly connected to the OLAN to provide additional data storage.

The MMS should provide non-volatile memory in which to store data.

### COMMENTARY

Use of only a read-only MMS onboard would reduce the document revision options to media replacement only and would not allow the device to be used for logbook storage. This is seen as a significant disadvantage in the marketplace.

### 3.0 ELS DESCRIPTION (cont'd)

3.2.3 Mass Storage (cont'd)

The ELS should be designed to accommodate MMS devices of different storage capacities and type, and should allow the addition or removal of MMS devices without interrupting system operations. The ELS should also accommodate a mixture of mass memory technologies to unique data requirements. The system designer should take into consideration the characteristics of a specific mass memory technology before replacing it with a different type of technology.

3.2.4 Aircraft Network

The Aircraft Network is used by the ELS to provide interconnection between the ELS components described above. The Aircraft Network may consist of an ARINC 636 Onboard Local Area Network (OLAN), an ARINC 646 Ethernet LAN (ELAN), or dedicated point-to-point links used in any combination to provide a high bandwidth pathway for communications. The aircraft network is a shared resource that may be used to support both ELS and other aircraft systems communications.

The OLAN should be designed in accordance with ARINC Project Paper 636, "Onboard Local Area Network (OLAN)." OLAN is based on the Fiber Distributed Data Interface (FDDI) standard which uses a fault tolerant, fiber optic media, capable of a 100 Mb/s data rate. The Ethernet LAN(s) should be designed in accordance with ARINC 646, "Etherenet LAN (ELAN)" capable of a 10 Mb/s data rate. The selection of these LANs allows the use of hardware and software elements already developed for other markets.

Although connection using a local area network is the preferred method of ELS communication, an optional method of interconnecting components is to provide a dedicated point-to-point link from the processing element to some or all of the system elements. This optional implementation is described in ARINC Project Paper 749. This interconnect technique is necessary to accommodate installation constraints that may be placed on certain ELS elements.

The system designer may use any mix of these physical networks to provide redundancy, improve availability, segregate criticality, bandwidth, or any other reasonable functional purpose. Repeaters, bridges, routers or gateways, as defined in Appendix B, may be used when an ELS element, or other systems that require access to the processing element, is not connected to the same physical network. These components should provide a transparent link between the different ELS elements.

3.2.5 Ground Systems

The viability of the ELS as a source of information is dependent on the capability to interface the onboard components to the ground infrastructure described in Section 5.0. This link is required to support the timely transfer of information between the aircraft and ground systems. The ELS should provide the capability to interconnect to ground systems through Datalink, Gatelink, or other physical means. The physical path to these aircraft facilities is dependent on the aircraft generation that the ELS is being installed on.

3.2.6 Onboard Systems

To enhance usability, the ELS may receive information from and/or transfer information to other onboard systems. The physical interconnect between the ELS and these systems is dependent on the generation of the aircraft and equipment complement. For instance, current and future generation aircraft may allow access to these systems using the aircraft network, but equipment on retrofit aircraft may only support ARINC 429 connections.

Different approaches are possible to make the interconnect transparent to the ELS application. The ELS may perform all communications over the aircraft network, with a dedicated gateway to support the physical connection to the device. Another approach is for the ELS processing element to include all of the I/O resources to accommodate the different aircraft configurations.

The specific system-level interfaces and their function within the ELS application are described in Section 4.9.

3.3 Physical Architecture Instances

There are a variety of physical architectures that satisfy the logical architecture. This supports the installation of an extensible ELS in many generations of aircraft. Three physical architectures are described in the sections below that meet the intent of the logical architecture.

3.3.1 Instance #1

The physical architecture shown in Attachment 2-1 illustrates an architecture that uses the aircraft network for communications. The ELS components communicate with other aircraft systems and the routers to ground systems over OLAN. A bridge/router is also employed to support communications between the ELS processing element and the PMATs and ARINC 744A Printer(s).

3.3.2 Instance #2

The physical architecture shown in Attachment 2-2 shows an architecture that uses a stand-alone component (IHUB) to support communications between the ELS components, the other onboard systems and the datalink functions. For these communications, the IHUB functions as a gateway. The IHUB in this architecture also supports a bridge/router function to support communications between the ELS components on the OLAN and the PMAT. The architecture also employs a dual OLAN architecture to enhance availability and survivability of the system. The IHUB acts as a bridge between the two OLAN rings.

3.3.3 Instance #3

The physical architecture shown in Attachment 2-3 illustrates an architecture that supports communications with other onboard systems and ground systems via direct connections to the ELS processing element. This architecture also illustrates the alternative use of dedicated

HARRIS-15595

### 3.0 ELS DESCRIPTION (cont'd)

point-to-point links between the processing element and the display terminals on the flight deck (i.e., PATs and MAT). Communications between the ELS processing element and the PMATs and printers is via the ARINC 646 Ethernet.

HARRIS-15596

## 4.0 ELS FUNCTIONALITY

### 4.1 Introduction

Section 2 of this document describes the industry vision for an ELS. This section describes the specific functions performed by an ELS in order to realize that vision.

### 4.2 Information Retrieval

The core function of the ELS is to provide on-board storage and intelligent retrieval of the information required to operate and maintain the airplane. By installing an ELS on the airplane, the airline should reduce or eliminate its reliance on paper-based documents. The ELS should also improve the manner in which information is accessed by providing some or all of the functions described in the following subsections.

#### COMMENTARY

The ELS is designed around an information model instead of a document model. The ELS data must be structured to support electronic presentation of information instead of paper-based documentation.

#### 4.2.1 Data Retrieval Methods

The following are possible methods of accessing information within the ELS database(s):

- Direct access
- Keyword Search
- Hypermedia Retrieval
- Intelligent Retrieval

#### 4.2.1.1 Direct Access

The ELS should provide direct access to information using a hierarchical menu structure.

#### 4.2.1.2 Keyword Search

The ELS should provide a keyword search function that allows users to locate all occurrences of information on a specific topic.

#### 4.2.1.3 Hypermedia Retrieval

The ELS allows users to directly access information using the relationships that naturally occur within the information. Each relationship is defined as a link between pieces of information in the database, independent of the data type. A link may be explicitly stated within the information, such as "See Maintenance Manual 21-32" or "Figure 401". In addition, links might be implied by the topic or the organization of the information, such as the relationship between ATA chapters of the Maintenance Manual and the Illustrated Parts Catalog.

#### COMMENTARY

Links are identified during the data preparation phase. Information identifying links must be encoded within the ELS data, as defined in Section 5.

#### 4.2.1.4 Intelligent Retrieval

The ELS uses information from other aircraft systems to provide references to associated information within the ELS database. Examples of these references are the use of flight plans for the retrieval of all terminal navigation charts, or use of fault information compiled by the CMC to select specific maintenance tasks.

#### 4.2.2 Data Access Controls

The ELS should allow airlines to restrict user access to information within the ELS database(s), based on the terminal location and/or operator identification (e.g., password).

#### 4.2.3 Data Filtering

The ELS should present only effective data to users. Depending upon the level of ELS integration with other aircraft systems, information may be filtered by tail number, aircraft type, or other user defined criteria. Data filtering is a combination of an onboard function and data preparation function.

Every effort should be made to filter the data as part of the data preparation to minimize the requirements for onboard storage and processing.

#### 4.2.4 Data Navigation

The ELS should clearly identify the information in view and include any functions which facilitate rapid movement through the database and the ability to easily return to initial reference point.

#### 4.2.5 Arithmetic Operations on Data

The ELS may perform arithmetic operations on data before presentation to the user. Examples of these operations are unit conversions, interpolation between table values, and other arithmetic calculations.

#### COMMENTARY

When the arithmetic calculations are performed automatically and only the result is displayed to flight crews, it may become a significant certification concern to ensure the correctness of the operation. It may be more desireable to provide the results of the calculations as part of the data, rather than perform them "on-the-fly" in ELS when needed.

### 4.3 Electronic Logbook

The ELS should provide users with an electronic logbook function. The ELS should store completed log entries in Non-Volatile Memory until they are downloaded.

### 4.4 Custom Forms and Reports

The ELS should provide users with the ability to use custom forms and generate custom reports on-board the

HARRIS-15597

## 4.0 ELS FUNCTIONALITY (cont'd)

airplane. The ELS should be able to retain any completed form(s) and download them upon command.

### 4.5 Prioritization Between Users

The ELS should provide priority management. Terminal/workstation location and other criteria may be used to establish priority among users. A suitable means should be provided to allow users with higher priority access priveleges to pre-empt a lower priority task. In general, flight operations data retrieval is most likely to be time- and safety-sensitive and the system must ensure that the retrieval time for such data is not affected by demands from other users.

### 4.6 Communications Between Users

The ELS should provide the capability for users to communicate between terminals.

### 4.7 Printing

The ELS should be capable of printing text and graphics data. A facility may be provided where the printed matter can be selected according to predefined formats similar to existing paper documents. This may include chapters, sections, pages, figures and tables. In addition, a facility may be provided where part (highlighted or selected sections) or all of the displayed information can be printed. A facility for printing predefined forms or lists should be provided. Forms may be printed either blank or filled in.

#### COMMENTARY

The capability provided by ARINC Characteristic 744A includes bit map processing and printing. As an option, a Page Description Language (PDL) is highly desirable for ELS printout capability. The ISO SPDL standard, which is mostly based on the Postscript language, may be used for this option.

All printed matter should be properly identified, which may include date and time of printing, flight number, take-off and landing airfields, and aircraft identification. Except for predefined forms, all printed matter should carry cautionary notes such as "FOR INFORMATION ONLY."

The ELS should also be capable of printing to a designated printer when multiple printers are connected to the ELS.

### 4.8 ELS Integration

The ELS function provides both data storage and information management resources onboard the airplane which may be utilized by other aircraft functions. However, the level of utilization is dependent on the generation of aircraft and systems that the ELS is installed on. These levels range from stand-alone through a fully-integrated system. These two levels are described below along with descriptions of the functional interface between the ELS and other onboard systems.

#### 4.8.1 Stand-Alone ELS

The Stand-Alone ELS has the minimum number of airplane interfaces required to implement the ELS. The following interfaces (if installed) provide the basic ELS functionality:

- CMC (for BITE Reporting)
- Data Loader
- Data Links
- Gatelink

Interfaces to other aircraft systems are considered optional because they provide enhanced functionality to the ELS. In a stand-alone system, the interfaces are "listen-only":

- FMS/FMC
- OMS/CMC
- FWS/EICAS

Interfaces to other systems that utilize the ELS file service functions may also be provided.

- DMU/ACMS
- CPMS

#### COMMENTARY

The stand-alone configuration is the most likely candidate for in-service aircraft retrofit.

#### 4.8.2 Fully Integrated ELS

The Fully-Integrated ELS implements all of the interfaces contained in a Stand-Alone ELS, in addition to providing bi-directional communications with these and other aircraft systems. The intent of the fully-integrated system is to provide an information management resource on-board the airplane. Information is made available to other aircraft systems based on standardized queries.

#### 4.8.3 Flight Management System

The Flight Management System (FMS) may support the ELS by providing, for example, the following data:

- Flight Plan Departure, destination and alternate airport selections for use in providing shortcut navigation chart selection.

- Takeoff information, predicted takeoff weight, selected runway, outside air temperature and barometer setting which will be used along with other pilot-entered data to display the appropriate airport analysis table with highlighting.

- Closest airports list for use in preparing specific files.

HARRIS-15598

### 4.0 ELS FUNCTIONALITY (cont'd)

#### 4.8.3 Flight Management System (cont'd)

- Aircraft position, flight phase, altitude and attitude information;

- Departure/Arrival runway information, such as altitude and inclination and length;

- Configuration information, such as Navigation Data Base validity, airway segments, etc.

The FMS should transmit this data when it is available. In the stand-alone architecture these transmissions should be from the FMS to the ELS only, however in a more integrated architecture two way communications may allow the ELS to request information.

#### 4.8.4 Onboard Maintenance System

As an OMS member system, each of the ELS components should support the OMS by reporting faults, conducting tests, etc. as defined by ARINC Report 624, "Design Guidance for Onboard Maintenance System (OMS)." The ELC processor should report all faults occurring in the components that make up each ELC channel, such as the mass memory module, etc. In some architectures, the ELS displays may be considered independent OMS member systems, and as such, each should report faults independently as defined in ARINC Report 624.

The OMS should utilize ELS displays to allow control and display of OMS information. The protocol for this interface should be the same as that used by the ELC. The OMS may also report faults to the ELS where it is used in the same way as failures from the Flight Warning System.

#### 4.8.5 Flight Warning System

The Flight Warning System (FWS) may support ELS by transferring alert and advisory messages when activated by a system failure. These messages may support access by the flight crew to documents such as the Fault Reporting Manual (FRM) and Minimum Equipment List (MEL). The messages may also provide corresponding access by a maintenance technician to documents such as the MEL and Dispatch Deviation Guide (DDG) access and for logbook reporting.

#### 4.8.6 Cabin/Passenger Management System

The Cabin/Passenger Management System (CPMS) connects to the aircraft network either directly or via some other device and provide airline specific cabin services for the cabin crew and passengers. The Cabin Access Terminal is considered part of the ELS with interface requirements similar to the MAT and PAT even though it may be a element of CPMS.

### 4.9 Power and Initialization

Each terminal should include both an automatic and manual power on/off control. Following power-on, the initialization process should be immediate and transparent, requiring no special commands to be entered.

### 4.10 Terminal Configuration Reporting

The ELS should be capable of determining the type of input device/display equipment. The terminal should report the following configuration parameters to a requesting application:

- Display Size in inches (horizontal) by inches (vertical) and addressable screen elements in each dimension
- Display Type - Monochromatic or Color?
- Number of colors or grey levels
- Display Orientation - Portrait or Landscape?
- Hardware Keyboard Connected - Yes or No?
- Keyboard Configuration

### 4.11 ELS Terminal Facilities

Each display terminal, at a minimum, should be an X-Windows Server. The use of X-Windows supports the use of the ELS terminals by other aircraft applications, such as the MAT by OMS.

In addition, the display terminal may provide processing resources to allow local execution of applications. One such application could be an X-Windows Window Manager. Display terminals that support local application execution should provide the processing environment described in Section 7.0.

### 4.12 Terminal Interface

X-Windows should be used as the primary display interface mechanism to all applications, both local and remote. ELS applications should execute as X-clients and communicate to the display (X-server) using the X-windows protocol described in ANSI X3H3.6 Part 4 (X-Windows over OSI).

### 4.13 BITE

Each ELS component should contain Built-In Test Equipment (BITE) capability in accordance with ARINC Report 624, "Design Guidance for Onboard Maintenance System (OMS)."

ARINC Report 624 sets forth a general philosophy, basic guidance, and certain specific recommendations for the design and use of an OMS.

The OMS described incorporates the traditional areas of failure monitoring and fault detection, BITE, BITE access, and an airplane condition monitoring system (ACMS). It describes the needs for all elements of the OMS, including a central maintenance computer (or CMC function) and all the member systems which interface with it.

ARINC Report 624 is intended to provide a better mutual understanding among the designers and users of the specified OMS, including all of its member systems, with a view toward achieving an optimum balance between critical factors such as BITE effectiveness, operator interface simplicity, cost, and system complexity. A description of one possible architecture for an OMS is

HARRIS-15599

## 4.0 ELS FUNCTIONALITY (cont'd)

also included in the document. This description is not intended to delineate the design for an OMS but to provide an example for understanding the requirements for such a system.

ARINC Report 624 discusses the role of an OMS in the airlines' maintenance concept and the fault detection and BITE characteristics desirable in all avionics equipment to support the broader goals of an OMS. Beyond the guidance applicable to BITE, this document provides specific guidance for the design of an OMS which provides for:

- A standardized, English language-based user interface for performing all BITE tests and line maintenance functions on the airplane.
- Where appropriate, storage of BITE reported fault data within a line replaceable unit's (LRU) nonvolatile memory (NVM) for later use.
- Reporting of fault status in the air and on the ground via operator displays and/or electronic/magnetic communications links.
- Integration of the fault isolation design to provide complete coverage, from fully automatic BITE through interactive, BITE-assisted fault isolation to manual troubleshooting procedures.
- Ground-test capability for fault isolation and performance of LRU replacement tests, functional tests, and system tests. Airplane condition monitoring function integrated with BITE/line maintenance function design.

Airframe and equipment designers are encouraged to take advantage of this guidance information, beginning with the earliest design phases of new equipment. Users may also find this information helpful in standardizing maintenance planning and procedures and in securing appropriate recognition for such procedures from the regulatory agencies. It is particularly important that the guidelines set forth in ARINC Report 624 should be considered in terms of the overall perspective of the users' needs, rather than some more limited objective.

### 4.13.1   Display Terminal BITE

When the MAT or PAT are first powered up, a blank screen should signify that a hardware failure occurred within the display terminal. If the boot software fails during the boot sequence, the display terminal should display a simple text message to indicate what faults have occurred.

### 4.13.2   Recorded Parameters

Each reporting system should record the following parameters, in addition to those specified in ARINC Report 624, in non-volatile memory:

- Specified OLAN parameters (MIB objects)
- Specified ELAN parameters (MIB objects)

### 4.13.3   Test Logic

Power-Up and self-test features should be incorporated into all components to the greatest extent possible to detect and isolate unit faults. In addition to continuous monitoring, components should respond to initiated test commands from a CMC. A goal should be 100 percent monitoring of all functions within each component.

Each reporting system should contain BITE inhibit logic for BITE initiated tests when fault indicators are not valid. The reporting system should not use initiated tests unless necessary.

### 4.13.4   Integrity Testing

The ELS should include tests that verify the integrity of the software and data. In addition, the ELS should verify that all of the software in the system is compatible.

#### COMMENTARY

The compatibility test insures that different ELS components do not have conflicting software versions.

### 4.13.5   Fault Reporting

#### 4.13.5.1   Member System Architecture

The ELS should contain fault reporting capability in accordance with ARINC Report 624. Because of the varying system architectures envisioned for ELS, the determination of which components of the ELS are ARINC 624 member systems is left to the system designer. However, the following guidelines should be followed:

1) To minimize the number of reporting systems, any ELS component which relies on any other component to be installed should report failures through that component as well.
2) If a component is used exclusively for the ELS function, then that component should report through the ELS.
3) Components which are to be considered member systems should provide a direct interface to the OMS (i.e., no reliance on bridges, routers or gateways). Individual components should include a means to be configured as an OMS member system or to report through another system. A component configured as a member system must also accept a designation of which components will be reporting through it. The protocol between the member system and non-member systems should utilize the ARINC 624 reporting protocol, where appropriate.

#### 4.13.5.2   OLAN Reporting

Each ELS component connected to the OLAN also assumes responsibilities for reporting on the status of the link between itself and its two neighbors. In order to facilitate OLAN BITE, each station connected to the

HARRIS-15600