## 4.0 ELS FUNCTIONALITY (cont'd)

### 4.13.5.2  OLAN Reporting (cont'd)

OLAN should record specific Management Information Base (MIB) data. The following data should be reported:

- Bypass Switch wrap condition
- Failed Bypass Switch
- Illegal tokens
- MAC frame error
- Token timer timeout
- Elasticity buffer failure
- Physical layer failure.

These devices should use the Station Management (SMT) protocols to transfer MIB data to the OLAN manager. If the ELS is the only system using OLAN, the ELS should assume the role of network manager.

### 4.13.5.3  ELAN Reporting

Each ELS component connected to the ELAN assumes the responsibility for reporting on the status of the bus. In order to facilitate the ELAN BITE, each ELAN user should record specific information. The following data should be accessible through the BITE functions:

- MAC Frame Error
- Physical Layer Failure.

### 4.13.5.4  Configuration Reporting

Each reporting system should report to the OMS the following configuration information for each member system:

- Data Base part number (where appropriate).

### 4.13.6  Application Environment Facilities

Each ELS component which incorporates the Application Environment described in Section 7.0 provides a minimum set of Fault Reporting and BITE services to applications. These services should be sufficiently robust to mask applications from any dependency on the underlying hardware architecture and the physical communications path used for OMS protocols.

### 4.14  Software Compatibility Test

All ELS components with loadable operational software should automatically prevent the installation of incompatible software onto itself. Furthermore, the system should prevent the loading of software that is incompatible with software in another component.

### 4.15  Data Loading

The ELS should support the loading of data, application software and operating environment software. Following the load of these items an integrity test should be performed. The loading of these items may be accomplished through either data link or a data loader. Restrictions may exist for loading due to safety or operational or safety concerns. In addition, the ELS should support the downloading of data through data link or a data loader.

### 4.16  File Service

The ELS supports other systems by providing a file access service that extracts or stores files when requested.

HARRIS-15601

# 5.0 ELS DATA

## 5.1 Introduction

This chapter will describe the data which may be accessed on an airborne ELS and the processes necessary to generate and maintain databases for the airborne ELS.

## 5.2 Data Interchange Standards

The ELS ground support system, as a minimum, should be able to receive and process information provided in ATA Specification 100 standard data interchange formats. When practical, standards should be adopted rather than developed. When defined, those standards should match those adopted by the ATA to provide consistency in the data integration process.

### COMMENTARY

If the information which has been acquired is not in the acceptable standard interchange format, then in some cases this data set will be translated so that the benefits of the interchange formats can be realized. This process requires that the airline posses translation filters to accept multiple types of input and output data in the standard interchange formats. An effective "Document Analysis" procedure should be in place to study how the specific data source is structured and how the target audience and/or application will use the information. Special attention should be given to this process since the format of the data is changing from one format to another.

When moving from a page oriented document to topical or subject oriented information, careful consideration should be given during the translation process to ensure that the translation has enhanced and not limited the use of the information for future applications. The results of the analysis should provide structure charts for that specific document and a Document Type Definition.

### 5.2.1 Text

The standard interchange format for text will be SGML, as adopted by ATA Specification 100. Key components of this standard, described in DTD Technical Requirements (ATA), are table structure, effectivity data structure, revision data structure and graphics callout formats. Another key component is the Tag glossary which supports ATA Document Type Definitions (DTD). This glossary will identify all the tags which the ELS will encounter and be required to interpret consistently. As a data driven system, the tags embedded in the source data supports the functionality of ELS.

### COMMENTARY

Data and the context should be analyzed in the context of the topic (entities and objects), instead of by the page orientation. Information sources may vary among the airlines. Careful document analysis may identify multiple uses of the same data content (entities and objects) and one airline may use and organize information differently from another.

### 5.2.2 Graphics

#### 5.2.2.1 Raster

The standard raster graphics interchange format will be CCITT Group 4 as adopted by ATA.

### COMMENTARY

Other raster formats will be required to support color and grey scales.

#### 5.2.2.2 Vector

The standard vector graphics interchange format will be CGM as adopted by ATA.

#### 5.2.2.3 "Intelligent"

The standard intelligent graphics interchange format will be adopted when developed by the ATA. Intelligent graphics should provide additional capabilities to enhance the ELS functionality, similar to the capabilities provided through SGML.

### 5.2.3 Database

There will be some data types which are not graphical in nature and may not be suited for SGML. Therefore, some information may be stored and retrieved from a database management system.

### 5.2.4 Other Data Formats

There may be some data types which are not graphical or textual in nature and may not be suited for current ATA standards. Therefore, others standard interchange formats may be needed.

## 5.3 ELS Data Set

The ELS data set encompasses the data loaded onto the airborne ELS. The ELS data set may be divided into multiple user categories. Those categories may include flight operations, maintenance, ground services and cabin management (Appendix A). Special attention should be given during the analysis of each document or data source in order to provide for multiple presentations of the information and should be device independent.

The ELS data set should include information that characterizes its' content.

The ELS data set may contain information applicable to more than one effectivity definition. For example, the ELS could use on-board data filtering to present the applicable information based on user-defined criteria such as tail number, equipment installed, date, or user identification.

### 5.3.1 Flight Operations Data (Onboard Flight Documentation)

ELS should be capable of holding all data used by the flight crew to support aircraft and dispatch operations.

## 5.0 ELS DATA (cont'd)

### 5.3.1 Flight Operations Data (Onboard Flight Documentation) (cont'd)

Flight operations data may contain aircraft operations information, airline procedures, check lists, navigation data, etc.. Examples of candidate data sources include, but are not limited to Flight Operations Manuals, Fault Reporting Manuals, Navigation Charts and flight specific documentation. Attachment 3-2 describes the use of the Electronic Library System in Flight Operations.

### 5.3.2 Engineering and Maintenance Data

ELS should be capable of holding all data used by ground crew and engineering to support airplane maintenance. Engineering and Maintenance data may include:

- Troubleshooting procedures
- Component access, location, identification, removal and installation
- Test and return to service procedures
- Maintenance practices
- Servicing

### 5.3.3 Cabin Passenger/Management Systems Data

ELS should be capable of holding all data presently used by the cabin crew to support aircraft operations. Data should include time tables, cabin supplies ordering list, check lists, procedures and announcements, and other data dedicated to passenger safety and service.

### 5.3.4 Ground Services

ELS should be capable of holding all data used by the ground support operations personnel.

### 5.4 Data Integration

Data integration can be defined as the processes which manipulate data for all data types utilized in either a ground based viewing system or the airborne ELS. These processes include the ability to author and/or acquire data, manage the data as objects rather than pages, then extract, compile and distribute the information to the appropriate viewing system or file server. It may be required to re-format the information from the standard interchange format into a format which is compatible with the target viewing system. A specific step in the data integration process to accomplish this re-formatting is known as the "Compilation Process." Special attention should be given to this step to minimize the amount of overhead required to convert the data from the interchange standards into the proprietary format required by the specific vendors airborne Electronic Library Systems, and that the user of the target systems has the option to revise the compiled data set versus total replacement. In general, the processes listed and described below provide an airline with the steps necessary to manage and distribute information to the airborne ELS. Attachment 4 illustrates the processes of data integration.

### 5.4.1 Data Acquisition Process

The data acquisition process is the ability to receive information in standard input formats from various sources. The airline should have the ability to accept information and revisions in a scheduled and unscheduled manner from their sources and apply them without error. The airline should also posses the ability to author information in industry standard interchange formats.

Information can be delivered on a specific media device or by high speed data communications depending on the size and content of the information being delivered.

### 5.4.2 Data Management Process

This process is perhaps the most important and the most complex. This process should posses the ability to manage large amounts of data, and retain information about where each "object" of data is used. An object is a piece of data which was identified in the analysis process and may be shared by multiple documents, such as a graphic, or a section information related to a specific topic. In most cases, this process will utilize a database management system to support this kind of functionality and eliminate the need to manage data objects multiple times. Database management technology is also needed to support the revision control requirements discussed later in this section and the revision history information which comes from the distribution process. The data management process should also provide the ability to identify data effectivity. Data effectivity can be defined as both "effective date" and "effective application," which in this case may be a specific tail numbered aircraft. This capability will assist the Extract Process in delivering only the data required by the target system with the correct date and/or time effectivity.

### 5.4.3 Data Extraction Process

The process of extracting information which is required for a specific flight, fleet or airline, is based on a set of parameters. Again, database technology may be used to manage this type of information. Since there is so much information to be managed, only that which is necessary for the target application may be loaded and revised depending on the airlines needs. This process can identify that sub-set of information and based on specific parameters extract that information from a master set of databases into a tailored data set. It is critical that the special precautions be taken to ensure that no links to other sections within a document or links to other documents have been corrupted during this process and that the integrity of the information remains intact. Besides providing the ability to extract whole documents, this process should have the ability to extract changes which have occurred over a specific time frame (time frame may be dependent of the document or data type).

These changes are then considered transactions to be applied to other pre-existing tailored data sets.

### 5.4.4 Data Compilation Process

This is the process which will receive standard interchange formats as input and convert the tailored data set into a format which is understood by the target viewing system. One such viewing system will be the ELS. The compilation process may vary among the ELS and viewing system vendors but is required to support

### 5.0 ELS DATA (cont'd)

specific functionality and storage requirements and to optimize the data for retrieval purposes.

#### 5.4.5 Data Distribution Process

This process transfers the selected tailored sub-set of information, or its revision, to the target system. This process could vary depending on the size of the databases to be loaded onto the target system or the size of the revision being distributed. As in the Acquisition Process, information may be distributed in multiple ways, such as media or data communications, to meet the requirements of each airline. This process may be dictated by the critical nature of the revision to a specific document or data type. An audit trail should be provided of the distribution process. This means that the effectivity of any tailored set of data delivered to a target system should be identifiable. In addition, the airline should be able to recreate the database content found on any target system at any time.

#### 5.5 Source Data Revisions

Since the data sources used by flight operations, maintenance, cabin and ground support often changes, there is a requirement to provide a means to manage those revisions to the base documents. The revision categories are defined as scheduled, unscheduled and temporary. A revision may be total or incremental. The revision model should follow the methodology indicated in ATA Specification 100, Appendix 1 - Part 2 (Text Working Group - DTD Technical Requirements). This specification is the basis for the revision model of the data sources.

#### 5.5.1 Revision Categories

#### 5.5.1.1 Scheduled

Scheduled revisions are updates made at regular intervals. ELS should provide the capability to recognize a scheduled revision and replace existing data with the latest version. May be a Total or Incremental revision.

#### 5.5.1.2 Unscheduled

Unscheduled revisions occur outside the scheduled intervals due to the critical nature of the change. These revisions will remain as changes to the base document. May be a Total or Incremental revision.

#### 5.5.1.3 Temporary

Temporary revisions are updates made as required between scheduled revisions but have a limited effective life. This revision will have a "TR" number but no revision number.

Note: A temporary revision may or may not become a permanent change to the base document.

#### 5.5.2 Revision Types

The range of document sizes and revision sizes vary widely. Therefore, the model should be able to determine whether it is more cost effective to revise a document versus totally replacing the document.

#### 5.5.2.1 Total

The entire document or instance is sent as a revision.

#### 5.5.2.2 Incremental

An incremental revision is the net changes from the last scheduled or non-scheduled revision. This revision type has a revision number.

#### 5.5.3 Revision Tracking

A ground based revision tracking system should provide tail number specific information on revision history and configuration control. Additionally, sufficient audit trails and revision confirmation should be identified within this tracking system.

#### 5.5.4 Additional Revision Requirements

1.  Various methods for updating aircraft should be available to each airline which meet their specific capabilities.

2.  Should have the ability to update selected objects of data. An object will be defined during document analysis for each information source.

3.  The system should provide the ability to accept revisions which are not yet effective, and maintain the older information until the change becomes effective. Regardless of the media used, provisions should be in place to allow all recipients of the revision to make the update effective at the same time (this would include hard copy as well as electronic). Revisions should have effectivity start dates/times and may have effectivity end dates/times.

4.  Effective dates/times should be changeable to extend or delay a temporary revision.

#### 5.6 Airborne ELS Data Set

The airborne ELS data set contains all the data necessary to support ELS functionality. It includes compiled data generated by the ground system and any additional data generated on-board.

#### 5.6.1 ELS Data Set Content

The airborne ELS data set can include any or all of the following data subsets:

- Information Datasubset - Text, graphics, etc. that can be displayed, printed, generated, or transferred to other systems by the ELS.

- Presentation Definition Data - Used by the ELS to control the presentation of information on the ELS terminals and the printer.

HARRIS-15604

## 5.0 ELS DATA (cont'd)

### 5.6.1 ELS Data Set Content (cont'd)

* Control Structures - Used to support access and user navigation through the information data set.

* Configuration Management Data - Information to support traceability and data set integrity.

### 5.6.2 Airborne Data Set Revision

The airborne ELS data set should support the following revision processes:

* Total replacement
* Partial revision of existing data
* Temporary revision of existing data
* Deletion of existing data
* Addition of new data

The links and indexes to the data should also be reviseable when affected by the airborne revision processes. The airborne data set configuration should be verifiable by the ELS system.

HARRIS-15605

# 6.0 ELS USER INTERFACES

## 6.1 Introduction

The user interface to ELS may be provided by shared or dedicated controls and displays. The approach used in a given airframe will be the choice of the airline and/or the airframe manufacturer. This section sets forth the characteristics of "standard" controls and displays for PATs, MATs, CATs and PMATs for use by those airlines having standard ELS user interface needs. Manufacturers should recognize that not all operators' needs will be standard, and that some customers may thus request alternative features.

The user interface of the ELS should comply with the appropriate requirements in MIL-STD-1472, "Human Engineering Design Criteria for Military Systems, Equipment and Functions."

### COMMENTARY

Applications ported to another platform will only maintain the same look and feel if the terminal characteristics are sufficiently compatible.

### 6.1.1 Pilot's Access Terminal

The Pilot's Access Terminal (PAT) is used predominantly by the flight crew. The PAT should be a high resolution display (either color or monochrome) with, for example, a cursor control or touch screen interface to the operator. Since the PAT will be used primarily by the flight crew and may not have a hardware keyboard available for text or command entry, the system designer should not require its use. The PAT may also have specific display readability and size requirements dictated by its use in flight by the pilot and the aircraft flight deck design. The PAT should be designed in accordance with SAE Document ARP4102/15-ELS.

### 6.1.2 Maintenance Access Terminal

The Maintenance Access Terminal (MAT) is used primarily on the ground by a maintenance technician. The MAT may have different display requirements than the PAT because PAT is likely to be shielded from direct sunlight and can be viewed from a shorter distance. In addition to a cursor control, a keyboard should be provided to support text entry. The MAT should be designed in accordance with ARINC Report 624. The MAT may also have an internal data loader capability to support input and off-load of data needed to support maintenance functions. A printer may also be co-located with the MAT.

### 6.1.3 Portable Maintenance Access Terminal

The Portable Maintenance Access Terminal (PMAT) should be a carry-on unit, provided by the maintenance technician. The PMAT should be a portable computer temporarily connected at one or more locations in the aircraft. Differences between the on-board displays and the PMAT, such as a landscape-oriented display format instead of portrait orientation and monochrome-only display instead of a color display, should be taken into account when designing the interface to this unit. The PMAT should be designed in accordance with ARINC Report 644.

### COMMENTARY

Although PMATs are considered carry-on equipment, it may be desirable to provide onboard storage provisions.

### 6.1.4 Cabin Access Terminal

The Cabin Access Terminal (CAT) is used by the aircraft cabin attendants or maintenance personnel for maintenance. The CAT may have a different display requirement from the PAT because PAT is likely to be shielded from direct sunlight and can be viewed from a shorter distance. In addition to a cursor control, a keyboard should be provided to support direct entry or text. The CAT may also have an integral data loader capability to support input and off-load of data needed to support cabin management functions. A cabin printer may also be co-located with the CAT. The Cabin Access Terminal is considered part of the ELS with interface requirements similar to the MAT and PAT even though it may be an element of CPMS.

## 6.2 User Interface Design

Many people will use ELS during its operational lifecycle, so it must account for the diversity in users' educational levels, experience, technical expertise, and frequency of usage. The ELS should provide a user-centered environment which is simple, logical and easy to learn. The ELS should provide a graphical user interface (GUI) that is designed to ensure intuitive and consistent operation. Airline personnel should not be required to have basic computer skills to operate the ELS.

The ELS user interface should be responsive, permissive, and consistent. Responsiveness allows the user to perform tasks with the least number of steps possible. Permissiveness allows all reasonable command sequences to work instead of forcing the user into constricted selection sequences, emphasizing that the user is in control. Consistency ensures that users are not confused or need retraining when switching from one application to another.

### COMMENTARY

The design of the user interface is critical to the acceptance of ELS by airline personnel.

## 6.3 Response Times

Acceptable response time to a user's action is crucial to the acceptance of the system for use in day-to-day activities. The response times for each action are specified in a table in Attachment 5. These times should be met to achieve system acceptance. System response time is measured from the time the user's action occurs to a recognizable response by the system (i.e., something happens on the display).

**6.0 ELS USER INTERFACES (cont'd)**

6.3  Response Times (cont'd)

COMMENTARY

Acceptable response times are based on a balance between human factors studies on recognition, etc., and the capabilities of technology to support the action. Likewise, acceptable system response is determined according to the system activity that is associated with a given action.

6.4  Terminal Characteristics

To meet the objectives of application portability, each display terminal should meet the set of minimum characteristics outlined below.

More restrictive characteristics may be placed on a specific terminal based on the location and primary user of the terminal. The characteristics of a terminal consist of both the display and the user input devices.

6.4.1  Minimum Active Screen Area

The minimum active screen area should be 5.85" x 5.85" (148.5 mm x 148.5 mm). The minimum active screen area recommended for Pilot's Access Terminals is 5.85"w x 8.27"h (148.5 mm x 210 mm). This is equivalent to the A5 paper size in a portrait orientation.

6.4.2  Screen Resolution

While there is no minimum resolution requirement for the display in terms of addressable screen elements, the resolution should support the display of the information that an ELS is likely to store. The resolution should be sufficient to assure readability when viewed from the design eye reference point (the distance of the user's eye from the display).

For PATs, the display should have sufficient resolution to display distinguishable lines and curves from graphs, diagrams and charts. Similarly, MATs and PMATs should provide adequate resolution to view system schematics and wiring diagrams.

COMMENTARY

The use of a zoom function to view this type of information may be considered by the system designer as a means of meeting these requirements.

Other considerations for determining the appropriate display resolution may include, but are not limited to, multiple fonts, other character sets (e.g., Kanji or Cyrillic), and smoothness of lines and curves (i.e., stair stepping).

6.4.3  Display Orientation

The ELS should be able to support displays that have either a portrait or landscape orientation. However, a portrait orientation is desired for PATs.

6.4.4  Chromaticity

The ELS should be able to support various levels of display chromaticity from monochromatic through color. Binary monochromatic is considered the minimum for black and white display. However, the system may include provisions to accommodate multiple levels of grey to enhance viewability of text and graphics.

A preference for color displays has been expressed, especially for the PAT. At a minimum, color displays should support 16 colors. The use of color should be consistent with the use of color elsewhere in the aircraft.

6.4.5  Display Response

The display response characteristics should be adequate to prevent smearing or dimming when scrolling text or panning graphics.

6.4.6  Brightness Controls

The display should include brightness and contrast controls to adjust for changes in ambient light or operator preference. If automatic controls are provided, manual override of the automatic settings should also be provided. Brightness, contrast and viewing angles should be compatible with location and environmental conditions (e.g., sunlight readability).

6.4.7  User Input Devices

While maximum automation is preferred, facilities should be provided for manual operator control. User input devices should be simple to use and conveniently located relative to the display.

Alphanumeric keyboard, touch screen, touch pad, trackball, mouse, etc. are all possible methods of user input. Selection of the control device(s) should be consistent and compatible with the terminal location and primary user group.

6.4.7.1  Minimum User Input Devices

To meet application portability objectives, the terminal should, at a minimum, provide either a pointing device or a keyboard. If the terminal does not include a physical pointing device, it must be emulated using the keyboard.

COMMENTARY

A pointing device allows a user to randomly select any object on the display. Typical pointing devices are a touch pad, trackball, or touch screen. Emulation of the pointing device is necessary to allow user interaction with a GUI-based design.

6.4.7.2  Keyboard

If a physical keyboard is available, the keyboard may not be connected at all times. However, terminals

HARRIS-15607

## 6.0 ELS USER INTERFACES (cont'd)

which use the keyboard for the pointing function should be permanently connected. If the terminal does not have a keyboard or it is not connected, the application is responsible for providing a "soft" keyboard when required that can be operated by the pointing device.

The minimum hardware keyboard configuration is:

- all alpha-numeric keys - a-z and 0-9
- up, down, left, and right arrow keys
- standard punctuation keys - comma, period, quotes, colon, semi-colon, question mark, exclamation point, and left and right parenthesis.
- shift key
- delete key
- backspace key
- enter key
- return key
- space key

### 6.4.7.3 Pilot Access Terminal Input Device Considerations

Flight deck input devices should be acceptable for use in turbulence. Input device mechanisms for the Pilot Access Terminal (PAT) should be consistent with other input devices on the flight deck.

### COMMENTARY

Extensive use of a keyboard, especially for text entry, in flight should be minimized due to "heads down" considerations. A detachable or stowable keyboard may be considered to allow flight crews to perform text entry.

Because of space restrictions and the desire for consistency in the cockpit, the input device(s) for the PAT may be a shared resource. Careful consideration should be given to the operation of this shared device to insure that it is obvious to the user which display is being controlled by the user input device.

### 6.4.7.4 Maintenance Access Terminal Input Device Considerations

Maintenance input devices should be acceptable for use in cold weather while the user is wearing either gloves or mittens. A keyboard is desirable for the Maintenance Access Terminal (MAT) to support text entry.

### 6.4.7.5 Cabin Access Terminal Input Device Considerations

Since the Cabin Access Terminal (CAT) is likely to be used for cabin maintenance activities, the CAT should comply with the considerations called out for the MAT. In addition, the CAT may consider providing additional connections for input devices such as credit card readers or bar code readers.

### 6.4.7.6 Portable Maintenance Access Terminal Input Device Considerations

The Portable Maintenance Access Terminal should comply with the considerations called out for the MAT.

HARRIS-15608

## 7.0 APPLICATION PORTABILITY AND INTEROPERABILITY

> This section has been revised in its entirety, therefore, redlining has been omitted.

### 7.1 Introduction

(TBD)

### 7.2 Operating System Interface

#### 7.2.1.1 Purpose of This Section

The System V Interface Definition is an operating system public specification defined by AT&T and also known as SVID. It describes the system calls which can be used by any application targeted on a UNIX-like operating system.

#### COMMENTARY

The remainder of this paper lists the proposed functionality and their relationships with existing other standards. We emphasize on the fact that this document assume a C language interface to the function calls. Some parts of the SVID are POSIX compliant.

#### 7.2.1.2 Description

(TBD)

#### COMMENTARY

The intent of this section is to give an exhaustive list of all applicable SVID topics, i.e., only a part of SVID topics are relevant to the ELS AEP. There are three main sections in SVID, the same organization has been used in this document. Section one describes the system calls, this part should be (as a minimum) compliant with the ISO/IEC 9945-1:1990. Section two deals with the library calls. It should be noted that these library calls are tightly bound to the C language and include the memory management and the network. The third section describes the user commands.

#### 7.2.1.2.1 System Calls

These routines are related to processes, files, and users basic management.

#### COMMENTARY

The SVID systems calls subset is not compliant with POSIX.1 (ISO/IEC 9945-1 or IEEE 1003.1). In addition to POSIX.1 SVID defines system calls for low level memory management and the IPC facilities (i.e., Inter Process Communication). This implies the use of same functions for the message queues and the shared memory management.

#### 7.2.1.2.2 Language Libraries

The C language libraries offer mathematical functions, IO facilities, memory management and several system structure manipulations (such as time, password file entry, etc.).

#### COMMENTARY

The library calls should be compliant with ISO/IEC 9899. The SVID network part is TLI. This is compliant with the ARINC AEP recommendation. There are many important items in the library definitions:

- The mathematical functions, for which there are neither boundary limits nor CPU independent representations.

- The memory management functions. The functions use lower level routines (brk(2) and sbrk(2)) which are not part of POSIX.1.

- High level file management.

- TTY management.

- Network functions.

- Envryption routines using the DES algorithm.

#### 7.2.1.2.3 User Commands

The ELS profile does not require a shell interpreter. The implementation of the user commands should be avoided.

#### 7.2.1.3 Portability

(TBD)

#### 7.2.1.4 General Terms

Definition of the terms and abbreviations used in this section are contained in Appendix B.

### 7.2.2 System Calls

#### 7.2.2.1 Introduction

#### COMMENTARY

The operating <<system calls>> refer to the basic functionality provided by the operating system library itself excluding any other external library.

#### 7.2.2.2 User Concept

There are at least two users, the superuser (or root) who has a user-id number equal to 0 (zero) and the ELS administrator.

#### COMMENTARY

Do we have to fix a user-id for the ELS administrator?

HARRIS-15609