## 7.0 APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

7.2.2.3 Process Management

7.2.2.3.1 General Description

Real time features are not taken into account in this section.

7.2.2.3.2 Limits and Constraints

(TBD)

COMMENTARY

Refer to POSIX.1 issues.

7.2.2.3.3 Implementation Dependent Parts

(TBD)

COMMENTARY

Refer to POSIX.1 issues.

7.2.2.4 Memory Management

The minimum physical memory is 16 Mb (megabytes).

7.2.2.5 File Management

7.2.2.5.1 General Description

(TBD)

COMMENTARY

This file management section should not take into account the file transfer and/or the special files such as -ys and network. The way <<regular>> files may be used has to be defined. The library facilities are described in the followin sections.

7.2.2.5.2 Limits and Constraints

(TBD)

COMMENTARY

Refer to POSIX.1 issues.

7.2.2.5.3 Implementation Dependent Parts

(TBD)

COMMENTARY

Refer to POSIX.1 issues

7.2.2.6 Conformance to Standards

(TBD)

COMMENTARY

The definition of the system calls of POSIX.1 (ISO/IEC 9945-1:1990) is completely included in the system calls set of SVID.

The C language used for the functions and data structure definitions should be compliant with ISO/IEC 9899.

COMMENTARY

C standard, know as <<ANSI X3j11>> has been registered by ISO/IEC in December 1990. ANSI X3J11 is equivalent to ISO/IEC 9899.

7.2.3 Library Calls

7.2.3.1 Introduction

(TBD)

7.2.3.2 Mathematical Functions

(TBD)

COMMENTARY

Do we have to raise some mathematical portability issues?

7.2.3.3 Network Functions

Refer to Section 7.4.

7.3 Graphics Terminal Interface

The interface to graphics terminals for portable ELS applications is defined by two commercial, de facto standards, the X-Windows System and OSF/Motif. The application program interface for X-Windows, as defined in X-Window System Protocol, Version 11, constitutes the low-level portion of the processing environment application interface. The high-level interface is defined by the OSF/Motif Programmer's Reference. Applications should use the services specified in the documents listed above to perform all input and output operations with graphics terminal devices. To accommodate display devices that permit a keyboard to be attached and removed, the following extensions to the X-Windows system should be supported.

COMMENTARY

We have been unable to identify a specific X-Windows message that can be used to send keyboard status information from the server to the client application. There are several possible solutions, but they require modifications to commercial servers, the addition of new messages, or a decision by ARINC to have the server provide a soft keyboard function rather than the client. Shifting the keyboard function to the server solves this problem but creates others.

## 7.0 APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.4 Network Interface

#### 7.4.1 X/Open Transport Interface

The X/Open Transport Interface is the API to be used for application to application communications running over, but independent of, any specific transport provider. This standard has been incorporated into the POSIX 1003.12 draft for Protocol Independent Interfaces under the sections dealing with the Detailed Network Interface (DNI). Systems which conform to this ARINC standard will support POSIX 1003.12 portion of DNI that deals with XTI but need not support the section of the standard that deals with Sockets.

This standard is to be transparent independent so that applications can run, without modification, over both TCP and OSI transport providers.

#### 7.4.2 XTI Library Subroutines

##### 7.4.2.1 List of XTI Subroutines to be Included

Portable ELS applications will make use of the following XTI library subroutines and C language bindings (Ada bindings, once available, that support the same set of services will also be acceptable):

```
t_accept()
t_alloc()
t_bind
t_close()
t_connect()
t_error()
t_free()
t_getinfo()
t_getstate()
t_listen()
t_look()
t_open()
t_optmgmt()
t_rcv()
t_rcvconnect()
t_rcvdis()
t_snd()
t_snddis()
t_sync()
t_unbind()
```

##### 7.4.2.2 Subroutine Definition Expansion

A complete definition of the following subroutines is available in the X/Open Portability Guide for Network Services.

###### 7.4.2.2.1 t_accept

Accept as a connect request.

```
#include <xti.h>

int t_accept(fd, resfd, call)
int fd;
int resfd;
struct t_call *call;
```

###### 7.4.2.2.2 t_alloc

Allocate a library structure.

```
#include <xti.h>

int t_alloc(fd,struct_type,fields)
int fd;
int struc_type;
int fields;
```

###### 7.4.2.2.3 t_bind

Bind an address to a transport endpoint.

```
#include <xti.h>

int t_bind(fd,reqmret)
int fd;
struct t_bind *req;
struct t_bind *ret;
```

###### 7.4.2.2.4 t_close

Close a transport endpoint.

```
#include <xti.h>

int tclose(fd)
int fd;
```

###### 7.4.2.2.5 t_connect

Establish a connection with another transport user.

```
#include <xti.h>

int t_connect(fd, sndcall,rcvcall)
int fd;
struct t_call *sndcall;
struct t_call *rcvcall;
```

###### 7.4.2.2.6 t_error

Produce error message.

```
#include <xti.h>

int t_error(errmsg)
char *errmsg;

extern char *t_errlist[];
extern int t_nerr;
```

###### 7.4.2.2.7 t_free

Free a library structure.

```
#include <xti.h>
```

## 7.0 APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

```
int t_free(ptr, struct_type)
char *ptr
int struct_type
```

### 7.4.2.2.8  t_getinfo

Get protocol specific service information.

```
#include <xti.h>
int t_getinfo(fd, info)
int fd;
struct t_info *info;
```

### 7.4.2.2.9  t_getstate

Get the current state.

```
#include <xti.h>

int t_getstate(fd)
int fd;
```

### 7.4.2.2.10  t_listen

Listen for a connect

```
#include <xti.h>

int t_listen(fd, call)
int fd;
struct t_call *call;
```

### 7.4.2.2.11  t_look

Look at the current event on a transport endpoint

```
#include <xti.h>

int t_look(fd)
int fd;
```

### 7.4.2.2.12  t_open

Establish a transport endpoint.

```
#include <xti.h>
#include <fcntl.h>

int t_open(name, oflag, info)
char *name;
int oflag;
struct t_info *info;
```

### 7.4.2.2.13  t_optmgmt

Manage options for a transport endpoint.

```
#include <xti.h>

int t_optmgmt(fd, req, ret)
int fd;
struct t_optmgmt *req;
struct t_optmgmt *ret;
```

### 7.4.2.2.14  t_rcv

Receive data or expedited data sent over a connection.

```
#include <xti.h>

int t_rcv(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int *flags;
```

### 7.4.2.2.15  t_rcvconnect

Receive the confirmation from a connect request.

```
#include <xti.h>

int t_rcvconnect(fd, call)
int fd;
struct t_call *call;
```

### 7.4.2.2.16  t_rcvdis

Receive information from disconnect.

```
#include <xti.h>

int t_rcvdis(fd, discon)
int fd;
struct t_discon *discon;
```

### 7.4.2.2.17  t_snd

Send data or expedited data over a connection.

```
#include <xti.h>

int t_snd(fd, buf, nbytes, flags)
int fd;
char *buf;
unsigned nbytes;
int flags;
```

### 7.4.2.2.18  t_snddis

Send user initiated disconnect request.

```
#include <xti.h>

int t_snddis(fd, call)
int fd;
struct t_call *call;
```

### 7.4.2.2.19  t_sync

Synchronize transport library.

```
#include <xti.h>

int t_sync(fd)
int fd;
```

## 7.0 APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.4.2.2.20 t_unbind

Disable a transport endpoint.

#include <xti.h>

int t_unbind(fd)
int fd;

### 7.4.3 Excluded XTI Library Subroutines

Many UNIX systems do not include the following subroutines and are therefore to be excluded from the ARINC profile of the XTI library. Applications programs that strictly conform to this ARINC profile of the POSIX standard should exclude these subroutines:

> t_strerror()
> t_getprotaddr()

The OSI transport provider does not support the following subroutines for a graceful release mechanism. This is considered the duty of the session layer. Applications that strictly conform to this ARINC profile will exclude these subroutines:

> t_rcvrel()
> t_sndrel()

Since ARINC 638 specifies the connection oriented ISO 8073/Class 4 transport layer and makes no mention of the ISO 8602 connectionless transport protocol, the following connectionless services will not be supported. Applications that strictly conform to this ARINC profile will exclude these subroutines:

> t_sndudata()
> t_rcvuderr()
> t_rcvudata()

### 7.5 BITE Interface

BITE responsibility in the ELS is divided between the ELS application and the ELS Operating Environment. To maximize ELS application portability, all BITE activity directly related to the aircraft installation, inter-system communication, and fault-reporting should be contained within the operating environment. The ELS application reports only faults within the domain of the application.

Applications should use the services listed below for reporting internal faults to the operating environment. The environment is responsible for the correct logging of internal faults and reporting of faults to other systems.

Application designers may select values to indicate various types of failures, and these should be documented. It is permissible for different applications to use different values for error codes, but these must be decipherable to maintenance personnel. Facilities are provided for the ELS application to store additional application specific data with the fault to aid in identification and isolation of the problem.

Although fault conditions are listed for the Environment Domain, portable ELS applications should not depend on operating environment behavior not specified in this AEP. Note that the processing environment software has responsibility for detecting, logging, and reporting faults that occur in the environment domain.

Faults that fall in the application domain include value range errors that are detected within the application, type incompatibilities, memory allocation errors, input/output errors, and invalid discriminant accesses. Faults that fall in the environment domain include hardware errors, external system (such as mass memory unit) errors, system input/output errors (including errors attempting to load applications), and processor exceptions (such as illegal instructions, privilege violations, division by zero, and stack overflow).

The function and values listed below define the BITE application program interface for portable ELS applications.

> #include <bite.h>
>
> int logfault (faultcode, applicationdata)
> int faultcode;
> long applicationdata;

Where faultcode and applicationdata are application-defined values, and the function returns a status code from the list below. A value of no error indicates the fault has been logged successfully and/or reported to a central maintenance system.

> #define no_error 0

The fault was logged and reported successfully. This value is returned even if no reporting actually took place because no central maintenance system is installed.

> #define cant_open_log 1

Unable to open the fault log.

> #define cant_write_log 2

Unable to write to the fault log.

> #define cant_verify_log 3

Unable to verify the data written to the fault log.

> #define cant_close_log 4

Error received while closing the fault log.

> #define cant_report_fault 5

Unable to report the fault to the central maintenance system.

## 7.0 APPLICATION PORTABILITY & INTEROPERABILITY (cont'd)

### 7.6 Language Recommendations

The use of a single programming language to develop ELS applications is highly desirable in order to maximize the applications portability between different ELS platforms. If a large number of languages are utilized many development tools may have to be available to port ELS applications between platforms. As only C bindings are available for the AEP defined by this document, ELS application vendors are encouraged to develop software in accordance with ISO/IEC 9899 - December 1990 standard or its equivalent, ANSI X3J11.

### COMMENTARY

This recommendation may not be fully consistent with the AEEC position that has adopted Ada as the standard Higher Order Language. C standards include two annexes that define implementation limits. These limits will have to be reviewed in order to increase software portability.

HARRIS-15614

## 8.0 SOFTWARE CONSIDERATIONS

> This section has been revised in its entirety, therefore, redlining has been omitted.

### 8.1 Introduction

ELS applications software should be designed and implemented with the following considerations in mind to ensure a system of sufficient power and flexibility to meet airline requirements.

### 8.2 Level of Certification

All embedded software should be developed according to RTCA DO-178 requirements. Airline developed or purchased software should be implemented as described in section 8.4 to minimize certification impact.

### 8.3 Partitioning

A partitioning methodology sufficient to satisfy certification authorities should be employed to allow new software to be added without impacting existing system certification. Such a scheme would permit the ELS applications vendor to demonstrate complete isolation between applications hosted on the system, such that non-interference is assured for airline developed or purchased software.

#### COMMENTARY

Typical commercial operating environments do not provide this level of isolation between processes. Hardware support may be required to guarantee non-interference.

### 8.4 System Software Architecture

To enable the use of airline developed or purchased software and to permit interchange of different vendor's components, the ELS application's operating environment should comply with section 7 of this document.

To maximize ELS application portability, applications should only assume the availability of those services specified in section 7 of this document. Applications should not access ELS hardware functions directly.

### 8.5 Support for Higher Order Languages

No restrictions on the use of various Higher Order Languages (HOLs) should be imposed by the ELS processing environment or its applications.

#### COMMENTARY

Currently the interface to the processing environment is defined in the "C" programming language. This does not imply that applications must be written in C.

### 8.6 Version Rollovers in Commercial Software

Airline requirements for updating commercial software hosted on the ELS remain undetermined.

#### COMMENTARY

Establishing a commercial operating system interface as an ELS requirement, and modeling the system after traditional office systems, raises certification and software compatibility issues with any operating system version change.

### 8.7 Minimum Hardware Configuration

The minimum hardware configuration that all applications are guaranteed is described below.

#### 8.7.1 Core Memory

Applications are assured of at least 4 megabytes of dedicated, logically contiguous, memory. Note that the processing environment may use any means to provide this memory allocation, including mechanisms such as virtual memory and hardware memory mapping of discontiguous physical memory. This memory allocation does not include that required by the processing environment software.

#### COMMENTARY

Note that this memory requirement is a *minimum* value and that ELS systems should be designed to accommodate significant growth in physical and/or virtual memory. This growth will not only support future ELS functions, but may permit the installation of airline developed or purchased software.

#### 8.7.2 Throughput

#### COMMENTARY

ELS users should be aware that different memory, I/O, and CPU implementations will result in varying levels of overall system performance. While it might be desirable to somehow define the minimum system throughput to ensure adequate performance when porting software from one hardware platform to another, no meaningful measure of such throughput exists or could be applied easily to ELS systems.

ELS system designers should give careful consideration to the effects of design decisions on overall system performance. For example, if virtual memory is used to satisfy the requirements of section 8.7.1, adequate CPU and I/O throughput must be provided to ensure the system meets all response requirements.

While it seems likely that a platform able to support one vendor's ELS application should support another vendor's application adequately, this is not guaranteed. ELS vendors, in supporting the intent of application portability, should provide what they feel is sufficient system throughput to satisfy user response requirements.

## 8.0 SOFTWARE CONSIDERATIONS (cont'd)

### 8.7.3 Terminals

Applications can assume that at least one X-Window terminal (server) is available with the characteristics listed in section 6 of this document.

### 8.7.4 Mass Storage Units

Applications can assume the presence of at least one mass memory unit that supports the I/O operations specified in section 7 of this document. Applications should not assume an upper limit on the number of mass memory units available or the maximum storage capacity of any particular unit.

### 8.7.5 Aircraft Network

Applications can assume the existence of the hardware necessary to implement the transport mechanisms defined by the Transport Layer Interface specified in section 7 of this document.

### COMMENTARY

It is recognized that in retrofit situations, an aircraft network may not be available. In this situation, however, it is likely that a lower level of portability will be achieved, and the additional burden of eliminating networking portions of the application will not significantly impact the effort of porting it.

### 8.8 Hardware Configuration Reporting to Applications

The System V Interface Definition defines functions that allow applications to interrogate the configuration and status of the system and its peripherals. Applications may, but are not required to, use this information to tailor their behavior to actual configuration of the system.

### 8.9 Initialization

Applications are responsible for properly initializing themselves. It can be assumed that the processing environment and all hardware under direct ELS control has been initialized by the processing environment software prior to control passing to the application.

### 8.10 Standard I/O Driver Interface

(TBD)

### 8.11 Remote Versus Local X-Windows Servers

Nothing in this document should be construed as implying that X-Windows servers are co-resident with, or remote from, the client application's hardware. Client applications should operate correctly regardless of the location of the server, as networking considerations are handled by the processing environment.

### 8.12 BITE

Applications need only be concerned with reporting faults internal to the application. The processing environment should handle all hardware and processing environment related fault detection, logging, and reporting. Applications can report internal errors to the processing environment for logging and reporting purposes by using the facilities described in section 7 of this document. After reporting a fault, the application may take whatever action is necessary to restore proper operation of the application, including restarting itself.

### 8.13 ATN Compliance

Implementation of network protocol software above the transport layer is the responsibility of the application. Processing environment support for networking is limited to the Transport Layer Interface specified in section 7.4.

### 8.14 Redundancy Management

Redundancy management lies primarily in the domain of the ELS application. No specific processing environment interfaces are provided to support redundancy management.

System redundancy support in the processing environment is limited to device drivers provided for aircraft-style communications, such as ARINC 429. Applications are responsible for communicating with other ELS systems and providing the appropriate system response.

Data redundancy support is provided by the functions defined in the System V Interface Definition. Applications may use these facilities to ensure that important data is stored on more than one mass memory unit, if more than one is available.

### 8.15 Mass Memory Unit Management

Applications that comply with this characteristic are not required to reconfigure themselves automatically upon installation or removal of mass memory units. It is sufficient that the application be manually reconfigured and re-installed into the ELS system. Certification requirements require a complete review of the system after any change to the hardware configuration, so no significant benefit is realized by the added complexity of an automatic re-configuration capability. This does not, however, preclude application developers from implementing such a feature.

HARRIS-15616

## 9.0  CERTIFICATION CONSIDERATIONS

### 9.1  Certification Considerations

Unless or until the FAA establish a Technical Standard Order (TSO) for the Electronic Library System and/or its components, certification will be in conjunction with the Type Certification (TC) for new airplanes, or via Supplemental Type Certification (STC) for existing airplanes.

### 9.2  Applicable Regulations

The certification process should view the Electronic Library System from two distinct perspectives. One perspective is "physical," considering the ELS components in the context of their environment, installation, interfaces, capacity, ability to perform intended function, and non-interference with other airplane functions. This perspective will be with respect to the requirements of FAR Part 25 -- Airworthiness Standards: Transport Category Airplanes.

The second perspective is "intellectual," considering the operation and performance of ELS in its services provided to the flight crew, cabin crew, and maintenance personnel. This perspective will be with respect to the requirements of FAR Part 91 -- General Operating and Flight Rules, and Part 121 -- Certification and Operations: Domestic, Flag, and Supplemental Air Carriers and Commercial Operators of Large Aircraft.

### 9.2.1  System Architecture Considerations

ELS functions will provide services to multiple user groups with a wide range of expectations. Further, it is expected that these services will be customized to each airline's operational characteristics and style. The ELS architecture should be designed to accommodate the breadth of these applications, and facilitate flexibility on the part of the airline user.

Partitioning between functions and between tasks which may be executing simultaneously will be a key certification consideration. The system architecture and the implementation in hardware and software should all contribute to the separation and isolation which create distinct partitions.

Another certification consideration will be the extent to which the ELS is integrated with other aircraft systems. A stand alone ELS may not have to be certified to as high a level as an ELS that uses data from other systems or supplies data to other systems.

### 9.2.2  Hardware Considerations

ELS certification will be dependent on qualification of various hardware attributes. Testing and analysis which confirms proper functional performance and adequate design margin may be anticipated in the following areas:

  Environmental conditions per RTCA DO-160

  Electromagnetic compatibility

  Data bus loading / communication bandwidth

  Monitor coverage and failure modes and effects analysis

Environmental and electromagnetic compatibility testing are traditional methods of ensuring that airborne equipment has adequate margin within assumed stress levels. Bus loading and bandwidth test or analysis will ensure adequate response and performance within assumed installation situations. Monitor coverage and FMEA will support assertions regarding functional availability, isolation capability of the partitioning, and preclusion of misleading information.

### 9.2.3  Software Implementation Considerations

ELS certification will be dependent on verification of various software attributes. Testing and analysis which confirms proper functional performance and adequate design robustness may be anticipated in the following areas:

  Operational performance of system functions

  Reasonable response time to operator inputs

  Allocation of computational resources by the operating system

  Monitor coverage and BITE effectiveness

  Configuration management of on-board loadable data

  Integrity of the program structure

Operational performance testing is the primary means of demonstrating that the ELS performs its intended functions, and that response times are acceptable. Monitor coverage and BITE effectiveness will support assertions regarding functional availability, isolation capability of the partitioning, and preclusion of misleading information. Techniques for the control and management of on-board loadable data should be demonstrated to preclude the inadvertent alteration of FAA "approved" data resident in the system. Design reviews, code inspections, and unit testing all provide opportunity to detect and remove implementation errors thereby assuring that the resulting implementation has sufficient integrity and robustness for the services being provided.

The software development should be performed in accordance with a rigorous process. RTCA DO-178 provides guidance regarding acceptable development process characteristics. The use of Commercial Off The Shelf (COTS) software programs to achieve the desired ELS functionality efficiently is highly desirable. The COTS packages should have the same integrity as custom developed software; although, verification may take advantage of special considerations such as service history.

HARRIS-15617

## ATTACHMENT 1
## LOGICAL ELS ARCHITECTURE



## ATTACHMENT 2-1
## PHYSICAL ARCHITECTURE INSTANCE #1



## ATTACHMENT 2-2
## PHYSICAL ARCHITECTURE INSTANCE #2



HARRIS-15620

**ARINC REPORT 649 - Page 34**

## ATTACHMENT 2-3
## PHYSICAL ARCHITECTURE INSTANCE #3



HARRIS-15621

## ATTACHMENT 3-1
## RECOMMENDATIONS FOR PORTABILITY
## OF SYSTEM OPERATIONAL CHARACTERISTICS

| Opr. | A/C type | ELS installation | | | | | Flight Deck | | Cabin | | Maintenance | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Mfr | Opt | Basic | Prodn | Retro | Look/Feel | Content | Look/Feel | Content | Look/Feel | Content |
| A | 1 | W | X | Y | Y | N | 1 | A 1 | A | A | A | 1 |
| A | 2 | W | Y | N | Y | Y | 2 | A 2 | A | A | A | 2 |
| A | 3 | V | X | N | Y | Y | 3 | A 3 | A | A | A | 3 |
| A | 4 | Z | - | N | N | Y | 1 or 2 or 3? | A 4 | A | A | A | 4 |
| A | 5 | Z | - | N | N | Y | 1 or 2 or 3? | A 5 | A | A | A | 5 |
| B | 1 | X | W | Y | Y | N | 1 | B 1 | B | B | B | 1 |
| B | 3 | X | V | N | Y | Y | 3 | B 3 | B | B | B | 3 |
| B | 5 | Z | - | N | N | Y | 3 or 1? | B 5 | B | B | B | 5 |
| B | 6 | Z | U | N | N | Y | 3 or 1? | B 6 | B | B | B | 6 |
| B | 7 | U | - | N | N | Y | 3 or 1? | B 7 | B | B | B | 7 |

This table illustrates the recommendations for portability of system operational characteristics across multiple aircraft types and ELS platforms.

It shows two operators (Airlines A and B) which have between them some 7 aircraft types. Three of these types are common to both operators. There are five ELS vendors, U, V, W, X, and Z. On the advanced aircraft type 1 ELS is basic with an SFE choice of two vendors (W and X). On the medium technology types 2 and 3 ELS can be incorporated as an SFE production line option, again with a choice of two vendors. On the other types it is available as a retrofit from one or two different vendors.

On those types where ELS is fitted as either basic or as a production line SFE option, the cockpit "look and feel" has to match the other cockpit systems to avoid potential conflicts and to ensure proper integration. Flight crews generally are only qualifies on a single type at any one time. Both airlines have however elected to retrofit their other types with ELS, and have for commonality chosen a "look and feel" which is in place on one of their more advanced types.

The content of the ELS in each case is however determined by the operator, and A's requirements in this respect may be quite different to B's.

As far as the cabin is concerned however, both passengers and cabin crews may fly on a variety of aircraft types, and it is important that a consistent "look and feel" be maintained across all these types for each operator. There may be no common "look and feel" element on identical aircraft in different ownership in this respect. Similarly, the content of the cabin systems will be almost entirely determined by the operator's individual requirements.

As far as maintenance/engineering functions are concerned, it is again important that a common "look and feel" be achieved across all the types in each operator's inventory. However, in this case the content may be determined to a significant extent by the aircraft manufacturer in collaboration with the operator.

Should operator A acquire any of operator B's aircraft, it will be necessary for A's flight, cabin, and maintenance personnel to operate the ELS equipment as installed on the aircraft. Therefore, in the case of type 1 aircraft, the cockpit "look and feel" will be unaffected, but the content will change. In the cabin, ELS supplied by vendor X will have to be capable of adapting to the look and feel already in place on the same aircraft fitted with vendor W's ELS, as well as the different contents.

In the case of the type 5 aircraft, both retrofitted with ELS by Vendor Z, the cockpit "look and feel" will have to be adapted from the type 3 style favored by airline B to the type 1 style favored by the new operator A.

HARRIS-15622

## ATTACHMENT 3-2
## ELECTRONIC LIBRARY SYSTEM
## USE IN FLIGHT OPERATIONS

### Introduction

Airlines maintain information about aircraft, route structure, and the instructions applied to their personnel. For the most part, information in these categories is independent of that in the others. The same general rules apply to people regardless of the type of aircraft they are operating on; the same approach pattern is flown at a given airport regardless of aircraft type; and an airplane's takeoff performance at that airport will be the same regardless of the name painted on the side. These generalized categories are shown below.



This whole group may represent the total airline ground database (in which case the "Aircraft" category would include information about all the types owned by the carrier); or it may be a database on an individual aircraft, in which case only data relevant to that aircraft type (or even that tailsign) may be included. Similarly, "World" can represent global information, a small network or a takeoff and landing airport. This database may be contained in a digital or hard copy medium. Without an ELS, the aircraft version will be in hardcopy form.

The sub-set at X might include information relating to the network flown by a particular fleet, whilst Y could include data such as route qualifications of individual crew members, customs requirements, health regulations etc. Z might contain crew rules such as type qualifications, particular scheduling rules such as long-range operations, etc.

There is also a very small subset of data F which consists of data which is required for an individual flight. This can be described as "this Aircraft, with these Personnel, in this part of the World". This small data set is in fact the ONLY data used for virtually all normal operations.

### On-Board Data Content

Although the total amount of data which must be *available* on a flight is very large, to enable a wide variety of unforecast events to be dealt with, only a very small amount of data will always be *used* on any one flight. Furthermore, the majority of it has no long-term applicability: in other words it is only valid for the flight itself and must be replaced prior to the next flight. This data consists principally of:

    Flight Plan and log
    Weather briefing
    Aeronautical Information Services briefing
    Takeoff performance calculation and weather limits
    Airport departure information
    Enroute navigation information
    Airport arrival information
    Landing performance and weather limits.

Whilst the validity of these particular information items *for Flight Crew usage* is one flight only, this has nothing whatever to do with the Revision cycle of the underlying database. A flight crew function is to obtain this information once per flight, and data obtained for one flight cannot be used for the next. Even if there has been no change to the information (such as a weather forecast or NOTAM), the crew will normally obtain a "new" version of it as their primary reference material.

HARRIS-15623

### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS

The objective of the remainder of the large database of permanent information is to provide crews with other information necessary to conduct the flight, and the normal principle used is that where a particular function is carried out on a routine basis (i.e. it is a "Normal" procedure on every flight) a trained crew perform it without further use of reference material. It is only tasks which do *not* occur on every flight, or where the information may change on each flight, which will be expected to require reference to the database.

Since ELS is by definition a reference system, it must address the items which do not occur on every flight, and which comprise the bulk of the database. However, it is important to recognize that an ELS containing *only* this information would have very low utilization in normal operation: and it is intended that non-normal operations should be quite rare. An ELS which has high functionality will need to accommodate the information which is actually used most of the time, i.e. the short-term validity information referred to earlier. The following diagram is intended to illustrate this.

**Flight Operations Data Usage (schematic)**

| Typical Content | Medium Current | Digital | Data Validity | Flight Time |
|---|---|---|---|---|
| Wx, Co. comms | Voice | Datalink? | < 1 Flt | |
| F/plan, briefings t/o & landing data | Disposable paper | Small media Datalink? | = 1 Flt | |
| Supplementary procedures, non-normals, MEL/DDMs | HardCopy | Electronic Mass Storage System | > 1 Flt (Data Volume) | |
| Diversion charts | Aircraft Library | | | |
| Policy manuals | | | | |
| Performance handbooks | | | | |

The central "pillar" indicates (not to scale) the fact that the vast majority of information is valid for more than one flight (the "Permanent" data, or core reference material). A small amount is valid for one flight only (as far as the crew are concerned), and will be replaced for the next flight even if the new data is identical to the old. This is "Temporary" data. A very small amount of information is valid for less than one flight, i.e. it may change during the course of a flight, and is referred to as "Transient" data.

The crew will actually refer to the "Temporary" data most of the time in flight. Consequently a system which does not contain this data will be of limited usage.

The left half of the diagram illustrates typical contents for the three types of data, the medium by which it is conventionally obtained, and possible sources of the same data in a digital system.

### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS

In this diagram there is no reference to charts as part of the "more than one flight" typical data content. Charts (either en-route or terminal/departure/arrival) are usually thought of as documents that must be contained in a permanent mass storage system if they are to be usable in normal operation. In fact only a small subset of the total charts library is used: those necessary for the particular flight. If they are thought of in this way it is clear that the charts used are part of a data subset which changes with each flight, since the actual airports of departure and destination are changed with each flight. It is possible in fact to predict all the information which will be used on a **normal flight**, and contain it within a very small amount of data. In terms of the initial "topics" it is the data in sub-set "F", i.e. "this crew, in this airplane, in this location". In practical terms much of this data is already defined by typical airline flight planning systems and could readily be made available in digital form. Adding specific charts for the route would result in a system which has effective Flight Operations functionality over virtually the whole normal flight regime. It must be emphasized that ALL THE OTHER DATA MUST BE PRESENT AND READILY OBTAINABLE to enable the crew to deal with non-normal situations, which by definition cannot be predicted. Whilst it would be highly desirable that it should be obtained through the same means as the normal data, it is not essential that it be in the same medium.

Within each major topic the airline determines exactly what data should be included. This process of data filtering is referred to in 4.2.3. Suitable data is extracted from the ground data base for each aircraft, but whatever information is extracted will still conform to the same basic categories. This is true even if the data is not maintained on the aircraft in digital format, i.e. if the ground database output is in printed form for a particular aircraft type. The following illustrates an airline operating on both sides of the Atlantic, extracting appropriate data subsets for a Paris-based, Europe-wide A320 aircraft ELS.



The left section represents the total data held by the airline, with multiple subsets within each category.

## ATTACHMENT 3-2 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN FLIGHT OPERATIONS

After filtering to obtain relevant data, the information is formatted onto the appropriate medium before becoming the aircraft's database. Although the total amount of data is reduced the categories remain constant.

This scheme is applicable to every type of operation. Change of aircraft ownership simply changes the size and detailed contents of the database, as the following illustrates.

**Airline 1:**
High Frequency Shuttle between small number of destinations

**Airline 2:**
Small Worldwide Charter operation

Airline 1 has a large number of aircraft of different types but operates to a very limited number of destinations at high frequency, with a large number of employees. It sells some of its aircraft to a new operator, Airline 2, which has no other aircraft and only a few employees, but operates a world-wide charter service.

Aircraft transferred to new operator

The new operator can retain the vast majority of the "Aircraft" data appropriate to that type. It will need to substitute its own "Personnel" (company rules) data, and will need a vastly expanded "World" data set. However, provided the basic topics are maintained at the user interface, a pilot familiar with the first airline's ELS would be able to find any information needed to fly it under the new ownership.

Equally importantly, either airline can alter the content of the databases, either by adding to or modifying the basic data, or by adding digital storage if moving from paper-based output to digital output, without incurring any additional crew training cost. The same is true when pilots transition from one type to another, including the transition to older equipment which frequently accompanies a promotion from copilot to Captain. Older types without much digital storage would simply carry a message referring to the appropriate hard copy document which would have to be on board.

**Information Access Techniques**

A "multi-dimensional" user interface is required for flight operations purposes. This means an interface which provides multiple ways for the user to reach the same items of information. It is necessary because the causes of information items being needed are infinitely variable, and the thought chain which the pilot uses to determine which information items are required, and in what order, are similarly varied. Because the pilot's total workload and functions involve simultaneous attention to multiple tasks of varying priority, the act of simply obtaining information cannot be allowed to be a dominant factor in his thinking. The system must therefore allow any possible "route" to be followed.

A system complying with the information access techniques described in 2.3.1.2 will include the following methods: **topic** access, including sorted information relevant to the specific flight; **task** access, based on flight phase; and **indexed** access, based on original source material. This will enable a pilot to approach an issue by the technique which seems most appropriate to him. The concepts of a "multi-dimensional" user interface with the basic information source is illustrated below.

HARRIS-15626

**ATTACHMENT 3-2 (cont'd)**
**ELECTRONIC LIBRARY SYSTEM**
**USE IN FLIGHT OPERATIONS**



An example scenario is as follows. A "Generic 123" type aircraft has departed from "ORG" to "DES," with weather forecast at DES to be good, and is expecting to land on R/W 27. The Captain has allowed the First Officer to act as Pilot-in-Charge, with the intention that the First Officer should complete a manual landing. Whilst en-route, an actual weather report indicates that the visibility at DES is considerably worse than forecast. The crew must now determine what changes if any are required to their current plan of action.

Captain A may regard this initially as a "people" problem: is the F/O permitted by company rules to make any kind of landing in the actual conditions? He wants to start by checking the generalized rules for co-pilot operating minima - a **Personnel** (1) topic.

Captains B and C may regard this as an Aircraft Arrival problem. Is a G123 aircraft normally able to land in this visibility? They want the Limitations section of the operating manual, and specifically the approach limitations.

Captains D and E look on it as an Airport and Runway problem. Is DES runway 27 equipped with ILS of the category now needed? If not, are any other runways at DES so equipped? They want the approach minima for all the runways at DES - a **World** topic (3).

Captains B, C, D and E will eventually want the lowest minima for a G123 at DES. Depending on what operator (airline) they work for this information may be placed in a performance manual **document** (4) or on an approach chart **graphic** (5). Their approach is to ascertain the general rules limiting the approach first, then check to see if there are any reasons why they do not apply. However, B may regard his problems as part of the **Approach** Phase task (6) for this particular flight, whilst C and D consider the relevant **Aircraft** (2) or Airport **World** (3) topic the most logical place to start. E, meanwhile, can simply recall that what he wants is in Chapter N of Section X of the PPP Manual - a specific **Document** (4).

Captain F regards it as a specific aircraft problem. Is this **particular** G123 fitted with serviceable equipment (e.g. autoland) for this visibility?

Captain G believes he knows the ILS category at DES r/w 27, but isn't sure if it is fully serviceable.

Both Captains F and G want to start by finding out if there is anything exceptional about this flight, to see whether generalized rules are appropriate, before determining specific values from the general rules. They need the specific flight briefing (from the **This Flight** topic (7)) first, then the generalized data.

HARRIS-15627

### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS

It will be apparent from this simple example that there are numerous points of view from which the pilot might attempt to reach the right conclusion. If one technique or group of techniques does not succeed, some individuals may recall alternative procedures, but others will simply assume that either they (or the system) has simply made an error in detail, and that the failure is due to this and not an inappropriate strategy. Pressures of time and other tasks do not permit much of the pilot's attention to be devoted to resolving this situation. Unfortunately, there is a natural tendency to make further attempts to do so, and in some cases this may be at the expense of tasks which are very safety-critical in either the short or longer term.

It is for this reason that the information access techniques provided should encompass ALL those listed, and not a selection from them. This is particularly important when it is recognized that an individual pilot might spend considerable time with, and be extremely familiar with the characteristics of, one system with such a limited set of techniques; but he may be faced with critical information retrieval requirements very soon after converting to another type of equipment with an entirely different set of such techniques. It is vital that whilst details of nomenclature and hardware design may vary widely, he should not now have to deal with another set of commands or information concepts. Consequently ALL ELS installations should incorporate the full range of access techniques described here.

**ELS Data Handling Facilities**

An ELS may be capable of manipulating data as well as retrieving, displaying and accepting inputs. In determining what manipulation takes place great care should be taken that the system does not in effect displace the crew from responsibility for any activity for which they would otherwise be responsible. It is important that the software be capable of adapting to the operator's current hard-copy-based procedures without requiring additional automation of the processes involved. However, wherever possible the system should provide the capability to assist the crew by reducing the probability of error. If for example the airline's present procedures for takeoff performance calculation involve the crew looking up values in a pre-computed table, and interpolating for different parameters and variables, then the ELS should be capable of displaying the relevant table, and reproducing this procedure precisely. To provide added value, the ELS should enhance the process by highlighting the relevant table lines, and provide for accurate and rapid transposition of values from the table, and performance of any necessary arithmetic calculations necessary for interpolation. However, if the ELS is set up so that the look-up process and the arithmetic are performed automatically and only the result is displayed to the crew, it is probable that significant additional certification issues will be generated.

A very simple example of this is shown in the following tables, which illustrates a typical though simplified airline performance manual as a printed page, and the same data page with minor formatting and arithmetic additions which could be applied through electronic presentation. It should be emphasized that the page layouts themselves are not intended as examples of optimum information layout, but merely to illustrate the ability of relatively simple changes to improve the accuracy of data retrieval.

Pilot entry of the data shown in **bold** type would cause the appropriate columns and rows to be highlighted, the appropriate values (shown in *italic* type) to be extracted and manipulated, and the end result (underlined) displayed.

However, because all the individual steps which would be carried out by the crew are shown, the crew can clearly confirm that the answer is indeed correct, retaining the responsibility for it and hence avoiding the need for additional consideration of safety implications.

HARRIS-15628