### ATTACHMENT 3-2 (cont'd)
### ELECTRONIC LIBRARY SYSTEM
### USE IN FLIGHT OPERATIONS

**Typical basic Performance Manual**

| Temp | R/wy 6 | R/wy 12 | R/wy 24 | R/wy 30 |
|---|---|---|---|---|
| 100 | 165.9 | 204.5 | 178.3 | 211.5 |
| 99 | 164.7 | 203.6 | 177.9 | 211.1 |
| 98 | 163.5 | 202.7 | 177.5 | 210.7 |
| 97 | 162.3 | 201.8 | 177.1 | 210.3 |
| 96 | 161.1 | 200.9 | 176.7 | 209.9 |
| 95 | 159.9 | 200 | 176.3 | 209.5 |
| 94 | 158.7 | 199.1 | 175.9 | 209.1 |
| 93 | 157.5 | 198.2 | 175.5 | 208.7 |
| 92 | 156.3 | 197.3 | 175.1 | 208.3 |
| 91 | 155.1 | 196.4 | 174.7 | 207.9 |
| 90 | 153.9 | 195.5 | 174.3 | 207.5 |
| 89 | 152.7 | 194.6 | 173.9 | 207.1 |
| 88 | 151.5 | 193.7 | 173.5 | 206.7 |
| 87 | 150.3 | 192.8 | 173.1 | 206.3 |
| 86 | 149.1 | 191.9 | 172.7 | 205.9 |
| 85 | 147.9 | 191 | 172.3 | 205.5 |
| | ".3 /kt H" | ".5/ktH | ".7/ktH | ".6/kt H |
| "+ .4/.01 | "-.7/ktT | "-.7/ktT | "-.7/ktT | "-.7/kt T |

**Manual with formatting and arithmetic**

| R/.w | 24 | | | |
|---|---|---|---|---|
| Temp | 91 | | Basic | 174.7 |
| QNH | 2930 | Diff | 0.08 | 3.2 |
| Wind | 120/6 | W/C | 3T | -2.1 |
| | | | RTOW | 175.8 |

| Temp | R/wy 6 | R/wy 12 | R/wy 24 | R/wy 30 |
|---|---|---|---|---|
| 100 | 165.9 | 204.5 | 178.3 | 211.5 |
| 99 | 164.7 | 203.6 | 177.9 | 211.1 |
| 98 | 163.5 | 202.7 | 177.5 | 210.7 |
| 97 | 162.3 | 201.8 | 177.1 | 210.3 |
| 96 | 161.1 | 200.9 | 176.7 | 209.9 |
| 95 | 159.9 | 200 | 176.3 | 209.5 |
| 94 | 158.7 | 199.1 | 175.9 | 209.1 |
| 93 | 157.5 | 198.2 | 175.5 | 208.7 |
| 92 | 156.3 | 197.3 | 175.1 | 208.3 |
| 91 | 155.1 | 196.4 | 174.7 | 207.9 |
| 90 | 153.9 | 195.5 | 174.3 | 207.5 |
| 89 | 152.7 | 194.6 | 173.9 | 207.1 |
| 88 | 151.5 | 193.7 | 173.5 | 206.7 |
| 87 | 150.3 | "-.7/ktT | 173.1 | 206.3 |
| 86 | 149.1 | 191.9 | 172.7 | 205.9 |
| 85 | 147.9 | 191 | 172.3 | 205.5 |
| | ".3 /kt H" | ".5/ktH | ".7/ktH | ".6/ktH |
| "+ .4/.01 | "-.7/ktT | "-.7/ktT | "-.7/ktT | "-.7/ktT |

HARRIS-15629

## ATTACHMENT 3-3
## ELECTRONIC LIBRARY SYSTEM
## USE IN MAINTENANCE

### Introduction

Airlines use significant amounts of information in the maintenance of aircraft. With the introduction of ELS into the aircraft maintenance process, the use of that information can enhance the user's abilities to perform aircraft maintenance. Placing an ELS on an aircraft allows the maintainer to use the ELS data retrieval facilities to locate the information that supports performance of a task, and to record the results of that task in the logbook. When coupled with an OMS, the ELS can supplement the automated maintenance functions by interactively retrieving associated information. This fully integrated architecture would result in a self-contained aircraft maintenance tool. In a stand-alone ELS configuration, some OMS -like functions could be included in an ELS to provide these automated maintenance functions.

### Logbook Function

One of the major contributions of an ELS to the maintenance process is the electronic logbook function. Through an interface with the OMS, the ELS could use the flight deck effects to trigger the generation of a logbook entry. These entries are provided to the flight crew for approval prior to dispatching the problem to the maintainer for resolution. The ELS would allow the airline to establish criteria for which flight deck effects create automatic entries. In addition, the ELS would support flight crew creation of a logbook entry.

Logbook entries are used by the maintenance crews to guide their maintenance activities during an aircraft turn around. The ELS would provide access from the logbook into the maintenance procedures based on the OMS fault information. The ELS would record the procedures that the maintenance crew accesses through the ELS to resolve the logbook entry. At the end of the associated procedure the ELS would allow the maintainer to "signoff" the logbook item as complete, deferred, etc.

The ELS also provides facilities that could store a work history that could be used by the maintainer to determine history of maintenance on the problem item.

### Work Package Preparation

The ELS supports the collation of maintenance information into work packages based on logbook entries and maintenance system inputs. Each fault forwarded from the maintenance system to the ELS is used to correlate various procedures into a work flow that leads the maintainer through the procedures necessary to close out the fault. The work flow can include diagnosis, repair and replacement, and return to service. This work flow is coordinated with the maintenance dispatch to take advantage of any automated maintenance capabilities.

In the event that no OMS function exists on the aircraft, the data stored in the ELS can be encoded to support correlation of procedures to complete a work flow. This data can be accessed through logbook entries, or through keyword or fault code searches.

The ELS also would accommodate airline creation of work packages for maintenance activities that are loaded into the system. The airline work packages would be presented to the user on request. The ELS should also be able to generate work packages on scheduled maintenance actions at the appropriate time.

### Maintenance Logistics Resource Identification

The maintenance logistics resource identification function of the ELS supports the determination of the appropriate tools, materials, personnel and parts necessary to complete a maintenance task. This information can be generated based on a logbook entry and forwarded to the next ground station to assemble the appropriate materials. This information can also be used to determine if the necessary materials exist to complete the repair task at the given location prior to beginning the maintenance action.

### Configuration Management

The configuration management function of the ELS is used to record the equipment complement installed on the airplane. This includes part numbers and serial numbers of the equipment. The ELS uses this to retrieve the information associated with the maintenance of that equipment. The maintainer can also use this information to insure that aircraft parts used in the repair or replacement tasks are compatible with the current aircraft configuration.

### Communications to Ground Systems

Through the datalink function, the ELS provides the maintainer with the capability to access ground data from on-board the aircraft. This allows the maintainer access to information such as fleet history, regulatory data, etc. Also, this facility allows the ELS to interrogate the data base to load current information, such as airworthiness directives.

HARRIS-15630

## ATTACHMENT 3-3 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN MAINTENANCE

### Testing Integration

The ELS may include a testing integration function that supports the automation of testing procedures by sending test sequence commands to the OMS or ground support equipment based on user selection. This will aid the maintainer in the fault isolation and return to service procedures.

### Maintenance Planning

The ELS supports airline maintenance planning by providing all of the information in work packages based on scheduled maintenance activities, such as a letter check. The Maintenance Planning function of the ELS also supports the maintenance of aircraft for non-routine operations, such as a UN or military mission.

### Cabin Maintenance

The ELS also provides access to the cabin discrepancy log and cabin maintenance procedures. The functions provided for cabin maintenance are the same as those described above, but cabin maintenance is considered a separate activity by the airlines.

HARRIS-15631

### ATTACHMENT 3-4
### ELECTRONIC LIBRARY SYSTEM
### USE IN CABIN/PASSENGER MANAGEMENT

## Introduction

The basic philosophy of an interactive inflight entertainment and services system is to offer to the passenger a vast variety of entertainment, services and information. At the same time, the system provides cabin management functions for their cabin crew, maintenance personnel and onboard services personnel, some of which are done in paper formats today. By achieving these objectives, the airlines will provide their passengers with a far more interesting and entertaining travel experience, have the potential to generate significant additional revenues, and provide efficiencies to the overall airline operation, which will also have the effect of reducing operational costs. Enough flexibility should be built into the system up front to allow new capabilities to be added to the CPMS at a later time.

The Cabin/Passenger Management System (CPMS) shown on the Electronic Library System diagram in Attachments 3-1 through 3-3, represents this type of interactive inflight entertainment and services system.

## System Description

The CPMS typically consists of three basic distribution systems; video/audio distribution; telecommunications distribution; and interactive data distribution. Interactive data and cabin management can be considered as a high technology business system designed for airborne use. This business system is comprised of a large network of computers which have to be reliable and capable of direct interchange of data with the existing ground-based business systems. It must have an unquestionable financial transaction management system which is both secure, fault tolerant and provides for a complete audit trail. In order to make it both easy and appealing to use, the system must use high resolution color graphics and be very responsive. Due the need to interface data to various ground systems and the necessity for the system to be both flexible and capable of supporting a wide variety of different but in many cases interrelated applications, a database management system is needed to provide a successful airborne business system.

## Integration of CPMS

A future goal is to integrate the CPMS and the ELS. The integration between the two systems would occur by using the ELS as the onboard retrieval system of all the necessary information required to operate and maintain the aircraft. Through the use of the available CPMS cabin terminals, the cabin crew, maintenance crew and onboard services personnel could use the available information. In addition, information such as the airlines' flight schedules and connections details which might be of interest to the passenger trying to make a reservation, may be retrievable from the ELS for viewing at the passenger seat. Access to information from on-board systems can be used to enhance the functionality provided to the cabin crew and passengers. However, the interaction should not affect the responsiveness of the ELS to other users (e.g., flight or maintenance crew), and the opposite is also true. The passenger will not be prepared to wait long periods of time when using an entertainment or services facility.

## ELS Useage

Typical useage of ELS information with the CPMS, cabin crew, onboard services personnel and passengers could be as follows:

Cabin Crew Information
-Checklists
-Flight Schedules and Connections
-Policy/Procedures Manuals
-Cabin Logbook
-Passenger List
-Special Passenger Meals/Needs
-Cabin Supplies/Ordering Forms
-Customs Forms
-Accounting Forms

## ATTACHMENT 3-4 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN CABIN/PASSENGER MANAGEMENT

Passenger Information
- Airport Arrivals Information
- Beverage, Wine and Spirits List
- Catalog Sales
- Consumer Research
- Duty- Free Sales
- Frequent Flier Program Information
- Inflight Audio and Movie Guide
- On-board Telephone Instructions
- Enroute Information
- Video Games
- Destination Maps and Attractions
- Reservations
- Restraunt Information
- Tourist Information
- Advertisement/Reader Services
- Airline Magazine
- Books

The ELS supports operation and maintenance of the passenger cabin, as well as enhancing CPMS capabilities for passenger services and entertainment. The following sections identify how these would be used.

Cabin Crew Useage

A cabin crew would use the ELS to manage information that supports operation of the passenger cabin. The ELS would work with a CPMS to enhance the cabin management functions. For the cabin crew, the information storage and retrieval functions described in Section 4.0 are used to access cabin policies and procedures. These would be organized to support the retrieval of information that assists the crew in dealing with abnormal situations that arise in the cabin, such as a drunk passenger or tampering with a lavatory. In addition, safety procedures and checklists could be included as part of the ELS data set. In the future, integration with the CPMS and datalink facilities could allow the crew, for instance, to connect heart monitors through the seatback terminal, downlink the information to the ground for medical diagnosis. In addition, an ELS would support the cabin crew by tailoring access to information according duties specific to the phase of flight.

The ELS could also support reporting of passenger cabin system and equipment faults by the CPMS and the cabin crew, allowing the maintenance crew to use the cabin discrepancies as part of the maintenance task defined in Attachment 4-3.

Enhanced customer services could be provided by loading passenger profiles for cabin crew access. For example, a cabin crew would be able to retrieve each passenger's preferred drink for first class.

Inventory management capabilities could be automated by providing an ELS/CPMS integrated system. This allows the cabin personnel to create inventory databases, tabulate inflight sales and usage, and generate any necessary reports. With a connection to datalink, this information could be downlinked prior to arrival to allow ground services to prepare for the aircraft arrival.

Finally, the cabin crew could use interactive access to the crew schedule and bidding system to allow this to take place on-board the aircraft.

Passenger Useage

Airlines could use an ELS in conjunction with the CPMS to enhance the facilities provided to the passenger. Basically three levels of information services are added to the CPMS by integration with an ELS. The first provides the passenger with access to information that enhances their travel, such as flight schedules, inflight magazines, aircraft safety diagrams and destination highlights. This capability would also provide the passenger with the capability to access duty free and inflight sales catalogs and view these from the seatback and subsequently place orders through the CPMS.

A second level of information services is an interactive capability that allows the passenger to both view and enter data that is maintained by the ELS. With this capability a passenger could fill out a customs/immigration form with an interactive help facility and print this on the cabin printer for the cabin crew to return to the passenger. With datalink, the completed form could be downlinked to a customs agent. Another possibility would the completion of customer satisfaction surveys.

## ATTACHMENT 3-4 (cont'd)
## ELECTRONIC LIBRARY SYSTEM
## USE IN CABIN/PASSENGER MANAGEMENT

The final level of service is a file service capability that uses the mass storage capabilities of an ELS to read and write files that the CPMS would manipulate and control. This facility would allow games, movies, or audio tracks to be downloaded from the ELS to the seatback processing element for passenger entertainment. Another use of this capability would be for the CPMS to process transactions generated by catalog sales and store subsequent reports/data in the ELS.

As currently envisioned, the ELS does not currently provide transaction processing capabilities for the CPMS, but this could be added in the future if desired.

Ground Services Usage

The ELS should also assist ground services personnel in completing their assigned duties in preparing the aircraft for dispatch and arrival. Included in this is the ability to coordinate the loading of meals, beverages and sales with the cabin crew through an inventory management function. The ground services personnel would be able to determine the inventory necessary for the upcoming flight.

Services management capabilities provided by an ELS would support ground services personnel with the information and procedures necessary to support the boarding and deplaning of passengers. Included in this would be wheelchair requirements for inbound flights, airport services coordination for moving passengers to connecting flights, and coordination procedures during a deicing condition.

Another function of the ELS would be to provide access to baggage/cargo loading procedures for ground services personnel.

**ATTACHMENT 4**
**DATA INTEGRATION PROCESS**



HARRIS-15635

## ATTACHMENT 5
## SYSTEMS RESPONSE TIMES

| System Activity | System Response | Response Time |
|---|---|---|
| Initiate Cursor Movement | Cursor Moves | 0.1 Seconds |
| Stop Cursor Movement | Cursor Comes to Rest | 0.1 Seconds |
| Selection of GUI Object | Visual Indication | 0.2 Seconds |
| Keyboard Entry | Echo Characters | 0.2 Seconds |
| Start Scroll/Pan | Image Starts Movement | 0.2 Seconds |
| Stop Scroll/Pan | Image Comes to Rest | 0.2 Seconds |
| Request for a Consecutive Screen of Information[1] | Consecutive Information Starts to Appear on Screen | 1.0 Second |
| Request for New Information | Indication that the System is Retrieving Information | 1.0 Second |
| Request for New Information | New Information Appears on Screen | See Note 2 |

Notes:

1.  Consecutive screens of information are defined by the size of the information that is being displayed.  When a piece of information extends beyond the viewing area on a display, a consecutive screen is the next viewable portion of the information that either precedes or follows.  Next and previous pages in a book are analogous in paper-based information.  Consecutive screens may extend vertically or horizontally from the present screen.

2.  The amount of time required to present the requested information is dependent on the source of the information (e.g., on-board or remote) and the amount and nature of the information that was requested.

HARRIS-15636

## APPENDIX A
## CANDIDATE ELS SOURCE DATA

### Introduction

The data stored in ELS will be customized to each airline's needs and desires.  Some of the many possible source documents are discussed in this section.  The applications that are described are grouped by function for user group. Each application is described in terms of the type of information, interacting systems that will use the information, storage type of either Read or Read/Write, relative size of information, description of information, and the source & revision cycle of the data.

Memory estimates are provided based on the following terminology:

|  |  |  |
|---|---|---|
| < | 10K Bytes | - Very Small |
| 10K- | 100K Bytes | - Small |
| 100K- | 1M Bytes | - Medium |
| 1M- | 10M Bytes | - Large |
| > | 10M Bytes | - Very Large |

HARRIS-15637

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **FLIGHT CREW INFORMATION - AIRCRAFT/SYSTEMS DOCUMENTS** | | | | | |
| Airport/Facility Directory | Graphics/Text | Displays | Read, Large | Airport facilities and navaid data. | NOS. Revised every 56 days. |
| Flight Manual | Graphics/Text/ Tables | Displays | Read, Very Large | Airplane specific operational and performance data; operational procedures. | Airframe/Airline. Revised when necessary. |
| J-Aid | Graphics/Text | Displays | Read, Large | Info related to flight planning, airport directory, navaids, ATC info, regulations. | Jeppesen. Revised 10 times/year. |
| Terrain/Obstacle Data | Data | Displays, FMS (future) GAWS (future) | Read, Large | Database of lat/long locations and AGL/ASL altitudes. | NOS Aeronautical Charts Department. Revision cycle unknown. |
| **FLIGHT CREW INFORMATION - EMERGENCY PROCEDURES** | | | | | |
| Fault Reporting Manual | Graphics/Text | Displays | Read, Medium | Pictorial and textual information for detection and isolation of problems in emergency situations. | Airframe/Airline. Revised when necessary. |
| Emergency Announcements | Text | Displays | Read, Very Small | Directions for cabin crew and passengers during emergency situations. | FAA/Airline. Revised when necessary. |
| Procedure | Text | Displays | Read, Very Small | Checklists for managing an emergency situation. | Airframe/Airline. Revised when necessary. |

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

### FLIGHT CREW INFORMATION - ENROUTE & TERMINAL CHARTS

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| Airport/Taxi Charts | Graphics | Displays | Read, Large | Pictorial plan view of airport runway/taxiway layout. | Jeppesen or NOS. Revised when necessary. |
| Company Routes | Graphics | Displays, FMS (future) | Read, Small | Flight routes for individual airlines. | Airline. Revised as necessary. |
| Enroute Holding Patterns | Graphics | Displays, FMS (future) | Read, Small | Holding pattern definition and parameters. | Jeppesen or NOS. Revised every 56 days. |
| FIR/UIR Boundaries | Graphics | Displays, FMS (future) | Read, Medium | Boundaries and data describing Flight Information Regions and Upper Information Regions. | Jeppesen or NOS. Revision cycle unknown. |
| High Altitude Enroute Charts (J-Routes) | Graphics | Displays, FMS (future) | Read, Medium | Enroute airway structure above 18,000 feet. | Jeppesen or NOS. Revised every 56 days. |
| Instrument Approach Procedure (IAP) Charts | Graphics | Displays, FMS (future) | Read, Very Large | Pictorial plan and profile views of approach, frequencies, approach minima, etc. | Jeppesen or NOS. Revised when necessary. |
| Low Altitude Enroute Charts (Victor Airways) | Graphics | Displays, FMS (future) | Read, Very Large | Enroute airway structure below 18,000 feet. | Jeppesen or NOS. Revised every 56 days. |
| RNAV Enroute Charts | Graphics | Displays, FMS (future) | Read, Medium | Area nav airway structure above 18,000 feet. | Jeppesen or NOS. Revised when necessary. |
| Special Use Airspace | Graphics | Displays, FMS (future) | Read, Medium | Boundaries for Military Operating Areas, prohibited, and restricted airspace. | Jeppesen or NOS. Revised when necessary. |
| Standard Instrument Departure (SID) procedure | Graphics/Text | Displays, FMS (future) | Read, Very | Pictorial and textual description of departure procedure. | Jeppesen or NOS. Revised when necessary. |
| Standard Terminal Arrival Route (STAR) procedures | Graphics/Text | Displays, FMS (future) | Read, Medium | Pictorial and textual description of terminal arrival procedure. | Jeppesen or NOS. Revised when necessary. |
| Terminal Area Charts | Graphics | Displays, FMS (future) | Read, Small | Enlarged graphical view of high density areas. | Jeppesen or NOS. Revised when necessary & every 56 days. |