## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **FLIGHT CREW INFORMATION – OPERATIONAL DATA** | | | | | |
| Bulletins | Text | Displays | Read, Small | Airline specific information. | Airline. Revised when necessary. |
| Flight Operations Checklists | Text | Displays | Read, Small | Sequential procedures for startup, takeoff, cruise, approach, landing, and shutdown. | Airframer/Airline. Revised when necessary. |
| Performance Calculations | Graphics/Text | Displays, FMS (future) | Read, Large | Info related to flight planning, airport directory, navaids, ATC info, regulations. | Jeppesen. Revised 10 times/year. |
| Weight/Balance | Data | Displays, FMS (future), CAWS (future) | Read, Large | Database of lat/long locations and AGL/ASL altitudes. | NOS Aeronautical Charts Department. Revision cycle unknown. |
| Briefing | Graphics/Text | Displays/Data Link | Read/Write, small | NOTAMS, manifests, flight plan & log, maintenance log, records, schedules, MEL/DDG, WXR charts & reports, fuel plan & situation tables, miscellaneous forms, aircraft loading papers. | Airport/Airline Update prior to takeoff or landing. Revise Inflight. |
| Policy/Procedures Manual | Text | Displays | Read, | Airline flight crew policies & procedures. | Airline. Revise when necessary. |
| Flight Crew Alertness Activities | Graphics/Text | Displays | Read, medium | Alertness/training lessons. | Airline/software vendor. Revise periodically. |

HARRIS-15640

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **MAINTENANCE INFORMATION - CONFIGURATION** | | | | | |
| Logbook | Graphics/Text | Maintenance Displays | Read/Write, Medium | User data entry to document changes to aircraft equipment or scheduled maintenance activities. | Maintenance personnel. Revise when maintenance action performed. |
| Part Numbers Catalog, Installed Parts Composition, Configuration Control | Text | Maintenance Displays, A/C Systems | Read/Write, Small | Configuration management and compatibility checks for hardware and software installed on aircraft. | Airframe/Airline. Revised when necessary. |
| Service Bulletins | Text | Maintenance Displays | Read/Write, Small | Procedures and installation records for service bulletins. | Airline/Maintenance personnel. Revised when necessary. |
| Software Load | Data | Aircraft Systems | Read Large | Storage and retrieval/loading of application software for aircraft systems. Includes record level CRC. | Aircraft system vendors. Revise when necessary. |
| **MAINTENANCE INFORMATION - ONBOARD, OPERATIONAL** | | | | | |
| Pre-flight checklist | Text | Maintenance Displays | Read/ Very Small | Generic or custom checklists for pre-flight checks performed once every 24 hrs. | Airframe/Airline. Revise when necessary. |
| Fault Isolation Manual | Graphics/Text | Maintenance Displays | Read, Large | Procedures for isolating faults to a single component. | Airframe/Airline. Revise as required. |
| BITE Manual | Graphics/Text | Maintenance Displays | Read, Medium | BITE checkout procedures for equipment. | Airline/Airframe. Revise as necessary. |
| MEL/DDG | Text | Maintenance Displays | Read, Small | Minimum Equipment List and Dispatch Deviation Guide - defines dispatchability. | Airline/Airframe. Revise as necessary. |
| Master Minimum Equipment Tool | Text/Graphics | Maintenance Display | Read, Medium | Minimum Equipment List for dispatchability - all aircraft. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Manual | Text/Graphics | Maintenance Displays | Read, Medium | Locations and procedures for line or ramp repairs. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Checklist | Text | Maintenance Displays | Read/ Write, Small | Checklist for ramp work. | Airline/Airframe. Revise as necessary. |

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| FLIGHT CREW INFORMATION - OPERATIONAL DATA | | | | | |
| Bulletins | Text | Displays | Read, Small | Airline specific information. | Airline. Revised when necessary. |
| Flight Operations Checklists | Text | Displays | Read, Small | Sequential procedures for startup, takeoff, cruise, approach, landing, and shutdown. | Airframe/Airline. Revised when necessary. |
| Performance Calculations | Graphics/Text | Displays, FMS (future) | Read, Large | Info related to flight planning, airport directory, navaids, ATC Info, regulations. | Jeppesen. Revised 10 times/year. |
| Weight/Balance | Data | Displays, FMS (future) CAWS (future) | Read, Large | Database of lat/long locations and AGL/MSL altitudes. | NOS Aeronautical Charts Department. Revision cycle unknown. |
| Briefing | Graphics/ Text | Displays/ Data Link | Read/ Write, small | NOTAMS, manifests, flight plan & log, maintenance log, records, schedules, MEL/DDG, WXR charts & reports, fuel plan & situation tables, miscellaneous forms, aircraft loading papers. | Airport/Airline Update prior to takeoff or landing. Revise inflight. |
| Policy/Procedures Manual | Text | Displays | Read. | Airline flight crew policies & procedures. | Airline. Revise when necessary. |
| Flight Crew Alertness Activities | Graphics/Text | Displays | Read, medium | Alertness training lessons. | Airline/software vendor. Revise periodically |

HARRIS-15642

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **MAINTENANCE INFORMATION - CONFIGURATION** | | | | | |
| Logbook | Graphics/Text | Maintenance Displays | Read/Write, Medium | User data entry to document changes to aircraft equipment or scheduled maintenance activities. | Maintenance personnel. Revise when maintenance action performed. |
| Part Numbers Catalog, Installed Parts Composition, Configuration Control | Text | Maintenance Displays, A/C Systems | Read/Write, Small | Configuration management and compatibility checks for hardware and software installed on aircraft. | Airframe/Airline. Revised when necessary. |
| Service Bulletins | Text | Maintenance Displays | Read/Write, Small | Procedures and installation records for service bulletins. | Airline/Maintenance personnel. Revised when necessary. |
| Software Load | Data | Aircraft Systems | Read Large | Storage and retrieval/loading of application software for aircraft systems. Includes record level CRC. | Aircraft system vendors. Revise when necessary. |
| **MAINTAINANCE INFORMATION - ONBOARD, OPERATIONAL** | | | | | |
| Pre-flight checklist | Text | Maintenance Displays | Read/ Very Small | Generic or custom checklists for pre-flight checks performed once every 24 hrs. | Airframe/Airline. Revise When necessary. |
| Fault Isolation Manual | Graphics/Text | Maintenance Displays | Read, Large | Procedures for isolating faults to a single component. | Airframe/Airline. Revise as required. |
| BITE Manual | Graphics/Text | Maintenance Displays | Read, Medium | BITE checkout procedures for equipment. | Airline/Airframe. Revise as necessary. |
| MEL/DDG | Text | Maintenance Display | Read, Small | Minimum Equipment List and Dispatch Deviation Guide - defines dispatchability. | Airline/Airframe. Revise as necessary. |
| Master Minimum Equipment Test | Text/Graphics | Maintenance Displays | Read, Medium | Minimum Equipment List for dispatchability - all aircraft. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Manual | Text/Graphics | Maintenance Displays | Read, Medium | Locations and procedures for line or ramp repairs. | Airline/Airframe. Revise as necessary. |
| Ramp Maintenance Checklist | Text | Maintenance Displays | Read/Write, Small | Checklist for ramp work. | Airline/Airframe. Revise as necessary. |

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| MAINTENANCE INFORMATION - MANUALS | | | | |
|---|---|---|---|---|
| Description & Operation | Graphics/Text | Maintenance Displays | Read, Very Large | Description and Operation for entire aircraft in pictorial and textual format. | Airframe. Revised when necessary. |
| Location/Assembly Drawings | Graphics/Text | Maintenance Displays | Read, Very Large | Location and Assembly drawings for entire aircraft, in pictorial and textual format. | Airframe. Revised when necessary. |
| Maintenance Data & Practices | Graphics/Text | Maintenance | Read | Maintenance Data and practices for entire aircraft, in pictorial and textual format. | Airframe. Revised when necessary. |

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **CABIN CREW INFORMATION - DEPARTURE & ARRIVAL** | | | | | |
| Announcement | Text | Cabin Display | Read/Write, Small | Announcements to passengers describing safety features, exit locations, oxygen mask, seat belts. | FAA. Revised when necessary. |
| Checklist | Text | Cabin Display | Read, Small | Sequential procedures to prepare for departure, arrival, or emergency conditions. | Airframe/Airline. Revised when necessary. |
| **CABIN CREW INFORMATION - PASSENGER DATA** | | | | | |
| Flight Schedules and Connections | Text | Cabin Display, Datalink | Read/Write, Medium | Textual presentation of departures, arrivals, and schedules; including delays, cancellations, gate number. | Airlines. Continual update via datalink. |
| Passenger List | Text | Cabin Display, Datalink | Read/Write, Small | List of passengers which have check in and boarded aircraft. | Airline. Finalized when departing from gate. |
| Special Meals/Needs | Text | Cabin Display | Read/Write, Small | Special meal orders, passengers requiring wheelchair or assistance, and children travelling alone. | Airline. Revised when boarding aircraft. |
| **CABIN CREW INFORMATION - REPORTS/FORMS** | | | | | |
| Cabin Supplies/Ordering Forms | Text | Cabin Display | Read/Write, Medium | List of supplies needed on aircraft with forms to order supplies and to record restocking of supplies. | Cabin crew/maintenance. Revised when ordering or filling order. |
| Reports | Text | Cabin Display | Read/Write, Medium | Menu driven data entry for airline defined reports. | Cabin Crew. Reports filled out each flight. |
| Training | Graphics/Text | Cabin Display | Read, Large | Pictorial and textual materials for refresher courses and for training new employees. | Airline. Revise when necessary. |
| Policy/Procedures Manual | Text | Cabin Display | Read, Small | Cabin crew policies and procedures. | Airline. Revise when necessary. |
| Cabin Log Book | Text | Cabin Display | Read, Small | Flight & maintenance logs for cabin. | Airline. Revise when necessary. |

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| PASSENGER INFORMATION - INFLIGHT INFORMATION & ENTERTAINMENT GUIDE | | | | | |
| Airport Guide | Graphics/Text | Passenger display | Read, Medium | Pictorial view of airport gates, including ticketing, baggage claim, car rental, ground transportation. | Airline/Airport. Revised when necessary. |
| Beverage, Wine, and Spirits list | Text | Passenger display | Read, Very Small | Textual description of beverages, wines, and spirits available in flight, including cost. | Airline. Revised when necessary. |
| Catalog Sales | Graphics/Text | Passenger display, Datalink | Read, Very Large | Pictorial and textual description of available merchandise, order form. | Airline. Revised when necessary. |
| Customer Comments | Text | Passenger display, Datalink | Read, Very Small | Questionnaire evaluating the quality of service provided by the airline. | Airline. Revised when necessary. |
| Duty Free Sales | Graphics/Text | Passenger display, Datalink | Read, Large | Pictorial and textual description of available merchandise, duty free allowances, and order form. | Airline. Revised when necessary. |
| Frequent Flier Program | Text | Passenger display, Datalink | Read, Very Small | Textual description of frequent flier program: bonus miles, free travel, upgrades. Application form. | Airline. Revised when necessary. |
| Inflight Audio and Movie Guide | Graphics/Text | Passenger display | Read, Small | Textual list of audio selections and channel information. Graphical and textual description of movies. | Airline. Revised monthly. |
| On Board Phone Instructions | Graphics/Text | Passenger display | Read, Very Small | Graphical/textual description of phone use. Accepted credit cards. Domestic and International rates. | Airline. Revised when necessary. |
| Route Maps | Graphics/Text | Passenger display | Read, Medium | Geographic illustration of airline routes, cities served, and time zones, & current location. | Airline. Revised when necessary. |

## APPENDIX A (cont'd)
## CANDIDATE ELS SOURCE DATA

| APPLICATION | INFORMATION TYPE | INTERACTING SYSTEM | STORAGE TYPE/SIZE | DESCRIPTION | DATA SOURCE & REVISION CYCLE |
|---|---|---|---|---|---|
| **PASSENGER INFORMATION - PASSENGER SERVICES** | | | | | |
| Flight Schedules and Connections | Text | Passenger display, Datalink | Read, Medium | Textual presentation of departures, arrivals, and schedules; including delays, cancellations, gate number. | Airlines. Continual update via datalink. |
| Maps and Attractions | Graphics/Text | Passenger display | Read, Large | Electronic presentation of local maps, attractions, points of interest, and local events. | Chamber of Commerce. Revised attractions and events weekly. |
| Reservations | Text | Passenger display, Datalink | Read, Large | Electronic reservation system for airline tickets, hotel, car rental. | Advertisers. Revised when necessary. |
| Restaurant Directory | Graphics/Text | Passenger display | Read, Large | Graphical and textual description of local restaurants; including menu, cuisine, decor, atmosphere. | Advertisers. Revised when necessary. |
| Video Games | Graphics/Text | Passenger display, Joystick | Read, Very Large | Joystick control of video games for all age groups. | Software outlet. Revised when necessary. |
| Video Tapes | Video | Passenger display, Headphones | Read, Very Large | Video tapes for several categories: educational, comedy, documentary, sports. | Software outlet. Revised when necessary. |
| **PASSENGER INFORMATION - PUBLICATIONS** | | | | | |
| Advertisements/Reader Services | Graphics/Text | Passenger display, Datalink | Read, Medium | Pictorial and textual description of products, product information request form. | Advertisers. Revised when necessary. |
| Airline Magazine | Graphics/Text | Passenger display | Read, Large | Electronic presentation of articles related to business, life styles, sports, travel, etc. | Airline. Revised monthly. |
| Books | Text | Passenger display | Read, Very Large | Electronic presentation of recent releases and classics. | Publishers. Revised when necessary. |
| Major Publications (Newspapers & Magazines) | Graphics/Text | Passenger display | Read, Very Large | Electronic presentation of major publications: Newsweek, Time, Wall Street Journal. | Publishers. Revised when new publication released. |

APPENDIX A (cont'd)
CANDIDATE ELS SOURCE DATA

### APPENDIX B
### GLOSSARY

#### ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AEEC | Airlines Electronic Engineering Committee |
| AFS | Aircraft File Server |
| ANSI | American National Standards Institute |
| ARINC | Aeronautical Radio, Incorporated |
| ASN | Abstract Syntax Notation |
| ATN | Aeronautical Telecommunication Network |
| ATA | Air Transport Association |
| BITE | Built In Test Equipment |
| CAT | Cabin Access Terminal |
| CCITT | Consultative Committee on International Telephone & Telegraph |
| CCITT-4 | CCITT Group 4 Facsimile raster graphics standard |
| CGM | Computer Graphics Metafile |
| CMC | Central Maintenance Computer |
| CMU | Communication Management Unit |
| COTS | Commercial Off The Shelf |
| CPMS | Cabin/Passenger Management System |
| CPU | Central processing unit. The main processing unit in a computer system. |
| DPI | Dots Per Inch |
| DTD | Document Type Definition |
| ELAN | Ethernet Local Area Network |
| ELC | Electronic Library Computer |
| ELS | Electronic Library System |
| ELSC | Electronic Library System Cabinet |
| FAA | Federal Aviation Administration |
| FAR | Federal Aviation Regulations |
| FDDI | Fiber Distributed Data Interface |
| FMC | Flight Management Computer |
| FMS | Flight Management System |
| FWS | Flight Warning System |
| GUI | Graphical User Interface |
| HOL | Higher Order Language |
| IEEE | Institute of Electrical and Electronic Engineers |

## APPENDIX B (cont'd)
## GLOSSARY

### ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| IMA | Integrated Modular Avionics |
| ISO | International Organization for Standardization |
| JAA | Joint Aviation Authority |
| JAR | Joint |
| LAN | Local Area Network |
| LCD | Liquid Crystal Display |
| LRM | Line Replaceable Module |
| LRU | Line Replaceable Unit |
| MAC | Media Access Control |
| MAT | Maintenance Access Terminal |
| MIB | Management Information Base |
| MMS | Mass Memory Subsystem |
| NIST | National Institute for Standards and Technology |
| OLAN | Onboard Local Area Network |
| OMS | Onboard Maintenance System |
| OSI | Open System Interconnect |
| PAT | Pilot Access Terminal |
| PMAT | Portable Maintenance Access Terminal |
| SAE | Society of Automotive Engineers |
| SCSI | Small Computer System Interface |
| SGML | Standard Generalized Markup Language |
| SMT | Station Management |
| STC | Supplemental Type Certification |
| TC | Type Certification |
| TSO | Technical Standard Order |

HARRIS-15649

APPENDIX B (cont'd)
GLOSSARY

| Term | Definition |
|---|---|
| Ada | A higher order language. |
| Administrator | A person or application that controls the configuration and availability of files, privileges, and other resources of a computer system. |
| Application | The portion of the ELS software that provides the functions unique to the system and which are not part of the processing environment software. Applications are the portion of the ELS software that should be portable between different hardware platforms. |
| Application Environment Profile | A collection of application program interfaces and the appropriate specification of optional values and services, that forms a description of an environment that support portable applications. |
| Application Interface | An application program interface. |
| Application Program Interface | The collection of routines that may be called by an application and a definition of the parameters passed to, and received, from the processing environment. |
| ASN.1 | Abstract Syntax Notation One - the OSI language used to describe a data type that is independent of machine-oriented structures and restrictions. |
| BER Basic Encoding Rules | The OSI language used to describe the transfer syntax. |
| Bridge | Operates as a relay at the physical layer of the OSI Reference Model by regenerating electrical/optical signals between cable segments to physically extend the network. |
| Bridge/Router ("Brouter") | Operates as a relay at the logical link control sublayer of the data link layer in the OSI Reference Model. Connects network segments with different MAC protocols (e.g., between ARINC 646 and ARINC 636 segments). |
| C | A higher order language. |
| Client/Server | A software architecture wherein one or more applications (servers) provide some set of services to one or more applications (clients) requiring those services. |
| FDDI | LAN token passing standard developed for using fiber optics at speeds of 100 Mbps. FDDI provides high performance to support a large number of users and/or large geographic areas. (ISO 9314) |
| Gateway | Operates as a relay at any layer above the network layer of the OSI Reference Model to translate messages between dissimilar networks. An example of this is to translate data transmitted using non-OSI protocols over ARINC 429 onto an OLAN that employs OSI protocols. |
| Higher Order Language | Programming languages that allow more complex constructs to be used than that possible with machine or assembly language. |
| Interapplication Communications | The services that provide for, or the act of, two or more applications exchanging information. |
| Interprocess Communications | The services that provide for, or the act of, two or more processes exchanging information. |
| Language Binding | A programming language specific description of an application program interface. |
| Library | A collection of software routines. |
| Motif | A library that serves as a higher level interface to Xlib. |

## APPENDIX B (cont'd)
## GLOSSARY

| | | |
|---|---|---|
| OSI | | A seven layer communications protocol that facilities communications between computers with different architectures and microprocessors. |
| | Application Layer | Supplies user services, application specific standards. |
| | Presentation Layer | Provides code conversion, data reformatting. |
| | Session Layer | Coordinates interactions between end application processes. |
| | Transport layer | Ensures end-to-end data integrity and quality of service. |
| | Network Layer | Switches and routes information. |
| | Data Link Layer | Transfers information to other end of physical channel, controls media access. |
| | Physical Layer | Transmits bit stream over the medium. |
| Partitioning | | A guarantee of isolation between applications and/or processes such that a failure of one or more applications and/or processes cannot cause software in another partition to fail. |
| Physical Memory | | Solid state memory connected directly to the CPU |
| Process | | An independently executing portion of an application. Applications consist of one or more processes. |
| POSIX | | Portable Operating System Interface - A family of standards that address the portability of UNIX and the issues of Open Systems. |
| Processing Environment | | The software environment within which ELS applications execute. This includes the operating system, hardware specific device drivers, and functions required to allow the system to operate in an airborne environment. The processing environment is envisioned as the software that is "tied" to the ELS hardware. |
| Real Time | | Used to denote software or systems that perform in a time deterministic fashion. Should not be confused with being "fast". |
| Repeater | | Operates as a relay at the physical layer of the OSI Reference Model by regenerating electrical/optical signals between cable segments to physically extend the network. |
| Router | | Operates as a relay at the network layer of the OSI Reference Model to connect logically separated networks running the same network protocols by determining how packets are to be routed through multiple paths to their destination. |
| Shell | | An application that allows a user to enter commands to control the operation of a computer system. Usually refers to applications that perform no function other than the interpretation of such commands. |
| SVID | | System V Interface Definition. A document that describes the application interface to System V UNIX. Operating systems that provide this interface for applications are considered to be SVID compliant. |
| SVR4 | | A references to AT&T UNIX System V, release 4. |
| System Call | | The act of causing a processing environment service or routine to execute on behalf of an application. A description of a routine or service provided by the processing environment. |
| System V | | A references to the fifth major release of AT&T UNIX. |
| Transport Layer Interface | | An application program interface to network services that is independent of the underlying software and hardware implementation. The TLI forms the interface to layer 4, the transport layer, of a standard network protocol stack. |

HARRIS-15651

## APPENDIX B (cont'd)
## GLOSSARY

| | |
|---|---|
| UNIX | A commercially available operating system in wide-spread use. |
| Virtual Memory | The use of mass storage devices (such as a mass memory unit) to simulate additional physical memory. Generally requires memory management hardware associated with the CPU and a high-speed mass storage subsystem. |
| X Server | Short for X-Windows server. |
| X-Windows | A distributed client/server architecture for display/user input devices. |
| X-Windows Client | An application that uses Xlib to utilize the services of an X-Windows server for user interaction. |
| X-Windows Server | Used to refer to a terminal that supports X-Windows for user interaction, or the software that implements such support. The server provides user interface services for one or more client applications. |
| X/Open | An industry consortium that develops portability standards. |
| X11 | A reference to version 11 of the X-Windows system. |
| X11R5 | A reference to release 5 of version 11 of the X-Windows system. |
| Xlib | The name commonly used to refer to the X-Windows client libraries. The software that implements the application interface to X-Windows servers. |
| X Window System | A network-based graphics windowing system. |

HARRIS-15652

Case 6:07-cv-01819-JA-KRS   Document 136-11   Filed 02/01/10   Page 14 of 14

HARRIS-15653