# Exhibit D



# DESIGN GUIDANCE FOR
# ONBOARD MAINTENANCE SYSTEM

## ARINC REPORT 624

### PUBLISHED:   AUGUST 26, 1991

AN **ARINC** DOCUMENT

Prepared by
AIRLINES ELECTRONIC ENGINEERING COMMITTEE
Published by
AERONAUTICAL RADIO, INC.
2551 RIVA ROAD, ANNAPOLIS, MARYLAND 21401

FX0175765

AERONAUTICAL RADIO, INC.
2551 Riva Road
Annapolis, Maryland  21401

## ARINC REPORT 624
## DESIGN GUIDANCE FOR ONBOARD MAINTENANCE SYSTEM
## (OMS)

Published:   August 26, 1991

Prepared by the Airlines Electronic Engineering Committee

Report 624          Adopted by the Airlines Electronic Engineering Committee:
July 17, 1991

FX0175766



## FOREWORD

### Activities of AERONAUTICAL RADIO, INC. (ARINC)

and the

### Purpose of ARINC Reports and Specifications

Aeronautical Radio, Inc., is a corporation in which the United States scheduled airlines are the principal stockholders. Other stockholders include a variety of other air transport companies, aircraft manufacturers and foreign flag airlines.

Activities of ARINC include the operation of an extensive system of domestic and overseas aeronautical land radio stations, the fulfillment of systems requirements frequencies to meet those needs, the coordination incident to standard airborne communications and electronics systems and the exchange of technical information. ARINC sponsors the Airlines Electronic Engineering Committee (AEEC), composed of airline technical personnel. The AEEC formulates standards for electronic equipment and systems for the airlines. The establishment of Equipment Characteristics is a principal function of this Committee.

It is desirable to reference certain general ARINC Specifications or Reports which are applicable to more than one type of equipment. These general Specifications or Reports may be considered as supplementary to the Equipment Characteristics in which they are referenced. They are intended to set forth the desires of the airlines pertaining to components and general design, construction and interchangeability in airline service. The release of a Specification or Equipment Characteristic should not be construed to obligate ARINC or any airline insofar as the purchase of any components or equipment is concerned.

An ARINC Report (Specification or Characteristic) has a twofold purpose, which is:

1) To indicate to the prospective manufacturers of airline electronic equipment the considered opinion of the airline technical people coordinated on an industry basis concerning requisites of new equipment, and

2) To channel new equipment designs in a direction which can result in the maximum possible standardization of those physical and electrical characteristics which influence interchangeability of equipment without seriously hampering engineering initiative.



ii



FX0175767

ARINC REPORT 624

## TABLE OF CONTENTS

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION AND DESCRIPTION | 1 |
| 1.1 | Purpose of this Document | 1 |
| 1.2 | Document Organization | 1 |
| 1.3 | Definition of Terms Used in This Document | 1 |
| 1.4 | Related Documents | 2 |
| 2.0 | MAINTENANCE CONCEPT | 3 |
| 2.1 | Maintenance Definition | 3 |
| 2.1.1 | Advances in Equipment Reliability | 3 |
| 2.1.2 | Fault-tolerant Design | 3 |
| 2.1.3 | Fault Isolation and Corrective Action | 3 |
| 2.1.4 | Unjustified Removals | 3 |
| 2.2 | Objectives of an OMS | 3 |
| 2.2.1 | Role of BITE | 4 |
| 2.2.2 | Role of Onboard Maintenance Documentation (OMD) | 4 |
| 2.2.3 | Role of Airplane Condition Monitoring (ACM) | 4 |
| 2.2.4 | Role of Data Link | 5 |
| 2.3 | Regulatory Aspects | 5 |
| 2.4 | Availability Aspects | 5 |
| 3.0 | OMS DESCRIPTION | 6 |
| 3.1 | OMS Architecture | 6 |
| 3.2 | OMS Functional Requirements | 6 |
| 3.2.1 | Automatic Testing and Isolation of Fault and Failure | 6 |
| 3.2.1.1 | Member Systems | 6 |
| 3.2.1.2 | Non-Member Systems | 6 |
| 3.2.2 | User Initiated Tests (Ground Tests) | 7 |
| 3.2.2.1 | General Characteristics | 7 |
| 3.2.2.1.1 | Automation | 7 |
| 3.2.2.1.2 | Modular Design | 7 |
| 3.2.2.1.3 | Ground Support Equipment | 7 |
| 3.2.2.1.4 | Ground Test Enable | 7 |
| 3.2.2.1.5 | Safety | 7 |
| 3.2.2.2 | Specific Test Requirements | 7 |
| 3.2.2.2.1 | Operational Test | 7 |
| 3.2.2.2.2 | LRU Replacement Verification Test | 7 |
| 3.2.2.2.3 | System Test | 7 |
| 3.2.2.2.4 | Interactive Fault Location Tests | 8 |
| 3.2.2.2.5 | Alignment and Rigging Tests | 8 |
| 3.2.2.2.6 | Interface Monitoring | 8 |
| 3.2.2.2.7 | Hardware and Software Configuration Identification | 8 |
| 3.2.3 | Onboard Maintenance Documentation | 8 |
| 3.2.4 | Airplane Condition Monitoring | 8 |
| 3.2.5 | Event Function Requirements | 8 |
| 3.3 | OMS User Interface Requirements | 9 |
| 3.3.1 | CMC Response Modes | 9 |
| 3.3.1.1 | Present Failures | 9 |
| 3.3.1.2 | Present Leg Failures | 9 |

iii

AIRINC REPORT 624

TABLE OF CONTENTS (cont'd)



| ITEM | SUBJECT | PAGE |
|------|---------|------|
| 3.3.1.3 | Last Leg Failures | 10 |
| 3.3.1.4 | Failure History | 10 |
| 3.3.1.5 | Ground Tests | 10 |
| 3.3.1.6 | Airplane Condition Monitoring | 10 |
| 3.3.1.7 | Maintenance Documentation Access | 10 |
| 3.3.1.8 | LRU List | 10 |
| 3.3.1.9 | Service Reports | 10 |
| 3.3.1.10 | Notes | 10 |
| 3.3.1.11 | Help | 11 |
| 3.3.2 | OMS User Input | 11 |
| 3.3.3 | Maintenance Access Terminal | 11 |
| 3.3.4 | Printer | 11 |
| 3.4 | Interfaces with Other Airplane Systems | 11 |
| 3.4.1 | Data Link | 11 |
| 3.4.2 | Software Loading/Data Loading/Data Retrieval | 11 |
| | | |
| 4.0 | CMC DESIGN CONSIDERATIONS | 12 |
| 4.1 | Fault and Failure Data Processing | 12 |
| 4.1.1 | Continuous BITE Monitoring | 12 |
| 4.1.2 | BITE Data Consolidation | 12 |
| 4.1.3 | CMC Processing of Supporting Data | 12 |
| 4.1.3.1 | Failure Indication or Flight Deck Effect Data | 12 |
| 4.1.3.2 | Flight Leg and Flight Phase Data | 12 |
| 4.1.3.3 | Time and Date | 13 |
| 4.1.3.4 | Flight Number and City Pair or Route Number | 13 |
| 4.1.3.5 | Airplane Identification | 13 |
| 4.1.3.6 | Flight Parameters | 13 |
| 4.1.3.7 | Power Interruption Reporting | 13 |
| 4.2 | CMC Storage Requirements | 14 |
| 4.3 | CMC Operational Monitoring | 14 |
| 4.4 | Reliability | 14 |
| 4.5 | CMC Interface with Member Systems | 14 |
| 4.6 | Software Loading | 14 |
| 4.7 | Failure Data Retrieval | 14 |
| | | |
| 5.0 | OMS MEMBER SYSTEM BITE | 15 |
| 5.1 | General | 15 |
| 5.1.1 | Fault/Failure Detection | 15 |
| 5.1.2 | Fault/Failure Isolation | 15 |
| 5.1.3 | Return to Service Testing | 15 |
| 5.1.4 | CMC Support Functions | 15 |
| 5.1.5 | Ground Support Functions | 15 |
| 5.2 | BITE Non-Volatile Memory (NVM) | 15 |
| 5.2.1 | Detailed Fault Data Storage | 15 |
| 5.2.2 | Software Anomalies | 16 |
| 5.2.3 | System Event Monitoring | 16 |
| 5.2.4 | NVM Size | 16 |
| 5.2.5 | NVM Erase | 16 |
| 5.2.6 | NVM First-In-First-Out (FIFO) Data Storage | 16 |





FX0175769

TABLE OF CONTENTS (cont'd)

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 5.3 | System BITE Communication with CMC | 16 |
| 5.4 | Use of BITE in Shop Maintenance | 16 |
| 5.5 | Detailed BITE Requirements | 16 |
| 5.6 | Interface Fault Detection/Classification | 17 |
| 5.7 | Power Interruption Reporting | 17 |
| | | |
| 6.0 | OMS COMMUNICATIONS PROTOCOL | 18 |
| 6.1 | General Requirements | 18 |
| 6.2 | Protocol Architecture | 18 |
| 6.3 | Lower Layer Protocols | 18 |
| 6.3.1 | ARINC 429 Communication | 18 |
| 6.3.1.1 | Physical Layer | 18 |
| 6.3.1.2 | Data Link Layer | 18 |
| 6.3.2 | ARINC 629 Communication | 19 |
| 6.3.2.1 | Physical Layer | 19 |
| 6.3.2.2 | Data Link Layer | 19 |
| 6.4 | Intermediate Layer Protocols | 19 |
| 6.4.1 | Network Layer | 19 |
| 6.4.2 | Transport and Session Layers | 19 |
| 6.5 | Upper Layer Protocols | 19 |
| 6.5.1 | Notation and Encoding Rules | 19 |
| 6.5.1.1 | Type Definitions | 19 |
| 6.5.1.2 | Type Encoding | 20 |
| 6.5.1.3 | Length Encoding | 20 |
| 6.5.2 | OMS Data Encoding | 20 |
| 6.5.2.1 | Flight Leg | 21 |
| 6.5.2.1.1 | Flight Leg Set | 21 |
| 6.5.2.1.2 | Flight Leg Get | 21 |
| 6.5.2.1.3 | Flight Leg Status | 21 |
| 6.5.2.2 | Flight Phase | 22 |
| 6.5.2.2.1 | Flight Phase Set | 22 |
| 6.5.2.2.2 | Flight Phase Get | 22 |
| 6.5.2.2.3 | Flight Phase Status | 22 |
| 6.5.2.3 | Equipment Identification | 22 |
| 6.5.2.3.1 | Equipment Identification Set | 22 |
| 6.5.2.3.2 | EquipmentID Get | 22 |
| 6.5.2.3.3 | EquipmentID Status | 22 |
| 6.5.2.4 | Fault Status | 22 |
| 6.5.2.4.1 | Fault Status Event Report | 22 |
| 6.5.2.4.2 | Fault Status Get | 22 |
| 6.5.2.4.3 | Fault Status Status | 23 |
| 6.5.2.4.4 | Fault Status Unlatch Command Action | 23 |
| 6.5.2.4.5 | Fault Status Unlatch Command Repsonse | 23 |
| 6.5.2.5 | Initiated Tests | 23 |
| 6.5.2.5.1 | Initiated Test Command Action | 23 |
| 6.5.2.5.2 | Initiated Test Commend Response | 23 |
| 6.5.2.5.3 | Initiated Test In-Test Command Response | 23 |
| 6.5.2.5.4 | Initiated Test Test-Pass Command Response | 23 |
| 6.5.2.5.5 | Initiated Test Test-Faults Command Response | 23 |
| 6.5.2.5.6 | Initiated Test Other Results Command Respond | 24 |

FX0175770

TABLE OF CONTENTS (cont'd)

| ITEM | SUBJECT | PAGE |
|------|---------|------|
| 6.5.2.5.7 | Initiated Test Abort Command Action | 24 |
| 6.5.2.5.8 | Initiated Test Display Command Action | 24 |
| 6.5.2.5.9 | Initiated Test Continue Command Action | 24 |
| 6.5.2.6 | LRU Data Access | 24 |
| 6.5.2.6.1 | LRU Fault History | 24 |
| 6.5.2.6.1.1 | Fault History Get | 24 |
| 6.5.2.6.1.2 | Fault History Status | 24 |
| 6.5.2.6.1.3 | Flight Leg Data Get | 24 |
| 6.5.2.6.1.4 | Flight Leg Data Status | 25 |
| 6.5.2.6.1.5 | LRU Fault History Erase Action | 25 |
| 6.5.2.6.1.6 | LRU Fault History Erase Response | 25 |
| 6.5.2.6.2 | LRU Parameter Display | 25 |
| 6.5.2.6.2.1 | Parameter Group Get | 25 |
| 6.5.2.6.2.2 | Parameter Group Status | 25 |
| 6.5.2.6.2.3 | Parameter Value Get | 26 |
| 6.5.2.6.2.4 | Parameter Value Status | 26 |
| 6.5.2.6.3 | Initiated Test History Display | 26 |
| 6.5.2.6.3.1 | Test History Get | 26 |
| 6.5.2.6.3.2 | Test History Status | 26 |
| 6.5.2.6.4 | Elapsed Time/Power Cycle | 26 |
| 6.5.2.6.4.1 | Time Cycle Get | 26 |
| 6.5.2.6.4.2 | Time Cycle Status | 26 |
| 6.5.2.7 | Aircraft Identification | 26 |
| 6.5.2.7.1 | AircraftID Set | 27 |
| 6.5.2.7.2 | AircraftID Get | 27 |
| 6.5.2.7.3 | AircraftID Status | 27 |
| 6.5.2.8 | Flight Number | 27 |
| 6.5.2.8.1 | Flight Number Set | 27 |
| 6.5.2.8.2 | Flight Number Get | 27 |
| 6.5.2.8.3 | Flight Number Status | 27 |
| 6.5.2.9 | Departure and Destination Airport | 27 |
| 6.5.2.9.1 | Departure and Destination Airport Set | 27 |
| 6.5.2.9.2 | Departure and Destination Airport Get | 27 |
| 6.5.2.9.3 | Departure and Destination Airport Status | 27 |
| 6.5.2.10 | Date and Time | 27 |
| 6.5.2.10.1 | Date and Time Set | 27 |
| 6.5.2.10.2 | Date and Time Get | 28 |
| 6.5.2.10.3 | Data and Time Status | 28 |
| 6.5.2.11 | Interactive Menu | 28 |
| 6.5.2.11.1 | Interactive Menu Command | 28 |
| 6.5.2.11.2 | Interactive Menu Response | 28 |
| 6.5.2.12 | Electronic Library | 28 |
| 6.5.2.12.1 | Electronic Library Command Action | 28 |
| 6.5.2.12.2 | Electronic Library Command Response | 28 |
| 6.5.2.13 | Airplane Parameters | 28 |
| 6.5.2.13.1 | Airplane Parameters Get | 28 |
| 6.5.2.13.2 | Airplane Parameters Status | 28 |



FX0175771

## TABLE OF CONTENTS (cont'd)

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 7.0 | ONBOARD MAINTENANCE DOCUMENTATION | 29 |
| 7.1 | Purpose of Onboard Maintenance Documentation | 29 |
| 7.2 | ELS Overview | 29 |
| 7.3 | OMS to ELS Functional Interface | 29 |
| 7.3.1 | Open Systems Interconnection | 29 |
| 7.3.2 | OMS Access to Maintenance Documentation | 29 |
| 7.3.2.1 | Line Replaceable Unit Replacement | 29 |
| 7.3.2.2 | Fault Isolation | 29 |
| 7.4 | OMD Data Content | 30 |
| 7.4.1 | Maintenance Procedures | 30 |
| 7.4.2 | Supporting Documentation | 30 |
| 7.4.2.1 | Diagrams | 30 |
| 7.4.2.2 | Dispatch Deviation Guide | 30 |
| 7.4.2.3 | Parts Catalog | 30 |
| 7.4.3 | Airline Data (Notes) | 30 |
| 7.4.4 | Electronic Logbooks | 30 |
| 7.5 | OMS To ELS Human Interface | 30 |
| 8.0 | AIRPLANE CONDITION MONITORING SYSTEM (ACMS) | 32 |
| 8.1 | General | 32 |
| 8.2 | Basic Features of ACMS | 32 |
| 8.2.1 | Data Collection | 32 |
| 8.2.2 | Data Management | 32 |
| 8.2.3 | Data Recording | 32 |
| 8.2.4 | Report Formatting | 32 |
| 8.3 | Airline Programmable Feature | 32 |
| 8.4 | Data Access | 32 |
| 8.4.1 | Onboard Display | 33 |
| 8.4.2 | Printer | 33 |
| 8.4.3 | Onboard Data Retrieval | 33 |
| 8.4.4 | Data Link | 33 |
| 8.5 | Consideration of ACMS Requirements in Early Design | 33 |

ATTACHMENTS

| 1. | Onboard Maintenance System | 34 |
|---|---|---|
| 2. | OMS Data Encoding | 35 |
| 3. | Glossary | 48 |

APPENDICES

| A. | Example - OMS Main Menu | 50 |
|---|---|---|
| B. | Example - Present Leg Failures Display | 51 |
| C. | Example - Failure History System Menu | 52 |
| D. | Example - Failure History System Display | 53 |
| E. | Example - Failure History Flight Leg Menu | 54 |
| F. | Example - Failure History Flight Leg Display | 55 |
| G. | Example - OMS Communications Protocol | 56 |

NEXT PAGE INTENTIONALLY LEFT BLANK

FX0175772

# 1.0  INTRODUCTION AND DESCRIPTION

## 1.1  Purpose of this Document

This document sets forth a general philosophy, basic guidance, and certain specific recommendations for the design and use of an onboard maintenance system (OMS).

The OMS described incorporates the traditional areas of failure monitoring and fault detection, BITE, BITE access, and an airplane condition monitoring system (ACMS), formerly known as aircraft integrated data system (AIDS). It further describes the capability to provide onboard maintenance documentation (OMD) and the requirement for total integration of these functions. It describes the requirements for all elements of the OMS, including a central maintenance computer (or CMC function) and all the member systems which interface with it.

This document is intended to provide a better mutual understanding among the designers and users of the specified OMS including all its member systems, with a view toward achieving an optimum balance between critical factors such as BITE effectiveness, operator interface simplicity, cost, and system complexity. A description of one possible architecture for an OMS is also included in the document. This description is not intended to delineate the design for an OMS, but to provide an example for understanding the requirements for such a system.

This document discusses the role of an OMS in the airlines' maintenance concept and the fault detection and BITE characteristics desirable in all avionics equipment to support the broader goals of an OMS. Beyond the guidance applicable to BITE, this document provides specific guidance for the design of an OMS which provides for:

— A standardized, English-language-based user interface for performing all BITE tests and line maintenance functions on the airplane.

— Where appropriate, storage of BITE reported fault data within a line replaceable unit's (LRU) nonvolatile memory (NVM) for later use.

— Reporting of fault status in the air and on the ground via operator displays and/or electronic/magnetic communications links.

— Integration of the fault isolation design to provide complete coverage, from fully automatic BITE through interactive, BITE-assisted fault isolation to manual troubleshooting procedures.

— Ground-test capability for fault isolation and performance of LRU replacement tests, functional tests, and system tests.

— OMD in both displayed and selectively printed forms.

— Airplane condition monitoring function integrated with the BITE/line maintenance function design.

Airframe and equipment designers are encouraged to take advantage of this guidance information, beginning with the earliest design phases of new equipment.

Users may also find this information helpful in standardizing maintenance planning and procedures, and in securing appropriate recognition for such procedures from the regulatory agencies. It is particularly important that the guidelines set forth herein should be considered in terms of the overall perspective of the users' needs, rather than some more limited objective.

## 1.2  Document Organization

This document presents organizational material in the first section. General maintenance concepts are given in section 2. OMS description and architecture are described in section 3, with specific design requirements on the OMS central maintenance computer in section 4. The OMS member-systems BITE requirements are listed in section 5. The central maintenance computer/member system interface is described in section 6.

The other major supporting functions of an OMS, OMD and ACMS, are described in sections 7 and 8, respectively.

## 1.3  Definition of Terms Used in This Document

Definition of terms and abbreviations used in this document are provided in Attachment 3.

### COMMENTARY

Over the years, the term "BITE" has come to mean many things to many people. BITE has been confused with flight crew confidence tests, and failure annunciation/warning functions. Discussions of differences between BITE and BIT add to the confusion. To some, BITE means the unique hardware installed only for maintenance. Others think of BITE as only the simple push to test function. For the purposes of this document, BITE is used as an all encompassing term to describe all maintenance functions of a system.

BITE includes the fault detection and performance monitoring function of the operational system because these operational monitors are the primary source of the fault data for the BITE (maintenance) function. It is recognized that from a certification standpoint these monitors are part of the basic operational function with the appropriate criticality, but for the purposes of fault detection integrity they will be considered to be part of BITE.



## 1.0  INTRODUCTION AND DESCRIPTION (cont'd)

1.3 Definition of Terms Used in This Document (cont'd)

      Throughout the document, the term "BIT" will not be used.

### 1.4  Related Documents

The latest revision of the following documents are pertinent to the design of equipment intended to meet this standard.

1. ARINC Specification 429, "Mark 33 Digital Information Transfer System (DITS)"

2. ARINC Specification 629, "Multi-Transmitter Data Bus"

3. ARINC Project Paper 649, "Design Guidance for Electronic Library System (ELS)"

4. ARINC Project Paper 744A, "Full-Format Printer"

5. ARINC Project Paper 748, "Communications Management Unit (CMU)"

6. ATA Specification 100, "Specification for Manufacturers' Technical Data"

7. ISO 7498, "Information processing systems - Open systems interconnection - Basic reference model"

8. ISO 8208, "Information processing systems - Data Communications - X.25 Packet level protocol for data terminal equipment"

9. ISO 8824 Rev. E, "Information processing systems - Open systems interconnection - Specification of abstract syntax notation one (ASN.1)"

10. ISO 8825 Rev. E, "Information processing systems - Open systems interconnections - Specification of basic encoding rules for abstract syntax notation one (ASN.1)"

11. ISO 9542 Rev. E, "Information processing systems - telecommunications and information exchange between systems - End system to Intermediate System routing exchange protocol for use in conjunction with the protocol for providing the connection less-mode network service (ISO 8473)"





## 2.0 MAINTENANCE CONCEPT

### 2.1 Maintenance Definition

For the purposes of this document, the line maintenance function consists of the identification or confirmation of a fault condition, the isolation of the fault to a single LRU or interface, the replacement of the faulty LRU, adjustments required to return the system to an operational configuration, and a verification that proper system operation has been restored.

The extended maintenance function encompasses the same basic functions, but allows for a longer time period to accomplish more complex tasks, e.g., troubleshooting intermittent problems, identification and isolation of software anomalies.

The maintenance planning function refers to the provision of such data which is helpful in scheduling maintenance actions, either to schedule preventive actions before a fault occurs in order to avoid delays, or to prepare for unscheduled repairs prior to the airplane's arrival at a maintenance station. This will be particularly applicable to fault tolerant systems in which a first failure does not affect flight operations immediately.

Shop maintenance is the process of restoring and verifying the proper operation of any LRU removed from the airplane.

### COMMENTARY

The airlines have the primary responsibility for developing maintenance operations that best utilize the capabilities and limitations of the airplane's systems while accommodating the philosophy and requirements of their individual situations. Any onboard maintenance system should be flexible enough to accommodate the needs of individual airlines.

### 2.1.1 Advances in Equipment Reliability

A necessary step in reducing the maintenance burden is to increase the reliability of airplane systems. The objective is to eliminate the need for unscheduled maintenance actions for system faults and to be able to defer corrective actions until scheduled maintenance periods. This area is being addressed by the suppliers by incorporating components with greater reliability, and utilizing fault-tolerant designs.

As equipment becomes more reliable and the time between maintenance actions increases, there will be less need for maintenance personnel to check system performance and perform troubleshooting. Given this decrease in opportunities to "practice" on real equipment, the proficiency level for fault isolation may thus be reduced. This should be a factor in the design of fault-detection and isolation systems meant to support line maintenance.

### 2.1.2 Fault-Tolerant Design

In airplane systems incorporating fault-tolerant designs, internal faults will not manifest themselves in a loss of

functionality until the fault tolerance of the system is exhausted and failure occurs.

A fault-tolerant system should be able to inform maintenance personnel of the level of remaining redundancy at any given moment to support airplane dispatch. Thus the term fault isolation will be used in this document to cover isolation of both faults and the broader category of failures.

### 2.1.3 Fault Isolation and Corrective Action

Other essential elements of an OMS include the equipment and methods necessary to assist maintenance personnel to provide timely responses. These should be fast, accurate, and unambiguous identifications of faulty LRUs and recommendations for corrective action.

The increasing complexity of airplane systems and their dispersion throughout the aircraft dictate a centralized system which can gather, consolidate, store and display fault data.

### 2.1.4 Unjustified Removals

Unjustified removals of systems components are traditionally a major cost factor. The OMS is expected to help in reducing the No Fault Found rates to acceptable levels. However, even the best and most carefully designed OMS cannot replace the need for well designed aircraft systems or appropriate aircraft maintenance.

### COMMENTARY

This is especially true for the systems software functions. Software anomalous behavior is believed to contribute to unjustified removals significantly.

Specific design consideration should be given to system areas such as:

- Power supply interrupt handlers (short, medium or long interrupts)

- Watchdog timers

- Automatic resets

- Manual resets

The dynamic behavior of the system components where such devices are used should be such that no nuisance faults will be generated.

### 2.2 Objectives of an OMS

An OMS is expected to serve as the tool for consolidation and correlation of all the various system BITE results for centralized access and display. It is expected that accurate fault reporting and isolation via BITE and onboard maintenance procedures will result in a reduction of unnecessary removals.



## 2.0  MAINTENANCE CONCEPT (cont'd)

### 2.2  Objectives of an OMS (cont'd)

It is also expected that the interaction between BITE and the operator will be simplified and unified, and that a uniform BITE methodology will be established throughout the industry which will reduce the training needed by maintenance personnel.

Integrated condition monitoring within the OMS will enable ground personnel to preplan for maintenance, rather than merely react to currently detected faults.

Specifically, the objectives of an OMS are:

— To provide a cost-effective, user-friendly means of airplane maintenance. This is achieved by use of a centralized maintenance computer system in lieu of the various test switches, fault balls, maintenance manuals, and ground support equipment, needed to maintain both current and previous airplane models.

— To reduce shotgun maintenance by improving fault isolation and detection capability. This will improve the effectiveness of airplane maintenance by reducing the number of spares needed and the number of dispatch delays and cancellations.

— To simplify maintenance procedures and reduce training requirements to a minimum. The OMS should display information in plain English and provide a simple, intuitive user input capability. This information includes identification of faulty LRUs, LRU removal and installation procedures, dispatch deviation guides (DDGs), replacement verification tests, and troubleshooting procedures.

— To reduce or eliminate most ground support equipment, such as rigging adjust boxes and data bus readers.

— To provide ACMS, including such functions as redundancy status, auto-exceedance monitoring, and performance monitoring.

— To reduce flow time and manpower required during manufacturing functional test.

### 2.2.1  Role of BITE

The role of BITE in airplane maintenance is to assist in both the fault detection/isolation and the verification of system operation.

It is important that both flight crews and ground crews are able to identify improper operation of airplane systems according to established priorities and needs. To avoid delays and their associated costs, maintenance personnel must also be able to isolate the malfunctioning LRU quickly and confidently.

Following the installation, adjustment, or replacement of an LRU, self-tests to verify proper power, system interconnection and, in some cases, system operation, are

helpful in confirming a successful maintenance action.

The role of BITE in shop maintenance should be to promote fault location within a unit to a shop replaceable unit (SRU). Where provided, the data in BITE memory should be easily accessible in order to read fault information. LRU BITE functions should operate in concert with shop test equipment.

### COMMENTARY

Where practical, shop maintenance techniques should take advantage of BITE. Nonetheless, designers should avoid adding complexity for shop maintenance without good economic justifications.

### 2.2.2  Role of Onboard Maintenance Documentation (OMD)

To streamline and simplify maintenance procedures, reference documents needed by line maintenance personnel to complete repair actions quickly should be available through an OMD function. The OMD should include:

— Maintenance manual information

— Minimum equipment list (MEL) and/or a dispatch deviation guide

— System schematics

— Wiring diagrams

— Part numbers and illustrated parts catalog (IPC) data

The OMD function should provide data loading, storage and retrieval capabilities allowing for easy access and quick documentation updates. Such updates should allow individual airlines to include data unique to their operations.

### 2.2.3  Role of Airplane Condition Monitoring (ACM)

Systems that benefit from condition monitoring may provide data to be recorded for subsequent analysis.

Performance trends determined from this data can be used to monitor the health of systems that are subject to degradation. This condition monitoring permits the planning of timely corrective action, thereby avoiding unscheduled maintenance actions that disrupt airplane service. Candidates for use of performance trends or exceedence reports include:

— Engines

— Airplane aerodynamics

— Auxiliary power units (APU)

— Electrical generators





FX0175776

## 2.0  MAINTENANCE CONCEPT (cont'd)

— Environmental control systems (ECS)

Condition monitoring is also intended to provide data that will enable an airline to analyze its overall airplane fleet operation, thus improving its operating efficiency.

### 2.2.4  Role of Data Link

If known in advance of an airplane's arrival at a terminal, selected information held in the OMS central maintenance computer's memory could be useful to line maintenance personnel in planning timely corrective action.

On suitably equipped airplanes, the OMS will have the ability to send data to the ground. The transmission may be initiated manually (by the flight crew), automatically (by the OMS), or at the request of a ground station. The OMS design must consider the airlines' varying requirements in this area, and provide flexibility.

### 2.3  Regulatory Aspects

The OMS is only one element in an array of checks used to ensure the overall integrity of an airplane. The OMS philosophy used in design and development should support acquisition of regulatory approval for its use as a maintenance tool.

### 2.4  Availability Aspects

OMS functions needed for the evaluation of failures which are MEL items and the OMS functions necessary to verify the proper maintenance actions taken to correct such failures should be provided either through fault-tolerant or redundant design.

## 3.0 OMS DESCRIPTION

### 3.1 OMS Architecture

The OMS should consist of the following equipment:

— Fault Detection and BITE, both hardware and software, in each member system LRU, as required to achieve a high level of fault detection and isolation integrity

— A central maintenance computer

— A maintenance access terminal (MAT) in the flight deck

— Interfaces necessary to monitor flight deck effects

— An interface to an electronic library system

— An interface to a flight deck printer

— An interface to Data Link

— An interface to a data loader/retriever

— An interface to an event button in the flight deck

— An option for one or more remote maintenance access terminals

Attachment 1 presents a block diagram of the equipment an OMS should consist of.

The OMS includes functions which are resident in a number of LRUs in different parts of the airplane. These distributed OMS functions are required for the successful and comprehensive operation of the OMS as a whole.

At the center of the OMS is the CMC function. The CMC interfaces with the OMS member systems, the OMS user interface devices, and the displays.

A member system is any system which interfaces with the CMC - either directly or through a communications gateway. Systems or LRUs which do not interface directly with the CMC, but which report faults and failures via another LRU or system, are considered, for the purpose of this report, to be a part of the member system which has the direct CMC interface.

Non-member systems are those systems with no electronic interface for fault reporting via the CMC. Non-member systems are those which typically have no automatic BITE. Their maintenance actions would be covered through the onboard maintenance documentation (OMD) and manual/interactive fault reporting means such as keyboard entries.

The CMC provides the interface between maintenance personnel and the OMS. The CMC should also:

— Receive fault and failure data from members.

— Sort and consolidate fault and failure data.

— Correlate fault and failure data with flight deck effects.



— Format fault and failure data for storage, display and/or downlinking in a standard form.

— Request a specific member system to perform ground tests such as the replacement verification test, the system operational test, system functional test, alignment and rigging.

— Display all hardware and software configuration identification data as sent by member systems, including part and serial numbers.

### 3.2 OMS Functional Requirements

The functions necessary to support the OMS are intended to provide a cost effective level of automatic fault and failure detection, isolation, and reporting. These functions are also designed to facilitate maintenance troubleshooting procedures in those systems where automatic means would not be cost effective. Thus the OMS functional requirements are broken down into the following categories:

— Automatic isolation of fault and failure

— Determination of system integrity

— OMD

— ACMS

— Event Function



No supporting carry-on documentation, such as cue cards, operations notes, or other documents should be needed to use the OMS to access airplane systems BITE or maintenance documentation.

#### 3.2.1 Automatic Testing and Isolation of Fault and Failure

Automatic fault and failure isolation will depend upon member systems primarily for the initial detection and isolation within the member system. The consolidation of data, the correlation with flight deck effects and supplementary fault isolation to an LRU or interface if appropriate, will be done by the CMC. The CMC will also initiate automatic tests within the member systems by means of test request message(s) to the member system.

##### 3.2.1.1 Member Systems

Member systems fault detection and BITE will be the primary source of data used by the OMS for detection and isolation of internal LRU faults, internal system faults and external interface faults.

##### 3.2.1.2 Non-member Systems

Although non-member systems will typically be those without the capability to perform automatic fault and failure isolation, such a capability must not be precluded. In the interest of operator interface consistency, it is

## 3.0 OMS DESCRIPTION (cont'd)

desirable to have all airplane systems' BITE interfaces available through the OMS control panel. The OMS designer should ensure that the proper manual troubleshooting procedures are automatically made available from applicable OMD data.

The goal for OMS must always be a cost effective combination of automatic BITE and manual procedures to ensure efficient maintenance of all airplane systems.

### 3.2.2  User Initiated Tests (Ground Tests)

Ground tests are procedures which are manually initiated by operator inputs through the OMS control panel. The following user-initiated functions should be provided:

— Operational Test

— LRU Replacement Verification Test

— System Test

— Interactive Fault Location Tests

— Alignment and Rigging Tests

— Interface Monitoring

— Hardware and Software Configuration Identification

The operator may select specific tests, as provided for by the OMS menu and instruction displays. After selection, the OMS will display test prerequisites and interactive instructions as appropriate. The CMC will provide the requests and data to the member system in order to accomplish the test or tests.

The member system will run the appropriate test or tests and will send operational status and test results data to the CMC display.

### 3.2.2.1  General Characteristics

The OMS integrated ground test process should support rapid system integrity determination in the line maintenance and extended maintenance situations. This should be considered in the areas of degree of automation, design for ease of selection of required tests, minimization of required ground support equipment, and personnel safety provisions.

#### 3.2.2.1.1  Automation

Ground tests should be automated to increase accuracy and efficiency and reduce testing time and expense. The need for operator interaction for the evaluation of pass/fail criteria should be minimized. Test parameters and pass/fail criteria should be contained within the member system for each specific test.

#### 3.2.2.1.2  Modular Design

All ground tests should be designed in a modular manner

to support each type of ground test and to allow selection of specific tests for member systems' LRUs and communication links.

#### 3.2.2.1.3  Ground Support Equipment

All ground test designs should minimize the use of ground support equipment. This will have the effect of reducing time and logistics needs for airplane maintenance.

#### 3.2.2.1.4  Ground Test Enable

It should be impossible to run ground tests unless the airplane is on the ground and appropriate interlocks are satisfied. The interlocks will vary by system. Member systems should protect themselves from inadvertent ground test commands issued by the CMC.

Ground tests should be enabled by selections via the OMS user interface. Subordinate selections should permit operator selection of the airplane system, the category of ground test, and the specific test.

#### 3.2.2.1.5  Safety

The ground test prerequisites and procedures should be designed to prevent hazards to personnel and damage to equipment.

### 3.2.2.2  Specific Test Requirements

Additional information on the tests addressed in the following sections may be found in ATA Specification 100.

#### 3.2.2.2.1  Operational Test

The operational test should determine that all elements of the system (including redundant channels and communication links) are installed and capable of responding in a normal manner. Normally, this is met by the operational monitoring within the system.

It should:

— Be simple and brief, comparable to flight crew preflight tests

— Not require ground support equipment

— Be automatic, if possible

#### 3.2.2.2.2  LRU Replacement Verification Test

The LRU replacement verification test should verify the basic operational capability of a replaced or repaired LRU and the integrity of its interfaces.

#### 3.2.2.2.3  System Test

The system test should demonstrate that the system meets normal design specifications and tolerances applicable for initial installation or major repair.

## 3.0 OMS DESCRIPTION (cont'd)

### 3.2.2.2.3 System Test (cont'd)

#### COMMENTARY

The purpose of the system test is to determine if specific parameters are within system design tolerances. When comparing actual system operation to design specifications, it must be remembered that maintenance is performed in an environment far different from that found in the factory or design laboratory. Specifications for system operation on an in-service airplane should allow for reasonable degradation due to continued use, and tolerance variation due to environmental differences in temperature, pressure, humidity, vibration, and similar factors.

The tests to verify operation "to spec" may be more involved and may require, in some cases, independent calibrated standards of measure. Ground support equipment (GSE) may be used as required to accomplish the system test, although the goal should still be to minimize the use of such GSE.

If GSE is used, this should not require any equipment removal.

### 3.2.2.2.4 Interactive Fault Location Tests

The OMS should provide the means to select and perform interactive tests when necessary to locate faults in multi-component systems where automatic BITE cannot locate the faulty components.

### 3.2.2.2.5 Alignment and Rigging Tests

The OMS should provide, via member systems, drive outputs and feedback positions to enable alignment and rigging without the need for special test equipment.

The member systems should transmit appropriate measurements and limit data to the CMC for system components which require rigging and/or alignment.

### 3.2.2.2.6 Interface Monitoring

The OMS should provide an optional capability to monitor, decode and display selected data words from any of the digital buses which interface with the CMC.

### 3.2.2.2.7 Hardware and Software Configuration Identification

The member systems should transmit hardware and software configuration identification data to the CMC upon request. This data should include hardware and software part numbers or combined part number, serial number, modification status, and programmable options in effect (e.g., pin programmable options).

### 3.2.3 Onboard Maintenance Documentation

The OMS should make available the pertinent information to speed repair and/or dispatch of the airplane for detected faults and failures, as well as any information required to troubleshoot problems not covered automatically. The detailed provisions needed of the OMD are described in section 7.0.

### 3.2.4 Airplane Condition Monitoring

ACMS is intended to provide a single point for airplane system operational data monitoring, limited processing, storage, and access (formatted reports and mass data retrieval). ACMS may be used to allow analysis of trends and prediction of future maintenance needs.

The fundamental ACMS functions which should be considered basic to an OMS include:

— Access to current fault level of fault tolerant systems.

— Storage of and access to operating parameter "snapshot" data for systems such as engines, hydraulics, air conditioning, and electrical power.

Fault tolerance is the built-in capability of a system or LRU to continue to perform its required functions with a specified number of faults. A typical fault-tolerant system status page should display the actual health status of the system.

In order to support ACMS functions, OMS member systems should transmit data as required. This data should include information such as system status (including redundancy status for fault tolerant systems) and other specified parameter values.

The full provisions of an ACMS are described in section 8.0.

### 3.2.5 Event Function Requirements

An insight into the operating conditions of the target systems in the form of "Snapshot" data displays should be provided for both exceedance/abnormal operating cases and for flight crew initiated manual "events". This function should meet the following requirements:

a. The Event function may be initiated by a manual Event button activation or may be triggered by the OMS on the occurrence of a predetermined set of conditions.

b. The CMC should provide an Event command as either a broadcast or an equipment specific signal on the digital bus.

c. When an Event command is received, each commanded member system should store software trace and other relevant pre-event data.

d. Stored Event data should be available from each member system when requested by the CMC.

e. The CMC should be capable of providing the Event data to the Data Link, data retriever or printer.

f. Event data should not be interpreted but should be in the format of the digital bus.




## 3.0  OMS DESCRIPTION (cont'd)

### 3.3.  OMS User Interface Requirements

### 3.3.1  CMC Response Modes

A CMC response mode is activated upon receipt of a human or machine request. The CMC should respond to a user's request via the control panel or the maintenance access terminal (MAT) by making available the top-level maintenance selections, which, for example, could consist of the following:

— PRESENT FAILURES

— PRESENT LEG FAILURES

— LAST LEG FAILURES

— FAILURE HISTORY

— GROUND TESTS

— AIRPLANE CONDITION MONITORING

— MAINTENANCE DOCUMENTATION ACCESS

— LRU LIST

— SERVICE REPORTS

— NOTES

— HELP

The human user, through the OMS control panel and display unit or MAT, should be able to further request or select:

— Display of detailed failure data.

— Specific ground tests, such as LRU replacement verification tests, operational tests, system functional tests, or alignment and rigging.

— Interactive failure isolation if a group of LRUs was indicated.

— Display and/or printout of selected maintenance documentation.

— Downlink of selected maintenance data.

— Retrieval of selected maintenance data via printer and/or mass storage device.

A machine user (e.g., Data Link or data loader/retrieval system) should be allowed direct access to the OMS function required. For example, a request via data link for detailed data on a specific fault should be completed by the OMS with only one original request as input, and should not require interactive operations via the data link.

Each CMC user request mode should remain active until

an "off" request is received from the source which made the original request for that mode, or until appropriate criteria have been met (e.g., a period of time has elapsed with no control input activity). This is intended to prevent source failures or anomalies from locking up the OMS/CMC.

The potential exists for multiple users to independently request access to CMC functions. The CMC servicing of multiple users should have no noticeable effect on response time to any given user's requests. Any reporting LRU should not be required to respond to multiple users at the same time.

#### COMMENTARY

CMC operating modes which are not response modes include CMC receipt of member system BITE fault and failure data during normal airplane operations, without any control inputs external to the OMS. Faults which do not impact operational functionality are reported through the ACMS.

Appendix A shows an example OMS Main Menu.

#### 3.3.1.1  Present Failures

All member systems BITE detected failures that are presently reported to the CMC should be displayed on a "Present Failures" page when selected by a user. This information should include:

— Failure indication or flight-deck effect, if any

— Failed function

— Failed LRU, part number and serial number, or interface

— ATA reference

— Onboard maintenance documentation reference

If the information is to be printed, retrieved, or downlinked, the following information should be added:

— Failure date and time

— Flight phase

— Aircraft identification

— Flight number and city pair or route number

From this "Present Failures" page, additional maintenance data and documentation should be accessible.

#### 3.3.1.2  Present Leg Failures

Failures detected by the BITE of each member system should have been passed on to the CMC during the



## 3.0 OMS DESCRIPTION (cont'd)

### 3.3.1.2. Present Leg Failures (cont'd)

present flight. The CMC should format and display this page when selected by a user. Basic information should include:

— Failure indication or flight-deck effect, if any

— Failed function

— Failed LRU, part number and serial number, or interface

— ATA reference

— Onboard maintenance documentation reference

— Failure date and time

— Flight Phase

If the information is to be printed, retrieved, or downlinked, the following information should be added:

— Aircraft identification

— Flight number and city pair or route number

Failures should be identified as hard or intermittent. From this "Present Leg Failures" page, additional maintenance data and documentation should be accessible.

Appendix B shows an example Present Leg Failures display.

### 3.3.1.3 Last Leg Failures

At the completion of the "Present Flight Leg", the information as described in the preceding section should be accessible as "Last Leg Failures".

### 3.3.1.4 Failure History

The CMC should display all member systems BITE-reported past failures. This data should be available by system (ATA chapter), flight leg, date and time, as requested by the operator. The data displayed should include a failure history of at least the last 64 flight legs or a total of 256 failures, including the maintenance action taken (if recorded).

Appendices C and D show an example Failure History System Menu and Failure History System Display. Appendices E and F show an example Failure History Flight Leg Menu and Failure History Flight Leg Display.

### 3.3.1.5 Ground Tests

The CMC should provide the capability to initiate all member system ground tests. The "Ground Test" selections should provide the available tests for each member system, organized by ATA chapter or other logical grouping for ease of maintenance. The "Ground Test" selections are listed in section 3.2.2.

### COMMENTARY

During ground tests, access of system LRU NVM data to assist in troubleshooting may be required.

### 3.3.1.6 Airplane Condition Monitoring

The CMC should provide access to aircraft condition monitoring data. The display format should be consistent with that for other OMS functions.

### 3.3.1.7 Maintenance Documentation Access

The CMC should provide access to onboard maintenance documentation. Access to OMD should be provided in a categorical manner, similar to access for inflight failure history and ground test.

### 3.3.1.8 LRU List

The CMC should have the capability to display a list of presently installed member system LRUs including part numbers, serial numbers and modification status. The CMC should cross check the LRU configuration with the OMD and annunciate any deviation. The display format for the list of presently installed member system LRUs should include the ATA reference.



It is expected that, upon request, member system LRUs will transmit the relevant information to the CMC (see 3.2.2.2.7). For non-member system LRUs, the CMC should be able to accept the data via other means, e.g., the flight deck control panel/display, the MAT bar code reader, etc.

### 3.3.1.9 Service Reports

Maintenance personnel are usually not only responsible for repair actions but also for servicing the airplane. Therefore, in addition to the actual maintenance function, the OMS should provide service reports on systems where sensors are available for normal operation, or where the addition of suitable sensors is economically feasible for this purpose.

Typical candidates for service reports are engine oil quantity, hydraulic quantity, oxygen system, tire pressures, and others.

### 3.3.1.10 Notes

The CMC should provide access to a memory area which can be used by the airline for any data it deems useful for maintenance. For example, additional troubleshooting procedures could be included here, or cross reference between part numbers as used by OMD and the airline's particular part numbers.

Loading of this memory should be accomplished through a standard software loader or through the OMS control panel keyboard. Editing should also be possible through the control panel keyboard in order to allow entry of data which is unique for one individual airplane.



## 3.0  OMS DESCRIPTION (cont'd)

### 3.3.1.11  Help

A help function should be provided for assistance in using the OMS. This should explain any features of the OMS operation or user interaction which may not be obvious to a user.

### 3.3.2  OMS User Input

To provide maximum flexibility in user selection of OMS functions, some form of software-controlled selection process (e.g., menu) is necessary. An easy method to input alpha-numeric data should be provided.

To minimize operator scanning problems, the input device and the display unit should be either combined or placed close to each other.

System acknowledgement to a user request should be in the order of two seconds or less. When a long delay is expected to process data and/or display results, the system should give an indication of time remaining or at least that the system is "working".

### 3.3.3  Maintenance Access Terminal

The MAT is the primary control and display unit of the OMS. Through the MAT, the operator can view faults, either current or historical; initiate aircraft, system, or LRU specific tests; and view the results of any tests conducted. The MAT should provide text and graphics for schematics, component location, wiring diagrams, and assembly diagrams as required for OMD. The ability to mark/highlight the selectable and/or selected items on a MAT is desirable.

The location of the MAT should support airline needs for quick turnaround and extended maintenance. A MAT on the flight deck should provide a central station for maintenance activities, such as coordination with the flight crew or checks of displays and controls.

Ports should be provided for optional remote or portable MATs to facilitate maintenance at other locations.

#### COMMENTARY

The portability of the MAT allows the maintenance technician to "take the OMS on-site." For example, if maintenance action is required on the aircraft brakes, the portable MAT could be connected to the OMS port located in an adjacent wheel well. From this location, a test could be conducted to isolate the fault, appropriate maintenance action could be taken, and finally, the test could be conducted again to verify the maintenance action.

Ports may be provided at service interphone panels whose locations are already in place. Commercial computers with a suitable CMC/ELS interface should be considered for use as portable MATs.

Through concurrent operation with ELS, the maintenance technician would be able to access the Onboard Maintenance Documentation contained in ELS to view

troubleshooting procedures, wiring or schematic diagrams, as well as removal and replacement procedures once the fault is isolated.

### 3.3.4  Printer

An onboard printer can aid airplane maintenance by producing printouts of selected diagrams or maintenance procedures at the work site as they are required. The printer can also serve as one of the output channels for the ACMS function of OMS.

The printer should be capable of reproducing any text and graphics screens displayed to the operator.

### 3.4  Interfaces with Other Airplane Systems

### 3.4.1  Data Link

The OMS should be designed to provide the capability to transmit data to the ground for advance initiation and preparation for maintenance actions when required. The OMS should also provide for receipt of uplinked data requests from the ground.

The data to be passed from the aircraft to the ground should include failure data, failure history data, reports from the ACMS, and other appropriate aircraft maintenance status data. The uplinks passed to OMS from Data Link may consist of specific requests for data, specific condition monitoring reports, and other appropriate OMS functions.

The Data Link should be treated as an outside communications interface terminal (such as a control and display terminal) for the OMS. The OMS should provide data to Data Link in the proper format, and receive and interpret incoming Data Link uplink messages.

The desire of some airlines to require flight crew interaction prior to release of maintenance or failure data for downlinking should be provided for by OMS.

### 3.4.2  Software Loading/Data Loading/Data Retrieval

When appropriate criteria have been met, the OMS should respond to a software load request if OMS software is to be updated.

When appropriate criteria have been met, the OMS should respond to a data load request if OMS data and/or documentation are to be updated.

When appropriate criteria have been met, the OMS should respond to a data retrieval request if OMS data is to be dumped.



## 4.0 CMC DESIGN CONSIDERATIONS

### 4.1 Fault and Failure Data Processing

The data processing requirements for fault data includes both member system reported fault and failure data, and the central maintenance function internal failure data.

### 4.1.1 Continuous BITE Monitoring

The CMC should continuously monitor all member-system BITE inputs and its own health. The CMC should begin to monitor immediately after its power-up self test and continue until it is shut down. The CMC should include a power-up self-test which can also be initiated by operator command. The CMC, which may be a dual installation, should be responsible for detecting and recording all faults occurring internal to itself and with its interfaces.

### 4.1.2 BITE Data Consolidation

The CMC should process all member system BITE input data. This processing should include consolidation of data transmitted from the member systems by resolution of otherwise ambiguous failure reports, storing failure data and correlating flight-deck effect with failure data.

#### COMMENTARY

The extent of failure data consolidation will directly determine the complexity of the CMC, which could vary from a very simple data collector up to an expert system. The system designer should carefully consider the cost/benefit tradeoff as well as the time pressure for developing the system. Too high a degree of complexity might result in a system which is not available for maintenance use during the introduction of a new fleet.

### 4.1.3 CMC Processing of Supporting Data

The CMC should collect, at the minimum, the following data which may be useful in processing the specific failure related to a pilot report:

— Failure indication or flight deck effect, if any

— Flight phase and flight leg

— Time and date

— Flight number and city pair or route number

— Airplane identification

— Airplane flight parameters to support the pilot report and/or troubleshooting, e.g., altitude, airspeed, etc.

— Power interruption status (if applicable)

#### 4.1.3.1 Failure Indication or Flight Deck Effect Data

The CMC should store the flight deck effect(s) caused by each failure to correlate a pilot report to the specific failure which prompted the report. This data may be available from either the individual member system reporting the

failure or from caution/warning/advisory functions on the airplane.

#### COMMENTARY

Systems in the cabin or cargo compartment will be member systems of the OMS and should be treated the same way as flight relevant avionics.

#### 4.1.3.2 Flight Leg and Flight Phase Data

The CMC should contain logic to determine flight legs. All fault and failure data recorded by the CMC should be tagged with the appropriate information.

Flight legs should be identified as:

— Present leg        = leg 0

— Last leg           = leg -1

— Previous legs      = legs -2, -3, -4, etc.

#### COMMENTARY

The logic for determining the start and end of a flight leg may vary between different airplane models. It will be the responsibility of the OMS designer to determine the criteria for the transition between flight legs. To provide for maximum flexibility, this could even be a customer option.



Systems operating time should be divided into the following basic flight phases:

| 1 | Power-On | The time interval when there is electrical power applied to the aircraft and no other phase is true. This should be considered the default flight phase. |

#### COMMENTARY

Data should only be stored when there is reasonable assurance that the failure is real and not caused by aircraft configuration, i.e., nuisance faults should not be stored. Particular care should be taken when storing faults during the power-on phase.

| 2 | Engine Start | The time interval from the initiation of engine start (e.g., start lever moved to START position) until normal engine operating parameters (e.g., oil pressure) are established. This transient flight phase could occur during any other flight phase. |
| 3 | Taxi Out | The time interval from push back (e.g., flight plan loaded, at least one engine running, and parking brake released) until setting takeoff power. |
| 4 | Takeoff Roll | The time interval from setting takeoff power until liftoff. |



## 4.0 CMC DESIGN CONSIDERATIONS (cont'd)

| 5 | Initial Climb | The time interval from liftoff until climb configuration is established (e.g., landing gear and flaps are retracted). |

| 6 | Climb | The time interval from end of Initial Climb until leveling off at the preselected flight level, or from leaving a flight level until leveling off at a higher flight level. |

| 7 | Cruise | The time interval during which the same flight level is maintained. |

| 8 | Descent | The time interval from leaving a flight level until leveling off at a lower flight level, or until beginning Approach (e.g., flaps are set). |

| 9 | Approach | The time interval from beginning the selection of landing configuration (e.g., flaps set) until Flare is reached, or until Go Around is initiated. |

| 10 | Go Around | The time interval from selecting Go Around (e.g., setting go around power) until Climb is reached. |

| 11 | Flare | The time interval from reducing power to idle at a specified altitude (e.g., less than 50 feet) until touchdown or initiation of Go Around. |

| 12 | Rollout | The time interval from touchdown until Taxi In begins (e.g., IAS is less than 60 knots or heading changed greater than 10 degrees) or until Takeoff Roll is initiated. |

| 13 | Taxi In | The time interval from the end of Rollout until all engines are shut down. |

| 14 | Engine Shutdown | The time interval from the initiation of engine shutdown (e.g., start lever moved to CUTOFF) until engine is stopped (e.g., Oil Pressure is low). This transient flight phase could occur during any other flight phase. |

| 15 | Maintenance | The time interval when the onboard maintenance system is being used to command and control a display. This typically occurs when maintenance is being performed. Faults should not be stored during this phase. |

These phases can be used in prioritizing fault data recording within the CMC and be transmitted to member system LRUs where it can be used for selective recording of fault data in the LRU's internal NVM. The flight phase logic may be computed in the CMC or alternatively retransmitted from an external source. Whatever the detailed definition of flight phases, they should be consistent throughout the whole airplane.

### COMMENTARY

Users have a strong interest in LRU interchangeability across different airplane models. Therefore, the basic flight phases should be standardized. For certain airplane systems, it may be appropriate to divide or combine some of the above flight phases.

#### 4.1.3.3 Time and Date

The CMC should provide the time and date to correlate each failure reported by a member system. The time should be expressed in universal time coordinated (UTC) in hours, minutes and seconds. The date should be expressed by day, month and year, with the month in alphabetic characters rather than numerals in order to avoid confusion. This information should be derived from a common source, such as an onboard chronometer.

#### 4.1.3.4 Flight Number and City Pair or Route Number

The CMC should receive the flight number and city pair data from flight management functions and tag this data to each member system reported failure.

#### 4.1.3.5 Airplane Identification

The CMC should receive the airplane identification code, such as tail number, and tag this data to each member system reported failure.

#### 4.1.3.6 Flight Parameters

The CMC should obtain flight parameter data (such as aircraft attitude, air speed and altitude) and tag them together with the faults or failures reported by each member system.

#### 4.1.3.7 Power Interruption Reporting

The CMC should receive power interruption information from member systems. Each member system LRU should report when it has recovered from a power interruption. When the CMC receives the power interrupt status, it should clear any interface faults associated with that LRU which may have been stored as a result of that power interruption.

Faults associated with a flight deck effect should not be cleared. They should be tagged with the information that a power interruption has occurred.



## 4.0 CMC DESIGN CONSIDERATIONS (cont'd)

### 4.2 CMC Storage Requirement

The CMC should have enough non-volatile memory to store consolidated failure data derived from data transmitted by each member system for the number of flights as specified in section 3.3.1.4. Included with this data should be:

— Flight deck effect, if any

— The failed LRU, its part number and serial number, or interface

— The onboard maintenance documentation reference (e.g., ATA Reference)

— Flight number and city pair or route number

— Flight phase

— Airplane identification

— Date and time at which the fault or failure occurred

— Power interruption status (if applicable)

— Other supporting flight parameters such as altitude, air speed, and airplane attitude data, as appropriate

In addition, the CMC should have enough NVM to store hardware and software configuration identification of failed LRUs and airline-unique data, such as airline-unique equipment part numbers and notes. Note that the CMC's NVM storage is in addition to the NVM storage allocated in the member systems (as described in section 5.2.4), and the information contained in each NVM area is unique. Like the CMC, each member system shall collect its internal fault data in NVM on a first in first out (FIFO) basis.

### 4.3 CMC Operational Monitoring

CMC BITE should be designed according to the member system BITE guidelines defined in section 5.

### 4.4 Reliability

The design should provide function reliability and partitioning as necessary to protect the OMS functions. The order of importance is:

1. BITE and ground test interface

2. ACM and OMD

#### COMMENTARY

This report does not define hardware redundancy, but the OMS designer must bear in mind that an airplane with an unreliable OMS is worse than an airplane without an OMS. The goal of making OMS not critical for airplane dispatch in no way reduces the airlines' desire that the CMC be available to assist airplane maintenance in the turnaround environment.

### 4.5 CMC Interface with Member Systems

The preferred method of communication between the CMC and member systems is via a data bus. The CMC should supply the following data for use by member systems:

— Flight phase and flight leg

— Time and date

— Flight number and city pair or route number

— Airplane identification

— Airplane flight parameters to support the pilot report and/or troubleshooting, e.g., altitude, airspeed, etc.

— Event function activation

The CMC should receive coded data from all member systems. The codes are defined in the applicable ARINC Specification (if any). The CMC should interpret the codes and translate them into a predetermined set of clear, English-language messages to be displayed for maintenance personnel. An optional selection should be provided to allow the CMC (operator) to erase a given member system's NVM fault data storage.

The CMC should also have access to the member systems LRU shop fault data for engineering use both on the flight deck as well as in the shop. It may be desirable to allow the CMC to access member system's stored software trap information for purposes of extended maintenance or engineering troubleshooting on the flight deck as well as in the shop.

### 4.6 Software Loading

The CMC should be capable of having its operational software updated without removing it from the airplane. Sufficient protection should be provided to preclude inadvertent alteration of this software.

### 4.7 Failure Data Retrieval

The CMC should be capable of dumping all failure data to an electronic storage device. This applies to data stored inside the CMC and the member systems' BITE memories.



## 5.0 OMS MEMBER SYSTEM BITE

### 5.1 General

#### 5.1.1 Fault/Failure Detection

Member system BITE should be responsible for recognizing any fault condition of the member system and fault conditions in its external interfaces with other systems, sensors, etc.

This should be accomplished using the results of the normal continuous operational monitors which are part of the basic operational function of each member system LRU. Additional power up or user initiated tests may be added to improve the overall fault detection integrity. For fault-tolerant member systems, this should include assessing the level of degradation of the fault-tolerant function provided. The degradation data should be made available to the ACMS.

Where there are multiple LRUs within a system, it is highly desirable to monitor all units. Individual monitoring may be accomplished using self-monitoring by each LRU or by a central LRU monitoring less sophisticated peripheral equipment.

#### 5.1.2 Fault/Failure Isolation

In multiple-LRU systems, BITE should indicate which LRU is faulty. Where insufficient information is initially available, the capability within BITE to perform self-tests is desirable in order to improve fault isolation accuracy.

#### 5.1.3 Return to Service Testing

BITE should be designed to facilitate the speedy return of an airplane to service after an LRU replacement. LRU or system tests following LRU replacement should be sufficient to declare the airplane system serviceable. As a design goal, the power-up test of a member system LRU should be sufficient as a return to service test. The same or a similar test should be capable of being initiated by the CMC without the need for cycling circuit breakers. The member systems should carry the ultimate responsibility for ensuring that they do not enter the return to service test mode (even if so commanded by the CMC) when airplane conditions do not warrant such a test.

A detailed description of the various types of ground tests that should be supported by the member systems can be found in section 3.2.2. The member system design should be flexible enough to allow participation in all of the referenced tests without removal of the LRU(s) from the airplane. The need for special ground support equipment should be minimized.

#### 5.1.4 CMC Support Functions

The member system should provide LRU configuration data to the CMC for purposes of on-board LRU configuration management. This information is identified in section 3.2.2.2.7.

#### 5.1.5 Ground Support Functions

To support system test (as defined in section 3.2.2.2.3), the member system should allow for any necessary GSE Interfaces. It should be a goal to minimize the need for these special interfaces.

### 5.2 BITE Non-Volatile Memory (NVM)

Avionics LRUs should have NVM for storage of internal faults and failures, including faults in fault tolerant LRUs. This data should be readable in the shop and onboard the airplane while on ground.

#### COMMENTARY

The display of LRU BITE memory is not a line maintenance tool. It should be considered an engineering tool for collecting data to help understand hard to diagnose faults and identify possible design deficiencies. It need not be presented in standard (plain-English) OMS format.

#### 5.2.1 Detailed Fault Data Storage

A header for each flight leg on which a fault occurs should be stored. It should include:

— City pair or route number

— Flight number

— Date

— Airplane identification

— Flight leg number

— LRU Position

— Software part number

— Selected options

The following information should be stored with each fault:

— The identification of the monitor or monitors detecting the fault and the appropriate fault code

— Hard or intermittent fault classification

— Number of times the fault occurred per flight leg (Storage should be provided for a minimum of 4.)

— Flight phase and UTC when fault occurred

— Fault isolation to an SRU level, if practical (shop data)

## 5.0 OMS MEMBER SYSTEM BITE (cont'd)



### 5.2.1 Detailed Fault Data Storage (cont'd)

— Additional parameters which may be useful for troubleshooting (e.g., system mode existing when fault was detected)

The Member System should take advantage of the flight phase information being sent by the CMC to allow selective fault storage (if applicable).

### 5.2.2 Software Anomalies

Whenever the software in a member system detects that an error state has occurred, it should trap information essential for troubleshooting the cause of the error. Errors to be monitored include the following:

— Software Resets

— Watchdog timeout

— Processor traps (e.g., Divide by zero, illegal address, etc.)

This trap data should be triggered automatically and stored in NVM as engineering data. This software error trap data NVM should be sized to provide for a minimum of 5 "trap" events. This capability should be provided in a manner which does not interfere with normal operation of any other functions of the system.

### COMMENTARY

If not designed properly, software added to detect software and/or system anomalies could cause other anomalies (e.g., exceedance of program execution time monitors). Any anomaly detection technique incorporated must be designed to eliminate this possibility.

### 5.2.3 System Event Monitoring

Perceived system anomalies are often reported in service. These events may be due to design errors, software errors, real but unusual events or misunderstanding of system design and operation. Users have expressed a desire to provide a feature in applicable member systems to be able to trap software data on such events. The trap may be triggered upon activation of a flight deck event button, or alternatively may be triggered automatically in response to a set of preprogrammed conditions within the member system or in response to a CMC command. This capability should be provided in a manner which does not interfere with normal operation of any other functions of the system.

### 5.2.4 NVM Size

The LRU should have NVM storage capacity to store data from at least 64 flight legs during which one or more failures or maintenance advisories occurred. Storage should be provided for a minimum of 256 faults. The data to be stored for each fault is defined in section 5.2.1.

### 5.2.5 NVM Erase

Data stored in the NVM should be erasable in the shop or optionally with special safeguards on the airplane.

### 5.2.6 NVM First-In-First-Out (FIFO) Data Storage

When NVM becomes full, the oldest data should be discarded.

### 5.3 System BITE Communication with CMC

The system BITE communication protocol should use codes for failure data transmission. The codes are defined in the applicable ARINC Specification (if any). The CMC should translate the codes received from the various member systems, consolidate the data, and display clear English messages to the maintenance technician.

Member systems having access to flight deck effect data (as defined in section 4.1.3.1) should be capable of sending this information to the CMC for correlation with related faults detected by the CMC.

Faults detected by member systems should be reported to the CMC immediately. If an existing fault is cleared, this also should be reported to the CMC immediately.

The OMS Communications Protocol is defined in Section 6.



### 5.4 Use of BITE in Shop Maintenance

A secondary objective of BITE is to increase the effectiveness and reduce the costs of shop maintenance. At the shop, the failure history information available in BITE memory and the self test functions provided by BITE should expedite the repair and testing of a faulty LRU.

As a goal, LRU BITE should be capable of certifying the LRU as operational.

### 5.5 Detailed BITE Requirements

The member system failure monitoring and BITE functions should meet the following:

— All internal faults and failures causing loss or severe degradation of function should be detected to a high degree of integrity.

— No false indications of fault or failure should be produced when no fault or failure exists.

— Power transients should not cause false fault indications.

— Fault detection should be accomplished by continuous operational monitors to the greatest extent possible. Additional BITE tests at power-up should be used in order to meet integrity requirements when continuous monitoring is not practical.

## 5.0 OMS MEMBER SYSTEM BITE (cont'd)

— No external fault or failure should cause false internal fault or failure indications.

— Failure monitors should be designed with tolerances and time filters compatible with the intended function and the operating environment.

— BITE integrity should be validated by analysis of in-service performance.

— Faults detected in unused functions of a member LRU should be recorded internally but should not cause any system fault indications and should not be reported to the CMC.

— Member systems LRU inputs and outputs should be covered by a wrap around test to the extent necessary to meet integrity requirements.

### 5.6  Interface Fault Detection/Classification

ARINC 429 signal input faults should be detected, classified and reported as:

a.  Bus failure if octal label 377 is not received

#### COMMENTARY

Use of octal label 377 for activity testing will allow detection of reversed wires, as label 0 is illegal.

b.  Signal fail, for other system specific failures such as SSM = FAIL, parity error, reasonableness or comparison monitors. Faulty LRUs should indicate this status by transmitting SSM = FAIL on affected labels.

ARINC 629 signal input faults should be detected, classified and reported as:

a.  Total bus failure if no input signals are received from any LRU

b.  Single LRU bus failure if no signals are received from a single LRU

c.  Signal fail, for other system specific failures such as SSW = Failure Warning, SSW = Partial Failure, parity error, Manchestor Biphase encoding error, reasonableness or comparison monitors. In order to support this classification, faulty LRUs should indicate this status by transmitted SSW = Failure Warning or Partial Failure, as applicable, on affected labels.

Analog signal (excluding discrete) input faults should be detected, classified and reported as:

a.  Open or grounded

b.  Signal fail, for other detected failures such as reasonableness or comparison monitors

### 5.7  Power Interruption Reporting

Each member system LRU should report to the CMC when it has recovered from a power interruption.

#### COMMENTARY

Power interruptions typically result in numerous interface failures. By having each system report the recovery from a power interrupt, the CMC can better correlate the interface failures received from the member systems. This should identify the cause of the problem to be a power interruption, thereby reducing unjustified component removals.




## 6.0  OMS COMMUNICATIONS PROTOCOL

### 6.1  General Requirements

The following is a list of requirements for OMS communications:

a. Flexibility should be maximized to allow current and future growth potential.

b. A change of BITE reporting function in a member LRU should not require a mandatory change to the CMC in order to maintain compatibility; a CMC change to maintain compatibility with the member LRU change may be required to achieve maximum capability, however.

c. The amount of data on the bus should be minimized.

d. The required amount of processor capability, both in the LRU and in the CMC, should be minimized.

e. The software size and complexity, especially in small LRUs, should be minimized.

f. The basic protocols should be as mature as possible and should be unambiguously described in order to ensure that system works right the first time.

g. The protocols should be consistent with communication protocols used for other purposes on the airplane.

h. A protocol developed using ARINC 429 bus should be transitioned to other buses, such as ARINC 629, without requiring a complete re-write of the protocols.

### 6.2  Protocol Architecture

The OMS communication protocol architecture should be in accordance with the Open Systems Interconnection (OSI) reference model, as defined in ISO 7498.

#### COMMENTARY

A set of common requirements for airplane-wide protocols are presently being developed and will be documented in ARINC Specification 638 and other documents. It is anticipated that when these documents mature, much of the protocol material in Section 6.2 through 6.5 will be removed from ARINC Specification 624 and specified via reference to the appropriate airplane-wide protocol document.

ISO 7498 defines a seven-layer model of communication protocols. The seven defined layers are:

a. Application Layer (highest layer)
b. Presentation Layer
c. Session Layer
d. Transport Layer
e. Network Layer
f. Data Link Layer
g. Physical Layer (lowest layer)

For generalized telecommunications all seven layers are required. For specialized communication applications, such as that required for OMS, the services of the intermediate layers may not be required.

One of the primary advantages of the layered approach is to allow the change of a protocol at one layer without impacting any of the other layers. This means that it should be possible to remove ARINC 429 and replace it with ARINC 629 without changing anything else.

There are numerous communication protocols being used today which either directly conform or nearly conform with OSI, which will provide models on which to base future special-purpose protocols, contributing to the maturity of those new protocols. A standard way of describing these protocols is also evolving, which should make future protocols less ambiguous.

It is important to note that, although the layered approach to communications necessitates the addition of "overhead data" that is not present in simple protocols, the net amount of traffic on the bus can be reduced because the redundant broadcast of data is replaced with a simple request and response protocol. Once the transmitter knows that the data has been received, the data does not have to be sent again.

### 6.3  Lower Layer Protocols

The lower layers, including the physical and data link layers, are dependent on the chosen communications bus.

For communications which do not include a network layer, each member system should, as part of the data link layer, transmit a signal at least every 10 seconds to indicate that the member system is still active. If the CMC has not received any signals from a given system within the required interval, the CMC should poll that system (as defined in the data link protocol) to determine whether the system is active.

#### 6.3.1  ARINC 429 Communication

##### 6.3.1.1  Physical Layer

The physical layer protocol for ARINC 429 communication should be as defined in ARINC Specification 429.

##### 6.3.1.2  Data Link Layer

The data link layer protocol for ARINC 429 should be in accordance with the "Williamsburg" protocol, as defined in section 2.5 of ARINC Specification 429.

#### COMMENTARY

For use in indicating activity, ARINC Specification 429 requires that systems transmit label 377 at a specified rate. If no signal (label 377 or other) is received from the member system within the required interval, the CMC could poll



## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

the member system using the TEST word as defined in ARINC Specification 429-12 Section 2.5.17.1. The member system would then respond with the LOOP word. If the CMC does not receive a response to this poll after n attempts, the member system should be considered inactive.

### 6.3.2 ARINC 629 Communication

#### 6.3.2.1 Physical Layer

The physical layer protocol for ARINC 629 communication should be as defined in sections 1 through 3 of ARINC Specification 629.

#### 6.3.2.2 Data Link Layer

The data link layer should be as defined in ARINC Specification 629.

#### COMMENTARY

The data link protocol is not fully defined in the present ARINC Specification 629. Section 4 defines many of the requirements for the media access control sublayer of the data link layer. Most of the requirements for the upper data link layer protocol are yet to be defined. Work is underway to define a full data link layer for ARINC Specification 629. The most likely candidate for the upper data layer is that defined in IEEE 802.2 (Logical Link Control).

If IEEE 802.2 is adopted as the upper data link protocol for ARINC Specification 629, member systems should transmit an RR (receiver ready) indication at the required interval to indicate activity if no other signals are being transmitted. If no signal (RR or other) is received from the member system within the required interval, the CMC would poll the member system using an RR (P) command as defined in IEEE 802.2. The member system would then respond with an RR (F) indication. If the CMC does not receive a response to this poll, the member system should be considered inactive.

In addition to the RR(P) command, IEEE 802.2 contains a TEST commend which can be used to verify communications between systems. This TEST command can be addressed to either individual systems or groups of systems. This command could be used by the CMC (for example in its return-to-service test) using appropriate group addresses to verify communications with its member systems.

### 6.4 Intermediate Layer Protocols

Any system which communicates to the CMC via an intermediate system should use the intermediate layers defined in the following sections. The intermediate layer services required for OMS communications should be defined using the Link Service Access Point (LSAP) field included in the link layer protocol.

#### COMMENTARY

Most OMS communications are completed across a single data link. For these systems,

the services of the intermediate layers may not be required.

### 6.4.1 Network Layer

If included, the network layer protocol should be in accordance with ISO 8473. Each member system should, as a part of the network layer, if included, transmit a signal at least every 10 seconds to indicate that the member system is still active. If the CMC has not received any signal within the required interval, the CMC should poll that system to determine whether that system is active.

#### COMMENTARY

A recommended means for implementation of an activity indication is the configuration timer defined in Section 6.1.1 and 6.5 of ISO 9542.

### 6.4.2 Transport and Session Layers

#### COMMENTARY

The Transport and Session OSI layers are not presently defined for avionics equipment. At such time as the definition is available, it will be provided here.

### 6.5 Upper Layer Protocols

The upper layer protocols, Presentation and Application, provide the means for one application process to communicate with another application process. The Presentation Layer should encode and decode application communication using the Basic Encoding Rules (BER) defined in ISO Specification 8825. Application layer communications are described using the Abstract Syntax Notation (ASN.1) defined in ISO Specification 8824.

### 6.5.1 Notation and Encoding Rules

The Abstract Syntax Notation (ASN.1) specifies a notation and encoding rules, which utilize identifier tags enabling information being transferred to be identified by the recipient as a specific value of a specific ASN.1 type. The Basic Encoding Rules (BER) use Type, Length, Value (TLV) encoding (Type is called "Identifier", and value is called "Contents"). Each value may itself be made up of one or more TLV-encoded values, as shown below:



### 6.5.1.1 Type Definitions

Tags are assigned to all types defined with ASN.1. An ASN.1 tag has two parts, a class and a number. Four different classes are defined:

Universal: This is the class assigned to tags defined in the ASN.1 Standard itself. No other standard or private user of ASN.1 may define Universal class tags.

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)



### 6.5.1.1 Type Definitions (cont'd)

Application: Tags of this class are used by developers of other standards to uniquely identify a type within some particular application.

Private: Private tags may be used in any manner desired by the writer of ASN.1 definitions.

Context: Tags of this class are used with types which need be identified only within a very specific, well-defined context.

### 6.5.1.2 Type Encoding

The type identifier has the following three elements:

CLASS (bit 8 and 7 are assigned)
00: UNIVERSAL
01: APPLICATION
10: CONTEXT SPECIFIC
11: PRIVATE

ENCODING (P/C) (bit 6 is assigned)
0: PRIMITIVE
1: CONSTRUCTED

NUMBER (bits 5 through 1, and possibly more)

This is illustrated below:

Numbers 0 through 30 coded in rightmost five bits

Numbers greater than 30 encoded in extension octets



### 6.5.1.3 Length Encoding

Length has the following two elements:

Form:
Short Form (for length between 0 and 127 octets)
Long Form (for length between 0 and $2^{1008}$ octets)
Indefinite Form (for the case the length cannot be defined)
Length of Contents

This is illustrated below:

Short Form



Long Form




Indefinite Form



### 6.5.2 OMS Data Encoding

OMS communications should be classified into the following communication types:

Parameter type: This type should be used when one system is requesting (GET) and then receiving (STATUS) data from another system, or when one system is updating (SET) values of parameters used by another system. The generalized formats, including the OMS identification tags, are as follows:

GET {param ID, ...}          (APPLICATION 1)
SET {(param ID, Value), ...} (APPLICATION 2)

STATUS
{(param ID, Value), ...}     (APPLICATION 3)

Command type: This type should be used when one system commands another system to perform an action (ACTION), and the other system responds with the results of the action (RESPONSE). The generalized formats, including the OMS identification tags, are as follows:

ACTION
{(Action ID, Value), ...} (APPLICATION 4)
RESPONSE
5}{(Action ID, Resp Value),}(APPLICATION



Event type: This type is should be used when one system transmits data to another system based on an event (REPORT) as determined by logic internal to the originating system. The receiving system may return a response (RESPONSE) to this event report. The generalized formats, including the OMS identification tags, are as follows:

REPORT
{(Event ID, Value), ...}     (APPLICATION 6)
RESPONSE
{(Event ID, Resp Value), }(APPLICATION 7)

## 6.0  OMS COMMUNICATIONS PROTOCOL (cont'd)

The types of information to be communicated with an OMS protocol include the following (additional types may be added as required):

| Information Type | Context-Specific Type Number |
|---|---|
| Flight Leg | 1 |
| Flight Phase | 2 |
| Equipment Identification | 3 |
| Fault Status | 4 |
| Initiated Test | 5 |
| LRU Data Access | 6 |
| Aircraft Identification | 7 |
| Flight Number | 8 |
| Departure and Destination | 9 |
| Date and Time | 10 |
| Interactive Menu | 11 |
| Electronic Library | 12 |
| Airplane Parameters | 13 |

In general any of the information types defined in section 6.6.2 may be transmitted using any of the defined communication types. However, it is expected that the combinations defined in table 6.5.2-1 are most useful for OMS communications.

The following sections define in more detail the requirements for communication of each information type. These sections include the ASN.1 notation, and Attachment 2 contains the encoding for the information if transmitted separately. In general, a transmission using one of the communication types may include more than one type of information. For example, if a flight phase transition occurs at the same time as a flight leg transition, the CMC could transmit both together using one ParameterSET. Appendix G shows an encoded example of an LRU reporting to the CMC.

### COMMENTARY

The protocol defined here is intended to provide a universal set of facilities required for OMS communication. Many of the facilities may be optional for certain member systems.

### 6.5.2.1  Flight Leg

This format should be used to transmit the new flight leg indication from the CMC to all member systems.

#### TABLE 6.5.2-1 OMS COMMUNICATION CLASSIFICATION

| Communication Type | Information Type | Section |
|---|---|---|
| ParameterGET | flightLeg | 6.5.2.1.2 |
| | flightPhase | 6.5.2.2.2 |
| | eqdipmentID | 6.5.2.3.2 |
| | faultStatus | 6.5.2.4.2 |
| | lruDataAccess | 6.5.2.6 |
| | aircraftID | 6.5.2.7.2 |
| | flightNumber | 6.5.2.8.2 |
| | deptAndDestAirport | 6.5.2.9.2 |
| | dateAndTime | 6.5.2.10.2 |
| | airplaneParameters | 6.5.2.13.1 |

#### TABLE 6.5.2-1 OMS COMMUNICATION CLASSIFICATION (cont'd)

| Communication Type | Information Type | Section |
|---|---|---|
| ParameterSET | flightLeg | 6.5.2.1.1 |
| | flightPhase | 6.5.2.2.1 |
| | equipmentID | 6.5.2.3.1 |
| | aircraftID | 6.5.2.7.1 |
| | flightNumber | 6.5.2.8.1 |
| | deptAndDestAirport | 6.5.2.9.1 |
| | dateAndTime | 6.5.2.10.1 |
| ParameterSTATUS | flightLeg | 6.5.2.1.3 |
| | flightPhase | 6.5.2.2.3 |
| | equipmentID | 6.5.2.3.3 |
| | faultStatus | 6.5.2.4.3 |
| | lruDataAccess | 6.5.2.6 |
| | aircraftID | 6.5.2.7.3 |
| | flightNumber | 6.5.2.8.3 |
| | deptAndDestAirport | 6.5.2.9.3 |
| | dateAndTime | 6.5.2.10.3 |
| | airplaneParameters | 6.5.2.13.2 |
| CommandAction | initiatedTest | 6.5.2.5.1 |
| | interactiveMenu | 6.5.2.11.1 |
| | electronicLibrary | 6.5.2.12.1 |
| CommandResponse | initiatedTest | 6.5.2.5.2 |
| | interactiveMenu | 6.5.2.11.2 |
| | electronicLibrary | 6.5.2.12.2 |
| EventReport | faultStatus | 6.5.2.4.1 |
| EventResponse | (none currently defined for OMS) | |

#### 6.5.2.1.1  Flight Leg Set

The CMC should transmit this to all member systems at the time of a flight leg transition.  The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
   {flightLeg [1] IMPLICIT SEQUENCE OPTIONAL
      {flightLegNo [1] IMPLICIT INTEGER,
       time [2] IMPLICIT UTCTime OPTIONAL}}
```

#### 6.5.2.1.2  Flight Leg Get

Member systems should use this format to request flight leg information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
   {flightLeg [1] IMPLICIT NULL OPTIONAL}
```

#### 6.5.2.1.3  Flight Leg Status

The CMC should transmit this in response to a Flight Leg Get from a member system. The ASN.1 notation should be the same as in section 6.5.2.1.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2].

## 6.0  OMS COMMUNICATIONS PROTOCOL (cont'd)

### 6.5.2.2  Flight Phase

This format should be used to transmit the flight phase value from a source system (if any) to the CMC and from the CMC to all member systems.

#### 6.5.2.2.1  Flight Phase Set

The CMC should transmit this to all member systems at the time of a flight leg transition. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
{flightPhase [2] IMPLICIT SEQUENCE
OPTIONAL
    {flightPhaseNo [1] IMPLICIT INTEGER,
    subphaseNo [2] IMPLICIT INTEGER
    OPTIONAL,
    time [3] IMPLICIT UTCTime OPTIONAL}}
```

#### 6.5.2.2.2  Flight Phase Get

Member systems should use this format to request flight phase information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
{flightPhase [2] IMPLICIT NULL OPTIONAL}
```

#### 6.5.2.2.3  Flight Phase Status

The CMC should transmit this in response to a Flight Phase Get from a member system. The ASN.1 notation should be the same as in section 2.2.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2].

### 6.5.2.3  Equipment Identification

This format should be used to transmit equipment identification data from each member system to the CMC.

#### 6.5.2.3.1  Equipment Identification Set

Member systems should transmit this to the CMC at power-up. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
{equipmentID [3] IMPLICIT SET OPTIONAL
    {equipA [0] IMPLICIT SET OF Equipment,
    equipB [1] IMPLICIT SET OF Equipment,

                                      }}
Equipment::=SET
{equipID      [0] IMPLICIT VisibleString,
lruPartNo     [1] IMPLICIT
              VisibleString,OPTIONAL,
hwPartNo      [2] IMPLICIT
              VisibleString,OPTIONAL,
swPartNo      [3] IMPLICIT
              VisibleString OPTIONAL,
serialNo      [4] IMPLICIT VisibleString
              OPTIONAL,
options       [5] INPLICIT VisibleString
              OPTIONAL}
```

#### 6.5.2.3.2  EquipmentID Get



The CMC should use this format to request equipment identification information from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
{EquipmentID [3] IMPLICIT NULL OPTIONAL}
```

#### 6.5.2.3.3  EquipmentID Status

The member system should transmit this in response to a EquipmentID Get from the CMC. If there equipment identification to be reported, the format should be as defined in section 6.5.2.3.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2]. If there is not any equipment identification to be reported, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3]
IMPLICIT SET
{EquipmentID [3] IMPLICIT NULL OPTIONAL}
```

### 6.5.2.4  Fault Status

This format should be used to transmit fault data from member systems to the CMC.

#### 6.5.2.4.1  Fault Status Event Report



Member systems should transmit this data when a fault condition is detected by the member system. The ASN.1 notation is as follows:

```
EventREPORT::=[APPLICATION 6]
IMPLICIT SET
{FaultStatus [4] IMPLICIT SEQUENCE
OPTIONAL
    {faultSet [1] IMPLICIT SET OPTIONAL
    {faultA[1] IMPLICIT SET OF FaultData
    OPTIONAL
    faultB [2] IMPLICIT SET OF FaultData
    OPTIONAL,
    },
    faultClear [2] IMPLICIT SET OPTIONAL
    {faultC [1] IMPLICIT SET OF FaultData
    OPTIONAL
    {faultD [2] IMPLICIT SET OF FaultData
    OPTIONAL,
    },...}
FaultData::=IMPLICIT SET
{faultIDNumber [1] IMPLICIT INTEGER,
faultDescription[2] IMPLICIT VisibleString
OPTIONAL,
flightDeckEffect [3] IMPLICIT OCTET STRING
OPTIONAL,
auxilliaryData [4] IMPLICIT VisibleString
```

#### 6.5.2.4.2  Fault Status Get

The CMC should use this format to request fault status information from a member system. The ASN.1

### 6.0  OMS COMMUNICATIONS PROTOCOL (cont'd)

notation is as follows:

    ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {faultStatus [4] IMPLICIT NULL OPTIONAL}

6.5.2.4.3  Fault Status

The member system should transmit this in response to a
Fault Status Get from the CMC.  If there are faults to be
reported, the format should be as defined in section
6.5.2.4.1, except that ParameterSTATUS [APPLICATION
3] should replace EventREPORT [APPLICATION 6].  If
there are no faults to be reported, the member system
should transmit a null value, as defined by the following
ASN.1 notation:

    ParameterSTATUS::=[APPLICATION 3]
    IMPLICIT SET
    {faultStatus [4] IMPLICIT NULL OPTIONAL}

6.5.2.4.4  Fault Status Unlatch Command Action

The CMC should transmit this to one member system to
command it to unlatch any latched faults.  The ASN.1
notation is as follows:

    CommandACTION::= [APPLICATION 4]
    IMPLICIT SET
    {FaultStatus [4] IMPLICIT SEQUENCE
    OPTIONAL
        {Unlatch [3] IMPLICIT SET OPTIONAL
        {allfaults [0] IMPLICIT NULL
        OPTIONAL},
        faultA [1] IMPLICIT SET OF
        FaultData OPTIONAL,
        faultB [2] IMPLICIT SET OF
        FaultData OPTIONAL,

    },...}

where Fault Data is defined in Section 6.5.4.2.1

6.5.2.4.5  Fault Status Unlatch Command Response

The member system should transmit this in response to the
Fault Status Unlatch Command Action from the CMC.  If,
following the unlatch action, there are any remaining
faults, these faults should be reported using the format
defined in Section 6.5.4.2.1, except that
CommandRESPONSE [APPLICATION 5] should replace
EventREPORT [APPLICATION 6].  If there are no faults
to be reported, the member system shall transmit the
following:

    CommandRESPONSE::= [APPLICATION 5]
    IMPLICIT SET
    {FaultStatus [4] IMPLICIT SET OPTIONAL
    {Unlatch [3] IMPLICIT NULL}}

6.5.2.5  Initiated Tests

This format should be used to perform member system
initiated tests.  The CMC should transmit the specific test
request to the specific member system.  The member
system should respond with the results of the requested
test.

6.5.2.5.1  Initiated Test Command Action

The CMC should transmit this to one member system to
command it to start running an initiated test.  The ASN.1
notation is as follows:

    CommandACTION::=[APPLICATION 4]
    IMPLICIT SET
    {InitiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL}
        {testID [0] IMPLICIT INTEGER
        run [1] IMPLICIT NULL}}

6.5.2.5.2  Initiated Test Command Response

The member system should transmit this in response to a
Initiated Test Command Action from the CMC if the
member system's test inhibit logic indicates that the test
cannot be run.  The ASN.1 notation is as follows:

    CommandRESPONSE::=[APPLICATION 5]
    IMPLICIT SET
    {InitiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        {testID [0] IMPLICIT INTEGER,
        inhibit [2] IMPLICIT INTEGER
        OPTIONAL}}

6.5.2.5.3  Initiated Test In-Test Command Response

The member system should transmit this when initiating
a test in response to a Initiated Test Run Command
Action from the CMC.  The ASN.1 notation is as
follows:

    CommandRESPONSE::= [APPLICATION 5]
    IMPLICIT SET
    {initiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        {testID [0] IMPLICIT INTEGER,
        inTest [3] IMPLICIT NULL}}

6.5.2.5.4  Initiated Test Test-Pass Command Response

The member system should transmit this following
successful completion of a test which was previously
requested via an Initiated Test Run Command Action from
the CMC.  The ASN.1 notation is as follows:

    CommandRESPONSE::= [APPLICATION 5]
    IMPLICIT SET
    {initatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        testID [0] IMPLICIT INTEGER,
        testPass [4] IMPLICIT NULL}}

6.5.2.5.5  Initiated Test Test-Faults Command Response

The member system should transmit this following
unsuccessful completion (faults have been detected) of a
test which was previously requested via an Initiated Test
Run Command Action from the CMC.  The ASN.1
notation is as follows:

    CommandRESPONSE::= [APPLICATION 5]
    IMPLICIT SET



## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

**6.5.2.5.5 Initiated Test Test-Faults Command Response (cont'd)**

```
{initiatedTest [5] IMPLICIT SEQUENCE
OPTIONAL
    {testID [0] IMPLICIT INTEGER,
    testFaults [5] IMPLICIT SET OF
    OPTIONAL,
        {faultA [1] IMPLICIT SET OF
        FaultData OPTIONAL,
        faultB [2] IMPLICIT SET OF
        FaultData OPTIONAL,

                    }}}
```

where FaultData is defined in Section 6.5.4.2.1

**6.5.2.5.6 Initiated Test Other Results Command Response**

The member system should transmit this following completion of a test which was previously requested in an Initiated Test Run Command Action from the CMC, if the test results can not be reported via the Test-Pass or Test-Faults formats above. The ASN.1 notation is as follows:

```
CommandRESPONSE::=[APPLICATION 5]
IMPLICIT SET
    {InitiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        {testID [0] IMPLICIT INTEGER,
        otherResults [6] IMPLICIT VisibleString}}
```

**6.5.2.5.7 Initiated Test Abort Command Action**

The CMC should transmit this to one member system to command it to abort an executing test. The ASN.1 notation is as follows:

```
CommandACTION::= [APPLICATION 4]
IMPLICIT SET
    {initiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        {testID [0] IMPLICIT INTEGER,
        abort [7] IMPLICIT NULL}}
```

**6.5.2.5.8 Initiated Test Display Command Action**

The member system should transmit this to the CMC to command it display a specified set of text. The ASN.1 notation is as follows:

```
CommandACTION::= [APPLICATION 4]
IMPLICIT SET
    {initiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        {testID [0] IMPLICIT INTEGER
        CHOICE
            {display ID [8] IMPLICIT INTEGER,
            displayText [9] IMPLICIT
            VisibleString}}}
```

DisplayID is to be used when the text is stored in the CMC and referenced by an identification number. DisplayText is to be used when the text is to be transmitted from the member system.

**6.5.2.5.9 Initiated Test Continue Command Action**

The CMC should transmit this to the member system to command the member system to continue execution of the test from the present condition following a pause in an interactive test. The ASN.1 notation is as follows:

```
CommandACTION::= [APPLICATION 4]
IMPLICIT SET
    {initiatedTest [5] IMPLICIT SEQUENCE
    OPTIONAL
        {testID [0] IMPLICIT INTEGER
        continue [10] IMPLICIT INTEGER}}
```

**6.5.2.6  LRU Data Access**

**6.5.2.6.1  LRU Fault History**

This format should be used to transmit LRU fault history data from a member system to the CMC.

**6.5.2.6.1.1  Fault History Get**

The CMC should use this format to request fault history information from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {FaultHistory [0] IMPLICIT NULL}}
```

**6.5.2.6.1.2  Fault History Status**

The member system should transmit this to the CMC in response to a Fault History LRU Data Access Get. If fault history information is available, the format should be as defined in the following ASN.1 notation:



```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
    {lruDataAccess [6] IMPLICIT SET OPTIONAL
        {faultHistory [0] CHOICE
        {historyDump [1] IMPLICIT VisibleString,
        flightLegList [2] IMPLICIT SET
        {flightLegNoA [0] IMPLICIT INTEGER,
        flightLegNoB [1] IMPLICIT INTEGER,
```

```
                    }}}}
```

If fault history information is not available, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {FaultHistory [0] IMPLICIT NULL}}
```

**6.5.2.6.1.3  Flight Leg Data Get**

If the member system transmits a list of flight legs, as defined in section 6.5.2.6.1.2, the CMC should use this format to request fault history flight leg data information from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {flightLegData [3] IMPLICIT INTEGER}}
```

## 6.0   OMS COMMUNICATIONS PROTOCOL (cont'd)

#### 6.5.2.6.1.4  Flight Leg Data Status

The member system should transmit this to the CMC in response to a Flight Leg Data LRU Data Access Get.  The ASN.1 notation is as follows:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
   {lruDataAccess [6] IMPLICIT SET OPTIONAL
      {flightLegData [3] IMPLICIT SET
         {legHeader [0] IMPLICIT SET of
            LegHeaderData,

      faultA [1] IMPLICIT SET OF     FaultHistData
                        OPTIONAL,
      faultB [2] IMPLICIT SET OF     FaultHistData
                        OPTIONAL,
      .
      .
                        }}}
LegHeaderData::=SET
{flightLegNumber    [0] IMPLICIT INTEGER,
 flightNumber   [1] IMPLICIT VisibleString
                        OPTIONAL,
   deptAndDestAirport [2] IMPLICIT SEQUENCE
                        OPTIONAL
{departureAirport      VisibleString,
 destinationAirport    VisibleString},
   aircraftID    [3] IMPLICIT SEQUENCE
                        OPTIONAL
      {icao24bitcode  BIT STRING,
       registrationNo VisibleString OPTIONAL},
   lruPosition    [4] IMPLICIT VisibleString
                        OPTIONAL,
   swPartNo    [5] IMPLICIT VisibleString
                        OPTIONAL,
   options    [6] IMPLICIT VisibleString
                        OPTIONAL}
FaultHistData::=SET
{faultIDNo    [0] IMPLICIT INTEGER,
 faultDescription    [1] IMPLICIT VisibleString
                        OPTIONAL,
   faultLocation   [2] IMPLICIT VisibleString
                        OPTIONAL,
   faultType    [3] IMPLICIT INTEGER
                        OPTIONAL,
   faultShopData   [4] IMPLICIT VisibleString
                        OPTIONAL,
   faultTime    [5] IMPLICIT VisibleString
                        OPTIONAL,
   faultMode    [6] IMPLICIT VisibleString
                        OPTIONAL,
   faultParameters [7] IMPLICIT VisibleString
                        OPTIONAL,
```

#### 6.5.2.6.1.5  LRU Fault History Erase Action

The CMC should use this format to request that the member system erase its fault history.  The ASN.1 notation is as follows:

```
CommandACTION::= [APPLICATION 4]
IMPLICIT SET
   {lruDataAccess [6] IMPLICIT SET
OPTIONAL
      {faultHistoryErase [3] IMPLICIT SET
OPTIONAL
```

```
{CHOICE
allFlightLegs [1] IMPLICIT NULL,
selectedFlightLeg [2] IMPLICIT
INTEGER}}}
```

#### 6.5.2.6.1.6  LRU Fault History Erase Response

The member system should transmit this to the CMC in response to a LRU Fault History Erase ACTION to indicate whether the erase has been completed.  The ASN.1 notation is as follows:

```
CommandRESPONSE::= [APPLICATION 5]
IMPLICIT SET
   {lruDataAccess [6] IMPLICIT SET
OPTIONAL
      {faultHistoryErase [3] IMPLICIT SET
OPTIONAL}}
{CHOICE
AllFlightLegs [1] IMPLICIT NULL,
selectedflightLeg [2] IMPLICIT
INTEGER},
eraseStatus [3] IMPLICIT BOOLEAN
```

#### 6.5.2.6.2  LRU Parameter Display

This format should be used to transmit values of selected LRU parameters from a member system to the CMC.

#### 6.5.2.6.2.1  Parameter Group Get

The CMC should use this format to request a list of parameter groups from a member system.  The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
   {lruDataAccess [6] IMPLICIT SET OPTIONAL
      {ParameterGroup [6] IMPLICIT NULL}}
```

#### 6.5.2.6.2.2  Parameter Group Status

The member system should transmit this to the CMC in response to a Parameter Group LRU Data Access Get. If parameter value information is available, the format should be as defined in the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
   {lruDataAccess [6] IMPLICIT SET OPTIONAL
      {parameterGroup [6] IMPLICIT SET
         paramGroupA [0] IMPLICIT
                        VISIBLESTRING,
         paramGroupB [1] IMPLICIT
                        VISIBLESTRING,
         .
         .
                        }}
```

If parameter value information is not available, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
   {lruDataAccess [6] IMPLICIT SET OPTIONAL
      {ParameterGroup [6] IMPLICIT NULL}}
```



## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

### 6.5.2.6.2.3 Parameter Value Get

If the member system transmits a list of parameter groups, as defined in section 6.5.2.6.1.2, the CMC should use this format to request parameter value information for a selected group from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {parameterValue [8] IMPLICIT INTEGER}}
```

### 6.5.2.6.2.4 Parameter Value Status

The member system should transmit this to the CMC in response to a Parameter Value LRU Data Access Get. The ASN.1 notation is as follows:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {ParameterValue [8] IMPLICIT SET
      {paramA [0] IMPLICIT SET OF
            ParamAData OPTIONAL,
      paramB [1] IMPLICIT SET OF
            ParamBData OPTIONAL,
                                   }}}

ParamAData::=SET
  {paramName   [0] IMPLICIT VisibleString,
  paramValue   [1] CHOICE
    {realValue       [2] IMPLICIT REAL
    bitStringValue   [3] IMPLICIT BIT STRING
    booleanValue     [4] IMPLICIT BOOLEAN}
  paramUnits   [9] IMPLICIT VisibleString
                       OPTIONAL}
```

### 6.5.2.6.3 Initiated Test History Display

This format should be used to transmit the recorded history of faults detected during initiated tests to the CMC.

### 6.5.2.6.3.1 Test History Get

The CMC should use this format to request a history of faults detected during initiated tests from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {TestHistory [10] IMPLICIT NULL}}
```

### 6.5.2.6.3.2 Test History Status

The member system should transmit this to the CMC in response to a Test History LRU Data Access Get. If time cycle information is available, the format should be as defined in the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {testHistory [10] IMPLICIT SET
      testA [0] IMPLICIT SET OF TestData
        OPTIONAL,
      testB [1] IMPLICIT SET OF TestData
        OPTIONAL,
                                   }}
```

```
TestData::=SET
  {testName   [0] IMPLICIT VisibleString,
  testFault1   [1],IMPLICIT SET OF  testFaultData
                     OPTIONAL,
  testFault2   [2],IMPLICIT SET OF  testFaultData
                     OPTIONAL,

                                   }

TestFaultData::=SET
  {faultIDNo        [0] IMPLICIT INTEGER,
  faultDescription  [1] IMPLICIT VisibleString,
  faultShopData     [2] IMPLICIT
                          VisibleString
                          OPTIONAL,
  faultParameters  [3] IMPLICIT VisibleString
                          OPTIONAL}
```

If test history information is not available, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {TestHistory [10] IMPLICIT NULL}}
```

### 6.5.2.6.4 Elapsed Time/ Power Cycle



This format should be used to transmit the recorded values of the elapsed time and power cycle counters from an LRU to the CMC.

### 6.5.2.6.4.1 Time Cycle Get

The CMC should use this format to request values of the elapsed time and power cycle counters from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {timeCycle [15] IMPLICIT NULL}}
```

### 6.5.2.6.4.2 Time Cycle Status

The member system should transmit this to the CMC in response to a Time Cycle LRU Data Access Get. If time cycle information is available, the format should be as defined in the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {timeCycle [15] IMPLICIT SET
      elapsedTime [0] IMPLICIT INTEGER,
      powerCycles [1] IMPLICIT INTEGER}}
```

If the time cycle information is not available, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {lruDataAccess [6] IMPLICIT SET OPTIONAL
    {timeCycle [15] IMPLICIT NULL}}
```

### 6.5.2.7 Aircraft Identification

This format should be used to transmit aircraft identification data a source system (if any) to the CMC and from the CMC to all member systems. The CMC

FX0175798

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

should transmit this data to all member systems during power-up, and also in response to a request from an individual member system. The aircraft identification data should include the aircraft 24-bit ICAO identification code.

### 6.5.2.7.1 AircraftID Set

The CMC should transmit this to all member systems during power-up. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
  {aircraftID [7] IMPLICIT SEQUENCE OPTIONAL
    {icao24bitcode   BIT STRING,
     registrationNo   VisibleString OPTIONAL}}
```

### 6.5.2.7.2 AircraftID Get

Member systems should use this format to request flight phase information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
  {aircraftID [7] IMPLICIT NULL OPTIONAL}
```

### 6.5.2.7.3 AircraftID Status

The CMC should transmit this in response to a AircraftID Get from a member system. The ASN.1 notation should be the same as in section 6.5.2.7.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2].

### 6.5.2.8 Flight Number

This format should be used to transmit airline flight number a source system (if any) to the CMC and from the CMC to all member systems.

### 6.5.2.8.1 Flight Number Set

The CMC should transmit this to all member systems after this data has been established. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
  {FlightNumber [8] IMPLICIT VisibleString
                     OPTIONAL}
```

### 6.5.2.8.2 Flight Number Get

Member systems should use this format to request airline flight number information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
  {flightNumber [8] IMPLICIT NULL OPTIONAL}
```

### 6.5.2.8.3 Flight Number Status

The CMC should transmit this in response to a Flight Number Get from a member system. If flight number information is available, the format should be as defined in the the ASN.1 notation listed in section 6.5.2.8.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2]. If the flight number has not been established yet, the CMC should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {flightNumber [8] IMPLICIT NULL OPTIONAL}
```

### 6.5.2.9 Departure and Destination Airport

This format should be used to transmit departure and destination airport data from a source system (if any) to the CMC and from the CMC to all member systems a.

### 6.5.2.9.1 Departure and Destination Airport Set

The CMC should transmit this to all member systems at the time of a flight leg transition. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
  {deptAndDestAirport [9] IMPLICIT SEQUENCE
                          OPTIONAL
    {departureAirport   VisibleString,
     destinationAirport   VisibleString}}
```

### 6.5.2.9.2 Departure and Destination Airport Get

Member systems should use this format to request departure and destination airport information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT
SET
  {deptAndDestAirport [9] IMPLICIT NULL
                          OPTIONAL}
```

### 6.5.2.9.3 Departure and Destination Airport Status

The CMC should transmit this in response to a Departure and Destination Airport Get from a member system. If this flight plan information is available, the format should be as defined in the the ASN.1 notation listed in section 6.5.2.8.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2]. If the flight plan has not been established yet, the CMC should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
  {deptAndDestAirport [9] IMPLICIT NULL
                          OPTIONAL}
```

### 6.5.2.10 Date and Time

This format should be used to transmit the current date and time a source system (if any) to the CMC and from the CMC to all member systems.

### COMMENTARY

Any simple computer, once synchronized, can keep track of its own time. If a system clock gets lost, it may request an update from the CMC.

### 6.5.2.10.1 Date and Time Set

The CMC should transmit this to all member systems at the time of a flight leg transition. The CMC should transmit this data to all member systems during

## 6.0  OMS COMMUNICATIONS PROTOCOL (cont'd)

#### 6.5.2.10.1  Date and Time Set (cont'd)

power-up, upon change of date, once every TBD hours of operation. The time and date transmitted should be in accordance with Coordinated Universal Time (UTC). The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
    {dateAndTime [10] IMPLICIT UTCTime
                        OPTIONAL}
```

#### 6.5.2.10.2  Date and Time Get

Member systems should use this format to request date and time information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {dateAndTime [10] IMPLICIT NULL OPTIONAL}
```

#### 6.5.2.10.3  Date and Time Status

The CMC should transmit this in response to a Date and Time Get from a member system. The ASN.1 notation should be the same as in section 6.5.2.10.1, except that ParameterSTATUS [APPLICATION 3] should replace ParameterSET [APPLICATION 2].

#### 6.5.2.11  Interactive Menu

This format should be used to control system specific procedures and data retrieval not covered by any of the other protocol sections.

#### 6.5.2.11.1  Interactive Menu Command

The CMC should use this format to request an interactive menu display from a member system. The ASN.1 notation is as follows:

```
CommandACTION::=[APPLICATION 4] IMPLICIT
SET
    {interactiveMenu [11] IMPLICIT INTEGER}}
```

#### 6.5.2.11.2  InteractiveMenu Response

The member system should transmit this to the CMC in response to a to a Interactive Menu Action. The ASN.1 notation is as follows:

```
CommandRESPONSE::=[APPLICATION 4]
IMPLICIT SET
    {interactiveMenu [11] IMPLICIT SET
        menuItemA       [1] SET OF menuItem
        menuItemB  [2] SET of menuItem
        .
        .                                   }
menuItem::=SET
    {menuItemNo     [0] IMPLICIT INTEGER,
    menuItemDesc   [1] IMPLICIT VisibleString}
```

#### 6.5.2.12  Electronic Library

This format should be used to transmit data from the Electronic Library System (ELS) to the CMC.

COMMENTARY

Requirements for the ELS are presently under development. The following sections are proposed as a starting point for CMC - ELS interface. The interface requirements are expected to evolve as the ELS definition matures.

#### 6.5.2.12.1  Electronic Library Command Action

The CMC should use this format to request information from the electronic library system. The ASN.1 notation is as follows:

```
CommandACTION::=[APPLICATION 4] IMPLICIT
SET
    {electronicLibrary [12] IMPLICIT INTEGER}}
```

#### 6.5.2.12.2  Electronic Library Command Response

The electronic library system should use this command to transmit information in response to an Electronic Library Command Action. The ASN.1 notation is as follows:

```
CommandRESPONSE::=[APPLICATION 4]
IMPLICIT SET
    {electronicLibrary [12] IMPLICIT SET
        displayData [0] (format TBD)
        elsSelectA   [1] SET OF ELSSelect
        elsSelectB   [2] SET of ELSSelect
        .
        .                                   }
elsSelect::=SET
    {selectKeyID      [0] (format TBD),
    selectCode       [1] IMPLICIT INTEGER}
```

#### 6.5.2.13  Airplane Parameters

This format should be used to airplane parameter data, such as airspeed and altitude, from a source system (if any) to the CMC and from the CMC to all member systems.

#### 6.5.2.13.1  Airplane Parameters Get

Member systems should use this format to request airplane parameter value information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {airplaneParameters [13] IMPLICIT NULL
                            OPTIONAL}
```

#### 6.5.2.13.2  Airplane Parameters Status

The CMC should transmit this in response to an Airplane Parameter Get from a member system. The ASN.1 notation is as follows:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT
SET
    {airplaneParameters [13] IMPLICIT SET
                            OPTIONAL
        {baroAltitude    [1] INTEGER,
        calAirspeed     [2] REAL}}
```



## 7.0  ONBOARD MAINTENANCE DOCUMENTATION

### 7.1  Purpose of Onboard Maintenance Documentation

Airlines require large amounts of maintenance documentation. Associated with this large quantity is the difficulty in providing accurate and timely information when required. The onboard maintenance documentation is contained within the Electronic Library System (ELS) with an interface provided between the ELS and OMS to support maintenance.

### 7.2  ELS Overview

The ELS provides:

a.  The means to physically store data
b.  Information retrieval through direct operator control
c.  Indirect retrieval of library data through interfaces to other systems
d.  Presentation of information on one or more MATs
e.  Printing of requested information

The ELS consists of one or more primary access terminals, and ELS computer(s), mass-storage device(s), and access to a high resolution wide paper printer (s).

In addition to onboard maintenance documentation, the ELS can also support flight operation, cabin management, and other functions which require access to large amounts of information.  Design guidance for ELS is defined in ARINC Project Paper 649.  The purpose of this section is to define the functional requirements necessary to support the use of onboard maintenance documentation for OMS functions.

In general, an ELS would contain the following maintenance documentation:

a.  Aircraft Maintenance Manual
b.  Illustrated Parts Catalogue
c.  Aircraft Wiring Diagrams
d.  Aircraft Schematics
e.  Dispatch Deviation Guide
f.  Airline Maintenance Notes
g.  Other maintenance data as needed by the operator

The Maintenance Documentation should be accessible through the MAT using indices, key word searches, part numbers, and other methods provided by the ELS as part of its function.  In addition, OMS should have the capability of providing information to ELS which allows ELS to provide information necessary for specific maintenance actions.

### 7.3  OMS To ELS Functional Interface

The purpose of this section is to define the functional interface between the OMS and the ELS.

### 7.3.1  Open Systems Interconnection

The OMS should interface to the ELS using the OSI reference model as defined in ISO 7498. The message formats for OSI data used for interfacing the OMS to other installed systems, including the ELS are contained in Attachment 2.

### 7.3.2  OMS Access To Maintenance Documentation

The OMS should be capable of providing two indexes to the ELS based on the ability of the OMS to isolate a fault.

### 7.3.2.1  Line Replaceable Unit Replacement

If the OMS can suitably isolate to an individual line replaceable unit, then the OMS should provide a means of uniquely identifying that unit to the ELS.  When this unique identification is received by the ELS, the ELS upon command should display or print the following information:

a.  Required tools
b.  Access including:
   1.  Required ladders or platforms
   2.  Access location using drawings or pictures
   3.  Any obstructions which must be removed or which would obscure the item to be maintained
c.  Removal procedures including appropriate warnings, cautions and notes
d.  Installation procedures including any required alignment, rigging, recalibration and so forth
e.  Required return to service tests

#### COMMENTARY

The information contained in the ELS is dependent on the users requirements.  The ELS may provide the capability of providing more or less data depending on how the user chooses to implement their ELS.

Based on information available within the OMS which allows the OMS to identify a specific maintenance action, the OMS should provide the LRU identification to the ELS.

#### COMMENTARY

The eight character ATA number could be used to identify maintenance procedures.

### 7.3.2.2  Fault Isolation

If the OMS cannot isolate a fault to a specific LRU, the OMS should provide a unique troubleshooting procedure identification to the ELS.  When this unique trouble-shooting procedure identification is received by the ELS, the ELS upon command should display or print the following information:

a.  Detailed troubleshooting procedures enabling isolation to a single LRU
b.  Required tools
c.  Access including:
   1.  Required ladders and platforms
   2.  Access location using drawings or pictures
   3.  Any obstructions which must be removed or which would obscure the item to be maintained

## 7.0  ONBOARD  MAINTENANCE  DOCUMENTATION  (cont'd)

### 7.3.2.2  Fault Isolation (cont'd)

#### COMMENTARY

The eight character ATA number with the last two characters set to 00, for example, could be used to identify a troubleshooting procedure.

### 7.4  OMD Data Content

OMD should not be limited to the traditional flight line maintenance manual contents. Any data used to accomplish airplane maintenance should be considered candidate for onboard storage. The following data identification are examples for consideration in OMD design.

### 7.4.1  Maintenance Procedures

Maintenance procedures consist of the data normally provided by the airframe manufacturer to support flight line maintenance. This data should form the foundation of OMD. Maintenance procedures include:

— Fault isolation procedures

— Component access, location, identification, removal and installation procedures

— Test procedures

— Maintenance practices

— Servicing

— Tabular data associated with troubleshooting

### 7.4.2  Supporting Documentation

Supporting documentation includes data not necessarily produced primarily for flight line use, but occasionally used for ramp turnaround, or, more likely, for overnight maintenance activities. The primary use of supporting documentation may be for engineering, supply, operations, or other organization.

### 7.4.2.1  Diagrams

Wiring diagrams and schematic diagrams are provided by the airframe manufacturer. These are sometimes essential troubleshooting aides when diagnosing wiring or other unusual problems.

Diagrams would not normally be used for ramp turnaround, but are useful for overnight maintenance or extended maintenance when an airplane has to be removed from service and repaired in order to dispatch. Having diagrams onboard could mean the difference between a delayed flight or a canceled flight, since access to all diagrams is provided at the airplane instead of some other distant site.

### 7.4.2.2  Dispatch Deviation Guide

The dispatch deviation guide contains the minimum equipment list defined by the regulatory agency plus operational and maintenance information provided by the airframe manufacturer.

Each airline either uses this data as provided or supplements it to meet its own needs. Data in this document is used to determine airplane dispatch status, and to provide approved guidance on how to work around problems that cannot be immediately repaired in order to allow dispatch.

While the dispatch deviation guide may be used only infrequently, it is important since it is meant to permit turnaround and dispatch to be accomplished.

### 7.4.2.3  Parts Catalog

The parts catalog contains graphics illustrating the breakdown of parts that can be disassembled and assembled on the flight line, and part numbers with their associated effectivity.

### 7.4.3  Airline Data (Notes)

Each airline has data tailored to its unique locations, policies, and procedures. Airline data may include:

— Procedures

— Formats for reports

— Procedural information

— Special instructions applicable to specific locations or conditions

— Any information the airline considers to be useful to have onboard the airplane

Airline data (notes) are both created and controlled by the airline. OMD should include provisions for airline data separate from the airframe manufacturer's data so that neither inadvertently causes unwanted changes to the other.

### 7.4.4  Electronic Logbooks

Airlines may desire to replace the existing maintenance logbooks with electronic storage facilities. In this case, they will become part of OMD.

### 7.5  OMS To ELS Human Interface

The OMS should provide for the identification and selection of either the maintenance or troubleshooting



## 7.0 ONBOARD MAINTENANCE DOCUMENTATION (cont'd)

procedures within the standard OMS display structure.

When the OMS can isolate to a single failed component, the OMS should provide a selection of REPAIR.

When the OMS cannot isolate to a single failed component, the OMS should provide a selection of ISOLATE.

FX0175803



## 8.0  AIRPLANE CONDITION MONITOR SYSTEM

### 8.1  General

The ACMS could contribute significantly to the "on condition" airplane maintenance philosophy by noting the state of system efficiency levels or their reduction. From the airborne snapshot report, ground trending of the various onboard systems can be monitored and any changes which could eventually lead to future line maintenance problems can be detected. The ACMS could thus provide the needed information leading to advance notification of a potential malfunction, allowing the airline to plan for future maintenance actions.

In order to satisfy the different airlines' requirements in the area of condition monitoring, whether it be system data acquisition for trending or flight analysis recording, the ACMS should be extremely flexible. Each airline must be allowed to provide customization features to specific report triggers, duration of data collection, data content, and be able to conduct individual engineering analysis. To this end, means should be provided to customize a given algorithmic process and allow software changes that pertain to a specific airline.

### 8.2  Basic Features of ACMS

It is presumed that the OMS control panel and display unit would be used to access data from ACMS. Provisions should be made to allow ACMS utilization of the time-shared flight deck printers, the air/ground data link and any centralized data loader or retrieval unit.

The basic features of the ACMS should include:

— Data collection

— Data management

— Data recording

— Report formatting

The ACMS should also serve as a real time data bus reader. Both engineering units and binary data should be available for display.

### 8.2.1  Data Collection

Each member system should output parameters for review by the ACMS. Contained within the ACMS should be the I/O section, which would interface with the aircraft's data buses and receive all pertinent parameter labels on the bus.

### 8.2.2  Data Management

The ACMS should monitor the incoming parameters on the system data buses and execute the airline variable specific algorithms contained in the program.

The ACMS should use flight phases to annotate the data. Other features, such as cumulative flight counts, aircraft flight time and system operational cycles should be provided. Security codes should be used to control access to certain data.

### 8.2.3  Data Recording

Data snapshot reports consisting of condensed or reduced data for window periods prior to and after an event should be recorded. An event could be a given point in the flight profile and be routine in nature, or be on an exception basis triggered by internal logic, crew-alert events, or the manual event button on the flight deck.

All snapshot reports should be accessible by one or more of the following:

— Data Link

— OMS display

— Printer

— Data retriever

ACMS should also store the fault-tolerant system's redundancy status. With the projected usage of multilevel functional redundancy to keep systems operational, degradation status reports are needed. With this data, operators can prepare for maintenance activity before the minimum redundancy level is reached.

### 8.2.4  Report Formatting

A standard header should be provided with each snapshot report. This should include such items as:

— Report identification

— Aircraft identification

— UTC date/time

— Flight number



### 8.3  Airline Programmable Feature

In order to provide the airline customer with the flexibility to change the report formats, trigger conditions and the stored parameter set, two basic methods to incorporate changes should be provided:

— Long-term changes, typically introduced to the whole fleet, should be formulated on GSE such as a PC.

— Short-term changes on individual airplanes should be programmable via the OMS control panel.

Each update to the software should be identified by a software version reference at the initial menu page of the ACMS. The on-ground, programmed updates could be input to the ACMS via a data loader unit or air/ground data link.

### 8.4  Data Access

In order to utilize the stored data within the ACMS, several methods of information retrieval are required. ACMS should be able to guard against unwarranted entry into the special sensitive storage areas.

## 8.0  AIRPLANE CONDITION MONITOR SYSTEM (cont'd)

8.4.1  Onboard Display

The onboard control of ACMS menus should be achieved through the OMS control panel.  The display should be menu driven as the rest of the OMS.

8.4.2  Printer

It should be possible to output all reports to a printer.

8.4.3  Onboard Data Retrieval

Means should be provided to allow access to the snapshot reports by the OMS data retrieval system.

8.4.4  Data Link

Data Link Transmission of the data should be provided. The ACMS should output those reports selected by the airlines, dependent upon some selected protocol, such as:

— Transmission when Data Link unit is ready

— Transmission after a pilot review

— Data Link uplink request for the next available report

8.5  Consideration of ACMS Requirements in Early Design

In order to implement the ACMS across the total aircraft, consideration should be given to provide any necessary dedicated condition-monitoring sensors throughout the airplane.  Specific attention should be focused on areas of equipment, such as engines, auxiliary power units, or environmental control system devices such as air-conditioning packs.



ATTACHMENT 1
ONBOARD MAINTENANCE SYSTEM



## ATTACHMENT 2
## OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|------|------|---|---|--------|---|-------|
| | Class | Encoding | No | Form | Length | |

### Flight Leg (reference section 6.5.2.1)

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|----|--------|-------|
| ParameterSET | application | constructed | 2 | short | # octets to [END] | none |
| FlightLeg | context-spec | constructed | 1 | short | # octets to [END] | none |
| FlightLegNo | context-spec | primitive | 1 | short | 1 | flight leg number, as Integer |
| Time (optional) | context-spec | primitive | 2 | short | 1 3 | time of most recent flight leg transition, as UTCTime |
| [END] | | | | | | |
| ParameterGET | application | constructed | 1 | short | 2 | none |
| Flight Leg | context-spec | primitive | 1 | short | 0 | none |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | none |
| continue with FlightLeg through Time as in ParameterSET [END] | | | | | | |

### Flight Phase (reference section 6.5.2.2)

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|----|--------|-------|
| ParameterSET | application | constructed | 2 | short | # octets to [END] | none |
| FlightPhase | context-spec | constructed | 2 | short | # octets to [END] | none |
| FlightPhaseNo | context-spec | primitive | 1 | short | 1 | flight phase number, as Integer: <br> 1. Power-on <br> 2. Engine Start <br> 3. Taxi Out <br> 4. Takeoff Roll <br> 5. Initial Climb <br> 6. Climb <br> 7. Cruise <br> 8. Descent <br> 9. Approach <br> 10. Go Around <br> 11. Flare <br> 12. Rollout <br> 13. Taxi In <br> 14. Engine Shutdown <br> 15. Maintenance. |
| Subphase (optional) | context-spec | primitive | 2 | short | 1 | flight sub-phase number, as integer |

FX0175807



### ATTACHMENT 2 (cont'd)
### OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|---|---|---|---|---|---|---|
| | Class | Encoding | No | Form | Length | |
| Time (optional) | context-spec | primitive | 3 | short | 13 | time of most recent flight phase change, as UTCTime |
| [END] | | | | | | |
| ParameterGET | application | constructed | 1 | short | 2 | none |
| FlightPhase | context-spec | primitive | 2 | short | 0 | none |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | none |
| continue with FlightPhase through FlightPhaseNo as in ParameterSET [END] | | | | | | |

### Equipment Identification (reference section 6.5.2.3)

| Item | Type | | | Length | | Value |
|---|---|---|---|---|---|---|
| ParameterSET | application | constructed | 2 | short /long | # octets to [END] | none |
| EquipmentID | context-spec | constructed | 3 | short /long | # octets to [END] | none |
| EquipA | context-spec | constructed | 0 | short | # octets to [ENDA] | none |
| EquipID | context-spec | primitive | 0 | short | # octets in value | equipment identification, as VisibleString |
| LRUPartNo (optional) | context-spec | primitive | 1 | short | # octets in value | supplier LRU part number, as VisibleString |
| HWPartNo (optional) | context-spec | primitive | 2 | short | # octets in value | supplier hardware part number, as VisibleString |
| SWPartNo (optional) | context-spec | primitive | 3 | short | # octets in value | supplier software part number, as VisibleString |
| SerialNo (optional) | context-spec | primitive | 4 | short | # octets in value | serial number, as VisibleString |
| Options (optional) | context-spec | primitive | 5 | short | # octets in value | configuration/options, as VisibleString [ENDA] |
| EquipB (optional) | context-spec | constructed | 1 | short | # octets to [ENDB] | none |
| continue with EquipmentID through Options as above [ENDB] | | | | | | |
| EquipN (optional) | context-spec | constructed | n | short | # octets to [ENDN] | none |
| continue with EquipmentID through Options as above [ENDN] [END] | | | | | | |
| ParameterGET | application | constructed | 1 | short | 2 | none |
| EquipmentID | context-spec | primitive | 3 | short | 0 | none |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | none |
| If equipment identification data is available, continue with | | | | | | |
| EquipmentID through EquipN as in ParameterSET | | | | | | |
| Else continue with | | | | | | |
| EquipmentID | context-spec | primitive | 3 | short | 0 | none |
| End If [END] | | | | | | |





<u>ATTACHMENT 2 (cont'd)</u>
<u>OMS DATA ENCODING</u>

| Item | Type | | Length | | | Value |
|------|------|--|--------|--|--|-------|
| | Class | Encoding | No | Form | Length | |

### Fault Status (reference section 6.5.2.4.1 through .3)

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|------|--------|-------|
| EventREPORT | application | constructed | 6 | short | # octets to [END] | none |
| FaultStatus | context-spec | constructed | 4 | short | # octets to [END] | none |
| To report faults which have just been detected, continue with: | | | | | | |
| FaultSet | context-spec | constructed | 1 | short | # octets to [ENDS] | none |
| FaultA | context-spec | constructed | 1 | short | # octets to [ENDA] | none |
| FaultIDNumber | context-spec | primitive | 1 | short | # octets in value | fault identification number, as Integer |
| Fault Description (optional) | context-spec | primitive | 2 | short | # octets in value | fault description, as VisibleString |
| Flight Deck Effect (optional) | context-spec | primitive | 3 | short | # octets in value | flight deck effects, each coded as an integer within separate octets in OCTET STRING |
| AuxiliaryData (optional) | context-spec | primitive | 4 | short | #octets in value | auxiliary data, as VisibleString [ENDA] |
| FaultN (optional | context-spec | constructed | n | short | #octets to [ENDN] | none |
| continue with FaultIDNumber through Auxiliary Data as above [ENDN][ENDS] | | | | | | |
| To report any faults which have just been cleared, continue with: | | | | | | |
| FaultClear | context-spec | constructed | 2 | short | # octets to [ENDT] | none |
| FaultC | context-spec | constructed | 1 | short | # octets to [ENDC] | none |
| continue with FaultIDNumber through AuxiliaryData for FaultC as in Fault Status EventReport (note: in most cases FaultIDNumber should be sufficient for clearing fault) [ENDC] | | | | | | |
| FaultM (optional) | context spec | constructed | m | short | # octets to [ENDM] | none |
| continue with FaultIDNumber through AuxiliaryData for FaultM as in Fault Status EventReport (note: in most cases FaultIDNumber should be sufficient for clearing fault) [ENDM][ENDT] | | | | | | |
| [END] | | | | | | |
| | | | | | | |
| ParameterGET | application | constructed | 1 | short | 2 | none |
| FaultStatus | context-spec | primitive | 4 | short | 0 | none |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | none |
| If any faults are to be reported, continue with | | | | | | |
| FaultStatus through FaultN as in EventREPORT | | | | | | |
| Else continue with | | | | | | |
| FaultStatus | context-spec | primitive | 4 | short | 0 | none |
| End If [END] | | | | | | |



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|---|---|---|---|---|---|---|
| | Class | Encoding | No | Form | Length | |

**Fault  Status  Unlatch  (reference  sections  6.5.2.4.5  and  .6)**

| Item | Class | Encoding | No | Form | Length | Value |
|---|---|---|---|---|---|---|
| CommandACTION | application | constructed | 4 | short | # octets to [END] | none |
| FaultStatus | context-spec | primitive | 4 | short | # octets to [END] | none |
| Unlatch | context-spec | primtive | 3 | short | # octets to [END] | none |
| If  all  faults  are  to  be  unlatched,  continue  with | | | | | | |
| AllFaults | context-spec | primitive | 0 | short | 0 | none |
| Else  If  selected  faults  are  to  be  unlatched,  continue  with | | | | | | |
| FaultA | context-spec | constructed | 1 | short | # octets to [ENDA] | none |
| continue  with  FaultIDNumber  through  AuxiliaryData  for  FaultA  as  in  Fault  Status  EventReport (note:  in  most  cases  FaultIDNumber  should  be  sufficient  for  unlatching  fault)  [ENDA] | | | | | | |
| FaultN (optional) | context spec | constructed | n | short | # octets to [ENDN] | none |
| continue  with  FaultIDNumber  through  AuxiliaryData  for  Fault  N  as  in  Fault  Status  EventReport (note:  in  most  cases  FaultIDNumber  should  be  sufficient  for  unlatching  fault)  [ENDN][END] | | | | | | |
| | | | | | | |
| Command RESPONSE | application | constructed | 3 | short | # octets to [END] | none |
| If  any  faults  are  to  be  reported,  continue  with | | | | | | |
| FaultStatus  through  FaultN  as  in  EventREPORT  [END] | | | | | | |
| Else  continue  with | | | | | | |
| FaultStatus | context-spec | primitive | 4 | short | 0 | none |
| End  If  [END] | | | | | | |

**Initiated  Test  (reference  section  6.5.2.5.1  through  .3)**

| Item | Class | Encoding | No | Form | Length | Value |
|---|---|---|---|---|---|---|
| CommandACTION | application | constructed | 4 | short | 7 | none |
| InitiatedTest | context-spec | constructed | 5 | short | 5 | none |
| TestId | context-spec | primitive | 0 | short | 1 | test number, as Integer |
| Run | context-spec | primitive | 1 | short | 0 | none |
| | | | | | | |
| Command RESPONSE | application | constructed | 5 | short | # octets to [END] | none |
| InitiatedTest | context-spec | constructed | 5 | short | # octets to [END] | none |
| TestID | universal | primitive | 0 | short | 1 | test number, as Integer |
| If  the  test  is  inhibited,  continue  with: | | | | | | |
| Inhibit | context-spec | primitive | 2 | short | 1 | coded reason for inhibit, as Integer |
| Else  If  the  test  has  started  running,  continue  with: | | | | | | |
| Intest | context-spec | primitive | 3 | short | 0 | none |
| End  If  [END] | | | | | | |

Initiated   Test  (reference  section   6.5.2.5.4  through  *.6)



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|------|------|--|--|--------|--|-------|
| | Class | Encoding | No | Form | Length | |

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|------|--------|-------|
| Command RESPONSE | application | constructed | 5 | short | # octets to [END] | none |
| InitiatedTest | context-spec | constructed | 5 | short | # octets to [END] | none |
| TestID | universal | primitive | 0 | short | 1 | test number, as Integer |
| If the test has completed without detecting any faults, continue with: | | | | | | |
| TestPass | context-spec | primitive | 4 | short | 0 | none |
| Else If the test has completed and detected one or more faults, continue with: | | | | | | |
| TestFaults | context-spec | constructed | 5 | short | # octets to [END] | none |
| continue with fault data in format defined for Fault Status EventReport, beginning with FaultA | | | | | | |
| Else If the test has other results, continue with: | | | | | | |
| OtherResults | context-spec | primitive | 6 | short | # octets in value | test results, as VisibleString |
| End If [END] | | | | | | |

Initiated   Test   (reference sections   6.5.2.5.7   through   .9)

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|------|--------|-------|
| CommandACTION | application | constructed | 4 | short | 7 | none |
| InitiatedTest | context-spec | constructed | 5 | short | 5 | none |
| TestID | universal | primitive | 0 | short | 1 | test number, as Integer |
| Abort | context-spec | primitive | 7 | short | 0 | none |
| | | | | | | |
| CommandACTION | application | constructed | 4 | short | # octets to [END] | none |
| InitiatedTest | context-spec | constructed | 5 | short | # octets to [END] | none |
| TestID | universal | primitive | 0 | short | 1 | test number, as Integer |
| If displayed text is to be referenced via an identification number, continue with | | | | | | |
| DisplayID | context-spec | primitive | 8 | short | 1 | text reference number, as Integer |
| Else if displayed text is to be transmitted, continue with | | | | | | |
| DisplayText | context-spec | primitive | 9 | short | # octets in value | text to be displayed, as VisibleString |
| End If [END] | | | | | | |
| CommandACTION | application | constructed | 4 | short | 8 | none |
| InitiatedTest | context-spec | constructed | 5 | short | 6 | none |
| TestID | universal | primitive | 0 | short | 1 | test number, as Integer |
| Continue | context-spec | primitive | 10 | short | 1 | option number for continue command, as Integer |

LRU   Data   Access:   Fault   History   (reference   section   6.5.2.6.1)



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|------|------|------|----|------|--------|-------|
| | Class | Encoding | No | Form | Length | |
| ParameterGet | application | constructed | 1 | short | 4 | none |
| LRUDataAccess | context-spec | constructed | 6 | short | 2 | none |
| FaultHistory | context-spec | primitive | 0 | short | 0 | none |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short /long | # octets to [END] | none |
| LRUDataAccess | context-spec | constructed | 6 | short /long | # octets to [END] | none |
| If LRU cannot report its fault history, continue with: | | | | | | |
| FaultHistory | context-spec | primitive | 0 | short | 0 | none |
| Else If LRU responds with a complete dump of its history, continue with: | | | | | | |
| HistoryDump | context-spec | primitive | 1 | short /long | # octets in value | fault history dump, as VisibleString, reporting flight legs as: 0 present flight leg -1 last flight leg -2 previous flight leg etc. |
| If LRU responds with a list of flight legs which contain faults, continue with: | | | | | | |
| FlightLegList | context-spec | constructed | 2 | short | # octets to [END] | none |
| FlightLegNoA | context-spec | primitive | 0 | short | 1 | Number of most recent flight leg in which faults were recorded, as Integer: 0 present flight leg -1 last flight leg -2 previous flight leg etc. |
| FlightLegNoB (optional) | context-spec | primitive | 1 | short | 1 | Number of next most recent flight leg in which faults were detected |
| FlightLegNoN (optional) | context-spec | primitive | n | short | 1 | Number of oldest flight leg in which faults were detected |
| End If [END] | | | | | | |
| | | | | | | |
| ParameterGET | application | constructed | 1 | short | 5 | none |
| LRUDataAccess | context-spec | constructed | 6 | short | 3 | none |
| FlightLegData | context-spec | primitive | 3 | short | 1 | requested flight leg number, as Integer 0 present flight leg -1 last flight leg -2 previous flight leg etc. |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short /long | # octets to [END] | none |





ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|---|---|---|---|---|---|---|
| | Class | Encoding | No | Form | Length | |
| LRUDataAccess | context-spec | constructed | 6 | short /long | # octets to [END] | none |
| FlightLegData | context-spec | constructed | 3 | short /long | # octets to [END] | none |
| LegHeader | context-spec | constructed | 0 | short | # octets to [ENDH] | none |
| FlightLeg Number | context-spec | primitive | 0 | short | 1 | flight leg number, as Integer, as above |
| FlightNumber (optional) | context-spec | primitive | 1 | short | #, octets in value | airline flight number, as VisibleString |
| DeptandDest Airport (optional) | context-spec | constructed | 2 | short | 1 2 | none |
| Departure Airport | universal | primitive | 26 | short | 4 | departure airport ICAO code, as VisibleString |
| Destination Airport | universal | primitive | 26 | short | 4 | destination airport ICAO code, as VisibleString |
| AircraftID (optional) | context-spec | constructed | 3 | short | 5 or 13 | none |
| ICAO24Bit Code | universal | primitive | 3 | short | 3 | ICAO 24 bit aircraft code, as BitString |
| RegistrationNo (optional) | universal | primitive | 26 | short | 6 | aircraft registration number, as VisibleString |
| LRUPosition (optional) | context-spec | primitive | 4 | short | # octets in value | LRU position on airplane, as VisibleString |
| SWPartNo (optional) | context-spec | primitive | 5 | short | # octets in value | software part number, as Visible String |
| Options (optional) | context-spec | primitive | 6 | short | # octets in value | configuration/options, as VisibleString [ENDH] |
| FaultA | context-spec | constructed | 1 | short /long | # octets to [ENDA] | none |
| FaultIDNo | context-spec | primitive | 0 | short | # octets in value | fault identification number, as Integer |
| Fault Description (optional) | context-spec | primitive | 1 | short | # octets in value | fault description, as VisibleString |
| FaultLocation (optional) | context-spec | primitive | 2 | short | # octets in value | fault location, as VisibleString |
| FaultType (optional) | context-spec | primitive | 3 | short | 1 | fault type, as Integer: 0  Hard fault 1   Intermittent fault n  Repeated fault with n occurrences |
| FaultShopData (optional) | context-spec | primitive | 4 | short | # octets in value | fault shop data, as VisibleString |
| FaultTime (optional) | context-spec | primitive | 5 | short | 1 3 | time when fault first detected, as UTCTime |
| FaultMode (optional) | context-spec | primitive | 6 | short | # octets in value | system mode when fault detected, VisibleString |

FX0175813



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|---|---|---|---|---|---|---|
| | Class | Encoding | No | Form | Length | |
| FaultParameter (optional) | context-spec | primitive | 7 | short | # octets in value | values of parameters useful in fault isolation, as VisibleString, in form: <parameter><value><units> [ENDA] |
| FaultB (optional) | context-spec | constructed | 2 | short /long | # octets to [ENDB] | none |
| continue with FaultIDNo through FaultParameters as above for second fault [ENDB] | | | | | | |
| FaultN (optional) | context-spec | constructed | n | short /long | # octets to [ENDN] | none |
| continue with FaultIDNo through FaultParameters as above for last fault [ENDN] [END] | | | | | | |

LRU Data Access: Fault History Erase (ref. sections 6.5.2.6.1.5 and .6)

| | | | | | | |
|---|---|---|---|---|---|---|
| CommandACTION | application | constructed | 4 | short | # octets to [END] | none |
| LRUDataAccess | context-spec | constructed | 6 | short | # octets to [END] | none |
| faultHistoryErase | context-spec | constructed | 3 | short | # octets to [END] | none |
| If all LRU fault history is to be erased, continue with | | | | | | |
| allFlightLegs | context-spec | primitive | 1 | short | 0 | none |
| Else continue with | | | | | | |
| selectedFlightLeg | context-spec | primitive | 2 | short | 1 | flight leg for which history should be erased, as Integer: 0  present flight leg -1  last flight leg -2  previous flight leg etc. |
| END IF [END] | | | | | | |
| Command RESPONSE | application | constructed | 5 | short | # octets to [END] | none |
| LRUDataAccess | context-spec | constructed | 6 | short | # octets to [END] | none |
| faultHistoryErase | context-spec | constructed | 3 | short | # octets to [END] | none |
| If all LRU fault history was requested to be erased, continue with | | | | | | |
| allFlightLegs | context-spec | primitive | 1 | short | 0 | none |
| Else continue with | | | | | | |
| selectedFlightLeg | context-spec | primitive | 2 | short | 1 | flight leg for which history was requested to be erased, as above |
| End If | | | | | | |
| eraseStatus | context-spec | primitive | 3 | short | 1 | indication whether command completed, as BOOLEAN [END] |





ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|------|------|------|------|--------|------|-------|
| | Class | Encoding | No | Form | Length | |

**LRU Data Access: LRU Parameter Display (reference section 6.5.2.6.2)**

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|-----|------|--------|-------|
| ParameterGET | application | constructed | 1 | short | 4 | none |
| LRUDataAccess | context-spec | constructed | 6 | short | 2 | none |
| ParameterGroup | context-spec | primitive | 6 | short | 0 | none |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | none |
| LRUDataAccess | context-spec | constructed | 6 | short | # octets to [END] | none |
| If LRU has parameter values to report, continue with: | | | | | | |
| ParameterGroup | context-spec | primitive | 6 | short | # octets to [END] | none |
| Parameter GroupA | context-spec | primitive | 0 | short | # octets in value | first parameter group name, as VisibleString |
| Parameter GroupN | context-spec | primitive | n | short | # octets in value | last parameter group name, as VisibleString |
| Else | | | | | | |
| ParameterGroup | context-spec | primitive | 6 | short | 0 | none |
| End If [END] | | | | | | |
| | | | | | | |
| ParameterGET | application | constructed | 1 | short | 5 | none |
| LRUDataAccess | context-spec | constructed | 6 | short | 3 | none |
| ParameterValue | context-spec | primitive | 8 | short | 1 | requested parameter group number, as Integer |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | none |
| LRUDataAccess | context-spec | constructed | 6 | short | # octets to [END] | none |
| ParameterValue | context-spec | constructed | 8 | short | # octets to [END] | none |
| ParamA | context-spec | constructed | 0 | short | # octets to [ENDA] | none |
| ParamName | context-spec | primitive | 0 | short | # octets in value | parameter name, as VisibleString |
| If parameter A is a real variable, continue with: | | | | | | |
| RealValue | context-spec | primitive | 2 | short | # octets in value | parameter value, as Real |
| ParamUnits | context-spec | primitive | 9 | short | # octets in value | parameter units, as VisibleString |
| Else If parameter A is a packed discrete word, continue with: | | | | | | |
| BitStringValue | context-spec | primitive | 3 | short | # octets in value | parameter value, as BitString |
| Else If parameter A is a single boolean discrete, continue with: | | | | | | |
| BooleanValue | context-spec | primitive | 4 | short | 1 | parameter value, as Boolean |
| End If [ENDA] | | | | | | |

FX0175815

**ARINC REPORT 624 - Page 44**



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|---|---|---|---|---|---|---|
| | Class | Encoding | No | Form | Length | |
| ParamB | context-spec | constructed | 1 | short | # octets to [ENDB] | none |
| continue with ParamName through ParamUnits as appropriate for second parameter [ENDB] | | | | | | |
| ParamN | context-spec | constructed | n | short | # octets to [ENDN] | none |
| continue with ParamName through ParamUnits as appropriate for last parameter [ENDN] [END] | | | | | | |
| **LRU Data Access: Initiated Test History (reference section 6.5.2.6.3)** | | | | | | |
| ParameterGET | application | constructed | 1 | short | 4 | none |
| LRUDataAccess | context-spec | constructed | 6 | short | 2 | none |
| TestHistory | context-spec | primitive | 1 | short | 0 | none |
| ParameterSTATUS | application | constructed | 3 | short /long | # octets to [END] | none |
| LRUDataAccess | context-spec | constructed | 6 | short /long | # octets to [END] | none |
| **If initiated test faults are to be reported, continue with:** | | | | | | |
| TestHistory | context-spec | constructed | 10 | short /long | # octets to [END] | none |
| TestA | context-spec | constructed | 0 | short /long | # octets to [ENDA] | none |
| TestName | context-spec | primitive | 0 | short | # octets in value | name of most recent test with recorded faults, as VisibleString |
| TestFault1 | context-spec | constructed | 1 | short | # octets to [END1] | none |
| FaultIDNo | context-spec | primitive | 0 | short | # octets in value | fault identification number, as integer |
| Fault Description | context-spec | primitive | 1 | short | # octets in value | fault description, as VisibleString |
| FaultShopData (optional) | context-spec | primitive | 2 | short | # octets in value | fault shop data, as VisibleString |
| Fault Parameters (optional) | context-spec | primitive | 3 | short | # octets in value | values of parameters useful in fault isolation, as VisibleString, in form: <parameter><value><units> [END1] |
| TestFaultm (optional) | context-spec | constructed | m | short | # octets to [ENDM] | none |
| continue with FaultIDNo through FaultParameters for last fault recorded for TestA [ENDM] | | | | | | |
| TestN (optional) | context-spec | constructed | n | short | # octets to [ENDN] | none |
| continue with TestName through TestFaultN for oldest test with faults [ENDN] | | | | | | |
| **Else continue with** | | | | | | |
| TestHistory | context-spec | primitive | 1 | short | 0 | none |
| **End If [END]** | | | | | | |

**LRU Data Access: Elapsed Time/ Power Cycle (reference section 6.5.2.6.4)**

| ParameterGET | application | constructed | 1 | short | 4 | none |
|---|---|---|---|---|---|---|



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | | Value |
|------|------|------|------|--------|------|------|-------|
| | Class | Encoding | No | Form | Length | | |
| LRUDataAccess | context-spec | constructed | 6 | short | 2 | | none |
| TimeCycle | context-spec | primitive | 15 | short | 0 | | none |
| ParameterSTATUS | application | constructed | 3 | short | # octets to [END] | | none |
| LRUDataAccess | context-spec | constructed | 6 | short | # octets to [END] | | none |
| If LRU elapsed time/ power cycle data is to be reported, continue with: | | | | | | | |
| TimeCycle | context-spec | constructed | 15 | short | # octets to [END] | | none |
| ElapsedTime | context-spec | primitive | 0 | short | # octets in value | | elapsed LRU operating time in hours, as Integer |
| PowerCycles | context-spec | primitive | 1 | short | # octets in value | | number of LRU power cycles, as Integer |
| Else continue with | | | | | | | |
| TimeCycle | context-spec | primitive | 15 | short | 0 | | none |
| End If [END] | | | | | | | |

Aircraft  Identification  (reference  section  6.5.2.7)

| ParameterSET | application | constructed | 2 | short | 7 or 15 | | none |
|------|------|------|------|------|------|------|------|
| AircraftID | context-spec | constructed | 7 | short | 5 or 13 | | none |
| ICAO24BitCode | universal | primitive | 3 | short | 3 | | ICAO 24 bit aircraft code, as BitString |
| RegistrationNo (optional) | universal | primitive | 26 | short | 6 | | aircraft registration number, as VisibleString |
| ParameterGET | application | constructed | 1 | short | 2 | | none |
| AircraftID | context-spec | primitive | 7 | short | 0 | | none |
| ParameterSTATUS | application | constructed | 3 | short | 7 or 15 | | none |
| continue with AircraftID through RegistrationNo as in ParameterSET | | | | | | | |

Flight  Number  (reference  section  6.5.2.8)

| ParameterSET | application | constructed | 2 | short | 7 | | none |
|------|------|------|------|------|------|------|------|
| FlightNumber | context-spec | primitive | 8 | short | # octets in value | | airline flight number, as VisibleString |
| ParameterGET | application | constructed | 1 | short | 2 | | none |
| FlightNumber | context-spec | primitive | 8 | short | 0 | | none |
| ParameterSTATUS | application | constructed | 3 | short | 2 | | none |
| If flight number data is available, continue with: | | | | | | | |
| FlightNumber as in ParameterSET | | | | | | | |
| Else continue with: | | | | | | | |
| FlightNumber | context-spec | primitive | 8 | short | 0 | | none |
| End If | | | | | | | |

Departure  and  Destination  Airport  (reference  section  6.5.2.9)



ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|------|------|--|--|--------|--|-------|
| | Class | Encoding | No | Form | Length | |
| ParameterSET | application | constructed | 2 | short | 14 | none |
| DeptandDest Airport | context-spec | constructed | 9 | short | 12 | none |
| Departure Airport | universal | primitive | 26 | short | 4 | departure airport ICAO code, as VisibleString |
| Destination Airport | universal | primitive | 26 | short | 4 | destination airport ICAO code, as VisibleString |
| | | | | | | |
| ParameterGET | application | constructed | 1 | short | 2 | none |
| DeptandDest Airport | context-spec | primitive | 9 | short | 0 | none |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short | 2 | none |
| If departure and destination airport data is available, continue with: | | | | | | |
| DeptandDestAirport through DestinationAirport as in ParameterSET | | | | | | |
| Else continue with: | | | | | | |
| DeptandDest Airport | context-spec | primitive | 9 | short | 0 | none |
| End If | | | | | | |

Date and Time (reference section 6.5.2.10)

| ParameterSET | application | constructed | 2 | short | 15 | none |
|------|------|--|--|--------|--|-------|
| DateAndTime | context-spec | primitive | 10 | short | 13 | present date and time, as UTCTime |
| | | | | | | |
| ParameterGET | application | constructed | 1 | short | 2 | none |
| DateAndTime | context-spec | primitive | 10 | short | 0 | none |
| | | | | | | |
| ParameterSTATUS | application | constructed | 3 | short | 2 | none |
| continue with Date and Time as in ParameterSET | | | | | | |

Interactive Menu (reference section 6.5.2.11)

| CommandACTION | application | constructed | 4 | short | 3 | none |
|------|------|--|--|--------|--|-------|
| InteractiveMenu | context-spec | primitive | 11 | short | 1 | interactive menu command, as Integer |
| | | | | | | |
| Command RESPONSE | application | constructed | 3 | short /long | # octets to [END] | none |
| If the LRU has an interactive menu to display, continue with: | | | | | | |
| InteractiveMenu | context-spec | constructed | 11 | short /long | # octets to [END] | none |
| MenuItemA | context-spec | constructed | 1 | short | # octets to [ENDA] | none |
| MenuItemNo | context-spec | primitive | 0 | short | 1 | menu item number, as Integer |
| MenuItemDesc | context-spec | primitive | 1 | short | # octets in value | menu item description, as VisibleString [ENDA] |





ATTACHMENT 2 (cont'd)
OMS DATA ENCODING

| Item | Type | | | Length | | Value |
|------|------|---|---|--------|---|-------|
| | Class | Encoding | No | Form | Length | |
| MenuItemN | context-spec | constructed | n | short | # octets to [ENDN] | none |
| continue with MenuItemNo through MenuItemDesc as above [ENDN] [END] | | | | | | |
| Else continue with: | | | | | | |
| InteractiveMenu | context-spec | primitive | 11 | short | 0 | none |
| End If [END] | | | | | | |

### Electronic Library (reference section 6.5.2.12)

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|------|--------|-------|
| CommandACTION | application | constructed | 4 | short | 3 | none |
| Electronic Library | context-spec | primitive | 12 | short | 1 | electronic library data item tag (8 digit ATA code), as Integer |
| Command RESPONSE | application | constructed | 3 | short /long | # octets to [END] | none |
| If the ELS has the requested item to display, continue with: | | | | | | |
| Electronic Library | context-spec | constructed | 12 | long | # octets to [END] | none |
| DisplayData | context-spec | constructed | 0 | long | # octets in value | text or graphics to be displayed, details TBD |
| ELSSelectA | context-spec | constructed | 1 | short | # octets to [ENDA] | none |
| SelectKeyID | context-spec | constructed | 0 | short | # octets in value | location of graphic button, or line select key number, etc. details TBD |
| SelectDataCode | context-spec | primitive | 1 | short | # octets in value | electronic library data item tag (8 digit ATA code), as Integer [ENDA] |
| ELSSelectN | context-spec | constructed | n | short | # octets to [ENDN] | none |
| continue with SelectKeyID through SelectDataCode as above [ENDN] | | | | | | |
| Else continue with: | | | | | | |
| Electronic Library | context-spec | primitive | 12 | short | 0 | none |
| End If [END] | | | | | | |

### Airplane Parameters (reference section 6.5.2.13)

| Item | Class | Encoding | No | Form | Length | Value |
|------|-------|----------|----|------|--------|-------|
| ParameterGET | application | constructed | 1 | short | 2 | none |
| Airplane Parameters | context-spec | primitive | 13 | short | 0 | none |
| ParameterSTATUS | application | constructed | 2 | short | 14 | none |
| Airplane Parameters | context-spec | constructed | 13 | short | 12 | none |
| BaroAltitude | context-spec | primitive | 1 | short | 4 | barometric altitude in feet as INTEGER |
| CalAirspeed | context-spec | primitive | 2 | short | 4 | calibrated airspeed in knots as REAL |

## ATTACHMENT 3
## GLOSSARY

Acronyms

| | |
|---|---|
| ACARS | Aircraft Communications Addressing and Reporting System |
| ACM | Airplane Condition Monitoring |
| ACMS | Airplane Condition Monitoring System |
| AIDS | Aircraft Integrated Data System |
| APU | Auxiliary Power Unit |
| ARINC | Aeronautical Radio, Inc. |
| ASN.1 | Abstract Syntax Notation |
| BER | Basic Encoding Rules |
| BITE | Built-in Test Equipment |
| CMC | Central Maintenance Computer |
| CMU | Communications Management Unit |
| DDG | Dispatch Deviation Guide |
| DITS | Digital Information Transfer System |
| ELS | Electronic Library System |
| GSE | Ground Support System |
| ISO | International Standards Organization |
| LRU | Line Replaceable Unit |
| LSAP | Link Service Access Point |
| MAT | Maintenance Access Terminal |
| MEL | Minimum Equipment List |
| NVM | Non-Volatile Memory |
| OMD | Onboard Maintenance Documentation |
| OMS | Onboard Maintenance System |
| OSI | Open Systems Interconnection |
| PC | Personal Computer |
| SRU | Shop-Replaceable Unit |
| TBD | To Be Determined |
| UTC | Universal Time Coordinated |



## ATTACHMENT 3 (cont'd)
## GLOSSARY

<u>TERMS</u>

| | |
|---|---|
| Enhanced/extended maintenance | The identification or confirmation of a fault condition, isolation of the fault to a single LRU replacement, adjustment, or repair of the faulted unit or module and the verification that proper system operation has been restored, accomplished within a longer time frame than normal. |
| Failure | A failure is the inability of a System to perform in required function or functions. A failure is the functional performance deficiency resulting from a fault. |
| | a. Hard Failure<br>A hard failure is a failure that has existed continuously since its occurrence. |
| | b. Intermittent Failure<br>An intermittent failure is a failure which occurs for a limited time, after which the functional ability recovers without any external corrective action being taken. |
| Fault | A fault is a physical condition that causes a device, component, or element not to perform in a required manner. |
| Fault Tolerance | Fault tolerance is the built-in capability of a system or LRU, to continue to perform its required functions with a specified number of faults. The specified number of faults is dependent upon system redundancy and requirements, but at least two or more faults must occur to cause a failure. |
| Ground Test | A procedure which is manually initiated by an operator input through the CMC's control panel. |
| Interconnect | An interconnect is the total electrical or optical path from a source to an LRU, including all data communication media and bundle connectors. |
| Isolation | Isolation is the process of identifying and locating a failure or fault to a single replaceable or repairable unit. Since the term "fault isolation" is in common usage, it will be used in this document to describe isolation of either faults or failures. |
| Line Maintenance | The identification or confirmation of a fault condition, the isolation of the fault to a single LRU, the replacement, adjustment, or repair of the faulted unit or module, and the verification that proper system operation has been restored. |
| Line Replaceable Unit (LRU) | An LRU that is a component which is designed to be removed and replaced by line maintenance personnel. |
| Member system | Any system which reports directly to the CMC via a data bus. |
| Non-Volatile Memory (NVM) | NVM is internal data storage in an LRU which is cable of retaining data without externally applied electrical power. |
| Nuisance Message | A nuisance message is an incorrect indication of a fault or failure, or an indication when no fault or failure exists. |
| Onboard Maintenance System (OMS) | The OMS consists of the CMC and the BITE in all Member Systems. |
| Shop Replaceable Unit (SRU) | An SRU is an item which is part of an LRU and is designed to be removed or replaced in the shop. |
| Through maintenance | Accurate, rapid fault isolation and postmaintenance action interface verification to support maintenance actions performed during a short turnaround. |

APPENDIX A
EXAMPLE - OMS MAIN MENU



## ONBOARD MAINTENANCE SYSTEM
## MAIN MENU

- PRESENT FAILURES
- PRESENT LEG FAILURES
- LAST LEG FAILURES
- FAILURE HISTORY
- GROUND TEST
- AIRPLANE CONDITION MONITORING
- MAINTENANCE DOCUMENTATION ACCESS
- LRU LIST
- SERVICE REPORTS
- NOTES
- HELP

PRESS THE UP OR DOWN BUTTON TO HIGHLIGHT AN ITEM,
THEN PRESS THE ENTER BUTTON TO SELECT.





APPENDIX B
EXAMPLE - PRESENT LEG FAILURES DISPLAY

## PRESENT LEG FAILURES

DATE:  16/FEB/87

FLIGHT NUMBER:  172

FAULT INDICATION

FAILURE

- AUTOPILOT DISCONNECT

  AUTOFLIGHT:
  CENTER FLIGHT CONTROL
  COMPUTER (INTERMITTENT FAULT)

- EICAS MESSAGE "TRANSFORMER-
  RECTIFIER UNIT"

  ELECTRICAL POWER:
  TRANSFORMER-RECTIFIER SYSTEM
  (GROUP FAULT)

- EICAS INDICATION
  "STAB TRIM"

  FLIGHT CONTROL:
  STAB TRIM POSITION MODULE

- NONMONITORED SYSTEMS
- RETURN TO MAIN MENU

APPENDIX C
EXAMPLE - FAILURE HISTORY SYSTEM MENU



FAILURE HISTORY MENU
SYSTEM

ATA    TITLE

● 21 - AIR CONDITIONING

● 22 - AUTOFLIGHT

● 23 - COMMUNICATIONS

● 24 - ELECTRICAL POWER

● 27 - FLIGHT CONTROLS

● 28 - ENGINE FUEL AND CONTROL

● RETURN TO MAIN MENU

## APPENDIX D
### EXAMPLE - FAILURE HISTORY SYSTEM DISPLAY

**FLIGHT FAULT HISTORY**

AUTOFLIGHT

FAULT INDICATION: AUTOPILOT DISCONNECT

FAILURE: CENTER FLIGHT CONTROL COMPUTER FAILURE

| FLIGHT LEG | FLIGHT NUMBER | DATE |
|---|---|---|
| –01 | 172 | 16/FEB/87 |

ACTION TAKEN: REPLACED CENTER FLIGHT CONTROL COMPUTER     16/FEB/87

FAULT INDICATION: ALTITUDE SELECT CHANGE NONRESPONSE TO LEFT OR CENTER A/P SELECTION

FAILURE: MODE CONTROL PANEL FAILURE

| FLIGHT LEG | FLIGHT NUMBER | DATE |
|---|---|---|
| –02 | 235 | 21/JUN/86 |

ACTION TAKEN: REPLACED MODE CONTROL PANEL     21/JUN/86

- RETURN TO MAIN MENU
- RETURN TO HISTORY MENU

FX0175825



APPENDIX E
EXAMPLE - FAILURE HISTORY FLIGHT LEG MENU

# FLIGHT LEG FAILURES

| FLIGHT LEG | SYSTEM (ATA) |
|---|---|
| .-01 | 21,22,23,24,25 |
| .-02 | 21,22,23 |
| .-03 | 28 |
| .-05 | 21, 27 |
| .-20 | 27 |

ATA CHAPTER

| | | |
|---|---|---|
| 21:  AIRCONDITIONING | 22: AUTOFLIFGHT | 23:  COMMUNICATIONS |
| 24:  ELECTRICAL POWER | 25: EQUIPMENT/FURNISHINGS | |
| 27:  FLIGHT CONTROLS | 28: ENGINE FUEL AND CONTROLS | |

● RETURN TO MENU



APPENDIX F
EXAMPLE - FAILURE HISTORY FLIGHT LEG DISPLAY

## FLIGHT LEG FAILURES (FLIGHT LEG -02)

FLIGHT:  172                          DATE: 16/FEB/87

FAULT INDICATION                      FAILURE
‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾                    ‾ ‾ ‾ ‾ ‾ ‾

- OUTFLOW VALVE INDICATOR     AIR CONDITIONING:
  READS OFF SCALE            VALVE POSITION INDICATOR
                             (MANUALLY REPORTED)

- EICAS INDICATION            AIR CONDITIONING:
  "FWD EQPT SMOKE            EQUIP COOLING MODE SELECTOR
  SMOKE CLR INOP"            (MANUALLY REPORTED)

- ALTITUDE SELECT CHANGE      AUTOFLIGHT:
  NON-RESPONSE TO LEFT        MODE CONTROL PANEL
  OR CENTER A/P SELECTION

- VHF TRANSFER LIGHT          COMMUNICATION:
  INOPERATIVE FOR LEFT        LEFT VHF CONTROL PANEL
  FREQUENCY                   (MANUALLY REPORTED)

- RETURN TO FLIGHT LEG LIST PAGE
- RETURN TO MENU



## APPENDIX G
## EXAMPLE - OMS COMMUNICATIONS PROTOCOL

As an example, consider a case where an LRU is to report an event in which one fault has been detected, and another fault, which had been previously detected, has cleared. The fault which has just been detected has a fault identification number of 5, and a description of "ADC-L INACTIVE". The fault which has just been cleared has a fault identification number of 11. The encoding of this information is defined below.

| EventREPORT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | Length | Value | | | | | |
| | | FaultStatus | | | | | |
| | | Type | Length | Value | | | |
| | | | | FaultSet | | | |
| | | | | Type | Length | Value | |
| | | | | | | FaultA | |
| | | | | | | Type | Length |
| Appl/C/6 | short/32 | ConSp/C/4 | short/30 | ConSp/C/1 | short/28 | ConSp/C/1 | short/19 |
| 01100110 | 00100000 | 10100100 | 00011110 | 10100001 | 00011100 | 01100001 | 00010011 |

| EventREPORT (Value) | | | | | | | |
|---|---|---|---|---|---|---|---|
| FaultStatus (Value) | | | | | | | |
| FaultSet (Value) | | | | | | | |
| FaultA (Value) | | | | | | | |
| FaultIDNumber | | | FaultDescription | | | | |
| Type | Length | Value | Type | Length | Value | | |
| ConSp/P/0 | short/1 | 5 | ConSp/P/1 | short/14 | A | D | C |
| 01000000 | 00000001 | 00000101 | 01000001 | 00001110 | 01000001 | 01000100 | 01000011 |



| EventREPORT (Value) | | | | | | | |
|---|---|---|---|---|---|---|---|
| FaultStatus (Value) | | | | | | | |
| FaultSet (Value) | | | | | | | |
| FaultA (Value) | | | | | | | |
| FaultDescription (Value) | | | | | | | |
| . | L | | I | N | A | C | T |
| 00101101 | 01001100 | 00100000 | 01001001 | 01001110 | 01000001 | 01000011 | 01010100 |

| EventREPORT (Value) | | | | | | | |
|---|---|---|---|---|---|---|---|
| FaultStatus (Value) | | | | | | | |
| FaultSet | | | FaultClear | | | | |
| Value | | | Type | Length | Value | | |
| FaultSet | | | | | FaultC | | |
| Value | | | | | Type | Length | Value |
| Fault Description | | | | | | | FaultIDNo |
| Value | | | | | | | Type |
| I | V | E | ConSp/C/2 | short/5 | ConSp/C/1 | short/3 | ConSp/P/0 |
| 01001001 | 01010110 | 01000101 | 01100010 | 00000101 | 01100001 | 00000011 | 01000000 |

| EventREPORT (Value) | |
|---|---|
| FaultStatus (Value) | |
| FaultClear (Value) | |
| FaultC (Value) | |
| FaultIDNumber | |
| Length | Value |
| short/1 | 11 |
| 00000001 | 00001011 |

Abbreviations Under Type:

ConSp   Context-Specific
Appl   Application
Unlv   Universal
C   Constructed
P   Primitive

