# Exhibit E



# DESIGN GUIDANCE FOR
# ONBOARD MAINTENANCE SYSTEM

## ARINC CHARACTERISTIC 624-1

### PUBLISHED: AUGUST 30, 1993

AN **ARINC** DOCUMENT

Prepared by
AIRLINES ELECTRONIC ENGINEERING COMMITTEE
Published by
AERONAUTICAL RADIO, INC.
2551 RIVA ROAD, ANNAPOLIS, MARYLAND 21401

Confidential

This document is based on material submitted by various participants during the drafting process. Neither AEEC nor ARINC has made any determination whether these materials could be subject to claims of patent or other proprietary rights by third parties, and no representation or warranty, express or implied, is made in this regard. Any use of or reliance on this document shall constitute an acceptance hereof "as is" and be subject to this disclaimer.

Copyright[M] 1998 by
AERONAUTICAL RADIO, INC.
2551 Riva Road
Annapolis, Maryland  21401-7465 USA

Supplement 1 will not be made available separately due to the extensive changes to previous version of the standard.  It is included in its entirety in Characteristic 624A-1.

ARINC CHARACTERISTIC 624-1[©]

DESIGN GUIDANCE FOR ONBOARD MAINTENANCE SYSTEM (OMS)

Published:  August 30, 1993

Prepared by the Airlines Electronic Engineering Committee

Characteristic 624        Adopted by the Airlines Electronic Engineering Committee:  July 17, 1991
Characteristic 624-1      Adopted by the Airlines Electronic Engineering Committee:  July 22, 1993

A description of the changes introduced by each supplement is included on Goldenrod paper at the end of this document.

Confidential                                                      FX0087952

FOREWORD

Activities of AERONAUTICAL RADIO, INC. (ARINC)

and the

Purpose of ARINC Reports and Specifications


Aeronautical Radio, Inc. is a corporation in which the United States scheduled airlines are the principal stockholders. Other stockholders include a variety of other air transport companies, aircraft manufacturers and foreign flag airlines.

Activities of ARINC include the operation of an extensive system of domestic and overseas aeronautical land radio stations, the fulfillment of systems requirements to accomplish ground and airborne compatibility, the allocation and assignment of frequencies to meet those needs, the coordination incident to standard airborne communications and electronics systems and the exchange of technical information.   ARINC sponsors the Airlines Electronic Engineering Committee (AEEC), composed of airline technical personnel. The AEEC formulates standards for electronic equipment and systems for airlines. The establishment of Equipment Characteristics is a principal function of this Committee.

It is desirable to reference certain general ARINC Specifications or Reports which are applicable to more than one type of equipment. These general Specifications and Reports may be considered as supplementary to the Equipment Characteristics in which they are referenced. They are intended to set forth the desires of the airlines pertaining to components or equipment is concerned and general design, construction and test criteria, in order to insure satisfactory operation and the necessary interchangeability in airline service. The release of a Specification or Equipment Characteristics should not be construed to obligate ARINC or any airline insofar as the purchase of any components or equipment is concerned.

An ARINC Report ( Specification or Characteristic) has a twofold purpose, which is:

(1)     To indicate to the prospective manufacturers of airline electronic equipment the considered opinion of the airline technical people coordinated on an industry basis concerning requisites of new equipment, and

(2)     To channel new equipment designs in a direction which can result in the maximum possible standardization of those physical and electrical characteristics which influence interchangeability of equipment without seriously hampering engineering initiative.

ii

Confidential

FX0087953

**ARINC REPORT 624**
**TABLE OF CONTENTS**

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION AND DESCRIPTION | 1 |
| 1.1 | Purpose of this Document | 1 |
| 1.2 | Document Organization | 1 |
| 1.3 | Definition of Terms Used in this Document | 1 |
| 1.4 | Related Documents | 1 |
| 2.0 | MAINTENANCE CONCEPT | 3 |
| 2.1 | Maintenance Definition | 3 |
| 2.1.1 | Advances in Equipment Reliability | 3 |
| 2.1.2 | Fault - Tolerant Design | 3 |
| 2.1.3 | Fault Isolation and Corrective Action | 3 |
| 2.1.4 | Unjustified Removals | 3 |
| 2.2 | Objectives of an OMS | 3 |
| 2.2.1 | Role of BITE | 4 |
| 2.2.2 | Role of Onboard Maintenance Documentation (OMD) | 4 |
| 2.2.3 | Role of Airplane Condition Monitoring (ACM) | 4 |
| 2.2.4 | Role of Data Link | 4 |
| 2.3 | Regulatory Aspects | 5 |
| 2.4 | Availability Aspects | 5 |
| 3.0 | OMS DESCRIPTION | 6 |
| 3.1 | OMS Architecture | 6 |
| 3.2 | OMS Functional Requirements | 6 |
| 3.2.1 | Automatic Testing and Isolation of Fault and Failure | 6 |
| 3.2.1.1 | Member Systems | 6 |
| 3.2.1.2 | Non-member Systems | 6 |
| 3.2.2 | User Initiated Tests (Ground Tests) | 7 |
| 3.2.2.1 | General Characteristics | 7 |
| 3.2.2.1.1 | Automation | 7 |
| 3.2.2.1.2 | Modular Design | 7 |
| 3.2.2.1.3 | Ground Support Equipment | 7 |
| 3.2.2.1.4 | Ground Test Enable | 7 |
| 3.2.2.1.5 | Safety | 7 |
| 3.2.2.2 | Specific Test Requirements | 7 |
| 3.2.2.2.1 | Operational Test | 7 |
| 3.2.2.2.2 | LRU Replacement Verification Test | 7 |
| 3.2.2.2.3 | System Test | 7 |
| 3.2.2.2.4 | Interactive Fault Location Tests | 8 |
| 3.2.2.2.5 | Alignment and Rigging Tests | 8 |
| 3.2.2.2.6 | Interface Monitoring | 8 |
| 3.2.2.2.7 | Hardware and Software Configuration Identification | 8 |
| 3.2.3 | Onboard Maintenance Documentation | 8 |
| 3.2.4 | Airplane Condition Monitoring | 8 |
| 3.2.5 | Event Function Requirements | 8 |
| 3.3 | OMS User Interface Requirements | 9 |
| 3.3.1 | CMC Response Modes | 9 |
| 3.3.1.1 | Present Failures | 9 |
| 3.3.1.2 | Present Leg Failures | 9 |
| 3.3.1.3 | Last Leg Failures | 10 |
| 3.3.1.4 | Failure History | 10 |
| 3.3.1.5 | Ground Tests | 10 |
| 3.3.1.6 | Airplane Condition Monitoring | 10 |
| 3.3.1.7 | Maintenance Documentation Access | 10 |
| 3.3.1.8 | LRU List | 10 |
| 3.3.1.9 | Service Reports | 10 |
| 3.3.1.10 | Notes | 10 |
| 3.3.1.11 | Help | 10 |
| 3.3.2 | OMS Users Input | 10 |
| 3.3.3 | Maintenance Access Terminal | 11 |
| 3.3.4 | Printer | 11 |
| 3.4 | Interfaces with Other Airplane Systems | 11 |
| 3.4.1 | Data Link | 11 |
| 3.4.2 | Software Loading/Data Loading/Data Retrieval | 11 |

iii

**ARINC REPORT 624**
**TABLE OF CONTENTS**

| ITEM | SUBJECT | PAGE |
|------|---------|------|
| 4.0 | CMC DESIGN CONSIDERATIONS | 12 |
| 4.1 | Fault and Failure Data processing | 12 |
| 4.1.1 | Continuous BITE Monitoring | 12 |
| 4.1.2 | BITE Data Consolidation | 12 |
| 4.1.3 | CMC Processing of Supporting Data | 12 |
| 4.1.3.1 | Failure Indication or Flight Deck Effect Data | 12 |
| 4.1.3.2 | Flight Leg and Flight Phase Data | 12 |
| 4.1.3.3 | Time and Date | 13 |
| 4.1.3.4 | Flight Number and City Pair or Route Number | 13 |
| 4.1.3.5 | Airplane Identification | 13 |
| 4.1.3.6 | Flight Parameters | 13 |
| 4.1.3.7 | Power Interruption Reporting | 13 |
| 4.2 | CMC Storage Requirement | 13 |
| 4.3 | CMC Operational Monitoring | 14 |
| 4.4 | Reliability | 14 |
| 4.5 | CMC Interface with Member Systems | 14 |
| 4.6 | Software Loading | 14 |
| 4.7 | Failure Data Retrieval | 14 |
| | | |
| 5.0 | OMS MEMBER SYSTEM BITE | 15 |
| 5.1 | General | 15 |
| 5.1.1 | Fault/Failure Detection | 15 |
| 5.1.2 | Fault/Failure Isolation | 15 |
| 5.1.3 | Return to Service Testing | 15 |
| 5.1.4 | CMC Support Functions | 15 |
| 5.1.5 | Ground Support Functions | 15 |
| 5.2 | BITE Non-Volatile Memory | 15 |
| 5.2.1 | Detailed Fault Data Storage | 15 |
| 5.2.2 | Software Anomalies | 16 |
| 5.2.3 | System Event Monitoring | 16 |
| 5.2.4 | NVM Size | 16 |
| 5.2.5 | NVM Erase | 16 |
| 5.2.6 | NVM First-In-First-Out (FIFO) Data Storage | 16 |
| 5.3 | System BITE Communication with CMC | 16 |
| 5.4 | Use of BITE in Shop Maintenance | 16 |
| 5.5 | Detailed BITE Requirements | 16 |
| 5.6 | Interface Fault Detection/Classification | 17 |
| 5.7 | Power Interruption Reporting | 17 |
| | | |
| 6.0 | OMS COMMUNICATIONS PROTOCOL | 18 |
| 6.1 | General Requirements | 18 |
| 6.2 | Protocol Architecture | 18 |
| 6.3 | Physical and Link Layer Protocol | 19 |
| 6.3.1 | ARINC 429 Communication | 19 |
| 6.3.1.1 | Physical Layer | 19 |
| 6.3.1.2 | Data Link Layer | 19 |
| 6.3.2 | ARINC 629 Communication | 19 |
| 6.3.2.1 | Physical Layer | 19 |
| 6.3.2.2 | Data Link Layer | 19 |
| 6.3.3 | ARINC 636 (Fiber Distributed Data Interface) | 19 |
| 6.3.3.1 | Physical Layer | 19 |
| 6.3.3.2 | Data Link Layer | 20 |
| 6.3.4 | ARINC 646 (Ethernet LAN) | 20 |
| 6.3.4.1 | Physical Layer | 20 |
| 6.3.4.2 | Data Link Layer | 20 |
| 6.3.5 | Other Buses | 20 |
| 6.3.5.1 | Physical Layer | 20 |
| 6.3.5.2 | Data Link Layer | 20 |
| 6.4 | Network Layer Protocol | 20 |
| 6.5 | Transport, Session, Presentation and Application Layers | 20 |
| 6.6 | Application Program | 20 |
| 6.6.1 | Service and Interface Specification | 20 |
| 6.6.1.1 | Implementation on ARINC 629 | 20 |
| 6.6.1.2 | Implementation on Other Buses | 20 |

Confidential

**ARINC REPORT 624**
**TABLE OF CONTENTS**

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 6.6.2 | Application Program Requests and Responses | 21 |
| 6.6.2.1 | CMC Requests and Member System Responses | 21 |
| 6.6.3 | OMS Message Description | 22 |
| 6.6.3.1 | General | 23 |
| 6.6.3.2 | Message Structure and Encoding | 23 |
| 6.6.3.2.1 | Message Structure | 23 |
| 6.6.3.2.2 | Type | 23 |
| 6.6.3.2.2.1 | Type Definitions | 23 |
| 6.6.3.2.2.2 | Type Encoding | 24 |
| 6.6.3.2.3 | Length Encoding | 24 |
| 6.6.3.2.4 | Value Encoding | 25 |
| 6.6.3.2.4.1 | SET | 25 |
| 6.6.3.2.4.2 | SEQUENCE | 25 |
| 6.6.3.2.4.3 | Boolean | 25 |
| 6.6.3.2.4.4 | Integer | 26 |
| 6.6.3.2.4.5 | Octetstring | 26 |
| 6.6.3.2.4.6 | VisibleString | 26 |
| 6.6.3.3 | ASN.1 Notation | 26 |
| 6.6.3.3.1 | Message Identification | 26 |
| 6.6.3.3.2 | Context-Specific Items | 27 |
| 6.6.3.3.3 | Named Sets and Sequences | 27 |
| 6.6.3.3.4 | Example Notation | 27 |
| 6.6.3.4 | ASN.1 Notation for OMS Messages | 29 |
| 6.6.3.4.1 | Flight Leg, Flight Phase and Date/Time | 29 |
| 6.6.3.4.1.1 | Flight Leg, Flight Phase and Date/Time Periodic Rep | 30 |
| 6.6.3.4.1.2 | Flight Leg, Flight Phase and Date and Time Set | 30 |
| 6.6.3.4.2 | Aircraft Identification | 31 |
| 6.6.3.4.2.1 | Aircraft Identification Periodic Report | 31 |
| 6.6.3.4.2.2 | Aircraft Identification Set | 32 |
| 6.6.3.4.3 | Fault Status | 32 |
| 6.6.3.4.3.1 | Periodic Fault Reporting | 32 |
| 6.6.3.4.3.2 | Aperiodic Fault Reporting | 33 |
| 6.6.3.4.3.2.1 | Fault Active Event Report | 33 |
| 6.6.3.4.3.2.2 | Fault Inactive Event Report | 34 |
| 6.6.3.4.3.2.3 | Fault Latched Event Report | 35 |
| 6.6.3.4.3.2.4 | Member System Activity Report | 35 |
| 6.6.3.4.3.2.5 | Fault Status Get | 36 |
| 6.6.3.4.3.2.6 | Fault Status Status | 36 |
| 6.6.3.4.3.2.7 | Fault Status Set | 37 |
| 6.6.3.4.3.2.8 | Fault Indeterminate Event Report | 37 |
| 6.6.3.4.3.3 | Flight Deck Effect Correlation Report | 37 |
| 6.6.3.4.3.4 | Fault Status Unlatch Command Action | 38 |
| 6.6.3.4.3.5 | Fault Status Unlatch Command Response | 38 |
| 6.6.3.4.4 | Equipment Identification | 38 |
| 6.6.3.4.4.1 | Equipment Identification Get | 38 |
| 6.6.3.4.4.2 | Equipment Identification Status | 39 |
| 6.6.3.4.5 | Initiated Tests | 39 |
| 6.6.3.4.5.1 | Initiated Test Run Test Command Action | 39 |
| 6.6.3.4.5.2 | Initiated Test Inhibited Test Command Response | 40 |
| 6.6.3.4.5.3 | Initiated Test In-Test Command Response | 40 |
| 6.6.3.4.5.4 | Initiated Test Display Inhibit Command Action | 40 |
| 6.6.3.4.5.5 | Initiated Test Test Result Reporting | 40 |
| 6.6.3.4.5.5.1 | Systems Using Periodic Fault Reporting | 41 |
| 6.6.3.4.5.5.2 | Systems Using Aperiodic Real-Time Fault Reporting | 41 |
| 6.6.3.4.5.6 | Initiated Test Abort Command Action | 42 |
| 6.6.3.4.5.7 | Initiated Test Abort Command Response | 42 |
| 6.6.3.4.5.8 | Initiated Test Display Command Action | 42 |
| 6.6.3.4.5.9 | Initiated Test Continue Command Action | 43 |
| 6.6.3.4.6 | LRU Fault History | 43 |
| 6.6.3.4.6.1 | LRU Fault History Get | 43 |
| 6.6.3.4.6.2 | LRU Fault History Status | 43 |
| 6.6.3.4.6.2.1 | ASN.1 Notation | 43 |
| 6.6.3.4.6.2.2 | Application of ASN.1 Notation | 45 |
| 6.6.3.4.6.3 | LRU Fault History Erase Command Action | 47 |

v

**ARINC REPORT 624**
**TABLE OF CONTENTS**

| ITEM | SUBJECT | PAGE |
|---|---|---|
| 6.6.3.4.6.4 | LRU Fault History Erase Command Response | 47 |
| 6.6.3.4.7 | Flight Number and Departure/Destination Airport | 47 |
| 6.6.3.4.7.1 | Flight Number and Departure/Destination Airport Periodic Report | 47 |
| 6.6.3.4.7.2 | Flight Number and Departure/Destination Airport Set | 47 |
| 6.6.3.4.8 | Elapsed Time/Power Cycle | 48 |
| 6.6.3.4.8.1 | Time Cycle Get | 48 |
| 6.6.3.4.8.2 | Time Cycle Status | 48 |
| 6.6.3.4.9 | LRU Parameter Display | 48 |
| 6.6.3.4.9.1 | Parameter Group Get | 49 |
| 6.6.3.4.9.2 | Parameter Group Status | 49 |
| 6.6.3.4.9.3 | Parameter Value Get | 49 |
| 6.6.3.4.9.4 | Parameter Value Status | 49 |
| 6.6.3.4.10 | Interactive Menu | 49 |
| 6.6.3.4.10.1 | Interactive Menu Command Action | 50 |
| 6.6.3.4.10.2 | Interactive Menu Command Response | 50 |
| 6.6.3.4.11 | Airplane Parameters | 50 |
| 6.6.3.4.11.1 | Airplane Parameters Get | 50 |
| 6.6.3.4.11.2 | Airplane Parameters Status | 50 |
| | | |
| 7.0 | ONBOARD MAINTENANCE DOCUMENTATION | 51 |
| 7.1 | Purpose of Onboard Maintenance Documentation | 51 |
| 7.2 | ELS Overview | 51 |
| 7.3 | OMS to ELS Functional Interface | 51 |
| 7.3.1 | Open Systems Interconnection | 51 |
| 7.3.2 | OMS Access to Maintenance Documentation | 51 |
| 7.3.2.1 | Line Replaceable Unit Replacement | 51 |
| 7.3.2.2 | Fault Isolation | 51 |
| 7.4 | OMD Data Content | 52 |
| 7.4.1 | Maintenance Procedures | 52 |
| 7.4.2 | Supporting Documentation | 52 |
| 7.4.2.1 | Diagrams | 52 |
| 7.4.2.2 | Dispatch Deviation Guide | 52 |
| 7.4.2.3 | Parts Catalog | 52 |
| 7.4.3 | Airline Data (Notes)   52 | |
| 7.4.4 | Electronic Notebooks | 52 |
| 7.5 | OMS to ELS Human Interface | 52 |
| | | |
| 8.0 | AIRPLANE CONDITION MONITORING SYSTEM | 54 |
| 8.1 | General | 54 |
| 8.2 | ACMS Functions | 54 |
| 8.2.1 | Data Acquisition/Processing | 54 |
| 8.2.2 | Event Monitoring | 54 |
| 8.2.3 | Data Recording | 54 |
| 8.2.4 | Report Generation | 54 |
| 8.2.5 | Report Management | 54 |
| 8.2.6 | Report Distribution | 55 |
| 8.2.7 | Onboard Display | 55 |
| 8.2.8 | Data Link | 55 |
| 8.3 | Onboard Programmability | 55 |
| 8.3.1 | User-Defined Parameter Modification | 55 |
| 8.3.2 | Programmable Reports | 55 |
| 8.3.3 | Data Display | 55 |
| 8.4 | Report Access | 55 |
| 8.5 | Ground Based Support Software | 55 |
| 8.5.1 | Parameter Definition | 55 |
| 8.5.2 | Control Logic | 55 |
| 8.5.3 | Report Generation | 56 |
| 8.5.4 | Data Recording | 56 |
| 8.5.5 | Onboard Display | 56 |
| 8.6 | Consideration of ACMS Requirements in Early Design | 56 |

Confidential

FX0087957

**ARINC REPORT 624**
**TABLE OF CONTENTS**

| ITEM | SUBJECT | PAGE |
|------|---------|------|

ATTACHMENTS

| | | |
|---|---|---|
| 1 | Onboard Maintenance System | 57 |
| 2 | Database Specific Requirements for OMS Communications Protocol | 58-64 |
| 3 | Glossary | 65-66 |

APPENDICES

| | | |
|---|---|---|
| A | Example - OMS Main Menu | 67 |
| B | Example - Present Leg Failures Display | 68 |
| C | Example - Failure History System Menu | 69 |
| D | Example - Failure History System Display | 70 |
| E | Example - Failure History Flight Leg Menu | 71 |
| F | Example - Failure History Flight Leg Display | 72 |
| G | Example - OMS Communications Protocol Application Data | 73 |
| H | Examples of OMS Messages on ARINC 629 | 74-84 |
| I | Examples of OMS Messages on Buses Other Than ARINC 629 | 85-88 |
| J1 | State Transition Diagrams | 89 |
| J2 | Fault Status Reporting Commands | 90 |
| J3 | Initiated Test Commands | 91 |

Confidential

FX0087958

## 1.0 INTRODUCTION AND DESCRIPTION

### 1.1 Purpose of This Document

This document sets forth a general philosophy, basic guidance and certain specific recommendations for the design and use of an onboard maintenance system (OMS).

The OMS described incorporates the traditional areas of failure monitoring and fault detection, BITE, BITE access, and an airplane condition monitoring system (ACMS), formerly known as aircraft integrated data system (AIDS). It further describes the capability to provide onboard maintenance documentation (OMD) and the requirement for total integration of these functions. It describes the requirements for all the elements of the OMS, including a central maintenance computer (or CMC function) and all the member systems which interface with it.

This document is intended to provide a better mutual understanding among the designers and users of the specified OMS including all its member systems, with a view toward achieving an optimum balance between critical factors such as BITE effectiveness, operator interface simplicity, cost, and system complexity. A description of one possible architecture for an OMS is also included in the document. This description is not intended to delineate the design for an OMS, but to provide an example for understanding the requirements for such a system.

This document discusses the role of an OMS in the airlines' maintenance concept and the fault detection and BITE characteristics desirable in all avionics equipment to support the broader goals of an OMS. Beyond the guidance applicable to BITE, this document provides specific guidance for the design of an OMS which provides for:

∫   A standardized, English-language-based user interface for performing all BITE tests and line maintenance functions on the airplane.

∫   Where appropriate, storage of BITE reported fault data within a line replaceable unit's (LRU) nonvolatile memory (NVM) for later use.

∫   Reporting of fault status in the air and on the ground via operator displays and/or electronic/magnetic communications links.

∫   Integration of the fault isolation design to provide complete coverage, from fully automatic BITE through interactive, BITE assisted fault isolation to manual troubleshooting procedures.

∫   Ground-test capability for fault isolation and performance of LRU replacement tests, functional tests, and system tests.

∫   OMD in both displayed and selectively printed forms.

∫   Airplane condition monitoring function integrated with the BITE/line maintenance function design.

Airframe and equipment designers are encouraged to take advantage of this guidance information, beginning with the earliest design phases of new equipment.

Users may also find this information helpful in standardizing maintenance planning and procedures, and in securing appropriate recognition for such procedures from the regulatory agencies. It is particularly important that the guidelines set forth herein should be considered in terms of the overall perspective of the users' needs, rather than some more limited objective.

### 1.2 Document Organization

This document presents organizational material in the first section. General maintenance concepts are given in section 2. OMS description and architecture are described in section 3, with specific design requirements on the OMS central maintenance computer in section 4. The OMS member-systems BITE requirements are listed in section 5. The central maintenance computer/member system interface is described in section 6.

The other major supporting functions of an OMS, OMD and ACMS, are described in sections 7 and 8, respectively.

### 1.3 Definition of Terms Used in This Document

Definition of terms and abbreviations used in this document are provided in Attachment 3.

### COMMENTARY

Over the years, the term "BITE" has come to mean many things to many people. BITE has been confused with flight crew confidence tests, and failure annunciation/warning functions. Discussions of differences between BITE and BIT add to the confusion. To some, BITE means the unique hardware installed only for maintenance. Others think of BITE as only the simple push to test function. For the purpose of the document, BITE is used as an all encompassing term to describe all maintenance functions of a system.

BITE includes the fault detection and performance monitoring function of the operational system because these operational monitors are the primary source of fault data for the BITE (maintenance) function. It is recognized that from a certification standpoint these monitors are part of the basic operational function with the appropriate criticality, but for the purposes of fault detection integrity they will be considered to be part of BITE.

Throughout this document, the term "BIT" will not be used.

### 1.4 Related Documents

The latest revision of the following documents are pertinent to the design of equipment intended to meet this standard.

ARINC Specification 429, "Mark 33 Digital Information Transfer System (DITS)"

ARINC Specification 629, "Multi-Transmitter Data Bus"

## 1.0 INTRODUCTION AND DESCRIPTION (cont'd)

1.4  Related Documents (cont'd)

ARINC Specification 636, "Onboard Local Area Network (OLAN)"

ARINC Specification 637, "Internetworking Specification"

ARINC Specification 638, "OSI Upper Layer Specification"

ARINC Specification 646, "Definition of ISO/8802 (Ethernet)"

ARINC Project Paper 649, "Design Guidance for Electronic Library System (ELS)"

ARINC Characteristic 744A, "Full-Format Printer"

ARINC Characteristic 748, "Communications Management Unit (CMU)"

ATA Specification 100, "Specification for Manufacturers' Technical Data"

ISO 7498, "Information Processing Systems - Open Systems Interconnection - Basic Reference Model"

ISO 8208, "Information Processing Systems - Data Communications - X.25 Packet Level Protocol for Data Terminal Equipment"

ISO 8824 Rev. E, "Information Processing Systems - Open Systems Interconnection-Specification of Abstract Syntax Notation One (ASN.1)"

ISO 8825 Rev. E, "Information Processing Systems - Open Systems Interconnection-Specification of Basic Encoding Rules for Abstract Syntax Notation One (ASN.1)"

ISO 9542 Rev. E, "Information Processing Systems - Telecommunications and Information Exchange Between Systems - End System to Intermediate System Routing Exchange Protocol for use in Conjunction with Protocol for Providing the Connection Less-Mode Network Service (ISO 8473)"

c-1

Confidential

## 2.0 MAINTENANCE CONCEPT

### 2.1 Maintenance Definition

For the purposes of this document, the line maintenance function consists of the identification or confirmation of a fault condition, the isolation of the fault to a single LRU or interface, the replacement of the faulty LRU, adjustments required to return the system to an operational configuration, and a verification that proper system operation has been restored.

The extended maintenance function encompasses the same basic functions, but allows for a longer time period to accomplish more complex tasks, e.g., troubleshooting intermittent problems, identification and isolation of software anomalies.

The maintenance planning function refers to the provision of such data which is helpful in scheduling maintenance actions, either to schedule preventive actions before a fault occurs in order to avoid delays, or to prepare for unscheduled repairs prior to the airplane's arrival at a maintenance station. This will be particularly applicable to fault tolerant systems in which a first failure does not affect flight operations immediately.

Shop maintenance is the process of restoring and verifying the proper operation of any LRU removed from the airplane.

### COMMENTARY

The airlines have the primary responsibility for developing maintenance operations the best utilize the capabilities and limitations of the airplane's systems while accommodating the philosophy and requirements of their individual situations. Any onboard maintenance system should be flexible enough to accommodate the needs of individual airlines.

### 2.1.1 Advances in Equipment Reliability

A necessary step in reducing the maintenance burden is to increase the reliability of airplane systems. The objective is to eliminate the need for unscheduled maintenance actions for system faults and to be able to defer corrective actions until scheduled maintenance periods. This area is being addressed by the suppliers by incorporating components with greater reliability, and utilizing fault-tolerant designs.

As equipment becomes more reliable and the time between maintenance actions increases, there will be less need for maintenance personnel to check system performance and perform troubleshooting. Given this decrease in opportunities to "practice" on real equipment, the proficiency level for fault isolation may thus be reduced. This should be a factor in the design of fault-detection and isolation systems meant to support line maintenance.

### 2.1. Fault - Tolerant Design

In airplane systems incorporating fault-tolerant designs, internal faults will not manifest themselves in a loss of functionality until the fault tolerance of the system is exhausted and failure occurs.

A fault-tolerant system should be able to inform maintenance personnel of the level of remaining redundancy at any given moment to support airplane dispatch. Thus the term fault isolation will be used in this document to cover isolation of both faults and the broader category of failures.

### 2.1.3 Fault Isolation and Corrective Action

Other essentials elements of an OMS include the equipment and methods necessary to assist maintenance personnel to provide timely responses. These should be fast, accurate, and unambiguous identifications of faulty LRUs and recommendations for corrective action.

The increasing complexity of airplane systems and their dispersion throughout the aircraft dictate a centralized system which can gather, consolidate, store and display fault data.

### 2.1.4 Unjustified Removals

Unjustified removals of systems components are traditionally a major cost factor. The OMS is expected to help in reducing the No Fault Found rates to acceptable levels. However, even the best and most carefully designed OMS cannot replace the need for well designed aircraft systems or appropriate aircraft maintenance.

### COMMENTARY

This is especially true for the systems software functions. Software anomalous behavior is believed to contribute to unjustified removals significantly.

Specific design consideration should be given to system areas such as:

∫ Power supply interrupt handlers (short, medium or long interrupts)

∫ Watchdog timers

∫ Automatic resets

∫ Manual resets

The dynamic behavior of the system components where such devices are used should be such that no nuisance faults will be generated.

### 2.2 Objectives of an OMS

An OMS is expected to serve as the tool for consolidation and correlation of all the various system BITE results for centralized access and display. It is expected that accurate fault reporting and isolation via BITE and onboard maintenance procedures will result in a reduction of unnecessary removals.

It is also expected that the interaction between BITE and the operator will be simplified and unified, and that a uniform BITE methodology will be established throughout the industry which will reduce the training needed by maintenance personnel.

## 2.0 MAINTENANCE CONCEPT (cont'd)

2.2 Objectives of an OMS (cont'd)

Integrated condition monitoring within the OMS will enable ground personnel to preplan for maintenance, rather than merely react to currently detected faults.

Specifically the objectives of an OMS are:

ᶴ   To provide a cost-effective, user friendly means of airplane maintenance. This is achieved by use of a centralized maintenance computer system in lieu of the various test switches, fault balls, maintenance manuals, and ground support equipment, needed to maintain both current and previous airplane models.

ᶴ   To reduce shotgun maintenance by improving fault isolation and detection capability. This will improve the effectiveness of airplane maintenance by reducing the number of spares needed and the number of dispatch delays and cancellations.

ᶴ   To simplify maintenance procedures and reduce training requirements to a minimum. The OMS should display information in plain English and provide a simple, intuitive user input capability. This information includes identification of faulty LRUs, LRU removal and installation procedures, dispatch deviation guides (DDGs), replacement verification tests, and troubleshooting procedures.

ᶴ   To reduce or eliminate most ground support equipment, such as rigging adjust boxes and data bus readers.

ᶴ   To provide ACMS including such functions as redundancy status, auto-exceedance monitoring, and performance monitoring.

ᶴ   To reduce flow time and manpower required during manufacturing functional test.

2.2.1 Role of BITE

The role of BITE in airplane maintenance is to assist in both the fault detection/isolation and the verification of system operation.

It is important that both flight crews and ground crews are able to identify improper operations of airplane systems according to established priorities and needs. To avoid delays and their associated costs, maintenance personnel must also be able to isolate the malfunctioning LRU quickly and confidently.

Following the installation, adjustment, or replacement of an LRU, self-tests to verify proper power, system interconnection and, in some cases, system operation, are helpful in confirming a successful maintenance action.

The role of BITE in shop maintenance should be to promote fault location within a unit to a shop replaceable unit (SRU). Where provided, the data in BITE memory should be easily accessible in order to read fault information. LRU BITE functions should operate in concert with shop test equipment.

COMMENTARY

Where practical, shop maintenance techniques should take advantage of BITE. Nonetheless, designers should avoid adding complexity for shop maintenance without good economic justifications.

2.2.2 Role of Onboard Maintenance Documentation (OMD)

To streamline and simplify maintenance procedures, reference documents needed by line maintenance personnel to complete repair actions quickly should be available through an OMD function. The OMD should include:

ᶴ   Maintenance manual information

ᶴ   Minimum equipment list (MEL) and/or a dispatch deviation guide

ᶴ   System schematics

ᶴ   Wiring diagrams

ᶴ   Part numbers and illustrated parts catalog (IPC) data

The OMD function should provide data loading, storage and retrieval capabilities allowing for easy access and quick documentation updates. Such updates should allow individual airlines to include data unique to their operations.

2.2.3 Role of Airplane Condition Monitoring (ACM)

Systems that benefit from condition monitoring may provide data to be recorded for subsequent analysis.

Performance trends determined from this data can be used to monitor the health of systems that are subject to degradation. This condition monitoring permits the planning of timely corrective action, thereby avoiding unscheduled maintenance actions that disrupt airplane service. Candidates for use of performance trends or exceedance reports include:

ᶴ   Engines

ᶴ   Airplane aerodynamics

ᶴ   Auxiliary power units (APU)

ᶴ   Electrical generators

ᶴ   Environmental control systems (ECS)

Condition monitoring is also intended to provide data that will enable an airline to analyze its overall airplane fleet operation, thus improving its operating efficiency.

2.2.4 Role of Data Link

If known in advance of an airplane's arrival at a terminal, selected information held in the OMS central maintenance

## 2.0 MAINTENANCE CONCEPT (cont'd)

computer's memory could be useful to line maintenance personnel in planning timely corrective action.

On suitably equipped airplanes, the OMS will have the ability to send data to the ground. The transmission may be initiated manually (by the flight crew), automatically (by the OMS), or at the request of a ground station. The OMS design must consider the airlines' varying requirements in this area, and provide flexibility.

2.3 Regulatory Aspects

The OMS is only one element in an array of checks used to ensure the overall integrity of an airplane. The OMS philosophy used in design and development should support acquisition of regulatory approval for its use as a maintenance tool.

2.4 Availability Aspects

OMS functions needed for the evaluation of failures which are MEL items and the OMS functions necessary to verify the proper maintenance actions taken to correct such failures should be provided either through fault-tolerant or redundant design.

Confidential

## 3.0 OMS DESCRIPTION

### 3.1 OMS Architecture

The OMS should consist of the following equipment:

ᛯ Fault Detection and BITE, both hardware and software, in each member system LRU, as required to achieve a high level of fault detection and isolation integrity

ᛯ A central maintenance computer

ᛯ A maintenance access terminal (MAT) in the flight deck

ᛯ Interfaces necessary to monitor flight deck effects

ᛯ An interface to an electronic library system

ᛯ An interface to a flight deck printer

ᛯ An interface to Data Link

ᛯ An interface to a data loader/retriever

ᛯ An interface to an event button in the flight deck

ᛯ An option for one or more remote maintenance access terminals

Attachment 1 presents a block diagram of the equipment an OMS should consist of.

The OMS includes functions which are resident in a number of LRUs in different parts of the airplane. These distributed OMS functions are required for the successful and comprehensive operations of the OMS as a whole.

At the center of the OMS is a CMC function. The CMC interfaces with the OMS member systems, the OMS user interface devises, and the displays.

A member system is any system which interfaces with the CMC - either directly or through a communications gateway. Systems or LRUs which do not interface directly with the CMC, but which report faults and failures via another LRU or system, are considered, for the purpose of this report, to be a part of the member system which has the direct CMC interface.

Non-member systems are those systems with no electronic interface for fault reporting via the CMC. Non-member systems are those which typically have no automatic BITE. Their maintenance actions would be covered through the onboard maintenance documentation (OMD) and manual/interactive fault reporting means such as keyboard entries.

The CMC provides the interface between maintenance personnel and the OMS. The CMC should also:

ᛯ Receive fault and failure data from other members.

ᛯ Sort and consolidate fault and failure data.

ᛯ Correlate fault and failure data with flight deck effects.

ᛯ Format fault and failure data for storage, display and/or downlinking in a standard form.

ᛯ Request a specific member system to perform ground tests such as the replacement verification test, the system operational test, system functional test, alignment and rigging.

ᛯ Display all hardware and software configuration identification data as sent by member systems, including part and serial numbers.

### 3.2 OMS Functional Requirements

The functions necessary to support the OMS are intended to provide a cost effective level of automatic fault and failure detection, isolation, and reporting. These functions are also designed to facilitate maintenance troubleshooting procedures in those systems where automatic means would not be cost effective. Thus the OMS functional requirements are broken down into the following categories:

ᛯ Automatic isolation of fault and failure

ᛯ Determination of system integrity

ᛯ OMD

ᛯ ACMS

ᛯ Event Function

No supporting carry-on documentation, such as cue cards, operations notes, or other documents should be needed to use the OMS to access airplane systems BITE or maintenance documentation.

### 3.2.1 Automatic Testing and Isolation of Fault and Failure

Automatic fault and failure isolation will depend upon member systems primarily for the initial detection and isolation within the member system. The consolidation of data, the correlation with flight deck effects and supplementary fault isolation to an LRU or interface if appropriate, will be done by the CMC. The CMC will also initiate automatic tests within the member system by means of test request message(s) to the member system.

### 3.2.1.1 Member Systems

Member systems fault detection and BITE will be the primary source of data used by the OMS for detection and isolation of internal LRU faults, internal system faults and external interface faults.

### 3.2.1.2 Non-Member Systems

Although non-member systems will typically be those without the capability to perform automatic fault and failure isolation, such a capability must not be precluded. In the interest of operator interface consistency, it is

FX0087964

## 3.0 OMS DESCRIPTION (cont d)

desirable to have all airplanes systems' BITE interfaces available through the OMS control panel. The OMS designer should ensure that the proper manual troubleshooting procedures are automatically made available from applicable OMD data.

The goal for the OMS must always be a cost effective combination of automatic BITE and manual procedures to ensure efficient maintenance of all airplane systems.

### 3.2.2 User Initiated Tests (Ground Tests)

Ground tests are procedures which are manually initiated by operator inputs through the OMS control panel. The following user-initiated functions should be provided:

β   Operational Test

β   LRU Replacement Verification Test

β   System Test

β   Interactive Fault Location Tests

β   Alignment and Rigging Tests

β   Interface Monitoring

β   Hardware and Software Configuration Identification

The operator may select specific tests, as provided for by the OMS menu and instruction displays. After selection, the OMS will display test prerequisites and interactive instructions as appropriate. The CMC will provide the requests and data to the member system in order to accomplish the test or tests.

The member system will run the appropriate test or tests and will send operational status and test results data to the CMC display.

### 3.2.2.1 General Characteristics

The OMS integrated ground test process should support rapid system integrity determination in the line maintenance and extended maintenance situations. This should be considered in the areas of degree of automation, design for ease of selection of required tests, minimization of required ground support equipment, and personnel safety provisions.

#### 3.2.2.1.1 Automation

Ground tests should be automated to increase accuracy and efficiency and reduce testing time and expense. The need for operator interaction for the evaluation of pass/fail criteria should be minimized. Test parameters and pass/fail criteria should be contained within the member system for each specific test.

#### 3.2.2.1.2 Modular Design

All ground tests should be designed in a modular manner to support each type of ground test and to allow selection of specific tests for member systems' LRUs and communication links.

#### 3.2.2.1.3 Ground Support Equipment

All ground test designs should minimize the use of ground support equipment. This will have the effect of reducing time and logistics needs for airplane maintenance.

#### 3.2.2.1.4 Ground Test Enable

It should be impossible to run ground tests unless the airplane is on the ground and appropriate interlocks are satisfied. The interlocks will vary by system. Member systems should protect themselves from inadvertent ground test commands issued by the CMC.

Ground tests should be enabled by selections via the OMS user interface. Subordinate selections should permit operator selection of the airplane system, the category of ground test, and the specific test.

#### 3.2.2.1.5 Safety

The ground test prerequisites and procedures should be designed to prevent hazards to personnel and damage to equipment.

### 3.2.2.2 Specific Test requirements

Additional information on the tests addressed in the following selections may be found in ATA Specification 100.

#### 3.2.2.2.1 Operational Test

The operational test should determine that all elements of the system (including redundant channels and communication links) are installed and capable of responding in a normal manner. Normally, this is met by the operational monitoring within the system.

It should:

ſ   Be simple and brief, comparable to flight crew preflight tests

ſ   Not require ground support equipment

ſ   Be automatic, if possible

#### 3.2.2.2.2 LRU Replacement Verification Test

The LRU replacement verification test should verify the basic operational capability of a replaced or repaired LRU and the integrity of its interfaces.

#### 3.2.2.2.3 System Test

The system test should demonstrate that the system meets normal design specifications and tolerances applicable for initial installation or major repair.

### COMMENTARY

The purpose of the system test is to determine if specific parameters are within system design tolerances. When comparing actual system operation to design specifications, it must be remembered that

### 3.0 OMS DESCRIPTION (cont d)

3.2.2.2.3  System Test (cont d)

#### COMMENTARY (cont'd)

maintenance is performed in an environment far different from that found in the factory or design laboratory. Specifications for system operation on an in-service airplane should allow for reasonable degradation due to continued use, and tolerance variation due to environmental differences in temperature, pressure, humidity, vibration, and similar factors.

The tests to verify operation "to spec" may be more involved and may require, in some cases, independent calibrated standards of measure.    Ground support equipment (GSE) may be used as required to accomplish the system test, although the goal should still be to minimize the use of such GSE.

If GSE is used, this should not require any equipment removal.

3.2.2.2.4  Interactive Fault Location Tests

The OMS should provide the means to select and perform interactive tests when necessary to locate faults in multi-component systems where automatic BITE cannot locate the faulty components.

3.2.2.2.5  Alignment and Rigging Tests

The OMS should provide, via member systems, drive outputs and feedback positions to enable alignment and rigging without the need for special test equipment.

The member systems should transmit appropriate measurements and limit data to the CMC for system components which require rigging and/or alignment.

3.2.2.2.6  Interface Monitoring

The OMS should provide an optional capability to monitor, decode and display selected data words from any of the digital buses which interface with the CMC.

3.2.2.2.7    Hardware    and    Software    Configuration Identification

The member systems should transmit hardware and software configuration identification data to the CMC upon request.   This data should include hardware and software part numbers or combined part number, serial number, modification status, and programmable options in effect (e.g., pin programmable options).

3.2.3  Onboard Maintenance Documentation

The OMS should make available the pertinent information to speed repair and/or dispatch of the airplane for detected faults and failures, as well as any information required to troubleshoot problems not covered automatically. The detailed provisions needed of the OMD are described in section 7.0.

3.2.4  Airplane Condition Monitoring

ACMS is intended to provide a single point for airplane system operational data monitoring, limited processing, storage, and access (formatted reports and mass data retrieval). ACMS may be used to allow analysis of trends and prediction of future maintenance needs.

The fundamental ACMS functions which should be considered basic to an OMS include:

⌠   Access to current fault level of fault tolerant systems.

⌠   Storage of and access to operating parameter "snapshot" data for systems such as engines, hydraulics, air conditioning, and electrical power.

Fault tolerance is the built-in capability of a system or LRU to continue to perform its required functions with a specified number of faults. A typical fault-tolerant system status page should display the actual health status of the system.

In order to support ACMS functions, OMS member systems should transmit data as required. This data should include information such as system status (including redundancy status for fault tolerant systems) and other specified parameter values.

The full provisions of an ACMS are described in section 8.0.

3.2.5  Event Function Requirements

An insight into the operating conditions of the target systems in the form of "Snapshot" data displays should be provided for both exceedance/abnormal operating cases and for flight crew initiated manual "events". This function should meet the following requirements:

a.   The Event function may be initiated by a manual Event button activation or may be triggered by the OMS on the occurrence of a predetermined set of conditions.

b.   The CMC should provide an Event command as either a broadcast or an equipment specific signal on the digital bus.

c.   When an Event command is received, each commanded member system should store software trace and other relevant pre-event data.

d.   Stored Event data should be available from each member system when requested by the CMC.

e.   The CMC should be capable of providing the Event data to the Data Link, data retriever or printer.

f.   Event data should not be interpreted but should be in the format of the digital bus.

FX0087966

### 3.0 OMS DESCRIPTION (cont d)

### 3.3 OMS User Interface Requirements

### 3.3.1 CMC Response Modes

A CMC response mode is activated upon receipt of a human or machine request. The CMC should respond to a user's request via the control panel or the maintenance access terminal (MAT) by making available the top-level maintenance selections, which, for example, could consist of the following:

ſ   PRESENT FAILURES

ſ   PRESENT LEG FAILURES

ſ   LAST LEG FAILURES

ſ   FAILURE HISTORY

ſ   GROUND TESTS

ſ   AIRPLANE CONDITION MONITORING

ſ   MAINTENANCE DOCUMENTATION ACCESS

ſ   LRU LIST

ſ   SERVICE REPORTS

ſ   NOTES

ſ   HELP

The human user, through the OMS control panel and display unit or MAT, should be able to further request or select:

ſ   Display of detailed failure data.

ſ   Specific ground tests, such as LRU replacement verification tests, operational tests, system functional tests, or alignment and rigging.

ſ   Interactive failure isolation if a group of LRUs was indicated.

ſ   Display and/or printout of selected maintenance documentation.

ſ   Downlink of selected maintenance data.

ſ   Retrieval of selected maintenance data via printer and/or mass storage device.

A machine user (e.g., Data Link or data loader/retrieval system) should be allowed direct access to the OMS function required. For example, a request via data link for detailed data on a specific fault should be completed by the OMS with only one original request as input, and should not require interactive operations via the data link.

Each CMC user request mode should remain active until an "off" request is received from the source which made the original request for that mode, or until appropriate criteria have been met (e.g., a period of time has elapsed with no control input activity). This is intended to prevent

source failures or anomalies from locking up the OMS/CMC.

The potential exists for multiple users to independently request access to CMC functions. The CMC servicing of multiple users should have no noticeable effect on response time to any given user's requests. Any reporting LRU should not be required to respond to multiple users at the same time.

### COMMENTARY

> CMC operating modes which are not response modes include CMC receipt of member system BITE fault and failure data during normal airplane operations, without any control inputs external to the OMS. Faults which do not impact operational functionality are reported through the ACMS.

Appendix A shows an example OMS Main Menu.

### 3.3.1.1 Present Failures

All member systems BITE detected failures that are presently reported to the CMC should be displayed on a "Present Failures" page when selected by a user. This information should include:

ſ   Failure indication or flight-deck effect, if any

ſ   Failed function

ſ   Failed LRU, part number or serial number, or interface

ſ   ATA reference

ſ   Onboard maintenance documentation reference

If the information is to be printed, retrieved, or downlinked, the following information should be added:

ſ   Failure data and time

ſ   Flight phase

ſ   Aircraft identification

ſ   Flight number and city pair or route number

From the "Present Failures" page, additional maintenance data and documentation should be accessible.

### 3.3.1.2 Present Leg Failures

Failures detected by the BITE of each member system should have been passed on to the CMC during the present flight. The CMC should format and display this page when selected by a user. Basic information should include:

ſ   Failure indication or flight-deck effect, if any

ſ   Failed function

ſ   Failed LRU, part number and serial number, or interface

### 3.0 OMS DESCRIPTION (cont d)

#### 3.3.1.2 Present Leg Failures (cont'd)

⌐ ATA reference

⌐ Onboard maintenance documentation reference

⌐ Failure date and time

⌐ Flight phase

If the information is to be printed, retrieved, or downlinked, the following information should be added:

⌐ Aircraft identification

⌐ Flight number and city pair or route number

Failures should be identified as hard or intermittent. From this "Present Leg Failures" page, additional maintenance data and documentation should be accessible.

Appendix B shows an example Present Leg Failures display.

#### 3.3.1.3 Last Leg Failures

At the completion of the "Present Flight Leg", the information as described in the preceding section should be accessible as "Last Leg Failures".

#### 3.3.1.4 Failure History

The CMC should display all member systems BITE-reported past failures. This data should be available by system (ATA chapter), flight leg, date and time, as requested by the operator. The data displayed should include a failure history of at least the last 64 flight legs or a total of 256 failures, including the maintenance action taken (if recorded).

Appendices C and D show an example Failure History System Menu and Failure History System Display. Appendices E and F show an example Failure History Flight Leg Menu and Failure History Flight Leg Display.

#### 3.3.1.5 Ground Tests

The CMC should provide the capability to initiate all member system ground tests. The "Ground Test" selections should provide the available tests for each member system, organized by ATA chapter or other logical grouping for ease of maintenance. The "Ground Test" selections are listed in section 3.2.2.

#### COMMENTARY

During ground tests, access of system LRU NVM data to assist in troubleshooting may be required.

#### 3.3.1.6 Airplane Condition Monitoring

The CMC should provide access to aircraft condition monitoring data. The display format should be consistent with that for other OMS functions.

#### 3.3.1.7 Maintenance Documentation Access

The CMC should provide access to onboard maintenance documentation. Access to OMD should be provided in a categorical manner, similar to access for in-flight failure history and ground test.

#### 3.3.1.8 LRU List

The CMC should have the capability to display a list of presently installed member system LRUs including part numbers, serial numbers and modification status. The CMC should cross check the LRU configuration with the OMD and annunciate any deviation. The display format for the list of presently installed member system LRUs should include the ATA reference.

It is expected that, upon request, member system LRUs will transmit the relevant information to the CMC (see 3.2.2.2.7). For non-member system LRUs, the CMC should be able to accept the data via other means, e.g., the flight deck control panel/display, the MAT bar code reader, etc.

#### 3.3.1.9 Service Reports

Maintenance personnel are usually not only responsible for repair actions but also for servicing the airplane. Therefore, in addition to the actual maintenance function, the OMS should provide service reports on systems where sensors are available for normal operation, or where the addition of suitable sensors is economically feasible for this purpose.

Typical candidates for service reports are engine oil quantity, hydraulic quantity, oxygen system, tire pressures, and others.

#### 3.3.1.10 Notes

The CMC should provide access to memory area which can be used by the airplane for any data it deems useful for maintenance. For example, additional troubleshooting procedures could be included here, or cross reference between part numbers as used by OMD and the airline's particular part numbers.

Loading of this memory should be accomplished through a standard software loader or through the OMS control panel keyboard. Editing should also be possible through the control panel keyboard in order to allow entry of data which is unique for one individual airplane.

#### 3.3.1.11 Help

A help function should be provided for assistance in using the OMS. This should explain any features of the OMS operation or user interaction which may not be obvious to a user.

#### 3.3.2 OMS User Input

To provide maximum flexibility in user selection of OMS functions, some form of software-controlled selection process (e.g., menu) is necessary. An easy method to input alpha-numeric data should be provided.

FX0087968

## 3.0 OMS DESCRIPTION (cont d)

To minimize operator scanning problems, the input device and the display unit should be either combined or placed close to each other.

System acknowledgment to a user request should be in the order of two seconds or less. When a long delay is expected to process data and/or display results, the system should be given an indication of time remaining or at least that the system is "working".

### 3.3.3 Maintenance Access Terminal

The MAT is the primary control and display unit of the OMS. Through the MAT, the operator can view faults, either current or historical; initiate aircraft, system, or LRU specific tests; and view the results of any tests conducted. The MAT should provide text and graphics for schematics, component location, wiring diagrams, and assembly diagrams as required for OMD. The ability to mark/highlight the selected and/or selected items on a MAT is desirable.

The location of the MAT should support airline needs for quick turnaround and extended maintenance. A MAT on the flight deck should provide a central station for maintenance activities, such as coordination with the flight crew or checks of displays and controls.

Ports should be provided for optional remote or portable MATs to facilitate maintenance at other locations.

### COMMENTARY

The portability of the MAT allows the maintenance technician to "take the OMS on-site." For example, if maintenance action is required on the aircraft brakes, the portable MAT could be connected to the OMS port located in an adjacent wheel well. From this location, a test could be conducted to isolate the fault, appropriate maintenance action could be taken, and finally, the test could be conducted again to verify the maintenance action.

Ports may be provided at service interphone panels whose locations are already in place. Commercial computers with a suitable CMC/ELS interface should be considered for use as portable MATs.

Through concurrent operations with ELS, the maintenance technician would be able to access the Onboard Maintenance Documentation contained in ELS to view troubleshooting procedures, wiring or schematic diagrams, as well as removal and replacement procedures once the fault is isolated.

### 3.3.4 Printer

An onboard printer can aid airplane maintenance by producing printouts of selected diagrams or maintenance procedures at the pork site as they are required. The printer can also serve as one of the output channels for the ACMS function of OMS.

The printer should be capable of reproducing any text and graphics screens displayed to the operator.

### 3.4 Interfaces with Other Airplane Systems

### 3.4.1 Data Link

The OMS should be designed to provide the capability to transmit data to the ground for advance initiation and preparation for maintenance actions when required. The OMS should also provide for receipt of uplinked data requests from the ground.

The data to be passed from the aircraft to the ground should include failure data, failure history data, reports from the ACMS, and other appropriate aircraft maintenance status data. The uplinks passed to OMS from Data Link may consist of specific requests for data, specific condition monitoring reports, and other appropriate OMS functions.

The Data Link should be treated as an outside communications interface terminal (such as a control and display terminal) for the OMS. The OMS should provide data to the Data Link in the proper format, and receive and interpret incoming Data Link uplink messages.

The desire of some airlines to require flight crew interaction prior to release of maintenance or failure data for downlinking should be provided for by OMS.

### 3.4.2 Software Loading/Data Loading/Data Retrieval

When appropriate criteria have been met, the OMS should respond to software load request if OMS software is to be updated.

When appropriate criteria have been met, the OMS should respond to a data load request if OMS data and/or documentation are to be updated.

When appropriate criteria have been met, the OMS should respond to a data retrieval request if OMS data is to be dumped.

FX0087969

## 4.0 CMC DESIGN CONSIDERATIONS

### 4.1  Fault and Failure Data Processing

The data processing requirements for fault data includes both member system reported fault and failure data, and the central maintenance function internal failure data.

### 4.1.1  Continuos BITE Monitoring

The CMC should continuously monitor all member-system BITE inputs and its own health. The CMC should begin to monitor immediately after its power-up self test and continue until it is shut down. The CMC should include a power-up self-test which can also be initiated by operator command. The CMC, which may be a dual installation, should be responsible for detecting and recording all faults occurring internal to itself and with its interfaces.

### 4.1.2  BITE Data Consolidation

The CMC should process all member system BITE input data. This processing should include consolidation of data transmitted from the member systems by resolution of otherwise ambiguous failure reports, storing failure data and correlating flight-deck effect with failure data.

#### COMMENTARY

The extent of failure data consolidation will directly determine the complexity of the CMC, which could vary from a very simple data collector up to an expert system. The system designer should carefully consider the cost/benefit tradeoff as well as the time pressure for developing the system. Too high a degree of complexity might result in a system which is not available for maintenance use during the introduction of a new fleet.

### 4.1.3  CMC Processing of Supporting Data

The CMC should collect, at a minimum, the following data which may be useful in processing the specific failure related to a pilot report:

ʃ   Failure indication or flight deck effect, if any

ʃ   Flight phase and flight leg

ʃ   Time and date

ʃ   Flight number and city pair or route number

ʃ   Airplane identification

ʃ   Airplane flight parameters to support the pilot report and/or troubleshooting, e.g., altitude, airspeed, etc.

ʃ   Power interruption status (if applicable)

#### 4.1.3.1  Failure Indication or Flight Deck Effect Data

The CMC should store the flight deck effect(s) caused by each failure to correlate a pilot report to the specific failure which prompted the report. This data may be available from either the individual member system reporting the

failure or from caution/warning/advisory function on the airplane.

#### COMMENTARY

Systems in the cabin or cargo compartment will be member systems of the OMS and should be treated the same way as flight relevant avionics.

#### 4.1.3.2  Flight Leg and Flight Phase Data

The CMC should contain logic to determine flight legs. All fault and failure data recorded by the CMC should be tagged with the appropriate information.

Flight legs should be identified as:

ʃ   Present leg    = leg 0

ʃ   Last leg       = leg -1

ʃ   Previous leg   = legs -2, -3, -4, etc.

#### COMMENTARY

The logic for determining the start and end of a flight leg may vary between different airplane models. It will be the responsibility of the OMS designer to determine the criteria for the transition between flight legs. To provide for maximum flexibility, this could even be a customer option.

Systems operating time should be divided into the following basic flight phases:

1   Power-On     The time interval when there is electrical power applied to the aircraft and no other phase is true. This should be considered the default flight phase.

#### COMMENTARY

Data should only be stored when there is reasonable assurance that the failure is real and not caused by aircraft configuration, i.e., nuisance faults should not be stored. Particular care should be taken when storing faults during the power-on phase.

2   Engine Start   The time interval from the initiation of engine start (e.g., start lever moved to START position) until normal engine operating parameters (e.g., oil pressure) are established. This transient flight phase could occur during any other flight phase.

3   Taxi Out     The time interval from push back(e.g., flight plan loaded, at least one engine running, and parking brake released) until setting takeoff power.

4   Takeoff Roll   The time interval from setting takeoff power until liftoff.

Confidential

### 4.0 CMC DESIGN CONSIDERATIONS (cont'd)

| | | |
|---|---|---|
| 5 | Initial Climb | The time interval from liftoff until climb configuration is established (e.g., landing gear and flaps are retracted). |
| 6 | Climb | The time interval from end of Initial Climb until leveling off at the persecuted flight level, or from leaving a flight level until leveling off at a higher flight level. |
| 7 | Cruise | The time interval during which the same flight level is maintained. |
| 8 | Descent | The time interval from leaving a flight level until leveling off at a lower flight level, or until beginning Approach (e.g., flaps are set). |
| 9 | Approach | The time interval from beginning the selection of landing configuration (e.g., flaps set) until Flare is reached, or until Go Around is initiated. |
| 10 | Go Around | The time interval from selecting Go Around (e.g., setting go around power) until Climb is reached. |
| 11 | Flare | The time interval from reducing power to idle at a specified altitude (e.g., less than 50 feet) until touchdown or initiation of Go Around. |
| 12 | Rollout | The time interval from touchdown until Taxi In begins (e.g., IAS is less than 60 knots or heading changed greater than 10 degrees) or until Takeoff Roll is initiated. |
| 13 | Taxi In | The time interval from the end of Rollout until all engines are shut down. |
| 14 | Engine Shutdown | The time interval from the initiation of engine shutdown (e.g., start lever moved to CUTOFF) until engine is stopped (e.g., Oil Pressure is low). This transient flight phase could occur during any other flight phase. |
| 15 | Maintenance | The time interval when the onboard maintenance system is being used to command and control a display. This typically occurs when maintenance is being performed. Faults should not be stored during this phase. |

These phases can be used in prioritizing fault data recording within the CMC and be transmitted to member system LRUs where it can be used for selective recording of fault data in the LRU's internal NVM. The flight phase logic may be computed in the CMC or alternatively retransmitted from an external source. Whatever the detailed definition of flight phases, they should be consistent throughout the whole airplane.

#### COMMENTARY

Users have a strong interest in LRU interchangeability across different airplane models. Therefore, the basic flight phases should be standardized. For certain airplane systems, it may be appropriate to divide or combine some of the above flight phases.

#### 4.1.3.3 Time and Date

The CMC should provide the time and date to correlate each failure reported by a member system. The time should be expressed in universal time coordinated (UTC) in hours, minutes and seconds. The date should be expressed by day, month and year, with the month in alphabetic characters rather than numerals in order to avoid confusion. This information should be derived from a common source, such as an onboard chronometer.

#### 4.1.3.4 Flight Number and City Pair or Route Number

The CMC should receive the flight number and city pair data from flight management functions and tag this data to each member system reported failure.

#### 4.1.3.5 Airplane Identification

The CMC should receive the airplane identification code, such as tail number, and tag this data to each member system reported failure.

#### 4.1.3.6 Flight Parameters

The CMC should obtain flight parameter data (such as aircraft altitude, air speed and altitude) and tag them together with the faults or failures reported by each member system.

#### 4.1.3.7 Power Interruption Reporting

The CMC should receive power interruption information from member systems. Each member system LRU should report when it has recovered from a power interruption. When the CMC receives the power interrupt status, it should clear any interface faults associated with that LRU which may have been stored as a result of the power interruption.

Faults associated with a flight deck effect should not be cleared. They should be tagged with the information that a power interruption has occurred.

#### 4.2 CMC Storage Requirement

The CMC should have enough non-volatile memory to store consolidated failure data derived from data transmitted by each member system for the number of flights specified in section 3.3.1.4. Included with this data should be:

⌠   Flight deck effect, if any

⌠   The failed LRU, its part number and serial number, or interface

## 4.0 CMC DESIGN CONSIDERATIONS (cont'd)

4.2 CMC Storage Requirements (cont'd)

⌠ The onboard maintenance documentation reference (e.g., ATA Reference)

⌠ Flight number and city pair or route number

⌠ Flight phase

⌠ Airplane identification

⌠ Date and time at which the fault or failure occurred

⌠ Power interruption status (if applicable)

⌠ Other supporting flight parameters such as altitude, air speed, and airplane attitude data, as appropriate

In addition, the CMC should have enough NVM to store hardware and software configuration identification of failed LRUs and airline-unique data, such as airline-unique equipment part numbers and notes. Note that the CMC's NVM storage is in addition to the NVM storage allocated in the member system (as described in section 5.2.4), and the information contained in each NVM area is unique. Like the CMC, each member system shall collect its internal fault data in NVM on a first in first out (FIFO) basis.

4.3 CMC Operational Monitoring

CMC BITE should be designed according to the member system BITE guidelines defined in section 5.

4.4 Reliability

The design should provide function reliability and partitioning as necessary to protect the OMS functions. The order of importance is:

1.  BITE and ground test interface

2.  ACM and OMD

### COMMENTARY

This report does not define hardware redundancy, but the OMS designer must bear in mind that an airplane with an unreliable OMS is worse than an airplane without an OMS. The goal of making OMS not critical for airplane dispatch in no way reduces the airlines' desire that the CMC be available to assist airplane maintenance in the turnaround environment.

4.5 CMC Interface with Member Systems

The preferred method of communication between the CMC and member systems is via a data bus. The CMC should supply the following data for use by member systems:

⌠ Flight phase and flight leg

⌠ Time and date

⌠ Flight number and city pair or route number

⌠ Airplane identification

⌠ Airplane flight parameters to support the pilot report and/or troubleshooting, e.g., altitude, airspeed, etc.

⌠ Event function activation

The CMC should receive coded data from all member systems. The codes are defined in the applicable ARINC Specification (if any). The CMC should interpret the codes and translate them into a predetermined set of clear, English-language messages to be displayed for maintenance personnel. An optional selection should be provided to allow the CMC (operator) to erase a given member system's NVM fault data storage.

The CMC should also have access to the member systems LRU shop fault data for engineering use both on the flight deck as well as in the shop. It may be desirable to allow the CMC to access member system's stored software trap information for purposes of extended maintenance or engineering troubleshooting on the flight deck as well as in the shop.

4.6 Software Loading

The CMC should be capable of having its operational software updated without removing it from the airplane. Sufficient protection should be provided to preclude inadvertent alteration of this software.

4.7 Failure Data Retrieval

The CMC should be capable of dumping all failure data to an electronic storage device. This applies to data stored inside the CMC and the member systems' BITE memories.

FX0087972

## 5.0 OMS MEMBER SYSTEM BITE

### 5.1 General

#### 5.1.1 Fault/Failure Detection

Member system BITE should be responsible for recognizing any fault condition of the member system and fault conditions in its external interfaces with other systems, sensors, etc.

This should be accomplished using the results of the normal continuous operational monitors which are part of the basic operational function of each member system LRU. Additional power up or user initiated tests may be added to improve the overall fault detection integrity. For fault-tolerant member systems, this should include assessing the level of degradation of the fault-tolerant function provided. The degradation data should be made available to the ACMS.

Where there are multiple LRUs within a system, it is highly desirable to monitor all units. Individual monitoring may be accomplished using self-monitoring by each LRU or by a central LRU monitoring less sophisticated peripheral equipment.

#### 5.1.2 Fault/Failure Isolation

In multiple-LRU systems, BITE should indicate which LRU is faulty. Where insufficient information is initially available, the capability within BITE to perform self-tests is desirable in order to improve fault isolation accuracy.

#### 5.1.3 Return to Service Testing

BITE should be designed to facilitate the speedy return of an airplane to service after an LRU replacement. LRU or system tests following LRU replacement should be sufficient to declare the airplane system serviceable. As a design goal, the power-up test of a member system LRU should be sufficient as a return to service test. The same or similar test should be capable of being initiated by the CMC without the need for cycling circuit breakers. The member systems should carry the ultimate responsibility for ensuring that they do not enter the return to service test mode (even if so commanded by the CMC) when airplane conditions do not warrant such a test.

A detailed description of the various types of ground tests that should be supported by the member systems can be found in section 3.2.2. The member system design should be flexible enough to allow participation in all of the referenced tests without removal of the LRU(s) from the airplane. The need for special ground support equipment should be minimized.

#### 5.1.4 CMC Support Functions

The member system should provide LRU configuration data to the CMC for purposes of on-board LRU configuration management. This information is identified in section 3.2.2.2.7.

#### 5.1.5 Ground Support Functions

To support system test (as defined in section 3.2.2.2.3), the member system should allow for any necessary GSE interfaces. It should be a goal to minimize the need for these special interfaces.

### 5.2 BITE Non-Volatile Memory (NVM)

Avionics LRUs should have NVM for storage of internal faults and failures, including faults in fault tolerant LRUs. This data should be readable in the shop and onboard the airplane while on ground.

### COMMENTARY

> The display of LRU BITE memory is not a line maintenance tool. It should be considered an engineering tool for collecting data to help understand hard to diagnose faults and identify possible design deficiencies. It need not be presented in standard (plain-English) OMS format.

#### 5.2.1 Detailed Fault Data Storage

A header for each flight leg on which a fault occurs should be stored. It should include:

ſ   City pair or route number

ſ   Flight number

ſ   Date

ſ   Airplane identification

ſ   Flight leg number

ſ   LRU position

ſ   Software part number

ſ   Selected options

The following information should be stored with each fault:

ſ   The identification of the monitor or monitors detecting the fault and the appropriate fault code

ſ   Hard or intermittent fault classification

ſ   Number of times the fault occurred per flight leg (Storage should be provided for a minimum of 4.)

ſ   Flight phase and UTC when fault occurred

ſ   Fault isolation to an SRU level, if practical (shop data)

ſ   Additional parameters which may be useful for troubleshooting (e.g., system mode existing when fault was detected)

The Member System should take advantage of the flight phase information being sent by the CMC to allow selective fault storage (if applicable).

FX0087973

## 5.0 OMS MEMBER SYSTEM BITE (cont d)

### 5.2.2 Software Anomalies

Whenever the software in a member system detects that an error state has occurred, it should trap the information essential for troubleshooting the cause of the error. Errors to be monitored include the following:

ſ   Software Resets

ſ   Watchdog timeout

ſ   Processor traps (e.g., Divide by zero, illegal addresses, etc.)

This trap data should be triggered automatically and stored in NVM as engineering data. This software error trap data NVM should be sized to provide for a minimum of 5 "trap" events. This capability should be provided in a manner which does not interfere with normal operation of any other functions of the system.

#### COMMENTARY

If not designed properly, software added to detect software and/or system anomalies could cause other anomalies (e.g., exceedance of program execution time monitors). Any anomaly detection technique incorporated must be designed to eliminate this possibility.

### 5.2.3 System Event Monitoring

Perceived system anomalies are often reported in service. These events may be due to design errors, software errors, real but unusual events or misunderstanding of system design and operation. Users have expressed a desire to provide a feature in applicable member systems to be able to trap software data on such events. The trap may be triggered upon activation of a flight deck event button, or alternatively may be triggered automatically in response to a set of programmed conditions within the member system or in response to a CMC command. This capability should be provided in a manner which does not interfere with normal operation of any other functions of the system.

### 5.2.4 NVM Size

The LRU should have NVM storage capacity to store data from at least 64 flight legs during which one or more failures or maintenance advisories occurred. Storage should be provided for a minimum of 256 faults. The data to be stored for each fault is defined in section 5.2.1.

### 5.2.5 NVM Erase

Data stored in the NVM should be erasable in the shop or optionally with special safeguards on the airplane.

### 5.2.6 NVM First-In-First-Out (FIFO) Data Storage

When NVM becomes full, the oldest data should be discarded.

### 5.3 System BITE Communication with CMC

The system BITE communication protocol should use codes for failure data transmission. The codes are defined in the applicable ARINC Specification (if any). The CMC should translate the codes received from the various member systems, consolidate the data, and display clear English messages to the maintenance technician.

Member systems having access to flight deck effect data (as defined in section 4.1.3.1) should be capable of sending this information to the CMC for correlation with related faults detected by the CMC.

Faults detected by member systems should be reported to the CMC immediately. If an existing fault is cleared, this also should be reported to the CMC immediately.

The OMS Communications Protocol is defined in Section 6.

### 5.4 Use of BITE in Shop Maintenance

A secondary objective of BITE is to increase the effectiveness and reduce the costs of shop maintenance. At the shop, the failure history information available in BITE memory and the self test functions provided by BITE should expedite the repair and testing of a faulty LRU.

As a goal, LRU BITE should be capable of certifying the LRU as operational.

### 5.5 Detailed BITE Requirements

The member system failure monitoring and BITE functions should meet the following:

ſ   All internal faults and failures causing loss or severe degradation of function should be detected to a high degree of integrity.

ſ   No false indications of fault or failure should be produced when no fault or failure exists.

ſ   Power transients should not cause false fault indications.

ſ   Fault detection should be accomplished by continuous operational monitors to the greatest extent possible. Additional BITE tests at power-up should be used in order to meet integrity requirements when continuous monitoring is not practical.

ſ   No external fault or failure should cause false internal fault or failure indications.

ſ   Failure monitors should be designed with tolerance and time filters compatible with intended functions and the operating environment.

ſ   BITE integrity should be validated by analysis of in-service performance.

ſ   Faults detected in unused functions of a member LRU should be recorded internally but should not cause

FX0087974

## 5.0 OMS MEMBER SYSTEM BITE (cont d)

any system fault indications and should not be reported to the CMC.

f   Member systems LRU inputs and outputs should be covered by a wrap around test to the extent necessary to meet integrity requirements.

### 5.6 Interface Fault Detection/Classification

ARINC 429 signal input faults should be detected, classified and reported as:

a.   Bus failure if octal label 377 is not received

#### COMMENTARY

Use of octal label 377 for activity testing will allow detection of reversed wires, as label 0 is illegal.

b.   Signal fail, for other system specific failures such as SSM = FAIL, parity error, reasonableness or comparison monitors. Faulty LRUs should indicate this status by transmitting SSM = FAIL on affected labels.

ARINC 629 signal output faults should be detected, classified and reported as:

a.   Total bus failure if no input signals are received from any LRU

b.   Single LRU bus failure if no signals are received from a single LRU

c.   Signal fail, for other system specific failures such as SSW = Failure Warning, SSW = Partial Failure, parity error, Manchestor Biphase encoding error, reasonableness or comparison monitors. In order to support this classification, faulty LRUs should indicate this status by transmitting SSW = Failure Warning or Partial Failure, as applicable, on affected labels.

Analog signal (excluding discrete) input faults should be detected, classified and reported as:

a.   Open or grounded

b.   Signal fail, for other detected failures such as reasonableness or comparison monitors

### 5.7 Power Interruption Reporting

Each member system LRU should report to the CMC when it has recovered from a power interruption.

#### COMMENTARY

Power interruptions typically result in numerous interface failures. By having each system report the recovery from a power interrupt, the CMC can better correlate the interface failures received from the member systems. This should identify the cause of the problem to be a power interruption, thereby reducing unjustified component removals.

Confidential

## 6.0 OMS COMMUNICATIONS PROTOCOL

> STAFF NOTE: To enhance readability of the tables and charts contained in this section, an exception has been made to the format.

6.1 General Requirements

The following is a list of requirements for OMS communications:

a.  Flexibility should be maximized to allow current and future growth potential.

b.  A change of BITE reporting function in a member LRU should not require a mandatory change to the CMC in order to maintain compatibility; a CMC change to maintain compatibility with the member LRU change may be required to achieve maximum capability, however.

c.  The amount of data on the bus should be minimized.

d.  The required amount of processor capability, both in the LRU and in the CMC, should be minimized.

e.  The basic protocols should be as mature as possible and should be unambiguously described in order to ensure that system works right the first time.

f.  The protocols should be consistent with communication protocols used for other purpose on the airplane.

g.  A protocol developed for one type of bus (e.g., ARINC 629) should be adaptable to other buses, such as ARINC 429, Fiber Distributed Data Interface (FDDI) or Ethernet LAN, without requiring a complete re-write of the protocols.

6.2 Protocol Architecture

¢-1   The OMS communications protocol architecture should be in accordance with Open System Interconnection (OSI) referenced model, as defined in ISO 7498.

### COMMENTARY

The OSI reference model is a modular, seven layer standard to facilitate the interconnection between systems. The seven layers of the reference model are described below:

The Physical Layer is responsible for the transmission of bit streams across a particular physical transmission medium, such as FDDI, Ethernet or ARINC 629. It involves a connection between two systems that allows electrical or optical signals to be exchanged between them.

The Data Link Layer is responsible for providing reliable data transmission across the physical link. It sends blocks of data (frames) with the necessary synchronization, error control and flow control.

The Network Layer provides upper layer independence from the data transmission and switching technologies used to connect systems. It is responsible for establishing, maintaining, and termination network connections and routing and relaying transmissions.

The Transport Layer is responsible for providing a reliable, transparent transfer of data between end points, and provides end-to-end error recovery and flow control.

The Session Layer provides the control structure for communication between applications. It establishes, manages, and terminates connections (sessions) between corresponding applications.

The Presentation Layer performs transformations on data to provide a standardized application interface and to provide common communications services

The Application Layer provides services directly to the users of the OSI environment. It includes all open system communication functions which are not performed by the lower layers, including identification of data structure and formats, and error recovery.

For generalized telecommunications all seven layers are required. For specialized communication applications, such as that required for OMS, the services of the intermediate layers may not be required.

Confidential

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

One of the primary advantages of the layered approach is to allow the change of a protocol at one layer without impacting any of the other layers. This means that it should be possible to adapt a protocol developed for one bus to other buses with little or no change in the upper layers.

There are numerous communication protocols being used today which either directly confirm or nearly confirm with OSI, which will provide models on which to base future special-purpose protocols, contributing to the maturity of those new protocols. A standard way of describing these protocols is also evolving, which should make future protocols less ambiguous.

It is important to note that, although the layered approach to communications necessitates the addition of "overhead data" that is not present in simple protocols, the net amount of traffic on the data bus can be reduced because the redundant transmission of data is replaced with a simple request and response protocol. Once the transmitter knows that the data has been received, the data does not have to be sent again.

### COMMENTARY

The application of the OMS protocol to certain buses (i.e. ARINC 629) does not comply with the OSI model, but does share some characteristics (e.g. common application data formats across different buses).

6.3  Physical and Link Layer Protocols

The physical and data link layer protocols are dependent on the chosen communications bus, as defined in the following sections.

6.3.1  ARINC 429 Communication

6.3.1.1  Physical Layer

The physical layer protocol for ARINC 624 communications on ARINC 429 should be defined in section 2.2 of ARINC Specification 429.

6.3.1.2  Data Link Layer

The data link layer protocol for ARINC 624 Communications on ARINC 429 should be in accordance with the "Williamsburg" protocol, as defined in section 2.5 of ARINC Specification 429-12.

### COMMENTARY

For use in indicating activity, ARINC Specification 429 requires that systems transmit label 377 at a specific rate. If no signal (label 377 or other) is received from the member system within the required interval, the CMC could poll the member system using the TEST word as defined in ARINC Specification 429-12 Section 2.5.17.1. The member system would then respond with the LOOP word. If the CMC does not receive a response to this poll after 3 attempts, the member system should be considered inactive.

6.3.2  ARINC 629 Communication

6.3.2.1  Physical Layer

The physical layer protocol for ARINC 629 communication should be as defined in sections 1 through 3 of ARINC Specification 629.

6.3.2.2  Data Link Layer

The data link layer protocol for ARINC 629 will not conform to OSI standard. Requirements corresponding to data link layer should be as specified in section TBD of ARINC Specification 629 Supplement TBD. The OMS communication specific requirements for ARINC 629 are described in attachment 2 section 1 of this document. The proposal for directed message protocol will be submitted to AEEC Data Bus Subcommittee in the future.

6.3.3  ARINC 636 (Fiber Distributed Data Interface)

6.3.3.1  Physical Layer

The physical layer protocol should be defined in ARINC Specification 636.

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.3.3.2  Data Link Layer

The data link layer protocol should be as defined in ARINC Specification 636.

6.3.4  ARINC 646 (Ethernet LAN)

6.3.4.1  Physical Layer

The physical layer protocol for should be as defined in ARINC Specification 646 to be released.

6.3.4.2  Data Link Layer

The data link layer protocol for should be as defined in ARINC Specification 646 to be released.

6.3.5  Other Buses

6.3.5.1  Physical Layer

The physical layer protocol should be defined in some appropriate method.

6.3.5.2  Data Link Layer

The data link layer protocol should be defined in some appropriate method.

6.4  Network Layer Protocol

Unless otherwise specified, network layer protocols should not be used for OMS member system communications. If a network layer is used, the network layer protocol should be in accordance with ARINC 637, and it should be identified via the Link Service Access Point (LSAP) field(s) included in the link layer protocol.

#### COMMENTARY

Network layer protocols should not be employed for OMS communication on the periodic ARINC 629 buses.

6.5  Transport, Session, Presentation and Application Layers

Unless otherwise specified, transport, session, and presentation and application layer protocols should not be used for OMS member system communications. If any of transport, session, presentation and application layers are used, the protocol should be in accordance with ARINC 638. If a transport layer is used, it should be identified via the Network Service Access Point (NSAP) field(s) included in the network layer protocol.

#### COMMENTARY

Transport, session, and presentation layer protocols should not be employed on for OMS communication on the periodic ARINC 629 buses.

#### COMMENTARY

In the case OSI application layer protocol is applied to OMS member system communications, it should be limited to Association Control Service Element (ACSE) protocol.

6.6  Application Program

6.6.1  Service and Interface Specification

6.6.1.1  Implementation on ARINC 629

The details of service and interface specifications on ARINC 629 are specified in attachment 2 section 1.

6.6.1.2  Implementation on Other Buses

The OSI layer implementation on other buses should follow the requirements specified in ARINC 638. The service and interface specification for OMS communication is depending on the service provided by OSI layer protocol. As an example, the details of service and interface specification for the case that the OMS application program is placed on the top of connection oriented transport layer protocol are described in attachment 2 section 2.

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.2 Application Program Requests and Responses

6.6.2.1 CMC Requests and Member System Responses

Member systems should transmit responses to the following CMC requests within specific time period. This timing requirement should be the same as that for acknowledgment. If a response is not received within specific time period, the CMC should transmit the request again. If no response is received after N (1,2,...) attempts, the CMC should declare a communication fault.

### COMMENTARY

Response timing requirements depends on the system architecture. This should be specified by each airframe manufacturer.

### COMMENTARY

Number of attempts before declaration of a communication fault depends on the OSI layer service provided to OMS application program. For example, OMS application program may not have to try more than once in the case OSI transport layer makes such as 3 attempts before reporting a communication fault to OMS application program.

| CMC Requests | Member System Response |
|---|---|
| Fault Status Get (as defined in section 6.6.3.4.3.2.5) | Fault Status Status (as defined in section 6.6.3.4.3.2.6) |
| Equipment Identification Get (as defined in section 6.6.3.4.4.1) | Equipment Identification Status (as defined in section 6.6.3.4.4.2) |
| LRU Fault History Get ( as defined in section 6.6.3.4.6.1) | LRU Fault History Status (as defined in section 6.6.3.4.6.2) |
| Test History Get (as defined in section 6.6.3.4.7.1) | Test History Status (as defined in section 6.6.3.4.7.2) |
| Initiated Test Run Test Command Action (as defined in section 6.6.3.4.5.1) | Initiated Test In-Test or Inhibited Test Command Response (as defined in sections 6.6.3.4.5.2 and 6.6.3.4.5.3) |
| Initiated Test Continue Command Action (as defined in section 6.6.3.4.5.9) | Initiated Test In-Test, Inhibited Test or Test-Complete Command Response (as defined in sections 6.6.3.4.5.2 and 6.6.3.4.5.3) |
| Initiated Test Abort Command Action (as defined in section 6.6.3.4.5.6) | Initiated Test Abort Command Response or Initiated Test Display Command Action (as defined in section 6.6.3.4.5.6 and 6.6.3.4.5.8) |
| Initiated Test Display Inhibit Command Action (as defined in section 6.6.3.4.5.4 | Initiated Test Inhibited test Command Response (as defined in section 6.6.3.4.5.2) |
| Fault Status Unlatch Command Action (as defined in section 6.6.3.4.3.4) | Fault Status Unlatch Command Response (as defined in section 6.6.3.4.3.5) |
| Time Cycle Get (as defined in section 6.6.3.4.8.1) | Time Cycle Status (as defined in section 6.6.3.4.8.2) |
| LRU Parameter Group Get (as defined in section 6.6.3.4.9.1) | LRU Parameter Group Status (as defined in section 6.6.3.4.9.2) |
| LRU Parameter Value Get (as defined in section 6.6.3.4.9.3) | LRU Parameter Value Status (as defined in section 6.6.3.4.9.4 |
| Interactive Menu Command Action (as defined in section 6.6.3.4.10.1) | Interactive Menu Command Response (as defined in section 6.6.3.4.10.2) |
| Airplane Parameter Get (as defined in section 6.6.3.4.11.1) | Airplane Parameter Status (as defined in section 6.6.3.4.11.2) |

**REPLACEMENT PAGE**   **REVISED: August 30, 1993**
**ARINC REPORT 624 - Page 22**

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.2.1  CMC Requests and Member System Responses (cont'd)

The CMC should not transmit a request to an LRU unless all responses by that LRU to previous CMC requests have been completed, or no responses have been received after N (1,2,...) attempts. If there is no response received from the LRU, fault should be reported.

The CMC should not transmit a request to an LRU unless the communication with that LRU is terminated, which was initiated by the previous CMC request.

When an LRU is performing one of the following operations, it shall consider any listed CMC request for any of the other listed operations as unexpected messages.

| Operation | CMC Requests |
|-----------|--------------|
| Fault Status | Fault Status Get<br>Fault Status Unlatch<br>Fault Status Unlatch Command Action |
| LRU Fault History | LRU Fault History Get |
| LRU Fault History Erase | LRU Fault History Erase Command Action |
| Test History | Test History Get |
| Equipment Identification | Equipment Identification |
| Initiated Test | Initiated Test Run Test Command Action<br>Initiated Test Display Inhibit Command Action<br>Initiated Test Continue Command Action |
| Parameter Display | Parameter Group Get<br>Parameter Value Get |
| Interactive Menu | Interactive Menu Command Action |
| Airplane Parameters | Airplane Parameters Get |

In addition, the member system should consider as unexpected messages any initiated test commands other than identified in section J3 of appendix J. Member systems should not consider any Initiated Test Abort Command Action message as an unexpected message. If the member system is not performing a CMC initiated test, it should ignore any Initiated Test Abort Command Action messages that are received.

On ARINC 629 buses, the member system LRUs should act as follows:

ʃ   The LRUs not transmitting acknowledgment (see attachment 2 section 1.4.3) can ignore these unexpected messages.

ʃ   Other LRUs should handle unexpected messages as specified in section TBD of ARINC 629 supplement TBD.

On the other buses, member system LRUs should send a message indicating an unexpected message was received.

COMMENTARY

Number of retries is depending on implementation.

COMMENTARY

In cases some member systems cannot respond to a CMC request in the allotted time, a "Wait message" (as specified in section TBD of ARINC 629 supplement TBD) or equivalent message (on the other buses) may be used. One example for the other buses is shown in attachment C.

6.6.3  OMS Message Description

OMS message communications are classified into the following communication types:

a.   Parameter type: This type should be used when one system is requesting (GET) and then receiving (STATUS) data from another system, or when one system is updating (SET) values of parameters used by another system.

Confidential

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

b. Command type: This type should be used when one system commands another system to perform and action (ACTION), and the other system responds with the results of the action (RESPONSE).

c. Event type: This type should be used when one system transmits data to another system based on an event (REPORT) as determined by logic internal to the originating system. The receiving system may return a response (RESPONSE) to this event report.

### 6.6.3.1 General

All application layer communications, except certain ARINC 629 messages defined in attachment 2 section 1, are described using the Abstract Syntax Notation (ASN.1) defined in ISO Specification 8824, and should be encoded and decoded using the Basic Encoding Rules (BER) defined in ISO Specification 8825. The remainder of this section is a definition of the specific requirements applicable to OMS communications.

The Abstract Syntax Notation One (ASN.1) and Basic Encoding Rules (BER) specify a notation and a set of encoding rules. ASN.1/BER utilize identifier tags enabling information being transferred to be identified by the recipient as a specific value of a specific ASN.1 type. Message structure and encoding are described in section 6.6.3.2. The ASN.1 notation is defined in section 6.6.3.3. ASN.1 notation for OMS member system communication messages are defined in section 6.6.3.4.

### COMMENTARY

Industry standard protocol definitions use the term "octet" to indicate 8 bits of data. An octet is equivalent to a byte.

### 6.6.3.2 Message Structure and Encoding

#### 6.6.3.2.1 Message Structure

¢-1

OMS ASN.1 and BER messages should be constructed of building blocks which can be called data units. Each data unit should be formulated using Type, Length, Value (TLV) encoding; consequently, a data unit is often called a "TLV". The type field should be the identifier field for the data unit. The length field should indicate the length in octets (bytes) of the data in the value field. The value field should include the actual data for the unit.

ASN.1 notation allows construction of a hierarchical architecture of data units. This means that some data units may include other data units (TLVs) in their value fields. Data units that include other data units are called "constructed". Other data units include only the value(s) of parameter(s) in their value field. These data units are called "primitive".

Constructed data units (TLVs) should be defined using the SET or SEQUENCE types defined in sections 6.6.3.2.4.1 and 6.6.3.2.4.2.

Primitive data units (TLVs) should be defined by the primitive types defined in section 6.6.3.2.4.3 through 6.6.3.2.4.6.

An example of a constructed TLV consisting of two primitive TLVs is shown below:



| T | L | V | | | | | |
|---|---|---|---|---|---|---|---|
|   |   | T | L | V | T | L | V |

#### 6.6.3.2.2 Type

##### 6.6.3.2.2.1 Type Definitions

Tags are assigned to all types defined with ASN.1. An ASN.1 tag has two parts, a class and a number. Four different classes are defined:

Universal: This is the class assigned to tags defined in the ASN.1 Standard itself. No other standard or private user of ASN.1 may define Universal class tags. This class is not referenced directly in the ASN.1 notation for OMS communications. However, the value field for all data units are encoded using universal types defined in section 6.6.3.2.4.

Application: Tags of this class are used by developers of other standards to uniquely identify a type within some particular application. The "message name" for all OMS specific messages (except the continuation message to be used on ARINC 629 communications and defined in attachment 2 section 1.4.4) use the application class.

Confidential

REPLACEMENT PAGE                                                    REVISED: August 30, 1993
ARINC REPORT 624 - Page 24

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.2.2.1 Type Definitions (cont'd)

Private:  Private tags may be used in any manner desired by the writer of ASN.1 definitions. This class is presently not used for OMS communications.

Context-Specific:  Tags of this class are used with types which need be identified only within a very specific, well-defined context. All data units defined for OMS messages, except for the "message name" data unit, use this class. By definition, context-specific data units should only be used "in context", in order for their meaning to be unambiguous. This is achieved by only using context-specific types in the "value" field of a higher level data unit. As a result, the "message name" is never context-specific.

The number is used to identify the specific type (using the above class) referenced in the ASN.1 notation.

6.6.3.2.2.2  Type Encoding

Message "Type" should be encoded as defined below:

The type identifier has the following three elements:

    CLASS (bit 8 and 7 are assigned)
        00:  UNIVERSAL
        01:  APPLICATION
        10:  CONTEXT SPECIFIC
        11:  PRIVATE

    ENCODING (P/C) (bit 6 is assigned)
        0:  PRIMITIVE
        1:  CONSTRUCTED

    NUMBER (bits 5 through 1, and possibly more)

This is illustrated below:

a.  Numbers 0 through 30 coded in rightmost five bits:

| MSB | | | | | | | LSB |
|-----|---|---|---|---|---|---|-----|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Class | | P/C | | Number, as unsigned integer | | | |

b.  Numbers greater than 30 coded in extension octets (This will not be used for most OMS communications):

| MSB | | | | | | | LSB |
|-----|---|---|---|---|---|---|-----|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Class | | P/C | 1 | 1 | 1 | 1 | 1 |
| 1 | Number, as unsigned integer 7 most significant bits | | | | | | |
| 1 | ι ι | | | | | | |
| 0 | 7 most significant bits | | | | | | |

6.6.3.2.3 Length Encoding

In general, the length of the "value" field in every TLV item is variable. The length field should define the number of octets in the associated "value" field. It should be encoded in one of three forms, as specified below:

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

a.    Short Form (for lengths between 0 and 127 octets):

| MSB | | | | | | | LSB |
|-----|---|---|---|---|---|---|-----|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 0 | Length, as unsigned integer | | | | | | |

b.    Long Form (for lengths over 127 octets):

| MSB | | | | | | | LSB |
|-----|---|---|---|---|---|---|-----|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 1 | Number of octets in length | | | | | | |
| Length, as unsigned integer 8 significant bits | | | | | | | |
| ι | | | | | | | |
| ι | | | | | | | |
| ι | | | | | | | |
| 8 significant bits | | | | | | | |

c.   Indefinite Form (for the case the length cannot be defined)

¢-1

COMMENTARY

Indefinite Form will not be used for OMS communications.

### 6.6.3.2.4  Value Encoding

Encoding for the value field is dependent on the type and length indications. In general, primitive type indications define value encoding via either explicit or implicit use of the universal types defined in 8824 and 8825. Encoding for the universal types used in the OMS protocol should be as given in the following sections.

### 6.6.3.2.4.1  SET

The SET type (universal type 17) is a constructed type. Sets may include a fixed, unordered, list of distinct items, (some of which may be optional). Sets are defined in one of two ways:

SET: components of set defined immediately following set declaration.

SET OF <name>: a name is assigned to the set. Components of the set are included in the definition of the named set. This is commonly used where the named set is used in multiple places.

### 6.6.3.2.4.2  SEQUENCE

The SEQUENCE type (universal type 16) is a constructed type. Sets may include a fixed, ordered, list of distinct items, (some of which may be optional). Sequences may be defined in two ways:

SEQUENCE: components of sequence defined immediately following sequence declaration.

SEQUENCE OF <name>: a name is assigned to the sequence. Components of the sequence are included in the definition of the named sequence. This is commonly used where the named sequence is used in multiple places.

### 6.6.3.2.4.3  Boolean

The boolean type (universal type 1) should be a primitive type encoded as one octet. If the boolean is false, all eight bits in the octet are set to zero. If the boolean is true, the transmitting system should set all bits to one. Receiving systems should consider the boolean as true if any of the bits are set to one.

Confidential

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.2.4.4  Integer

The integer type (universal type 2) should be a primitive type encoded as one or more octets, as defined in the length field. The integer should be a two's complement binary number as follows:

| First Octet | | | | | | | | | | | Last Octet | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | ι ι ι | | 8 | 7 | 6 | 5 | 4 | 3 | 2 | | 1 |
| MSB | | | | | | | | | | | | | | | | | | LSB |

where:  MSB is most significant bit
        LSB is least significant bit

6.6.3.2.4.5  Octetstring

The octet string type (universal type 4) should be a primitive type encoded as one or more octets, as defined in the length field. The octet string type is used to model data whose format is not according to BER standards and whose length in bits is a multiple of eight. The octetstring should be encoded as follows:

| MSB | | | | | | | LSB |
|---|---|---|---|---|---|---|---|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| octet data | | | | | | | |

6.6.3.2.4.6  VisibleString

The visible string type (universal type 26) should be a primitive type encoded as one or more octets, as defined in the length field. One character is encoded in each octet as follows:

| MSB | | | | | | | LSB |
|---|---|---|---|---|---|---|---|
| 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 0 | $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ |

where $b_7$ through $b_1$ is defined in ISO Specification 646. The most significant octet should contain the first character (when reading the string from left to right) of the string. The next most significant octet contains the second character of the string, and so on until the end of the string.

6.6.3.3  ASN.1 Notation

Using the structure defined in section 6.6.3.2, messages can be defined using the ASN.1 notation. This notation indicates the structure of the message (TLV hierarchy), the parameters transmitted as a part of the message, and the format (integer, boolean, etc.) of these parameters. The ASN.1 notation in section 6.6.3.4 should be interpreted as defined in section 6.6.3.3.1, 6.6.3.3.2 and 6.6.3.3.3.

6.6.3.3.1  Message Identification

The general format used for message identification in the notation is:

        Identifier:: = [Type (class and number)] Type characteristic

where:

   a.  Identifier is a name identifying the message. Message identifier names must begin with an uppercase letter.

   b.  Type (class and number) identifies the type class and number per section 6.6.3.2.2.2. Messages cannot begin with a context-specific type. Message identification for OMS messages always use "Application" type. Therefore [Type (class and number)] is always described as [APPLICATION (number)].

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

c.  Type characteristic defines the characteristic per section 6.6.3.2.4. The word "IMPLICIT" is used in the above format to indicate a reference to one of the "universal" types defined in section 6.6.3.2.4, without using the "universal" type numbering scheme. For example, the universal type "SET" uses universal type number 17 (per section 6.6.3.2.4.1), but the message identifier type (message name) for the Fault Active Event Report below, is Application type number 18, with an IMPLICIT use of the universal "SET" type.

> FaultActiveEventREPORT::=[APPLICATION 18] IMPLICIT SET

### 6.6.3.3.2  Context-Specific Items

The general format used for context-specific items in the notation is:

> Identifier [Type number] Type characteristic

where:

a.  Identifier is a name identifying the context-specific item. Context-specific item identifier names must begin with a lowercase letter

b.  Type number identifies the assigned context-specific type number,

c.  Type characteristic defines the characteristic per section 6.6.3.2.4. The word "IMPLICIT" is used in the above format to indicate a reference to one of the "universal" types defined in section 6.6.3.2.4, without using the "universal" type numbering scheme. For example, the universal type "INTEGER" uses universal type number 2 (per section 6.6.3.2.4.4), but the message identifier type for "faultAID" below is context-specific type number 1, with an IMPLICIT use of the universal "INTEGER" type.

> FaultAID      [1] IMPLICIT INTEGER OPTIONAL

If the type characteristic includes the word "OPTIONAL", (as in the above example), it indicates that messages may exist which do not include the identified term. The "OPTIONAL" does not necessarily mean that member systems need not support this term.

### 6.6.3.3.3  Named Sets and Sequences

The general format used for named sets and sequences in the notation is:

> Identifier::=Type characteristic

where:

a.  Identifier is a name identifying the set or sequence, identifier names must begin with a lowercase letter.

b.  Type characteristic is either SET or SEQUENCE.

The hierarchy of the message is indicated by brackets indicating the beginning and end of each level. In addition, the ASN.1 contained in this document indicates different levels of the hierarchy via indenting.

### 6.6.3.3.4  Example Notation

Example notation is illustrated and explained in figure 6.6.3.3-1.

REPLACEMENT PAGE                                                    REVISED: August 30, 1993
ARINC REPORT 624 - Page 28

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

| ASN.1 Notation | Explanation |
|---|---|
| EquipmentIDParameterSTATUS::=[APPLICATION 17] IMPLICIT SET | Message identifier= EquipmentIDParameterSTATUS Class:application; Number 17 Characteristic: SET (as defined by items within brackets {} below) |
| {equipA [0] IMPLICIT SET OF Equipment | Context-Specific item identifier= equipA Class:context-specific; Number: 0 Characteristics: SET of set named "Equipment" |
| equipB [1] IMPLICIT SET OF Equipment | Context-specific item identifier= equipB Class:context-specific; Number: 1 Characteristic: SET of set named "Equipment" |
| ι | (add more equipment as required) |
| } | End of SET (EquipmentID ParameterSTATUS) |
| Equipment::=SET | Set identifier=Equipment Characteristic:SET (as defined by items within brackets {} below) |
| {equipID [0] IMPLICIT VisibleString, | Context=specific item identifier= equipID Class:context-specific; Number 0 Characteristic: INTEGER |
| IruPartNo [1] IMPLICIT VisibleString OPTIONAL, | Context-specific item identifier= IruPartNo Class:context-specific; Number 1 Characteristic: VisibleString |
| hwPartNo [2] IMPLICIT VisibleString OPTIONAL, | Context-specific item identifier= hwPartNo Class:context-specific; Number 2 Characteristic: VisibleString |
| serialNo [3] IMPLICIT VisibleString OPTIONAL, | Context-specific item identifier= serialNo Class:context-specific; Number 3 Characteristic: VisibleString |
| options [4] IMPLICIT VisibleString OPTIONAL, | Context-specific item identifier= options Class:context-specific; Number 4 Characteristic: VisibleString |
| swPartNo1 [5] IMPLICIT VisibleString OPTIONAL, | Context-specific item identifier= swPartNo1 Class:context-specific; Number 5 Characteristic: VisibleString |
| ι | (add more swPartNo's as required) |
| } | End of SET (Equipment) |

Figure 6.6.3.3-1  ASN.1 Notation Example

Confidential                                                                        FX0087986

ADDED: August 30, 1993

## 6.0 OMS COMMUNICATIONS PROTOCOL

6.6.3.4  ASN.1 Notation for OMS Messages

### COMMENTARY

This section contains all of the possible messages and parameters to be used for OMS communications though it depends on an airframe manufacturer which messages or parameters to be supported by the CMC.

OMS message communications are classified into the following communication types:

Parameter type:  This type should be used when on system is requesting (GET) and receiving (STATUS) data from another system, or when one system is updating (SET) values of parameters used by another system. The generalized formats, including the OMS identification tags, are as follows:

| | |
|---|---|
| GET {param ID, ...} | (APPLICATION 1) |
| SET {(PARAM ID, Value), ...} | (APPLICATION 2) |
| STATUS {(param ID, Value), ...} | (APPLICATION 3) |

Command type:  This type should be used when one System commands another system to perform an action (ACTION), and the other system responds with the results of the action (RESPONSE). The generalized formats, including the OMS identification tags, are as follows:

| | |
|---|---|
| ACTION {(Action ID, Value), ...} | (APPLICATION 4) |
| RESPONSE {(Action ID, Resp Value),} | (APPLICATION 5) |

Event type:  This type should be used when one system transmits data to another system based on an event (REPORT) as determined by logic internal to the originating system. The receiving system may return a response (RESPONSE) to this event report. The generalized formats, including the OMS identification tags, are as follows:

| | |
|---|---|
| REPORT {(Event ID, Value), ...} | (APPLICATION 6) |
| RESPONSE {(Event ID, Resp Value), } | (APPLICATION 7) |

¢-1

In order to reduce the length and complexity for commonly used messages, the following specific OMS commands have been defined based on the command defined above:

| PRIMITIVE | APPLICATION TYPE |
|---|---|
| Equipment Identification ParameterSET | 15 |
| Equipment Identification ParameterGET | 16 |
| Equipment Identification ParameterSTATUS | 17 |
| Fault Active EventREPORT | 18 |
| Fault Inactive EventREPORT | 19 |
| Fault Latched EventREPORT | 20 |
| Periodic Fault Report | 21 |
| Fault Status ParameterGET | 22 |
| Fault Status ParameterSTATUS | 23 |
| Initiated Test CommandACTION | 24 |
| Initiated Test CommandRESPONSE | 25 |
| Fault History ParameterGET | 26 |
| Fault History ParameterSTATUS | 27 |
| Fault Status ParameterSET | 28 |
| Fault Indeterminate EventREPORT | 29 |

The ASN.1 notation for each of the OMS messages are defined in the following sections. The formats of these OMS messages should comply with the BER encoding of the defined ASN.1 notation.

### COMMENTARY

An example of encoding of OMS application message (for Fault Active Event Report) is shown in appendix G.

6.6.3.4.1  Flight Leg, Flight Phase and Date/Time

This message should be used to transmit the flight leg, flight phase, and date and time information from the CMC to all member systems.

ADDED: August 30, 1993
ARINC REPORT 624 - Page 30

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.1   Flight Leg, Flight Phase and Date/Time (cont'd)

a.   Flight leg number should be incremented at each flight leg transition unless the flight leg number is 127. If the flight leg number is 127 prior to a flight leg transition, it should be set to -128 at the flight leg transition.

#### COMMENTARY

The transmitted flight leg number will increment at each flight leg transition over the range from -128 to 127, and then be reset to -128 at the next transition. Flight leg number will be displayed on the maintenance terminal as the following:

| Flight Leg | Number |
|------------|--------|
| Present leg | 0 |
| Last leg | -1 |
| Next pervious leg | -2 |
| etc. | |

The CMC and member systems can support the above flight leg display values by subtracting the present CMC transmitted flight leg number from the stored CMC transmitted flight leg number. Requirements for reporting flight leg numbers as part of LRU fault history are given in section 6.6.3.4.6.2.

b.   Flight phase numbers should be transmitted as follows:

| | |
|---|---|
| 1 | Power-on |
| 2 | Engine Start |
| 3 | Taxi Out |
| 4 | Takeoff Roll |
| 5 | Initial Climb |
| 6 | Climb |
| 7 | Cruise |
| 8 | Descent |
| 9 | Approach |
| 10 | Go Around |
| 11 | Flare |
| 12 | Rollout |
| 13 | Taxi In |
| 14 | Engine Shutdown |
| 15 | Maintenance |

#### COMMENTARY

In order to transmit the flight leg, flight phase, and date and time information from the CMC to all member systems, Flight Leg, Flight Phase and Date/Time Periodic Report should be used on periodic buses. On aperiodic buses, the Flight Leg, Flight Phase and Date/Time Set message will be used.

6.6.3.4.1.1   Flight Leg, Flight Phase and Date/Time Periodic Report

On periodic buses, the CMC should transmit to member systems the flight leg/phase/date/time message at a specific rate.

#### COMMENTARY

On ARINC 629, this message will be packed into one wordstring and broadcast.

The ASN.1 notation is not applicable to this message. See figure I-2 in Appendix H for the data format on ARINC 629 buses.

6.6.3.4.1.2   Flight Leg, Flight Phase and Date and Time Set

On aperiodic buses, the CMC should transmit this message to all member systems at a specified rate. The time and date transmitted should be in accordance with Coordinated Universal Time (UTC). The ASN.1 notation is as follows:

¢-1

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET OPTIONAL
    {flightLegPhaseDateTime        [1] IMPLICIT SET
        {flightLegNo                [0] IMPLICIT INTEGER,
        flightPhaseNo               [1] IMPLICIT INTEGER,
        subphaseNo                  [2] IMPLICIT INTEGER OPTIONAL,
        dateAndTime                 [3] IMPLICIT OCTET STRING}
```

### COMMENTARY

The CMC may append "systemStatus" primitive defined in section 6.6.3.4.3.2.4 item b to this message or either one of the Aircraft Identification Set (defined in section 6.6.3.4.2.2) or Flight Number and Departure/Destination Airport Set (defined in section 6.6.3.4.7.2) in order to indicate the system status of the CMC to member systems.

where:

a.    "flightLegNo" and "flightPhaseNo" are defined in section 6.6.3.4.1 above.

b.    "dateAndTime" should be UTC time encoded in binary coded decimal (BCD) format as follows:

| Octet | Bits | Parameter |
|---|---|---|
| 1 | 8-5 | Tens of years |
| 1 | 4-1 | Units of years |
| 2 | 8-5 | Tens of months |
| 2 | 4-1 | Units of months |
| 3 | 8-5 | Tens of days |
| 3 | 4-1 | Units of days |
| 4 | 8-5 | Tens of hours |
| 4 | 4-1 | Units of hours |
| 5 | 8-5 | Tens of hours |
| 5 | 4-1 | Units of hours |
| 6 | 8-5 | Tens of hours |
| 6 | 4-1 | Units of hours |

### COMMENTARY

As this message is transmitted as a specified rate (periodically), this message doesn't require acknowledgement.

### COMMENTARY

Aircraft Identification Set message (see 6.6.3.4.2.2) and Flight Number and Departure/Destination Airport Set message (see 6.6.3.4.8.2) are also transmitted periodically at the same or similar rate. Therefore, these two messages and Flight Leg, Flight Phase and Date/Time Set message can be transmitted as one OMS message.

6.6.3.4.2  Aircraft Identification

This message should be used to transmit aircraft identification data from the CMC to all member systems.

### COMMENTARY

In order to transmit the aircraft identification information from the CMC to all member systems, Aircraft Identification Periodic Report should be used on periodic buses. On aperiodic buses, the Aircraft Identification Set message will be used.

6.6.3.4.2.1  Aircraft Identification Periodic Report

On periodic buses, the CMC should transmit the aircraft identification message to member systems at a specified rate.

### COMMENTARY

On ARINC 629, this message will be packed into one wordstring and broadcast.

The ASN.1 notation is not applicable to this message. See figure I-3 in Appendix H for the data format on ARINC 629 buses.

ADDED: August 30, 1993
ARINC REPORT 624 - Page 32

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

6.6.3.4.2.2  Aircraft Identification Set

On aperiodic buses, the CMC should transmit this message to all member systems at a specified rate. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
        {aircraftID              [9] IMPLICIT SET OPTIONAL
            {icao24BitCode       [0] OCTET STRING
            registrationNo       [1] VisibleString OPTIONAL } }
```

where:

a.  "icao24BitCode" should be the 24 bit code assigned to the aircraft by the International Civil Aviation Organization (ICAO).

b.  "registrationNo" should be the registration number assigned to the aircraft.

### COMMENTARY

As this message is transmitted as a specified rate (periodically), this message doesn't require acknowledgement.

### COMMENTARY

This message can be transmitted with Flight Number and Departure/Destination Airport Set message and Flight Leg, Flight Phase and Date/Time Set message as described in the commentary in section 6.6.3.4.1.2.

6.6.3.4.3  Fault Status

¢-1

These messages should be used to transmit fault data and flight deck effect correlation data from member systems to the CMC as faults occur. Member system reporting fault data on periodic buses should comply with either the aperiodic fault reporting technique (defined in section 6.6.3.4.3.2) or the periodic fault reporting technique (defined in section 6.6.3.4.3.1). The member systems reporting fault data on aperiodic buses should use the aperiodic fault reporting technique.

6.6.3.4.3.1  Periodic Fault Reporting

Member systems using periodic fault reporting should transmit this message to the CMC, at a specified rate.

### COMMENTARY

The ASN.1 notation is not applied to this message on periodic ARINC 629. An example is described in figure I-5 in Appendix H.

The ASN.1 notation is as follows, if applied:

```
PeriodicFaultREPORT::=[APPLICATION 21] IMPLICIT OCTET STRING
```

where the octet string consists of bits that should indicate the status of individual faults in the system using the following convention:

Non-latchable faults: 1 bit defined as follows:

| Bit | Meaning |
|-----|---------|
| 0 | fault is inactive |
| 1 | fault is active |

Mode dependent or Latchable faults: either one of the following two should be applied:

2 bits defined as follows:

| MSB | LSB | Meaning |
|-----|-----|---------|
| 0 | 0 | fault is inactive |
| 0 | 1 | fault is active |
| 1 | 0 | fault is indeterminate |
| 1 | 1 | fault is latched |

Confidential

ADDED: August 30, 1993

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

1 bit defined as follows:

| Bit | Meaning |
|-----|---------|
| 0 | fault is inactive |
| 1 | fault is latched |

### COMMENTARY

For OMS purposes, fault reports may be classified as one of the following:

Mode independent:  System is continuously monitoring the fault , and can always determine, at least to some level of confidence, whether the fault exists.

Mode dependent:  System has modes in which it cannot determine whether the fault exists.

The following states are defined for fault reports:

Active - System is currently monitoring the fault and believes the fault exists.

Inactive - System is currently monitoring the fault and believes the fault does  not exist.

Indeterminate - System cannot currently determine whether the fault exists.  (applicable to mode dependent faults only)

Latched - System is currently latching the status of the faults.  (applicable to latchable faults only)

The bits should be assigned, starting with the most significant bits (MSB) as follows:

```
Fail Warning (1= full failure)
Partial Failure (1= partial failure)
Data Incomplete (1= data is not complete (equivalent to NCD on ARINC 429))
Initiated Test In-Test (1=in-test)
Simulated Data (1= simulated data)
Power Interrupt Recovery (1= power interrupt recovery in last 3 seconds)
Left CMC activity fail (1=no data from CMC)
Left CMC signal fail (1=CMC data invalid)
Right CMC activity fail (1=no data from CMC)
Right CMC signal fail (1=CMC data invalid)
Initiated Test Test-Complete (1=test complete)
Initiated Test Inhibit #1 (1=test inhibited)
Initiated Test Inhibit #2 (1=test inhibited)
                  :
Initiated Test Inhibit #n (1=test inhibited)
Fault #1 (1=active)
                  :
```

¢-1

Initiated Test Test-Complete bit should be set to 1 for 3 seconds after the test is completed.

### COMMENTARY

Some of the bits may not be required if the information is provided via another means. For example, Fail Warning, Partial Failure, Data Incomplete, Initiated Test In-Test and Simulated Data bits are not required for ARINC 629, as these bits in the system status word provide the same function.

6.6.3.4.3.2  Aperiodic Fault Reporting

6.6.3.4.3.2.1  Fault Active Event Report

Member systems using aperiodic real-time fault reporting should transmit this message when fault(s) are detected by the member system (i.e. the state of the fault transitions from either inactive, latched, or indeterminate state to the active state). The ASN.1 notation is as follows:

```
FaultActiveEventREPORT::=[APPLICATION 18] IMPLICIT SET
        {faultAID            [1] IMPLICIT INTEGER OPTIONAL,
        faultAFDE            [2] IMPLICIT OCTET STRING OPTIONAL,
        faultAOptData        [3] IMPLICIT SET OF FaultOptData OPTIONAL,
        faultBID             [4] IMPLICIT INTEGER OPTIONAL,
        faultBFDE            [5] IMPLICIT OCTET STRING OPTIONAL,
```

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 - Page 34

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

6.6.3.4.3.2.1  Fault Active Event Report (cont'd)

| | |
|---|---|
| faultBOptData | [6] IMPLICIT SET OF FaultOptData OPTIONAL, |
| faultGID | [19] IMPLICIT INTEGER OPTIONAL, |
| faultGFDE | [20] IMPLICIT OCTET STRING OPTIONAL, |
| faultGOptData | [21] IMPLICIT SET OF FaultOptData OPTIONAL, |
| multipleOneByteIDFaults | [23] IMPLICIT OCTET STRING OPTIONAL |
| multipleTwoByteIDFaults | [24] IMPLICIT OCTET STRING OPTIONAL |
| } | |

FaultOptData::=IMPLICIT SET
        {faultDescription                  [1] IMPLICIT VisibleString OPTIONAL,
auxilliaryData      [2] IMPLICIT VisibleString OPTIONAL}

where:

a.  "faultAID" ("faultBID", etc) should be the identification code of the fault. These items should only be used when it is necessary to attach additional information (e.g., Fault Description) to the fault report. Otherwise use "multipleOneByteIDFaults" or "multipleTwoByteIDFaults", as defined below. These codes will be assigned system by system, but the following codes should be used by all systems:

| | |
|---|---|
| 1 | Spare |
| 2 | Left CMC Activity Fail |
| 3 | Left CMC Signal Fail |
| 4 | Right CMC Activity Fail |
| 5 | Right CMC Signal Fail |

### COMMENTARY

In the case of a single CMC configuration, fault code 2 and 3 should be used and codes 4 and 5 should be left as a spare.

b.  "faultDescription" should be a description of the fault condition.

c.  "faultAFDE" ("faultBFDE", etc) should be a series of octets, each consisting of an integer identifying a flight deck effect to be correlated with the fault.

d.  "multipleOneByteIDFaults" should be a series of octets, each individual octet containing an integer code of a fault to be reported. No additional information (i.e. flight deck effects, description) may be attached to these fault reports. This should be used for reporting multiple faults when no additional information is to be attached, as it minimizes bus loading. The fault report codes should be the same as those defined for "faultAID" etc above.

e.  "multipleTwoByteIDFaults" should be a series of octets, each two octets containing an integer code of a fault to be reported. No additional information (e.g. flight deck effects, descriptions) may be attached to these fault reports. This should be used for reporting multiple faults when no additional information is to be attached, as it minimizes bus loading. The fault report codes should be the same as those defined for "faultAID" etc above.

### COMMENTARY

Reporting of the correlation of a single fault with one or more flight deck effects may be accomplished with this message.

### COMMENTARY

The capability to report FDEs which the fault to be correlated to may not have to be implemented, because the same information can be reported using FDE correlation report specified in section 6.6.3.4.3.3.

6.6.3.4.3.2.2  Fault Inactive Event Report

Member systems using aperiodic real-time fault reporting should transmit this message when the member system determines that previously active, latched, or indeterminate fault(s) have cleared (i.e. the state of the fault transitions from either active, latched or indeterminate state to the inactive state). The ASN.1 notation is as follows:

Confidential

ADDED: August 30, 1993

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

```
FaultInactiveEventREPORT::=[APPLICATION 19] IMPLICIT SET
       {faultAID                      [1] IMPLICIT INTEGER OPTIONAL,
       faultBID                       [4] IMPLICIT INTEGER OPTIONAL,
       faultCID                       [7] IMPLICIT INTEGER OPTIONAL,
                          :
       multipleOneByteIDFaults        [23] IMPLICIT OCTET STRING OPTIONAL,
       multipleTwoByteIDFaults        [24] IMPLICIT OCTET STRING OPTIONAL
       }
```

where "faultAID" ("faultBID", etc), "multipleOne-ByteIDFaults", and "multipleOneByteIDFaults" should be as defined in section 6.6.3.4.3.2.1.

#### 6.6.3.4.3.2.3  Fault Latch Event Report

Member systems using aperiodic real-time fault reporting should transmit this message when latchable fault(s) are latched by the member system. (i.e. the state of the fault transitions from active, inactive, or indeterminate states to the latched state. ASN.1 notation is as follows:

```
FaultLatchedEventREPORT::=[APPLICATION 20] IMPLICIT SET
       {faultAID                      [1] IMPLICIT INTEGER OPTIONAL,
       faultBID                       [4] IMPLICIT INTEGER OPTIONAL,
       faultCID                       [7] IMPLICIT INTEGER OPTIONAL,
                          :
       multipleOneByteIDFaults        [23] IMPLICIT OCTET STRING OPTIONAL,
       multipleTwoByteIDFaults        [24] IMPLICIT OCTET STRING OPTIONAL
       }
```

where "faultAID" ("faultBID", etc), "multipleOne-ByteIDFaults", and "multipleOneByteIDFaults" should be as defined in section 6.6.3.4.3.2.1.

#### 6.6.3.4.3.2.4  Member System Activity Report

Member systems using aperiodic real-time fault reporting should transmit this message if they have no other information to transmit.

The member system activity report does not require acknowledgement.

The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
       {testStatus                    [6] IMPLICIT OCTET STRING,
       systemStatus                   [7] IMPLICIT OCTET STRING OPTIONAL}
```

where:

    a.  "testStatus" octet string is a series of bits, as defined below. The bits should be assigned, starting with the most significant bit (MSB) as follows:

        Initiated Test Inhibit #1 (1=test inhibited)
        Initiated Test Inhibit #2 (1=test inhibited)
               :
        Initiated Test Inhibit #n (1=test inhibited)
        LRU Activity Bit (alternate when data is updated)

    b.  "systemStatus" octet string is a series of bits, as defined below. The bits should be assigned, starting with the most significant bit (MSB) as follows:

        Fail Warning (1= full failure)
        Partial Failure (1= partial failure)
        Data Incomplete (1= data is not complete (equivalent to NCD in ARINC 429))
        Initiated Test In-Test (1=in-test)
        Simulated Data (1= simulated data)

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 - Page 36

**6.0 OMS COMMUNICATIONS PROTOCOL (cont d)**

6.6.3.4.3.2.4  Member System Activity Report (cont'd)

COMMENTARY

"systemStatus" primitive may not be required if the information is provided via another means. For example, Fail Warning, Partial Failure, Data Incomplete, Initiated Test In-Test and Simulated Data bits are not required for ARINC 629, as these bits in the system status word provide the same function.

COMMENTARY

LRU Activity bit is used by the CMC to check the data freshness. On ARINC 629, the data may be transmitted even in the case the system is not able to update the data contents. This bit may not be necessary for other buses.

6.6.3.4.3.2.5  Fault Status Get

The CMC should use this message to request fault status information from a member system that uses aperiodic fault reporting. The ASN.1 notation is as follows:

FaultStatusParameterGET::=[APPLICATION 22] IMPLICIT NULL

COMMENTARY

It is expected that the CMC will transmit this request following CMC power-up to systems reporting faults aperiodically, in order to ensure synchronization of fault status between the CMC and the member system.

6.6.3.4.3.2.6  Fault Status Status

Member system using aperiodic real-time fault reporting should transmit this message in response to a Fault Status Get from the CMC. The ASN.1 notation for reporting of faults is as follows:

```
FaultStatusParameterSTATUS::=[APPLICATION 23] IMPLICIT SEQUENCE
    {faultActive                    [0] IMPLICIT SET OPTIONAL,
        {faultAID                   [1] IMPLICIT INTEGER OPTIONAL,
        faultAFDE                   [2] IMPLICIT OCTET STRING OPTIONAL,
        faultAOptData               [3]IMPLICIT SET OF FaultOptData OPTIONAL,
        faultBID                    [4] IMPLICIT INTEGER OPTIONAL,
        faultBFDE                   [5] IMPLICIT OCTET STRING OPTIONAL
        faultBOptData               [6] IMPLICIT SET OF FaultOptData OPTIONAL,
                            :
        multipleOneByteIDFaults[23] IMPLICIT OCTET STRING OPTIONAL,
        multipleTwoByteIDFaults     [24] IMPLICIT OCTET STRING OPTIONAL
        }
    faultLatched                    [2] IMPLICIT SET OPTIONAL,
        {faultAID                   [1] IMPLICIT INTEGER OPTIONAL,
        faultAFDE                   [2] IMPLICIT OCTET STRING OPTIONAL,
        faultAOptData               [3]IMPLICIT SET OF FaultOptData OPTIONAL,
        faultBID                    [4] IMPLICIT INTEGER OPTIONAL,
        faultBFDE                   [5] IMPLICIT OCTET STRING OPTIONAL
        faultBOptData               [6] IMPLICIT SET OF FaultOptData OPTIONAL,
                            :
        multipleOneByteIDFaults[23] IMPLICIT OCTET STRING OPTIONAL,
        multipleTwoByteIDFaults     [24] IMPLICIT OCTET STRING OPTIONAL
        }
    faultIndeterminate              [3] IMPLICIT SET OPTIONAL,
        {faultAID                   [1] IMPLICIT INTEGER OPTIONAL,
        faultAFDE                   [2] IMPLICIT OCTET STRING OPTIONAL,
        faultAOptData               [3]IMPLICIT SET OF FaultOptData OPTIONAL,
        faultBID                    [4] IMPLICIT INTEGER OPTIONAL,
        faultBFDE                   [5] IMPLICIT OCTET STRING OPTIONAL
        faultBOptData               [6] IMPLICIT SET OF FaultOptData OPTIONAL,
                            :
        multipleOneByteIDFaults[23] IMPLICIT OCTET STRING OPTIONAL,
        multipleTwoByteIDFaults     [24] IMPLICIT OCTET STRING OPTIONAL,
        }
    }
```

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

where "faultAID" ("faultBID", etc), "faultAFDE" ("faultBFDE", etc), FaultOptData" "multipleOne-ByteIDFaults", and "multipleOneByteIDFaults" are defined in section 6.6.3.4.3.2.1.

If there are no faults to be reported, the member system should transmit a null value, as defined by the following ASN.1 notation:

FaultStatusParameterSTATUS::=[APPLICATION 23] IMPLICIT NULL

### 6.6.3.4.3.2.7  Fault Status Set

Member system using aperiodic real-time fault reporting should transmit this message following power-up.

The ASN.1 notation should be the same as defined in section 6.6.3.4.3.2.6, except that "FaultStatus-ParameterSET [APPLICATION 28]" should replace "FaultStatusParameterSTATUS [APPLICATION 23]".

#### COMMENTARY

The member system should transmit this message following power-up in order to ensure synchronization of fault status between the CMC and the member system.

#### COMMENTARY

The CMC will treat this message as an indication of a power interrupt recovery for member systems using aperiodic real-time fault reporting.

### 6.6.3.4.3.2.8  Fault Indeterminate Event Report

Member systems using aperiodic real-time fault reporting should transmit this message when the fault becomes indeterminate (i.e. the state of the fault can no longer be determined).

The ASN.1 notation should be the same as defined in section 6.6.3.4.3.2.2, except that "FaultIndeterminateEventREPORT[APPLICATION 29]" should replace "FaultInactiveEventREPORT[APPLICATION 19]".

### 6.6.3.4.3.3  Flight Deck Effect Correlation Report

If necessary, member systems should transmit this message to inform the CMC of a known flight deck effect to fault correlation relationship. The report should be transmitted when the member system is reporting an indication to the CMC that may result in a flight deck effect. The ASN.1 notation is as follows:

```
FaultActiveEventREPORT::=[APPLICATION 18] IMPLICIT SET
    {fdeAWithFaultBits           [25] IMPLICIT OCTET STRING OPTIONAL,
    fdeBWithFaultBits            [26] IMPLICIT OCTET STRING OPTIONAL,
    fdeAWithOneByteFaultIDs      [27] IMPLICIT OCTET STRING OPTIONAL,
    fdeBWithOneByteFaultIDs      [28] IMPLICIT OCTET STRING OPTIONAL,
    fdeAWithTwoByteFaultIDs      [29] IMPLICIT OCTET STRING OPTIONAL,
    fdeBWithTwoByteFaultIDs      [30] IMPLICIT OCTET STRING OPTIONAL,
```

The first four octets in the octet string should indicate the flight deck effect via four integer codes which represent 4 sets of 2 digit codes. The following octets should be:

  a.  for "fdeAWithFaultBits" and fdeBWithFaultBits" items, a series of fault bits assigned identically to those for the periodic fault reporting message (see section 6.6.3.4.3.1). Bit should be set to true for the faults which are to be correlated to the indicated flight deck effect.

  b.  for the other items, a series of integers (either one or two bytes/octets each, as defined by the context specific code above) containing identification codes for each fault which is to be correlated to the indicated flight deck effect.

#### COMMENTARY

Member systems should transmit explicit fault-flight deck effect relationships in all cases where other CMC correlation techniques may not provide the correct relationship. This specific report is intended for use in cases where one flight deck effect is to be correlated with multiple faults. The Fault Active Event Report (section 6.6.3.4.3.2.1) can be used by systems reporting faults aperiodically in cases where one fault is to be correlated to multiple flight deck effects.

ADDED: August 30, 1993
ARINC REPORT 624 - Page 38

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

6.6.3.4.3.4  Fault Status Unlatch Command Action

The CMC should transmit this message to one member system to command it to unlatch and latched faults. The ASN.1 notation is as follows:

```
CommandAction::=[APPLICATION 4] IMPLICIT SET
     {faultUnlatch              [2] IMPLICIT SET OPTIONAL
          {faultSet             [0] IMPLICIT INTEGER OPTIONAL,
          faultAID              [1] IMPLICIT INTEGER OPTIONAL,
          faultBID              [4] IMPLICIT INTEGER OPTIONAL,
                         :
          faultBits             [23] IMPLICIT OCTET STRING OPTIONAL
          } }
```

where:

a.   "faultSet" should be an integer code identifying a specific set of faults.

b.   "faultAID" ("faultBID", etc) should be as defined in section 6.6.3.4.3.2.1.

c.   "faultBits" should be an octet string consisting of bits that should indicate which individual faults should be unlatched, with the bits assigned as defined under section 6.6.3.4.3.1.

#### COMMENTARY

This should only be used in selected cases where faults cannot be unlatched on the ground via continuous monitoring or initiated tests.

6.6.3.4.3.5  Fault Status Unlatch Command Response

The member system should transmit this message in response to the Fault Status Unlatch Command Action from the CMC. The ASN.1 notation is as follows:

```
CommandRESPONSE::=[APPLICATION 5] IMPLICIT SET
     {faultUnlatch              [2] IMPLICIT NULL OPTIONAL}
```

#### COMMENTARY

The above response serves to acknowledge the unlatch command from the CMC. Changes in states of faults (i.e. latched to inactive or active) should be communicated to the CMC as defined in section 6.6.3.4.3.1 or 6.6.3.4.3.2.

6.6.3.4.4  Equipment Identification

These messages should be used to transmit equipment identification data from member systems to the CMC.

6.6.3.4.4.1  Equipment Identification Get

The CMC should use this message to request equipment configuration identification information from a member system. The ASN.1 notation is as follows:

```
EquipmentIDParameterGET::=[APPLICATION 16] IMPLICIT INTEGER
```

where the "EquipmentIDParameterGET" integer identifies, via code, the LRU for which equipment identification is requested. If the integer is zero, the member system should transmit equipment identification data for all LRUs for which it can report this data.

#### COMMENTARY

This message can be used by other systems which need to determine equipment identification information from another LRU. However, it should only be used where necessary to determine system compatibility.

                                                          FX0087996

**6.0 OMS COMMUNICATIONS PROTOCOL (cont d)**

6.6.3.4.4.2  Equipment Identification Status

The member system should transmit this message in response to a Equipment Identification Get from the CMC. The member system should report equipment identification for only the specified LRU, if a single LRU is specified in the Equipment Identification Get message. The ASN.1 notation for reporting of equipment identification is as follows:

```
EquipmentIDParameterSTATUS::=[APPLICATION 17] IMPLICIT SET
        {equipA                       [0] IMPLICIT SET OF Equipment,
         equipB                       [1] IMPLICIT SET OF Equipment OPTIONAL,
                                :
        }


Equipment::=SET
        {equipID                      [0] IMPLICIT INTEGER,
         lruPartNo                    [1] IMPLICIT VisibleString OPTIONAL,
         hwPartNo                     [2] IMPLICIT VisibleString OPTIONAL,
         serialNo                     [3] IMPLICIT VisibleString OPTIONAL,
         options                      [4] IMPLICIT VisibleString OPTIONAL,
         swPartNo1                    [5] IMPLICIT VisibleString OPTIONAL,
         swPartNo2                    [6] IMPLICIT VisibleString OPTIONAL,
         swPartNo3                    [7] IMPLICIT VisibleString OPTIONAL,
                                :
         otherConfigItem1             [10] IMPLICIT VisibleString OPTIONAL,
         otherConfigItem2             [11] IMPLICIT VisibleString OPTIONAL,
         otherConfigItem3             [12] IMPLICIT VisibleString OPTIONAL,
                                :
        }
```

¢-1

where:

    a.   "equipID" is as defined in section 6.6.3.4.4.1.

    b.   "lruPartNo" should be the supplier LRU part number for LRU's that use a combined hardware/software part number (non-loadable LRU's only).

    c.   "hwPartNo" should be the supplier LRU hardware part number.

    d.   "serialNo" should be the supplier LRU hardware serial number.

    e.   "options" should be a code defining any other system options.

    f.   "swPartNo1".("swPartNo2", etc) should be the supplier software part numbers (or standard software part number, if defined).

    g.   "otherConfigItem1" ("otherConfigItem2", etc) should be other configuration indication parameters as applicable to the member system.

If there is not any equipment identification to be reported, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
EquipmentIDParameterSTATUS::=[APPLICATION 17] IMPLICIT NULL
```

6.6.3.4.5  Initiated Tests

These messages should be used to perform member system initiated tests. The CMC should transmit the specific test request to the specific member system. Only the LRU that receives the command should transmit initiated test command response messages.

6.6.3.4.5.1  Initiated Test Run Test Command Action

The CMC should transmit this message to one member system to command it to start running an initiated test. The ASN.1 notation is as follows:

ADDED: August 30, 1993
ARINC REPORT 624 - Page 40

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont d)

6.6.3.4.5.1  Initiated Test Run Test Command Action (cont'd)

```
InitiatedTestCommandACTION::=[APPLICATION 24] IMPLICIT SET
     {runTest                    [1] IMPLICIT INTEGER OPTIONAL}
```

where the "runTest" integer is a code identifying which test is to be run.

6.6.3.4.5.2  Initiated Test Inhibited Test Command Response

The member system should transmit this message when it receives any of the following messages from the CMC and its inhibit logic determines that the test identified in the received message cannot be run:

    a.   Initiated Test Run Test Command Action
    b.   Initiated Test Display Inhibit Command Action
    c.   Initiated Test Continue Command Action

If the member system receives an Initiated Test Display Inhibit Command Action when it can run the identified test, the member system should transmit this message to the CMC with the inhibit code set to 0 (indicating that the inhibit condition no longer exists). Member systems should also transmit this message during execution of a test if the test must be terminated by the member system due to the occurrences of an inhibit condition. The ASN.1 notation is as follows:

```
InitiatedTestCommandRESPONSE::=[APPLICATION 25] IMPLICIT SET
     {inhibitedTest              [2] IMPLICIT OCTET STRING OPTIONAL}
```

where the "inhibitedTest" octet string is a string of integers (one octet each), identifying each condition inhibiting execution of the test.

### COMMENTARY

¢-1

Upon receiving this response, the CMC will inform the operator that the test is inhibited and the reason for the inhibit.

6.6.3.4.5.3  Initiated Test In-Test Command Response

The member system should transmit this message to the CMC when initiating a test in response to an Initiated Test Run Test Command Action, and in response to an Initiated Test Continue Command Action. The ASN.1 notation is as follows:

```
InitiatedTestCommandRESPONSE::=[APPLICATION 25] IMPLICIT SET
     {inTest                     [3] IMPLICIT INTEGER OPTIONAL}
```

where the "inTest" integer is a code identifying which test is being run. The codes should be assigned that same as those for the "runTest" integer defined in section 6.6.3.4.5.1.

6.6.3.4.5.4  Initiated Test Display Inhibit Command Action

The CMC should transmit this message to one member system to request why a selected test is inhibited, when that test is reported being inhibited by the member system. The ASN.1 notation is as follows:

```
InitiatedTestCommandACTION::=[APPLICATION 24] IMPLICIT SET
     {displayInhibit             [9] IMPLICIT INTEGER OPTIONAL}
```

where the "displayInhibit" integer is a code identifying which test for which inhibit data is being requested.

### COMMENTARY

This message will be used by the CMC to request the information for which condition inhibits the test. Upon receiving this message, member systems should transmit Initiated test Inhibited Command Response. If the test is no longer inhibited, the inhibit code should be set to zero.

6.6.3.4.5.5  Initiated Test Test Results Reporting

The member system should transmit this message following completion of a test which was previously requested via an Initiated Test Run Test Command Action from the CMC.

**ADDED: August 30, 1993**

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

### COMMENTARY

Upon receiving this response, the CMC will check the faults related to this test and inform the operator of the test result.

#### 6.6.3.4.5.5.1  Systems Using Periodic Fault Reporting

Member systems using periodic fault reporting (see section 6.6.3.4.3.1) should transmit the Periodic Fault Report with setting Initiated Test Test-Complete bit set to 1 for 3 seconds following completion of a test. Fault reports for all faults detected during the test should be set to "active" or "latched", as applicable, when Initiated Test Test-Complete bit is set. The format for the message should be as defined in section 6.6.3.4.3.1.

#### 6.6.3.4.5.5.2  Systems Using Aperiodic Real-Time Fault Reporting

Member systems using aperiodic real-time fault reporting (see section 6.6.3.4.3.2) should transmit this message following completion of a test. The ASN.1 notation is as follows:

```
InitiatedTestCommandRESPONSE::=      [APPLICATION 25] IMPLICIT SET
             {testComplete                [4] IMPLICIT INTEGER OPTIONAL,
             testActiveFaults             [5] IMPLICIT SET OPTIONAL
                  {faultAID               [1] IMPLICIT INTEGER OPTIONAL,
                  faultAFDE               [2] IMPLICIT OCTET STRING OPTIONAL,
                  faultAOptData           [3] IMPLICIT SET OF FaultOptData OPTIONAL,
                  faultBID                [4] IMPLICIT INTEGER OPTIONAL,
                  faultBFDE               [5] IMPLICIT OCTET STRING OPTIONAL,
                  faultBOptData           [6] IMPLICIT SET OF FaultOptData OPTIONAL,
                                  :
                  multipleOneByteIDFaults[23] IMPLICIT OCTET STRING OPTIONAL,
                  multipleTwoByteIDFaults [24] IMPLICIT OCTET STRING OPTIONAL},
             testLatchedFaults            [6] IMPLICIT SET OPTIONAL,
                  {faultAID               [1] IMPLICIT INTEGER OPTIONAL,
                  faultAFDE               [2] IMPLICIT OCTET STRING OPTIONAL,
                  faultAOptData           [3] IMPLICIT SET OF FaultOptData OPTIONAL,
                  faultBID                [4] IMPLICIT INTEGER OPTIONAL,
                  faultBFDE               [5] IMPLICIT OCTET STRING OPTIONAL,
                  faultBOptData           [6] IMPLICIT SET OF FaultOptData OPTIONAL,
                                  :
                  multipleOneByteIDFaults[23] IMPLICIT OCTET STRING OPTIONAL,
                  multipleTwoByteIDFaults [24] IMPLICIT OCTET STRING OPTIONAL}
             testInactiveFaults          [11] IMPLICIT SET OPTIONAL
                  {faultAID               [1] IMPLICIT INTEGER OPTIONAL,
                  faultAFDE               [2] IMPLICIT OCTET STRING OPTIONAL,
                  faultAOptData           [3] IMPLICIT SET OF FaultOptData OPTIONAL,
                  faultBID                [4] IMPLICIT INTEGER OPTIONAL,
                  faultBFDE               [5] IMPLICIT OCTET STRING OPTIONAL,
                  faultBOptData           [6] IMPLICIT SET OF FaultOptData OPTIONAL,
                                  :
                  multipleOneByteIDFaults[23] IMPLICIT OCTET STRING OPTIONAL,
                  multipleTwoByteIDFaults [24] IMPLICIT OCTET STRING OPTIONAL}
             }
```

¢-1

where:

a.  "testComplete" integer is a code identifying which test is completed.

b.  "faultAID" ("faultBID", etc), "faultAFDE" ("faultBFDE, etc), "faultAOptData" ("fault-BOptData", etc), "multipleOneByteIDFaults", and "multipleTwoByteIDFaults" are defined in section 6.6.4.3.2.1.

### COMMENTARY

Formats vary from system to system. For example, some systems use one byte for the fault code, while others require two. Some systems report FDE correlation relationships in some (but not all) reports, and other systems do not report these relationships.

Confidential

ADDED: August 30, 1993
ARINC REPORT 624 - Page 42

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.5.5.2   Systems Using Aperiodic Real-Time Fault Reporting (cont'd)

### COMMENTARY

The capability to report FDEs which the fault to be correlated to may not have to be implemented, because the same information can be reported using FDE correlation report specified in section 6.6.3.4.3.3.

6.6.3.4.5.6   Initiated Test Abort Command Action

The CMC should transmit this message to one member system to command it to abort an executing test. The ASN.1 notation is as follows:

```
InitiatedTestCommandACTION::=[APPLICATION 24] IMPLICIT SET
     {abortTest          [7] IMPLICIT INTEGER OPTIONAL }
```

The CMC should transmit the message to one member system to command it to abort an executing text. The ASN.1 notation is as follows:

```
InitiatedTestCommandACTION::=[APPLICATION 24] IMPLICIT SET
     {abortTest     [7] IMPLICIT INTEGER OPTIONAL }
```

where the "abortTest" integer is a code identifying which test is to be aborted. The codes should be assigned the same as those for the "runTest" integer defined in section 6.6.3.4.5.1.

6.6.3.4.5.7   Initiated Test Abort Command Response

The member system should transmit this message to the CMC in response to an Initiated Test Abort Command Action or Initiated Test Continue Command Action to indicate that it is aborting the previously executing test. The ASN.1 notation is as follows:

```
InitiatedTestCommandRESPONSE::=[APPLICATION 25] IMPLICIT SET
     {abortTest     [7] IMPLICIT INTEGER OPTIONAL }
```

where the "abortTest" integer is a code identifying which test is being aborted. The codes should be assigned that same as those for the "runTest" integer defined in section 6.6.3.4.5.1.

6.6.3.4.5.8   Initiated Test Display Command Action

The member system should transmit this message to the CMC to command it to display a specified set of text on the maintenance terminal. The member system should also transmit this message instead of Initiated Test Abort Command Response in response to Initiated Test Abort Command Action, whenever mechanic action is necessary to return the system to normal configuration. The ASN.1 notation is as follows:

```
InitiatedTestCommandACTION::=[APPLICATION 24]
     {displayID          [8] IMPLICIT OCTET STRING OPTIONAL,
     displayText          [9] IMPLICIT OCTET STRING OPTIONAL }
```

where:

a.   "displayID octet string consists of two octets. The first is an integer indicating the test being run. The second is an integer identifying the screen to be displayed (where the screen text is stored in the CMC).

b.   "displayText" octet string consist of two or more octets. The first is an integer indicating the test being run. The second and those following are visiblestring of text to be displayed.

### COMMENTARY

This is intended for use in interactive tests in which the member system needs data to be displayed on the maintenance terminal to provide instructions to the operator. This message need only be supported by systems that have interactive tests.

Confidential