ADDED: August 30, 1993

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.5.9  Initiated Test Continue Command Action

The CMC should transmit this message to the member system to command the member system to continue execution of the test from the present condition following a pause in an interactive Test. The ASN.1 notation is as follows:

    InitiatedTestCommandACTION::=[APPLICATION 24] IMPLICIT SET
      {continueTest    [10] IMPLICIT OCTET STRING OPTIONAL}

where the "continueTest" octet string consists of two octets. The first is an integer indicating the test being run. The codes for this integer should be assigned that same as those for the "runTest" integer defined in section 6.6.3.4.5.1. The second octet is an integer identifying the test continue option.

### COMMENTARY

This is intended to be used to allow the operator to command a member system to resume execution of a test that has previously requested that a screen of instructions be displayed. This message contains an option code to indicate user response to a question that may be included in the instructions. The member system can use this code to determine how to continue execution of the test. This message need only be supported by systems that have interactive tests.

6.6.3.4.6  LRU Fault History

These messages should be used to transmit LRU fault history data from a member system to the CMC.

### COMMENTARY

LRU fault history will be requested by the CMC and transmitted from the member system in blocks of data. The blocks of data will, in general, not be text screens as done on existing airplanes, but rather transmissions of values of specified parameters. One of the "parameters" is an open ended field ("other data") to include data not defined by the specified list of parameters. Each block will provide approximately enough information to fill a page on the Maintenance Access Terminal (MAT), using a generic predefined format stored in the CMC. This technique reduces the amount of data that needs to be transmitted on the bus, and the amount of text that needs to be stored in member systems. It also provides for more consistent screen formats from one system to another. The size of a block of data will be defined in terms of a specified number of flight leg header records and/or fault records.

6.6.3.4.6.1  LRU Fault History Get

The CMC should transmit this message to request fault history information from a member system. The ASN.1 notation is as follows:

    FaultHistoryParameterGET::=[APPLICATION 26] IMPLICIT OCTET STRING

where the first octet in the "FaultHistoryParameterGet" octetstring is an integer code identifying the LRU for which the LRU Fault History is requested (using the same codes as used for Equipment ID GET defined in section 6.6.3.4.4.1), and the following two octets contain an integer indicating the block number of the LRU Fault History data being requested.

6.6.3.4.6.2  LRU Fault History Status

The member system should transmit this message to the CMC in response to a Fault History Get, if fault history information is available. If there is not any fault history to be reported for the block requested by the CMC, the member system should transmit a null history message.

6.6.3.4.6.2.1.  ASN.1 Notation

The ASN.1 notation for reporting LRU fault history is as follows:

    FaultHistoryParamterSTATUS::=[APPLICATION 27] IMPLICIT SET
      {faultHistoryBlockNo      [0] IMPLICIT INTEGER,
      flightLegAHeader          [1[ IMPLICIT SET OF LegHeaderData OPTIONAL,
      faultA                    [6] IMPLICIT SET OF FaultRecord OPTIONAL,
      faultB                    [7] IMPLICIT SET OF FaultRecord OPTIONAL,
      faultC                    [8] IMPLICIT SET OF FaultRecord OPTIONAL,
      faultD                    [9] IMPLICIT SET OF FaultRecord OPTIONAL,
                      :

ADDED: August 30, 1993
ARINC REPORT 624 - Page 44

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.6.2.1  ASN.1 Notation (cont'd)

| | |
|---|---|
| totalBlocks | [20] IMPLICIT INTEGER OPTIONAL, |
| noOfIndexPage | [21] IMPLICIT INTEGER OPTIONAL, |
| indexData | [22] IMPLICIT VisibleString OPTIONAL, |
| noOfFreeTextPage | [23] IMPLICIT INTEGER OPTIONAL, |
| freeTextPageData | [24] IMPLICIT VisibleString OPTIONAL, |
| } | |

| | |
|---|---|
| LegHeaderData::=SET | |
| {flightLegNo | [0] IMPLICIT INTEGER |
| flightNumber | [1] IMPLICIT VisibleString OPTIONAL, |
| departureAirport | [2] IMPLICIT VisibleString OPTIONAL, |
| destinationAirport | [3] IMPLICIT VisibleString OPTIONAL, |
| icao24bitcode | [4] IMPLICIT OCTET STRING |
| registrationNo | [5] IMPLICIT VisibleString OPTIONAL, |
| lruPosition | [6] IMPLICIT VisibleString OPTIONAL, |
| options | [7] IMPLICIT VisibleString OPTIONAL, |
| swPartNo1 | [8] IMPLICIT VisibleString OPTIONAL, |
| swPartNo2 | [9] IMPLICIT VisibleString OPTIONAL, |
| swPartNo3 | [10] IMPLICIT VisibleString OPTIONAL, |
| : | |
| hwPartNo | [20] IMPLICIT VisibleString OPTIONAL, |
| serialNo | [21] IMPLICIT VisibleString OPTIONAL} |

| | |
|---|---|
| FaultRecord::=SET | |
| {faultIDNo | [0] IMPLICIT INTEGER, |
| {faultDescription | [1] IMPLICIT VisibleString OPTIONAL, |
| faultPhase | [2] IMPLICIT INTEGER OPTIONAL, |
| faultType | [3] IMPLICIT INTEGER OPTIONAL, |
| faultShopData | [4] IMPLICIT VisibleString OPTIONAL, |
| faultTime | [5] IMPLICIT OCTET STRING OPTIONAL, |
| faultMode | [6] IMPLICIT VisibleString OPTIONAL, |
| faultState | [7] IMPLICIT INTEGER OPTIONAL, |
| faultOtherData | [8] IMPLICIT VisibleString OPTIONAL} |

where:

a.  "flightLegNo" should be transmitted as follows:

| | |
|---|---|
| 0 | Present leg |
| -1 | Last leg |
| -2 | Next previous leg |
| etc. | |

The transmitted flight leg number should be determined as above independent of whether faults have been recorded in each leg (i.e., update flight leg number even if no faults were recorded.)

### COMMENTARY

One method to store and report flight leg number to satisfy the protocol requirements would be to:

1)  Store the CMC transmitted flight leg number in NVM with the flight leg header.

2)  Compute the flight leg number to be transmitted as a part of the LRU fault history response by subtracting the current CMC transmitted flight leg number from the flight leg number stored in NVM. This subtraction will have to account for the 127 to -128 transition in the CMC transmitted flight leg number.

b.  "flightNumber", "departureAirport", and destinationAirport" should indicate the values of these parameters for the flight leg, using the same format as defined in section 6.6.3.4.8.1.

c.  "icao24bitcode" and "registrationNo" should indicate the airplane upon which the LRU was installed for the flight leg, using the same format as defined in section 6.6.3.4.2.

d.  "lruPosition" should indicate the position in which the LRU was installed for the flight leg.

Confidential

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

e. "options" and "swPartNo1" ("swPartNo2", etc) should be the values of these parameters for the flight leg, using the same format as defined in section 6.6.3.4.4.2.

f. "totalBlocks" should be an integer identifying total number of fault records stored in NVM.

g. "noOfIndexPage" should be an integer identifying number of index pages.

h. "indexData" should be the text containing an index of fault record stored in NVM. Each entry in the index list shall include a block number and a brief description of its contents.

i. "noOfFreeTextPage" should be an integer identifying number of free text page.

j. "freeTextPageData" can be any data which the member system needs the CMC to display on the MAT.

k. For systems that report faults aperiodically, "faultID" should be the code transmitted to the CMC for the fault, using the same format as defined in section 6.6.3.4.3.2.1. For systems that report faults periodically, "faultID' should be a code that uniquely identifies the fault bit transmitted to the CMC.

l. "faultDescription" should be a description of the fault.

m. "faultPhase" should indicate the flight leg phase existing when the fault was detected, using the format defined in section 6.6.3.4.1.

n. "faultType" should indicate the type of the fault as follows:

| Value | Meaning |
|---|---|
| 0 | Hard fault |
| 1 | Intermittent fault, 1 occurrence |
| 2 | Repeated fault, 2 occurrences |
| 3 | Repeated fault, 3 occurrences |
| etc. | |

o. "faultShopData" should be used to identify the location of the fault within the LRU (e.g. to an SRU).

p. "faultTime" should indicate the date and time at which the fault was detected, using the same format as defined in section 6.6.3.4.1.

q. "faultMode" should indicate the system mode existing when the fault was detected.

r. "faultState" should indicate the present state of the fault as:

| Value | Meaning |
|---|---|
| 0 | Inactive |
| 1 | Active |
| 2 | Latched |

s. "faultOtherData" should be used to transmit any other data which may be useful for troubleshooting, such as values of related parameters. The format for parameter values should be as follows:

= <parameter value> <units>

If there is no LRU fault history to be reported for the block requested by the CMC, the member system should transmit a null value as defined by the following ASN.1 notation:

FaultHistoryParameterSTATUS::=[APPLICATION 27] IMPLICIT NULL

6.6.3.4.6.2.2 Application of ASN.1 Notation

The ASN.1 notation should be implemented as defined below:

a. Member systems should transmit fault history data by flight leg. The first item transmitted for each flight leg should be the LegHeaderData (as defined in section 6.6.3.4.6.2.1). Following the LegHeaderData, the FaultRecord data item (as defined in section 6.6.3.4.6.2.1) should be transmitted for each fault detected during the flight leg.

Confidential

**ADDED: August 30, 1993**
**ARINC REPORT 624 – Page 46**

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.6.2.2  Application of ASN.1 Notation (cont'd)

   b.  Member systems should divide the fault history data into blocks. A block should consist of 1 flight leg header and N fault records.

### COMMENTARY

Selection of number of fault records in one block is dependent on the airframe.

1) Flight leg header within the block should be identified as follows:

       First Header        FlightLegAHeader

2) Flight records within the block should be identified as follows:

       First Fault Record    FaultA
       Second Fault Record  FaultB
       :            :

This convention should be used throughout the block, independent of the placement of flight leg headers.

3) The first data item transmitted in a given block should be a flight leg header, unless all faults for the previous flight leg were not included in the previous block. In this case, the block should begin with the fault record for the next fault in the previous flight leg.

4) Data for a single flight leg header or fault record cannot be divided into two blocks.

5) LRU fault history for a single flight leg can be transmitted using multiple blocks.

6) Block number 1 should contain data for the most recent flight leg. Subsequent numbered blocks should contain fault records for the next most recent flight leg, etc.

7) When multiple faults are recorded for a given flight leg, the most recent fault should be transmitted in the lowest numbered block. Subsequent numbered blocks should contain the next most recent fault record, etc.

Examples of fault history packing to blocks are shown below.

Example 1:  System is designed to transmit a flight leg header and one fault record per block.

Example 2:  System is designed to transmit a flight leg header and two fault records per block.

Example 1

Example 2

| Block 1<br>Flight Leg 0 Header<br>Fault a |
|:---:|
| Block 2<br>Flight Leg 0 Header<br>Fault b |
| Block 3<br>Flight Leg -1 Header<br>Fault c |

| Block 1<br>Flight Leg 0 Header<br>Fault a<br>Fault b |
|:---:|
| Block 2<br>Flight Leg -1 Header<br>Fault c |

FX0088004

ADDED: August 30, 1993

**6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)**

6.6.3.4.6.3  <u>LRU Fault History Erase Command Action</u>

The CMC should use this message to request that the member system erase its fault history. The ASN.1 notation is as follows:

```
CommandAction::=[APPLICATION 4] IMPLICIT SET
     {faultHistoryErase            [3] IMPLICIT SET OPTIONAL,
     {CHOICE
     {allHistory                   [1] IMPLICIT NULL
     selectedFlightLeg             [2] IMPLICIT INTEGER}
```

where "selectedFlightLeg" integer is a code identifying the flight leg in which the LRU fault history is to be deleted.

6.6.3.4.6.4  <u>LRU Fault History Erase Command Response</u>

The member system should transmit this message to the CMC in response to a LRU Fault History Erase Command Action to indicate whether the erase has been completed. The ASN.1 notation is as follows:

```
CommandRESPONSE::=[APPLICATION 5] IMPLICIT SET
     {faultHistoryErase            [3] IMPLICIT SET OPTIONAL,
     {CHOICE
     {allHistory                   [1] IMPLICIT NULL
     selectedFlightLeg             [2] IMPLICIT INTEGER}
     eraseStatus                   [3] IMPLICIT BOOLEAN} }
```

where

a.   "selectedFlightLeg" is as defined in section 6.6.3.4.6.3.

b.   "eraseStatus" is a boolean indicating whether or not the LRU fault history has been erased as follows:

| Value | Meaning |
|-------|---------|
| True | erased |
| False | not erased |

6.6.3.4.7  <u>Flight Number and Departure/Destination Airport</u>

These messages should be used to transmit airline flight number and departure/destination airport data from the CMC to the member systems.

COMMENTARY

This data is transmitted in order to enable member system recording of this information in their NVM fault history.

In order to transmit the flight number and departure/destination airport information from the CMC to specified member systems, Flight Number and Departure/Destination Airport Periodic Report should be used on periodic buses. On aperiodic buses, the Flight Number and Departure/Destination Airport Set message will be used.

6.6.3.4.7.1  <u>Flight Number and Departure/Destination Airport Periodic Report</u>

On periodic buses, the CMC should transmit to member systems the flight number and departure/destination airport message at a specified rate.

COMMENTARY

On ARINC 629, this message will be packed into one wordstring and broadcast.

The ASN.1 notation is not applicable to this message. See figure I-4 in Appendix H for the data format on ARINC 629 buses.

6.6.3.4.7.2  <u>Flight Number and Departure/Destination Airport Set</u>

On aperiodic buses, the CMC should transmit to the member systems at a specified rate. The ASN.1 notation is as follows:

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
     {flightNumberAndDeptAndDestAirport    [10] IMPLICIT OCTET STRING}
```

where:

"flightNumberAndDeptAndDestAirport" octet string consists of 18 octets. The first 10 octets are ISO#5 characters indicating the flightNumber. Next 4 octets are ISO#5 characters indicating departureAirport. Last 4 octets are ISO #5 characters indicating destinationAirport.

Confidential

ADDED: August 30, 1993
ARINC REPORT 624 - Page 48

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.7.2  Flight Number and Departure/Destination Airport Set (cont'd)

a. "flightNumber" should be the airline flight number entered in to the FMCS.

b. "departureAirport" should be the abbreviation for the departure airport entered into the FMCS.

c. "destinationAirport" should be the abbreviation for the destination airport entered into the FMCS.

### COMMENTARY

As this message is transmitted as a specified rate (periodically), this message doesn't require acknowledgment.

### COMMENTARY

This message can be transmitted with Flight Leg, Flight Phase and Date/Time Set message and Aircraft Identification message as described in the commentary in section 6.6.3.4.1.2.

### COMMENTARY

The data is normally not available until entered into the Flight Management Computer System (FMCS) prior to each flight.

If none of this information has been established yet, the CMC should transmit a null value.

```
ParameterSET::=[APPLICATION 2] IMPLICIT SET
    {flightNumberAndDeptAndDestAirport      [10] IMPLICIT NULL OPTIONAL}
```

6.6.3.4.8  Elapsed Time/Power Cycle

These messages should be used to transmit the recorded value of the elapsed time and power cycle counters from an LRU.

6.6.3.4.8.1  Time Cycle Get

The requesting system can transmit this message to request values of the elapsed time and power cycle counters from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {timeCycle                 [8] IMPLICIT INTEGER
```

where the "timeCycle" integer identifies the LRU for which the information is requested, using the same code as defined in section 6.6.3.4.4.

6.6.3.4.8.2  Time Cycle Status

The member system should transmit this message to the requesting system in response to a Time Cycle Get. If time cycle information is available, the message should be as defined in the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT SET
    {timeCycle                 [8] IMPLICIT SET
        {equipID               [0] IMPLICIT INTEGER
        elapsedTime            [1] IMPLICIT INTEGER
        powerCycles            [2] IMPLICIT INTEGER}  }
```

where:

a. "equipID" should indicate the LRU, as defined in section 6.6.3.4.4.2.

b. "elapsedTime should indicate the value of the LRU elapsed time, in hours.

c. "powerCycles should indicate the value of the LRU power cycle counter (number of power cycles).

If the time cycle information is not available, the member system should transmit a null value, as defined by the following ASN.1 notation:

```
ParameterSTATUS::= [APPLICATION 3] IMPLICIT SET
    {timeCycle                 [8] IMPLICIT NULL}
```

6.6.3.4.9  LRU Parameter Display

These messages should be used on aperiodic buses to transmit values of selected LRU parameters from a member system to the CMC.

### COMMENTARY

On periodic buses such as ARINC 629, these parameters should be broadcast periodically.

ADDED: August 30, 1993

### 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.9.1  Parameter Group Get

The CMC should use this message to request a list of parameter groups from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {parameterGroup              [4] IMPLICIT NULL}
```

6.6.3.4.9.2  Parameter Group Status

The member system should transmit this message to the CMC in response to a Parameter Group Get. If parameter value information is available , the message should be defined as in the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT SET
    {parameterGroup              [4] IMPLICIT OCTET STRING}
```

There " " should be an octetstring each octet of which should be an integer identifying a parameter group.

If parameter value information is not available, the member system should transmit a null value as defined by the following ASN.1 notation:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT SET
    {parameterGroup              [4] IMPLICIT NULL}
```

6.6.3.4.9.3  Parameter Value Get

If the member system transmit a list of parameter groups, as defined in section 6.6.3.4.9.2, the CMC should use this message to request parameter value information for a selected group from a member system. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {parameterValue              [5] IMPLICIT INTEGER}
```

where the "parameterValue" integer identifies the group of parameters for which values are being requested.

6.6.3.4.9.4  Parameter Value Status

The member system should transmit this message to the CMC in response to a parameter Value Get. The ASN.1 notation is as follows:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT SET
    {parameterValue              [5] IMPLICIT SET
        {paramAName              [1] IMPLICIT VisibleString OPTIONAL,
    paramAValue CHOICE
        {paramARealValue         [2] IMPLICIT REAL,
        paramABitStringValue     [3] IMPLICIT OCTET STRING,
        paramABooleanValue       [4] IMPLICIT BOOLEAN }
    paramAUnit                   [5] IMPLICIT VisibleString OPTIONAL,
    paramBName                   [6] IMPLICIT VisibleString OPTIONAL,
    paramBValue CHOICE
        {paramBRealValue         [7] IMPLICIT REAL,
        paramBBitStringValue     [8] IMPLICIT OCTET STRING,
        paramBBooleanValue       [9] IMPLICIT BOOLEAN }
    paramBUnit                   [10] IMPLICIT VisibleString OPTIONAL
        :
    } }
```

where:

a.   "paramAName" ("paramBName", etc.) should be the name of the parameter.

b.   "paramARealValue" ("paramBRealValue", etc.) should be the value of the parameter if the value is a real number.

c.   "paramABitStringValue" ("paramBBitStringValue", etc.) should be the value of the parameter if the parameter is a series of discrete bits.

d.   "paramABooleanValue" ("paramBBooleanValue", etc.) should be the value of the parameter if the parameter is a single discrete.

e.   "paramAUnit" ("paramBUnit", etc.) should be the units in the parameter.

6.6.3.4.10  Interactive Menu

This message should be used to control system specific procedures and data retrieval not covered by any of the other protocol sections.

Confidential

ADDED: August 30, 1993
ARINC REPORT 624 - Page 50

## 6.0 OMS COMMUNICATIONS PROTOCOL (cont'd)

6.6.3.4.10.1  Interactive Menu Command Action

The CMC should use this message to request an interactive menu display from a member system. The ASN.1 notation is as follows:

```
CommandACTION::=[APPLICATION 4] IMPLICIT SET
    {interactiveMenu            [11] IMPLICIT SET OPTIONAL
```

where "interactiveMenu" should be an integer code to identify the interactive Menu display.

6.6.3.4.10.2  Interactive Menu Command Response

The member system should transmit this message to the CMC in response to an Interactive Menu Command Action.  The ASN.1 notation is as follows:

```
CommandRESPONSE::=[APPLICATION 4] IMPLICIT SET
    {interactiveMenu            [11] IMPLICIT SET OPTIONAL
        {menuItemA              [1] IMPLICIT SET OF menuItem,
        menuItemB               [2] ] IMPLICIT SET OF menuItem,
                                :
        }

    menuItem::=SET
        {menuItemNo             [0] IMPLICIT INTEGER
        menuItemDesc            [1] IMPLICIT VisibleString}
```

where:

   a.   "menuItemNo" should be an integer identifying the menu

   b.   "menuItemDesc" should be a description of the menu item.

6.6.3.4.11  Airplane Parameters

This message should be used to transmit airplane parameter data such as airspeed and altitude, from a source system (if any) to the CMC and from the CMC to all member systems.

6.6.3.4.11.1  Airplane Parameters Get

Member systems should use this message to request airplane parameter value information from the CMC. The ASN.1 notation is as follows:

```
ParameterGET::=[APPLICATION 1] IMPLICIT SET
    {airplaneParameters         [12] IMPLICIT NULL OPTIONAL
```

6.6.3.4.11.2  Airplane Parameters Status

The CMC should transmit this message in response to an Airplane Parameters Get from a member system. The ASN.1 notation is as follows:

```
ParameterSTATUS::=[APPLICATION 3] IMPLICIT SET
    {airplaneParameters         [12] IMPLICIT SET OPTIONAL
        {baroAltitude           [1] IMPLICIT INTEGER,
        calAirspeed             [2] IMPLICIT REAL} }
```

where:

   a.   "baroAltitude" should be an integer indicating Baro Altitude value.

   b.   "calAirspeed" should be a real value indicating calibrated airspeed.

Confidential

## 7.0 ONBOARD MAINTENANCE DOCUMENTATION

### 7.1 Purpose of Onboard Maintenance Documentation

Airlines require large amounts of maintenance documentation. Associated with this large quantity is the difficulty in providing accurate and timely information when required. The onboard maintenance documentation is contained within the Electronic Library System (ELS) with an interface provided between the ELS and OMS to support maintenance.

### 7.2 ELS Overview

The ELS provides:

a. The means to physically store data
b. Information retrieval through direct operator control
c. Indirect retrieval of library data through interfaces to other systems
d. Presentation of information on one or more MATs
e. Printing of requested information

The ELS consists of one or more primary access terminals, and ELS computer(s), mass-storage device(s), and access to a high resolution wide paper printer (s).

In addition to onboard maintenance documentation, the ELS can also support flight operation, cabin management, and other functions which require access to large amounts of information. Design guidance for ELS is defined in ARINC Project Paper 649. The purpose of this section is to define the functional requirements necessary to support the use of onboard maintenance documentation for OMS functions.

In general, an ELS would contain the following maintenance documentation:

a. Aircraft Maintenance Manual
b. Illustrated Parts Catalog
c. Aircraft Wiring Diagrams
d. Aircraft Schematics
e. Dispatch Deviation Guide
f. Airline Maintenance Notes
g. Other maintenance data as needed by the operator

The Maintenance Documentation should be accessible through the MAT using indices, key word searches, part numbers, and other methods provided by the ELS as part of its function. In addition, OMS should have the capability of providing information to ELS which allows ELS to provide information necessary for specific maintenance actions.

### 7.3 OMS to ELS Functional Interface

The purpose of this section is to define the functional interfaces between the OMS and the ELS.

### 7.3.1 Open Systems Interconnection

The OMS should interface to the ELS using the OSI reference model as defined in ISO 7498. The message formats for OSI data used for interfacing the OMS to other installed systems, including the ELS are contained in Attachment 2.

### 7.3.2 OMS Access to Maintenance Documentation

The OMS should be capable of providing two indexes to the ELS based on the ability of the OMS to isolate a fault.

### 7.3.2.1 Line Replaceable Unit Replacement

If the OMS can suitably isolate to an individual line replaceable unit, then the OMS should provide a means of uniquely identifying that unit to the ELS. When this unique identification is received by the ELS, the ELS upon command should display or print the following information:

a. Required tools
b. Access including:
    1. Required ladders or platforms
    2. Access location using drawings or pictures
    3. Any obstructions which must be removed or which would obscure the item to be maintained
c. Removal procedures including appropriate warnings, cautions and notes
d. Installation procedures including any required alignment, rigging, recalibration and so forth
e. Required return to service tests

#### COMMENTARY

The information contained in the ELS is dependent on the users requirements. The ELS may provide the capability of providing more or less data depending on how the user chooses to implement their ELS.

Based on information available within the OMS which allows the OMS to identify a specific maintenance action, the OMS should provide the LRU identification to the ELS.

#### COMMENTARY

The eight character ATA number could be used to identify maintenance procedures.

### 7.3.2.2 Fault Isolation

If the OMS cannot isolate a fault to a specific LRU, the OMS should provide a unique troubleshooting procedure identification to the ELS. When this unique troubleshooting procedure identification is received by the ELS, the ELS upon command should display or print the following information:

a. Detailed troubleshooting procedures enabling isolation to a single LRU
b. Required tools
c. Access including:
    1. Required ladders or platforms
    2. Access location using drawings or pictures
    3. Any obstructions which must be removed or which would obscure the item to be maintained

FX0088009

## 7.0 ONBOARD MAINTENANCE DOCUMENTATION (cont'd)

7.3.2.2.  Fault Isolation (cont'd)

### COMMENTARY

The eight character ATA number with the last two characters set to 00, for example, could be used to identify a troubleshooting procedure.

### 7.4  OMD Data Content

OMD should not be limited to the traditional flight line maintenance manual contents. Any data used to accomplish airplane maintenance should be considered candidate for onboard storage. The following data identification are examples for consideration in OMD design.

7.4.1  Maintenance Procedures

Maintenance procedures consist of the data normally provided by the airframe manufacturer to support flight line maintenance. This data should form the foundation of OMD. Maintenance procedures include:

ʃ   Fault isolation procedures

ʃ   Component access, location, identification, removal and installation procedures

ʃ   Test procedures

ʃ   Maintenance practices

ʃ   Servicing

ʃ   Tabular data associated with troubleshooting

7.4.2  Supporting Documentation

Supporting documentation includes data not necessarily produced primarily for flight line use, but occasionally used for ramp turnaround, or, more likely, for overnight maintenance activities. The primary use of supporting documentation may be for engineering, supply, operations, or other organization.

7.4.2.1  Diagrams

Wiring diagrams and schematic diagrams are provided by the airframe manufacturer. These are sometimes essential troubleshooting aides when diagnosing wiring or other unusual problems.

Diagrams would not normally be used for ramp turnaround, but are useful for overnight maintenance when an airplane has to be removed from service and repaired in order to dispatch. Having diagrams onboard could mean the difference between a delayed flight or a canceled flight, since access to all diagrams is provided at the airplane instead of some other distant site.

7.4.2.2  Dispatch Deviation Guide

The dispatch deviation guide contains the minimum equipment list defined by the regulatory agency plus operational and maintenance information provided by the airframe manufacturer.

Each airline either uses this data as provided or supplements it to meet its own needs. Data in this document is used to determine airplane dispatch status, and to provide approved guidance on how to work around problems that cannot be immediately repaired in order to allow dispatch.

While the dispatch deviation guide may be used only infrequently, it is important since it is meant to permit turnaround and dispatch to be accomplished.

7.4.2.3  Parts Catalog

The parts catalog contains graphics illustrating the breakdown of parts that can be disassembled and assembled on the flight line, and part numbers with their associated effectivity.

7.4.3  Airline Data (Notes)

Each airline has data tailored to its unique locations, policies, and procedures. Airline data may include:

ʃ   Procedures

ʃ   Formats for reports

ʃ   Procedural information

ʃ   Special instructions applicable to specific locations or conditions

ʃ   Any information the airline considers to be useful to have onboard the airplane

Airline data (notes) are both created and controlled by the airline. OMD should include provisions for airline data separate from the airframe manufacturer's data so that neither inadvertently causes unwanted changes to the other.

7.4.4  Electronic Logbooks

Airlines may desire to replace the existing maintenance logbooks with electronic storage facilities. In this case, they will become part of OMD.

### 7.5  OMS to ELS Human Interface

The OMS should provide for the identification and selection of either the maintenance or troubleshooting procedures within the standard OMS display structure. When the OMS can isolate to a single failed component, the OMS should provide a selection of REPAIR.

Confidential

## 7.0 ONBOARD MAINTENANCE DOCUMENTATION (cont'd)

When the OMS cannot isolate to a single failed component, the OMS should provide a selection of ISOLATE.

Confidential

## 8.0 AIRPLANE CONDITION MONITORING SYSTEM

### 8.1 General

The Airplane Condition Monitoring System (ACMS) is an airplane and flight performance monitoring system supported by Ground Based Support Software (GBSS). It monitors and records selected airplane data related to airplane maintenance, performance, troubleshooting, and trend monitoring. The ACMS could provide the needed information leading to an advanced notification of a potential malfunction, allowing the user to plan timely maintenance actions resulting in quick turn-around of the aircraft.

In order to satisfy the different users' requirements in the area of condition monitoring, whether it be system data acquisition for trending or flight analysis recording, the ACMS should be extremely flexible. Each user must be allowed to provide customization features in order to perform individual engineering analysis.

The GBSS should be a flexible and user friendly system that is capable of reprogramming and customizing the user-defined specific functions that the ACMS must perform. It could provide each user with the flexibility to create or customize specific algorithms, specify a list of input signals and user-defined parameters, and specify the data content and duration of data collection for reports.

The ACMS should make use of hardware and/or software partitioning to ensure compliance with the applicable certification guidelines. Customization of user-defined specific functions (user-defined application) should not require recertification.

The user-defined application should be loadable by the ACMS via data loader or data link.

### 8.2 ACMS Functions

### 8.2.1 Data Acquisition/Processing

The ACMS should have access to analog and discrete data and aircraft data buses. It should have the capability to acquire selected groups of data to be used in event monitoring, data recording, and report generation. The system should determine the validity of the data which could be used as a source selection criteria. The ACMS should be able to acquire several data rates up to the maximum acquisition rate of the system. It should convert raw data to engineering units and perform basic filtering functions, such as debounce, latching, and data smoothing.

ACMS should be able to access fault-tolerant systems' redundancy status. With the projected usage of multilevel functional redundancy to keep systems operational, degradation status reports are needed. With these data, operators can prepare for maintenance activity before the minimum redundancy level is reached.

### 8.2.2. Event Monitoring

The ACMS should be able to monitor a selected set of aircraft data for use in Boolean logic and arithmetic calculations. These algorithms could be used to determine calculations. These algorithms could be sued

to determine the occurrence of events which, in turn, could initiate further activity such as: data recording, report generation, and report distribution. The system should be capable of supporting separate algorithms evaluated at different rates.

### 8.2.3 Data Recording

The ACMS should provide the capability to record acquired or derived data. It should be able to support data recording to mass storage devices such as optical disk, magnetic, or solid state recorders in a user-defined format.

### 8.2.4 Report Generation

The ACMS should be capable of collecting and storing data for later distribution to various output devices (these stored data will be referred to hereafter as a report). The system should have the capability to collect data over specified periods of time referenced to a specific event. An event could be a given point in the flight profile and be routine in nature, or be on an exception basis triggered by internal logic, crew-alert events, or the manual event button on the flight deck. A period of time could be a snapshot, or a duration of time with a begin and end point. A period of time could span the event, or occur totally before or after the event.

Each report should have a header which may include the following:

- o   report identifier
- o   aircraft identifier
- o   date and time
- o   flight number
- o   departure and destination station
- o   flight phase
- o   software part number

The capability should be provided to generate reports which include data from other stored reports (e.g., trend reports).

The ACMS should provide a method to mark the data which is invalid. The system should be able to distinguish between different types of invalid data and provide that information as part of the report.

### 8.2.5 Report Management

The ACMS should provide the capability to store reports in non-volatile memory (NVM) and manage report retention based on specific parameters, such as:

- o   number of occurrences of a report stored per flight leg
- o   report retention of the first occurrences or last occurrences
- o   number of flight legs to retain each occurrence of a report
- o   maximum number of occurrences of each report

The ACMS should be able to delete reports from NVM per user request.

¢-1

## 8.0 AIRPLANE CONDITION MONITORING SYSTEM (cont d)

### 8.2.6  Report Distribution

The ACMS should provide the capability to route any report to specific output devices. These output devices should include the following:

- o  Maintenance Access Terminal (MAT)
- o  Onboard Printer
- o  Datalink (e.g., ACARS, SATCOM, Gatelink)
- o  Data Loader
- o  Mass Storage Device (e.g., Quick Access Recorder)

The capability should be provided to route a report in response to a request from the MAT, a datalink command, or from a monitored event. The formats of the reports should be programmable by the GBSS.

### 8.2.7  Onboard Display

The onboard control of ACMS menus, displays and commands should be achieved through the MAT. The display should be menu driven like the rest of the OMS.

### 8.2.8  Data Link

Data link transmission of the data should be provided. The ACMS should output those reports selected by the user, dependent upon some selected protocol, such as:

- -  Transmission when data link unit is ready
- -  Transmission after pilot review
- -  Data Link uplink request for the next available report

Data link status should be available to the ACMS.

### 8.3  Onboard Programmability

The ACMS should provide onboard programmability either via MAT or data link.

### 8.3.1  User-Defined Parameter Modification

The ACMS should be able to modify user-defined parameters. These parameters are commonly used in event monitoring algorithms.

### 8.3.2  Programmable Reports

The ACMS should provide the capability to create onboard programmable reports. These reports should have the following attributes under user-control:

- o  event monitoring capability
- o  parameters to be collected
- o  data collection rates
- o  data collection period
- o  initiation of data recording
- o  selection of output devices
- o  report lifespan

### 8.3.3  Data Display

The ACMS should be able to statically or dynamically display signals and user-defined parameters on the MAT by user request. The system should provide a default display format and display update rate. Both engineering units and binary data should be available for display.

### 8.4  Report Access

The ACMS should provide a means to display which reports are stored in memory. The systems should be able to control user-access to selected displays based on access privileges. From these displays, reports may be routed to output devices or deleted from memory.

### 8.5  Ground Based Support Software

The GBSS should provide the capability to customize the following user-defined application functions:

- o  Parameter Definition
- o  Control Logic
- o  Report Generation
- o  Data Recording
- o  MAT Screens

It should provide the user the capability to perform configuration management of the user-defined application and its components. Each update to the software should be identified by a software version reference visible at the initial menu page of the ACMS.

The GBSS should perform data entry and syntax checking, generating error messages where appropriate.

### 8.5.1  Parameter Definition

The GBSS should provide the capability to enter definitions for output signals available to the ACMS and provide visibility of those signals. Each input signal should have included with it the attributes required by the ACMS and the user-defined application to process the signal. Some of these attributes may be modifiable by the user.

In addition to input signals, the GBSS should provide the means to create user-defined parameters. User-defined parameters could provide values to calculations, store intermediate results, or extract data fields from input signals.

Input signals and user-defined parameters could be used in event monitoring, report generation, data recording and data display.

### 8.5.2  Control Logic

The GBSS should provide tools to specify control logic. This should give the user the capability to specify the algorithms needed for event monitoring and to control other ACMS functions. The tools should provide the following features:

¢-1

**ADDED:  August 30, 1993**
**ARINC REPORT 624 - Page 56**

### 8.0 AIRPLANE CONDITION MONITORING SYSTEM (cont d)

8.5.2  Control Logic (cont'd)

- o  syntax and operators to support Boolean logic and arithmetic calculations
- o  library of mathematical and statistical functions
- o  control of data recording
- o  control of report generation, distribution, and deletion
- o  debugging functions

8.5.3  Report Generation

The GBSS should provide a method to specify the characteristics of a report. Report characteristics should include the following:

- o  list of input signals and user-defined parameters to be included in the report
- o  period(s) of time over which the data will be collected
- o  report retention criteria
- o  report format, which could include the following:
  - -  output device
  - -  layout and appearance of data and embedded text
  - -  report header
  - -  ASCII control characters
  - -  datalink routing information
  - -  option to remove decimal points from data

8.5.4  Data Recording

The GBSS should provide the capability to specify recording formats for any mass storage devices used for data recording.

8.5.5  Onboard Display

The GBSS should provide the capability to customize screens for the MAT. These screens should allow a user to display data in text or graphic format, present menus, display reports, and perform selected ACMS functions (e.g., report generation and distribution, modification of user-defined parameters). The GBSS should allow the user to establish some level of security with each screen.

8.6  Consideration of ACMS Requirements in Early Design

In order to implement the ACMS across the total airplane, consideration should be given to provide any necessary dedicated condition-monitoring sensors throughout the airplane. Specific attention should be focused on areas of equipment, such as engines, auxiliary power units, or environmental control system devices such as air-conditioning packs.

Confidential

FX0088014

<u>ATTACHMENT 1</u>
<u>ONBOARD MAINTENANCE SYSTEM</u>

# ONBOARD MAINTENANCE SYSTEM



REPLACEMENT PAGE                                    REVISED: August 30, 1993
ARINC REPORT 624 - Page 58

## ATTACHMENT 2
## DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS PROTOCOL

This attachment discusses the specific requirements to OMS communication protocol based on the communication service implementation.

Currently two kinds of implementations are identified as follows:

⌠   Utilizing ARINC 629 directed message protocol to be specified in ARINC 629 supplement TBD on ARINC 629 buses.

⌠   Utilizing OSI Short Stack service (implementing up to transport layer) on other buses such as ARINC 636 (FDDI) and ARINC 646 (Ethernet LAN).

The specific requirements on ARINC 629 buses are specified in attachment 2 section 1 and those on other buses, which are utilizing OSI services, are specified in attachments 2 section 2.

The discussions in this attachment are made for the case dual CMC configuration is applied. Therefore, some modification will have to be made if a single CMC configuration is applied.

### 1.0   ARINC 629 Specific Requirements For OMS Communications Protocol

### 1.1   General

This section discusses the ARINC 629 specific requirements for OMS communications protocol. The requirements described in this attachment are based on the following assumption:

⌠   Only basic protocol specified in ARINC 629 Specification section 2.1.1 is used on ARINC 629, combined mode protocol is not applied.

Therefore, some modification will have to be made if the combined mode protocol is applied to the communications on ARINC 629.

The examples of message format on ARINC 629 are described in appendix H.

### 1.2   ARINC 629 Directed Message Protocol

ARINC 629 directed message protocol will be specified in ARINC 629 Specification Supplement TBD.

### 1.3   ARINC 629 Directed for OMS Communications

### 1.3.1   Requirements of Corresponding to Data Link Layer

The protocol corresponding to data link layer for ARINC 629 communication should be in accordance with section TBD of ARINC Specification 629 Supplement TBD.

OMS communications protocol has specific requirements in addition to those which are described in ARINC Specification 629 Supplement TBD. They are described below.

c-1

### COMMENTARY

There may be some overlap in the following requirements and those of ARINC 629 Supplement TBD. It will be modified at the time ARINC 629 Supplement TBD is released.

### 1.3.1.1   Wordstring Format

The assigned source address should be used as the label for all directed messages transmitted by that terminal/function. The first word following the label word should be the system status word. The second word following the label word contains the corresponding address for the destination system terminal/function.

As the protocol does not comply with OSI, the OSI bit (bit 9) in the System Status Word should be set to false (0). The word count field should be set to a value equal to the number of words (excluding the label) in the wordstring.

### COMMENTARY

Each ARINC 629 terminal on a given bus will be assigned at least one unique 16 bit address. Some terminals may be assigned different addresses to account for different functions being supported by the terminal. Some OMS wordstrings (e.g. the periodic fault reporting wordstring) use the ARINC 629 broadcast format. See Appendix G for examples.

### 1.3.1.2   Member System Wordstring Reception

Each LRU terminal on each bus should receive and interrogate the destination address of each directed wordstring transmitted by each CMC terminal. If the destination address is any of the following, the wordstring should be further processed in accordance with section 6.6.2, section 6.6.3, attachment 2 section 1.3.1.6 and attachment 2 section 1.4.

a.   LRU terminal individual address - system address and CID.
b.   LRU terminal group address - system address, and all CID bits set to one.
c.   The bus global address - all address bits set to one.

### COMMENTARY

Most directed messages to the LRU from the CMC will use the LRU terminal individual address. Some messages may use either of the other addresses. LRU terminal group address may be used in order for the CMC to transmit command/request type messages to the LRU which has more than one terminal on the same bus. The bus global address will be used to transmit Initiated Test Abort Command Action message when the CMC powers up, when control reverts from one CMC to the other, etc.

## ATTACHMENT 2 (cont'd)
## DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS
## PROTOCOL

If a member system LRU has more than one transmitter, it will be required to indicate which terminal is ready for receiving the CMC request/command type messages. This indication will be transmitted on periodic fault report or member system activity report specified in sections 6.6.3.4.3.1 and 6.6.3.4.3.2.4 respectively.

### COMMENTARY

In order to minimize software processing required, the destination addresses may be interrogated with hardware. See ARINC 629 Specification appendix 5J and associated information for more details.

### 1.3.1.3    Member System Wordstring Destination Addressing

For member system wordstrings that are in response to CMC requests, member systems should set the destination address to the same address (including the CID) received in the CMC request, or to CMC terminal group address.

For member system wordstrings that are self-initiated, member systems should set the destination address to the CMC terminal group address, as defined in attachment 2 section 1.3.1.4. For self-initiated messages that require acknowledgement, member systems should consider these messages acknowledged if either left or right CMC acknowledges the message.

Member systems that report faults periodically should set the destination address (word #2) in their directed message wordstring to all zeros when it has no data to transmit. Member systems that report faults aperiodically should transmit Member System Activity Report defined in section 6.6.3.4.3.2.4.

### 1.3.1.4  CMC Wordstring Reception

Each CMC terminal should receive and interrogate the destination address of each directed wordstring transmitted by all member system terminals on the bus. If the destination address is any of the following, the wordstring should be further processed.

a.   CMC terminal individual address - system address and CID
b.   CMC terminal group address - system address, and all CID bits set to one.
c.   The bus global address - all address bits set to one.

### COMMENTARY

In order to minimize processing required, the destination addresses may be interrogated with hardware. See ARINC 629 specification appendix 5J and associated information.

### 1.3.1.5  CMC Wordstring Destination Addressing

For CMC wordstrings that are self-initiated, the CMC should set the destination address to the appropriate address as defined in attachment 2 section 1.3.1.2.

When the CMC doesn't have to transmit any information, it should transmit a directed wordstring with destination address (word #2) is set to all zeros (no terminal's address)

### 1.3.1.6  Wordstring Integrity Checks

OMS member system communication wordstrings will not be required to contain any integrity check words (e.g. CRCs, one's complement). One's complement integrity check words should not be used in OMS member system communication wordstrings. If CRCs incorporated in OMS member system communication wordstrings, they should be included as the last word of the wordstrings. Systems receiving OMS member system communication wordstrings with CRCs can ignore the CRCs.

### COMMENTARY

CRCs should not be included in OMS wordstrings. However, if an LRU utilizes hardware which appends a CRC to all of its wordstrings it transmits may include a CRC if identified.

### 1.3.2  Logical Link Control

A logical link control protocol should not be employed for OMS communication on the ARINC 629 buses.

### 1.4  Application Layer Service and Interface Specification

For purposes of acknowledgement, OMS messages fall into three categories:

a.   Messages that require acknowledgement
b.   Messages that require acknowledgement if and only if the system contains software necessary to support acknowledgement
c.   Messages that should not be acknowledged

The reason for the above categories is to gain the benefit of acknowledgement for all messages for which acknowledgement enhances message integrity, but also minimize the software required in simpler LRUs. The detail is described in the subordinate sections.

### 1.4.1  Messages Requiring Acknowledgement

### 1.4.1.1  Applicable Types of Messages

The following message types on all ARINC 629 buses should meet the acknowledgement requirements defined in attachment 2 section 1.4.1.2:

REPLACEMENT PAGE                                        REVISED: August 30, 1993
ARINC REPORT 624 - Page 60

## ATTACHMENT 1 (cont'd)
### DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS PROTOCOL

1.4.1.1  Applicable Types of Messages (cont'd)

a.  All aperiodic fault reporting messages (see section 6.6.3.4.3.2)

b.  All flight deck effect correlation reports (see section 6.6.3.4.3.3)

Systems that support any messages requiring acknowledgement (listed above), should support acknowledgement of all other OMS message types, except those message types defined in attachment 2 section 1.4.2.1.

### COMMENTARY

Acknowledgement of essential aperiodic messages (such as aperiodic fault reports) is required to ensure data is correctly received. Acknowledgement of other aperiodic data (such as LRU fault history data) is desirable for the same reason. Systems that support the acknowledgement requirements defined in attachment 2 section 1.4.1.2 contain the software necessary to support acknowledgement of all messages for which acknowledgement is beneficial, so they are required to provide for acknowledgement of these messages.

The CMC will check the data contents as well as encoding (TLV structure) before it will acknowledge the aperiodic fault event reports or FDE correlation report. If the F-bit in last wordstring is not set, the CMC will ignore, and thus not acknowledge, all wordstrings of the sequence numbered message even if both the data contents and TLV structure are correct.

Aperiodic CMC requests are implicitly acknowledged by providing the proper response, as defined in section 6.6.2.

Additional messages will require acknowledgement on any aperiodic ARINC 629 buses. As all member systems on aperiodic ARINC 629 buses will report faults aperiodically, the acknowledgement requirements defined in attachment 2 section 1.4.1.2 will apply to all OMS messages transmitted on these buses, except those messages listed in attachment 2 section 1.4.2.1.

1.4.1.2  Requirements

Message acknowledgement, error detection, response and recovery should be as defined in section TBD of ARINC 629 Specifications Supplement TBD to be released. OMS communications protocol specific features are as follows:

a.  OMS messages should be acknowledged within some specified time period. Messages including the CMC member system communication address should be considered OMS member system communication messages.

b.  The Fail-CRCerror message is not applicable to OMS member system communications. Fail-TransferError-TypeError and Fail-TransferError-ExtError messages are transmitted only by the CMC when these errors are detected in a received Wait message.

c.  Systems should increment the send sequence number for each wordstring which is part of a message which is to be acknowledged.

d.  Systems should set the F-bit (bit 7 of word #3 in the wordstring) to one in the last wordstring of a message requiring acknowledgement.

e.  Member systems should report failed transactions as follows:

| Reason | Fault Report |
|---|---|
| No Response | CMC Activity Fail |
| All others | CMC Signal Fail |

1.4.2  Messages Not Requiring Acknowledgement

1.4.2.1.  Applicable Types of Messages

The following messages should not require acknowledgement (as defined in attachment 2 section 1.4.2.2), nor be acknowledged:

a.  CMC Periodic Broadcast Wordstrings (see sections 6.6.3.4.1.1, 6.6.3.4.2.1 and 6.6.3.4.8.1)

b.  All Periodic Fault Reports (see sections 6.6.3.4.3.1)

c.  All member system Activity Reports (see section 6.6.3.4.3.2.4)

d.  All Parameter Get messages transmitted by the CMC (including messages defined in sections 6.6.3.4.3.2.5, 6.6.3.4.4.1, 6.6.3.4.6.1, and 6.6.3.4.7.1)

e.  All Command Action messages transmitted by the CMC (including messages defined in sections 6.6.3.4.5.1, 6.6.3.4.5.5, and 6.6.3.4.5.8)

Other messages defined not to require acknowledgement in attachment 2 section 1.4.1.1

### COMMENTARY

Periodic messages (the periodic fault reports and activity indications listed above) need not be acknowledged, as they are transmitted continuously. The Parameter Get and Command Action messages transmitted by the CMC need not be acknowledged as defined in attachment 2 section 1.4.1.2; instead, they require specific responses (providing implicit acknowledgement) as defined in section 6.3.

**ATTACHMENT 2 (cont'd)**
**DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS**
**PROTOCOL**

#### 1.4.2.2 Requirements

The send sequence number in directed message wordstrings which are not a part of messages requiring acknowledgement should be set to the value of the send sequence number existing immediately prior to the transmission. The F-bit (bit 7 of word #3 in the wordstring) should be set to zero in these wordstrings.

#### 1.4.3 Systems Not Requiring Acknowledged Messages

Systems not transmitting or receiving any messages (as defined in attachment 2 section 1.4.1.1) requiring acknowledgement should meet the following requirements, in place of those defined in attachment 2 section 1.4.1.

a. The sequence number and F bit fields (word #3 of the wordstring) will be contained in wordstrings received by these systems, but these fields can be ignored.

b. The standard ARINC 629 directed message format (i.e. source address, system status word, destination address, and sequence number word) should be used for all messages transmitted by the system. All bits in the sequence number word (word #3) in these directed message wordstrings should be set to zero (0).

#### COMMENTARY

This section is intended to reduce the protocol software requirements on the systems that do not support data loading or aperiodic fault or FDE correlation reporting.

#### 1.4.4 Wordstring Continuation

When a member system needs to transmit a longer OMS message than can be packed into one ARINC 629 wordstring, it should split the message into multiple wordstrings. All wordstrings used to transmit the message, excluding the first wordstring of the message, should contain a Continuation word at word #4 of the wordstring. The most significant byte of this word (the message name) should contain the code $01000000_2$. The least significant byte of this word should contain the message name (most significant byte of word #4) of the first wordstring in the message.

#### 1.4.5 Message Interruption

Member systems should not interrupt transmission of one message to transmit another message. If, while transmitting a message (such as an Equipment Identification Status, or an LRU Fault History Status) a member system determines that a Fault Event Report need be transmitted, the member system should transmit the Fault Event Report when it has completed transmission and received acknowledgement of the first message.

When a member system which supports aperiodic real-time fault reporting receives any Get or Command

Action messages from the CMC on one of the following states, it should act as follows:

a. If a member system receives one of these messages from the CMC after transmitting an aperiodic fault report message and before receiving ACK from the CMC, the member system should ignore that message.

b. If a member system receives one of these messages from the CMC and fault is detected before transmitting the associated response, it should stop processing the task initiated by this message and transmit an aperiodic fault report.

#### 1.4.6 Member System LRUs Transmitting on Multiple Buses

Member system LRUs should transmit OMS data to the CMC on all buses upon which it has transmitters. In this case, the CMC should acknowledge messages (as required per attachment 2 section 1.4.1) on each bus upon which the message is received. The member system should consider the message acknowledged when an acknowledge is received from the CMC on any of the buses.

#### 1.4.7 Multiple Bus Request and Response

Responses to requests (and acknowledgement of messages) should be transmitted on the same bus as the request was received. In cases where member systems cannot use this technique, the member system and the CMC should both be capable of:

a. Transmitting a response (or acknowledge) on one bus to a request (or message) which was received on another bus, and

b. Transmitting a request (or message) on one bus and receiving the response (or acknowledge) on another bus.

#### COMMENTARY

The CMC will further process the wordstring unless Fail Warning bit (bit 15 of SSW) is set to 1.

#### 2.0 Specific Requirements For OMS Communications Protocol on Other Buses

#### 2.1 General

This section discusses the specific requirements for OMS communications protocol in the case that OMS application programs are placed on the top of connection oriented transport layer class 4 (TP4). The requirements described in this attachment are based on the following assumptions.

$\int$   Dual CMC configuration is applied.

Therefore, some modification will have to be made to support a single CMC, or for use of the two layer stack

¢-1

### ATTACHMENT 1 (cont'd)
### DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS
### PROTOCOL

2.1 General (cont'd)

(Physical and Data link layers only) or seven layer stack protocol.

#### COMMENTARY

ARINC 638 specifies that TP4 should be used if connection oriented transport layer is utilized.

2.2 Transport Layer Interface (TLI)

2.2.1 TLI Parameters

As specified in section 7.2.1 of ARINC 639 except that there is no priority parameter.

2.2.2 Transport Layer Interface Primitives

As specified in section 7.2.2 of ARINC 638.

2.2.3 OMS Communications Specific Requirements

2.2.3.1 The CMC Configuration

Dual CMC configuration is assumed as described in attachment 2 section 2.1. But only one CMC should communicate with member systems at one time.

2.2.3.2 OMS Specific Requirements In Connection Establishment Phase

Connection establishment for OMS communication is subject to the following rules:

a. Upon power up, each member system should request a connection with one CMC.

b. Upon the loss of an existing CMC connection, each member system should again request a connection with the CMC.

c. In the event that the connection request is denied, or is otherwise unsuccessful, each member system should continue to request a connection with the CMC at a specific nominal interval regardless of disconnect reason.

2.2.3.3 OMS Specific Requirements In Data Transfer Phase

The specific requirement to OMS communication in data transfer phase are as follows:

a. T-DATA request and T-DATA indication primitives should be used to facilitate data transfer via the OSI short stack (Transport layer and below) services. The maximum size of the Transport Service Data Unit (TSDU) that may be transferred in a single transfer, by the application programs for OMS member system communications should be specified big enough so that sequence numbers don't have to be applied into OMS application messages.

2.3 OMS Message Handshaking Requirements

2.3.1 Message Requiring Acknowledgement

The following message types on all other buses should meet the acknowledgement requirements defined in attachment 2 section 2.3.2.

a. All aperiodic fault reporting messages (see section 6.6.3.4.3.2)

b. All flight deck effect correlation reports (see section 6.6.3.4.3.3)

c. All Command Response messages (including messages defined in sections 6.6.3.4.3.5, 6.6.3.4.5.2, 6.6.3.4.5.3, 6.6.4.5.5.2, 6.6.3.4.5.7, 6.6.3.4.6.4, and 6.6.3.4.11.2)

d. All Parameter Status messages (including messages defined in sections 6.6.3.4.4.2, 6.6.3.4.6.2, 6.6.3.4.7.2, 6.6.3.4.9.2, 6.6.3.4.10.2, 6.6.3.4.10.4, and 6.6.3.4.12.2)

e. Fault Status Set message (see section 6.6.3.4.3.2.7)

f. Initiated Test Display Command Action message (see section 6.6.3.4.5.8)

2.3.2 Basic Requirements

a. Every message received which requires a response or acknowledgement should be responded within some specific time period. Each member system should implement a transmit timer with a timeout less than or equal to it.

b. If at any time either the CMC or a member system cannot respond within the specific time period to a message which requires a response, it should suppress the transmission of response or acknowledgement of the message.

c. Each OMS application shall implement a response timer with a timeout equal to the sum of the time value specified in item a of this section and the time required for data transmission. The response timer is reset on receipt of any new message from the OMS application.

d. If the OMS application does not receive a response to a request or an acknowledgement to a message and doesn't receive disconnect indication from transport layer, it should transmit a Fail-NoResponse message and disconnect the transport connection with the other end of communication.

e. If the OMS application receives Fail-Transfer Error message, it should stop transmitting the message and terminate operation.

f. The OMS application should act as follows when they experience the power off/on.

¢-1

## ATTACHMENT 2 (cont'd)
## DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS PROTOCOL

1. If the CMC experiences power off/on, it should not transmit Fault Status Get when the connection is established.

2. If a member system experiences power off/on, it should not transmit Fault Status Set when the connection is established.

g. Member systems should report failed transactions as faults as follows:

   1. CMC Activity Fail should be reported when a member system does not receive a valid ACK message from the CMC after transmitting a message (requiring acknowledgement) to the CMC.

   2. CMC Signal Fail should be reported after a member system transmits a Fail-TransferError message.

### 2.3.3 Messages Not Requiring Acknowledgement

The following messages should not require acknowledgement, not be acknowledged:

a. All member system activity report (see section 6.6.3.4.3.2.4)

b. All Parameter Get messages transmitted by the CMC (including messages defined in sections 6.6.3.4.3.2.5, 6.6.3.4.4.1, 6.6.3.4.6.1, 6.6.3.4.7.1, 6.6.3.4.9.1, 6.6.3.4.10.1, 6.6.3.4.10.3, and 6.6.3.4.12.1)

c. All Command Action messages transmitted by the CMC (see sections 6.6.3.4.3.4, 6.6.3.4.5.1, 6.6.3.4.5.4, 6.6.3.4.5.6, 6.6.3.4.5.9, 6.6.3.4.6.3, and 6.6.3.4.11.1)

d. All Parameter Set messages transmitted by the CMC (including messages defined in sections 6.6.3.4.1.2, 6.6.3.4.2.2, and 6.6.3.4.8.2)

### 2.4 OMS Message Transmission Rate

### 2.4.1 Member System Fault Reporting

Member systems should transmit the fault report to the CMC so that it should meet fault reporting requirements.

### 2.4.2 Other Messages

All of the following messages are transmitted in response to CMC request. For all of the messages, it should not take more than one second since a member system starts transmitting the message until it complete the transmission.

### COMMENTARY

Some examples for the amount of OMS message data required are as follows:

The amount of data for the Equipment Identification Status message varies between approximately 50 and 100 octets depending on the number and length of the part numbers and serial numbers to be transmitted.

The amount of data for the Initiated Test Inhibited Command Response message varies between approximately 6 and 10 octets depending on the number of inhibit codes to be transmitted.

The amount of data for the Initiated Test Complete Command Response message varies between approximately 10 and 40 octets depending on the number of fault reports to be transmitted.

The amount of data for the LRU Fault History Status message or Test History Status message varies depending on the parameters being stored for each fault, and the amount of optional text to be transmitted. Message size could be approximately between 60 octets and 600 octets depending on the LRU.

### 2.5 TSDU Continuation

When a member system needs to transmit a longer OMS message than can be packed into one TSDU, it should split the message into multiple TSDUs. All TSDUs used to transmit the message, excluding the first TSDU of the message, should contain a Continuation word at the first 2 octets of the TSDU. The first octet (the message name) should contain the code $01000000_2$. The second octet should contain the message name (first octet) of the first TSDU in the message.

### 2.6 Message Interruption

Member systems should not interrupt transmission of one message to transmit another message. If, while transmitting a message (such as an Equipment Identification Status, or an LRU Fault History Status) a member system determines that a Fault Event Report need be transmitted, the member system should transmit the Fault Event Report when it has completed transmission and received acknowledgement of the first message.

When a member system which supports aperiodic real-time reporting receives any Get or Command Action messages from the CMC on one of the following states, it should act as follows:

a. If a member system receives one of these messages from the CMC after transmitting an aperiodic fault report message and before receiving ACK from the CMC, the member system should ignore that message.

### ATTACHMENT 1 (cont'd)
### DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS
### PROTOCOL

2.6  Message Interruption (cont'd)

b.   If a member system receives one of these messages
     from the CMC and fault is detected before
     transmitting the associated response, it should stop
     processing the task initiated by this message and
     transmit an aperiodic fault report.

¢-1

## ATTACHMENT 3
## GLOSSARY

Acronyms

| | |
|---|---|
| ACARS | Aircraft Communications Addressing and Reporting System |
| ACM | Airplane Condition Monitoring |
| ACMS | Airplane Condition Monitoring System |
| AIDS | Aircraft Integrated Data System |
| APU | Auxiliary Power Unit |
| ARINC | Aeronautical Radio, Inc. |
| ASN.1 | Abstract Syntax Notation |
| BER | Basic Encoding Rules |
| BITE | Built-in Test Equipment |
| CMC | Central Maintenance Computer |
| CMU | Communications Management Unit |
| DDG | Dispatch Deviation Guide |
| DITS | Digital Information Transfer System |
| ELS | Electronic Library System |
| GSE | Ground Support System |
| ISO | International Standards Organization |
| LRU | Line Replaceable Unit |
| LSAP | Link Service Access Point |
| MAT | Maintenance Access Terminal |
| MEL | Minimum Equipment List |
| NVM | Non-Volatile Memory |
| OMD | Onboard Maintenance Documentation |
| OMS | Onboard Maintenance System |
| OSI | Open Systems Interconnection |
| PC | Personal Computer |
| SRU | Shop-Replaceable Unit |
| TBD | To Be Determined |
| UTC | Universal Time Coordinated |

Confidential

## ATTACHMENT 3 (cont'd)
## GLOSSARY

TERMS

| | |
|---|---|
| Enhanced/extended maintenance | The identification or confirmation of a fault condition, isolation of the fault to a single LRU replacement, adjustment, or repair of the faulted unit or module and the verification that proper system operation has been restored, accomplished within a longer time frame than normal. |
| Failure | A failure is the inability of a System to perform in required function or functions.<br>A failure is the functional performance deficiency resulting from a fault.<br><br>a.   Hard Failure<br>A hard failure is a failure that has existed continuously since its occurrence.<br><br>b.   Intermittent Failure<br>An Intermittent Failure is a failure which occurs for a limited time, after which the functional ability recovers without any external corrective action being taken. |
| Fault | A fault is a physical condition that causes a device, component, or element not to perform in a required manner. |
| Fault Tolerance | Fault tolerance is the built-in capability of a system or LRU, to continue to perform its required functions with a specified number of faults. The specified number of faults is dependent upon system redundancy and requirements, but at least two or more faults must occur to cause a failure. |
| Ground Test | A procedure which is manually initiated by an operator input through the CMC's control panel |
| Interconnect | An interconnect is the total electrical or optical path from a source to an LRU, including all data communication media and bundle connectors. |
| Isolation | Isolation is the process of identifying and locating a failure or fault to a single replaceable or repairable unit. Since the term "fault isolation" is in common usage, it will be used in this document to describe isolation of either faults or failures. |
| Line Maintenance | The identification or confirmation of a fault condition, the isolation of the fault to a single LRU, the replacement, adjustment, or repair of the faulted unit or module, and the verification that proper system operation has been restored. |
| Line Repairable Unit (LRU) | An LRU that is a component which is designated to be removed and replaced by line maintenance personnel. |
| Member system | Any system which reports directly to the CMC via a data bus. |
| Non-Volatile Memory (NVM) | NVM is internal data storage in an LRU which is capable of retaining data without externally applied electrical power. |
| Nuisance Message | A nuisance message is an incorrect indication of a fault or failure, or an indication when no fault or failure exists. |
| Onboard Maintenance System (OMS) | The OMS consists of the CMC and the BITE in all Member Systems. |
| Shop Replaceable Unit (SRU) | An SRU is an item which is part of an LRU and is designed to be removed or replaced in the shop. |
| Through maintenance | Accurate, rapid fault isolation and postmaintenance action interface verification to support maintenance actions performed during a short turnaround. |

Confidential

**APPENDIX A**
**EXAMPLE – OMS MAIN MENU**

**ONBOARD MAINTENANCE SYSTEM**
**MAIN MENU**

    ι    PRESENT FAILURES
    ι    PRESENT LEG FAILURES
    ι    LAST LEG FAILURES
    ι    FAILURE HISTORY
    ι    GROUND TEST
    ι    AIRPLANE CONDITION MONITORING
    ι    MAINTENANCE DOCUMENTATION ACCESS
    ι    LRU LIST
    ι    SERVICE REPORTS
    ι    NOTES
    ι    HELP

PRESS THE UP OR DOWN BUTTON TO HIGHLIGHT AN ITEM,
THEN PRESS THE ENTER BUTTON TO SELECT.

Confidential

ARINC REPORT 624 - Page 68

APPENDIX B
EXAMPLE – PRESENT FAILURES DISPLAY

# PRESENT LEG FAILURES

FLIGHT NUMBER:  172                              DATE:  16/FEB/87

FAULT INDICATION                           FAILURE

                                           AUTOFLIGHT:
ι AUTOPILOT DISCONNECT                      CENTER FLIGHT CONTROL
                                           COMPUTER (INTERMITTENT FAULT)

                                           ELECTRICAL POWER:
ι EICAS MESSAGE "TRANSFORMER-              TRANSFORMER-RECTIFIER SYSTEM
  RECTIFIER UNIT"                           (GROUP FAULT)

ι EICAS INDICATION                          FLIGHT CONTROL:
  "STAB TRIM"                               STAB TRIM POSITION MODULE

ι NONMONITORED SYSTEMS
ι RETURN TO MAIN MENU

Confidential                                              FX0088026

**APPENDIX C**
**EXAMPLE – FAILURE HISTORY SYSTEM MENU**

**FAILURE HISTORY MENU**
**SYSTEM**

<u>ATA</u>        <u>TITLE</u>

 ι  21 – AIR CONDITIONING
 ι  22 – AUTOFLIGHT
 ι  23 – COMMUNICATIONS
 ι  24 – ELECTRICAL POWER
 ι  27 – FLIGHT CONTROLS
 ι  28 – ENGINE FUEL AND CONTROL

ι  RETURN TO MAIN MENU

**ARINC REPORT 624 - Page 70**

## APPENDIX D
## EXAMPLE – FAILURE HISTORY SYSTEM DISPLAY

### FAILURE HISTORY MENU
### SYSTEM

FAULT INDICATION:    AUTOPILOT DISCONNECT

FAILURE:    CENTER FLIGHT CONTROL COMPUTER FAILURE

| FLIGHT LEG | FLIGHT NUMBER | DATE |
|---|---|---|
| –01 | 172 | 16/FEB/87 |

ACTION TAKEN:    REPLACED CENTER FLIGHT    16/FEB/87
CONTROL COMPUTER

---

FAULT INDICATION:    ALTITUDE SELECT CHANGE NONRESPONSE TO
LEFT OR CENTER A/P SELECTION

FAILURE:    MODE CONTROL PANEL FAILURE

| FLIGHT LEG | FLIGHT NUMBER | DATE |
|---|---|---|
| –02 | 235 | 21/JUN/86 |

ACTION TAKEN:    REPLACED MODE CONTROL    21/JUN/86
PANEL

ι  RETURN TO MAIN MENU
ι  RETURN TO HISTORY

Confidential

**APPENDIX E**
**EXAMPLE – FAILURE HISTORY FLIGHT LEG MENU**

```
┌─────────────────────────────────────────────────────┐
│                                                       │
│              FLIGHT LEG FAILURES                      │
│                                                       │
│           FLIGHT                                      │
│           LEG                    SYSTEM (ATA)         │
│           ────────               ────────────         │
│            .−01                  21, 22, 23, 24, 25   │
│            .−02                  21, 22, 23           │
│            .−03                  28                   │
│            .−05                  21, 27               │
│            .−20                  27                   │
│                                                       │
│    ATA CHAPTER                                        │
│    21: AIRCONDITIONING    22: AUTOFLIGHT   23: COMMUNICATIONS│
│    24: ELECTRICAL POWER   25: EQUIPMENT/FURNISHINGS   │
│    27: FLIGHT CONTROLS    28: ENGINE FUEL AND CONTROLS│
│                                                       │
│    ι  RETURN TO HISTORY                               │
│                                                       │
└─────────────────────────────────────────────────────┘
```

**ARINC REPORT 624 - Page 72**

<u>**APPENDIX F**</u>
<u>**EXAMPLE – FAILURE HISTORY FLIGHT LEG DISPLAY**</u>

**FLIGHT LEG FAILURES (FLIGHT LEG – 02)**

FLIGHT: 172                        DATE: 16/FEB/87

FAULT INDICATION                  FAILURE
──────────────────              ────────────

ι  OUTFLOW VALVE INDICATOR         AIR CONDITIONING:
   READS OFF SCALE                 VALVE POSITION INDICATOR
                                   (MANUALLY REPORTED)

ι  EICAS INDICATION                AIR CONDITIONING:
   "FWD EQPT SMOKE                 EQUIP COOLING MODE SELECTOR
   SMOKE CLR INOP"                 (MANUALLY REPORTED)

ι  ALTITUDE SELECT CHANGE          AUTOFLIGHT:
   NON-RESPONSE TO LEFT            MODE CONTROL PANEL
   OR CENTER A/P SELECTION

ι  VHF TRANSFER LIGHT              COMMUNICATION:
   INOPERATIVE FOR LEFT            LEFT VHF CONTROL PANEL
   FREQUENCY                       (MANUALLY REPORTED)

ι  RETURN TO FLIGHT LEG LIST
ι  RETURN TO HISTORY

Confidential                                                    FX0088030

REPLACEMENT PAGE

REVISED : August 30, 1993
ARINC REPORT 624 - Page 73

## APPENDIX G
## EXAMPLE - OMS COMMUNICATIONS PROTOCOL APPLICATION DATA

As an example, consider a case where an LRU is to report an event in which one fault has been detected, and it create one flight deck effect. The fault which has just been detected has a fault identification number of 5, and a description of "ADC-L INACTIVE". The code of the flight deck effect created by that fault is 10. The encoding of this information is defined below.

| | | Fault    Active Event    Report | | | | |
|---|---|---|---|---|---|---|
| Type | Length | Value | | | | |
| | | Fault A ID | | | Fault A FDE | |
| | | Type | Length | Value | Type | Length |
| | | | | | | |
| Appl/C/18 | short/24 | ConSp/C/1 | short/1 | 5 | ConSp/P/1 | short/1 |
| 01110010 | 00011000 | 10100001 | 00000001 | 00000101 | 10000001 | 00000001 |

| | | Fault    Active Event    Report    (Value) | | | | |
|---|---|---|---|---|---|---|
| Fault A FDE | Fault A Optional Data | | | | | |
| Value | Type | Length | Value | | | |
| | | | Fault    Description | | | |
| | | | Type | Length | Value | |
| 10 | ConSp/C/3 | short/16 | ConSp/P/1 | short/14 | A | D |
| 00001010 | 10100011 | 00010000 | 10000001 | 00001110 | 010000001 | 01000100 |

| Fault Active Event Report (Value) | | | | | | |
|---|---|---|---|---|---|---|
| Fault A Optional Data (Value) | | | | | | |
| Fault Description (Value) | | | | | | |
| C | – | L | | I | N | A |
| 01000011 | 00101101 | 01001100 | 00100000 | 01001001 | 01001110 | 01000001 |

| Fault Active Event Report (Value) | | | | |
|---|---|---|---|---|
| Fault A Optional Data (Value) | | | | |
| Fault Description (Value) | | | | |
| C | T | I | V | E |
| 01000011 | 01010100 | 01001001 | 01010110 | 01000101 |

Abbreviations Under Type
ConSp    Context-Specific
Appl     Application
C        Constructed
P        Primitive

Confidential

ADDED: August 30, 1993
ARINC REPORT 624 – Page 74

## APPENDIX H
## EXAMPLES OF OMS MESSAGES ON ARINC 629

This appendix presents the examples of OMS messages used on non-OSI ARINC 629 buses. The examples include Equipment Identification Get and Status (see Figure H-1.1 and H-1.2), Flight Leg, Flight Phase and Date/Time Periodic Report (see Figure H-2), Aircraft Identification Periodic Report (see Figure H-3), Flight Number and Departure/Destination Airport Periodic Report (see Figure H-4) and Fault Status Periodic Report (see Figure H-5). Equipment Identification Get and Status represent aperiodic communication. Aircraft Identification Periodic Report represents periodic output message from the CMC. Fault Status Periodic Report represents periodic input to the CMC.

The formats of Equipment Identification Get, Flight leg, Flight Phase and Date/Time Report, Aircraft Identification Periodic report, Flight Number and Departure/Destination Airport Periodic Report and Fault Status periodic Fault messages are always as shown in Figure H-1.1, 2, 3, 4, and 5. Figure H-1.2 describes just an example of Equipment Identification Status message.

The assumptions applied to Equipment Identification Status are as follows:

Member system LRU transmits one hardware part number, serial number and 2 software part numbers. Each of hardware part number and software part numbers consist of 15 ISO#5 characters. Serial number consists of 10 ISO#5 characters. Maximum length of ARINC 629 wordstring allowed on the bus is 30 word long including label word.

| ARINC 629 | MSB | | | | | Equipment Identification Get | | | | | | | | | LSB |
|-----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | | Source Address | | | | | | | | | |
| 1 | Subsystem Status | | | | Attribute | | | Wordstring Length | | | | | | | |
| 2 | Channel ID | | | | | Destination Address | | | | | | | | | |
| 3 | spare | Send Sequence Number N(S) | | | | | | F bit | Receive Sequence Number N(R) | | | | | | |
| 4 | Message Name | | | | | | | | Data | | | | | | |
| 5 | Data | | | | | | | | Pad | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|----------|--------------|-----------|----------|-----------|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Source Address | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status<br>OSI Attribute<br>Wordstring Length | 5<br>3<br>8 | Set = 000B<br>Set = 00000101B |
| Word 2 | 15-12<br>11-0 | Destination Channel Identification<br>Destination Address | 4<br>12 | |
| Word 3 | 15<br>14-8<br>7<br>6-0 | Spear<br>Send Sequence Number<br>Final Bit<br>Receive Sequence Number | 1<br>7<br>1<br>7 | Set = 0B<br>Set = to Send Count N(S)<br>Set = to Receive Count N(R) |
| Word 4 | <br>15-14<br>13<br>12-8<br>7-0 | Message Name = Equipment<br>Identification Get<br>Class (Application)<br>Encoding (Constructed)<br>Number (16)<br>Length (1 byte) | <br>2<br>1<br>5<br>8 | <br>Set = 01B<br>Set = 0B<br>Set = 10000B<br>Set = 00000001B |
| Word 5 | 15-8<br>7-0 | Equipment Identification (integer)<br>Pad | 8<br>8 | Set = 00000000B |

**Figure H-1.1  EQUIPMENT IDENTIFICATION GET**

Confidential

ADDED: August 30, 1993

**APPENDIX H (cont'd)**
**EXAMPLE OF OMS MESSAGES ON ARINC 629**

| ARINC 629 | MSB | | | | | | | Equipment Identification Status - First Wordstring | | | | | | | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | | | | | Source Address | | | | | | | |
| 1 | Subsystem Status | | | | | Attribute | | | Wordstring Length | | | | | | | |
| 2 | Channel ID | | | | | | | | Destination Address | | | | | | | |
| 3 | spare | Send Sequence Number N(S) | | | | | | | F bit | Receive Sequence Number N(R) | | | | | | |
| 4 | Message Name | | | | | | | | Data | | | | | | | |
| 5 | Data | | | | | | | | | | | | | | | |
| : | : | | | | | | | | | | | | | | | |
| 29 | Data | | | | | | | | | | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Source Address | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status<br>OSI Attribute<br>Wordstring Length | 5<br>3<br>8 | Set = 000B<br>Set = 00011101B |
| Word 2 | 15-12<br>11-0 | Destination Channel Identification<br>Destination Address | 4<br>12 | |
| Word 3 | 15<br>14-8<br>7<br>6-0 | Spare<br>Send Sequence Number<br>Final Bit<br>Receive Sequence Number | 1<br>7<br>1<br>7 | Set = 0B<br>Set = to send Count N(S)<br>Set = 0B<br>Set = to Receive Count N(R) |
| Word 4 | <br>15-14<br>13<br>12-8<br>7-0 | Message Name = Equipment<br>   Identification Status<br>Class (Application)<br>Encoding (Constructed)<br>Number (0)<br>Length (68 bytes) | <br><br>2<br>1<br>5<br>8 | <br><br>Set = 01B<br>Set = 1B<br>Set = 10001B<br>Set = 01000100B |
| Word 5 | <br>15-14<br>13<br>12-8<br>7-0 | Equipment A<br>Class (Context-specific)<br>Encoding (Constructed)<br>Number (17)<br>Length (66 bytes) | <br>2<br>1<br>5<br>8 | <br>Set = 10B<br>Set = 1B<br>Set = 00000B<br>Set = 01000010B |
| Word 6 | <br>15-14<br>13<br>12-8<br>7-0 | Equipment ID<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (0)<br>Length (1 byte) | <br>2<br>1<br>5<br>8 | <br>Set = 10B<br>Set = 0B<br>Set = 00000B<br>Set = 00000001B |
| Word 7 | 15-8<br><br>7-6<br>5<br>4-0 | Equipment ID (integer)<br>HW Part Number<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (2) | 8<br><br>2<br>1<br>5 | <br><br>Set = 10B<br>Set = 0B<br>Set = 00010B |

**Figure H-1.2 EQUIPMENT IDENTIFICATION STATUS**

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 – Page 76

APPENDIX H (cont'd)
EXAMPLES OF OMS MESSAGES ON ARINC 629

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 8 | 15-8<br>7<br>6-0 | Length (15 bytes)<br>Pad<br>Character #1 (ISO #5) | 8<br>1<br>7 | Set = 0B |
| Word 9 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #2 (ISO #5)<br>Pad<br>Character #3 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 10 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #4 (ISO #5)<br>Pad<br>Character #5 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 11 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #6 (ISO #5)<br>Pad<br>Character #7 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 12 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #8 (ISO #5)<br>Pad<br>Character #9 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 13 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #10 (ISO #5)<br>Pad<br>Character #11 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 14 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #12 (ISO #5)<br>Pad<br>Character #13 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 15 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #14 (ISO #5)<br>Pad<br>Character #15 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 16 | 15-14<br>13<br>12-8<br>7-0 | Serial Number<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (3)<br>Length (10 bytes) | 2<br>1<br>5<br>8 | Set = 10B<br>Set = 0B<br>Set = 00011B<br>Set = 00001010B |
| Word 17 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #1 (ISO #5)<br>Pad<br>Character #2 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 18 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #3 (ISO #5)<br>Pad<br>Character #4 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

Figure H-1.2  EQUIPMENT IDENTIFICATION STATUS (cont'd)

Confidential

FX0088034

**ADDED:** August 30, 1993

**APPENDIX H (cont'd)**
**EXAMPLE OF OMS MESSAGES ON ARINC 629**

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|----------|--------------|-----------|----------|-----------|
| Word 19 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #5 (ISO #5)<br>Pad<br>Character #6 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B |
| Word 20 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #7 (ISO #5)<br>Pad<br>Character #8 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 21 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #9 (ISO #5)<br>Pad<br>Character #10 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 22 | <br>15-14<br>13<br>12-8<br>7-0 | SW Part Number 1<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (5)<br>Length (15 bytes) | <br>2<br>1<br>5<br>8 | <br>Set = 10B<br>Set = 0B<br>Set = 00101B<br>Set = 00001111B |
| Word 23 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #1 (ISO #5)<br>Pad<br>Character #2 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 24 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #3 (ISO #5)<br>Pad<br>Character #4 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 25 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #5 (ISO #5)<br>Pad<br>Character #6 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 26 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #7 (ISO #5)<br>Pad<br>Character #8 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 27 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #9 (ISO #5)<br>Pad<br>Character #10 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 28 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #11 (ISO #5)<br>Pad<br>Character #12 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 29 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #13 (ISO #5)<br>Pad<br>Character #14 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

**Figure H-1.2  EQUIPMENT IDENTIFICATION STATUS ((cont'd)**

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 - Page 78

**APPENDIX H (cont d)**
**EXAMPLES OF OMS MESSAGES ON ARINC 629**

| ARINC 629 | MSB | | | | | | | | | | | | | | | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | \multicolumn — Equipment Identification Status - First Wordstring (Example) | | | | | | | | | | | | | | | |
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | Source Address | | | | | | | | | | | |
| 1 | Subsystem Status | | | | Attribute | | | Wordstring Length | | | | | | | | |
| 2 | Channel ID | | | | Destination Address | | | | | | | | | | | |
| 3 | spare | Send Sequence Number N(S) | | | | | | | F bit | Receive Sequence Number N(R) | | | | | | |
| 4 | Continuation | | | | | | | | Continued Message Name | | | | | | | |
| 5 | Data | | | | | | | | | | | | | | | |
| : | : | | | | | | | | | | | | | | | |
| 13 | Data | | | | | | | | | | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Source Address | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status<br>OSI Attribute<br>Wordstring Length | 5<br>3<br>8 | <br>Set = 000B<br>Set = 00011101B |
| Word 2 | 15-12<br>11-0 | Destination Channel Identification<br>Destination Address | 4<br>12 | |
| Word 3 | 15<br>14-8<br>7<br>6-0 | Spare<br>Send Sequence Number<br>Final Bit<br>Receive Sequence Number | 1<br>7<br>1<br>7 | Set = 0B<br>Set = to send Count N(S)<br><br>Set = to Receive Count N(R) |
| Word 4 | 15-8<br>7-0 | Continuation<br>Continued Message Name | 8<br>8 | Set = 01000000B<br>Set = 01110001B |
| Word 5 | 15<br>14-8<br><br>7-6<br>5<br>4-0 | Pad<br>Character #15 (ISO #5)<br>SW Part Number 2<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (6) | 1<br>7<br><br>2<br>1<br>5 | Set = 0B<br><br><br>Set = 10B<br>Set = 0B<br>Set = 00110B |
| Word 6 | 15-8<br>7<br>6-0 | Length (15 bytes)<br>Pad<br>Character #1 (ISO #5) | 8<br>1<br>7 | Set = 00001111B<br>Set = 0B |
| Word 7 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #2 (ISO #5)<br>Pad<br>Character #3 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 8 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #4 (ISO #5)<br>Pad<br>Character #5 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

**Figure H-1.2  EQUIPMENT IDENTIFICATION STATUS (cont'd)**

Confidential

**ADDED: August 30, 1993**

**APPENDIX H (cont'd)**
**EXAMPLE OF OMS MESSAGES ON ARINC 629**

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|----------|--------------|-----------|----------|-----------|
| Word 9 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #6 (ISO #5)<br>Pad<br>Character #7 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 10 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #8 (ISO #5)<br>Pad<br>Character #9 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 11 | 15<br>14-8<br>7<br>0 | Pad<br>Character #10 (ISO #5)<br>Pad<br>Character #11 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 12 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #12 (ISO #5)<br>Pad<br>Character #13 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 13 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #14 (ISO #5)<br>Pad<br>Character #15 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

**Figure H-1.2  EQUIPMENT IDENTIFICATION STATUS (cont'd)**

Confidential

**ADDED:  August 30, 1993**
**ARINC REPORT 624 - Page 80**

### APPENDIX H (cont d)
### EXAMPLES OF OMS MESSAGES ON ARINC 629

| ARINC 629 | MSB | | | | | | | Flight Leg, Flight Phase and Date/Time Periodic Report | | | | | | | | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | Label | | | | | | | | | | | |
| 1 | Subsystem Status | | | | Spare | | | | Pad | | | | | | | |
| 2 | Freshness Counter | | | | Parameter Validity Bits | | | | | | | | | | | |
| 3 | Data | | | | | | | | | | | | | | | |
| : | : | | | | | | | | | | | | | | | |
| 6 | Data | | | | | | | | | | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Label = Flight Leg, Flight Phase<br>and Date/Time | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status<br>Spare<br>Pad | 5<br>3<br>8 | Set = 000B<br>Set = 00000000B |
| Word 2 | 15-12<br>11-3<br>2<br>1<br>0 | Freshness Counter<br>Spare<br>Date and Time Parameter Validity<br>Flight Phase Parameter Validity<br>Flight Leg Parameter Validity | 4<br>9<br>1<br>1<br>1 | Set = 000000000B |
| Word 3 | 15-8<br>7-0 | Flight Leg (integer)<br>Flight Phase (integer) | 8<br>8 | |
| Word 4 | 15-12<br>11-8<br>7-4<br>3-0 | Tens of Years (BCD)<br>Units of Years (BCD)<br>Tens of Months (BCD)<br>Units of Months (BCD) | 4<br>4<br>4<br>4 | |
| Word 5 | 15-12<br>11-8<br>7-4<br>3-0 | Tens of Days (BCD)<br>Units of Days (BCD)<br>Tens of Hours (BCD)<br>Units of Hours (BCD) | 4<br>4<br>4<br>4 | |
| Word 6 | 15-12<br>11-8<br>7-4<br>3-0 | Tens of Minutes (BCD)<br>Units of Minutes (BCD)<br>Tens of Seconds (BCD)<br>Units of Seconds (BCD) | 4<br>4<br>4<br>4 | |

**Figure H-2  FLIGHT LEG, FLIGHT PHASE AND DATE/TIME PERIODIC REPORT**

Confidential

**ADDED: August 30, 1993**

**APPENDIX H (cont'd)**
**EXAMPLE OF OMS MESSAGES ON ARINC 629**

| ARINC 629 | MSB | | | | | | | Aircraft Identification Periodic Report | | | | | | | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | | | | | Label | | | | | | | |
| 1 | Subsystem Status | | | | Spare | | | | Pad | | | | | | | |
| 2 | Freshness Counter | | | | Parameter Validity Bits | | | | | | | | | | | |
| 3 | Data | | | | | | | | | | | | | | | |
| : | : | | | | | | | | | | | | | | | |
| 8 | Data | | | | | | | | | | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Label = Aircraft Identification<br>and Date/Time | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status<br>Spare<br>Pad | 5<br>3<br>8 | Set = 000B<br>Set = 00000000B |
| Word 2 | 15-12<br>11-2<br>1<br><br>0 | Freshness Counter<br>Spare<br>Registration Number Parameter<br>Validity<br>ICAO 24 bit code Parameter<br>Validity | 4<br>10<br>1<br><br>1 | Set = 0000000000B |
| Word 3 | 15-0 | ICAO 24 bit code | 16 | |
| Word 4 | 15-8<br>7<br>6-0 | ICAO 24 bit code<br>Registration Number<br>Pad<br>Character #1 (ISO #5) | 8<br>1<br>7 | |
| Word 5 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #2 (ISO #5)<br>Pad<br>Character #3 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 6 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #4 (ISO #5)<br>Pad<br>Character #5 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 7 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #6 (ISO #5)<br>Pad<br>Character #7 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 8 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #8 (ISO #5)<br>Pad<br>Character #9 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

**Figure H-3  AIRCRAFT IDENTIFICATION PERIODIC REPORT**

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 - Page 82

### APPENDIX H (cont d)
### EXAMPLES OF OMS MESSAGES ON ARINC 629

| ARINC 629 | MSB | | | | | | | Flight Number and Departure/Destination Airport Periodic Report | | | | | | | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | | | | Label | | | | | | | |
| 1 | Subsystem Status | | | | Spare | | | Pad | | | | | | | |
| 2 | Freshness Counter | | | | Parameter Validity Bits | | | | | | | | | | |
| 3 | Data | | | | | | | | | | | | | | |
| : | : | | | | | | | | | | | | | | |
| 11 | Data | | | | | | | | | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Label = Flight  Number and Departure/Destination Airport | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status<br>Spare<br>Pad | 5<br>3<br>8 | Set = 000B<br>Set = 00000000B |
| Word 2 | 15-12<br>11-3<br>2<br><br>1<br><br>0 | Freshness Counter<br>Spare<br>Destination Airport Parameter Validity<br>Departure Airport Parameter Validity<br>Flight Number Parameter Validity | 4<br>9<br>1<br><br>1<br><br>1 | Set = 000000000B |
| Word 3 | 15<br>14-8<br>7<br>6-0 | Flight Number<br>Pad<br>Character #1 (ISO #5)<br>Pad<br>Character #2 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 4 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #3 (ISO #5)<br>Pad<br>Character #4 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 5 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #5 (ISO #5)<br>Pad<br>Character #6 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 6 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #7 (ISO #5)<br>Pad<br>Character #8 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 7 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #9 (ISO #5)<br>Pad<br>Character #10 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

**Figure H-4  FLIGHT NUMBER AND DEPARTURE/DESTINATION AIRPORT PERIODIC REPORT**

Confidential

ADDED: August 30, 1993

**APPENDIX H (cont'd)**
**EXAMPLE OF OMS MESSAGES ON ARINC 629**

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 8 | 15<br>14-8<br>7<br>6-0 | Destination Airport<br>Pad<br>Character #1 (ISO #5)<br>Pad<br>Character #2 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 9 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #3 (ISO #5)<br>Pad<br>Character #4 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 10 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #1 (ISO #5)<br>Pad<br>Character #2 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |
| Word 11 | 15<br>14-8<br>7<br>6-0 | Pad<br>Character #3 (ISO #5)<br>Pad<br>Character #4 (ISO #5) | 1<br>7<br>1<br>7 | Set = 0B<br><br>Set = 0B |

**Figure H-4  FLIGHT NUMBER AND DEPARTURE/DESTINATION AIRPORT PERIODIC REPORT (cont'd)**

Confidential

FX0088041

ADDED: August 30, 1993
ARINC REPORT 624 - Page 84

**APPENDIX H (cont d)**
**EXAMPLES OF OMS MESSAGES ON ARINC 629**

| ARINC 629 | MSB | | | | | | | Fault Status Periodic Report | | | | | | | | LSB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Word | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 0 | Channel ID | | | | Label | | | | | | | | | | | |
| 1 | Subsystem Status | | | | Spare | | | Pad | | | | | | | | |
| 2 | Freshness Counter | | | | Parameter Validity Bits | | | | | | | | | | | |
| 3 | Data | | | | | | | | | | | | | | | |
| : | : | | | | | | | | | | | | | | | |
| N | Data | | | | | | | | | | | | | | | |

| Word No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Word 0 | 15-12<br>11-0 | Source Channel Identification<br>Label = Fault Reporting | 4<br>12 | |
| Word 1 | 15-11<br>10-8<br>7-0 | System Status (*1)<br>Spare<br>Pad | 5<br>3<br>8 | Set = 000B<br>Set = 00000000B |
| Word 2 | 15-12<br>11-0 | Freshness Counter<br>Spare | 4<br>12 | Set = 000000000000B |
| Word 3 | 15<br><br>14<br>13<br>12<br>11<br>10<br>9<br>8-0 | Power Interrupt Recovery<br><br>Left CMC Activity Fail<br>Left CMC Signal Fail<br>Right CMC Activity Fail<br>Right CMC Signal Fail<br>Initiated Test Test-Incomplete<br>Initiated Test Inhibit #1<br>Assigned Fault Bits | 1<br><br>1<br>1<br>1<br>1<br>1<br>1<br>9 | Power Interrupt Recovery in<br>Last 3 Seconds = 1B<br>No Data From CMC = 1B<br>CMC Data Invalid = 1B<br>No Data From CMC = 1B<br>CMC Data Invalid = 1B<br>Test Incomplete = 1B<br>Test Inhibited = 1B |
| Word 4-<br>Word N | 15-0 | Assigned Fault Bits (*2) | 16 | |

¢-1

(*1)   The function test bit (bit 2) should be set to 1 when any initiated test is in-test and set to 0 otherwise.

(*2)   Set unassigned bits on last word to 0 (pad)

**Figure H-5  FAULT STATUS PERIODIC REPORT**

**ADDED: August 30, 1993**

### APPENDIX I
### EXAMPLES OF OMS MESSAGES ON BUSES OTHER THAN ARINC 629

Example of Equipment Identification Status Message on the Other Bus are presented in figure I-1.

The message format shown below (figure I-1) is an example of the OMS Application Program Message. This example includes the identical OMS application information to that in the figure H-1.2. The overhead to be added by OSI layers are not included.

Note: Bit 8 is Most Significant Bit (MSB)

| Octet No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Octet 1 | 8-7<br>6<br>5-1 | Message Name = Equipment<br>Identification Status<br>Class (Application)<br>Encoding (Constructed)<br>Number (17) | 2<br>1<br>5 | Set = 01B<br>Set = 1B<br>Set = 10001B |
| Octet 2 | 8-1 | Length (68 bytes) | 8 | Set = 01000100B |
| Octet 3 | 8-7<br>6<br>5-1 | Equipment A<br>Class (Context-specific)<br>Encoding (Constructed)<br>Number (0) | 2<br>1<br>5 | Set = 10B<br>Set = 1B<br>Set = 00000B |
| Octet 4 | 8-1 | Length (66 bytes) | 8 | Set = 01000010B |
| Octet 5 | 8-7<br>6<br>5-1 | Equipment ID<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (0) | 2<br>1<br>5 | Set = 10B<br>Set = 0B<br>Set = 00000B |
| Octet 6 | 8-1 | Length (1 byte) | 8 | Set = 00000001B |
| Octet 7 | 8-1 | Equipment ID (integer) | 8 | |
| Octet 8 | 8-7<br>6<br>5-1 | HW Part Number<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (2) | 2<br>1<br>5 | Set = 10B<br>Set = 0B<br>Set = 00010B |
| Octet 9 | 8-1 | Length (15 bytes) | 8 | Set = 00001111B |
| Octet 10 | 8<br>7-1 | Pad<br>Character #1 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 11 | 8<br>7-1 | Pad<br>Character #2 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 12 | 8<br>7-1 | Pad<br>Character #3 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 13 | 8<br>7-1 | Pad<br>Character #4 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 14 | 8<br>7-1 | Pad<br>Character #5 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 15 | 8<br>7-1 | Pad<br>Character #6 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 16 | 8<br>7-1 | Pad<br>Character #7 (ISO #5) | 1<br>7 | Set = 0B |

I-1

**Figure I-1  EQUIPMENT IDENTIFICATION STATUS**

Confidential

**ADDED:  August 30, 1993**
**ARINC REPORT 624 – Page 86**

### APPENDIX I (cont'd)
### EXAMPLES OF OMS MESSAGES ON BUSES OTHER THAN ARINC 629

Note:  Bit 8 is Most Significant Bit (MSB)

| Octet No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Octet 17 | 8-7<br>1 | Pad<br>Character #8 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 18 | 8<br>7-1 | Pad<br>Character #9 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 19 | 8<br>7-1 | Pad<br>Character #10 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 20 | 8<br>7-1 | Pad<br>Character #11 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 21 | 8<br>7-1 | Pad<br>Character #12 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 22 | 8<br>7-1 | Pad<br>Character #13 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 23 | 8<br>7-1 | Pad<br>Character #14 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 24 | 8<br>7-1 | Pad<br>Character #15 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 25 | 8-7<br>6<br>5-1 | Serial Number<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (3) | 2<br>1<br>5 | Set = 10B<br>Set = 0B<br>Set = 00011B |
| Octet 26 | 8-1 | Length (10 bytes) | 8 | Set = 00001010B |
| Octet 27 | 8<br>7-1 | Pad<br>Character #1 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 28 | 8<br>7-1 | Pad<br>Character #2 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 29 | 8<br>7-1 | Pad<br>Character #3 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 30 | 8<br>7-1 | Pad<br>Character #4 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 31 | 8<br>7-1 | Pad<br>Character #5 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 32 | 8<br>7-1 | Pad<br>Character #6 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 33 | 8<br>7-1 | Pad<br>Character #7 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 34 | 8<br>7-1 | Pad<br>Character #8 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 35 | 8<br>7-1 | Pad<br>Character #9 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 36 | 8<br>7-1 | Pad<br>Character #10 (ISO #5) | 1<br>7 | Set = 0B |

**Figure I-1  EQUIPMENT IDENTIFICATION STATUS (cont'd)**

Confidential

FX0088044

ADDED: August 30, 1993

ARINC REPORT 624 – Page 87

**APPENDIX I (cont'd)**
**EXAMPLES OF OMS MESSAGES ON BUSES OTHER THAN 629**

Note: Bit 8 is Most Significant Bit (MSB)

| Octet No. | Bit Position | Parameter | No. bits | Specifics |
|---|---|---|---|---|
| Octet 37 | 8-7<br>6<br>5-1 | SW Part Number 1<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (5) | 2<br>1<br>5 | Set = 10B<br>Set = 0B<br>Set = 00101B |
| Octet 38 | 8-1 | Length (15 bytes) | 8 | Set = 00001111B |
| Octet 39 | 8<br>7-1 | Pad<br>Character #1 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 40 | 8<br>7-1 | Pad<br>Character #2 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 41 | 8<br>7-1 | Pad<br>Character #3 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 42 | 8<br>7-1 | Pad<br>Character #4 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 43 | 8<br>7-1 | Pad<br>Character #5 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 44 | 8<br>7-1 | Pad<br>Character #6 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 45 | 8<br>7-1 | Pad<br>Character #7 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 46 | 8<br>7-1 | Pad<br>Character # 8(ISO #5) | 1<br>7 | Set = 0B |
| Octet 47 | 8<br>7-1 | Pad<br>Character #9 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 48 | 8<br>7-1 | Pad<br>Character #10 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 49 | 8<br>7-1 | Pad<br>Character #11 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 50 | 8<br>7-1 | Pad<br>Character #12 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 51 | 8<br>7-1 | Pad<br>Character #13 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 52 | 8<br>7-1 | Pad<br>Character #14 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 53 | 8<br>7-1 | Pad<br>Character 15 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 54 | 8-7<br>6<br>5-1 | SW Part Number 2<br>Class (Context-specific)<br>Encoding (Primitive)<br>Number (6) | 2<br>1<br>5 | Set = 10B<br>Set = 0B<br>Set = 00110B |
| Octet 55 | 8-1 | Length (15 bytes) | 8 | Set = 00001111B |
| Octet 56 | 8<br>7-1 | Pad<br>Character #1 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 57 | 8<br>7-1 | Pad<br>Character #2 (ISO #5) | 1<br>7 | Set = 0B |

**Figure I-1  EQUIPMENT IDENTIFICATION STATUS (cont'd)**

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 – Page 88

**APPENDIX I (cont'd)**
**EXAMPLES OF OMS MESSAGES ON BUSES OTHER THAN ARINC 629**

Note:  Bit 8 is Most Significant Bit (MSB)

| Octet No. | Bit Position | Parameter | No. bits | Specifics |
|-----------|--------------|-----------|----------|-----------|
| Octet 58 | 8<br>7-1 | Pad<br>Character #3 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 59 | 8<br>7-1 | Pad<br>Character #4 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 60 | 8<br>7-1 | Pad<br>Character #5 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 61 | 8<br>7-1 | Pad<br>Character #6 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 62 | 8<br>7-1 | Pad<br>Character #7 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 63 | 8<br>7-1 | Pad<br>Character #8 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 64 | 8<br>7-1 | Pad<br>Character #9 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 65 | 8<br>7-1 | Pad<br>Character #10.(ISO #5) | 1<br>7 | Set = 0B |
| Octet 66 | 8<br>7-1 | Pad<br>Character #11 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 67 | 8<br>7-1 | Pad<br>Character #12 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 68 | 8<br>7-1 | Pad<br>Character #13 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 69 | 8<br>7-1 | Pad<br>Character #14 (ISO #5) | 1<br>7 | Set = 0B |
| Octet 70 | 8<br>7-1 | Pad<br>Character #15 (ISO #5) | 1<br>7 | Set = 0B |

**Figure I-1  EQUIPMENT IDENTIFICATION STATUS (cont'd)**

Confidential

FX0088046

**ADDED: August 30, 1993**

## APPENDIX J1
## STATE TRANSITION DIAGRAMS

The following sections contain state transition diagrams for each of the command types defined in Section 6.6.3.4. In each transition diagram, boxes represent states, and vectors represent transitions. Each transition is labeled with text definded the event that causes the transition, and, if applicable, the action to be performed while making the transition. The event and action is in the following format:

J1      Get, Set, and Status Commands

The state transition diagram for the Get, Set, and Status commands is given in Figure B-6.1-1.



ɕ-1

    \*\*    Applicable only to systems using a periodic fault reporting

    \*\*\*   Applicable only to systems that specify that they will receive this data

| Data Item | Data Transmitter | Data Receiver | Set Transmit Criteria |
|---|---|---|---|
| Equipment Identification | Member System | CMC | Not applicable |
| Fault Status | Member System | CMC | Member system power-up** |
| LRU Fault History | Member System | CMC | Not applicable |
| Elapsed Time/Power Cycle | Member System | CMC | Not applicable |
| LRU Parameter Group | Member System | CMC | Not applicable |
| LRU Parameter Value | Member System | CMC | Not applicable |
| Airplane Parameters | Member System | CMC | Not applicable |

**Figure J1-1 GET, SET, AND STATUS COMMAND STATE TRANSITION DIAGRAM**

Confidential

ADDED:  August 30, 1993
ARINC REPORT 624 – Page 90

## APPENDIX J2
## FAULT STATUS REPORTING COMMANDS

The state transition diagram for fault status reporting is given in Figure J2-1.



Figure J2-1 FAULT STATUS REPORTING STATE TRANSITION DIAGRAM

ADDED: August 30, 1993

## APPENDIX J3
## INITIATED TEST COMMANDS

The state transition diagram for performing initiated tests is given in Figure J3-1.



Type 1 test:  Tests that require mechanic action to return the system to normal configuration when test is aborted.

Type 2 test:  Tests that do not require mechanic action to return system to normal configuration when test is aborted.

**Figure J3-1 PERFORMING INITIATED TESTS STATE TRANSITION DIAGRAM**

Confidential

Copyright © 1993 by
AERONAUTICAL RADIO, INC.
2551 Riva Road
Annapolis, Maryland  21401-7465 USA

SUPPLEMENT 1

TO

ARINC REPORT 624©

DESIGN GUIDANCE FOR ONBOARD MAINTENANCE SYSTEM (OMS)


Published:  August 30, 1993


Prepared by the Airlines Electronic Engineering Committee

Adopted by the Airlines Electronic Engineering Committee:  July 22, 1993

A. PURPOSE OF THE SUPPLEMENT

This supplement revises the OMS communications protocol section to include provisions for data buses other than ARINC 429. This Supplement also revised the Airplane Condition Monitoring System (ACMS) section to reflect lessons learned from the existing ACMS implementations.

B. ORGANIZATION OF THE SUPPLEMENT

Due to the extensive nature of the changes incorporated into the Supplement, ARINC Report 624 has been reproduced in its entirety. The modified and added material on each page is identified by a ¢-1 symbol in the margins.

Copies of ARINC Report 624 adopted by the AEEC July 17, 1991 and published August 26, 1991, should be considered obsolete.

C.   CHANGES TO ARINC REPORT 624 INTRODUCED BY THE SUPPLEMENT

This section presents a complete tabulation of the changes and additions to the Report introduced by this Supplement. Each change or addition is defined by the section number and the title that will be employed when the Supplement is eventually incorporated. In each case a brief description of the change or addition is included.

1.4 Related Documents

Section revised.

6.0 OMS Communications Protocol

Section completely revised.

8.0 Airplane Condition Monitoring System (ACMS)

Section completely revised.

ATTACHMENT 2 - DATABUS SPECIFIC REQUIREMENTS FOR OMS COMMUNICATIONS PROTOCOL

Attachment completely revised.

APPENDIX G - EXAMPLE - OMS COMMUNICATIONS PROTOCOL APPLICATIONS DATA

Appendix completely revised.

APPENDIX H - EXAMPLES OF OMS MESSAGES ON ARINC 629

New Appendix added.

APPENDIX I - EXAMPLES OF OMS MESSAGES ON BUSES OTHER THAN ARINC 629

New Appendix added.

APPENDIX J - STATE TRANSITION DIAGRAMS

New Appendix added.

APPENDIX J1 - GET, SET AND STATUS COMMANDS

New Appendix added.

APPENDIX J2 - FAULT STATUS REPORTING COMMANDS

New Appendix added.

APPENDIX J3 - INITIATED TEST COMMANDS

New Appendix added.

Confidential

FX0088051