# Exhibit G



# GATE-AIRCRAFT TERMINAL ENVIRONMENT LINK (GATELINK) - GROUND SIDE

## SPECIFICATION 632

### PUBLISHED:  DECEMBER 30, 1994

AN **ARINC** DOCUMENT

Prepared by
AIRLINES ELECTRONIC ENGINEERING COMMITTEE
Published by
AERONAUTICAL RADIO, INC.
2551 RIVA ROAD, ANNAPOLIS, MARYLAND 21401

FX0002412

This document is based on material submitted by various participants during the drafting process. Neither AEEC nor ARINC has made any determination whether these materials could be subject to claims of patent or other proprietary rights by third parties, and no representation or warranty, express or implied, is made in this regard. Any use of or reliance on this document shall constitute an acceptance hereof "as is" and be subject to this disclaimer.

FX0002413

Copyright© 1994 by
AERONAUTICAL RADIO, INC.
2551 Riva Road
Annapolis, Maryland USA 21401-7265

ARINC SPECIFICATION 632

GATE-AIRCRAFT TERMINAL ENVIRONMENT

LINK (GATELINK) - GROUND SIDE

Published:  December 30, 1994

Prepared by the Airlines Electronic Engineering Committee

Specification 632       Adopted by the Airlines Electronic Engineering Committee:  October 19, 1994
Specification 632       Adopted by the Industry:  December 23, 1994

FX0002414

## FOREWORD

### Activities of AERONAUTICAL RADIO, INC. (ARINC)

### and the

### Purpose of ARINC Reports and Specifications

Aeronautical Radio, Inc. is a corporation in which the United States scheduled airlines are the principal stockholders. Other stockholders include a variety of other air transport companies, aircraft manufacturers and non-U.S. airlines.

Activities of ARINC include the operation of an extensive system of domestic and overseas aeronautical land radio stations, the fulfillment of systems requirements to accomplish ground and airborne compatibility, the allocation and assignment of frequencies to meet those needs, the coordination incident to standard airborne communications and electronics systems and the exchange of technical information. ARINC sponsors the Airlines Electronic Engineering Committee (AEEC), composed of airline technical personnel. The AEEC formulates standards for electronic equipment and systems for the airlines. The establishment of Equipment Characteristics is a principal function of this Committee.

It is desirable to reference certain general ARINC Specifications and Reports which are applicable to more than one type of equipment. These general specifications or reports may be considered as supplementary to the equipment characteristics in which they are referenced. They are intended to set forth the desires of the airlines pertaining to components and general design, construction, and interchangeability in airline service. The release of a specification or equipment characteristic should not be construed to obligate ARINC or any airline insofar as the purchase of any components or equipment is concerned.

An ARINC Report (Specification or Characteristic) has a twofold purpose, which is:

(1)   To indicate to the prospective manufacturers of airline electronic equipment the considered opinion of the airline technical people coordinated on an industry basis concerning requisites of new equipment, and

(2)   To channel new equipment designs in a direction which can result in the maximum possible standardization of those physical and electrical characteristics which influence interchangeability of equipment without seriously hampering engineering initiative.

ii

FX0002415

## TABLE OF CONTENTS

| _ITEM | SUBJECT | PAGE |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| 1.1 | Purpose of this Document | 1 |
| 1.2 | General Gatelink Description | 1 |
| 1.3 | Scope | 1 |
| 1.4 | Applicable Documents | 1 |
| 1.5 | Interchangeability | 2 |
| 1.6 | Interoperability | 2 |
| | | |
| 2.0 | OBJECTIVES | 3 |
| 2.1 | Operational Objectives | 3 |
| 2.2 | Off-the-Shelf Component Support | 3 |
| 2.3 | AOP/ATN Compliance | 3 |
| 2.4 | Security Issues | 3 |
| 2.5 | Automatic Operation | 3 |
| | | |
| 3.0 | SYSTEM ARCHITECTURE | 4 |
| 3.1 | Gatelink System | 4 |
| | | |
| 4.0 | ARCHITECTURE | 5 |
| 4.1 | Gatelink Ground Infrastructure Definition | 5 |
| 4.2 | Gatelink Connectivity Concepts | 5 |
| 4.2.1 | Connection Using Infrared | 5 |
| 4.2.2 | Connection Using Umbilical | 5 |
| | | |
| 5.0 | INFRASTRUCTURE | 6 |
| 5.1 | Media Components | 6 |
| 5.1.1 | Cable | 6 |
| 5.1.1.1 | Cable Routings and Placement | 6 |
| 5.1.1.2 | Cable Implementation Examples | 6 |
| 5.1.1.2.1 | IR Implementation | 6 |
| 5.1.1.2.2 | Umbilical Implementation | 6 |
| 5.1.1.2.3 | Implementation of Both Modes | 6 |
| 5.1.1.3 | Cable Length | 6 |
| 5.1.1.4 | Cable Definitions | 6 |
| 5.1.1.5 | Loss Values | 6 |
| 5.1.1.5.1 | Aircraft to Terminal | 6 |
| 5.1.1.5.2 | Terminal to Aircraft | 7 |
| 5.1.1.5.3 | Minimizing Loss | 7 |
| 5.1.2 | Connectors | 7 |
| 5.1.2.1 | Transition Connector | 7 |
| 5.1.2.2 | Aircraft Connector | 7 |
| 5.1.2.3 | GTU Connector | 7 |
| 5.2 | Ground Transceiver Unit (GTU) | 7 |
| 5.2.1 | GTU Description | 7 |
| 5.2.2 | Signal in Space | 7 |
| 5.2.3 | Power Requirements | 7 |
| 5.2.4 | Size/Weight | 8 |
| 5.2.5 | Physical Location | 8 |
| 5.2.6 | Transceiver Alignment | 8 |
| 5.2.7 | Environmental Considerations | 8 |
| 5.2.7.1 | Power Connector | 8 |
| 5.3 | Ground Gatelink Interface Unit | 8 |
| 5.3.1 | System Description | 8 |
| 5.3.1.1 | GGIU Description | 8 |
| 5.3.1.2 | Router | 9 |
| 5.3.2 | Internetworking Routing Protocols | 9 |
| 5.3.3 | ANSI FDDI Port Configuration Chart | 9 |
| 5.4 | Gatelink Application Environment Examples | 9 |
| 5.4.1 | GGIU to Token Ring | 9 |
| 5.4.2 | GGIU to Ethernet | 9 |
| 5.4.3 | GGIU to FDDI | 9 |
| 5.4.4 | GGIU to ALC | 9 |

iii

FX0002416

## TABLE OF CONTENTS

| ITEM | SUBJECT | PAGE |
|------|---------|------|
| **ATTACHMENTS** | | |
| 1 | Acronyms | 10 |
| 2 | Glossary | 11-13 |
| 3 | Recommended GTU Environmental Conditions | 14 |
| 4 | Cable Implementations | 15 |
| 5-1 | Gatelink Configurations - Aircraft to Ground | 16 |
| 5-2 | Gatelink Configurations - Ground to Aircraft | 17 |
| 6 | Pin Assignments for GGIU Interface Wire Connector | 18 |
| 7 | GGIU to Token Ring | 19 |
| 8 | GGIU to Ethernet | 20 |
| 9 | GGIU to FDDI | 21 |
| 10 | GGIU to ALC Network | 22 |
| 11-1 | Media Components | 23 |
| 11-2 | System Loss Limits | 24 |

iv

FX0002417

## 1.0 INTRODUCTION

### 1.1 Purpose of this Document

This document contains the necessary definitions and recommendations to implement the Gatelink ground system and infrastructure. This document provides general and specific guideline for development and installation of Gatelink systems and related communications infrastructure. To this end, this guidance document describes the desired operational environment and the standards necessary to support Gatelink.

### 1.2 General Gatelink Description

Gatelink is defined as a high-speed, two-way communication link between a parked aircraft and a ground-based communications system.

The purpose of this link is to enable data communications between an aircraft and a network or host on the ground. Communication via Gatelink can be conducted while the aircraft is parked at a jet bridge or tarmac, equipped with compatible Gatelink equipment as described in this document.



**Figure 1-1
IR Connection**

### COMMENTARY

Examples of Gatelink data exchange may include updates of onboard databases such as the Electronic Library System (ELS), entertainment systems to host systems/networks at the airport, downloading of engine performance data from the cockpit to maintenance, and interactive data or voice communications.

For proper operation of the Gatelink system, an assumption is made that both the aircraft and the ground environment are equipped with the Gatelink interfaces described in this document and in ARINC Characteristic 751.

The Gatelink Specification describes two modes for enabling a physical and data link level connection between the aircraft and the ground-based system. One method uses a line-of-site infrared (IR) link through a wireless atmospheric path (see Figure 1-1). This method does not require intervention from ground-based personnel and is preferred in most operational environments.

Alternatively, a physical connection, using a fiber optic cable (umbilical cable) terminating with an expanded beam connector and mating with a corresponding receptacle on the aircraft (see Figure 1-2) can be employed. When using the umbilical cable, ground personnel will connect and disconnect the fiber.

The ground infrastructure portion of Gatelink is comprised of those components as depicted in Figure 1-3. This includes Cables, Connectors, Gatelink unique hardware and "Commercial-Off-the Shelf" (COTS) hardware. Descriptions of these components are addressed in this document.

The Gatelink definition with respect to the aircraft is described in ARINC Characteristic 751.



**Figure 1-2
Fiber Connection**

### 1.3 Scope

This document provides a development and implementation guide for airlines, airport municipalities, vendors, and other organizations desiring to integrate the Gatelink system into an airport architecture. This document, used in conjunction with companion document ARINC Characteristic 751, provides a complete reference which addresses protocol issues related to layers one and two of the OSI reference model.

### 1.4 Applicable Documents

The following documents are referred to in this document and are applicable to the extent specified herein:

ARINC Characteristic 751 "Gate-Aircraft Terminal Environment Link (Gatelink) -Aircraft Side."

FX0002418

## 1.0 INTRODUCTION (cont'd)

ARINC Characteristic 636 "Onboard Local Area Network (OLAN)" Specification.

ANSI X3.166-1990 Fiber Distributed Data Interface (FDDI) - Token Ring Physical Layer Protocol (PHY) EIA/TIA 472-DAXX Detailed FDDI Connection Specification.

RTCA/DO-160C, Environmental Conditions and Test Procedures for Airborne Equipment.

RTCA/DO-178B, Software Considerations in Airborne Systems and Equipment Certification.

ISO 8473 - Connectionless Mode Network Service (CLNP).

ISO 8802-2 - Information Processing Systems Local Area Networks - Part 2: Logical Link Control.

ISO 9413-3 Information Processing Systems - FDDI Physical Layer Media Dependent (PMD).

ISO FDDI SMT - X3T9.5/92-Rev 7.0.

ISO 10747 - Protocol for Exchange of Inter-Domain Routing Protocol (IDRP) Information Among Intermediate Systems.

### 1.5  Interchangeability

One of the primary functions of an ARINC Standard is to specify the interchangeability desired by the airline users. Gatelink equipment designed by different manufacturers should be interchangeable in the various aircraft and airport installations. This is especially important because of the wide variety of aircraft and passenger loading bridges used by different airlines.

### 1.6  Interoperability

While every effort is made herein to completely define all interfaces, unanticipated problems may arise in developing and integrating network equipment. Most vendor network equipment that meets IEEE and ANSI networking standards should be interoperable in the Gatelink LAN infrastructure environment.

Gatelink system interoperability is dependent on the compatibility of the infrared aircraft transceiver unit with the infrared ground transceiver unit. This should be ensured if both components adhere to recommendations set forth in ARINC Characteristic 751.



**Figure 1-3**
**Gatelink Architecture**

FX0002419

## 2.0 OBJECTIVES

### 2.1 Operational Objectives

The following objectives exist for Gatelink operations:

- Gatelink will use non-developmental, Commercial Off-The-Shelf (COTS) equipment where ever possible.

- Gatelink will comply with the communications standards defined in the Aeronautical OSI Profile (AOP) and the Aeronautical Telecommunications Network (ATN) Manual.

- Use of Gatelink will not degrade aircraft security.

- Use of Gatelink transceiver will facilitate Gatelink link establishment without human intervention.

- Gatelink should be used in a manner which will not negatively impact flight operations, e.g., flight delay.

### 2.2 Off-the-Shelf Component Support

The Gatelink system ground infrastructure is based on the implementation and use of international standards such as those published by ANSI, IEEE, and ISO. In keeping with the "Commercial-Off-the-Shelf" (COTS) objectives, this document recommends the use of established technologies and architectures readily available in the commercial market place. The Gatelink ground infrastructure should be supported by COTS products. Use of COTS products will reduce implementation costs and constraints while increasing vendor participation and support. The selected products should meet minimum performance and interoperability specifications as detailed in Section 4 of this document.

### 2.3 AOP/ATN Compliance

When ATN compliance is achieved, the Ground Gatelink Interface Unit (GGIU) should perform the function of a Boundary Intermediate System (BIS) for the ground domain as defined in the ATN manual. This will include implementation of the ISO 10747 Inter-Domain Routing information exchange Protocol (IDRP), the ISO End System to Intermediate System (ES-IS) routing information exchange Protocol, and the ISO CLNS 8473 Internetwork Protocol to provide the Connectionless Network Services.

### COMMENTARY

Although the aircraft and ground systems may be owned and operated by the same organization, the nature of the addressing system requires that the aircraft GIU form its own routing domain. Thus, the IDRP protocol will be used over the Gatelink subnetwork.

### 2.4 Security Issues

The security of the aircraft or its network should not be compromised by the implementation of the Gatelink system.

Security attributes of the Gatelink System should be discussed within established security procedures or in the higher layers of the OSI model. Each layer may implement a certain level of security, but ultimately it is the responsibility of each host/application to provide appropriate levels of protection and security. The approaches discussed herein relative to providing data link level security should in no way be construed as removing the responsibility of each host/application and other network elements from implementing appropriate security mechanisms at the network layer and above.

Should security features be desired at the data link layer, it should be accomplished at the GGIU. Any COTS router (GGIU) product should implement an ability to control such that any port could be enabled or disabled from a remote management console. In this manner, a single management console could maintain control of both connection mechanisms (infrared and umbilical), as well as all jet bridge communications in the network. Use of such a management system should eliminate the need for specific security measures to be implemented at the GTU.

### 2.5 Automatic Operation

In the IR mode the aircraft should be able to establish a Gatelink connection automatically as it parks at the jet bridge. In the umbilical mode, manual attachment of the fiber connection by maintenance personnel should initiate link establishment.

FX0002420

## 3.0 SYSTEM ARCHITECTURE

### 3.1   Gatelink System

The Gatelink System architecture as depicted in Figure 3-1 is comprised of a number of ARINC Specifications. ARINC Specification 632 defines the environment that facilitates communications over the ground portion of the system. ARINC Characteristic 751 defines the airborne Gatelink environment to ensure compatibility to any Ground Gatelink System pair in a way that makes global interoperability possible. The ground system is comprised of a number of devices that can be considered COTS, or Commercial-Off-the-Shelf.   The primary device is the Ground Gatelink Interface Unit (GGIU).   This device is a standard internetworking router with ANSI FDDI support on two or more ports.   These ports are configured in an "A" and "B" FDDI configuration as depicted in Figure 5-3.   The configuration appears to have a DAS (Dual Attached Station) configuration; however, only one port is used at any given time creating a connection to the aircraft in a SAS (Single Attached Station) mode.   Both

ports are provided so that either the Infrared or Umbilical connection can be used upon connection to the aircraft. Standard FDDI optical fiber is used to connect the GGIU to the Ground Transceiver Unit (GTU) which is used to transmit and receive the Infrared signal from the aircraft. Cable specifications, connector requirements, and pinning configurations are all covered in this document.

### COMMENTARY

As part of this architecture, it is assumed that the ground infrastructure is similar to one of the operating environments depicted in the figures in Section 5.4 of this document.   Each application environment example represents a cross section of the operating environments found in most airport locations throughout the world.   This document addresses the ground infrastructure necessary to support the Gatelink communications system.



**Figure 3-1**
**Gatelink Architecture**

FX0002421

## 4.0 ARCHITECTURE

### 4.1 Gatelink Ground Infrastructure Definition

Gatelink defines a communications interface between an aircraft and a ground based network, which is operational while the aircraft is parked on the ground. The design of the communications interface is based on the ANSI Fiber Distributed Data Interface (FDDI) capable of data transfer rates of 100 Mbps. The Ground infrastructure is comprised of the Ground Transceiver Unit (GTU), the Gatelink Ground Interface Unit (GGIU), and the associated cables and connectors required in a network supporting the Gatelink technology. The Aircraft Transceiver Unit (ATU), mounted below the passenger door, provides the connection for the aircraft component of the data link. See Figure 4-1.



**Figure 4-2**
**Connection of Umbilical to GGIU**
**Via Underground Utility Vaults**



**Figure 4-3**
**Connection of Umbilical to GGIU**
**Via Cabling on the Loading Bridge**



**Figure 4-1**
**Connection of GTU to GGIU**

### 4.2 Gatelink Connectivity Concepts

#### 4.2.1 Connection Using Infrared

A hands-off, fully automatic Gatelink connection is achieved by two transceivers that use infrared beams across a free air gap. The GTU is mounted under the loading bridge, and the ATU is mounted on the aircraft, in the general area under the passenger door. The connection is established when the aircraft and ground transceiver units come within the field of view of each other as the loading bridge is mated to the parked aircraft. The infrared beam field of view and signal strength has been established to accommodate alignment variations occurring between the ATU and GTU.

#### 4.2.2 Connection Using Umbilical

In some cases use of an infrared Gatelink connection may be precluded due to: 1) the lack of a suitable location to mount the GTU at the tarmac or jet bridge, or 2) an aircraft not equipped with an ATU below passenger door. Examples include maintenance bays and remote tarmac locations where GTU installation may not be practical. The Gatelink umbilical, which can be manually connected to the aircraft, may be used in these instances.

The umbilical connection option uses an expanded beam fiber optic connector which mates to a matching connector on the aircraft. A convenient location for the aircraft connector may be near the ground power panel. This connector is described in detail in ARINC Characteristic 751.

There are two options for connecting the fiber umbilical to the GGIU at the terminal environment: the cable may be routed through underground utility conduits in the tarmac (Figure 4-2), or attached to the loading bridge and routed along the loading bridge to the GGIU (Figure 4-3).

## 5.0 INFRASTRUCTURE

### 5.1   Media Components

#### 5.1.1   Cable

The full length of the physical connection is consists of two separate cables. They are the terminal cable and the umbilical cable. The terminal cable may use different protective outer jackets for jet bridge operation (where flexibility is desired) or under tarmac operation (where pull strength is desired).

The GTU may be connected directly to the "terminal cable" on the airport side interface.

The umbilical cable is a ruggedized extension cable for direct plug-in connection at the aircraft and may be connected directly to the terminal cable on the airport side. The umbilical connection to the terminal cable will include lensed terminations to convert the umbilicals 100/140μ fiber to standard ANSI 62.5/125μ fiber.

#### COMMENTARY

When providing both umbilical and IR connections, a "Y" connector may be a more efficient installation method. This configuration is shown in Attachment 4.

Figures 4-1, 4-2, and 4-3 depict typical examples of IR and umbilical installations. Refer to Attachment 11-1 for characteristics of each cable and connector.

#### 5.1.1.1   Cable Routings and Placement

Attachment 4 depicts three configurations acceptable for cable routing and placement.

- Aircraft - Umbilical - Under Tarmac - Terminal
- Aircraft - Umbilical - Jet Bridge - Terminal
- Aircraft - Umbilical - Terminal

#### 5.1.1.2   Cable Implementation Examples

Two standard cable implementations and one optional implementation are suggested and represented in Attachment 4. Since a Gatelink implementor may choose to implement either the IR or the Umbilical option or both, several cabling options exist.

#### COMMENTARY

Implementations of only the IR or only the Umbilical mode can be realized by installation of a single cable as described below. When implementing both the IR and Umbilical, a single cable containing multiple fibers may be more economical than installing two separate cables. In this case, the optional "Y" installation may be the most economical option for Gatelink installation.

#### 5.1.1.2.1   IR Implementation

The GGIU is connected to the GTU via the standardized Mil-Spec-38999 connector. See Attachment 4.

#### 5.1.1.2.2   Umbilical Implementation

The GGIU is connects to the umbilical cable via a transition connector that provides a conversion for the mismatched fibers. See Attachment 4.

For configurations where the umbilical cable is routed along a jet bridge, the transition can be accomplished at a point near the end of the jet bridge.

For tarmac operations where the umbilical cable is routed below the tarmac, the transition should be accomplished close to the aircraft.

#### 5.1.1.2.3   Implementation of Both Modes

Where both operational modes, infrared and umbilical, are employed at a jet bridge, implementors may optionally run a single cable bundle along the jet bridge to a "Y" connector that provides both the transition to 100/140μ for the aircraft umbilical and a 62.5/125μ to the GTU as shown in Attachment 4.

#### 5.1.1.3   Cable Length

Umbilical:

100/140μ cable – length of LRU should be short as possible but of sufficient length to ensure effective operation of Gatelink.

Under Tarmac Connector:

62.5/125μ cable at a length not to exceed 2 km as specified in ANSI FDDI specification X3.166-1990.

Jet bridge Connector:

62.5/125μ cable at a length not to exceed 2 km as specified in ANSI FDDI specification X3.166-1990.

#### 5.1.1.4   Cable Definitions

The umbilical and terminal cable should utilize the proposed EIA/TIA 478DAXX specification with additional parameters for abrasion and fluid immersion resistance as defined in Attachment 11-1.

The cable located under the tarmac should follow the specifications listed in Attachment 11-1. Note that this cable should also have the following requirements:

Pull Strength > 1000 N (can be referenced in EIA/TIA 478 Under ground specifications)

Waterproofing - Gel Filled with nylon over polyethylene outer jacket - non metallic

#### 5.1.1.5   Loss Values

#### 5.1.1.5.1   Aircraft to Terminal

A link budget analysis was conducted on the basis of a typical Gatelink configuration using recommended fiber and connector devices. Losses were computed in a tabular manner and converted to graphical information.

## 5.0 INFRASTRUCTURE (cont'd)

Losses from the aircraft to terminal are summarized in Attachment 11-2 and depicted graphically in Attachment 5-1.

Power available at the aircraft skin, at the worst case, was presumed to be -18 dBm. The system path loss is calculated as 2 dB from the aircraft to the terminal. The largest loss occurs at the transition from the 100μ fiber to the 62.5μ fiber.

### 5.1.1.5.2   Terminal to Aircraft

Losses from terminal to aircraft are shown in Attachment 11-2 and the graphical representation is shown in Attachment 5-2. The margin in this direction is 3.4 dB.

### 5.1.1.5.3   Minimizing Loss

In both cases a gain of 1 dB can be obtained by using a premium fiber product in the longer cable runs. A premium fiber which provides losses <1 dB/Km, although more expensive, is readily available.

The system should meet the performance requirements by the 2 to 3.5 dB margin with standard fiber and 3 to 5.5 dB margin using the premium fiber.

The 100/140μ to 62.5/125μ fiber transition should occur at the following locations:

a.   Umbilical to jet bridge connection - at the jet bridge side

b.   Umbilical to tarmac connection - on the tarmac side

### 5.1.2   Connectors

There are three connectors in the Gatelink system:

· The transition connector that attaches the line replaceable umbilical to the cable that runs into the terminal (umbilical/terminal connection)

· The aircraft connector

· The GTU connector

### 5.1.2.1   Transition Connector

The transition connector should comply with the following specifications:

| Terracing Type | Lensed (Expanded Beam) |
|---|---|
| Loss Values | 100/140μ -> 62.5/125μ - 7.0 dB Max |
| Loss Values | 62.5/125μ -> 100/140μ - 1.8 dB Max |
| Fiber Number | 4 Strands |
| Operating Temperature | - 55°C to 90°C |
| Tensile Load | 1000 N |
| Mating Cycles | 500 Mates |

The connector should be cylindrical, bulkhead/cable mounted, and environmentally sealed. This connector could be hermaphroditic.

### 5.1.2.2   Aircraft Connector

The aircraft connector is described in ARINC Characteristic 751.

### 5.1.2.3   GTU Connector

The GTU to GGIU wire interface connector is a Mil-C 38999, with contact arrangement E99. See Figure 5-1. The pin assignments for the GGIU wire connector are given in Attachment 6.



**Figure 5-1**

### 5.2   Ground Transceiver Unit (GTU)

### 5.2.1   GTU Description

The GTU contains an optical transceiver for the fiber connection to the GGIU and an infrared transceiver for communicating with the ATU across the air gap. The GTU acts as a repeater. The signals that come from the GGIU are converted into electrical form, reconditioned, and then converted to infrared. The GTU may include a simple loopback feature under the control of the GGIU for self test, but otherwise it contains no provisions for error detection or network services.

The GTU is mounted under the passenger loading bridge, as defined in Section 5.2.5, such that when the aircraft is parked and the bridge mated to the aircraft, the ATU and GTU will be within each other's field of view.

### 5.2.2   Signal in Space

The GTU should generate an infrared signal in space as defined in the ARINC Characteristic 751.

### 5.2.3   Power Requirements

The GTU should be designed to accept 110 Vac, 60 Hz, and 220 Vac, 50 Hz with a steady state power consumption that should not exceed 20 watts.

FX0002424

**5.0 INFRASTRUCTURE (cont'd)**

### 5.2.4   Size/Weight

The GTU mounts beneath the passenger jet bridge and will be of size and weight so as not to impede the normal operation of the jet bridge.

### 5.2.5   Physical Location

The GTU should be mounted under the passenger loading bridge as shown previously in Figure 1-1. As discussed in Section 5.2.6, the bridge operator should apply an alignment discipline to minimize the parking variation between the aircraft and passenger loading bridge.

**COMMENTARY**

One method of alignment is to mark the bumper of the bridge with a stripe that will be aligned with the left side of the passenger door (see Figure 4-1). This mark on the bridge provides a reference point for mounting the GTU.

The GTU should be mounted to align optically with the corresponding ATU. This can be accomplished by mounting the GTU such that it will rest at 43.7 cm below the step of the aircraft door and 16.3 cm forward of the doors center line. Mounting the GTU below the jet bridge and .75 m behind the front edge of the bridge bumper is recommended to meet the needs of a variety of aircraft that may use the jet bridge.



**Figure 5-2**
**Example of Alignment Method and Bridge Mark**

### 5.2.6   Transceiver Alignment

The infrared signal-in-space definition is driven by the amount of expected alignment variation between aircraft and passenger loading bridge and the optical power margin needed to overcome environmental losses. ARINC Characteristic 751 defines the guidelines for infrared footprint and optical power. The infrared transceiver units project a wide footprint to accommodate the alignment variation. To improve the optical power margin of the infrared signal and optimize connection reliability, the alignment variation between the aircraft and loading bridge should be minimized.

One method to reduce alignment variation is to mark the bumper of the loading bridge with a stripe (see Figure 5-2) or set of stripes. This stripe could be aligned with an aircraft feature such as the left side of the aircraft door opening.

**COMMENTARY**

ARINC Characteristic 751 includes a specification for maximum level of ambient light as part of the infrared signal in space definition. This maximum level was selected based on ambient light readings at tested gate locations. But unusual light conditions could occur at certain airport gates to cause problems. Sunlight reflected off buildings, tarmac, or airport equipment, and point sources of light such as headlights may fall into the transceiver's field of view and overwhelm the infrared signal causing errors. In order to avoid problems of light-related interference, the ATU and GTU may need to be protected from ambient light exceeding the maximum level. The GTU housing could be designed to block unwanted light, or the GTU could be mounted with protective shields around it.

### 5.2.7   Environmental Considerations

RTCA DO160-C describes environmental conditions and test procedures for airborne equipment. While the GTU is ground-based equipment, selected DO160-C conditions and test procedures are appropriate to use and are referenced in Attachment 3.

#### 5.2.7.1   Power Connector

The GTU power connector is a NEMA 16-15R twist-lock connector (rated for 14A, 250 V). The GTU contains a flanged inlet (receded male plug) which will mate with a waterproof female power connector.

### 5.3   Ground Gatelink Interface Unit

### 5.3.1   System Description

The GGIU, Fiber Optic Cable, Connectors, and the GTU are defined in this document.

#### 5.3.1.1   GGIU Description

The GGIU is a network router that can route and forward the protocols defined in the AOP. Optionally, the GGIU can also route and forward other protocols in a non-interfering manner. The GGIU should be able to route traffic over the ANSI FDDI transmission medium.

**COMMENTARY**

The airport-side architecture of the Gatelink subnetwork should allow continuous operation of the FDDI subnetwork, regardless of the attachment of aircraft to the gates. To achieve this, a router may have separate A/B ports for each gate enabling each gate to form its own FDDI subnetwork.

FX0002425

## 5.0 INFRASTRUCTURE (cont'd)

### 5.3.1.2   Router

A router interconnects LANs that use identical protocols at the network layer, and also interconnects LANs that use different LLC, MAC, or Physical Layer protocols. A router actively selects the next hop to use to forward a PDU towards the destination. The GGIU router should be ATN compliant.

### COMMENTARY

The router should contain sufficient processing power to provide an appropriate level of service to the aircraft. For example, if the router serves as an interconnection between lower speed LANs on the airport side, then the router need only provide the processing power to maintain the data rate of the lower speed LAN.

### 5.3.2   Internetworking Routing Protocols

The GGIU should provide the appropriate protocols to interoperate with the avionics router, e.g., GIU and CMU.

The configuration of the FDDI rings are dynamic. The router periodically broadcasts a poll to the devices on the FDDI rings to determine if new devices have been attached. This information is inserted into the routers' forwarding tables.

### 5.3.3   ANSI FDDI Port Configuration Chart

The FDDI port should be configured as shown in Figure 5-3.



**Figure 5-3**
**Gatelink/FDDI Port Configuration**

### 5.4   Gatelink Application Environment Examples

The following are several examples of application environments for Gatelink on the airport side.

### 5.4.1   GGIU to Token Ring

Gatelink application for token ring is shown in Attachment 7.

### 5.4.2   GGIU to Ethernet

Gatelink application for ethernet is shown in Attachment 8.

### 5.4.3   GGIU to FDDI

Gatelink application for FDDI is shown in Attachment 9.

### 5.4.4   GGIU to ALC

Gatelink application for ALC is shown in Attachment 10.

FX0002426

## ATTACHMENT 1
## ACRONYMS

| | |
|---|---|
| ACARS | Aircraft Communications Addressing and Reporting System |
| ACCTS | Aviation Coordinating Committee for Telecommunications Services |
| ADNS | ARINC Data Network Services |
| AEEC | Airlines Electronic Engineering Committee |
| AOP | Aeronautical OSI Profile |
| ATN | Aeronautical Telecommunications Network |
| ATU | Aircraft Transceiver Unit |
| BER | Bit Error Rate |
| bps | Bits Per Second |
| CMU | Communications Management Unit |
| COTS | Commercial Off The Shelf |
| GIU | Gatelink Interface Unit (Router on-board the Aircraft) |
| GGIU | Ground Gatelink Interface Unit (commercial Router product) |
| GTU | Ground Transceiver Unit (Infrared Transmission Unit) |
| IDRP | Inter-Domain Routing Protocol |
| IR | Infrared |
| ISO | International Organization for Standardization |
| ITU | International Telecommunication Union (formerly CCITT) |
| IWG | Internetworking Working Group (Subcommittee of ACCTS) |
| Mbps | Megabits Per Second |
| MIB | Management Information Base |
| MIP | Million Instructions per Second |
| NSAP | Network Service Access Point |
| PHY | The Physical Layer of the FDDI Standard |
| PMD | Physical Media Dependent |
| RTCA | Requirements and Technical Concepts for Aviation |
| SN | Subnetwork |
| SMT | Station Management (Component of the FDDI suite) |
| SNMP | Simple Network Management Protocol |
| WAN | Wide Area Network |

FX0002427

### ATTACHMENT 2
### GLOSSARY

| | |
|---|---|
| ANSI | American National Standards Institute - The principal standards development body in the USA. |
| CCITT | Consultative Committee International Telegraph and Telephone - A United Nations organization that sets worldwide communications standards (now known as ITU). |
| Data Link (DLK-AEEC) | Any serial communications transmission path, generally between two adjacent nodes or devices and without intermediate switching nodes. A data link includes the physical transmission medium, the protocol, and associated devices and programs. It is both the physical and logical link. |
| Data Link Layer (DLL) | The Second layer in the OSI model; the network processing entity that establishes, maintains, and releases data link connections between adjacent elements in a network. It controls access to the physical medium (Layer One). |
| EIA/TIA | Electronic Industries Association/Telecommunication Industry Association. EIA publishes standards used in the electronics industry. It is normally associated with interface or connectors (for example: EIA RS-232 interface). |
| Ethernet | A common local area network design, the product of Xerox Corporation, characterized by 10 Mbps baseband transmission over a shielded coaxial cable and employing CSMA/CD as the access control mechanism (specified in IEEE standard 802.3). |
| Expanded Beam Connector | Lensed Fiber Optic Connector |
| Extensible | The ability of a computer component (hardware or software) to be extended beyond its current capabilities without affecting its current capabilities. |
| FDDI | Fiber Distributed Data Interface. A high-speed (100 Mbps) ring-like network topology based on a plastic or glass transmission medium. |
| Gateway | A conceptual or logical network station that serves to interconnect two otherwise incompatible networks, network nodes, subnetworks, or devices. It performs a protocol conversion operation across numerous communications layers. |
| HDLC | High level Data Link Control. The international standard link layer protocol defined by ISO. |
| Host | A computer that acts as a client and/or server. |
| IEEE | Institute of Electrical and Electronic Engineers. An international professional society that issues its own standards and is a member of ANSI and ISO. |
| Interface | A shared boundary defined by common physical interconnection characteristics, signal characteristics, and meanings of interchanged signals. |
| Internet | A group of distinct computer networks connected by one or more routers. |
| Internetwork | Networks linked together to form a larger network; a network of networks as opposed to a network of hosts. |
| LAN | Local Area Network. A data communications confined to a limited geographical area (up to six miles or 10 kilometers) with moderate to high data rates (100 kbs to 50 Mbps). The area served may consist of a single building, a cluster of buildings, or a campus-type arrangement. The network uses some type of switching technology and does not use common carrier circuits although it may have gateways or bridges to other public or private networks. |
| LLC | Logical Link Control. A protocol developed by the IEEE 802 Committee for data link level transmission control. The upper sub layer of the IEEE Layer 2 (OSI) protocol that compliments the MAC protocol. It includes end-system addressing and error checking. |

**ATTACHMENT 2 (cont'd)**
**GLOSSARY**

| | |
|---|---|
| Lobe | Length of Token-Ring cable from the workstation to the Multistation Access Unit (MAU or MSAU). |
| Loopback | A type of diagnostic test in which the transmitted signal is returned to the sending device after passing through all or part of a data communications link or network. A loopback test permits the comparison of a returned signal with the transmitted signal. |
| MAC | Media Access Control. A media specific access control protocol within IEEE 802 specifications. It currently includes variations for the token ring, token bus, and CSMA/CD. |
| Mainframe | A large scale computer system that can house comprehensive software and peripherals. |
| MAN | Metropolitan Area Network. A communications network that spans a larger area, for example a township, which provides high-bandwidth communications over moderately inexpensive media, and is provided to all users for a subscription fee. |
| Modem | Modulator/Demodulator. A device that converts digital information into audio signals and audio signals into digital information. It is widely used to transmit digital information over voice telephone lines. |
| Network | An interconnecting group of nodes, a series of points, nodes or stations connected by communications channels. The assembly of equipment through which connections are made between data stations. |
| Network Architecture | A set of design principles, including the organization of functions and the descriptions of data formats and procedures, used as the basis for the design and implementation of a network (OSI). |
| Network Layer | Layer 3 in the OSI model. The logical network entity that services the transport layer. It is responsible for ensuring that data passed to it from the transport layer is routed and delivered through the network. |
| Network Topology | The physical and logical relationship of nodes in a network. The schematic arrangement of the links and nodes of a network. Networks are typically of either a star, ring, tree, or bus topology, or some combination. |
| Node | A point of interconnection to a network. Normally, a point at which a number of terminals or tail circuits attach to the network. |
| OSI | Open Systems Interconnection. A logical structure (model) for network operations standardized by the ISO. A seven-layer network architecture being used for the definition of network protocol standards to enable any OSI-compliant computer or device to communicate with any other OSI-compliant computer or device for a meaningful exchange of information. The layers are Physical, Data Link, Network, Transport, Session, Presentation, and Application. |
| Packet | A group of bits (including data and call control signals) transmitted as a whole on a packet-switching network. Usually smaller than a transmission block. Also known as a frame or datagram. |
| Physical Layer (PHY) | Within the OSI model, the lowest level (Layer One) of network processing below the link layer. Concerned with the electrical, mechanical, and handshaking procedures over the interface that connects a device to a transmission medium; referring to an electrical interface such as RS-232C. |
| Protocol | A formal set of conventions governing the formatting and relative timing of message exchange between two communicating systems. |
| Repeater | In digital transmission, equipment that receives a pulse train, amplifies it, retimes it, and then reconstructs the signal for retransmission. In fiber-optics, a device that decodes a low-power light signal, converts it to electrical energy, and then retransmits it via an LED or laser light source. |

FX0002429

**ATTACHMENT 2 (cont'd)**
**GLOSSARY**

| | |
|---|---|
| Ring Network | A network topology in which each node is connected to two adjacent nodes |
| Router | An intelligent, explicitly-addressed, protocol-dependent, network level hardware device that sends and receives packets and forwards packets toward their ultimate destination. |
| Routing | The process of selecting the correct circuit path for a message. Routing can be based on static routing tables or on tables that indicate the cost, congestion factors, and other factors associated with possible routes. |
| SDLC | Synchronous Data Link Control. IBM standard protocol, superseding bisynchronous transmission. |
| Shielding | Protective covering that reduces electromagnetic and radio frequency interference. |
| Subnet | A single network within an internetwork or collection of networks. |
| Token Ring | A data-signaling scheme in which a special data packet (called a token) is passed from one station to another along an electrical ring. When a station wants to transmit, it takes possession of the token, transmits its data, then frees the token after the data has made a complete circuit of the electrical ring. |
| Topology | The physical layout of network components (cables, stations, gateways, hubs, and so forth). The most common are the ring, star, and bus networks. |
| Transceiver | A device that can both transmit and receive data. |

FX0002430

**ATTACHMENT 3**
**RECOMMENDED GTU ENVIRONMENTAL CONDITIONS**

| Environmental Condition | Test Procedure | Section | Category | Notes |
|---|---|---|---|---|
| Temperature | DO-160C | 4.5 | A2 | -55 to 70° C Operating, 85° C Survival |
| Altitude | DO-160C | 4.6.1 | X | Ground Equipment |
| Decompression | DO-160C | 4.6.2 | X | Ground Equipment |
| Overpressure | DO-160C | 4.6.3 | X | Ground Equipment |
| Temperature Variation | DO-160C | 5 | C | 2°C Per Minute |
| Humidity | DO-160C | 6 | C | External Humidity |
| Operational Shocks | DO-160C | 7 | YES | 6g, 11 ms Half Sine |
| Vibration | DO-160C | 8 | B, M | |
| Explosion Proofness | DO-160C | 9 | X | Explosive Atmosphere Improbable |
| Waterproofness | DO-160C | 10 | R | Spray Test |
| Fluids Susceptibility | DO-160C | 11 | F | Cleaning and De-icing Fluid Categories |
| Sand and Dust | DO-160C | 12 | D | Blowing Sand and Dust |
| Fungus Resistance | DO-160C | 13 | F | Non-Nutrient Materials |
| Salt Spray | DO-160C | 14 | S | |
| Magnetic Effect | DO-160C | 15 | X | Ground Power |
| Power Input | DO-160C | 16 | X | Ground Power |
| Voltage Spike | DO-160C | 17 | B | Lower Protection Required |
| AF Conducted Susceptibility | DO-160C | 18 | E | Requires Only AC Power Inputs |
| Induced Signal Susceptibility | DO-160C | 19 | Z | Interference Free Operation Required |
| RF Susceptibility | DO-160C | 20 | W | Severe Electromagnetic Environment |
| Emission of RF Energy | DO-160C | 21 | Z | Interference Free Operation Required |
| Lightning Induced Transient | DO-160C | 22 | A3E3 | Moderate Environments |
| Lightning Direct Effects | DO-160C | 23 | X | Not Applicable |
| Icing | DO-160C | 24 | C | Risk of Accumulating Ice |
| Fog | TBD | | | |
| Ambient Light | TBD | | | |

FX0002431

ATTACHMENT 4
CABLE IMPLEMENTATIONS



**ATTACHMENT 5-1**
**GATELINK CONFIGURATIONS - AIRCRAFT TO GROUND**



FX0002433

ATTACHMENT 5-2
GATELINK CONFIGURATIONS - GROUND TO AIRCRAFT



## ATTACHMENT 6
## PIN ASSIGNMENTS FOR GGIU INTERFACE WIRE CONNECTOR

| Pin # | Signal Name | Interface Levels | Function |
|-------|-------------|------------------|----------|
| A | Reserved | TBD | Diagnostic Interface |
| B | Reserved | TBD | Diagnostic Interface |
| C | Reserved | TBD | Diagnostic Interface |
| D | Reserved | TBD | Diagnostic Interface |
| E | Reserved | TBD | Diagnostic Interface |
| F | Reserved | TBD | Diagnostic Interface |
| G | Relay + | 5V Relay | Power Supply for Loopback from GIU |
| H | Loopback* | 5V Relay | Loopback Signal from GIU (Active Low) |
| J | Loopback RTN | 5V Relay | Ground for Loopback Interface |
| K | Spare | | |
| L | Spare | | |
| M | Spare | | |
| N | Spare | | |
| P | Spare | | |
| R | Spare | | |
| S | Spare | | |
| T | Spare | | |
| U | Spare | | |
| V | Spare | | |
| W | FDDI 636RX | ARINC 636 | Serial Data Fiber Optic Data Input |
| X | Spare | | |
| a | Spare | | |
| b | FDDI 636TX | ARINC 636 | Serial Data Fiber Optic Data Output |

FX0002435

**ATTACHMENT 7**
**GGIU TO TOKEN RING**



**ATTACHMENT 8**
**GGIU TO ETHERNET**



FX0002437

**ATTACHMENT 9**
**GGIU TO FDDI**





**ATTACHMENT 11-1**
**MEDIA COMPONENTS**

| Cable Parameters | | | |
|---|---|---|---|
| | | Terminal Cable | |
| **Cable Use** | **Umbilical** | **Jet Bridge** | **Under Tarmac** |
| Specification | EIA/TIA 472DAXX | TBD | TBD |
| Jacket Material | Polychloroprene | Polychloroprene | Nylon over Polyethylene |
| Special Requirements | Abrasion Resistant | -- | Gel Filled, Non Metallic |
| Diameter | 0.5" Nominal | 0.5" Nominal | 0.45" Nominal |
| Fiber Count | 4 Minimum | 4 Minimum | 4 Minimum |
| Fiber Type | 100/140µ GI | 62.5/125µ GI | 62.5/125µ GI |
| Transmission Loss (1300 nm) | <5 dB/km | <1.5 dB/km | <1.5 dB/km |
| Bandwidth (1300 nm) | >100 MHz-km | >500 MHz-km | >500 MHz-km |
| Numerical Aperture | 0.29 | 0.275 | 0.275 |
| Tensile Load | | | >1000 N |
| | | | |
| **Connector Parameters** | **Umbilical** | **Jet Bridge** | **Under Tarmac** |
| Terminal Cable (Aircraft Side) | -- | MIL-C-38999 | MIL-C-38999 |
| Umbilical (Terminal Side) | MIL-C-38999 | -- | -- |
| Umbilical (Aircraft Side) | Boeing Umbilical Connector | -- | -- |
| Special Requirements | Rugged High Mate | Standard FDDI | Standard FDDI |
| | Push Mate/Pull Unmate | Cylindrical | Cylindrical |
| | | Cable Mount | Cable Mount |
| | Environmentally Sealed | Environmentally Sealed | Environmentally Sealed |
| Mating Cycles (Minimum) | 20,000 | 500 | 500 |
| Insertion Loss (Max End of Life) | 1.8 dB | 1.8 dB (5 dB for 100 to 62.5 Micron Fiber) | 1.0 dB |

NOTE: The total cable length should not exceed the two kilometers recommended in the ANSI FDDI specification. If the cable length is greater than one kilometer, it is recommended that premium low loss (1 dB/km) fiber be used.

FX0002440

**ATTACHMENT 11-2**
**SYSTEM LOSS LIMITS**

|  | Aircraft to GIU | GIU to Aircraft |
|---|---|---|
| Available power into umbilical from aircraft | -19 dBm |  |
| FDDI Transmitter Power |  | -20 dBm |
| Transitional Connector Loss | 5 dBm | 1 dBm |
| MIC Connector Loss (2) | 2 dBm | 2 dBm |
| Tarmac/Jet Bridge Cable Loss | 3 dBm | 3 dBm |
| Total Loss | 10 dBm | 6 dBm |
| Power to Receiver | -29 dBm | -26 dBm |
| FDDI Receiver Sensitivity | -31 dBm |  |
| ARINC 636 Receiver Sens at Umbilical |  | -29 dBm |
| System Margin | 2 dBm | 3 dBm |

FX0002441