# Tab 24

*Harris Corporation v. Federal Express Corporation*;
U.S. District Court for the Middle District of Florida, Orlando
Division; Case No. 6:07-cv-1819-ORL-28 KRS.

Case 6:07-cv-01819-JA-KRS  Document 136-16  Filed 02/01/10  Page 2 of 3

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl-28 KRS
Joseph C. McAlexander, III                                              3/10/2009

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF FLORIDA
                    ORLANDO DIVISION
HARRIS CORPORATION,          )
                             )
     Plaintiff,              )
                             )
v.                           )   Case No.
                             )   6:07-cv-1819-Orl-28 KRS
FEDERAL EXPRESS CORPORATION, )
                             )
     Defendant.              )


FEDERAL EXPRESS CORPORATION, )
                             )
     Counterclaim Plaintiff, )
                             )
v.                           )
                             )
HARRIS CORPORATION,          )
                             )
     Counterclaim Defendant. )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

JOSEPH C. McALEXANDER, III

MARCH 10, 2009
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION of JOSEPH C. McALEXANDER, III, produced as a witness at the instance of Federal Express Corporation, and duly sworn, was taken in the above-styled and numbered cause on the 10th day of March 2009, from 9:25 a.m. to 4:28 p.m., before TAMMY DICKSON CROSS, a Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at the Renaissance Dallas Richardson Hotel, 900 East Lookout, Encore Boardroom, Richardson, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Case 6:07-cv-01819-JA-KRS   Document 136-16   Filed 02/01/10   Page 3 of 3

Harris Corporation, et al. v. Federal Express Corporation, et al. 6:07-cv-1819-Orl-28 KRS
Joseph C. McAlexander, III                                          3/10/2009

Page 125

```
 1      A     I don't recall.
 2      Q     We talked about some other bands before lunch.
 3   Are those also different bands in the RF spectrum?
 4      A     Oh, yes.
 5              MR. SANTURRI:  Object to the form.
 6      A     Yes.  They -- they -- they make use of
 7   different frequencies in -- in the RF frequency band.
 8   For instance, the -- the 802.11 is in the -- the band
 9   that would comprise 2.4, 2.5 gigahertz.
10      Q     Is that -- is that also called the S band?
11      A     It is.  There is an S band, which is primarily
12   for military S satellite and that type.  So there are
13   different bands and they have different names and you
14   look at a RF frequency spectrum, you'll see the
15   different names that are associated with them.
16      Q     And what band is used when you -- when the
17   signal is encoded or modulated using the spread
18   spectrum?
19              MR. SANTURRI:  Object to the form.
20      A     Spread -- spread spectrum is a way of
21   modulating -- it's a way of encoding.  There's not any
22   express limitation that it has to be in a particular
23   band.
24      Q     Okay.
25      A     But to -- to invoke, for instance, a frequency
```