**Exhibit 45**

# United States Patent [19]

## Wright et al.

[11] **Patent Number:** 6,047,165

[45] **Date of Patent:** *Apr. 4, 2000

[54] **WIRELESS, FREQUENCY-AGILE SPREAD SPECTRUM GROUND LINK-BASED AIRCRAFT DATA COMMUNICATION SYSTEM**

[75] Inventors: **Thomas H. Wright**, Indialantic; **James J. Ziarno**, Malabar, both of Fla.

[73] Assignee: **Harris Corporation**, Palm Bay, Fla.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/557,269**

[22] Filed: **Nov. 14, 1995**

[51] Int. Cl.[7] .............................. **H04B 7/00; G08B 21/00**

[52] **U.S. Cl.** ................................ **455/66**; 701/14; 701/35; 340/945; 455/431; 375/200; 375/219

[58] **Field of Search** .......................... 455/66, 67.1, 54.1, 455/33.1, 431; 364/424.034, 424.04, 424.06, 443, 444, 420, 550, 514 A, 514 C, 424.045, 424.028; 375/200, 219, 220; 340/825.15, 825.27, 825.28, 825.54, 825.72, 825.69, 945, 961, 971; 701/14, 35

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,642,775 | 2/1987 | Cline et al. | 364/420 |
| 4,729,102 | 3/1988 | Miller, Jr. et al. | 364/424 |
| 4,872,182 | 10/1989 | McRae et al. | 375/1 |
| 5,022,024 | 6/1991 | Paneth et al. | 375/122 |
| 5,339,330 | 8/1994 | Mallinckrodt | 375/1 |
| 5,459,469 | 10/1995 | Schuchman et al. | 342/37 |
| 5,463,656 | 10/1995 | Polivka et al. | 375/200 |

*Primary Examiner*—Donnie L. Crosland
*Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

[57] **ABSTRACT**

A flight information communication system has a plurality of RF direct sequence spread spectrum ground data links that link respective aircraft-resident subsystems, in each of which a copy of its flight performance data is stored, with airport-located subsystems. The airport-located subsystems are coupled by way communication paths, such as land line telephone links, to a remote flight operations control center. At the flight operations control center, flight performance data downlinked from plural aircraft parked at different airports is analyzed. In addition, the flight control center may be employed to direct the uploading of in-flight data files, such as audio, video and navigation files from the airport-located subsystems to the aircraft.

**33 Claims, 8 Drawing Sheets**



U.S. Patent

Apr. 4, 2000

Sheet 1 of 8

6,047,165



FIG. 1.

U.S. Patent

Apr. 4, 2000

Sheet 2 of 8

6,047,165



FIG. 1A.

Concourse T

201
207
WR
WR
201
Concourse A
Tower

201
207
WR
RG BS WR
201
Concourse B
202
206
1000 ft

Building 5
303
301
WR SC
CG
306

ISDN Telco Interface

Concourse C

HARTSFIELD ATLANTA AIRPORT

Concourse D

U.S. Patent

Apr. 4, 2000

Sheet 3 of 8

6,047,165



# FIG. 1B.

HARTSFIELD ATLANTA AIRPORT

# FIG. 1C.

| | |
|---|---|
| (WR) | Work Station |
| (SC) | System Controller |
| (CG) | Central Gateway |
| (RG) | Remote Gateway |
| (WR) | Wirelesss Router |
| (BS) | Base Station |



## FIG. 2.



## FIG. 3.



FIG. 4.



**FIG. 5.**

U.S. Patent

Apr. 4, 2000

Sheet 7 of 8

6,047,165



**FIG. 6.**



**FIG. 7.**



**FIG. 8.**

1

# WIRELESS, FREQUENCY-AGILE SPREAD SPECTRUM GROUND LINK-BASED AIRCRAFT DATA COMMUNICATION SYSTEM

## FIELD OF THE INVENTION

The present invention relates in general to communication systems, and is particularly directed to an aircraft data communication system having a plurality of wireless ground links that link respective aircraft-resident subsystems, in each of which a copy of its flight performance data is stored, with airport-located ground subsystems, each ground subsystem being coupled, in turn, by way of respective telco links to a remote flight operations control center, where flight performance data from plural aircraft parked at different airports may be analyzed and from which the uploading of in-flight data files may be directed by airline systems personnel.

## BACKGROUND OF THE INVENTION

Modern aircraft currently operated by the commercial airline industry employ airborne data acquisition (ADA) equipment, such as a digital flight data acquisition unit (DFDAU) as a non-limiting example, which monitor signals supplied from a variety of transducers distributed throughout the aircraft, and provide digital data representative of the aircraft's flight performance based upon such transducer inputs. As flight performance data is obtained by the acquisition equipment, it is stored in an attendant, physically robust, flight data recorder (commonly known as the aircraft's "black box"), so that in the unlikely event of an in-flight mishap, the flight data recorder can be removed and the stored flight performance data analyzed to determine the cause of the anomaly.

In a further effort to improve aircraft safety, rather than wait for an accident to happen before analyzing flight recorder data, the Federal Aviation Administration (FAA) has issued a draft advisory circular AC-120-XX, dated Sep. 20, 1995, entitled "Flight Operational Quality Assurance Program" (FOQA), which recommends that the airlines look at the information provided by the digital flight data acquisition unit at regular intervals.

One suggested response to this recommendation is to equip each aircraft with a redundant flight data recording unit having a removable data storage medium, such as a floppy disc. Such an auxiliary digital data recorder is intended to allow aircraft safety personnel to gain access to the flight performance data by physically removing the auxiliary unit's data disc, the contents of which can then be input to an aircraft performance analysis data processing system for evaluation.

Although installing such a redundant flight data recording unit allows airline personnel to retrieve a copy of the flight performance data for subsequent evaluation, when considering the large volume of aircraft traffic experienced by major commercial airports, the above-proposed scheme is not only extremely time and manpower intensive, but is prone to substantial misidentification and aircraft/data association errors.

Other proposals, described in U.S. Pat. No. 5,359,446, are to use either a direct line-of-sight infrared link or a fiber optic cable to couple an on-board aircraft computer system with a ground-based computer system. Obvious drawbacks to these systems are the fact that not only do they employ complex and expensive components, but require that the aircraft be parked at the gate, so that the line-of-sight

2

infrared transceivers or the fiber optic connection assemblies can be properly interlinked. As a consequence, neither of these types of systems is effective for use with commuter, cargo or military aircraft, which are customarily parked on an apron, rather than at a mating jetway, where such an optical link is to be provided.

## SUMMARY OF THE INVENTION

In accordance with the present invention, the above-described objective of periodically analyzing flight performance data, without having to physically access a redundant unit on board the aircraft, is successfully addressed by means of a wireless ground data link, through which flight performance data provided by airborne data acquisition equipment is stored, compressed, encrypted and downloaded to an airport-resident ground subsystem, which forwards flight performance data files from various aircraft to a flight operations control center for analysis. For purposes of providing a non-limiting example, in the description of the present invention, the data acquisition equipment will be understood to be a DFDAU.

For this purpose, an auxiliary data path is coupled from the DFDAU in parallel with the flight data recorder to a bidirectional radio frequency (RF) carrier-based ground link (GDL) unit, that is installed in the avionics compartment of the aircraft. The GDL unit is operative to communicate with an airport-resident ground subsystem via the RF communications ground link infrastructure.

In accordance with a preferred embodiment of the invention, this wireless ground data link is implemented as a spread spectrum RF link, preferably having a carrier frequency lying in a reasonably wide (on the order of 100 MHz) unlicensed 2.4–2.5 GHz S-band segment, which provides the advantage of global acceptance. A benefit of spread spectrum modulation is its inherently low energy density waveform properties, which are the basis for its acceptance for unlicensed product certification. Spread spectrum also provides the additional benefits of resistance to jamming and immunity to multipath interference.

A principal function of the GDL unit is to store a compressed copy of the (ARINC 717) flight performance data generated by the DFDAU and supplied to the aircraft's flight data recorder. The GDL unit is also configured to store and distribute auxiliary information uploaded to the aircraft from a wireless router (as directed by the remote operations control center) in preparation for its next flight. The uploaded information may include audio, video and data, such as flight navigation information, and digitized video and audio files that may be employed as part of an in-flight passenger service/entertainment package. The GDL unit may also be coupled to an auxiliary printer that is ported to the GDL unit in order to enable an immediate hard copy of flight data information (e.g. exceedences of parameter data) to be provided to the crew immediately upon the conclusion of the flight.

Once an aircraft has landed and is within communication range of the ground subsystem, the wireless router receives flight performance data via the wireless ground data link from an aircraft's GDL unit. It also supplies information to the aircraft in preparation for its next flight. The wireless router receives flight files from the aircraft's GDL unit and forwards the files to an airport base station, which resides on the airport's local area network (LAN).

The airport base station forwards flight performance data files from various aircraft by way of a separate communications path such as a telephone company (telco) land line

6,047,165

3

to a remote flight operations control center for analysis. The airport base station automatically forwards flight summary reports, and forwards raw flight data files, when requested by a GDL workstation.

The flight operations control center, which supports a variety of airline operations including flight operations, flight safety, engineering and maintenance and passenger services, includes a system controller segment and a plurality of FOQA workstations through which flight performance system analysts evaluate the aircraft data files that have been conveyed to the control center.

Depending upon its size and geographical topography, an airport may include one or more wireless routers, that are installed within terminal buildings serving associated pluralities of gates, to ensure complete gate coverage. Redundant base stations may be utilized to assure high system availability in the event of a hardware failure. A large commercial airport exhibits the communication environment of a small city; consequently, it can be expected that radio communications between a respective wireless router and associated aircraft at gates will be subjected to multipath interference. In order to prevent the disruption of wireless router-GDL communications as a result of such a multipath environment, the wireless ground data link between each aircraft and a wireless router is equipped to execute either or both of a frequency management and an antenna diversity scheme.

Antenna diversity, which may involve one or more diversity mechanisms, such as spatial or polarization diversity, ensures that an aircraft that happens to be in a multi-path null of one antenna can still be in communication with another antenna, thereby providing full system coverage regardless of blockage. Frequency management is accomplished by subdividing a prescribed portion of the unlicensed radio frequency spectrum used by the system for GDL—wireless router communications into adjacent sub-band channels, and dynamically assigning such sub-band channels based upon the quality of the available channel links between a respective wireless router and a given aircraft. Such sub-channel assignments may involve downloading compressed and encrypted aircraft flight data over a first channel portion of the usable spectrum to the wireless router, and uploading information from a base station to the aircraft (e.g. video, audio and flight control data) from a wireless router over a second channel portion of the useable spectrum to the GDL on board the aircraft.

In a preferred embodiment, a respective wireless router employs a source coding system that achieves bandwidth reduction necessary to permit either multiple audio channels to be multiplexed onto the wireless transmit carrier to the GDL unit, video to be transmitted over a ground subsystem's wireless router-to-GDL unit ground link frequency channel, or data files to be compressed to maximize system throughput and capacity during communications (uploads to or downloads from) the aircraft.

Cyclic Redundancy Check (CRC) coding is used for error detection only. When errors are detected at the wireless router, its transceiver requests a retransmission from the GDL unit, in order to guarantee that the copy of the flight performance data file downloaded from the GDL unit and forwarded from a wireless router is effectively error free.

In the uplink direction from the ground subsystem to the aircraft, the bit error rate requirements for transmitting passenger entertainment audio and video files are less stringent, and a forward error correction (FEC) and error concealment mechanism is sufficient to achieve a playback

4

quality acceptable to the human audio/visual system. Also, since uploading an in-flight passenger audio/video file, such as a news service or entertainment program, may entail several tens of minutes (customarily carried out early in the morning prior to the beginning of airport flight operations), there is usually no additional time for its retransmission.

The wireless router transceiver includes a control processor which ensures robust system performance in the dynamically changing unlicensed spread spectrum interference environment of the ground data link by making decisions based on link signal quality, for the purpose of setting transmit power level, channel frequency assignment, and antenna selection. The ground subsystem processor also initiates a retransmission request to an aircraft's GDL unit upon detection of a bit error in a downlinked flight performance data packet.

Before requesting retransmission of a flight data packet, the wireless router's transceiver measures the signal quality on the downlink channel portion of the ground data link. The transceiver in the wireless router assesses the measured link quality, increases its transmit power level as necessary, and requests a retransmission of the packet containing the bit error at a higher transmit power level. It then initiates a prescribed frequency management protocol, to determine if another channel portion of the GDL link would be a better choice. If a higher quality channel is available, both transceivers switch over to the new frequency. The flight performance data packet containing the bit error is retransmitted until it is received error free at the wireless router.

Because the invention operates in an unlicensed portion of the electromagnetic spectrum, it can be expected to encounter other unlicensed communication products, such as employed by curbside baggage handling and ticketing, rental car and hotel services, etc., thereby making the communication environment unpredictable and dynamically changing. To solve this problem, the present invention employs a frequency management scheme, which initially determines the optimum operating frequency and automatically changes to a better quality frequency channel when the currently established channel suffers an impairment.

The spread spectrum transceiver in each of an aircraft's GDL unit and an associated airport wireless router includes a frequency agile spread spectrum transmitter, a frequency agile spread spectrum receiver and a frequency synthesizer. In addition to being coupled to an associated control processor, the spread spectrum transmitter is coupled to an adaptive power control unit and an antenna diversity unit. Such a power allocation mechanism makes more efficient use of available power sources, reduces interference, and makes more efficient use of the allocated frequency spectrum. The control processors at each end of the wireless ground link execute a communication start-up protocol, through which they sequentially evaluate all of the available frequency channels in the unlicensed 2.4–2.5 GHz S-band segment of interest and assess the link quality of each of these channels.

Each wireless router transceiver sequentially and repeatedly sends out a probe message directed to any of the GDL units that are within the communication range of gates served by that wireless router, on each of all possible frequency channels into which the 2.4–2.5 GHz S-band spread spectrum bandwidth has been divided. Each GDL unit within communication range of the wireless router returns a response message on each frequency channel, and indicates which frequency is preferred, based upon the signal quality assessment and measured signal quality by its

6,047,165

5

communication processor. The wireless router control processor evaluates the responses from each of the GDL units, selects the frequency of choice, and then notifies the GDL units within communication range of its decision. This process is periodically repeated and is executed automatically in the event of a retransmission request from a GDL unit.

As described earlier, in an environment such as a large commercial airport, a common cause of reduced signal quality is multipath interference resulting from sudden attenuation in the direct path between the transmitters and the receivers in the wireless router and aircraft, in conjunction with a delayed signal arriving at the receiver from a reflected path. This sudden attenuation in the direct path between the aircraft and the wireless router can result in the destructive summation of multiple paths at the antenna in use, resulting in a severe signal fading condition. The nature of multipath is such that switching to a second spatially separated or orthogonally polarized antenna can result in a significant improvement in link performance. Since the wireless networking environment of an airport is one in which objects are likely to be moving between the wireless router and the aircraft, and one of the platforms (the aircraft) is mobile, antenna diversity can make the difference between reliable and unreliable system performance.

Pursuant to the invention, upon the occurrence of a prescribed reduction in link quality, an antenna diversity mechanism is employed. Such a mechanism may involve the use of separate transceivers (each having a respective antenna), or an antenna diversity unit that switches between a pair of spatially separated or orthogonally polarized antennas. Link performance is evaluated for each antenna in real time, on a packet-by-packet basis, to determine which antenna provides the best receive signal quality at the wireless router.

Signal quality is continually measured at the receiver demodulator output and reported to the control processor. Should there be a sudden degradation in link signal quality, the wireless router control processor switches over to the other antenna. If the degradation in signal quality cannot be corrected by invoking the antenna diversity mechanism, such as by switching antennas, the wireless router has the option of increasing the transmit power level at both ends of the link to compensate for the reduction in link quality and/or execute the frequency management routine to search for a better operating channel. In the wireless router's broadcast mode, the same signal can be transmitted from both antennas in order to assure reliable reception at all aircraft, regardless of changing multipath conditions.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 diagrammatically illustrates the overall system architecture of the wireless ground link-based aircraft data communication system according to the present invention;

FIG. 1A diagrammatically illustrates a non-limiting example of where, within the terminal topography of Atlanta's Hartsfield International Airport, various subsystem portions of the system architecture of FIG. 1 may be installed;

FIG. 1B diagrammatically illustrates a modification of FIG. 1A showing various subsystem portions of the system architecture of FIG. 1 installed within the terminal topography of Atlanta's Hartsfield International Airport;

FIG. 1C lists identifications of the subsystem components of FIGS. 1, 1A and 1B;

FIG. 2 diagrammatically illustrates a respective aircraft GDL segment of the system of FIG. 1;

6

FIG. 3 diagrammatically illustrates a GDL data storage and communications unit of a respective GDL segment of FIG. 2;

FIG. 4 diagrammatically illustrates the gate/terminal topography of the Dallas/Fort Worth International Airport;

FIG. 5 diagrammatically illustrates a wireless router;

FIG. 6 diagrammatically illustrates the architecture of the wireless router of FIG. 5 in greater detail;

FIG. 7 details the components of a spread spectrum transceiver; and

FIG. 8 diagrammatically illustrates a non-limiting example of a frequency channel subdivision of a spread spectrum transceiver of FIG. 7.

DETAILED DESCRIPTION

Before describing in detail the wireless ground link-based aircraft data communication system in accordance with the present invention, it should be observed that the present invention resides primarily in what is effectively a prescribed arrangement of conventional avionics and communication circuits and associated digital signal processing components and attendant supervisory control circuitry therefor, that controls the operations of such circuits and components. Consequently, the configuration of such circuits and components and the manner in which they are interfaced with other communication system equipment have, for the most part, been illustrated in the drawings by readily understandable block diagrams, which show only those specific details that are pertinent to the present invention, so as not to obscure the disclosure with details which will be readily apparent to those skilled in the art having the benefit of the description herein. Thus, the block diagram illustrations are primarily intended to show the major components of the system in a convenient functional grouping, whereby the present invention may be more readily understood.

Referring now to FIG. 1, the overall system architecture of the wireless ground link-based aircraft data communication system according to the present invention is shown as being comprised of three interlinked subsystems: 1)—an aircraft-installed ground data link (GDL) subsystem 100; 2)—an airport-resident ground subsystem 200; and 3)—a remote flight operations control center 300. Associated with FIG. 1 are FIGS. 1A and 1B, which diagrammatically illustrate non-limiting examples of where, within the terminal topography of Atlanta's Hartsfield International Airport, various subsystem portions of the system architecture of FIG. 1 may be installed. FIG. 1A shows overlapping antenna coverage from multiple sites, while FIG. 1B shows full antenna coverage from a single tower. The subsystem portions are identified by the abbreviations listed in FIG. 1C, and referenced below.

The aircraft-installed ground data link (GDL) subsystem 100 is comprised of a plurality of GDL airborne segments 101, each of which is installed in the controlled environment of the avionics compartment of a respectively different aircraft. Each GDL airborne segment 101 is operative to communicate with a wireless router (WR) segment 201 of the airport-resident ground subsystem 200 through a wireless communications link 120.

The wireless router segment 201 routes the files it receives from the GDL airborne segment 101, either directly to the airport base station 202 via the wired Ethernet LAN 207, or indirectly through local area networks 207 and airport-resident wireless bridge segments 203. In accordance

7

8

with a preferred embodiment of the invention, the wireless communication link **120** is a spread spectrum radio frequency (RF) link having a carrier frequency lying in an unlicensed portion of the electromagnetic spectrum, such as within the 2.4–2.5 GHz S-band.

As will be described, once installed in an aircraft, the data terminal equipment (DTE) **102** of a GDL segment **101** collects and stores flight performance data generated on board the aircraft during flight. It also stores and distributes information uploaded to the aircraft via a ground subsystem's wireless router **201** (shown in detail in FIG. 5, to be described) which is coupled thereto by way of a local area network **207** from a base station segment **202** of a ground subsystem **200** in preparation for the next flight or series of flights.

The uploaded information, which may include any of audio, video and data, typically contains next flight information data, such as a set of parameter-exceedence limits, and next flight navigation information, including, but not limited to, a navigation database associated with the flight plan of the aircraft, as well as digitized video and audio files that may be employed as part of a passenger service/entertainment package.

The ground subsystem **200** includes a plurality of airport-resident GDL wireless router segments **201**, one or more of which are distributed within the environments of the various airports served by the system. A respective airport wireless router **201** is operative to receive and forward flight performance data that is wirelessly downlinked from an aircraft's GDL unit **101** and to supply information to the aircraft in preparation for its next flight, once the aircraft has landed and is in communication with the wireless router. Each ground subsystem wireless router **201** forwards flight files from the aircraft's GDL unit and forwards the files to a server/archive computer terminal **204** of the aircraft base station **202**, which resides on the local area network **207** of the ground subsystem **200**.

The airport base station **202** is coupled via a local communications path **207**, to which a remote gateway (RG) segment **236** is interfaced over a communications path **230**, to a central gateway (CG) segment **306** of a remote flight operations control center **300**, where aircraft data files from various aircraft are analyzed. As a non-limiting example communications path **230** may comprise an ISDN telephone company (telco) land line, and the gateway segments may comprise standard LAN interfaces. However, it should be observed that other communication media, such as a satellite links, for example, may be employed for ground subsystem-to-control center communications without departing from the scope of the invention.

The flight operations control center **300** includes a system controller (SC) segment **301** and a plurality of GDL work-stations (WS) **303**, which are interlinked to the systems controller **301** via a local area network **305**, so as to allow flight performance systems analysts at control center **300** to evaluate the aircraft data files conveyed to the flight operations control center **300** from the airport base station segments **202** of the ground subsystem **200**.

The respective GDL workstations **303** may be allocated for different purposes, such as aircraft types (wide body, narrow body and commuter aircraft, for example). As described briefly above, the server/archive terminal **204** in the base station segment **202** is operative to automatically forward flight summary reports downloaded from an aircraft to the flight control center **300**; it also forwards raw flight data files when requested by a GDL workstation **303**.

The system controller **301** has a server/archive terminal unit **304** that preferably includes database management software for providing for efficient transfer and analysis of data files, as it retrieves downloaded files from a ground subsystem. As a non-limiting example, such database management software may delete existing files from a base station segment's memory once the files have been retrieved.

In addition, at a respective ground subsystem **200**, for a given aircraft, a batch file may be written into each directory relating to that aircraft's tail number, type and/or airline fleet, so that a GDL unit on board the aircraft will be automatically commanded what to do, once a ground data link has been established with a ground subsystem's wireless router. The systems analyst at a respective GDL work-station **303** in the flight operations control center may initially request only a copy of the exceedence list portion of the flight parameter summary report. Should the report list one or more parameter exceedences, the system analyst may access the entire flight performance file relating to such parameter exceedences.

Referring now to FIG. 2, a respective GDL segment **101** is diagrammatically illustrated as comprising a GDL data storage and communications unit **111** (hereinafter referred to simply as a GDL unit, to be described with reference to FIG. 3) and an associated external airframe (e.g. fuselage)-mounted antenna unit **113**. In an alternative embodiment, antenna unit **113** may house diversely configured components, such as spaced apart antenna dipole elements, or multiple, differentially (orthogonally) polarized antenna components.

The GDL unit **111** is preferably installed within the controlled environment of an aircraft's avionics compartment, to which communication links from various aircraft flight parameter transducers, and cockpit instruments and display components, shown within broken lines **12**, are coupled. When so installed, the GDL unit **111** is linked via an auxiliary data path **14** to the aircraft's airborne data acquisition equipment **16** (e.g. a DFDAU, in the present example). The GDL unit **111** synchronizes with the flight parameter data stream from the DFDAU **16**, and stores the collected data in memory. It is also coupled via a data path **15** to supply to one or more additional aircraft units, such as navigational equipment and/or passenger entertainment stations, various data, audio and video files that have been uploaded from an airport ground subsystem wireless router **201**.

The airborne data acquisition unit **16** is coupled to the aircraft's digital flight data recorder (DFDR) **18** by way of a standard flight data link **19** through which collected flight data is coupled to the flight data recorder in a conventional manner. In order to enable an immediate hard copy of prescribed flight data information (e.g. exceedences of parameter data) to be printed out for review by the flight crew immediately upon the conclusion of a flight, the cockpit-resident equipment may include an auxiliary printer **21** that is ported to GDL unit **111**.

As described briefly above, and as diagrammatically illustrated in FIG. 3, GDL unit **111** is a bidirectional wireless (radio frequency carrier-based) subsystem containing a processing unit **22** and associated memory **24** coupled to the DFDAU **16**, via data path **14**, which is parallel to or redundant with the data path to the flight data recorder **18**. Processing unit **22** receives and compresses the same flight performance data that is collected by the aircraft's digital flight data recorder, and stores the compressed data in

9
10

associated memory 24. The compressed data file includes a flight summary report generated by the processing unit 22, that includes a list of excedences as defined by the parameter excedence file.

To provide bidirectional RF communication capability with a wireless router 201, GDL unit 111 includes a wireless (RF) transceiver 26, which is coupled to the antenna unit 113. Preferably, memory 24 of the GDL unit 111 has sufficient archival storage capacity to retain accumulated flight data files until the next landing, so that there is no loss of flight data due to airport terminal multipath or single point hardware failures, a requirement that all airports be equipped with a GDL system.

As will be described, on each of a plurality of sub-band channels of the unlicensed 2.4–2.5 GHz S-band segment of interest, a wireless router 201 continuously broadcasts an interrogation beacon that contains information representative of the emitted power level restrictions of the airport. Using an adaptive power unit within its transceiver, the GDL unit 111 on board the aircraft responds to this beacon signal by adjusting its emitted power to a level that will not exceed communication limitations imposed by the jurisdiction governing the airport. The wireless (RF) transceiver 26 then accesses the compressed flight performance data file stored in memory 24, encrypts the data and transmits the file via a selected sub-channel of the wireless ground communication link 120 to wireless router 201. The sub-channel selected is based upon a signal quality monitoring mechanism, as will be described. The recipient wireless router 201 forwards the data file to the base station segment for storage; further, the flight summary file is automatically transmitted over the communications path 230 to the remote flight operations control center 300 for analysis.

As noted above, each airport-resident subsystem 200 of the present invention comprises one or a plurality of ground subsystem wireless routers 201. The number of wireless routers 201 installed at any given airport and the location of each ground subsystem within the geographical confines of the airport is preferably tailored in accordance with a number of factors, such as the topography of the airport, including the location of a tower relative to a terminal's gates, and a desired location of wireless router that facilitates access to communication path 230 to the remote flight operations control center 300.

Typically, but not necessarily, a wireless router 201 may be physically installed at a (roof) location of an airport terminal building serving a plurality of gates, such as location 211 in the familiar 'multi-horseshoe' topography of the Dallas/Fort Worth International Airport, diagrammatically illustrated in FIG. 4, as a non-limiting example. When an airport contains multiple terminals or has a large number of gates distributed over a substantial airport area (as does the Dallas/Fort Worth International Airport), the airport may be equipped with one or more additional wireless router locations, shown at 212 in FIG. 4, in order to ensure complete gate coverage.

The locations of wireless router locations 211 and 212 are such that, regardless of its location, each aircraft will be assured of having a wireless ground data link with a wireless router of the ground subsystem. In the exemplary environment of the Dallas/Fort Worth International Airport of FIG. 4, the spacing between wireless router locations 211 and 212 is such as to provide overlapping ground link communication coverage, as indicated by overlapping circles 214 and 215, whose respective radii encompass the entirety of their associated multi-gate areas 216 and 217. (Similar overlapping circle coverage is diagrammatically shown in FIG. 1A for wireless routers located at concourses A and B of the Atlanta airport, as another non-limiting example.)

Because a large airport, such as each of the Atlanta and Dallas/Fort Worth International Airports, has multiple terminal and maintenance buildings, and a sizeable number of ground service vehicles and personnel, serving multiple, various sized aircraft, from private, single engine aircraft to jumbo jets, the airport effectively exhibits the communication environment of a small city. As a result, it can be expected that radio communications between a respective wireless router and its associated gates will be subjected to multipath interference.

In order to prevent the disruption of wireless router-GDL unit communications in such a multipath environment, the wireless communication links that are established between the aircraft and the ground subsystem wireless routers preferably employ a frequency management and a diversity antenna scheme that optimizes the choice of frequency channel within the available unlicensed 2.4–2.5 GHz S-band employed in accordance with the invention.

As noted earlier, antenna diversity may involve the use of separate transceivers (each having a respective antenna), or an antenna diversity unit that switches between a pair of spatially separated or orthogonally polarized antennas, as non-limiting examples, so as to ensure that an aircraft that happens to be located in a multi-path null of one antenna can still be in communication with another antenna, thereby providing full system coverage regardless of blockage or multi-path nulls.

For this purpose, as diagrammatically shown in FIG. 5, a respective wireless router 201 may include an RF transceiver 221 having a pair of associated first and second antennas 222 and 223, which may be mounted on the roof of a terminal building, as noted above, so as to be physically spaced apart from one another (either vertically, horizontally, or both) by a prescribed separation distance that is sufficient to provide antenna spatial diversity. As a non-limiting example, for an RF carrier frequency in the unlicensed 2.4–2.5 GHz S-band, spacing antennas 222 and 223 apart from one another by a distance on the order of ten feet has been found to satisfactorily obviate multipath interference. As will be described in greater detail below with reference to FIG. 6, transceiver 221 has an associated communications processor 225 which is coupled via communications path 230 to the remote flight control center 300.

The redundant coverage provided by the diversity antenna mechanism ensures that should an aircraft be located in a multi-path null of one antenna, that particular aircraft can still be seen by the other antenna, thereby providing full wireless router coverage regardless of blockage. In addition, where an additional wireless router is provided, system reliability can be enhanced to provide a high probability of successful communications, should a single point hardware failure occur. This added redundancy prevents a single wireless router failure from severing the GDL airport system coverage, and delaying access to flight files. As pointed out above, in the unlikely event of a system failure at one GDL-equipped airport, the memory 24 of a respective GDL unit 111 has sufficient archival storage capacity to retain accumulated flight data files until the next landing, so that there is no loss of flight data due to airport terminal multipath or single point hardware failures.

The frequency management scheme employed by each of the wireless router and GDL unit transceivers involves subdividing the unlicensed radio frequency S-band spectral

11

segment (2.4–2.5 GHz) used by the system for inter GDL-wireless router communications into adjacent sub-band channels, and dynamically assigning such sub-band channels, based upon the quality of the available channel links between a respective wireless router and a given aircraft. Such sub-channel assignments may involve downloading compressed and encrypted aircraft flight data over a first channel portion of the usable spectrum to the wireless router, and uploading information to the aircraft (e.g. video, audio and flight control data) from a wireless router **201** over a second channel portion of the useable spectrum to the GDL **111** on board the aircraft.

Pursuant to a preferred embodiment of the present invention, each wireless router **201** employs a source coding system that achieves bandwidth reduction necessary to permit either multiple audio channels to be multiplexed onto the wireless transmit carrier to an aircraft's GDL unit **111**, video to be transmitted over the wireless router-GDL unit ground link frequency channel, or data files to be compressed in order to maximize system throughput and capacity during upload to the aircraft. The primary advantage of source coding is data compression, which permits any audio, video, or data to be uploaded to the aircraft to be compressed and multiplexed onto a single RF carrier. Employing source coding also eliminates the need for multiple, simultaneous carriers, which increases channel assignment options, and translates directly to improved link performance.

As pointed out earlier, the unlicensed frequency spectrum is becoming increasingly crowded, so that expanding the number of channel assignment options can mean the difference between being able to operate or not. Fewer transmitters also means lower power consumption, decreased complexity, and improved reliability. Adjacent channel interference concerns resulting from the close proximity of multiple frequency division multiplex transmitters is not an issue with a single carrier system. As a non-limiting example, Motion Picture Expert Group (MPEG) coding may be employed for audio and video signals, while other similarly conventional compression algorithms (such as PKZiP) may be used for generic data file compression.

In order to provide a reliable bidirectional RF communication link between the aircraft and the wireless router, namely one which is able to withstand the effects of channel impairments such as noise, jamming, or fading, the wireless ground data link communication mechanism of the present invention employs an error detection and retransmission error correction scheme to assure error free communications for downloading flight performance data from the aircraft to a ground subsystem wireless router. While exchanging flight-critical data files in the aircraft-to-wireless router direction, cyclical redundancy check (CRC) coding is used for error detection only. When errors in the downloaded flight data are detected at the wireless router **201**, the wireless router's transceiver requests a retransmission from the aircraft GDL unit. This fulfills the critical requirement that the copy of the flight data file downloaded from the GDL unit and forwarded from the wireless router must be effectively error free.

In the uplink direction from the wireless router **201** to the aircraft, on the other hand, the bit error rate requirements for transmitting non flight-critical data, such as passenger entertainment audio and video files, are less stringent, and a forward error correction (FEC) mechanism is sufficient to achieve a playback quality on-board the aircraft, that is acceptable to the human audio/visual system. Where the data transmitted to the aircraft is flight critical, the error detection and retransmission scheme as described above for the downlink direction is employed.

12

Moreover, because uploading an in-flight passenger audio/video file, such as a news service or entertainment program, may entail several tens of minutes (customarily carried out early in the morning prior to the beginning of airport flight operations), there is usually no time for retransmission of such a large database. Typically, during this 'pre-ops' time interval, with no arriving flights being handled, the entire bandwidth availability may be used for broadcasting one or more video news and entertainment files to multiple aircraft at the same time (using industry standard broadband coding such as MPEG, referenced above).

The manner in which the above described error detection and retransmission error correction scheme may be implemented in a respective wireless router is diagrammatically illustrated in FIG. **6**, which details the architecture of wireless router transceiver components and associated interfaces to other system segment components. The system controller wireless router transceiver includes a multiplexer unit **241**, containing system time synchronization circuitry and which is operative to selectively interface one of first and second source coding units **243** and **245** and a channel coding unit **247**. The source coding units **243** and **245** are coupled to respective external data interfaces, while coding unit **247** is interfaced with a wireless router control processor **225**, which serves as a baseband interface between channel coding unit **247** and a spread spectrum transceiver **251** (to be described in detail below with reference to FIG. **7**).

As described briefly above, and as will be detailed below, wireless router control processor **225** is operative to ensure robust system performance in the unpredictable and dynamically changing unlicensed spread spectrum interference environment of the wireless ground data link **120**, by making decisions based on link signal quality, for setting transmit power level, channel frequency assignment, and antenna selection. It also initiates a retransmission request to the GDL unit **111** in the event of a bit error in a received (downloaded) flight performance data packet.

More particularly, when a cyclic redundancy check (CRC) error in the data stream received by the wireless router is detected by channel coding unit **247**, processor **225** initiates a retransmission request on the return channel portion of the wireless link **120** back to the transceiver **26** within the aircraft's GDL unit **111**. Before requesting retransmission of a flight data packet, the control processor **225** measures the signal quality on the downlink channel portion of the link **120**. The wireless router **201** assesses measured link quality, increases its transmit power level as necessary, and requests a retransmission of the flight performance data packet containing the bit error at a higher transmit power level. It then initiates a prescribed frequency management protocol, to be described below with reference to FIG. **8**, in order to determine if another channel portion of the GDL link would be a better choice. If a better (higher quality) channel is available, both the GDL transceivers switch over to the new frequency channel (within the unlicensed 2.4–2.5 GHz S-band of interest). The packet containing the bit error is retransmitted until it is detected by wireless router control processor **225** as being error-free.

As noted previously, since the wireless ground data link system of the present invention operates in an unlicensed portion of the EM frequency spectrum, it can be expected that it will encounter other unlicensed products, which are also permitted to roam without imposed geographic (site-licensing) constraints. As a consequence, the operating environment is unpredictable and dynamically changing. The level of activity within this unlicensed portion of the EM

13                                                                14

frequency spectrum can be expected to increase as more and more airport-related services, such as curbside baggage handling and ticketing, rental car and hotel services, etc., use compact (hand-held or headset-configured) unlicensed wireless communication devices.

This mutual interference effect is similar to that encountered in the HF frequency band, where ionospheric radio links are subject to a number of transmission quality degradation characteristics, such as multipath, Doppler, fading and temporary loss of signal. The unpredictability of this environment originates from the relatively long wavelength of the carrier frequency and the fact that an HF radio wave bounces off the atmosphere, enabling it to propagate tremendous distances beyond the horizon. As a result, interference from transmitters that are geographically separated by great distances can pose problems. Since the ionosphere varies in height and ionization with time of day, season, and the solar cycle, the constantly changing interference characteristics of the HF environment are difficult to predict. It will be appreciated, therefore, that there are a number of similarities between operating in the HF band and operating in an unlicensed frequency band.

To solve this problem, the present invention employs a frequency management scheme, which initially determines the optimum operating frequency for the GDL link, and automatically changes to a better quality frequency channel when the currently established channel suffers an impairment. Such a frequency management scheme effectively corresponds to that employed in the U.S. Pat. No. 4,872,182, to D. McRae et al, entitled, "Frequency Management System for Use in Multistation H.F. Communication Network," assigned to the assignee of the present application and the disclosure of which is incorporated herein.

For this purpose, the spread spectrum transceiver of the present invention, which may be employed in the transceiver 251 of the wireless router of FIG. 6 and also in the transceiver 26 of an aircraft's GDL unit 111, is shown in more detail in FIG. 7 as comprising a frequency agile spread spectrum transmitter 253, a frequency agile spread spectrum receiver 255 and a frequency synthesizer 257. In addition to being coupled to an associated control processor, the spread spectrum transceiver 251 is coupled to RF components, including an adaptive power control unit 252 and an antenna diversity unit 254, as will be described. As a non-limiting example, such spread spectrum transceiver components may be implemented using a direct sequence spread spectrum wireless transceiver chipset and associated signal processing components, of the type as described the Harris Semiconductor information bulletins entitled: "PRISM (trademark Harris Corp.) 2.4 GHz Chip Set," April, 1995, "HFA3624 2.4 GHz RF to IF Converter," Feb. 14, 1995, "HFA3724 400 MHz Quadrature IF Modulator/Demodulator," February, 1995, "HSP3824 Direct Sequence Spread Spectrum Baseband Processor," March 1995, and "HFA3924 2.4 GHz Power Amplifier," Feb. 13, 1995.

The respective control processors at each end of the wireless ground data link (control processor 225 in the wireless router and the communications processing unit 22 in the GDL unit 111) employ a communication control mechanism that executes a start-up protocol, whereby all available frequency channels are examined to determine the link quality of each channel. For this purpose, the wireless router transceiver broadcasts out a probe message to each of the GDL units that are within communication range of gates served by that wireless router, in sequence, on each of all possible frequency channels into which the 2.4–2.5 GHz spread spectrum S-bandwidth has been divided, as shown

diagrammatically in FIG. 8. These probe messages are repeated a predetermined number of times.

Each sequentially interrogated GDL unit 111 then returns a response message on all the frequency channels, indicating which frequency is preferred, based upon the signal quality assessment and measured signal quality by its communication processor 22. The wireless router control processor 225 evaluates the responses from each of the GDL units 111, selects the frequency of choice, and then notifies each GDL unit 111 within communication range of its decision. This process is periodically repeated and is executed automatically in the event of a retransmission request from a GDL unit 111, as a result of a detected bit error, as described above.

As those skilled in the art are aware, a spread spectrum signal is one occupying a bandwidth much greater than the minimum bandwidth necessary to send information contained in the spread signal. Spreading of a transmitted signal across the bandwidth of interest is accomplished by use of a spreading code, or pseudo-random noise (PN) sequence, which is independent of the information being transmitted. At the receiver, despreading of the spread signal is accomplished by correlating the received signal with a matched replica of the spreading code used in the transmitter. Although implementation complexity and associated product cost have constituted practical impediments to the use of spread spectrum communications outside of niche military markets, recent advances in integrated circuit manufacturing techniques have now made it possible to provide reasonably priced spread spectrum communication circuits so that they may be employed in a variety of other applications.

In accordance with the present invention the spread spectrum transmitter and receiver components have two particularly useful characteristics. The first is their operation in the 2.4–2.5 GHz unlicensed S-band, which provides both the user and the manufacturer the advantages of global unlicensed operation. Other alternatives restrict usage geographically or require the user to obtain a license in order to operate the system. In the United States, FCC compliance is governed by Part 15.247.

The second is the use of direct sequence spread spectrum (DSSS), as opposed to the use of frequency hopped or narrowband communications. The inherent low energy density waveform properties of DSSS are the basis for its acceptance for unlicensed product certification. DSSS also provides the additional benefits of resistance to jamming and immunity to the multipath problem discussed above as a function of the amount of spreading employed. Moreover, the number of orthogonal signal dimensions of DSSS is larger than narrowband techniques, so that a sophisticated receiver is readily able to recognize and recover the intended signal from a host of potential interferers, thereby reducing their effect.

In the current wireless marketplace, where RF spectrum allocations have become a precious commodity, the prospects of unintentional jamming grow increasingly greater. Spread spectrum is a robust combatant to the growing threat of RF spectrum proliferation. Pursuant to the present invention, the DSSS transceivers employed in each of the GDL unit 111 on board the aircraft and in the airport's ground subsystem wireless router 201 are frequency agile, so that they can be tuned to any of a plurality of frequency channels approved for unlicensed operation in a given country. DSSS also provides the attractive performance benefits of immunity against jamming from interferers and immunity against self-jamming from multipath, as described earlier.

15

In order to provide orthogonal signal isolation from IEEE 802.11 users, it is preferred to employ a different PN code than the standard, but still complying with strict regulatory guidelines required for type licensing, such as FCC 15.247, referenced above. In addition, as diagrammatically illustrated in the frequency channel subdivision diagram of FIG. **8**, the DSSS transceiver of FIG. **7** may employ different transmit frequencies and a different channel spacing to minimize co-channel interference. This mechanism is akin to that employed in cellular telephone networks which make use of a return channel from a cellular base station to allow a customer's handset to reduce its transmit power to the minimum level required to maintain reliable communications. Such a power allocation mechanism prolongs battery life, reduces interference, and makes more efficient use of the allocated frequency spectrum.

In the transceiver architecture of FIG. **6** employed in the GDL system of the present invention, the signal quality (e.g., bit error rate) is measured by wireless router control processor **225** to sense channel impairments. As described earlier, in an environment such as a large commercial airport, a common cause of reduced signal quality is multipath interference resulting from sudden attenuation in the direct path between the transmitter and the receivers in the wireless router and aircraft, in conjunction with a delayed signal arriving at the receiver from a reflected path. This sudden attenuation in the direct path between the aircraft and the wireless router can result in the destructive summation of reflected paths at the antenna in use, resulting in a severe signal fading condition. The nature of multipath is such that switching to a second spatially separated or orthogonally polarized antenna can result in a significant improvement in link performance. Since the wireless networking environment of an airport is one in which objects are likely to be moving between the wireless router and the aircraft, and one of the platforms is mobile, the use of an antenna diversity unit can make the difference between reliable and unreliable system performance.

In the event of a prescribed reduction in link quality, antenna diversity unit **254** is operative under processor control to switch between a pair of spatially separated or orthogonally polarized antennas **258** and **260**. Link performance is evaluated for each antenna in real time, on a packet-by-packet basis, to determine which antenna provides the best receive signal quality at a ground subsystem's wireless router. Signal quality is continually measured at the receiver demodulator output and reported to the control processor. In the event of a sudden degradation in link signal quality, the wireless router control processor switches over to the other antenna. If the degradation in signal quality cannot be corrected by switching antennas, the wireless router has the option of increasing the transmit power level at both ends of the link to compensate for the reduction in link quality and/or initiate the frequency management protocol to search for a better operating channel. In the broadcast mode, the same signal can be transmitted from both antennas in order to assure reliable reception at all aircraft GDL units, regardless of changing multipath conditions.

If the transceiver is unable to produce a satisfactory improvement in link quality by switching antennas in the manner described above, then by way of the return channel, the control processor in the receiver notifies the transmitter of the condition and the measure of link quality. The transmitter then assesses the magnitude of the channel impairment as a result of examining the measured signal quality reported back from the receiver and instructs the adaptive power control unit **252** to increase its transmit

16

power to compensate for the impairment, if appropriate. If the impairment is so severe that the transmitter cannot compensate for the impairment by increasing its transmit power level, it initiates frequency management protocol to find a clear channel.

In the transceiver architecture of FIG. **6**, the spread spectrum receiver unit **251** (shown in detail in FIG. **7**) reports assessed received link signal quality to the control processor **225**. Signal quality measurements are carried simultaneously with symbol timing measurements and are declared when an acceptable signal is to be processed. The signal quality measured is a function of the average magnitude of the PN correlation peaks detected and of the time averaged phase error. The transceiver also performs a clear channel assessment, by monitoring the environment to determine when it is feasible to transmit. The wireless router receiver makes real time antenna diversity decisions to choose the best antenna to receive from on an aircraft by aircraft basis. Once a decision is made, the same antenna is used for wireless router transmissions back to the GDL unit in the aircraft, except in the broadcast mode, where both antennas **258** and **260** are used simultaneously.

As will be appreciated from the foregoing description, the objective of satisfying the FAA's current airline Flight Operations Quality Assurance program, which recommends that airlines routinely analyze aircraft data, is successfully addressed in accordance with the present invention by means of a frequency-agile wireless ground data link, that uses a reasonably wide unlicensed portion of the EM spectrum, does not require physically accessing the aircraft, and supplies the same aircraft data provided by the airborne data acquisition unit in a compressed and encrypted format, that is automatically downloaded to an airport-resident base station segment, when the aircraft lands. When polled by a remote flight operations control center, the base station segment then forwards aircraft data files from various aircraft over a communication path such as a telco land line to the flight operations control center for analysis.

While we have shown and described an embodiment in accordance with the present invention, it is to be understood that the same is not limited thereto but is susceptible to numerous changes and modifications as known to a person skilled in the art, and we therefore do not wish to be limited to the details shown and described herein but intend to cover all such changes and modifications as are obvious to one of ordinary skill in the art.

What is claimed:

1. A system for providing a retrievable record of the flight performance of an aircraft comprising:

a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of the aircraft, and

b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download the flight performance data that has been accumulated and stored by said archival data store during flight over a wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the wideband spread spectrum communication signal from the air-

6,047,165

17

craft and demodulates the signal to obtain the flight performance data;

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data; and

an airport based processor coupled to said archival data store for retrieving flight performance data from the airport based archival data store for further processing.

**2**. A system according to claim **1**, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum communication signal.

**3**. A system according to claim **1**, wherein the wideband spread spectrum communication signal comprises a signal within an S band.

**4**. A system according to claim **1**, wherein the wideband spread spectrum communication signal comprises a signal in the range of about 2.4 to about 2.5 GHZ.

**5**. A system according to claim **1**, wherein the airport based wideband spread spectrum transceiver further comprises a wireless router that couples said wideband spread spectrum transceiver to said airport based archival data store.

**6**. A system according to claim **1**, wherein said archival data store of said ground data link unit further comprises means for compressing said flight performance data during the flight of the aircraft.

**7**. A system according to claim **1**, wherein said transceivers comprise half-duplex transceivers.

**8**. A system for exchanging information to and from an aircraft comprising:

a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of said aircraft, and

b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download said flight performance data that has been accumulated and stored by said archival data store during flight over a first wideband spread spectrum communication signal, and a receiver for receiving uploaded data over a second wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the spread spectrum signal from the aircraft and demodulates the signal to obtain the flight performance data, and a transmitter that transmits data for uploading to the aircraft over a second wideband spread spectrum communication signal;

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data to be uploaded to the aircraft; and

an airport based processor coupled to said archival data store for retrieving flight performance data from the airport based archival data store for further processing.

**9**. A system according to claim **8**, wherein said data to be uploaded to an aircraft further comprises video, audio and flight information that has been stored within said airport based archival data store.

**10**. A system according to claim **8**, wherein said video, audio and flight information to be uploaded to said aircraft

18

further comprises digitized in-flight passenger service and entertainment video and audio files.

**11**. A system according to claim **8**, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal.

**12**. A system according to claim **8**, wherein the wideband spread spectrum communication signal comprises a signal within the S band.

**13**. A system according to claim **8**, wherein the wideband spread spectrum communication signal comprises a signal in a range of about 2.4 to about 2.5 GHz.

**14**. A system according to claim **8**, wherein the airport based wideband spread spectrum transceiver further comprises a wireless router that couples said wideband spread spectrum transceiver to said airport based archival data store.

**15**. A system according to claim **8**, wherein said archival data store of said ground data link unit further comprises means for compressing said flight performance data during the flight of the aircraft.

**16**. A system according to claim **8**, wherein said transceivers comprise half-duplex transceivers.

**17**. A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;

after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored within the archival data store during the flight over a wideband spread spectrum communication signal to an airport based spread spectrum receiver;

demodulating the received spread spectrum signal to obtain the flight performance data;

storing the demodulated flight performance data within an airport based archival data storage; and

retrieving the flight performance data via an airport based processor for further processing.

**18**. A method according to claim **17**, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal.

**19**. A method according to claim **17**, wherein the wideband spread spectrum communication signal comprises a signal within an S band.

**20**. A method according to claim **17**, wherein the wideband spread spectrum communication signal comprises a signal within a range of about 2.4 to about 2.5 GHz.

**21**. A method according to claim **17**, and further comprising the step of compressing the flight performance data within the archival data store of the ground data link unit during flight of the aircraft.

**22**. A method according to claim **17**, and further comprising the step of routing the flight performance data from an airport based processor and archival data store from a first ground based wideband spread spectrum transceiver via a first wideband spectrum communication signal to a second ground based wideband spread spectrum transceiver functioning as a repeater to relay the flight performance data to the aircraft via a second wideband spread spectrum communication signal.

**23**. A method of exchanging data to and from an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

6,047,165

**19**

accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;

after the aircraft lands at an airport at completion of the flight, downloading the flight performance data that has been accumulated and stored within the archival memory during the flight over a first wideband spread spectrum communication signal to an airport based spread spectrum transceiver;

demodulating the received spread spectrum signal to obtain the flight performance data;

storing the demodulated flight performance data within an airport based archival data store;

storing data to be uploaded to the airport based aircraft within the airport based archival data store;

retrieving the data to be uploaded; and

transmitting the data from an airport based spread spectrum transceiver to the aircraft along a second wideband spread spectrum communication signal to the ground data link unit located within the aircraft.

**24**. A method according to claim **23**, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum signal.

**25**. A method according to claim **23**, wherein the wideband spread spectrum communication signal comprises a signal within an S band.

**26**. A method according to claim **23**, wherein the wideband spread spectrum communication signal comprises a signal within a range of about 2.4 to about 2.5 GHz.

**27**. A method according to claim **23**, and further comprising the step of routing the flight performance data from an airport based processor and archival data store via a first ground based wideband spread spectrum transceiver via a first wideband spread spectrum communication signal to a second ground based wideband spread spectrum transceiver functioning as a repeater to relay the flight performance data to the aircraft via a second wideband spread spectrum communication signal.

**28**. A method according to claim **23**, and further comprising the step of uploading to the aircraft from the airport based spread spectrum transceiver video, audio and flight information that has been stored within the airport based archival data store.

**29**. A method according to claim **23**, wherein the video, audio and flight information to be uploaded further com-

**20**

prises digitized in-flight passenger service and entertainment video and audio files.

**30**. A system for providing a retrievable record of the flight performance of an aircraft comprising:

an aircraft comprising a plurality of flight parameter transducers and flight data acquisition equipment distributed throughout the aircraft;

a ground data link unit operatively coupled to the plurality of flight parameter transducers and flight data acquisition equipment for obtaining flight performance data representative of aircraft flight performance, said ground data link unit further comprising:

a) an archival data store operative to accumulate and store flight performance data during flight of said aircraft, and

b) a wideband spread spectrum transceiver coupled to said archival data store, and comprising a transmitter that is operative after the aircraft completes its flight and lands at an airport to download said flight performance data that has been accumulated and stored by said archival data store during said flight over a wideband spread spectrum communication signal;

an airport based wideband spread spectrum transceiver comprising a receiver that receives the spread spectrum signal from the aircraft and demodulates the signal to obtain the flight performance data;

an airport based archival data store coupled to said airport based wideband spread spectrum transceiver that receives and stores said flight performance data; and

an airport based processor coupled to said archival data store for retrieving flight data performance from the airport based archival data store for further processing.

**31**. A system according to claim **30**, wherein the wideband spread spectrum communication signal comprises a direct sequence spread spectrum communication signal.

**32**. A system according to claim **30**, wherein the wideband spread spectrum communication signal comprises a signal within an S band.

**33**. A system according to claim **30**, wherein the wideband spread spectrum communication signal comprises a signal in the range of about 2.4 to about 2.5 GHz.

\*  \*  \*  \*  \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  : 6,047,165

DATED       : April 4,2000

INVENTOR(S) : Wright et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

```
On the title page,
  Item [56]                     Insert:
  References Cited              Foreign Priority Documents
                      0 407 179 A1 5/1990  European Patent Office
                      2 276 006 A  9/1994  United Kingdom
```

Signed and Sealed this

Twentieth Day of March, 2001

*Attest:*

Nicholas P. Godici

**NICHOLAS P. GODICI**

*Attesting Officer*          *Acting Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,047,165                                    Page 1 of  1
DATED           : April 4, 2000
INVENTOR(S)  : Wright et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Item [73] Assignee:
Delete, Harris Corporation, Palm Bay, Fla.
Substitute, Harris Corporation, Melbourne, Fla.

Signed and Sealed this

Seventeenth Day of July, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*

## (12) EX PARTE REEXAMINATION CERTIFICATE (6866th)

# United States Patent
Wright et al.

(10) **Number:** US 6,047,165 C1

(45) **Certificate Issued:** Jun. 9, 2009

(54) **WIRELESS, FREQUENCY-AGILE SPREAD SPECTRUM GROUND LINK-BASED AIRCRAFT DATA COMMUNICATION SYSTEM**

(75) Inventors: **Thomas H. Wright**, Indialantic, FL (US); **James J. Ziarno**, Malabar, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

**Reexamination Request:**
No. 90/008,567, Mar. 30, 2007

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **6,047,165** |
| Issued: | **Apr. 4, 2000** |
| Appl. No.: | **08/557,269** |
| Filed: | **Nov. 14, 1995** |

Certificate of Correction issued Mar. 20, 2001.

Certificate of Correction issued Jul. 17, 2001.

(51) **Int. Cl.**
| | |
|---|---|
| *G05D 1/00* | (2006.01) |
| *G08G 5/00* | (2006.01) |
| *G06F 17/40* | (2006.01) |

(52) **U.S. Cl.** .................. **455/66.1**; 455/431; 455/67.11; 455/67.13; 455/67.16; 340/945; 375/130; 375/219; 701/14; 701/35

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,729,102 A | 3/1988 | Miller, Jr. et al. |
| 5,445,347 A | 8/1995 | Ng |

| | | | |
|---|---|---|---|
| 5,761,625 A | * | 6/1998 | Honcik et al. ................. 701/14 |

OTHER PUBLICATIONS

ARINC Specification 632: Gate–Aircraft Terminal Environment Link (Gatelink)—Ground Side, Oct. 19, 1994 (Exhibit 4).

ARINC Characteristic 751: Gate–Aircraft Terminal Environment Link (Gatelink)—Aircraft Side, Oct. 21, 1993 (Exhibit 5).

ARINC AEEC Letter 91–079/DLK–391: Circulation of Gatelink Ad Hoc Meeting Report and Strawman Material, Apr. 5, 1991 (Exhibit 6).

ARINC AEEC Future Concepts for Maintenance Subcommittee/AMC Task Group—Avionics Pub 94–205/FCM–69; Report of the Portable Maintenance Access Terminal (PMAT) Working Group Meeting Held Aug. 24–25, 1994 in Bloomington, dated Sep. 1, 1994, Minnesota (Exhibit 7).

L–1011: Flight Data Recording Systems—Background, Features, Implications and Benefits, AIAA Aircraft Systems and Technology Conference, Los Angeles, California, Aug. 21–23, 1978 (Exhibit 8).

ARINC 591: Quick Access Recorder for AIDS System (QAR), May 18, 1972 (Exhibit 9).

* cited by examiner

*Primary Examiner*—Charles Craver

(57) **ABSTRACT**

A flight information communication system has a plurality of RF direct sequence spread spectrum ground data links that link respective aircraft-resident subsystems, in each of which a copy of its flight performance data is stored, with airport-located subsystems. The airport-located subsystems are coupled by way communication paths, such as land line telephone links, to a remote flight operations control center. At the flight operations control center, flight performance data downlinked from plural aircraft parked at different airports is analyzed. In addition, the flight control center may be employed to direct the uploading of in-flight data files, such as audio, video and navigation files from the airport-located subsystems to the aircraft.



US 6,047,165 C1

**1**

**EX PARTE
REEXAMINATION CERTIFICATE
ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1**, **8**, **17**, **23** and **30** is confirmed.

Claims **2–7**, **9–16**, **18–22**, **24–29** and **31–33** were not reexamined.

*  *  *  *  *

**Exhibit 46**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MAIL STOP EX PARTE REEXAM
COMMISSIONER FOR PATENTS
P. O. BOX 1450
ALEXANDRIA, VA  22313-1450

I HEREBY CERTIFY THIS PAPER OR FEE IS BEING
DEPOSITED WITH THE U.S. POSTAL SERVICE "EXPRESS
MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER
37 CFR 1.10 ON THE DATE INDICATED.BELOW AND IS
ADDRESSED TO:  MAIL STOP EX PARTE REEXAM,
COMMISSIONER FOR PATENTS, P. O. BOX 1450,
ALEXANDRIA, VA  22313-1450.

EXPRESS MAIL NO: ___EV 322694262 US_____

DATE OF DEPOSIT: ___November 5, 2003_____

NAME: _____Justin Goree_____

SIGNATURE: _____[signature]_____

REQUEST FOR REEXAMINATION OF
U.S. PATENT NO. 6,308,045

ATTORNEY DOCKET NO. ASD-15-REX (51346)

### ATTACHMENT TO REQUEST FOR EX PARTE REEXAMINATION
### PROVIDING INFORMATION OF PATENT NO. 6,308,045

Sir:

### I.  NO NEW SUBSTANTIAL QUESTION OF PATENTABILITY EXISTS
### FOR CLAIMS 1-16 OF U.S. PATENT NO. 6,308,045

The assignee of the above-captioned U.S. Patent No.
6,308,045 to Wright et al. (hereinafter "the '045 patent"),
assigned to Harris Corporation, hereby submits, under the
provisions of 37 C.F.R. §1.501 et seq., a Request for
Reexamination concerning all Claims 1-16 of the '045 patent on
the basis of prior art cited in a European opposition for a
counterpart European Patent Application as follows:

1.   U.S. Patent No. 5,445,347 issued August 29, 1995, to
Ng (hereinafter "the '347 patent").

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

2.    Gate-Aircraft Terminal Environment Link (Gatelink) –
Ground Side, ARINC Specification 632, December 30, 1994
(hereinafter the "ARINC Spec 632").

3.    Airlines Electronic Engineering Committee Letter
91-079/DLK-391, April 5, 1991 (hereinafter the "AEEC Letter").

4.    Gate-Aircraft Terminal Environment Link (Gatelink) –
Aircraft Side, ARINC Characteristic 751, January 1, 1994
(hereinafter the "ARINC Spec 751").

5.    Aviation Week & Space Technology, *"Safety Board
Urges Mandatory Use of FDR/CVRs in Commuter Transports,"*
Avionics, p. 73, McGraw-Hill, Inc., August 31, 1987
(hereinafter the "1987 Aviation Week Article").

6.    Aviation Week & Space Technology, *"Conversion
Approach Appears Flawed,"* Aerospace Business, Vol. 139, No. 4,
page 48, McGraw-Hill, Inc., July 31, 1993 (hereinafter the
"1993 Aviation Week Article").

7.    Electronic Engineering Times, "Module is Result of
Work With Apple -- Plessey Makes Leap With Wireless LAN,"
November 7, 1994 (hereinafter the "Engineering Times
Article").

It is believed that a "substantial new question of
patentability", as required by 35 U.S.C. §303 for a
reexamination does not exist because these references either
singularly or in combination with other cited prior art do not
invalidate or render obvious the claims of the '045 patent.  A
cut-up copy of the '045 patent is attached as Appendix A.

## II.  BACKGROUND OF THE INVENTION

Modern commercial aircraft use airborne data
acquisition equipment that monitor signals indicative of the
flight performance of the aircraft.  This data is recorded in

2

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

a digital flight data recorder, i.e., black box.  Usually, the
flight data recorder is read out only to analyze the cause of
an anomaly that led to an in-flight mishap.  It is, however,
desirable to provide the ability to allow for a more efficient
and easier way of accessing flight performance data of an
aircraft.

        One possibility for addressing this desire is to
equip each aircraft with a redundant recording unit having a
removable data storage medium, such as a floppy disk.  An
alternative suggestion based on the same concept is to bring a
portable computer onboard the aircraft after the flight is
completed and download the data from the black box into the
portable computer.  Both suggestions require ground personnel
to enter the aircraft and physically retrieve the data.  These
proposals are disclosed in U.S. Patent No. 4,642,775; EP
0407179 A1; and U.S. Patent No. 4,729,102.

        Installing a redundant flight data recording unit
allows airline personnel to board the aircraft when it is
parked and retrieve a copy of the flight performance data for
subsequent evaluation.  When considering the large volume of
aircraft traffic experienced by major commercial airports,
however, this proposed scheme is not only time and manpower
intensive, but also prone to substantial data
misidentification and aircraft/data association errors.

        One proposal to this problem is set forth in U.S.
Patent No. 4,729,102.  In this proposal, while the aircraft is
airborne, flight performance data is transmitted to ground
stations using a limited bandwidth system called ACARS®.  This

3

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

limited bandwidth allows only for the transmission of small
amounts of data -- a snapshot of the monitored parameters at
the time of transmission.

Other proposals use either a direct line-of-sight
infrared link or a fiber optic cable to couple an onboard
aircraft computer system with a ground-based computer system.
Such a system is disclosed in U.S. Patent No. 5,359,446.
Systems of that type are also described in the cited ARINC
Spec 632, ARINC Spec 751 and the AEEC Letter.

Obvious drawbacks to these known systems include the
use of complex and expensive components and a requirement that
the aircraft be parked at the gate, allowing any line-of-sight
infrared transceivers or fiber optic umbilical connector
assemblies to be properly interlinked.  As a consequence, none
of these systems can be used with aircraft that are parked on
an apron.

Further, such a system could only be implemented if
each and every location (gate, jetway, hanger, etc.) at which
an aircraft is parked were provided with the corresponding
line-of-sight infrared transceivers or the fiber optical
umbilical cable connector assemblies.  This is a major
drawback because of significant costs involved in the
universal installation of such assemblies throughout all
airports.  Also, a very precise alignment of the line-of-sight
infrared transceiver assembly at the aircraft with the line-
of-sight infrared transceiver assembly at the gate is
required.  This further complicates the use of these systems
and raises their installation and maintenance.

4

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**

_____/

     As noted in column 1, lines 40-48 of the '045
patent, the US Federal Aviation Administration recommends a
Flight Operational Quality Assurance (FOQA) program to provide
the airlines with greater insight into and more information
about the total flight operations environment.  The invention
claimed in the '045 patent accomplishes this goal by
monitoring flight performance data, similar to or more
detailed than flight data recorder (FDR) information, at least
over the entire duration of a flight, retrieving, and sending
the data to the aircraft owner's offices for verification,
specialized processing and analysis.  Based on this analysis,
safety can be improved by enhancing training effectiveness,
operational procedures, maintenance and engineering
procedures, and air traffic control procedures.  The FOQA data
can be used to identify adverse trends.

### III.   SUMMARY OF THE INVENTION
### DISCLOSED IN U.S. PATENT NO. 6,308,045

**A.   Overview of the '045 Patent**

     The invention claimed in the '045 patent provides
the desired capability for periodically accessing and
analyzing flight performance data by means of a wireless
ground data link through which flight performance data
provided by airborne data acquisition equipment is
accumulated, stored and downloaded to a ground resident
subsystem, typically located at or near an airport.  The
flight performance data is primarily downloaded after the
aircraft has landed without having to physically access a

5

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

redundant unit onboard the aircraft.  This ground subsystem
stores the received flight performance data in a ground based
archival data store usually located at or near an airport for
further processing, and eventually forwards flight performance
data files to a flight operations control center for analysis.
The flight performance data is downloaded by a spread spectrum
communications signal, typically as either a frequency hopping
or a direct sequence spread spectrum communications signal.
This concept is defined in the '045 patent, which issued with
Claims 1-16, and eight independent claims 1, 4, 7, 10, 13, 14,
15 and 16.

## B.  Independent Claims Issued in the '045 Patent

1.    A system for providing a retrievable record of the flight
performance of an aircraft comprising:
    a ground data link unit that obtains flight performance data
representative of aircraft flight performance during flight of the
aircraft, said ground data link unit comprising:
    a) an archival data store operative to accumulate and store flight
performance data during flight of the aircraft, and
    b) a frequency hopping spread spectrum transceiver coupled to said
archival data store, and comprising a transmitter that is operative to
download the flight performance data that has been accumulated and stored
by said archival data store during flight over a frequency hopping spread
spectrum communication signal;
    a ground based spread spectrum transceiver comprising a receiver that
receives the frequency hopping spread spectrum communication signal from
the aircraft and demodulates the signal to obtain the flight performance
data;

6

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

     a ground based archival data store coupled to said ground based
spread spectrum transceiver that receives and stores said flight
performance data; and
     a ground based processor coupled to said archival data store for
retrieving flight performance data from the ground based archival data
store for further processing.

     4.   A system for providing a retrievable record of the flight
performance of an aircraft comprising:
     a ground data link unit that obtains flight performance data
representative of aircraft flight performance during flight of the
aircraft, said ground data link unit comprising:
     a) an archival data store operative to accumulate and store flight
performance data during flight of the aircraft, and
     b) a direct sequence spread spectrum transceiver coupled to said
archival data store, and comprising a transmitter that is operative to
download the flight performance data that has been accumulated and stored
by said archival data store during flight over a direct sequence spread
spectrum communication signal;
     a ground based spread spectrum transceiver comprising a receiver that
receives the direct sequence spread spectrum communication signal from the
aircraft and demodulates the signal to obtain the flight performance data;
     a ground based archival data store coupled to said ground based
spread spectrum transceiver that receives and stores said flight
performance data; and
     a ground based processor coupled to said archival data store for
retrieving flight performance data from the ground based archival data
store for further processing.

     7.   A system for providing a retrievable record of the flight
performance of an aircraft comprising:
     a ground data link unit that obtains flight performance data
representative of aircraft flight performance during flight of the
aircraft, said ground data link unit comprising:

                                    7

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

a) a data store operative to accumulate and store flight performance data during flight of the aircraft, and

b) a frequency hopping spread spectrum transceiver coupled to said data store, and comprising a transmitter that is operative to download the flight performance data that has been accumulated and stored by said archival data store during flight over a frequency hopping spread spectrum communication signal; and

a ground based spread spectrum transceiver comprising a receiver that receives the frequency hopping spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data.

10.    A system for providing a retrievable record of the flight performance of an aircraft comprising:

a ground data link unit that obtains flight performance data representative of aircraft flight performance during flight of the aircraft, said ground data link unit comprising:

a) a data store operative to accumulate and store flight performance data during flight of the aircraft, and

b) a direct sequence spread spectrum transceiver coupled to said data store, and comprising a transmitter that is operative to download the flight performance data that has been accumulated and stored by said data store during flight over a direct sequence spread spectrum communication signal; and

a ground based spread spectrum transceiver comprising a receiver that receives the direct sequence spread spectrum communication signal from the aircraft and demodulates the signal to obtain the flight performance data.

13.    A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;

8

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

downloading the flight performance data that has been accumulated and stored within the archival data store during the flight over a frequency hopping spread spectrum communication signal to a ground based spread spectrum receiver;

demodulating the received frequency hopping spread spectrum signal to obtain the flight performance data;

storing the demodulated flight performance data within a ground based archival data storage; and

retrieving the flight performance data via a ground based processor for further processing.

14.    A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

accumulating and storing within an archival memory of a ground data link unit the flight performance data during flight of the aircraft;

downloading the flight performance data that has been accumulated and stored within the archival data store during the flight over a direct sequence spread spectrum communication signal to a ground based spread spectrum receiver;

demodulating the received spread spectrum signal to obtain the flight performance data;

storing the demodulated flight performance data within a ground based archival data storage; and

retrieving the flight performance data via a ground based processor for further processing.

15.    A method of providing a retrievable record of the flight performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the aircraft;

accumulating and storing within a memory of a ground data link unit the flight performance data during flight of the aircraft;

9

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

downloading the flight performance data that has been accumulated and
stored within the archival data store during the flight over a frequency
hopping spread spectrum communication signal to a ground based spread
spectrum receiver; and

demodulating the received spread spectrum signal to obtain the flight
performance data.

16. · A method of providing a retrievable record of the flight
performance of an aircraft comprising the steps of:

acquiring flight performance data of an aircraft during flight of the
aircraft;

accumulating and storing within a memory of a ground data link unit
the flight performance data during flight of the aircraft;

downloading the flight performance data that has been accumulated and
stored within the data store during the flight over a direct sequence
spread spectrum communication signal to a ground based spread spectrum
receiver; and

demodulating the received spread spectrum signal to obtain the flight
performance data.

## IV.   THE SUBJECT MATTER OF AL CLAIMS IN U.S. PATENT NO. 6,308,045 IS NOVEL AND UNOBVIOUS OVER THE DISCLOSURE OF U.S. PATENT NO. 5,455,347

### A.   The Purpose and Architecture of the System Disclosed in the '347 Patent

The '347 patent describes an automated wireless
preventive maintenance monitoring system for vehicles[1].  Rather
than performing maintenance inspections at predetermined time
intervals, this system aims at performing inspections in near
real time[2].  The system increases the probability that

---

[1] see title and col. 1, lines 11-13 of the '347 patent
[2] see col. 2, lines 38-41 of the '347 patent

10

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

impending malfunctions of the respective vehicle can be
detected, and preventive action taken before the malfunctions
actually occur[3].

       To achieve this, baseline data signatures are
continuously compared with near real time data obtained from
the vehicles[4] while they are *en route* and passing proximate
fixed stations[5] wayside the track.  The stations control
transmission of the status data of currently sensed operating
conditions from the vehicles.  Imminent failures are displayed
on a status monitor for evaluation[6] and appropriate action.

       The system of the '347 patent is concerned with the
immediacy of identifying impending malfunctions.  It is not
concerned with accumulating vehicle performance data during *en
route* operation of the vehicle being monitored.  It is also
not concerned with storing the accumulated vehicle performance
data for transmission subsequent to the *en route* operation of
the vehicle.

## B.   The Structure of the System Disclosed in the '347 Patent

       The system disclosed in the '347 patent manages the
maintenance of magnetic levitation trains and numerous other
types of vehicles such as conventional trains, buses,
automobiles and possibly airplanes[7].  The patent teaches which
components of trains, automotive vehicles, and possibly
aircraft should be monitored by vibrational or acoustical

---

[3] see col. 2, lines 41-43 of the '347 patent
[4] see col. 7, lines 51-52 of the '347 patent
[5] see abstract and col. 2, lines 20-25 of the '347 patent
[6] see col. 7, lines 59-60 of the '347 patent
[7] see col. 3, lines 24-28 of the '347 patent

11

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

sensors and which environmental data and electrical parameters on trains, automotive vehicles, and possibly aircraft are to be sensed[8].

The system disclosed in the '347 patent downloads data over a wireless spread spectrum time division multiple access (TDMA) communications link in response to control commands issued by stations while the train "flies" along the track. Each vehicle and engine is provided with a System Monitor and Diagnostic Unit (SMDU)[9]. Network Status Interface Units (NSIU) are provided at stations and at other fixed locations through which the vehicles pass[10]. In operation, while the train is in motion, the sensors in the SDMUs continuously monitor the current operating condition of the engine and the vehicles.

The NSIUs, provided alongside the track, operate as the master[11] and continuously transmit control signals which poll the SMDUs, which operate as slaves[12] in the vehicles. This polling causes the SMDUs to transmit data signals representing the current operational status of the vehicles to the NSIUs at the time the vehicle passes proximate thereto[13]. When a vehicle comes within range of one of the wayside stations and receives the control message from the NSIU in response to the SMDU computer in each vehicle will transmit the currently sensed data[14].

---

[8] see col. 5, line 65 - col. 7, line 37 of the '347 patent
[9] see col. 3, lines 18-20 of the '347 patent
[10] see abstract and col., 3, lines 29-31 of the '347 patent
[11] see ref. numeral 64 in FIG. 4 of the '347 patent
[12] see ref. numeral 60 in FIG. 3 of the '347 patent
[13] see abstract and col. 2, lines 20-25 of the '347 patent
[14] see para. bridging cols. 4, 5 of the '347 patent

12

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

        The '347 patent describes a near real-time[15]
diagnostic system where small amounts of data acquired during
the journey of the vehicles are downloaded by the SMDUs every
time they are within range of a fixed NSIU while the vehicles
are *en route* rather than being accumulated and stored for
retrieval after arrival.

        As such, the '347 patent discloses a system which
continuously monitors certain parameters onboard the vehicle
and transmits a momentary snapshot of these parameters while
the vehicle is *en route* and in RF reach of a ground-based
receiver station along the route of the vehicle.

**C.   The '347 Patent Does Not Anticipate or Render Obvious Claims 1-16 of the '045 Patent**

**(i)   Comparison Between Claim 1 of the '045 Patent and the '347 Patent**

        At least the following features of Claim 1 in the
'045 patent are not taught by the '347 patent.   Respective
features from Claim 1 are identified first in each section
below and the (missing) counterpart follows:

| . . . an archival data store. . . (paragraph a) |
|---|

---

[15] see col. 7, line 53 of the '347 patent

13

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

Sensed operating conditions are continuously monitored[16] and data
signals representative of the sensed operating conditions are stored[17]
in memory of a microprocessor or computer[18] for transmission[19] each
time an NSIU is passed - there is no archival data store onboard the
vehicle.

operative to accumulate . . . (paragraph a)

There is no teaching in the '347 patent referring to an accumulation
(or a technical function corresponding to an accumulation) of data in
the vehicle.

. . . a frequency hopping spread spectrum transceiver coupled to said
archival data store . . .

The transmitter disclosed in the '347 patent is connected to the
memory and buffers the data signals representative of the sensed
operating conditions[20] for transmission to the NSIUs - there is no
archival data store onboard the vehicle.

. . . a transmitter that is operative to download the flight
performance data that has been accumulated and stored by said archival
data store during flight over a frequency hopping spread spectrum
communication signal . . .

In the '347 patent, the NSIUs transmit polling signals, which cause
the SMDUs to transmit data signals from the vehicles, representing the

---

[16] see col. 4, lines 53-57 of the '347 patent
[17] see col. 4, lines 55-57 of the '347 patent
[18] see col. 3, lines 43-46 of the '347 patent
[19] see col. 10, lines 6-8 of the '347 patent
[20] Col. 10, lines 6-8 of the '347 patent

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

operational status of the cars to the NSIUs . . . when the train
passes proximate thereto[21].  When a vehicle comes within range of one
of the wayside stations and receives the control message from the NSIU
in the respective station, the SMDU computer in each vehicle will in
response transmit its data signals[22].  Every reference to transmission
of sensed status data pertains to the vehicle being _en route_.  When a
vehicle comes within range of one of the wayside stations and receives
the control message from the NSIU in the respective station, the SMDU
computer in each vehicle will in response transmit its data signals[23].
As the '347 patent is silent about accumulating data signals
representing the operational status of the vehicles, there cannot be
any download of such accumulated data signals.

. . . a ground-based spread spectrum transceiver . . .

Nowhere in the '347 patent can be found any reference to a ground-
based transceiver at one location or point, such as at or near an
airport.  The "stations" referred to by the '347 patent contain
control units provided wayside along a guideway upon which the MAGLEV
train travels[24].  Whenever in the '347 patent the train is mentioned
in relation to the station, it is referred to as passing proximate
thereto[25].

Trains are built and operated to stop at train stations in order to
allow passengers to embark and disembark.  The stations of the '347
patent are part of a system for providing an automated wireless
preventive maintenance monitoring system for a vehicle that performs
inspections continuously in near real time, greatly increasing the
probability that impending malfunctions can be detected, and
preventive action taken before the malfunctions actually occurs[26].

Nowhere in the '347 patent is there the slightest hint that a
"station" is anything else.

. . . a ground-based archival data store coupled to said ground-based
spread spectrum transceiver that receives and stores said flight
performance data . . .

Nowhere in the '347 patent can be found any reference to one ground
location point such as at or near an airport, or to any location that

---

[21] see abstract and col. 2, lines 20-25 of the '347 patent
[22] see para. bridging cols. 4, 5 of the '347 patent
[23] see para. bridging cols. 4, 5 of the '347 patent
[24] see e.g. col. 3, lines 29-32 of the '347 patent
[25] see e.g., abstract or claim 1 of the '347 patent
[26] see col. 2, lines 38-42 of the '347 patent

15

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

---

might correspond to this one point.  The "stations" are signaling and control units provided wayside along a guideway upon which the MAGLEV train travels[27].  Consequently, there is also no ground-based archival data store at a location such as near or at an airport.

Furthermore, while the Maintenance Control Center may have a mass memory including a hard drive, the '347 patent only refers to software programs stored in that mass memory[28], and nowhere is there to be found any indication that the downloaded data snapshots are accumulated or stored there.

---

. . . a ground-based processor coupled to said archival data store for retrieving flight performance data from the ground-based archival data store for further processing.

As outlined above, there is no one location or point such as at or near an airport mentioned in the '347 patent.  Furthermore, as mentioned above, there is also no indication of an archival data store in the ground segment of the system of the '347 patent containing flight performance data.  The processor that is mentioned in the '347 patent is a "prognostic processor programmed to predict expected failures . . . by continuously comparing baseline data signatures with near real time data from the SMDUs."[29]

---

### (ii)   Comparison of Claims in the '045 Patent

The difference between independent Claims 1 and 4 in the '045 patent is the distinction between the two types of spread spectrum communications signals.  Claim 1 claims a frequency hopping spread spectrum transceiver and communications signal, while Claim 4 claims a direct sequence spread spectrum transceiver and communications signal.  Otherwise, the two claims are essentially similar in scope and the arguments applicable above also apply to Claim 4.

---

[27] see e.g., abstract or claim 1 of the '347 patent
[28] see col. 4, line 48 pp. of the '347 patent
[29] see col. 7, lines 48-53 of the '347 patent

16

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

     System Claims 7 and 10 are similar to each other,
except Claim 7 recites the frequency hopping spread spectrum
transceiver and communications signal, and Claim 10 is recites
the direct sequence spread spectrum transceiver and
communications signal.  Both Claims 7 and 10 do not recite the
ground-based archival data store and ground-based processor.
Both claims, however, recite the ground-based spread spectrum
transceiver that receives the spread spectrum communications
signal from an aircraft and demodulates the signal to obtain
the flight performance data.  Thus, the arguments identified
above apply equally to system Claims 7 and 10.

     Dependent system claims are directed to downloading
flight performance data after the aircraft complete its flight
and lands in an airport (Claims 2 and 5) or a wireless router
(Claims 3 and 6).  Dependent Claims 8 and 11 are directed to
the ground-based data store and ground-based processor.
Claims 9 and 12 are directed to the spread spectrum
transceiver operative after the aircraft completes its flight
to download the flight performance data.

     Method Claim 13 recites similar functions as set
forth in system Claim 1.  The flight performance data after it
has been accumulated and stored within the archival data store
during the flight is downloaded over the spread spectrum
communications signal to a ground-based spread spectrum
receiver.  At that point at its location, such as at or near
an airport, it is demodulated to obtain the flight performance
data, stored within the ground-based archival data storage,
and retrieved via a ground-based processor for further

17

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

processing.  Claims 13 and 14 are similar in scope to each
other, except Claim 13 recites the frequency hopping spread
spectrum communications signal, while Claim 14 recites the
direct sequence spread spectrum communications signal.  Claims
15 and 16 are similar to Claims 7 and 10, but in method
terminology.

### (iii)   Comparison Between Claim 13 and the '347 Patent

For the reasons detailed above, the subject matter
of method Claims 13-16 are also not anticipated nor rendered
obvious by the '347 patent.

### (iv)   The Teachings of the '347 Patent are Opposite to the Claimed Invention of the '045 Patent

The simplified claim chart on pages 14, 15 and 16
illustrates the substantial differences between the system and
functions disclosed in the '347 patent and the claimed
invention in the '045 patent.  Indeed, an understanding of the
teaching in the '347 patent indicates that the system in the
'347 patent is contrary to the teachings of the '045 patent.

In the '347 Patent, there is no reference to any
landing point or one location, such as an airport, having a
ground-based transceiver.  The '347 patent has no reference
even to a train station.  Any "stations" referred to in the
'347 patent contain control units provided wayside along a
guideway upon which the MAGLEV train travels (column 3, lines
29-32).  Trains are built and operated to stop at train
stations to allow passengers to embark and disembark.  The

18

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

stations of the '347 patent are part of a system for providing
an automated wireless preventive maintenance monitoring system
for a vehicle that performs inspections continuously in near
real time, greatly increasing the probability that impending
malfunctions can be detected, and preventive action taken
before the malfunctions actually occur (column 2, lines
38-46). Nowhere in the '347 patent is there the slightest
hint that a "station" is anything else.

There is also no teaching in the '347 patent
regarding an accumulation (or technical function corresponding
to an accumulation) of data in a vehicle. There is no
teaching in the '347 patent regarding any landing of a
vehicle, such as at or near an airport. Every reference to
transmission of sensed status data pertains to the vehicle
being *en route*. According to the '347 patent, the NSIUs
operate as the master (numeral 64 in FIG. 4) and continuously
transmit control signals which poll the SMDUs, which operate
as slaves located in the vehicles (FIG. 3, reference numeral
60). This polling causes the SMDUs to transmit data signals
representing the operational status of the vehicles to the
NSIUs when the vehicle passes proximate thereto (column 2,
lines 20-25). When a vehicle comes within range of one of the
wayside stations and receives the control message from the
NSIU in the respective station, the SMDU computer in each
vehicle will in response transmit its data signals (see
paragraph bridging columns 4 and 5 of the '347 patent).

Another key difference between the system disclosed
in the '347 patent and the claimed invention of the '045

19

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

patent concerns the type of data that is downloaded.  In the
'347 patent, a data signal snapshot represents the current
operational status of a vehicle that is downloaded in response
to a control command issued by a fixed station while the
vehicle passes proximate thereto (see abstract and column 2,
lines 20-25 of the '347 patent).  When a vehicle comes within
range of one of the fixed stations and receives the control
message from that station, in response the computer in the
vehicle will transmit its data signals (column 2, lines
39-40).  The system of the '347 patent performs inspections
continuously in near real time (column 2, lines 39-40).
Baseline data signatures are continuously compared with near
real time data obtained from the vehicles (column 7, lines
51-52), while these are en route.  Imminent failures are
displayed on a status monitor for evaluation and appropriate
action (column 7, lines 59-60).

     In the present claimed invention of the '045 patent,
on the other hand, the capability for periodically accessing
and analyzing flight performance data by means of a wireless
ground data link is provided by which flight performance data
for an airborne data acquisition equipment is accumulated,
stored and downloaded to a ground resident ground subsystem,
typically after the aircraft has landed at an airport.  This
ground subsystem stores the received flight performance data
in a ground-based archival data store for further processing,
eventually at a flight operations control center for analysis.

     Nowhere does the '347 patent mention or suggest a
data history being compiled onboard the train or data

20

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

accumulated during travel or flight.   In the '347 patent, a
system 50 and built-in-test-unit 52 obtains sensed data and
provides this date to the computer for formatting as a data
message, which is transmitted to an NSIU whenever the SMDU
passes proximate thereto (column 3, lines 67 through column 4,
line 2).

The maintenance control center in the ground segment
of the system disclosed in the '347 patent could possibly have
a mass memory including a hard drive.   The '347 patent only
refers to software programs stored in the mass memory (column
4, line 48), and a file server provided for technical data for
service personnel in the field (column 8, lines 12-13).
Nowhere is there any indication in the '347 patent that the
downloaded data snapshots are accumulated or stored.

There is also no disclosure in the '347 patent that
the microprocessor or computer 34 referred therein has a "mass
memory" which could structurally or functionally be considered
to resemble an "archival data store" for accumulating and
storing flight performance data during flight of the aircraft.
The invention of the '045 patent does not transmit "near real
time" data.

As noted above, it is clear that the teachings of
the '347 patent do not anticipate or render obvious any claims
issued in the '045 patent.   The '347 patent actually teaches
away from the '045 patent.

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

### V.   THE AEEC LETTER DOES ANTICIPATE OR RENDER OBVIOUS CLAIMS 1-16 OF U.S. PATENT NO. 6,308,045

#### A.   The AEEC Letter is not Prior Art

The AEEC Letter was a letter addressed to a predefined, finite group of persons who are members of the AECC - "TO:  AECC MEMBERS" - [30].  The AEEC is the industry leader in standardization of air transport avionics equipment and telecommunications systems.  Its membership is limited to representatives solely from the airlines.  Its members on the date of that letter were the persons listed in the upper right hand corner of the first page of the letter a closed group. This letter is directed to persons who closely cooperate in this project.  As such, these persons do not form "the public."

The mere fact that the letter does not contain any markings about a secrecy obligation does not automatically render it available as prior art.  As the AEEC was and is a closed group of persons, as a general rule, the letters were only sent and made available to the addresses, i.e., the members listed in the upper right hand corner of the first page of the letters and to specifically named persons who attended the meetings.  If letters or documents were or were intended to be made publicly available by the AEEC at the time they were sent out, it had been the practice of the AEEC that those documents which were subject to public dissemination typically indicated on their first page:  "The letter [material] [handouts] has been circulated to those in the

---

[30] See upper left corner of text body of this letter:  "... Circulated herewith is Draft ... Consequently, draft is being widely circulated to the industry ..."

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

industry with a known interest and is available to others who
request them …"

The AEEC letter does not bear any statements like
the ones cited above.  Hence, there is no evidence that the
AEEC letter was "widely circulated to the industry,"
"circulated to those in the industry with a known interest and
is available to others who request it," or "made available to
the public."

## B.  Contents of the AEEC Letter

The AEEC letter pertains to the circulation of a
gatelink ad hoc meeting report and strawman material and
contains several attachments.  The gatelink ad hoc committee
is sponsored by ARINC and steered by the AEEC.  ARINC is a
corporation owned by United States scheduled airlines, other
air transport companies, aircraft manufacturers, and non-U.S.
airlines.  ARINC sponsors the Airlines Electronic Engineering
Committee (AECC), formed of airline technical personnel.  The
AEEC formulates standards for electronic equipment and systems
for the airlines[31].

Attachment 1 of this letter dated April 4, 1991
lists the key decisions from a meeting in March of the same
year.  This Attachment 1 is chronologically the last in a
series of papers (Attachments 1-3) attached to the cover
letter.

Attachment 2 of the letter contains an analysis of
LAN (Local Area Networks) and point-to-point architectures for

---

[31] see e.g. Foreword, para. 2 of ARINC Spec 632

23

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**

_____/

GATELINK[32].  The intent of this paper is to stimulate
discussion for finalizing the definition and requirements of
Gatelink and provide data to assist in the evaluation of the
two identified categories of architectures for Gatelink, i.e.,
a LAN approach and a point-to-point approach[33].  The date and
public availability of this Attachment 2 are entirely unknown.
The reference to meetings in January and February of 1991,
however, indicate this document was probably created between
February and April 5, 1991.

        Attachment 3 of this letter is a GATELINK STRAWMAN
prepared by Honeywell and was discussed at the meeting in
March 1991, reported in Attachment 1[34].

        As was stated in the paper of Attachment 2, the
Gatelink subcommittee was "directed to reevaluate their
decision and look at a point-to-point architecture…"[35].  This
paper of Attachment 2 lays out the alternative LAN
configurations (IEE 802.3 ETHERNET, IEEE 802.5 Token Ring) and
the possible point-to-point links between the airport and
aircraft (ARINC 631 and X.25)[36] and suggests items to be
considered in reevaluating a recommended topology.  In all
cases, the connection between the airport and the aircraft is
provided by connectors containing a hardwire port and an
optical port.

        In the LAN section of Attachment 2 of the AEEC
letter, the following material is to be found:  "The plans for

---

[32] see title of Attachment 2 in the AEEC Letter
[33] see p. 13, para. 2 of the AEEC Letter
[34] see p. 3, item 3 of Attachment 1 and p. 20, para. 4 of Attachment 3 in the AEEC Letter
[35] see p. 13, 1st para. of Attachment 2 of the AEEC Letter
[36] see p. 17, 5th para. of Attachment 2 of the AEEC Letter

24

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

providing a wireless connection between the jetway and the
aircraft must also be examined.  At least one company has an
infrared token ring LAN at this time and several others offer
wireless Ethernet connections.  Several other companies also
have wireless Ethernet and token ring LAN products of their
development cycle at this time.  The technologies include
infrared, microwave and spread spectrum."[37]

It is readily apparent that this statement is
concerned with the technologies involved with LANs at the
airport and/or onboard the aircraft, and not with presenting
alternative suggestions for providing a wireless connection
between the jetway and the aircraft.  The statement:  "The
plans for providing a wireless connection between the jetway
and the aircraft must also be examined" is questioning whether
a wireless infrared connection should be provided in the
Gatelink specification should even be considered.  The concern
involves the necessity for the wireless connection to function
compatibly with a selection of wireless media that may or may
not (in the future) be the network media for wireless LANs at
the airport and/or onboard the aircraft.

This statement is not suggesting that other
technologies should be investigated for potential replacement
of the desired infrared connection.

The statement that "[t]he technologies include
infrared, microwave and spread spectrum" is referring only to
technologies for the Ethernet and token ring LAN products in
their development cycle at that time.

---

[37] see p. 17, para. 3 of Attachment 2 of the AEEC Letter

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/


     Attachment 3 of the AEEC Letter is a GATELINK
STRAWMAN prepared by Honeywell that preceeded, and was
discussed, at the meeting reported in Attachment 1[38].

     This Strawman unambiguously states that "Gatelink
communication may only occur when an aircraft is parked.  At
this time, a physical connection will be made between the
aircraft and the ground-based system."[39]

     This Strawman further states as "Gatelink
Requirements"[40] that "[t]he design of Gatelink implementation
shall follow the standard 802.2 for the LLC layer and the
standard IEEE 802.5 for the MAC sublayer and the physical
layer"[41].

     Attachment 1 dated April 4, 1991 of the AEEC Letter
lists the key decisions from the March meeting of the same
year.

     According to Item 2 of this list, a token ring
topology is adopted containing a bridge in the ground
facilities connected through a hybrid wire/infrared connector
to a trunk coupling unit (TCU) on the aircraft.[42].

     Further, according to Item 4 of this list, "…the
advantages and disadvantages of both the infrared and the
direct metal-to-metal connection schemes … were considered and
… it was decided to investigate the possibility of developing
a hybrid solution …".[43]

---

[38] see p. 3, item 3 of Attachment 1 and p. 20, para. 4 of Attachment 3 in the AEEC Letter
[39] see p. 24, para. 3 of Attachment 3 in the AEEC Letter
[40] see section title at the bottom of p. 36 of Attachment 3 in the AEEC Letter
[41] see last para. of p. 36 of Attachment 3 in the AEEC Letter
[42] see Attachment 1 in the AEEC Letter, Item 2, first sentence
[43] see Attachment 1 in the AEEC Letter, Item 4, first sentence

26

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

　　　　In the drawings of Attachment 1, various solutions
to connect a computer network onboard an aircraft to a
computer network in an airport are shown:

　　　　　　In Fig. 7-2 of Attachment 1, a Medium Interface Cable is
　　　　　　shown to be formed of a TCU/MIC cable on a Trunk
　　　　　　Coupling Unit side (which is in the airport) and a
　　　　　　PHY/MIC cable on a station side (which is on the
　　　　　　aircraft), with the TCU/MIC cable and the PHY/MIC cable
　　　　　　being connected to each other by a Medium Interface
　　　　　　Connector.

　　　　　　In the last - unnumbered Fig. - of Attachment 1, the use
　　　　　　of a direct line-of-sight infrared link between a box
　　　　　　termed IR 751 onboard the aircraft and a box termed IR
　　　　　　on the ground-based computer network and/or an 802.5 PHY
　　　　　　cable connection between an aircraft computer system
　　　　　　onboard a parked aircraft with a ground-based computer
　　　　　　system in an airport is shown.

　　　　In spite of numerous technical problems that were
identified and had to be solved and through many detailed
discussions, only two alternatives evolved from a design
finding process of which the above-mentioned documents
chronicle the beginning and which lasted for more than four
(4) years.[44]

　　　　　　A.　A line-of-sight infrared (IR) link through a
wireless atmospheric path and/or

　　　　　　B.　A physical link requiring a ground fiber optic
cable connection with a corresponding fiber optic receptacle
on the aircraft.

_____
[44] *see* ARINC Spec 751 and ARINC Spec 632

27

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

### C.  The AEEC Letter Teaches Opposite the '045 Patent

Nowhere in the AEEC Letter can be found any explicit or implicit reference to an archival data store operative during flight of the aircraft and being coupled to a transceiver onboard the aircraft.

The AEEC Letter nowhere mentions or suggests a ground-based archival data store coupled to a ground-based wideband spread spectrum transceiver that receives and stores flight performance data.

The AEEC Letter nowhere mentions or suggests a ground-based processor coupled to an archival data store for retrieving flight performance data from the ground-based archival data store for further processing.

The AEEC Letter nowhere mentions or suggests an aircraft based wideband spread spectrum transceiver, whether frequency hopping or direct sequence.

The AEEC Letter nowhere mentions or suggests a transmitter that is operative to download the flight performance data that has been accumulated and stored by the archival data store during flight over a wideband frequency hopping or direct sequence spread spectrum communications signal.

The AEEC Letter nowhere mentions or suggests a ground-based wideband spread spectrum transceiver.

The AEEC Letter nowhere mentions or suggests a receiver that receives the spread spectrum communications signal from the aircraft and demodulates the signal to obtain the flight performance data.

28

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

        It is evident that the AEEC Letter does not teach a
complete system.  It only addresses the design and
installation of various protocols required to exchange bit-
oriented data across a parked aircraft-airport communications
link.  It is only concerned with the bit-oriented data
exchange across a parked aircraft-airport communications link,
while completely failing to mention or at least suggesting any
of the components of a complete system into which the
technology of the AEEC Letter might be included.

        The only two alternatives for the parked aircraft-
airport communications link specified in the AEEC Letter were:

        A.    A line-of-sight infrared (IR) link through a
wireless atmospheric path and/or

        B.    A physical link requiring a ground fiber optic
cable connection with a corresponding fiber optic receptacle
on the aircraft.

        There was no suggestion, hint or pointer in the AEEC
Letter that any other type of communications media should be
used for the parked aircraft-airport communications link.  The
statement that "[t]he technologies include infrared, microwave
and spread spectrum" is referring to technologies for the
Ethernet and token ring LAN products in their development
cycle at that time and is not suggesting that other
technologies should be investigated for potential replacement
of the infrared connection.

        Hence, even if the contents of the AECC Letter was
considered to be public knowledge and prior art, which indeed
it was not, the subject matter of Claims 1-16 of the '045

                                29

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

patent is novel and unobvious over those contents taken alone
or in combination with any other cited prior art.

### VI.  THE OTHER CITED DOCUMENTS DO NOT DISCLOSE OR SUGGEST EITHER SINGULARLY OR IN COMBINATION WITH THE OTHER CITED PRIOR ART REFERENCES THE CLAIMED INVENTION SETS FORTH IN CLAIMS 1-16 OF THE '045 PATENT

#### A.  The ARINC Spec 632 and ARINC Spec 751

As noted before, the ARINC Spec 632 describes the
gate-aircraft terminal environment for the link (Gatelink) at
the ground side and the ARINC Spec 751 describes the aircraft
side.  Although the specifications describe onboard databases
such as an Electronic Library System (ELS) and downloading of
engine performance data from the cockpit to maintenance, this
is established over a fiber optic connector or wired
connector, including a line-of-sight infrared (IR) link.  The
IR mode is used only at the Gatelink connection when the
aircraft is parked at the bridge (FIGS. 4-1, 4-2 and 4-3,
page 5, ARINC Spec 632).  The IR connection is extremely
short, must be line-of-sight without blockage, and can only be
used in limited circumstances when the aircraft is parked at
the bridge.

Thus, the ARINC specifications teach the use of a
short, direct or line-of-sight connection such as an optical
fiber or infrared link when the aircraft is parked at the
bridge.  It only downloads limited amounts of data because it
is a limited technology.

30

In re Reissue Application of:
**WRIGHT ET AL.**
Serial No. **Not Yet Assigned**
Filed: **Herewith**
_____/

## B. Aviation Week Article

Both Aviation Week space technology articles, i.e.,
the 1987 Aviation Week Article and the 1993 Aviation Week
Article, disclose general state-of-the-art technology
regarding the use of flight recorders and data acquisition
systems and use of tracking and GPS systems in aircraft.

## C. Electronics Engineering Times

The Electronic Engineering Times article discloses
the general knowledge that wireless local area networks can
use 2.4 GHz frequency hopping spread spectrum wireless
networking systems for mobile computing applications. This is
well known general state-of-the-art technology.

## VII. CONCLUSION

It is evident that none of the cited prior art
either singularly or in combination with the cited prior art
in this reexamination or previously cited prior art anticipate
or render obvious the issued claims in the '045 patent, and
thus, no new substantial question of patentability is raised.

Respectfully submitted,

RICHARD K. WARTHER
Reg. No. 32,180
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida 32802
407-841-2330
407-841-2343 fax
Attorneys for Applicant

31