IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED IN OPEN COURT
JUL 29 2010
CLERK
U.S. DISTRICT COURT

HARRIS CORPORATION,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

FEDERAL EXPRESS CORPORATION,

    Counterclaim Plaintiff,

v.

HARRIS CORPORATION,

    Counterclaim Defendant.

Case No. 6:07-cv-1819-Orl-28 KRS

## VERDICT FORM

**A.  Infringement**

1.  Has Harris proven that it is more likely than not that FedEx infringed the following claims:

| PATENT | YES, INFRINGED | NO, NOT INFRINGED |
|---|---|---|
| U.S. Patent No. 6,047,165 | | |
| Claim 1 | ✓ | |
| Claim 2 | ✓ | |
| Claim 3 | ✓ | |
| Claim 4 | ✓ | |

Page 1 of 7

| PATENT | YES, INFRINGED | NO, NOT INFRINGED |
|---|---|---|
| Claim 17 | ✓ | |
| Claim 18 | ✓ | |
| Claim 19 | ✓ | |
| Claim 20 | ✓ | |
| U.S. Patent No. 6,154,637 | YES, INFRINGED | NO, NOT INFRINGED |
| Claim 31 | X | |
| Claim 35 | ✓ | |
| Claim 36 | ✓ | |
| Claim 37 | ✓ | |
| Claim 38 | X | |
| Claim 39 | X | |
| Claim 40 | X | |
| U.S. Patent No. 6,308,045 | YES, INFRINGED | NO, NOT INFRINGED |
| Claim 4 | ✓ | |
| Claim 14 | ✓ | |
| Claim 16 | ✓ | |
| U.S. Patent No. 6,990,319 | YES, INFRINGED | NO, NOT INFRINGED |
| Claim 1 | X | |
| Claim 3 | X | |
| Claim 4 | X | |
| Claim 5 | X | |
| Claim 6 | X | |
| Claim 8 | ✓ | |
| Claim 9 | X | |
| Claim 11 | ✓ | |
| Claim 13 | ✓ | |
| Claim 14 | ✓ | |
| Claim 15 | ✓ | |
| Claim 16 | ✓ | |
| Claim 18 | ✓ | |
| Claim 19 | ✓ | |
| Claim 21 | ✓ | |
| Claim 23 | ✓ | |
| Claim 24 | ✓ | |
| Claim 25 | ✓ | |
| Claim 26 | ✓ | |
| Claim 28 | ✓ | |
| Claim 29 | ✓ | |

| PATENT | YES, INFRINGED | NO, NOT INFRINGED |
|---|---|---|
| U.S. Patent No. 7,426,387 | | |
| Claim 1 | X | |
| Claim 2 | X | |
| Claim 4 | X | |
| Claim 5 | X | |
| Claim 6 | ✓ | |
| Claim 7 | ✓ | |
| Claim 9 | ✓ | |
| Claim 10 | ✓ | |
| U.S. Patent No. 7,428,412 | YES, INFRINGED | NO, NOT INFRINGED |
| Claim 1 | ✓ | |
| Claim 2 | ✓ | |
| Claim 8 | ✓ | |
| Claim 9 | ✓ | |
| Claim 12 | ✓ | |
| Claim 13 | ✓ | |
| Claim 14 | ✓ | |
| U.S. Patent No. 7,444,146 | YES, INFRINGED | NO, NOT INFRINGED |
| Claim 1 | ✓ | |
| Claim 2 | ✓ | |
| Claim 8 | ✓ | |
| Claim 9 | ✓ | |
| Claim 10 | ✓ | |
| Claim 15 | ✓ | |
| Claim 16 | ✓ | |
| Claim 17 | ✓ | |

B.   **Willful Infringement**

2a.   Has Harris proven that it is highly probable that FedEx's conduct was objectively reckless, that is, that FedEx proceeded with the allegedly infringing conduct despite an objectively high likelihood that it was infringing a valid and enforceable patent?

_____✓_____ Yes          _____ No

If the answer to question 2a is no, go to question 3, if the answer is yes, go to 2b.

2b. Has Harris proven that it is highly probable that FedEx actually knew, or it was so obvious that FedEx should have known, that its actions constituted infringement of a valid and enforceable patent.

\_\_\_✓\_\_\_ Yes      _____ No

C. **Written Description**

3. Has FedEx proven that it is highly probable that the common specification of the patents-in-suit does not contain an adequate written description of the claimed invention?

_____ Yes      \_\_\_✓\_\_\_ No

D. **Obviousness:**

4a. Are there any differences between the prior art and the claimed invention?

\_\_\_✓\_\_\_ Yes      _____ No

4b. Which of the following factors that tend to indicate nonobivousness, if any, has been established by the evidence with respect to the claimed invention – check any that apply:

\_\_\_✓\_\_\_ commercial success of a product due to the merits of the claimed invention

\_\_\_✓\_\_\_ a long felt need for the solution that is provided by the claimed invention

\_\_\_✓\_\_\_ unsuccessful attempts by others to find the solution that is provided by the claimed invention

____✓____ copying of the invention by others

____✓____ acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention

____✓____ independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it

    4c.    After consideration of the answers to questions 4a-4b, has FedEx proven that it is highly probable that the following claim(s) of Harris' patents would have been obvious to a person of ordinary skill in the field of the invention at the time of the conception of the invention.

| PATENT | YES, INVALID | NO, VALID |
|---|---|---|
| U.S. Patent No. 6,047,165 | | |
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 3 | | ✓ |
| Claim 4 | | ✓ |
| Claim 17 | | ✓ |
| Claim 18 | | ✓ |
| Claim 19 | | ✓ |
| Claim 20 | | ✓ |
| U.S. Patent No. 6,154,637 | YES, INVALID | NO, VALID |
| Claim 31 | | ✓ |
| Claim 35 | | ✓ |
| Claim 36 | | ✓ |
| Claim 37 | | ✓ |
| Claim 38 | | ✓ |
| Claim 39 | | ✓ |
| Claim 40 | | ✓ |

| PATENT | YES, INVALID | NO, VALID |
|---|---|---|
| U.S. Patent No. 6,308,045 | | |
| Claim 4 | | ✓ |
| Claim 14 | | ✓ |
| Claim 16 | | ✓ |
| U.S. Patent No. 6,990,319 | YES, INVALID | NO, VALID |
| Claim 1 | | ✓ |
| Claim 3 | | ✓ |
| Claim 4 | | ✓ |
| Claim 5 | | ✓ |
| Claim 6 | | ✓ |
| Claim 8 | | ✓ |
| Claim 9 | | ✓ |
| Claim 11 | | ✓ |
| Claim 13 | | ✓ |
| Claim 14 | | ✓ |
| Claim 15 | | ✓ |
| Claim 16 | | ✓ |
| Claim 18 | | ✓ |
| Claim 19 | | ✓ |
| Claim 21 | | ✓ |
| Claim 23 | | ✓ |
| Claim 24 | | ✓ |
| Claim 25 | | ✓ |
| Claim 26 | | ✓ |
| Claim 28 | | ✓ |
| Claim 29 | | ✓ |
| U.S. Patent No. 7,426,387 | YES, INVALID | NO, VALID |
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 4 | | ✓ |
| Claim 5 | | ✓ |
| Claim 6 | | ✓ |
| Claim 7 | | ✓ |
| Claim 9 | | ✓ |
| Claim 10 | | ✓ |
| U.S. Patent No. 7,428,412 | YES, INVALID | NO, VALID |
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 8 | | ✓ |

| PATENT | YES, INVALID | NO, VALID |
|---|---|---|
| Claim 9 | | ✓ |
| Claim 12 | | ✓ |
| Claim 13 | | ✓ |
| Claim 14 | | ✓ |
| U.S. Patent No. 7,444,146 | YES, INVALID | NO, VALID |
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 8 | | ✓ |
| Claim 9 | | ✓ |
| Claim 10 | | ✓ |
| Claim 15 | | ✓ |
| Claim 16 | | ✓ |
| Claim 17 | | ✓ |

SO SAY WE ALL.

*/s/ Jon Robold*
JURY FOREPERSON

DATED: July 29, 2010