UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HARRIS CORPORATION,**

    **Plaintiff,**

-vs-                                                   Case No. 6:07-cv-1819-Orl-28KRS

**FEDERAL EXPRESS CORPORATION,**

    **Defendant.**

## ORDER

This case is before the Court on Federal Express Corporation's Objections to Harris Corporation's Bill of Costs (Doc. No. 304) filed March 28, 2011. The United States Magistrate Judge has submitted a report recommending that the objections be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 22, 2011 (Doc. No. 313) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Federal Express Corporation's Objections to Harris Corporation's Bill of Costs (Doc. No. 304) is **GRANTED in part.** The costs sought by Harris Corporation of $306.07 for electronic/aviation resources and $91.67 for attorney courthouse parking are disallowed.

The remainder of the costs and expenses sought by Harris Corporation of $88,910.89, are awarded to Harris Corporation.

3. Accordingly, costs are taxed in the amount of $88,910.89 against Federal Express Corporation and in favor of Harris Corporation and are included in the February 28, 2011 Final Judgment (Doc. No. 302).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __17__ day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party